**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,<br><br>    Defendants. | Case No. 1:22-cv-06339-JPC-SLC<br><br>CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF SAN ANTONIO FIRE AND POLICE PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Javier Bleichmar, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP.  I submit this declaration in support of the Motion filed by San Antonio Fire and Police Pension Fund ("San Antonio FPPF") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:     Certification of San Antonio FPPF;

EXHIBIT B:     Notice of pendency of *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Dentsply Sirona Inc.*, No. 2:22-cv-02371 (S.D. Ohio) published on June 2, 2022;

EXHIBIT C:     Notice of pendency of *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*, No. 1:22-cv-06339 (S.D.N.Y.) published on July 26, 2022;

EXHIBIT D:     Chart reflecting the financial interest of San Antonio FPPF;

EXHIBIT E:     Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of August 2022.

*/s/ Javier Bleichmar*
Javier Bleichmar