# EXHIBIT A

## CERTIFICATION

I, Warren J. Schott, on behalf of San Antonio Fire & Police Pension Fund ("SAFPPF"), as Executive Director of SAFPPF, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of SAFPPF.

2.      I have reviewed a complaint filed against Dentsply Sirona Inc. ("Dentsply") and others alleging violations of the federal securities laws.

3.      SAFPPF did not purchase or sell securities of Dentsply at the direction of counsel in order to participate in any private action under the federal securities laws.

4.      SAFPPF is willing to serve as lead plaintiff on behalf of the Class in this matter, including  providing testimony at deposition and trial, if necessary.  SAFPPF fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

5.      SAFPPF's transactions in Dentsply securities that are the subject of this litigation during the Class Period  are reflected in Schedule A, attached hereto.

6.      SAFPPF  has  sought  to  serve  as  a lead plaintiff and representative party in a class action filed under the federal securities laws during the last three years, and was appointed, in the following:

- *McLeod v. InnovAge Holding Corp.*, No. 1:21-cv-02770 (D. Colo.)

1

7.    SAFPPF has also sought to serve as a lead plaintiff and representative party, and was appointed, in the following pending class action filed under the federal securities laws:

- *Vaitkueviene v. Syneos Health, Inc.*, 5:18-cv-00029 (E.D.N.C.)

8.    Beyond its *pro rata* share of any recovery, SAFPPF will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __7th__ day of July, 2022.

Warren J. Schott
Executive Director
*San Antonio Fire & Police Pension Fund*

2

## SCHEDULE A
TRANSACTIONS IN
DENTSPLY SIRONA INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/19/2021 | 3,800.00 | 60.41 | ($229,560.28) |
| Purchase | 07/19/2021 | 8,000.00 | 60.41 | ($483,284.80) |
| Purchase | 07/21/2021 | 900.00 | 63.67 | ($57,300.39) |
| Purchase | 07/21/2021 | 1,950.00 | 63.67 | ($124,150.85) |
| Purchase | 07/22/2021 | 800.00 | 63.17 | ($50,538.64) |
| Purchase | 07/22/2021 | 1,600.00 | 63.17 | ($101,077.28) |
| Purchase | 07/23/2021 | 100.00 | 63.43 | ($6,343.00) |
| Purchase | 07/23/2021 | 200.00 | 63.43 | ($12,686.00) |
| Purchase | 07/23/2021 | 600.00 | 63.42 | ($38,050.38) |
| Purchase | 07/23/2021 | 760.00 | 63.58 | ($48,318.67) |
| Purchase | 07/23/2021 | 1,100.00 | 63.42 | ($69,759.03) |
| Purchase | 07/23/2021 | 1,600.00 | 63.58 | ($101,723.52) |
| Purchase | 07/26/2021 | 1,550.00 | 63.50 | ($98,417.25) |
| Purchase | 07/26/2021 | 3,280.00 | 63.50 | ($208,263.60) |
| Purchase | 07/27/2021 | 10.00 | 63.77 | ($637.66) |
| Purchase | 07/27/2021 | 20.00 | 63.77 | ($1,275.33) |
| Purchase | 07/28/2021 | 1,200.00 | 64.79 | ($77,742.72) |
| Purchase | 07/28/2021 | 2,550.00 | 64.79 | ($165,203.28) |
| Purchase | 07/29/2021 | 400.00 | 65.16 | ($26,063.00) |
| Purchase | 07/29/2021 | 800.00 | 65.16 | ($52,126.00) |
| Purchase | 07/29/2021 | 1,480.00 | 65.33 | ($96,694.76) |
| Purchase | 07/29/2021 | 3,200.00 | 65.33 | ($209,069.76) |
| Purchase | 07/30/2021 | 900.00 | 66.25 | ($59,627.79) |
| Purchase | 07/30/2021 | 1,700.00 | 66.25 | ($112,630.27) |
| Purchase | 08/03/2021 | 2,200.00 | 65.19 | ($143,410.30) |
| Purchase | 08/03/2021 | 4,600.00 | 65.19 | ($299,857.90) |
| Purchase | 08/04/2021 | 2,550.00 | 64.23 | ($163,778.60) |
| Purchase | 08/04/2021 | 5,150.00 | 64.23 | ($330,768.54) |
| Purchase | 08/05/2021 | 4,700.00 | 59.27 | ($278,556.31) |
| Purchase | 08/05/2021 | 9,700.00 | 59.27 | ($574,892.81) |
| Purchase | 08/12/2021 | 770.00 | 58.99 | ($45,418.53) |
| Purchase | 08/12/2021 | 1,680.00 | 58.99 | ($99,094.97) |
| Purchase | 08/13/2021 | 940.00 | 58.58 | ($55,069.24) |
| Purchase | 08/13/2021 | 2,050.00 | 58.58 | ($120,097.82) |
| Purchase | 08/16/2021 | 40.00 | 58.91 | ($2,356.46) |
| Purchase | 08/16/2021 | 80.00 | 58.91 | ($4,712.91) |
| Purchase | 10/14/2021 | 1,320.00 | 56.90 | ($75,109.19) |
| Purchase | 10/14/2021 | 2,140.00 | 56.90 | ($121,767.93) |
| Purchase | 10/15/2021 | 2,030.00 | 57.65 | ($117,020.97) |

**SCHEDULE A**
TRANSACTIONS IN
DENTSPLY SIRONA INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/15/2021 | 3,280.00 | 57.65 | ($189,078.22) |
| Purchase | 10/18/2021 | 200.00 | 56.40 | ($11,279.00) |
| Purchase | 10/18/2021 | 300.00 | 56.40 | ($16,918.50) |
| Purchase | 10/18/2021 | 2,190.00 | 56.46 | ($123,642.36) |
| Purchase | 10/18/2021 | 3,580.00 | 56.46 | ($202,118.57) |
| Purchase | 11/11/2021 | 2,000.00 | 54.55 | ($109,100.00) |
| Purchase | 11/11/2021 | 6,300.00 | 54.55 | ($343,665.00) |
| Purchase | 03/18/2022 | 1,050.00 | 48.59 | ($51,024.33) |
| Purchase | 03/18/2022 | 8,100.00 | 48.59 | ($393,616.26) |