# EXHIBIT B

**Business**

# Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against

June 2, 2022 at 10:34 PM EDT

Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Dentsply Sirona, Inc.

Business Wire

NEW YORK -- June 2, 2022

Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action lawsuit for violations of the federal securities laws in the U.S. District Court for the Southern District of Ohio against Dentsply Sirona, Inc. ("Dentsply" or the "Company") and certain of the Company's former senior executives (collectively, "Defendants") on behalf of investors in Dentsply common stock between June 9, 2021 and May 9, 2022, inclusive (the "Class Period").

BLB&G filed this action on behalf of its client, City of Miami General Employees' & Sanitation Employees' Retirement Trust, and the case is captioned City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Casey, Jr., No. 2:22-cv-02371-SDM-CMV (S.D. Ohio). The complaint is based on an extensive investigation and a careful evaluation of the merits of this case. A copy of the complaint is available on BLB&G's website by clicking here.

Dentsply's Alleged Fraud

Dentsply is a dental equipment manufacturer with offices across the United States. Dentsply produces a wide array of dental supplies, ranging from anesthetics, plaque and gum disease prevention, tooth polishers, and artificial teeth. The Company distributes approximately two-thirds of its dental consumable technology and equipment products through third-party distributors.

The complaint alleges that, throughout the Class Period, Defendants orchestrated a scheme to inflate the Company's revenue and earnings by manipulating its accounting for a distributor rebate program in order for senior executives to be eligible for significant cash and stock-based incentive compensation. In order to facilitate this scheme, Dentsply and its executives made numerous false and misleading statements to investors during the Class Period. As a result of Defendants' misrepresentations, Dentsply's common stock traded at artificially inflated prices during the Class Period.

The truth about Dentsply's misconduct was revealed through a series of disclosures, beginning on April 19, 2022, when Dentsply announced the sudden termination of its CEO Don Casey. Then, on May 10, 2022, Dentsply announced

that, following reports from several whistleblowers, the Audit Committee of its Board of Directors had commenced an internal investigation regarding certain financial reporting matters. Specifically, Dentsply disclosed that the Audit Committee was investigating "the Company's use of incentives to sell products to distributors in the third and fourth quarter of 2021" and "whether those incentives were appropriately accounted for." Further, the Audit Committee was also investigating allegations that "certain former and current members of senior management directed the Company's use of these incentives and other actions to achieve executive compensation targets in 2021." As a result of these disclosures, Dentsply's share price declined precipitously.

If you wish to serve as Lead Plaintiff for the Class, you must file a motion with the Court no later than August 1, 2022, which is the first business day on which the U.S. District Court for the Southern District of Ohio is open that is 60 days after the publication date of June 2, 2022. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Scott R. Foglietta of BLB&G at 212-554-1903, or via e-mail at scott.foglietta@blbglaw.com.

About BLB&G

BLB&G is widely recognized worldwide as a leading law firm advising institutional investors on issues related to corporate governance, shareholder rights, and securities litigation. Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity and pioneered the use of the litigation process to achieve precedent-setting governance reforms. Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering over $37 billion on behalf of defrauded investors. More information about the firm can be found online at www.blbglaw.com.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20220602006046/en/

Contact:

Scott R. Foglietta
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1903
scott.foglietta@blbglaw.com

Terms of Service Do Not Sell My Info (California)   Trademarks Privacy Policy
©2022 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices    Help