# EXHIBIT C

**Business**

# CORRECTION - Bleichmar Fonti & Auld LLP Announces the Filing of a Securities Class Action Lawsuit Against Dentsply Sirona Inc.

July 26, 2022 at 3:31 PM EDT

In a release issued under the same headline on July 26, 2022, please note that the case number for San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc. should be No. 22-cv-06339 (S.D.N.Y.). The corrected release follows:

NEW YORK, NY / ACCESSWIRE / July 26, 2022 / Today, Bleichmar Fonti & Auld LLP ("BFA") filed a class action lawsuit for violations of the federal securities laws against Dentsply Sirona Inc. ("Dentsply" or the "Company") and certain of its senior executives (collectively, "Defendants"). The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Dentsply common stock between June 9, 2021 and May 9, 2022, inclusive (the "Class Period").

BFA filed this action on behalf of its client, San Antonio Fire and Police Pension Fund, in the U.S. District Court for the Southern District of New York. The case is captioned San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc., No. 22-cv-06339 (S.D.N.Y.) ("San Antonio").

The complaint in this case is substantially similar to the complaint filed in City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. Casey, No. 2:22-cv-02371 (S.D. Ohio) ("Casey"), which is the first-filed securities class action in this matter. Pursuant to the notice published on June 2, 2022 in connection with the filing of Casey pursuant to the Private Securities Litigation Reform Act of 1995, investors wishing to serve as Lead Plaintiff must file a motion for appointment as Lead Plaintiff by no later than August 1, 2022. The filing of San Antonio does not alter that deadline. Any member of the purported class may move the Court to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed class. The ability to share in any potential future recovery is not dependent on serving as Lead Plaintiff.

The complaint in San Antonio alleges that throughout the Class Period, Defendants claimed that Dentsply's recent financial success was the result of legitimate business factors and that the Company's inventory levels remained stable. Defendants also claimed that Dentsply complied with Generally Accepted Accounting Principles (GAAP) and that the Company's internal controls were effective.

These statements were materially false and misleading. On April 19, 2022, Dentsply announced the sudden termination of Defendant Donald M. Casey Jr. as CEO and Director. Then, on May 10, 2022, Dentsply announced that the Audit Committee of its Board of Directors had commenced an internal investigation regarding "certain financial reporting matters submitted by current and former employees of the Company." Specifically, Dentsply announced that the Audit

Committee was investigating "the Company's use of incentives to sell products to distributors in the third and fourth quarter of 2021" and "whether those incentives were appropriately accounted for" in the Company's financial statements filed with the SEC. The Audit Committee also stated that it was investigating allegations that "certain former and current members of senior management directed the Company's use of these incentives and other actions to achieve executive compensation targets in 2021." Dentsply explained that it had advised the SEC that an internal investigation is underway and that the Audit Committee would provide additional information to the SEC as the investigation proceeded.

These disclosures caused the value of Dentsply common stock to decline dramatically, resulting in significant harm to investors.

BFA is a law firm based in New York City with additional offices in Oakland, California; Toronto, Canada; and Westchester, New York. The Firm focuses on securities class actions and other investment-related matters. BFA currently serves as lead counsel in multiple securities class actions and has recovered more than one billion dollars for investors. For more information about BFA, please visit https://www.bfalaw.com/.

Javier Bleichmar, Esq., Nancy A. Kulesa, Esq.

7 Times Square, 27th Floor, New York, NY 10036, (212) 789-1340, info@bfalaw.com

SOURCE: Bleichmar Fonti & Auld LLP

View source version on accesswire.com:
https://www.accesswire.com/709867/CORRECTION--Bleichmar-Fonti-Auld-LLP-Announces-the-Filing-of-a-Securities-Class-Action-Lawsuit-Against-Dentsply-Sirona-Inc

Terms of Service Do Not Sell My Info (California)   Trademarks Privacy Policy
©2022 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices     Help