# EXHIBIT D

Financial Interest Analysis for San Antonio Fire and Police Pension Fund
Class Period: June 9,2021 - May 9,2022

FIFO/LIFO - DENTSPLY SIRONA Inc.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 6/9/2021 | 0.00 | | |
| Purchase | 7/19/2021 | 3,800.0000 | $60.4106 | ($229,560.28) |
| Purchase | 7/19/2021 | 8,000.0000 | $60.4106 | ($483,284.80) |
| Purchase | 7/21/2021 | 900.0000 | $63.6671 | ($57,300.39) |
| Purchase | 7/21/2021 | 1,950.0000 | $63.6671 | ($124,150.85) |
| Purchase | 7/22/2021 | 800.0000 | $63.1733 | ($50,538.64) |
| Purchase | 7/22/2021 | 1,600.0000 | $63.1733 | ($101,077.28) |
| Purchase | 7/23/2021 | 100.0000 | $63.4300 | ($6,343.00) |
| Purchase | 7/23/2021 | 200.0000 | $63.4300 | ($12,686.00) |
| Purchase | 7/23/2021 | 600.0000 | $63.4173 | ($38,050.38) |
| Purchase | 7/23/2021 | 760.0000 | $63.5772 | ($48,318.67) |
| Purchase | 7/23/2021 | 1,100.0000 | $63.4173 | ($69,759.03) |
| Purchase | 7/23/2021 | 1,600.0000 | $63.5772 | ($101,723.52) |
| Purchase | 7/26/2021 | 1,550.0000 | $63.4950 | ($98,417.25) |
| Purchase | 7/26/2021 | 3,280.0000 | $63.4950 | ($208,263.60) |
| Purchase | 7/27/2021 | 10.0000 | $63.7664 | ($637.66) |
| Purchase | 7/27/2021 | 20.0000 | $63.7664 | ($1,275.33) |
| Purchase | 7/28/2021 | 1,200.0000 | $64.7856 | ($77,742.72) |
| Purchase | 7/28/2021 | 2,550.0000 | $64.7856 | ($165,203.28) |
| Purchase | 7/29/2021 | 400.0000 | $65.1575 | ($26,063.00) |
| Purchase | 7/29/2021 | 800.0000 | $65.1575 | ($52,126.00) |
| Purchase | 7/29/2021 | 1,480.0000 | $65.3343 | ($96,694.76) |
| Purchase | 7/29/2021 | 3,200.0000 | $65.3343 | ($209,069.76) |
| Purchase | 7/30/2021 | 900.0000 | $66.2531 | ($59,627.79) |
| Purchase | 7/30/2021 | 1,700.0000 | $66.2531 | ($112,630.27) |
| Purchase | 8/3/2021 | 2,200.0000 | $65.1865 | ($143,410.30) |
| Purchase | 8/3/2021 | 4,600.0000 | $65.1865 | ($299,857.90) |
| Purchase | 8/4/2021 | 2,550.0000 | $64.2269 | ($163,778.60) |
| Purchase | 8/4/2021 | 5,150.0000 | $64.2269 | ($330,768.54) |
| Purchase | 8/5/2021 | 4,700.0000 | $59.2673 | ($278,556.31) |
| Purchase | 8/5/2021 | 9,700.0000 | $59.2673 | ($574,892.81) |
| Purchase | 8/12/2021 | 770.0000 | $58.9851 | ($45,418.53) |
| Purchase | 8/12/2021 | 1,680.0000 | $58.9851 | ($99,094.97) |
| Purchase | 8/13/2021 | 940.0000 | $58.5843 | ($55,069.24) |
| Purchase | 8/13/2021 | 2,050.0000 | $58.5843 | ($120,097.82) |
| Purchase | 8/16/2021 | 40.0000 | $58.9114 | ($2,356.46) |
| Purchase | 8/16/2021 | 80.0000 | $58.9114 | ($4,712.91) |
| Purchase | 10/14/2021 | 1,320.0000 | $56.9009 | ($75,109.19) |
| Purchase | 10/14/2021 | 2,140.0000 | $56.9009 | ($121,767.93) |
| Purchase | 10/15/2021 | 2,030.0000 | $57.6458 | ($117,020.97) |
| Purchase | 10/15/2021 | 3,280.0000 | $57.6458 | ($189,078.22) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/18/2021 | 200.0000 | $56.3950 | ($11,279.00) |
| Purchase | 10/18/2021 | 300.0000 | $56.3950 | ($16,918.50) |
| Purchase | 10/18/2021 | 2,190.0000 | $56.4577 | ($123,642.36) |
| Purchase | 10/18/2021 | 3,580.0000 | $56.4577 | ($202,118.57) |
| Purchase | 11/11/2021 | 2,000.0000 | $54.5500 | ($109,100.00) |
| Purchase | 11/11/2021 | 6,300.0000 | $54.5500 | ($343,665.00) |
| Purchase | 3/18/2022 | 1,050.0000 | $48.5946 | ($51,024.33) |
| Purchase | 3/18/2022 | 8,100.0000 | $48.5946 | ($393,616.26) |
| *Total Class Period Purchases* | | **105,450.0000** | | **($6,302,898.96)** |

None

| | | | | |
|---|---|---|---|---|
| *Total Class Period Sales Matching to Class Period Purchases* | | 0.0000 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| Retained Shares [1] | | 105,450.0000 | $36.9586 | $3,897,284.00 |

