**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-06339-JPC |
| Plaintiff, | CLASS ACTION |
| v. | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, and JORGE GOMEZ, | |
| Defendants. | |

**DECLARATION OF HANNAH ROSS IN SUPPORT OF THE MOTION OF**
**THE CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES'**
**RETIREMENT TRUST AND THE LOUISIANA SHERIFFS' PENSION & RELIEF**
**FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL**
**OF THEIR SELECTION OF COUNSEL**

I, Hannah Ross, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I respectfully submit this declaration in support of the Motion of the City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami") and the Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for entry of an order: (1) appointing Miami and Louisiana Sheriffs as Lead Plaintiff; (2) approving their selection of Bernstein Litowitz as Lead Counsel for the Class; and (3) granting any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through M are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Certifications of Miami and Louisiana Sheriffs; |
| Exhibit B: | Charts of transactions and losses of Miami and Louisiana Sheriffs; |
| Exhibit C: | Joint Declaration of Edgard Hernandez and Osey McGee, Jr. in Support of the Motion of the City of Miami General Employees' and Sanitation Employees' Retirement Trust and the Louisiana Sheriffs' Pension & Relief Fund for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel; |
| Exhibit D: | Notice of pendency of *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Casey, Jr.*, No. 2:22-cv-02371-SDM-CMV (S.D. Ohio), published on June 2, 2022; |
| Exhibit E: | Notice of pendency of *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*, No. 1:22-cv-06339-JPC (S.D.N.Y.), published on July 26, 2022; |
| Exhibit F: | Firm résumé of Bernstein Litowitz; |
| Exhibit G: | Order re Conflict Dispute, *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021); |

1

Exhibit H:      Order Consolidating Cases, Appointing Lead Plaintiff, and Approving Lead Counsel, *Ohio Pub. Emps. Ret. Sys. v. Meta Platforms, Inc.*, No. 4:21-cv-08812-JST, ECF No. 77 (N.D. Cal. July 26, 2022);

Exhibit I:      Order Appointing the Public Pension Funds as Lead Plaintiff and Approving Their Selection of Lead Counsel, *City of Riviera Beach Gen. Emps.' Ret. Sys. v. Vertiv Holdings Co*, No. 1:22-cv-03572-GHW, ECF No. 16 (S.D.N.Y. June 22, 2022);

Exhibit J:      Order Granting Motion to Consolidate, Appointing Lead Plaintiff, and Approving Selection of Counsel, *Homyk v. ChemoCentryx, Inc.*, No. 4:21-cv-03343-JST, ECF No. 32 (N.D. Cal. Jan. 28, 2022);

Exhibit K:      Stipulation and Order Appointing IBEW Local 353 Pension Plan and Xiaobin Cai as Lead Plaintiff, Approving Their Selection of Lead Counsel, and Consolidating Actions, *Chung v. Eargo, Inc.*, No. 3:21-cv-08597-CRB, ECF No. 36 (N.D. Cal. Jan. 5, 2022);

Exhibit L:      Order, *Emps.' Ret. Fund of the City of Fort Worth v. James River Grp. Holdings, Ltd.*, No. 3:21-cv-00444-MHL, ECF No. 20 (E.D. Va. Sept. 22, 2021); and

Exhibit M:      Order, *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-cv-00194-N, ECF No. 43 (N.D. Tex. June 10, 2021).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of August, 2022.

*/s/ Hannah Ross*
Hannah Ross

2