# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Edgard Hernandez, on behalf of City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami Retirement Trust"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Pension Administrator of Miami Retirement Trust. I have reviewed the complaint with the Fund's legal counsel. Based on the legal counsel's knowledge and advice, Miami Retirement Trust has authorized the filing of the complaint.

2. Miami Retirement Trust did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Miami Retirement Trust is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Miami Retirement Trust's transactions in the Dentsply Sirona Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Miami Retirement Trust has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Venator Materials Plc Securities Litigation*, No. 19-cv-3464 (S.D. Tex.)
   *In re James River Group Holdings, Ltd. Securities Litigation*,
   No. 21-cv-444 (E.D. Va.)

6. Miami Retirement Trust has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

   *In re JELD-WEN Holding, Inc. Securities Litigation*, No. 20-cv-112 (E.D. Va.)

7. Miami Retirement Trust will not accept any payment for serving as a representative party on behalf of the Class beyond Miami Retirement Trust's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2 day of June, 2022.

Edgard Hernández,
Pension Administrator
*City of Miami General Employees' & Sanitation Employees' Retirement Trust*

**City of Miami General Employees' & Sanitation Employees' Retirement Trust Transactions in Dentsply Sirona Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/19/2021 | 13,600 | $60.2001 |
| Purchase | 7/28/2021 | 13,300 | $65.0287 |
| Purchase | 7/30/2021 | 1,900 | $66.2531 |
| Purchase | 8/3/2021 | 5,100 | $65.1865 |
| Purchase | 8/4/2021 | 5,800 | $64.2269 |
| Purchase | 8/5/2021 | 10,650 | $59.2387 |
| Purchase | 10/14/2021 | 3,310 | $56.9009 |
| Purchase | 10/15/2021 | 5,080 | $57.6458 |
| Purchase | 10/18/2021 | 500 | $56.3950 |
| Purchase | 10/18/2021 | 5,510 | $56.4577 |
| Purchase | 11/11/2021 | 6,700 | $54.5500 |
| Purchase | 3/18/2022 | 8,500 | $48.5946 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Osey "Skip" McGee Jr., on behalf of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Louisiana Sheriffs. I have reviewed a complaint filed in this matter with the Fund's legal counsel. Based on the legal counsel's knowledge and advice, Louisiana Sheriffs has authorized the filing of this motion for appointment as lead plaintiff.

2. Louisiana Sheriffs did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Louisiana Sheriffs is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Louisiana Sheriffs fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Louisiana Sheriffs' transactions in the Dentsply Sirona Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Louisiana Sheriffs has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Luckin Coffee Inc. Securities Litigation,* No. 20-cv-01293 (S.D.N.Y.)
   *In re Wells Fargo & Company Securities Litigation,* No. 20-cv-04494 (S.D.N.Y.)
   *In re Splunk Inc. Securities Litigation,* No. 20-cv-08600 (N.D. Cal.)
   *In re Vertiv Holdings Co. Securities Litigation,* No. 22-cv-03572 (S.D.N.Y.)

6. Louisiana Sheriffs has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

   *Louisiana Sheriffs' Pension & Relief Fund v. Cardinal Health, Inc.,*
   No. 19-cv-3347 (S.D. Ohio)

{00216802.DOCX;1}

7. Louisiana Sheriffs is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *UA Local 13 Pension Fund v. Bumble Inc.,* No. 22-cv-00624 (S.D.N.Y.)

8. Louisiana Sheriffs will not accept any payment for serving as a representative party on behalf of the Class beyond Louisiana Sheriffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

Louisiana Sheriffs has relied on the research and analysis of the complaint provided by legal counsel Bernstein Litowitz Berger & Grossmann LLP. The undersigned declares that the statements made and information provided are, to the best of his knowledge, true and correct.

Executed this ___ day of July, 2022.


_____
Osey "Skip" McGee Jr.
Executive Director
*Louisiana Sheriffs' Pension & Relief Fund*

{00216802.DOCX;1}

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in Dentsply Sirona Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/15/2021 | 17,477 | 57.7521 |
| Purchase | 10/15/2021 | 3,080 | 57.8008 |
| Purchase | 10/15/2021 | 914 | 57.6500 |
| Purchase | 10/15/2021 | 426 | 57.9350 |
| Purchase | 10/18/2021 | 2,635 | 56.5554 |
| Purchase | 10/18/2021 | 3,613 | 56.6962 |
| Purchase | 10/19/2021 | 4,495 | 57.4449 |
| Purchase | 10/19/2021 | 2,548 | 56.7115 |
| Purchase | 10/19/2021 | 255 | 56.7452 |
| Purchase | 10/19/2021 | 2,223 | 56.6950 |
| Purchase | 10/19/2021 | 265 | 57.1165 |
| Purchase | 10/19/2021 | 775 | 56.8680 |
| Purchase | 10/19/2021 | 3,201 | 57.2486 |
| Purchase | 10/21/2021 | 1,346 | 57.9771 |
| Purchase | 10/21/2021 | 1,539 | 58.1054 |
| Purchase | 10/21/2021 | 513 | 58.0054 |
| Purchase | 10/21/2021 | 1,538 | 58.2532 |
| Purchase | 10/25/2021 | 733 | 57.1835 |
| Purchase | 10/25/2021 | 2,861 | 57.2132 |
| Purchase | 10/25/2021 | 1,127 | 57.3418 |
| Purchase | 10/25/2021 | 513 | 57.2663 |
| Purchase | 10/27/2021 | 715 | 56.6850 |
| Purchase | 10/27/2021 | 2,496 | 56.5173 |
| Purchase | 10/29/2021 | 1,075 | 57.2679 |
| Purchase | 10/29/2021 | 484 | 57.2350 |
| Purchase | 10/29/2021 | 618 | 57.4463 |
| Purchase | 11/4/2021 | 3,439 | 54.8000 |
| Purchase | 11/5/2021 | 9,642 | 55.1694 |
| Purchase | 11/8/2021 | 1,966 | 56.0513 |
| Purchase | 11/8/2021 | 1,813 | 56.0650 |
| Purchase | 11/26/2021 | 3,145 | 49.4178 |
| Purchase | 12/7/2021 | 503 | 52.9822 |
| Purchase | 12/7/2021 | 2,262 | 53.0336 |
| Purchase | 12/7/2021 | 1,550 | 53.0192 |
| Purchase | 12/7/2021 | 1,549 | 53.0310 |
| Purchase | 3/1/2022 | 547 | 51.8850 |
| Purchase | 3/1/2022 | 2,726 | 53.5089 |
| Purchase | 3/1/2022 | 2,492 | 53.6011 |
| Purchase | 3/1/2022 | 1,889 | 52.0600 |

{00216802.DOCX;1}