# EXHIBIT B

**City of Miami General Employees' & Sanitation Employees' Retirement Trust**
Loss in Dentsply Sirona Inc. (XRAY)
Class Period: 06/09/21 - 05/09/22
CUSIP: 24906P109
Retained share price: $36.9987 (05/10/22 - 07/29/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/19/2021 | 13,600 | 60.2001 | $818,721.36 | | | | | |
| Purchase | 7/28/2021 | 13,300 | 65.0287 | $864,881.71 | | | | | |
| Purchase | 7/30/2021 | 1,900 | 66.2531 | $125,880.89 | | | | | |
| Purchase | 8/3/2021 | 5,100 | 65.1865 | $332,451.15 | | | | | |
| Purchase | 8/4/2021 | 5,800 | 64.2269 | $372,516.02 | | | | | |
| Purchase | 8/5/2021 | 10,650 | 59.2387 | $630,892.16 | | | | | |
| Purchase | 10/14/2021 | 3,310 | 56.9009 | $188,341.98 | | | | | |
| Purchase | 10/15/2021 | 5,080 | 57.6458 | $292,840.66 | | | | | |
| Purchase | 10/18/2021 | 5,510 | 56.4577 | $311,081.93 | | | | | |
| Purchase | 10/18/2021 | 500 | 56.3950 | $28,197.50 | | | | | |
| Purchase | 11/11/2021 | 6,700 | 54.5500 | $365,485.00 | | | | | |
| Purchase | 3/18/2022 | 8,500 | 48.5946 | $413,054.10 | Retained | | (79,950) | 36.9987 | ($2,958,048.25) |
| | | 79,950 | | $4,744,344.46 | | | (79,950) | | ($2,958,048.25) |

|  |  |
|---|---|
| **Loss** | **($1,786,296.21)** |

**Louisiana Sheriffs' Pension & Relief Fund**
Loss in Dentsply Sirona Inc. (XRAY)
Class Period: 06/09/21 - 05/09/22
CUSIP: 24906P109
Retained share price: $36.9987 (05/10/22 - 07/29/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/15/2021 | 17,477 | 57.7521 | $1,009,333.43 | | | | | |
| Purchase | 10/15/2021 | 3,080 | 57.8008 | $178,026.46 | | | | | |
| Purchase | 10/15/2021 | 914 | 57.6500 | $52,692.10 | | | | | |
| Purchase | 10/15/2021 | 426 | 57.9350 | $24,680.31 | | | | | |
| Purchase | 10/18/2021 | 2,635 | 56.5554 | $149,023.48 | | | | | |
| Purchase | 10/18/2021 | 3,613 | 56.6962 | $204,843.37 | | | | | |
| Purchase | 10/19/2021 | 4,495 | 57.4449 | $258,214.83 | | | | | |
| Purchase | 10/19/2021 | 2,548 | 56.7115 | $144,500.90 | | | | | |
| Purchase | 10/19/2021 | 255 | 56.7452 | $14,470.03 | | | | | |
| Purchase | 10/19/2021 | 2,223 | 56.6950 | $126,032.99 | | | | | |
| Purchase | 10/19/2021 | 265 | 57.1165 | $15,135.87 | | | | | |
| Purchase | 10/19/2021 | 775 | 56.8680 | $44,072.70 | | | | | |
| Purchase | 10/19/2021 | 3,201 | 57.2486 | $183,252.77 | | | | | |
| Purchase | 10/21/2021 | 1,346 | 57.9771 | $78,037.18 | | | | | |
| Purchase | 10/21/2021 | 1,539 | 58.1054 | $89,424.21 | | | | | |
| Purchase | 10/21/2021 | 513 | 58.0054 | $29,756.77 | | | | | |
| Purchase | 10/21/2021 | 1,538 | 58.2532 | $89,593.42 | | | | | |
| Purchase | 10/25/2021 | 733 | 57.1835 | $41,915.51 | | | | | |
| Purchase | 10/25/2021 | 2,861 | 57.2132 | $163,686.97 | | | | | |
| Purchase | 10/25/2021 | 1,127 | 57.3418 | $64,624.21 | | | | | |
| Purchase | 10/25/2021 | 513 | 57.2663 | $29,377.61 | | | | | |
| Purchase | 10/27/2021 | 715 | 56.6850 | $40,529.78 | | | | | |
| Purchase | 10/27/2021 | 2,496 | 56.5173 | $141,067.18 | | | | | |
| Purchase | 10/29/2021 | 1,075 | 57.2679 | $61,562.99 | | | | | |
| Purchase | 10/29/2021 | 484 | 57.2350 | $27,701.74 | Sale* | 5/10/2022 | (2,025) | 36.3800 | ($73,669.50) |
| Purchase | 10/29/2021 | 618 | 57.4463 | $35,501.81 | Sale* | 5/10/2022 | (278) | 36.3800 | ($10,113.64) |
| Purchase | 11/4/2021 | 3,439 | 54.8000 | $188,457.20 | Sale* | 5/10/2022 | (2,779) | 36.3800 | ($101,100.02) |
| Purchase | 11/5/2021 | 9,642 | 55.1694 | $531,943.35 | Sale* | 5/10/2022 | (5,217) | 36.3800 | ($189,794.46) |
| Purchase | 11/8/2021 | 1,966 | 56.0513 | $110,196.86 | Sale* | 5/10/2022 | (2,779) | 36.3800 | ($101,100.02) |
| Purchase | 11/8/2021 | 1,813 | 56.0650 | $101,645.85 | Sale* | 5/10/2022 | (1,365) | 37.1552 | ($50,716.85) |
| Purchase | 11/26/2021 | 3,145 | 49.4178 | $155,418.98 | Sale* | 5/10/2022 | (11,114) | 37.0966 | ($412,291.60) |
| Purchase | 12/7/2021 | 503 | 52.9822 | $26,650.05 | Sale* | 5/10/2022 | (2,418) | 36.3800 | ($87,966.84) |
| Purchase | 12/7/2021 | 2,262 | 53.0336 | $119,962.00 | Sale* | 5/10/2022 | (2,575) | 36.3800 | ($93,678.50) |
| Purchase | 12/7/2021 | 1,550 | 53.0192 | $82,179.76 | Sale* | 5/10/2022 | (7,068) | 36.3800 | ($257,133.84) |
| Purchase | 12/7/2021 | 1,549 | 53.0310 | $82,145.02 | Sale* | 5/10/2022 | (11,114) | 36.3870 | ($404,405.12) |
| Purchase | 3/1/2022 | 547 | 51.8850 | $28,381.10 | Sale* | 5/10/2022 | (6,390) | 36.5451 | ($233,523.19) |
| Purchase | 3/1/2022 | 2,726 | 53.5089 | $145,865.26 | Sale* | 5/10/2022 | (11,114) | 36.3800 | ($404,327.32) |

**Louisiana Sheriffs' Pension & Relief Fund**
Loss in Dentsply Sirona Inc. (XRAY)
Class Period: 06/09/21 - 05/09/22
CUSIP: 24906P109
Retained share price: $36.9987 (05/10/22 - 07/29/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/1/2022 | 2,492 | 53.6011 | $133,573.94 | Sale* | 5/10/2022 | (8,725) | 36.6548 | ($319,813.13) |
| Purchase | 3/1/2022 | 1,889 | 52.0600 | $98,341.34 | Sale* | 5/10/2022 | (16,027) | 36.3800 | ($583,062.26) |
| | | 90,988 | | $5,101,819.30 | | | (90,988) | | ($3,322,696.29) |
| | | | | | | | **Loss** | | **($1,779,123.01)** |

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*