# EXHIBIT D

Wire: Business Wire (BUS)
Date: Jun 2 2022  22:34:00
Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of
Securities Class Action Lawsuit Against

   Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the
   Filing of Securities Class Action Lawsuit Against Dentsply Sirona, Inc.

Business Wire

NEW YORK -- June 2, 2022

Today, prominent investor rights law firm Bernstein Litowitz Berger &
Grossmann LLP ("BLB&G") filed a class action lawsuit for violations of the
federal securities laws in the U.S. District Court for the Southern District
of Ohio against Dentsply Sirona, Inc. ("Dentsply" or the "Company") and
certain of the Company's former senior executives (collectively, "Defendants")
on behalf of investors in Dentsply common stock between June 9, 2021 and May
9, 2022, inclusive (the "Class Period").

BLB&G filed this action on behalf of its client, City of Miami General
Employees' & Sanitation Employees' Retirement Trust, and the case is captioned
City of Miami General Employees' & Sanitation Employees' Retirement Trust v.
Casey, Jr.,  No. 2:22-cv-02371-SDM-CMV (S.D. Ohio). The complaint is based on
an extensive investigation and a careful evaluation of the merits of this
case. A copy of the complaint is available on BLB&G's website by clicking
here.

Dentsply's Alleged Fraud

Dentsply is a dental equipment manufacturer with offices across the United
States. Dentsply produces a wide array of dental supplies, ranging from
anesthetics, plaque and gum disease prevention, tooth polishers, and
artificial teeth. The Company distributes approximately two-thirds of its
dental consumable technology and equipment products through third-party
distributors.

The complaint alleges that, throughout the Class Period, Defendants
orchestrated a scheme to inflate the Company's revenue and earnings by
manipulating its accounting for a distributor rebate program in order for
senior executives to be eligible for significant cash and stock-based
incentive compensation. In order to facilitate this scheme, Dentsply and its
executives made numerous false and misleading statements to investors during
the Class Period. As a result of Defendants' misrepresentations, Dentsply's
common stock traded at artificially inflated prices during the Class Period.

The truth about Dentsply's misconduct was revealed through a series of
disclosures, beginning on April 19, 2022, when Dentsply announced the sudden
termination of its CEO Don Casey. Then, on May 10, 2022, Dentsply announced
that, following reports from several whistleblowers, the Audit Committee of

its Board of Directors had commenced an internal investigation regarding certain financial reporting matters. Specifically, Dentsply disclosed that the Audit Committee was investigating "the Company's use of incentives to sell products to distributors in the third and fourth quarter of 2021" and "whether those incentives were appropriately accounted for." Further, the Audit Committee was also investigating allegations that "certain former and current members of senior management directed the Company's use of these incentives and other actions to achieve executive compensation targets in 2021." As a result of these disclosures, Dentsply's share price declined precipitously.

If you wish to serve as Lead Plaintiff for the Class, you must file a motion with the Court no later than August 1, 2022, which is the first business day on which the U.S. District Court for the Southern District of Ohio is open that is 60 days after the publication date of June 2, 2022. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Scott R. Foglietta of BLB&G at 212-554-1903, or via e-mail at scott.foglietta@blbglaw.com.

About BLB&G

BLB&G is widely recognized worldwide as a leading law firm advising institutional investors on issues related to corporate governance, shareholder rights, and securities litigation. Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity and pioneered the use of the litigation process to achieve precedent-setting governance reforms. Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering over $37 billion on behalf of defrauded investors. More information about the firm can be found online at https://protect-us.mimecast.com/s/0dBEClYv7BU1ZV12HGvhhq.

View source version on businesswire.com:
https://protect-us.mimecast.com/s/gMrmCmZ2yDUpngpjhOa94K

Contact:

Scott R. Foglietta
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1903
scott.foglietta@blbglaw.com

-0- Jun/03/2022 02:34 GMT

-----------------------------===========================-------------------------------
Copyright (c) 2022

############################## END OF STORY 1 ##############################