UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SAN ANTONIO FIRE AND POLICE
PENSION FUND, Individually and on Behalf
of All Others Similarly Situated,

                            Plaintiff,

     vs.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ,

                          Defendants.

———————————————————— x

:  Civil Action No. 1:22-cv-06339-JPC
:
:  <u>CLASS ACTION</u>
:
:
:  DECLARATION OF DAVID A.
:  ROSENFELD IN SUPPORT OF MOTION
:  FOR APPOINTMENT AS LEAD
:  PLAINTIFF AND APPROVAL OF LEAD
:  PLAINTIFF'S SELECTION OF LEAD
:  COUNSEL
:
:
:
:
:
:

4868-4409-8860.v1

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System (collectively, the "Public Pension Funds") in the above-captioned securities class action.  I make this declaration in support of the Public Pension Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Initial complaint filed in *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Casey*, No. 2:22-cv-02371-SDM-CMV, ECF 1 (S.D. Ohio) (filed June 2, 2022);

Exhibit B:    Notice of pendency of first-filed class action published in *Business Wire*, on June 2, 2022;

Exhibit C:    The Public Pension Funds' Certifications;

Exhibit D:    The Public Pension Funds' loss estimate, prepared by counsel; and

Exhibit E:    The Public Pension Funds' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 1st day of August, 2022.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4868-4409-8860.v1

# Mailing Information for a Case 1:22-cv-06339-JPC San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Hannah Elizabeth Ross**
  hannah@blbglaw.com,catherine@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`