# EXHIBIT C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Birmingham Retirement and Relief System ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.    (a)    Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Sterling Heights General Employees Ret. Sys. v. Anheuser-Busch InBev SA/NV, et al.*, No. 1:19-cv-05854 (D.N.J.)
*City of Sterling Heights Police & Fire Retirement System v. Reckitt Benckiser Group PLC*, No. 2:19-cv-15382 (D.N.J.)
*Marechal v. Acadia Pharmaceuticals Inc.*, No. 3:21-cv-00762 (S.D. Cal.)
*Parot v. Clarivate plc*, No. 1:22-cv-00394 (E.D.N.Y.)

(b)    Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Pluralsight, Inc.*, No. 1:19cv-00128 (D. Utah)
*In re Wells Fargo & Company Sec. Litig.*, No. 1:20-cv-04494 (S.D.N.Y.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

DENTSPLY

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9ᵗʰ day of June, 2022.

City of Birmingham Retirement and Relief System

By: _____
Jay P. Turner, Assistant City Attorney

- 2 -

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/29/2021 | 8,470 | $65.47 |
| 07/30/2021 | 33,530 | $66.11 |
| 08/05/2021 | 11,350 | $59.76 |
| 08/23/2021 | 7,450 | $60.00 |
| 10/14/2021 | 9,400 | $56.77 |
| 10/15/2021 | 1,600 | $57.80 |
| 10/26/2021 | 500 | $57.11 |
| 11/11/2021 | 7,100 | $54.53 |
| 03/18/2022 | 8,700 | $48.48 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 09/09/2021 | 3,800 | $62.58 |
| 01/11/2022 | 500 | $55.64 |
| 01/18/2022 | 1,600 | $53.16 |
| 01/18/2022 | 3,800 | $52.62 |
| 02/10/2022 | 1,600 | $55.13 |
| 04/27/2022 | 2,500 | $40.20 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

El Paso Firemen & Policemen's Pension Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Allegheny County Employees' Retirement System v. Energy Transfer LP*, No. 2:20-cv-00200 (E.D. Pa.)
*McLeod v. InnovAge Holding Corp.*, No. 1:21-cv-02770 (D. Colo.)
*Rose v. Butterfly Network, Inc. f/k/a Longview Acquisition Corp.*, No. 2:22-cv-00854 (D.N.J.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __19__ day of July, 2022.

El Paso Firemen & Policemen's Pension Fund

By:  ___Tyler C. Grossman___
     DocuSigned by:
     Tyler C. Grossman
     BC6840E680ED476...

Tyler C. Grossman, Executive Director

DENTSPLY

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/19/2021 | 5,900 | $60.41 |
| 07/21/2021 | 1,400 | $63.67 |
| 07/22/2021 | 1,100 | $63.17 |
| 07/23/2021 | 200 | $63.43 |
| 07/23/2021 | 800 | $63.42 |
| 07/23/2021 | 1,170 | $63.58 |
| 07/26/2021 | 2,410 | $63.50 |
| 07/27/2021 | 20 | $63.77 |
| 07/28/2021 | 1,870 | $64.79 |
| 07/29/2021 | 600 | $65.16 |
| 07/29/2021 | 2,330 | $65.33 |
| 07/30/2021 | 1,300 | $66.25 |
| 08/03/2021 | 3,400 | $65.19 |
| 08/04/2021 | 3,800 | $64.23 |
| 08/05/2021 | 7,150 | $59.24 |
| 08/12/2021 | 1,230 | $58.99 |
| 08/13/2021 | 1,500 | $58.58 |
| 08/16/2021 | 60 | $58.91 |
| 10/14/2021 | 1,590 | $56.90 |
| 10/15/2021 | 2,430 | $57.65 |
| 10/18/2021 | 300 | $56.40 |
| 10/18/2021 | 2,580 | $56.46 |
| 11/11/2021 | 4,600 | $54.55 |
| 03/18/2022 | 5,700 | $48.59 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 11/22/2021 | 600 | $52.44 |
| 12/27/2021 | 900 | $55.51 |
| 02/23/2022 | 1,200 | $55.83 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.     (a)     Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Uniti Group Inc. Sec. Litig.*, No. No. 4:19-cv-00756 (E.D. Ark.)
*Chun v. Fluor Corporation*, No. 3:18-cv-01338 (N.D. Tex.)
*Monroe County Employees' Retirement System v. AstraZeneca plc*, No. 1:21-cv-00722 (S.D.N.Y.)
*Genesee County Employees' Retirement System v. FirstCash Holdings, Inc.*, No. 4:22-cv-00033 (N.D. Tex.)

(b)     Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Building Trades Pension Fund of Western Pennsylvania v. Insperity, Inc.*, No. 1:20-cv-05635 (S.D.N.Y.)
*City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*, No. 0:21-cv-62380 (S.D.Fla.)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

DENTSPLY

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _12th_ day of July, 2022.

WAYNE COUNTY EMPLOYEES'
RETIREMENT SYSTEM

By: _____
Gerard Grysko, Deputy Director

- 2 -

DENTSPLY

### SCHEDULE A

### SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/19/2021 | 2,500 | $60.41 |
| 07/21/2021 | 600 | $63.67 |
| 07/22/2021 | 500 | $63.17 |
| 07/23/2021 | 400 | $63.42 |
| 07/23/2021 | 490 | $63.58 |
| 07/26/2021 | 1,010 | $63.50 |
| 07/28/2021 | 780 | $64.79 |
| 07/29/2021 | 300 | $65.16 |
| 07/29/2021 | 920 | $65.33 |
| 07/30/2021 | 600 | $66.25 |
| 08/03/2021 | 1,400 | $65.19 |
| 08/04/2021 | 1,600 | $64.23 |
| 08/05/2021 | 3,050 | $59.27 |
| 08/12/2021 | 510 | $58.99 |
| 08/13/2021 | 630 | $58.58 |
| 08/16/2021 | 30 | $58.91 |
| 10/14/2021 | 670 | $56.90 |
| 10/15/2021 | 1,020 | $57.65 |
| 10/18/2021 | 100 | $56.40 |
| 10/18/2021 | 1,110 | $56.46 |
| 11/05/2021 | 9,180 | $55.75 |
| 11/11/2021 | 1,900 | $54.55 |
| 12/01/2021 | 8,000 | $49.40 |
| 03/18/2022 | 2,600 | $48.59 |

Prices listed are rounded up to two decimal places.

*Opening position of 28,157 shares.