# EXHIBIT D

Movants' Purchases and Losses

Class Period: 06/09/2021 - 05/09/2022

Dentsply Sirona, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **City of Birmingham Retirement and Relief System** | 07/29/2021 | 8,470 | $65.47 | $554,528.36 | 09/09/2021 | 3,800 | $62.58 | $237,819.58 | |
| | 07/30/2021 | 33,530 | $66.11 | $2,216,537.53 | 01/11/2022 | 500 | $55.64 | $27,820.00 | |
| | 08/05/2021 | 11,350 | $59.76 | $678,303.24 | 01/18/2022 | 1,600 | $53.16 | $85,056.00 | |
| | 08/23/2021 | 7,450 | $60.00 | $446,973.18 | 01/18/2022 | 3,800 | $52.62 | $199,963.98 | |
| | 10/14/2021 | 9,400 | $56.77 | $533,638.00 | 02/10/2022 | 1,600 | $55.13 | $88,202.56 | |
| | 10/15/2021 | 1,600 | $57.80 | $92,482.08 | 04/27/2022 | 2,500 | $40.20 | $100,489.50 | |
| | 10/26/2021 | 500 | $57.11 | $28,553.15 | held | 74,300 | $36.97 | $2,747,202.70 | |
| | 11/11/2021 | 7,100 | $54.53 | $387,197.79 | | | | | |
| | 03/18/2022 | 8,700 | $48.48 | $421,792.53 | | | | | |
| | | **88,100** | | **$5,360,005.86** | | **88,100** | | **$3,486,554.32** | **($1,873,451.55)** |
| **El Paso Firemen & Policemen's Pension Fund** | 07/19/2021 | 5,900 | $60.41 | $356,422.54 | 11/22/2021 | 600 | $52.44 | $31,465.38 | |
| | 07/21/2021 | 1,400 | $63.67 | $89,133.94 | 12/27/2021 | 900 | $55.51 | $49,962.24 | |
| | 07/22/2021 | 1,100 | $63.17 | $69,490.63 | 02/23/2022 | 1,200 | $55.83 | $66,992.52 | |
| | 07/23/2021 | 200 | $63.43 | $12,686.00 | 07/26/2022 | 2,700 | $37.01 | $99,929.16 | |
| | 07/23/2021 | 800 | $63.42 | $50,733.84 | held | 48,040 | $36.97 | $1,776,253.26 | |
| | 07/23/2021 | 1,170 | $63.58 | $74,385.32 | | | | | |
| | 07/26/2021 | 2,410 | $63.50 | $153,022.95 | | | | | |
| | 07/27/2021 | 20 | $63.77 | $1,275.33 | | | | | |
| | 07/28/2021 | 1,870 | $64.79 | $121,149.07 | | | | | |
| | 07/29/2021 | 600 | $65.16 | $39,094.50 | | | | | |
| | 07/29/2021 | 2,330 | $65.33 | $152,228.92 | | | | | |
| | 07/30/2021 | 1,300 | $66.25 | $86,129.03 | | | | | |
| | 08/03/2021 | 3,400 | $65.19 | $221,634.10 | | | | | |
| | 08/04/2021 | 3,800 | $64.23 | $244,062.22 | | | | | |
| | 08/05/2021 | 7,150 | $59.24 | $423,556.71 | | | | | |
| | 08/12/2021 | 1,230 | $58.99 | $72,551.67 | | | | | |
| | 08/13/2021 | 1,500 | $58.58 | $87,876.45 | | | | | |
| | 08/16/2021 | 60 | $58.91 | $3,534.68 | | | | | |
| | 10/14/2021 | 1,590 | $56.90 | $90,472.43 | | | | | |
| | 10/15/2021 | 2,430 | $57.65 | $140,079.29 | | | | | |
| | 10/18/2021 | 300 | $56.40 | $16,918.50 | | | | | |
| | 10/18/2021 | 2,580 | $56.46 | $145,660.87 | | | | | |
| | 11/11/2021 | 4,600 | $54.55 | $250,930.00 | | | | | |
| | 03/18/2022 | 5,700 | $48.59 | $276,989.22 | | | | | |
| | | **53,440** | | **$3,180,018.22** | | **53,440** | | **$2,024,602.56** | **($1,155,415.65)** |
| **Wayne County Employees' Retirement System** | 07/19/2021 | 2,500 | $60.41 | $151,026.50 | held | 39,900 | $36.97 | $1,475,281.13 | |
| | 07/21/2021 | 600 | $63.67 | $38,200.26 | | | | | |
| | 07/22/2021 | 500 | $63.17 | $31,586.65 | | | | | |
| | 07/23/2021 | 400 | $63.42 | $25,366.92 | | | | | |
| | 07/23/2021 | 490 | $63.58 | $31,152.83 | | | | | |
| | 07/26/2021 | 1,010 | $63.50 | $64,129.95 | | | | | |
| | 07/28/2021 | 780 | $64.79 | $50,532.77 | | | | | |
| | 07/29/2021 | 300 | $65.16 | $19,547.25 | | | | | |
| | 07/29/2021 | 920 | $65.33 | $60,107.56 | | | | | |
| | 07/30/2021 | 600 | $66.25 | $39,751.86 | | | | | |

| Date | Shares | Price | Amount | Shares | Amount | Loss |
|---|---|---|---|---|---|---|
| 08/03/2021 | 1,400 | $65.19 | $91,261.10 | | | |
| 08/04/2021 | 1,600 | $64.23 | $102,763.04 | | | |
| 08/05/2021 | 3,050 | $59.27 | $180,765.27 | | | |
| 08/12/2021 | 510 | $58.99 | $30,082.40 | | | |
| 08/13/2021 | 630 | $58.58 | $36,908.11 | | | |
| 08/16/2021 | 30 | $58.91 | $1,767.34 | | | |
| 10/14/2021 | 670 | $56.90 | $38,123.60 | | | |
| 10/15/2021 | 1,020 | $57.65 | $58,798.72 | | | |
| 10/18/2021 | 100 | $56.40 | $5,639.50 | | | |
| 10/18/2021 | 1,110 | $56.46 | $62,668.05 | | | |
| 11/05/2021 | 9,180 | $55.75 | $511,776.74 | | | |
| 11/11/2021 | 1,900 | $54.55 | $103,645.00 | | | |
| 12/01/2021 | 8,000 | $49.40 | $395,198.40 | | | |
| 03/18/2022 | 2,600 | $48.59 | $126,345.96 | | | |
| | **39,900** | | **$2,257,145.76** | **39,900** | **$1,475,281.13** | **($781,864.64)** |
| **Movants' Total** | **181,440** | | **$10,797,169.84** | **181,440** | **$6,986,438.01** | ***($3,810,731.84)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $36.97 as of July 29, 2022 for common stock.

Prices listed are rounded up to two decimal places.