# EXHIBIT E

**JOINT DECLARATION OF THE PUBLIC PENSION FUNDS IN SUPPORT OF
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL**

We, City of Birmingham Retirement and Relief System ("BRRS"), El Paso Firemen & Policemen's Pension Fund ("EPFPPF"), and Wayne County Employees' Retirement System ("WCERS") (collectively, the "Public Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the Public Pension Funds' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Robbins Geller Rudman & Dowd LLP as lead counsel. We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2. I, Jay P. Turner, am the Assistant City Attorney of Birmingham, and am authorized to make this declaration on behalf of BRRS. BRRS is a public pension system organized for current and former employees of the City of Birmingham, Alabama. BRRS manages over $1 billion in assets for the benefit of over 7,000 members. BRRS has prior experience serving as lead plaintiff individually and with others in securities litigation, including with Robbins Geller as its counsel. As reflected in its June 9, 2022 PSLRA Certification, BRRS purchased tens of thousands of shares of Dentsply Sirona, Inc. stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

3. I, Tyler C. Grossman, am the Executive Director of EPFPPF and am authorized to make this declaration on its behalf. EPFPPF is a public pension fund organized and operated for the benefit of firefighters and police officers in El Paso, Texas. EPFPPF manages over $1.5 billion in assets for the benefit of over 3,500 active and retired members. EPFPPF has prior experience serving as lead plaintiff together with other pension funds in securities litigation, including with

Robbins Geller as its counsel. As reflected in its July 19, 2022 PSLRA Certification, EPFPPF purchased tens of thousands of shares of Dentsply Sirona stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

4. I, Gerard Grysko, am the Deputy Director of WCERS and am authorized to make this declaration on its behalf. Since its inception, WCERS has provided retirement and related benefits for thousands of Wayne County, Michigan public employees. WCERS manages approximately $1 billion in assets for the benefit of over 6,000 members. WCERS has prior experience serving as lead plaintiff individually and with others in securities litigation, including with Robbins Geller as its counsel. As reflected in its July 12, 2022 PSLRA Certification, WCERS purchased tens of thousands of shares of Dentsply Sirona stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

5. The Public Pension Funds decided to seek appointment as lead plaintiff several weeks ago. Our decision to seek appointment as lead plaintiff together was informed by a variety of factors, including the pre-existing contacts between ourselves and our organizations' representatives, our shared advisors (including our investment manager that purchased Dentsply Sirona stock on our behalves), our complementary purchasing patterns in Dentsply Sirona stock., our previous and current positive experiences serving as representative parties in securities and shareholder litigation as part of small groups (in which capacity we have collectively recovered hundreds of millions of dollars), the similar composition of our public pension funds, and our shared dedication to issues affecting governmental retirement systems.

4853-6822-2508.v1

6. During our pre-motion conference call, we conferred with one another about this litigation, our investment in Denstply Sirona stock. and similar financial harm suffered, the requirements and responsibilities of being a lead plaintiff in a securities class action, the lead plaintiff motion process, and the strengths of seeking appointment together as a partnership consisting of three public pension funds with previous experience fulfilling the role of a lead plaintiff.

7. We also discussed our strategy for jointly prosecuting this case and directing Robbins Geller's efforts to prosecute this case on the class's behalf, including communicating regarding significant litigation developments.

8. For these reasons, we believe our joint service as lead plaintiff, if approved by the Court, and oversight of Robbins Geller will result in an optimal recovery for the putative class. As our Certifications attest, we will participate in discovery and trial as necessary. And, as we have already done, we will continue to communicate with each other and provide guidance, insight, and direction to Robbins Geller and on major litigation events.

9. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as Lead Counsel because of the Firm's extensive securities litigation experience and the results the Firm has achieved on behalf of defrauded investors, including the largest recovery in the history of the Sixth Circuit, which was obtained against Cardinal Health in the Southern District of Ohio (where the first-filed complaint against Dentsply Sirona is pending), as well as the recent $1.025 billion recovery against American Realty in the Southern District of New York (where the second-filed complaint against Dentsply Sirona is pending). *See In re Cardinal Health, Inc. Sec. Litig.*, No. 2:04-cv-00575-ALM (S.D. Ohio); *In re Am. Realty Capital Props., Inc. Litig.*, No. 1:15-mc-00040-AKH (S.D.N.Y.).

4853-6822-2508.v1

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to BRRS are true and correct.

Dated: 8/1/2022

Jay P. Turner
Assistant City Attorney of Birmingham

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to BRRS are true and correct.

Dated: 7/29/2022

Tyler C. Grossman
Executive Director

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to BRRS are true and correct.

Dated: 7/29/2022

Gerard Grysko,
Deputy Director

4853-6822-2508.v1