**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, and JORGE GOMEZ,<br><br>Defendants. | Case No. 1:22-cv-06339-JPC<br><br><u>CLASS ACTION</u> |

**DECLARATION OF HANNAH ROSS IN SUPPORT OF THE CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST'S AND THE LOUISIANA SHERIFFS' PENSION & RELIEF FUND'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTIONS <u>FOR APPOINTMENT AS LEAD PLAINTIFF</u>**

I, Hannah Ross, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP.  I respectfully submit this declaration in support of the City of Miami General Employees' & Sanitation Employees' Retirement Trust's and the Louisiana Sheriffs' Pension & Relief Fund's memorandum of law in opposition to the competing motions for appointment as Lead Plaintiff.

2.     Attached as Exhibits A and B are true and correct copies of the following documents:

Exhibit A:     Reply Memorandum of Law in Further Support of Wayne County's Motion for Appointment as Lead Plaintiff, *Chun v. Flour Corp.*, No. 3:18-cv-01338-S, ECF No. 23 (N.D. Tex. Aug. 28, 2018); and

Exhibit B:     Movant's Purchases and Losses, *Ward v. Upstart Holdings Inc.*, No. 5:22-cv-02856-BLF, ECF No. 30-3 (N.D. Cal. July 12, 2022).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of August, 2022.

*/s/ Hannah Ross*
Hannah Ross