**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,<br><br>Defendants. | Case No. 1:22-cv-06339-JPC-SLC<br><br>CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF SAN ANTONIO FIRE AND POLICE PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF IT SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO THE COMPETING MOTIONS**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in further support of the Motion filed by San Antonio Fire and Police Pension Fund ("San Antonio FPPF") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of BFA to serve as Lead Counsel for the Class; (3) any such further relief as the Court may deem just and proper; and (4) in opposition to the competing motions.

2.      Attached as Exhibits A through B are true and correct copies of the following documents:

EXHIBIT A:      Complaint in *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Dentsply Sirona Inc.*, No. 2:22-cv-02371 (S.D. Ohio), filed on June 2, 2022; and

EXHIBIT B:      Declaration of Bill Lu and Liying Huang in *Denny v. Canaan, Inc.*, No. 21 CIV. 3299 (JPC), ECF 59-1, filed on July 12, 2021.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of August 2022.

*/s/ Javier Bleichmar*
Javier Bleichmar