# EXHIBIT B

# EXHIBIT 1

## DECLARATION IN SUPPORT OF BILL LU
## AND LIYING HUANG'S MOTION FOR APPOINTMENT AS
## <u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Bill Lu and Liying Huang (husband and wife, and together, "Movants"), respectfully submit this Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Declaration").  We each have personal knowledge about the information contained in this Declaration as to ourselves.

2.      I, Bill Lu, currently reside in Hong Kong, China and have approximately five years of investing experience.  I graduated from Guangdong University of Foreign Studies.  I am now the CEO of Enjoy Media.

3.      I, Liying Huang, currently reside in Hong Kong, China and have approximately two years of investing experience.  I have a degree from Guangdong Zhongkai Agricultural College and work at Prudential Insurance.

4.      As reflected in our Certifications, we purchased Canaan Inc. ("Canaan") securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action.  We are motivated to recover this loss for our own benefit and the benefit of all members of the Class.[1]

5.      On April 15, 2021, Jason Denny filed a putative class action (the "Action") in the United States District Court for the Southern District of New York (Case No. 1:21-cv-03299-JPC-SDA), on behalf of all those who purchased or otherwise acquired Canaan securities during the Class Period.  The Action seeks relief against Canaan and certain of the Company's current and former senior officers for violations of Sections 10(b) and 20(a) of the Securities Exchange

---

[1]  The "Class" consists of all purchasers, other than Defendants, of the American Depositary Receipts of Canaan between February 10, 2021 and April 9, 2021 (the "Class Period").

Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

6.      We are informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  We understand that a lead plaintiff acts on behalf of and for the benefit of all potential Class members.  We understand that if we are appointed as lead plaintiff, we will owe a fiduciary duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy.  We will do our best to maximize the recovery for the Class.

7.      If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having calls, discussing through email any developments, and participating in discovery.  We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

8.      We select Bragar Eagel & Squire, P.C. ("BES") to serve as lead counsel on behalf of the Class and believe BES has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class.  We are familiar with the experience, resources, and successes of our proposed lead counsel, BES.  We are well aware that BES is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants.  Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation.  We also believe that BES will

2

vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

9. It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, BES, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct BES to prosecute the Action in such a way to achieve a fair result for all members of the Class.

10. We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct lead counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

11. We, Bill Lu and Liying Huang, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in this Action. Our main goal is obtaining the largest recovery possible for the Class.

I, Bill Lu, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __9__ day of July, 2021.

lu yongchao (Jul 9, 2021 11:53 GMT+8)

Bill (Yongchao) Lu

I, Liying Huang, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __10__ day of July, 2021.

HUANG LIYING (Jul 11, 2021 10:14 GMT+8)

Liying Huang