# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

ELIER BERMUDEZ, Individually and on        :   Civil Action No. 1:17-cv-09457-PGG
Behalf of All Others Similarly Situated,   :
                                           :   CLASS ACTION
                    Plaintiff,             :
                                           :   JOINT DECLARATION IN SUPPORT OF
vs.                                        :   LEAD PLAINTIFF MOTION
                                           :
INC RESEARCH HOLDINGS, INC.,               :
MICHAEL A. BELL, ALISTAIR                  :
MACDONALD, MICHAEL GIBERTINI and           :
GREGORY S. RUSH,                           :
                                           :
                    Defendants.            :
                                           :
---------------------------------------------------------- x

We, San Antonio Fire & Police Pension Fund and the El Paso Firemen & Policemen's Pension Fund (collectively, the "Fire & Police Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the Fire & Police Pension Funds' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as lead counsel. We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2.      I, Warren J. Schott, am the Executive Director of San Antonio Fire & Police Pension Fund and am authorized to make this declaration on its behalf. The San Antonio Fire & Police Pension Fund was created in 1919 and provides retirement benefits to uniformed public safety employees of the City of San Antonio, Texas. The San Antonio Fire & Police Pension Fund has approximately $3 billion in assets under management and is overseen by a Board of Trustees and administered by a staff of twelve personnel. As reflected in its Certification, the San Antonio Fire & Police Pension Fund purchased thousands of shares of INC Research Holdings, Inc. ("INC Research") stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

3.      I, Tyler Grossman, am the Executive Director of El Paso Firemen & Policemen's Pension Fund and am authorized to make this declaration on its behalf. The El Paso Firemen & Policemen's Pension Fund was created in May 1920 and provides retirement benefits to uniformed public safety employees of the City of El Paso, Texas. The El Paso Firemen & Policemen's Pension Fund has approximately $1.3 billion in assets under management and is overseen by a Board of Trustees and administered by a staff of nine personnel. As reflected in its Certification, the El Paso

- 1 -

Firemen & Policemen's Pension Fund purchased thousands of shares of INC Research stock in the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

4.      Given our geographic proximity, as Executive Directors of the Fire & Police Pension Funds, we (and our respective trustees) interact with one another related to fund governance and member benefits as members of the Texas Association of Public Employee Retirement Systems ("TEXPERS"). Currently, three representatives of the Fire & Police Pension Funds serve together on the TEXPERS Board of Directors.

5.      We are aware of the requirements and responsibilities of being a lead plaintiff in a securities class action and are willing to undertake these responsibilities on behalf of the class in this case. As our funds' Certifications attest, the Fire & Police Pension Funds will participate in discovery and trial as necessary. As we already have been, we will continue to be apprised of significant litigation developments and have established with our proposed lead counsel that counsel will only act pursuant to lead plaintiff's direction and oversight. We will continue to communicate and provide guidance, insight, and direction to Robbins Geller on major litigation events.

6.      We are aware that institutional investors generally achieve higher settlements for class members, and it is our understanding that Robbins Geller has recovered more money for injured investors than any other plaintiff's law firm in each of the last three years. Based on these facts and our prior collaborative efforts in non-litigation related activities, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

7.      We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as Lead Counsel because of the firm's extensive securities

- 2 -

litigation experience in this Court and around the country and the outstanding results the firm has achieved on behalf of defrauded investors, and the added efficiencies for the class by virtue of the fact that Robbins Geller has local offices in this District where this case is being prosecuted.

I, Warren J. Scott, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 2, 2018.

SAN ANTONIO FIRE & POLICE
PENSION FUND
By: Warren J. Scott
Its: Executive Director

I, Tyler Grossman, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 29, 2018.

EL PASO FIREMEN & POLICEMEN'S PENSION FUND
By: Tyler Grossman
Its: Executive Director