**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>        v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, and JORGE GOMEZ,<br><br>          Defendants. | Case No. 1:22-cv-06339-JPC<br><br>CLASS ACTION |

**REPLY DECLARATION OF HANNAH ROSS IN FURTHER SUPPORT OF THE MOTION OF THE CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST AND THE LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

I, Hannah Ross, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP. I respectfully submit this declaration in further support of the Motion of the City of Miami General Employees' & Sanitation Employees' Retirement Trust and the Louisiana Sheriffs' Pension & Relief Fund for appointment as Lead Plaintiff and approval of their selection of Counsel.

2. Attached as Exhibits A and B are true and correct copies of the following documents:

Exhibit A:  Joint Declaration of El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System in Support of Their Motion for Appointment as Lead Plaintiff and for Approval of Their Selection of Counsel, *McLeod v. InnovAge Holding Corp.*, No. 1:21-cv-02770-WJM-SKC, ECF No. 6-5 (D. Colo. Dec. 13, 2021); and

Exhibit B:  Joint Declaration in Support of Lead Plaintiff Motion, *Vaitkueviene v. Syneos Health, Inc.*, No. 5:18-cv-00029-FL, ECF No. 14-5 (E.D.N.C. Jan. 30, 2018).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of August, 2022.

*/s/ Hannah Ross*
Hannah Ross