# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, on behalf of itself and all others similarly situated,

Plaintiff,

v.

DONALD M. CASEY, JR., DENTSPLY SIRONA INC., and JORGE GOMEZ,

Defendants.

Case No. 2:22-cv-02371-SDM-CMV

CLASS ACTION

Judge Morrison

Magistrate Judge Vascura

## DECLARATION OF SCOTT R. FOGLIETTA IN SUPPORT OF THE MOTION OF THE CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST AND THE LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR TRANSFER OF VENUE

I, Scott R. Foglietta, declare as follows:

1.     I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami") and the Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") in this matter. I am a member in good standing of the bar of the State of New York.  I have personal knowledge of the matters set forth herein.

2.     I provide this Declaration in support of the Motion of Miami and Louisiana Sheriffs for Transfer of Venue (the "Transfer Motion").

3.     Prior to filing the initial complaint in *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Casey*, No. 2:22-cv-02371-SDM-CMV (S.D. Ohio) (the "Action"), my firm conducted our standard investigation to determine the proper venue for the Action.  As part of that investigation, we consulted, among other things, Defendant Donald M. Casey, Jr.'s ("Casey") public LinkedIn profile.  That profile, attached as Exhibit A, indicated that Defendant Casey resided in Dublin, Ohio, which is located in the Southern District of Ohio.  The sole basis for filing the Action in the Southern District of Ohio was the belief that Defendant Casey resided in this District.

4.     On or about July 29, 2022, I spoke with Andrew Stern of Sidley Austin LLP, who is counsel for Defendant Dentsply Sirona Inc. ("Dentsply" or the "Company").  On that call, we discussed, among other things, the proper venue for this Action.  During that conversation, Mr. Stern informed me that, contrary to his LinkedIn profile, Defendant Casey does not currently reside in Dublin, Ohio.

5.     Then, on August 9, 2022, I had another phone call with Mr. Stern.  On that call, I asked whether, in light of his prior representation that Defendant Casey does not reside in this District, Defendants would consent to transfer this Action to the United States District Court for

the Western District of North Carolina, which is where the Company is based. Mr. Stern represented that the Company agreed that this action and a related action pending in the U.S. District Court for the Southern District of New York should proceed in a single forum.

6. On August 15, 2022, I once again spoke with Mr. Stern and informed him that Miami and Louisiana Sheriffs planned to file the Transfer Motion. In response, Mr. Stern indicated that Dentsply had not yet taken a position on transfer to the Western District of North Carolina, but would consider the Transfer Motion once filed and respond in due course.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of August, 2022.

/s/ Scott R. Foglietta
Scott R. Foglietta

# EXHIBIT A

8/15/22, 2:20 PM Case: 2:22-cv-06339-AS Document 36-3 Filed 08/22/25 Page 6 of 17 Page ID #: 500
Don Casey - Chief Re-Imagineer - Self-employed | LinkedIn



# About

Health care generalist with broad global experience in devices and diagnostics---expert on accelerating innovation and building new business models in healthcare

Strong VC and PE board experience

outstanding experience in building brands across consumers and professional environments

have created global high performing teams and developed diverse talent

https://www.linkedin.com/in/don-casey-65738333 1/12

Case: 2:22-cv-06339-AS Document 36-3 Filed 09/22/22 Page 7 of 17 Page ID #: 501

 

Don Casey



Over 4 years ago, both Blake Johnson and Scott Cohen came over for a BBQ to have a couple of drinks and watch Notre Dame football. We hit it off...

Liked by Don Casey



Big news at CCS today! So honored to lead this team as we drive innovation for our patients and take CCS to the next level.

Liked by Don Casey

Case 1:22-cv-06339-AS Document 36-3 Filed 08/22/22 Page 8 of 17 #: 502





🔍 Don Casey

Our General Manager UK & Ireland, Francois Loiseau has a key message regarding Diversity and Inclusion. Values such as Diversity and Inclusion are...

Liked by Don Casey

Join now to see all activity

## Experience



**Former CEO**
Self-employed
Apr 2022 - Present · 5 months
United States



**CEO**
Dentsply Sirona
Feb 2018 - Apr 2022 · 4 years 3 months
Charlotte, North Carolina, United States



**CEO Medical Segment**
Cardinal Health
Apr 2012 - Feb 2018 · 5 years 11 months
Dublin Ohio
Managing $11B diverse health care distributor and health care products



**Member Board of Directors**
Surgical Specialties Corporation TM
May 2011 - May 2016 · 5 years 1 month
Guide company out of bankruptcy into profitability

**Chief Executive Officer**
West Wireless Health Institute

                                                                                                              

🔍  Don Casey

developed innovative products and services designed to lower the cost of health care

Managed venture fund focused on early stage innovation designed to lower the cost of health care



### Board of Directors
Biodel Inc.

Mar 2010 - Mar 2012 · 2 years 1 month



### World Wide Franchise Chairman Comprehensive Care
Johnson and Johnson MD&D

Jan 2007 - Aug 2010 · 3 years 8 months



### world wide franchise chairman
Johnson & Johnson

2007 - Mar 2010 · 3 years

New Brunswick NJ



### Company Group Chairman
Vistakon, A Johnson & Johnson Company

2003 - 2006 · 3 years

Jacksonville, Florida Area

# Education



### University of Notre Dame
MBA · Marketing

1982 - 1983

Activities and Societies: Swimming

MBA 1983

BBA Finance 1982

Case 1:23-cv-06389-AS Document 1-36-1 Filed 08/22/22 Page 10 of 17 #: 504

 

