**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

February 6, 2023

<u>VIA ECF</u>

Hon. John P. Cronan
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

   Re: *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*,
     No. 1:22-cv-06339-JPC (S.D.N.Y.)

Dear Judge Cronan:

  On behalf of all the parties and lead plaintiff movants in the above-captioned action, we respectfully submit this joint status letter pursuant to ECF 49 regarding the pending motions in the related first-filed action in the U.S. District Court for the Southern District of Ohio, *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Tr. v. Casey*, No. 2:22-cv-02371.

  By way of background, on September 7, 2022, the Court declined to "set a briefing schedule" on City of Miami General Employees' & Sanitation Employees' Retirement Trust and Louisiana Sheriffs' Pension & Relief Fund's proposed motion to transfer "[t]o conserve the Court's and the parties' resources . . . given the pending motions to transfer filed in a similar action in the Southern District of Ohio."  ECF 45.  On November 14, 2022, the Court ordered the parties to "submit an additional status letter by the earlier of January 6, 2023 or the date one week after a ruling is issued in the related first-filed action in the Southern District of Ohio."  ECF 47.  The parties did so, informing the Court that "the motions remain pending in the Southern District of Ohio."  ECF 48.  On January 9, 2023, the Court ordered the parties to "submit a further status letter by February 6, 2023."  ECF 49.

  As of the date of this letter, the motions remain pending in the Southern District of Ohio.

         Respectfully submitted,

         DAVID A. ROSENFELD

cc: All parties of record (via ECF)

4860-3305-1719

58 South Service Road Suite 200 Melville, NY  11747 Tel 631-367-7100 Fax 631-367-1173 rgrdlaw.com