```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SAN ANTONIO FIRE AND POLICE PENSION FUND,                              :
individually and on behalf of all others similarly situated,           :
                                                                       :
                                                                       :
                                         Plaintiff,                    :    22 Civ. 6339 (JPC)
                                                                       :
         -v-                                                           :
                                                                       :
DENTSPLY SIRONA INC., et al.,                                          :
                                                                       :
                                         Defendants.                   :
                                                                       :
-----------------------------------------------------------------------X
                                                                       :
CITY OF MIAMI GENERAL EMPLOYEES' &                                     :
SANITATION EMPLOYEES' RETIREMENT TRUST,                                :
on behalf of itself and all others similarly situated,                 :
                                                                       :    23 Civ. 2910 (JPC)
                                         Plaintiff,                    :
                                                                       :        ORDER
         -v-                                                           :
                                                                       :
DONALD M. CASEY, JR. et al.,                                           :
                                                                       :
                                         Defendants.                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Movants City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System shall submit a firm resume for Robbins Geller Rudman & Dowd LLP by May 25, 2023.

SO ORDERED.

Dated: May 18, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge