UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :

SAN ANTONIO FIRE AND POLICE PENSION FUND,  :
*individually and on behalf of all others similarly situated*,  :
                                                              :
                       Plaintiff,                      :          22 Civ. 6339 (JPC)
                                                              :
    -v-                                                       :

DENTSPLY SIRONA INC., *et al.*,                    :

                    Defendants.                  :
-----------------------------------------------------------------------X

CITY OF MIAMI GENERAL EMPLOYEES' &amp;        :
SANITATION EMPLOYEES' RETIREMENT TRUST,  :
*on behalf of itself and all others similarly situated*,
                                                              :          23 Civ. 2910 (JPC)
                   Plaintiff,                  :
                                                            :                ORDER
    -v-                                                       :

DONALD M. CASEY, JR. *et al.*,                    :

                    Defendants.                  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By May 25, 2023, the parties, including all parties moving for appointment as Lead Plaintiff or Lead Plaintiffs, shall submit a joint letter informing the Court of whether any party objects to the consolidation of these two cases. In addition, because the briefing in *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Casey*, No. 23 Civ. 2910 (JPC), was submitted prior to the case's transfer from the Southern District of Ohio and therefore relies upon governing law in that District, the movants for appointment as Lead Plaintiff or Lead Plaintiffs in that case may submit supplemental briefing addressing governing law in this District, if they wish, by May 25, 2023. The movants are not required to submit any such briefing, however,

and they should not submit papers that merely repeat the arguments made in the briefs already submitted.

SO ORDERED.

Dated: May 18, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge