**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>      v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,<br><br>                            Defendants. | Case No. 1:22-cv-06339-JPC-SLC<br><br>**DECLARATION OF JOHN J. O'DONNELL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, John J. O'Donnell, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am a partner of the law firm Herbert Smith Freehills New York LLP ("HSF").

2. On or about September 6, 2022, HSF appeared as counsel of record for Jorge Gomez, a defendant in this action. The HSF attorneys appearing as counsel included me and Kelechi Okengwu.

3. In or about December 2022, Ms. Okengwu left HSF. She is currently an associate at Baker McKenzie LLP. To my knowledge, she has had no involvement in the matter since she left HSF.

4. I understand that Mr. Gomez has engaged Levine Lee LLP ("Levine Lee") to represent him in connection with this action, and that Mr. Gomez wishes Levine Lee, and not HSF, to represent him in connection with this action going forward.

5. On April 10, 2023, Seth Levine of Levine Lee filed a notice of appearance in this action on behalf of Mr. Gomez.

1

6. HSF is in the process of transferring its case file to Levine Lee and is not asserting a retaining or charging lien on Mr. Gomez.

7. Because Levine Lee has appeared in this action on Mr. Gomez's behalf and will continue to represent Mr. Gomez in this action, HSF does not perceive any prejudice to Mr. Gomez from the withdrawal of HSF as his counsel.

For all the foregoing reasons, we respectfully request that this Court enter the accompanying Order allowing Herbert Smith Freehills New York LLP, John J. O'Donnell and Kelechi Okengwu to withdraw as counsel of record for Mr. Gomez.

Dated July 20, 2023

*/s/ John J. O'Donnell*
John J. O'Donnell

2