**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, <br><br> Defendants. | Case No. 1:22-cv-06339-JPC-SLC |

## [PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Notice of Motion by Counsel for Defendant Jorge Gomez and the accompanying declaration of John J. O'Donnell;

IT IS HEREBY ORDERED that, satisfactory reasons having been shown, the motion of the law firm of Herbert Smith Freehills New York LLP, John J. O'Donnell and Kelechi Okengwu, for leave to withdraw as counsel of record for Defendant Jorge Gomez is hereby GRANTED. The Clerk of Court is directed to terminate the appearance of attorneys John J. O'Donnell and Kelechi Okengwu on behalf of Mr. Gomez.

SO ORDERED:

_____
Honorable John P. Cronan
United States District Judge

Dated: New York, New York

July 24, 2023