**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DENTSPLY SIRONA INC., DONALD M. CASEY, JR., JORGE GOMEZ, and RANJIT S. CHADHA, <br><br> Defendants. | Civil Action No. 1:22-cv-06339-AS <br><br> (Consolidated) |

**DECLARATION OF ANDREW W. STERN IN SUPPORT OF MOTION**
**TO WITHDRAW AS COUNSEL OF RECORD**

I, Andrew W. Stern, declare as follows:

1.      I am a partner of Sidley Austin LLP, and submit this Declaration in support of Dentsply Sirona Inc.'s Motion to Withdraw Andrew W. Stern, James O. Heyworth, and Peter J. Mardian as Counsel of Record.

2.      Pending court approval, I am no longer representing Defendant Dentsply Sirona Inc. in this matter, effective August 17, 2023.

3.      Defendant Dentsply Sirona Inc. has retained Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") and its attorneys, Roger A. Cooper and Mark E. McDonald in this matter, who are admitted to this Court and who have filed Notices of Appearance in this proceeding, dated August 14, 2023. (Dkts. 76-77).

4.      Defendant Dentsply Sirona Inc. will continue to be represented by its current attorneys of record, Cleary Gottlieb.

5.      My withdrawal will not delay the proceedings in this matter.

1

6.     Defendant Dentsply Sirona Inc. will not be prejudiced in any way by the granting of this motion.

7.     Sidley Austin LLP reserves its rights to assert a retaining lien.

8.     I certify that on August 17, 2023, I caused a copy of Dentsply Sirona Inc.'s Motion to Withdraw Andrew W. Stern, James O. Heyworth, and Peter J. Mardian as Counsel of Record to be served on Dentsply Sirona, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 17, 2023

/s/ Andrew W. Stern
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
Telephone:  (212) 839-5300
Facsimile: (212) 839-5599

2