**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:22-cv-06339-AS |
| Plaintiff, | (Consolidated) |
| v. | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, JR., JORGE GOMEZ, and RANJIT S. CHADHA, | |
| Defendants. | |

## ORDER

Upon consideration of Defendant Dentsply Sirona Inc.'s Motion to Withdraw Andrew W. Stern, James O. Heyworth, and Peter J. Mardian as Counsel of Record (Dkt. 78), the Court finds that good cause has been shown for the granting of the Motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion is GRANTED, and

**FURTHER ORDERED**, that Andrew W. Stern, James O. Heyworth, and Peter J. Mardian be withdrawn as Defendant's counsel in this matter.

**SO ORDERED**.

_____
Honorable Arun Subramanian
United States District Judge

Dated:  August 18, 2023

1