# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
|---|---|---|---|
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO

VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA

KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
    RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
    RESIDENT COUNSEL

D: +1 212 225 2283
racooper@cgsh.com

October 5, 2023

VIA ECF

The Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 6, 2023

Re: *San Antonio Fire and Police Pension Fund et al. v. Dentsply Sirona Inc. et al.*,
Case No. 22-cv-06339-AS

Dear Judge Subramanian:

We represent defendant Dentsply Sirona Inc. and write on behalf of all parties in the above-captioned case. With Plaintiffs' consent, Defendants respectfully request l**eave to file an omnibus memorandum of law, of no more than 40 pages, in support of their forthcoming joint motion to dismiss the Amended Complaint**. In the event that the Court grants this request, Plaintiffs respectfully request leave (and Defendants consent) to file a single **opposition memorandum of law of no more than 45 pages**. Finally, Defendants respectfully request leave (and Plaintiffs consent) to submit a **single joint reply memorandum in further support of their motion to dismiss the Amended Complaint of no more than 15 pages**.[1]

Defendants have reviewed Section 8.C of Your Honor's Individual Practices in Civil Cases (the "Rules") and respectfully submit that good cause exists here to exceed Your Honor's 20-page and 5-page limits for individual memoranda of law and reply memoranda, respectively. The Amended Complaint names four separate defendants, includes ~~approximately 60 alleged mi~~sstatements, alleges loss causation based on five distinct drops in Dentsply's stock

---

[1] In the event that the Court grants this request, Defendants each reserve the right to seek leave to submit an individual reply for good cause, if necessary.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

The Hon. Arun Subramanian, p. 2

price over an 11-month period, and includes allegations and claims for relief spanning more than 300 paragraphs and 128 pages (ECF 72).  Defendants respectfully submit that filing a single, 40-page brief in support of a joint motion to dismiss will streamline the Court's consideration of the issues presented, thereby promoting judicial efficiency.  Moreover, were each of the Defendants to file separate 20-page memoranda of law and 5-page replies, the total pages the Court would have to review would be greater (80 total pages for opening and opposition memoranda and 20 total pages for replies) than under the parties' proposal.

No previous request has been made to expand the page limits with respect to briefing on the forthcoming joint motion to dismiss.

Dated: October 5, 2023
    New York, New York

Respectfully submitted,

/s/ Roger A. Cooper
Roger A. Cooper
racooper@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

Counsel for Defendant Dentsply Sirona Inc.

cc:  All Counsel of Record (via ECF)