**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., JORGE GOMEZ, and RANJIT S. CHADHA<br><br>    Defendants. | Case No. 22-cv-06339-AS<br><br>CLASS ACTION |

**DECLARATION OF ROGER A. COOPER IN SUPPORT OF**
**JOINT MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Roger A. Cooper, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a member of the Bar of this Court and a partner at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Dentsply Sirona Inc. ("Dentsply" or the "Company") in the above-captioned matter.

2.      I respectfully submit this declaration in support of Defendants' Joint Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws (ECF No. 72, the "AC").

3.      Attached hereto as Exhibit 1 is a true and correct copy of Dentsply's Form 8-K, filed with the U.S. Securities and Exchange Commission on July 8, 2019.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Dentsply's Form 8-K, filed with the U.S. Securities and Exchange Commission on August 31, 2020.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Dentsply's Form 8-K, filed with the U.S. Securities and Exchange Commission on April 11, 2022.

6.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from Dentsply's Form 8-K, filed with the U.S. Securities and Exchange Commission on April 19, 2022.

7.      Attached hereto as Exhibit 5 is a true and correct copy of Dentsply's Form 8-K, filed with the U.S. Securities and Exchange Commission on August 9, 2022.

8.      Attached hereto as Exhibit 6 is a true and correct copy of Dentsply's Form 8-K, filed with the U.S. Securities and Exchange Commission on November 1, 2022.

9.      Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from Dentsply's Form 10-Q quarterly report for the period ended September 30, 2021, filed with the U.S. Securities and Exchange Commission on November 4, 2021.

10.     Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from Dentsply's Form 10-Q/A amended quarterly report for the period ended September 30, 2021, filed with the U.S. Securities and Exchange Commission on November 7, 2022.

11.     Attached hereto as Exhibit 9 is a true and correct copy of an excerpt from Dentsply's Form 10-K annual report for the fiscal year ended December 31, 2021, filed with the U.S. Securities and Exchange Commission on March 1, 2022.

12.     Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from Dentsply's Form 10-K/A amended annual report for the fiscal year ended December 31, 2021, filed with the U.S. Securities and Exchange Commission on November 7, 2022.

13.     Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from Dentsply's Form 10-K annual report for the fiscal year ended December 31, 2022, filed with the U.S. Securities and Exchange Commission on March 1, 2023.

14.     Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from the transcript of Dentsply's earnings call on February 28, 2022.

15.     Attached hereto as Exhibit 13 is a true and correct copy of Dentsply's Form 12b-25 notification of late filing for the period ended March 31, 2022, filed with the U.S. Securities and Exchange Commission on May 10, 2022.

16.     Attached hereto as Exhibit 14, pursuant to Section 8.G.i of this Court's Individual Practices in Civil Cases, is a non-argumentative chart identifying the elements of Plaintiffs' claims against the Defendants that are not plausibly alleged in the AC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2023 in New York, New York.


*/s/ Roger A. Cooper*
Roger A. Cooper