# EXHIBIT 3

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**April 11, 2022 (April 11, 2022)**
Date of Report (Date of earliest event reported)

# DENTSPLY SIRONA Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **0-16211** | **39-1434669** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **13320 Ballantyne Corporate Place,** | **Charlotte** | **North Carolina** | **28277-3607** |
|---|---|---|---|
| (Address of Principal Executive Offices) | | | (Zip Code) |

**(844) 848-0137**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | **XRAY** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

o

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On April 11, 2022, DENTSPLY SIRONA Inc. (the "Company") announced that Jorge M. Gomez, Executive Vice President and Chief Financial Officer has resigned from his position with the Company, effective May 6, 2022, to assume a chief financial officer position at another public company. Mr. Gomez's decision to resign is not the result of any dispute or disagreement with the Company, the Company's management or the Board of Directors of the Company on any matter relating to the Company's operations, policies or practices. Mr. Gomez has served in his current role since joining the Company in August 2019. The Company has initiated a search process to identify its next Chief Financial Officer.

**Item 7.01 Regulation FD Disclosure.**

On April 11, 2022, the Company issued a press release announcing the impending resignation of Mr. Gomez. A copy of the press release is attached hereto as Exhibit 99.1 and incorporated herein by reference.

The information furnished in Items 7.01 and 9.01 to this Form 8-K, including Exhibit 99.1, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any other filing under the Securities Act of 1933 or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits:

Exhibit No. Description

99.1 DENTSPLY SIRONA Inc. press release, dated April 11, 2022
104 Cover Page Interactive Date File (embedded within the Inline XBRL Document)

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Company has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

DENTSPLY SIRONA Inc.

By:        */s/ Donald M. Casey, Jr.*
           Donald M. Casey, Jr.
           Chief Executive Officer


Date: April 11, 2022



THE DENTAL
SOLUTIONS
COMPANY™

### Dentsply Sirona CFO Jorge Gomez Resigns to Assume CFO Position at Another Public Company

CHARLOTTE, N.C., April 11, 2022 (GLOBE NEWSWIRE) -- DENTSPLY SIRONA Inc. ("Dentsply Sirona" or "the Company") (Nasdaq: XRAY) today announced that Executive Vice President and Chief Financial Officer Jorge Gomez has resigned from the Company, effective May 6, 2022, to assume a CFO position at another public company. The Company is initiating a search process to identify its next CFO.

"We thank Jorge for his many contributions since joining Dentsply Sirona in 2019, including strengthening the Finance and IT organizations and enhancing our ESG initiative," said Dentsply Sirona Chief Executive Officer Don Casey.

About Dentsply Sirona

Dentsply Sirona is the world's largest manufacturer of professional dental products and technologies, with a 135-year history of innovation and service to the dental industry and patients worldwide. Dentsply Sirona develops, manufactures, and markets a comprehensive solutions offering including dental and oral health products as well as other consumable medical devices under a strong portfolio of world class brands. As The Dental Solutions Company, Dentsply Sirona's products provide innovative, high-quality and effective solutions to advance patient care and deliver better, safer and faster dentistry. The Company's shares of common stock are listed in the United States on Nasdaq under the symbol XRAY. Visit www.dentsplysirona.com for more information about Dentsply Sirona and its products.

Contact Information

Investors:
Andrea Daley
VP, Investor Relations
+1-704-805-1293
InvestorRelations@dentsplysirona.com

Press:
Marion Par-Weixlberger
VP, Corporate Communications and PR
+43 676 848414588
marion.parweixlberger@dentsplysirona.com