# EXHIBIT 8

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

Washington, D.C.  20549

# FORM 10-Q/A
**Amendment No. 1**

☒  QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

**For the quarterly period ended September 30, 2021**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934**

**For the transition period from_____ to_____**

Commission File Number 0-16211

# DENTSPLY SIRONA Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 39-1434669 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| 13320 Ballantyne Corporate Place, Charlotte, North Carolina | 28277-3607 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

(844) 848-0137
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $.01 per share** | **XRAY** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐   No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☐   No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐   No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date: At November 2, 2021, DENTSPLY SIRONA Inc. had 218,607,026 shares of common stock outstanding.

**DENTSPLY SIRONA INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY (cont.)**
(in millions, except per share amounts)
(unaudited)

| | Common Stock | Capital in Excess of Par Value | Retained Earnings | Accumulated Other Comprehensive Loss | Treasury Stock | Total Dentsply Sirona Equity | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2019** | $ 3 | $ 6,587 | $ 1,359 | $ (602) | $ (2,301) | $ 5,046 | $ 2 | $ 5,048 |
| Net loss | — | — | (134) | — | — | (134) | — | (134) |
| Other comprehensive loss | — | — | — | (112) | — | (112) | — | (112) |
| Exercise of stock options | — | — | — | — | 4 | 4 | — | 4 |
| Stock based compensation expense | — | 9 | — | — | — | 9 | — | 9 |
| Funding of employee stock purchase plan | — | 1 | — | — | 1 | 2 | — | 2 |
| Treasury shares purchased | — | (28) | — | — | (112) | (140) | — | (140) |
| Restricted stock unit distributions | — | (15) | — | — | 9 | (6) | — | (6) |
| Cash dividends ($0.10 per share) | — | — | (22) | — | — | (22) | — | (22) |
| **Balance at March 31, 2020** | $ 3 | $ 6,554 | $ 1,203 | $ (714) | $ (2,399) | $ 4,647 | $ 2 | $ 4,649 |
| Net loss | — | — | (91) | — | — | (91) | (1) | (92) |
| Other comprehensive income | — | — | — | 68 | — | 68 | — | 68 |
| Exercise of stock options | — | — | — | — | 1 | 1 | — | 1 |
| Stock based compensation expense | — | 10 | — | — | — | 10 | — | 10 |
| Treasury shares purchased | — | 28 | — | — | (28) | — | — | — |
| Restricted stock unit distributions | — | (16) | — | — | 10 | (6) | — | (6) |
| Cash dividends ($0.10 per share) | — | — | (22) | — | — | (22) | — | (22) |
| **Balance at June 30, 2020** | $ 3 | $ 6,576 | $ 1,090 | $ (646) | $ (2,416) | $ 4,607 | $ 1 | $ 4,608 |
| Net income | — | — | 47 | — | — | 47 | 1 | 48 |
| Other comprehensive income | — | — | — | 67 | — | 67 | — | 67 |
| Stock based compensation expense | — | 17 | — | — | — | 17 | — | 17 |
| Funding of employee stock purchase plan | — | 1 | — | — | 2 | 3 | — | 3 |
| Restricted stock unit distributions | — | (2) | — | — | 1 | (1) | — | (1) |
| Cash dividends ($0.10 per share) | — | — | (22) | — | — | (22) | — | (22) |
| **Balance at September 30, 2020** | $ 3 | $ 6,592 | $ 1,115 | $ (579) | $ (2,413) | $ 4,718 | $ 2 | $ 4,720 |

See accompanying Notes to Unaudited Interim Consolidated Financial Statements.