**FIFO/LIFO Gain/(Loss):**    **($2,405,614.96)**

FIFO/LIFO Based on Dura [2] - DENTSPLY SIRONA Inc.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 6/9/2021 | 0.0000 | | |
| Purchase | 7/19/2021 | 3,800.0000 | $60.4106 | ($229,560.28) |
| Purchase | 7/19/2021 | 8,000.0000 | $60.4106 | ($483,284.80) |
| Purchase | 7/21/2021 | 900.0000 | $63.6671 | ($57,300.39) |
| Purchase | 7/21/2021 | 1,950.0000 | $63.6671 | ($124,150.85) |
| Purchase | 7/22/2021 | 800.0000 | $63.1733 | ($50,538.64) |
| Purchase | 7/22/2021 | 1,600.0000 | $63.1733 | ($101,077.28) |
| Purchase | 7/23/2021 | 100.0000 | $63.4300 | ($6,343.00) |
| Purchase | 7/23/2021 | 200.0000 | $63.4300 | ($12,686.00) |
| Purchase | 7/23/2021 | 600.0000 | $63.4173 | ($38,050.38) |
| Purchase | 7/23/2021 | 760.0000 | $63.5772 | ($48,318.67) |
| Purchase | 7/23/2021 | 1,100.0000 | $63.4173 | ($69,759.03) |
| Purchase | 7/23/2021 | 1,600.0000 | $63.5772 | ($101,723.52) |
| Purchase | 7/26/2021 | 1,550.0000 | $63.4950 | ($98,417.25) |
| Purchase | 7/26/2021 | 3,280.0000 | $63.4950 | ($208,263.60) |
| Purchase | 7/27/2021 | 10.0000 | $63.7664 | ($637.66) |
| Purchase | 7/27/2021 | 20.0000 | $63.7664 | ($1,275.33) |
| Purchase | 7/28/2021 | 1,200.0000 | $64.7856 | ($77,742.72) |
| Purchase | 7/28/2021 | 2,550.0000 | $64.7856 | ($165,203.28) |
| Purchase | 7/29/2021 | 400.0000 | $65.1575 | ($26,063.00) |
| Purchase | 7/29/2021 | 800.0000 | $65.1575 | ($52,126.00) |
| Purchase | 7/29/2021 | 1,480.0000 | $65.3343 | ($96,694.76) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 7/29/2021 | 3,200.0000 | $65.3343 | ($209,069.76) |
| Purchase | 7/30/2021 | 900.0000 | $66.2531 | ($59,627.79) |
| Purchase | 7/30/2021 | 1,700.0000 | $66.2531 | ($112,630.27) |
| Purchase | 8/3/2021 | 2,200.0000 | $65.1865 | ($143,410.30) |
| Purchase | 8/3/2021 | 4,600.0000 | $65.1865 | ($299,857.90) |
| Purchase | 8/4/2021 | 2,550.0000 | $64.2269 | ($163,778.60) |
| Purchase | 8/4/2021 | 5,150.0000 | $64.2269 | ($330,768.54) |
| Purchase | 8/5/2021 | 4,700.0000 | $59.2673 | ($278,556.31) |
| Purchase | 8/5/2021 | 9,700.0000 | $59.2673 | ($574,892.81) |
| Purchase | 8/12/2021 | 770.0000 | $58.9851 | ($45,418.53) |
| Purchase | 8/12/2021 | 1,680.0000 | $58.9851 | ($99,094.97) |
| Purchase | 8/13/2021 | 940.0000 | $58.5843 | ($55,069.24) |
| Purchase | 8/13/2021 | 2,050.0000 | $58.5843 | ($120,097.82) |
| Purchase | 8/16/2021 | 40.0000 | $58.9114 | ($2,356.46) |
| Purchase | 8/16/2021 | 80.0000 | $58.9114 | ($4,712.91) |
| Purchase | 10/14/2021 | 1,320.0000 | $56.9009 | ($75,109.19) |
| Purchase | 10/14/2021 | 2,140.0000 | $56.9009 | ($121,767.93) |
| Purchase | 10/15/2021 | 2,030.0000 | $57.6458 | ($117,020.97) |
| Purchase | 10/15/2021 | 3,280.0000 | $57.6458 | ($189,078.22) |
| Purchase | 10/18/2021 | 200.0000 | $56.3950 | ($11,279.00) |
| Purchase | 10/18/2021 | 300.0000 | $56.3950 | ($16,918.50) |
| Purchase | 10/18/2021 | 2,190.0000 | $56.4577 | ($123,642.36) |
| Purchase | 10/18/2021 | 3,580.0000 | $56.4577 | ($202,118.57) |
| Purchase | 11/11/2021 | 2,000.0000 | $54.5500 | ($109,100.00) |
| Purchase | 11/11/2021 | 6,300.0000 | $54.5500 | ($343,665.00) |
| Purchase | 3/18/2022 | 1,050.0000 | $48.5946 | ($51,024.33) |
| Purchase | 3/18/2022 | 8,100.0000 | $48.5946 | ($393,616.26) |
| *Class Period Purchases Retained Through the Disclosures and Matching Sales (if any)* | | 105,450.0000 | | ($6,302,898.96) |
| Retained Shares [1] | | 105,450.0000 | $36.9586 | $3,897,284.00 |
| **FIFO/LIFO Gain/(Loss) Based on Dura:** | | | | ($2,405,614.96) |

[1] *Retained shares are valued at the average close price from 5/10/2022 -8/1/2022.*

[2] *Dura loss is the summation of the cost of shares purchased during the Class Period and held through at least one of the Disclosures, proceeds of sales matched to shares purchased during the Class Period and held through at least one of the Disclosures (if any), and the value of retained shares based on the 90-day look back average (if any). The pled disclosures occurred on 4/19/2022 and 5/10/2022 (the "Disclosures").*