Q Don Casey

## Volunteer Experience



**Board Member**

James Foundation

Apr 2014 - Dec 2017 · 3 years 9 months

## More activity by Don

**We are excited to welcome Kevin Harry as Chief Financial Officer of KKR-backed Bettcher Industries!**

Liked by Don Casey

Case 1:22-cv-06339-AS Document 36-3 Filed 08/22/22 Page 11 of 17 PageID #: 505





**Q** Don Casey

*I guess I have been an evangelist for Multicultural Marketing for most of my career.*
So, when I was approached (again) about the necessity of Black...

Liked by Don Casey

I had an opportunity to spend time with former Secretary of the U.S. Department of Health and Human Services, Dr. Louis Sullivan, at the Arnold P...

Liked by Don Casey

Hit this milestone on my YouTube channel yesterday. It's hard to digest! Thanks to everyone that watches https://lnkd.in/evzB48Qa

Liked by Don Casey

Case 1:22-cv-06339-AS Document 36-2 Filed 08/22/22 Page 12 of 17 PageID #: 506





🔍 Don Casey



**My story is filled with broken pieces, terrible choices and ugly truths. It's also filled with a major comeback, peace in my soul, and a grace that...**

Liked by Don Casey

**Today we announced some important changes that begins a new cycle of Natura &Co. Aligned with our strategic direction, to simplify our operating...**

Liked by Don Casey



Don Casey - Bürer Car - Dentsply Sirona | LinkedIn

 **in**



Q Don Casey



The legacy he left will carry the light and share with others. I'm greatful that god brought Ramon in my life to show me the possibilities of what...

Liked by Don Casey

6 years ago, we found out we were pregnant with our first daughter the same day I was first approached by Dentsply Sirona to relocate from Germany...

Liked by Don Casey

Don Casey - Former CEO - LinkedIn





| Q | Don Casey |
|---|---|

After an incredible 12 years with Sirona/Dentsply Sirona, I wanted to take the time to acknowledge those who have been part of this journey.  Thank...

Liked by Don Casey

## View Don's full profile

See who you know in common

Get introduced

Contact Don directly

( Join to view full profile )

# People also viewed

### Jon Giacomin
Healthcare Executive | Board Member
Columbus, Ohio Metropolitan Area

### Nick Valeriani
Retired Healthcare Executive
Morristown, NJ

### Eric Bruno
CEO: Diverse track record of building unstoppable teams focused on a clear purpose to drive breakthrough results
Fort Worth, TX

### Thibaut Mongon
Executive Vice President and Worldwide Chairman of Consumer Health at Johnson & Johnson, CEO Designate, The Planned New Consumer Health Company
New York City Metropolitan Area

Case 1:23-cv-06339-AS Document 36-2 Filed 08/22/22 Page 15 of 17 #: 509

Don Casey - Former CEO - Self-employed | LinkedIn





🔍 Don Casey

**Sina S. Amiri**

Advises Dental Practice Owners, Dentistry Partnership Groups, Dental Support Organizations (DSOs/DPOs) & Private Equity Firms • Healthcare Revenue Cycle Management (RCM), Strategy, Operations, Technology & Data Analytics

United States

**Thomas A. West**

President, CEO and Director at Nalu Medical, Inc.

San Diego, CA

**Ranjit Chadha**

Forward thinking & Transformational (CAO / CFO) Leader

Charlotte, NC

**Andrew Robinson**

Senior Vice President, North America Commercial & Chief Digital Officer

Charlotte, NC

**Kari Dixon**

Chief Executive Officer

Charlotte, NC

Show more profiles ⌄


**Looking for career advice?**
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

# Others named **Don Casey**


**Don Casey**
Real Estate, Oil and Gas
Tulsa, OK


**Don Casey**
person at Mary Institute and St. Louis Country Day School
St Louis, MO

Case 1:22-cv-06339-AS   Document 36-3   Filed 08/22/22   Page 16 of 17 #: 510

 

 Don Casey

 **Don Casey**

SVP - Revenue at American Airlines (retired)

Southlake, TX

144 others named Don Casey are on LinkedIn

See others named **Don Casey**

## Add new skills with these courses

 **Project Management: Healthcare Projects**

 **UX DesignOps: Overview**

 **Developing a Competitive Strategy**

See all courses

## Don's public profile badge

Include this LinkedIn profile on other websites

 **Don Casey**

Passionate about innovations in healthcare

 Former CEO at Self-employed

 University of Notre Dame

View profile

Case 1:22-cv-06339-AS   Document 36-2   Filed 08/22/22   Page 17 of 17 PageID #: 511

                                                                    

| Don Casey |
|:---|
| 🔍 |

© 2022                                          About

Accessibility                                   User Agreement

Privacy Policy                                  Cookie Policy

Copyright Policy                                Brand Policy

Guest Controls                                  Community Guidelines

Language