7

**DENTSPLY SIRONA INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in millions)
(unaudited)

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2021 | 2020 |
| | As Restated | |
| **Cash flows from operating activities:** | | |
| Net income (loss) | $ 292 | $ (178) |
| | | |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation | 94 | 104 |
| Amortization of intangible assets | 167 | 143 |
| Goodwill impairment | — | 157 |
| Indefinite-lived intangible asset impairment | — | 39 |
| Deferred income taxes | (11) | (53) |
| Stock based compensation expense | 54 | 36 |
| Other non-cash expense | 13 | 7 |
| (Gain) loss on sale of non-strategic businesses and product lines | (14) | — |
| Changes in operating assets and liabilities, net of acquisitions: | | |
| Accounts and notes receivable-trade, net | (89) | 150 |
| Inventories, net | (88) | 73 |
| Prepaid expenses and other current assets | (24) | 50 |
| Other noncurrent assets | (12) | 8 |
| Accounts payable | (45) | (62) |
| Accrued liabilities | 70 | (66) |
| Income taxes | 6 | (9) |
| Other noncurrent liabilities | 22 | (14) |
| **Net cash provided by operating activities** | 435 | 385 |
| | | |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (101) | (60) |
| Cash paid for acquisitions of businesses and equity investments, net of cash acquired | (248) | (2) |
| Cash received on sale of non-strategic businesses or product lines | 27 | — |
| Cash received on derivative contracts | 1 | 58 |
| Cash paid on derivative contracts | — | (1) |
| Proceeds from sale of property, plant, and equipment | 2 | — |
| **Net cash used in investing activities** | (319) | (5) |
| | | |
| **Cash flows from financing activities:** | | |
| Proceeds (repayments) on short-term borrowings, net | 147 | (1) |
| Cash paid for treasury stock | (90) | (140) |
| Cash dividends paid | (68) | (66) |
| Cash paid for acquisition of noncontrolling interest of consolidated subsidiary | — | (2) |
| Proceeds from long-term borrowings, net of deferred financing costs | 15 | 1,449 |
| Repayments on long-term borrowings, net | (297) | (701) |
| Deferred financing costs | — | (6) |
| Proceeds from exercised stock options | 47 | 6 |
| Cash paid on derivative contracts | — | (31) |
| Other financing activities, net | (11) | (17) |
| **Net cash (used in) provided by financing activities** | (257) | 491 |
| Effect of exchange rate changes on cash and cash equivalents | (16) | (4) |
| Net (decrease) increase in cash and cash equivalents | (157) | 867 |
| Cash and cash equivalents at beginning of period | 438 | 405 |
| Cash and cash equivalents at end of period | $ 281 | $ 1,272 |

See accompanying Notes to Unaudited Interim Consolidated Financial Statements.

**DENTSPLY SIRONA Inc. and Subsidiaries**

**NOTES TO UNAUDITED INTERIM CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 1 – SIGNIFICANT ACCOUNTING POLICIES AND RESTATEMENT**

**Basis of Presentation**

The accompanying unaudited interim consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("US GAAP") and the rules of the U.S. Securities and Exchange Commission ("SEC"). In the opinion of management, all adjustments (consisting only of normal recurring adjustments) considered necessary for a fair statement of the results for interim periods have been included. Results for interim periods should not be considered indicative of results for a full year. These financial statements and related notes contain the accounts of DENTSPLY SIRONA Inc. and subsidiaries ("Dentsply Sirona" or the "Company") on a consolidated basis and should be read in conjunction with the consolidated financial statements and notes included in the Company's Amendment No. 1 on Form 10-K/A filed on November 7, 2022 (the "Form 10-K/A") to amend its Annual Report on Form 10-K for the fiscal year ended December 31, 2021, originally filed with the Securities and Exchange Commission on March 1, 2022, to make certain changes described below.

The accounting policies of the Company, as applied in the interim consolidated financial statements presented herein, are substantially the same as presented in the Company's Form 10-K/A, except as may be indicated below. Certain prior period amounts within the Consolidated Statements of Operations have been reclassified in order to conform with the current year presentation of separately reported Research and development expenses.

**Restatement and Other Corrections of Previously Issued Consolidated Financial Statements**

Subsequent to the issuance of the Company's consolidated financial statements as of September 30, 2021 and for each of the three and nine months periods ended therein, and also the consolidated financial statements as of December 31, 2021 and 2020 and for each of the three fiscal years in the period ended December 31, 2021 (collectively, the "previously issued financial statements"), management identified errors related to certain customer incentive programs. It was also determined that the Company utilized incorrect accounting and assumptions in the determination of certain estimates related to its sales return provisions, warranty reserve provisions and variable consideration. Additionally, the Company identified an error related to a failure to appropriately account for certain returns and/or exchanges specific to sales transactions in China as a result of an investigation by the Company's Audit and Finance Committee. Allowing for the product exchanges referred to above resulted in an overstatement of net sales in the third quarter of 2021 of approximately $4 million which should have been recorded in the fourth quarter of 2021. In conjunction with making these corrections, the Company has also made certain other restatements and revisions for previously identified errors. As a result of these collective errors, Net sales and Net income were overstated in the Company's financial statements for the nine month period ended September 30, 2021 by approximately $35 million and $27 million, respectively, with errors to both Net sales and Net income (loss) for the three months ended September 30, 2021 and 2020 as shown in the tables below. Additionally, the correction of errors pertaining to periods prior to 2020 required an adjustment to opening retained earnings at January 1, 2020 of $45 million as reflected in the Consolidated Statements of Equity. Those errors related primarily to the timing, recognition, and estimation of variable consideration associated with certain sales orders in the historical periods. These errors were deemed to be material when considered together with certain qualitative and quantitative considerations such as the fact that the misstatements masked a failure to meet internal financial targets and external financial analyst expectations for the three months ended September 30, 2021 and due to the material weaknesses identified through the course of the Audit and Finance Committee's investigation.

Management has therefore restated for the three and nine months ended September 30, 2021 and revised for the three and nine months ended September 30, 2020, the accompanying consolidated financial statements and related notes included herein to correct these accounting errors for all periods presented, as well as the accompanying footnotes affected by the accounting errors, as shown below. The Company has also updated all accompanying footnotes and disclosures affected by the restatements and revisions, respectively, within Note 2, Revenue, Note 4, Comprehensive Income (Loss), Note 5, Earnings Per Common Share, Note 7, Segment Information, Note 8, Inventories, Net, and Note 11, Income Taxes.

9

The following tables present the effect of correcting these accounting errors on the Company's previously issued financial statements:

### CONSOLIDATED STATEMENTS OF OPERATIONS

| (in millions, except per share amounts) | Three Months Ended September 30, 2021 | | | Three Months Ended September 30, 2020 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised |
| Net sales | $ 1,069 | $ (29) | $ 1,040 | $ 895 | $ (12) | $ 883 |
| Cost of products sold | 478 | (7) | 471 | 453 | (2) | 451 |
| Gross profit | 591 | (22) | 569 | 442 | (10) | 432 |
| Selling, general, and administrative expenses | 394 | 1 | 395 | 315 | (2) | 313 |
| Research and development expenses | 35 | 4 | 39 | 27 | 2 | 29 |
| Operating income | 159 | (27) | 132 | 82 | (10) | 72 |
| Interest expense, net | 13 | 1 | 14 | 14 | — | 14 |
| Other expense (income), net | 8 | (3) | 5 | 1 | — | 1 |
| Income before income taxes | 138 | (25) | 113 | 67 | (10) | 57 |
| Provision for income taxes | 35 | (6) | 29 | 13 | (4) | 9 |
| Net income | 103 | (19) | 84 | 54 | (6) | 48 |
| Net income attributable to Dentsply Sirona | $ 103 | $ (19) | $ 84 | $ 53 | $ (6) | $ 47 |
| Net income per common share attributable to Dentsply Sirona: | | | | | | |
| Basic | $ 0.47 | $ (0.08) | $ 0.39 | $ 0.25 | $ (0.03) | $ 0.22 |
| Diluted | $ 0.47 | $ (0.09) | $ 0.38 | $ 0.25 | $ (0.03) | $ 0.22 |

### CONSOLIDATED STATEMENTS OF OPERATIONS

| (in millions, except per share amounts) | Nine Months Ended September 30, 2021 | | | Nine Months Ended September 30, 2020 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised |
| Net sales | $ 3,163 | $ (35) | $ 3,128 | $ 2,260 | $ 3 | $ 2,263 |
| Cost of products sold | 1,395 | (10) | 1,385 | 1,174 | — | 1,174 |
| Gross profit | 1,768 | (25) | 1,743 | 1,086 | 3 | 1,089 |
| Selling, general and administrative expenses | 1,177 | (3) | 1,174 | 935 | (6) | 929 |
| Research and development expenses | 112 | 10 | 122 | 79 | 6 | 85 |
| Operating income (loss) | 468 | (32) | 436 | (147) | 3 | (144) |
| Interest expense, net | 43 | — | 43 | 32 | (1) | 31 |
| Income (loss) before income taxes | 421 | (32) | 389 | (183) | 4 | (179) |
| Provision (benefit) for income taxes | 102 | (5) | 97 | (1) | — | (1) |
| Net income (loss) | 319 | (27) | 292 | (182) | 4 | (178) |
| Net income (loss) attributable to Dentsply Sirona | $ 319 | $ (27) | $ 292 | $ (182) | $ 4 | $ (178) |
| Net income (loss) per common share attributable to Dentsply Sirona: | | | | | | |
| Basic | $ 1.46 | $ (0.12) | $ 1.34 | $ (0.83) | $ 0.02 | $ (0.81) |
| Diluted | $ 1.45 | $ (0.13) | $ 1.32 | $ (0.83) | $ 0.02 | $ (0.81) |

### CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME

| | Three Months Ended September 30, 2021 | | | Three Months Ended September 30, 2020 | | |
|---|---|---|---|---|---|---|
| (in millions) | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised |
| Net income | $ 103 | $ (19) | $ 84 | $ 54 | $ (6) | $ 48 |
| Total comprehensive income | 47 | (19) | 28 | 121 | (6) | 115 |
| Comprehensive income attributable to Dentsply Sirona | $ 47 | $ (19) | $ 28 | $ 121 | $ (6) | $ 115 |

### CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME

| | Nine Months Ended September 30, 2021 | | | Nine Months Ended September 30, 2020 | | |
|---|---|---|---|---|---|---|
| (in millions) | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised |
| Net income (loss) | $ 319 | $ (27) | $ 292 | $ (182) | $ 4 | $ (178) |
| Total comprehensive income (loss) | 216 | (27) | 189 | (159) | 4 | (155) |
| Comprehensive income (loss) attributable to Dentsply Sirona | $ 216 | $ (27) | $ 189 | $ (159) | $ 4 | $ (155) |

### CONSOLIDATED BALANCE SHEETS

| | September 30, 2021 | | | December 31, 2020 | | |
|---|---|---|---|---|---|---|
| (in millions) | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised |
| Accounts and notes receivable-trade, net | $ 748 | $ (16) | $ 732 | $ 673 | $ (6) | $ 667 |
| Inventories, net | 532 | 16 | 548 | 466 | 10 | 476 |
| Prepaid expenses and other current assets | 243 | 1 | 244 | 214 | 3 | 217 |
| Total Current Assets | 1,804 | 1 | 1,805 | 1,791 | 7 | 1,798 |
| Other noncurrent assets | 128 | — | 128 | 94 | 1 | 95 |
| Total Assets | 9,288 | 1 | 9,289 | 9,342 | 8 | 9,350 |
| Accounts payable | 276 | (5) | 271 | 305 | (3) | 302 |
| Accrued liabilities | 641 | 84 | 725 | 653 | 59 | 712 |
| Income taxes payable | 58 | (6) | 52 | 60 | (1) | 59 |
| Total Current Liabilities | 1,126 | 73 | 1,199 | 1,317 | 55 | 1,372 |
| Deferred income taxes | 413 | (12) | 401 | 393 | (12) | 381 |
| Other noncurrent liabilities | 560 | 2 | 562 | 554 | — | 554 |
| Total Liabilities | 4,163 | 63 | 4,226 | 4,372 | 43 | 4,415 |
| Retained earnings | 1,481 | (62) | 1,419 | 1,233 | (35) | 1,198 |
| Total Dentsply Sirona Equity | 5,122 | (62) | 5,060 | 4,967 | (35) | 4,932 |
| Total Equity | 5,125 | (62) | 5,063 | 4,970 | (35) | 4,935 |
| Total Liabilities and Equity | 9,288 | 1 | 9,289 | 9,342 | 8 | 9,350 |

11

**CONSOLIDATED STATEMENT OF CASH FLOWS**

| (in millions) | Nine Months Ended September 30, 2021 | | | Nine Months Ended September 30, 2020 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised |
| Cash flows from operating activities: | | | | | | |
| Net income (loss) | $ 319 | $ (27) | $ 292 | $ (182) | $ 4 | $ (178) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | | | | | |
| Other non-cash expense (income) | 12 | 1 | 13 | 9 | (2) | 7 |
| Changes in operating assets and liabilities, net of acquisitions: | | | | | | |
| Accounts and notes receivable-trade, net | (98) | 9 | (89) | 149 | 1 | 150 |
| Inventories, net | (82) | (6) | (88) | 74 | (1) | 73 |
| Prepaid expenses and other current assets, net | (27) | 3 | (24) | 50 | — | 50 |
| Accounts payable | (39) | (6) | (45) | (65) | 3 | (62) |
| Accrued liabilities | 41 | 29 | 70 | (73) | 7 | (66) |
| Income taxes | 11 | (5) | 6 | (10) | 1 | (9) |
| Other noncurrent liabilities | 20 | 2 | 22 | (14) | — | (14) |
| Net cash provided by operating activities | 435 | — | 435 | 372 | 13 | 385 |
| Cash flows from financing activities: | | | | | | |
| Other financing activities, net | (11) | — | (11) | (4) | (13) | (17) |
| Net cash (used in) provided by financing activities | (257) | — | (257) | 504 | (13) | 491 |

## Use of Estimates

The preparation of financial statements in conformity with US GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts of Net sales and expense during the reporting period. Actual results could differ materially from those estimates.

Specifically, for the nine months ended September 30, 2021, some of these estimates and assumptions continue to be based on an ongoing evaluation of expected future impacts from the COVID-19 pandemic. The full extent to which the COVID-19 pandemic will directly or indirectly have a negative material impact on the Company's financial condition, liquidity, or results of operations in future periods is highly uncertain and difficult to predict. More specifically, the demand for the Company's products has been, and continues to be, affected by social distancing guidelines, dental practice safety protocols which reduce patient traffic, and some lingering patient reluctance to seek dental care. The Company's 2020 results were materially impacted by the preventative measures implemented at the outset of the pandemic, including the closure or reduced operations of dental practices. During 2021, demand for the Company's products has largely recovered, although impacts from the pandemic continue to be experienced as evidenced by the more recent shortages and higher prices of raw materials such as electronic components, higher related transportation costs, and labor shortages. In the current year, the Company has experienced supply chain constraints, which has impacted its ability to timely produce and deliver certain products, and has also resulted in increases in shipping rates. To address these issues, the Company has taken steps to mitigate the impact of these trends, including continued emphasis on cost reduction and supply chain efficiencies. However, uncertainties remain regarding how long these impacts will continue, whether customer demand will fully return to pre-COVID-19 levels upon lifting of remaining government restrictions, or whether future variants of the virus may have an adverse impact on demand in affected markets.

12

**The impact of COVID-19 and the Company's response**

Information pertaining to the impact of the COVID-19 pandemic on the Company's operations and financial results during the course of 2020 as well as the Company's overall response can be found in "Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" included in the Company's Annual Report on Form 10-K for the year ended December 31, 2020. Updates to that summary of impact for the nine months ended September 30, 2021 are as follows:

• Continuing the trend from the last two quarters, the Company has seen customer demand and dental patient traffic normalize in major markets. Certain markets including regions of Southeast Asia and South America have experienced setbacks in demand in the second and third quarters as a result of renewed COVID-19 infections from recent variants of the virus. While most government authorities have lifted many of their restrictions, the end dates for all restrictions being lifted are still unknown, and it is uncertain when customer demand will fully return to pre-COVID-19 levels upon lifting these restrictions, or whether a resurgence of the virus may have an impact on demand in affected markets.

• The Company continues to monitor the impact of global supply chain issues related to the pandemic, including potential downside related to labor shortages, shipping disruption and inflation of material inputs. To date, there have been no significant disruptions to the Company's production, distribution network or ability to procure raw materials used in the development of its products. Although the Company has experienced an increase in supply chain related costs including freight and shipping rates during the first nine months of 2021, these have not yet resulted in a material impact to the results of operations.

• The Company's COVID-19 infection crisis management process implemented in 2020 remains in effect, and there have been no significant disruptions to operations as a result of infections. During the course of the pandemic, the Company has utilized this process to manage several incidents of exposure at facilities. All potential and actual cases have been reviewed to ensure that the Company managed exposed employees appropriately, consistently and safely. None of these incidents have resulted in a material loss of production or financial impact to the results for the nine months ended September 30, 2021.

• The Company previously undertook various initiatives during the second quarter of 2020, to ensure its ongoing liquidity which included, among other actions, entering into a $310 million revolving credit facility on April 9, 2020, a 40 million euro revolving credit on May 5, 2020, a 30 million euro revolving credit facility on May 12, 2020 and 3.3 billion Japanese yen revolving credit facility on June 11, 2020. These additional short-term facilities were entered into in an abundance of caution and have all expired as planned as of June 30, 2021.

• During the third quarter the Company has continued to prioritize employee safety and preventing the possible spread of COVID-19 by encouraging ongoing work-from-home where possible and maintaining travel restrictions.

Up through the date of the filing of our Form 10-Q, the Company's principal manufacturing facilities and other operations have remained operational at a more normalized level than during the preceding year. The Company continues to monitor the COVID-19 pandemic. As governmental authorities adjust restrictions globally, the Company plans to appropriately staff sales, manufacturing, and other functions to meet customer demand and deliver on continuing critical projects while also complying with all government requirements.

**Restructuring Announcement**

In November 2018, the Board of Directors of the Company approved a plan to restructure and simplify the Company's business. The goal of the restructuring is to drive annualized net sales growth of 3% to 4% and adjusted operating income margins of 22% by the end of 2022 as well as achieve net annual cost savings of $200 million to $225 million by 2021. In July 2020, the Board of Directors of the Company approved an expansion of this plan that is intended to further optimize the Company's product portfolio and reduces operating expenses. The product portfolio optimization has resulted in the divestiture or closure of certain underperforming businesses. The operating expense reductions will come as a result of additional leverage from continued integration and simplification of the business. The Company had initially anticipated one-time expenditures and charges of approximately $275 million yielding annual cost savings of $200 million to $225 million by 2021. The program expansion is expected to result in total charges of approximately $375 million and annual cost savings of approximately $250 million. The Company expects that these expanded actions will result in incremental global headcount reductions of 6% to 7% in addition to the original projections of 6% to 8%. Since November 2018, the Company has incurred expenditures of approximately $321 million under this program, of which, approximately $123 million were non-cash charges. These amounts include the charges for the portfolio shaping initiatives announced on August 6, 2020 which are further discussed below.

As part of this expanded plan, the Company announced on August 6, 2020 that it will exit its traditional orthodontics business as well as both exit and restructure certain portions of its laboratory business. The traditional orthodontics business is part of the Technologies & Equipment segment and the laboratory business is part of the Consumables segment. The Company is exiting several of its facilities and reducing its workforce by approximately 4% to 5%. The Company expects to record total restructuring charges in a range of $60 million to $70 million for inventory write-downs, severance costs, fixed asset write-offs, and other facility closure costs related to these actions. The Company estimates that $45 million to $55 million of these restructuring charges will be non-cash charges related to inventory write-downs and fixed asset write-offs. The Company has recorded expenses of approximately $58 million related to these actions, of which approximately $46 million were non-cash charges. For the nine months ended September 30, 2021, the Company made a $3 million adjustment related to inventory reserves and paid $2 million in severance costs. The Company expects nearly all of the remaining restructuring charges to be completed by the first quarter of 2022.

44

**RESULTS OF OPERATIONS, THREE MONTHS ENDED SEPTEMBER 30, 2021 COMPARED TO THREE MONTHS ENDED SEPTEMBER 30, 2020**

**Net Sales**

The Company presents net sales comparing the current year periods to the prior year periods. In addition, the Company also compares net sales on an organic sales basis, which is a Non-GAAP measure.

The Company defines "organic sales" as net sales excluding: (1) net sales from acquired and divested businesses recorded prior to the first anniversary of the acquisition or divestiture, (2) net sales attributable to discontinued product lines in both the current and prior year periods, and (3) the impact of foreign currency translation, which is calculated by comparing current-period sales to prior-period sales, with both periods converted to the U.S. dollar rate at local currency foreign exchange rates for each month of the prior period.

The "organic sales" measure is not calculated in accordance with US GAAP; therefore, this item represents a Non-GAAP measure. This Non-GAAP measure may differ from those used by other companies and should not be considered in isolation from, or as a substitute for, measures of financial performance prepared in accordance with US GAAP. Organic sales is an important internal measure for the Company. The Company's senior management receives a monthly analysis of operating results that includes organic sales. The performance of the Company is measured on this metric along with other performance metrics.

The Company discloses organic sales to allow investors to evaluate the performance of the Company's operations exclusive of certain items that impact the comparability of results from period to period and may not be indicative of past or future performance of the normal operations of the Company. The Company believes that this information is helpful in understanding underlying net sales trends.

| (in millions, except percentages) | Three Months Ended September 30, | | $ Change | % Change |
|---|---|---|---|---|
| | 2021[a] | 2020 | | |
| Net sales | $        1,040 | $        883 | $        157 | 17.8 % |

*Percentages are based on actual values and may not recalculate due to rounding.
(a) As Restated

A reconciliation of net sales to organic sales for the three months ended September 30, 2021 was as follows:

| | % Change |
|---|---|
| **Net sales** | 17.8 % |
| Foreign exchange impact | 1.3 % |
| Acquisitions | 4.4 % |
| Divestitures and discontinued products | (7.3 %) |
| **Organic sales** | 19.4 % |

The increase in organic sales was attributable to increased volumes in both the Technologies & Equipment and Consumables segments due to a recovery in demand from the impact of the COVID-19 pandemic, sales attributed to recent product launches, and a timing-related increase of sales to dealers in the United States in the third quarter. These increases in sales to dealers were due to incremental pricing incentives, as well as purchases ahead of annual price increases which previously occurred in the fourth quarter of 2020.

**Segment Results**

Net Sales

*Technologies & Equipment*

| (in millions, except percentages) | Three Months Ended September 30, | | | |
| | 2021[a] | 2020 | $ Change | % Change |
| --- | --- | --- | --- | --- |
| Technologies & Equipment | $ 612 | $ 497 | $ 115 | 23.0 % |

\* Percentages are based on actual values and may not recalculate due to rounding.
(a) As Restated

A reconciliation of net sales to organic sales for the three months ended September 30, 2021 was as follows:

| | % Change |
| --- | --- |
| **Net sales** | 23.0 % |
| Foreign exchange impact | 1.2 % |
| Acquisitions | 7.8 % |
| Divestitures and discontinued products | (9.3 %) |
| **Organic sales** | 23.3 % |

*Consumables*

| (in millions, except percentages) | Three Months Ended September 30, | | | |
| | 2021[a] | 2020 | $ Change | % Change |
| --- | --- | --- | --- | --- |
| Consumables | $ 428 | $ 386 | $ 42 | 11.1 % |

\* Percentages are based on actual values and may not recalculate due to rounding.
(a) As Restated

A reconciliation of net sales to organic sales for the three months ended September 30, 2021 was as follows:

| | % Change |
| --- | --- |
| **Net sales** | 11.1% |
| Foreign exchange impact | 1.3% |
| Divestitures and discontinued products | (4.7%) |
| **Organic sales** | 14.5% |

46

Segment Adjusted Operating Income (b)

| (in millions, except percentages) | Three Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2021[a] | 2020 | $ Change | % Change |
| Technologies & Equipment (c) | $ 134 | $ 122 | $ 12 | 9.8 % |
| Consumables (c) | 123 | 114 | 9 | 7.9 % |

(a) As Restated

(b) See Note 7, Segment Information, in the Notes to Consolidated Financial Statements in Item 1 of this Form 10-Q/A for a reconciliation from segment adjusted operating income to a US GAAP measure of consolidated pre-tax income..

(c) Certain charges related to discontinuance of product lines which were previously reported in adjusted operating income for the reportable segments, $33 million for the three months ended September 30, 2020, have been reclassified to the "All other" category to conform to current year presentation and the Company's internal reporting to the Chief Operating Decision Maker package. These amounts are not material to the measure of segment results for the years presented.

Technologies & Equipment

The increase in organic sales occurred across all dental businesses and resulted from overall higher volumes during the three months ended September 30, 2021 due to a recovery in demand from the COVID-19 pandemic, timing of sales to dealers in the United States affected by incremental pricing incentives during the period, and sales attributed to recent product launches.

The adjusted operating income increase was primarily driven by the increase in net sales.

Consumables

The increase in organic sales occurred across all regions and resulted from overall higher volumes during the three months ended September 30, 2021 due to a recovery in demand from the COVID-19 pandemic primarily driven by the Endodontic, Restorative, and Preventive businesses, as well as an increase in sales to dealers in the third quarter ahead of annual price resets which previously occurred in the fourth quarter of 2020.

The adjusted operating income increase was primarily driven by the increase in net sales as well as favorable mix including increased volumes for higher margin products.

Provision for income taxes

For the three months ended September 30, 2021, the provision for income taxes was $29 million as compared to $9 million during the three months ended September 30, 2020.

During the three months ended September 30, 2021, the Company recorded $4 million of tax expense for discrete tax matters.

During the three months ended September 30, 2020, the Company recorded $2 million of tax expense for discrete tax matters.

The increase in the effective tax rate is primarily from an increase in miix of higher-taxed foreign income. The Company continues to reassess the realizability of its deferred tax assets and, after weighing all positive and negative evidence, continues to maintain a valuation allowance on certain deferred tax assets.

51

**RESULTS OF OPERATIONS, NINE MONTHS ENDED SEPTEMBER 30, 2021 COMPARED TO NINE MONTHS ENDED SEPTEMBER 30, 2020**

**Net Sales**

| | Nine Months Ended September 30, | | | |
|---|---|---|---|---|
| (in millions, except percentages) | 2021[a] | 2020 | $ Change | % Change |
| Net sales | $ 3,128 | $ 2,263 | $ 865 | 38.2 % |

(a) As Restated

A reconciliation of net sales to organic sales for the nine months ended September 30, 2021 was as follows:

| | % Change |
|---|---|
| **Net sales** | 38.2 % |
| Foreign exchange impact | 4.8 % |
| Acquisitions | 6.3 % |
| Divestitures and discontinued products | (6.9 %) |
| **Organic sales** | 34.0 % |

The increase in organic sales was attributable to both the Technologies & Equipment and Consumables segments which were affected by overall higher volumes primarily due to a recovery in demand from the impact of the COVID-19 pandemic, as well as sales attributed to recent product launches. During the nine months ended September 30, 2020, the Company saw normal sales levels for the months of January and February and started to experience a decline in sales volume beginning in March and extending through September due to the onset of the pandemic.

**Segment Results**

Net Sales

*Technologies & Equipment*

| | Nine Months Ended September 30, | | | |
|---|---|---|---|---|
| (in millions, except percentages) | 2021[a] | 2020 | $ Change | % Change |
| Technologies & Equipment | $ 1,824 | $ 1,327 | $ 497 | 37.4% |

(a) As Restated

A reconciliation of net sales to organic sales for the nine months ended September 30, 2021 was as follows:

| | % Change |
|---|---|
| **Net sales** | 37.4% |
| Foreign exchange impact | 5.1% |
| Acquisitions | 10.8% |
| Divestitures and discontinued products | (8.0%) |
| **Organic sales** | 29.5% |

52

*Consumables*

| (in millions, except percentages) | Nine Months Ended September 30, | | | |
| | 2021[a] | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Consumables | $ 1,304 | $ 936 | $ 368 | 39.3% |

(a) As Restated

A reconciliation of net sales to organic sales for the nine months ended September 30, 2021 was as follows:

| | % Change |
|---|---|
| **Net sales** | 39.3% |
| Foreign exchange impact | 4.5% |
| Divestitures and discontinued products | (5.3%) |
| **Organic sales** | 40.1% |

**Segment Adjusted Operating Income (a)**

| (in millions, except percentages) | Nine Months Ended September 30, | | | |
| | 2021[a] | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Technologies & Equipment (b) | $ 391 | $ 231 | $ 160 | NM |
| Consumables (b) | 426 | 166 | 260 | NM |

NM - Not meaningful

(a) As Restated

(a) See Note 6, Segment Information, in the Notes to Consolidated Financial Statements in Item 1 of this Form 10-Q/A for a reconciliation from segment adjusted operating income to a US GAAP measure of consolidated pre-tax income.

(b) Certain charges related to discontinuance of product lines which were previously reported in adjusted operating income for the reportable segments, $34 million for the nine months ended September 30, 2020, have been reclassified to the "All other" category to conform to current year presentation and the Company's internal reporting to the Chief Operating Decision Maker package. These amounts are not material to the measure of segment results for the years presented.

Technologies & Equipment

The increase in organic sales occurred across all dental businesses and was the result of overall higher volumes during the nine months ended primarily due to demand recovery from the impact of the COVID-19 pandemic, as well as sales attributed to recent product launches.

The adjusted operating income increase was primarily driven by the increase in net sales as well as expense discipline during the nine months of 2021 relative to the comparative period.

Consumables

The increase in organic sales occurred across all regions and was the result of overall higher volumes during the nine months ended primarily due to demand recovery from the impact of the COVID-19 pandemic driven by the Endodontic, Restorative, and Preventive businesses.

The adjusted operating income increase was primarily driven by favorable mix including increased volumes for higher margin products, and expense discipline during the nine months of 2021 relative to the comparative period.

**Net Sales by Region**

<u>United States</u>

| (in millions, except percentages) | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2021[a] | 2020 | $ Change | % Change |
| United States | $ 1,094 | $ 758 | $ 336 | 44.5 % |

\* Percentages are based on actual values and may not recalculate due to rounding.
(a) As Restated

A reconciliation of net sales to organic sales for the nine months ended September 30, 2021 was as follows:

| | % Change |
| --- | --- |
| **Net sales** | 44.5 % |
| Foreign exchange impact | 0.8 % |
| Acquisitions | 18.1 % |
| Divestitures and discontinued products | (6.6 %) |
| **Organic sales** | 32.2 % |

The increase in organic sales was attributable to both the Technologies & Equipment and the Consumables segments and was primarily due to overall higher volumes during the nine months ended September 30, 2021 following periods of lower demand resulting from the COVID-19 pandemic as well as sales attributed to recent product launches.

<u>Europe</u>

| (in millions, except percentages) | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2021[a] | 2020 | $ Change | % Change |
| Europe | $ 1,239 | $ 934 | $ 305 | 32.4 % |

(a) As Restated

A reconciliation of net sales to organic sales for the nine months ended September 30, 2021 was as follows:

| | % Change |
| --- | --- |
| **Net sales** | 32.4 % |
| Foreign exchange impact | 7.6 % |
| Divestitures and discontinued products | (5.8 %) |
| **Organic sales** | 30.6 % |

The increase in organic sales was attributable to both the Consumables and the Technologies & Equipment segments and was primarily due to overall higher volumes during the nine months ended September 30, 2021 following periods of lower demand resulting from the COVID-19 pandemic.

<u>Rest of World</u>

| (in millions, except percentages) | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2021[a] | 2020 | $ Change | % Change |
| Rest of World | $ 795 | $ 571 | $ 224 | 39.4 % |

\* Percentages are based on actual values and may not recalculate due to rounding.
(a) As Restated

54

A reconciliation of net sales to organic sales for the nine months ended September 30, 2021 was as follows:

|  | % Change |
|---|---|
| **Net sales** | 39.4 % |
| Foreign exchange impact | 5.6 % |
| Acquisitions | 1.0 % |
| Divestitures and discontinued products | (9.2 %) |
| **Organic sales** | 42.0 % |

The increase in organic sales was attributable to both the Technologies & Equipment and the Consumables segments and was primarily due to overall higher volumes during the nine months ended September 30, 2021 following periods of lower demand resulting from the COVID-19 pandemic. During the nine months ended September 30, 2020, the Company experienced a decline in sales volume beginning in March due to the COVID-19 pandemic, particularly in China and other Asian markets.

**Gross Profit**

|  | Nine Months Ended September 30, | | | |
|---|---|---|---|---|
| (in millions, except percentages) | 2021[a] | 2020 | $ Change | % Change |
| Gross profit | $ 1,743 | $ 1,089 | $ 654 | 60.0 % |
| Gross profit as a percentage of net sales | 55.7 % | 48.1 % | | |

\* Percentages are based on actual values and may not recalculate due to rounding.
(a) As Restated

For the nine months ended September 30, 2021, the increase in the gross profit rate as a percentage of net sales was primarily driven by favorable mix including the increase in net sales for higher margin products, as compared to the same period ended September 30, 2020.

**Operating Expenses**

|  | Nine Months Ended September 30, | | | |
|---|---|---|---|---|
| (in millions, except percentages) | 2021[a] | 2020 | $ Change | % Change |
| Selling, general and administrative expenses ("SG&A") | $ 1,174 | $ 929 | $ 245 | 26.3 % |
| Research and development expenses ("R&D") | 122 | 85 | 37 | 43.8 % |
| Goodwill impairment | — | 157 | (157) | NM |
| Restructuring and other costs | 11 | 62 | (51) | NM |
| | | | | |
| SG&A as a percentage of net sales | 37.5 % | 41.1 % | | |
| R&D as a percentage of net sales | 3.9 % | 3.7 % | | |

\* Percentages are based on actual values and may not recalculate due to rounding.
(a) As Restated
NM - Not meaningful

SG&A Expenses

For the nine months ended September 30, 2021, the decrease in SG&A expenses as a percentage of net sales was primarily driven by greater absorption of expenses due to higher sales as well as expense discipline, as compared to the same period ended September 30, 2020.