# EXHIBIT 10

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K/A
Amendment No. 1

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended **December 31, 2021**

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission File Number **0-16211**

# DENTSPLY SIRONA Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **39-1434669** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **13320 Ballantyne Corporate Place, Charlotte, North Carolina** | **28277-3607** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(844) 848-0137**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $.01 per share** | **XRAY** | **The Nasdaq Stock Market LLC** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☐   No ☒

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes ☐   No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer ☒ | Accelerated Filer ☐ | Non-Accelerated Filer ☐ | Smaller Reporting Company ☐ |
|---|---|---|---|

Emerging Growth Company ☐       If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C.7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act) Yes ☐   No ☒

The aggregate market value of the voting common stock held by non-affiliates of the registrant computed by reference to the closing price as of the last business day of the registrant's most recently completed second quarter ended June 30, 2021, was $13,791,201,522. Based on the closing price on June 30, 2021. For purpose of this calculation only, without determining whether the following are affiliates of the registrant, the registrant has assumed that (i) its directors and executive officers are affiliates, and (ii) no party who has filed a Schedule 13D or 13G is an affiliate.

The number of shares of the registrant's common stock outstanding as of the close of business on February 21, 2022 was 217,554,303.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive Proxy Statement for its 2022 Annual Meeting are incorporated by reference into Part III of this Form 10-K/A.

Impairment Assessment

Assessment of the potential impairment of goodwill and indefinite-lived intangible assets is an integral part of the Company's normal ongoing review of operations. Testing for potential impairment of these assets is dependent on significant assumptions and reflects management's best estimates at a particular point in time. The dynamic economic environments in which the Company's businesses operate and key economic and business assumptions with respect to projected selling prices, increased competition and introductions of new technologies can significantly affect the outcome of impairment tests. Estimates based on these assumptions may differ significantly from actual results. Changes in factors and assumptions used in assessing potential impairments can have a significant impact on the existence and magnitude of impairments, as well as the time at which such impairments are recognized. If there are unfavorable changes in these assumptions, particularly changes in the Company's discount rates, revenue growth rates, and operating margins, the Company may be required to recognize impairment charges.

In particular, the determination of fair value involves uncertainties around the forecasted cash flows as it requires management to make assumptions and apply judgment to estimate future business expectations. Those future expectations include, but are not limited to, the current and ongoing impact of the COVID-19 pandemic and new product developments. The Company also considers the current and projected market and economic conditions amid the ongoing pandemic for the dental industry, both in the U.S. and globally, when determining its assumptions.

A change in any of these estimates and assumptions used in the annual test, as well as unfavorable changes in the ongoing COVID-19 pandemic, or in the overall markets served by these reporting units, among other factors, could have a negative material impact to the fair value of the reporting units and indefinite-lived intangible assets and could result in a future impairment charge. There can be no assurance that the Company's future goodwill and indefinite-lived impairment testing will not result in a material adverse impact to the Company's results of operations.

Information with respect to the Company's significant accounting policies on goodwill and indefinite-lived intangible assets are included in Note 1, Significant Accounting Policies and Restatement, in the Notes to Consolidated Financial Statements in Item 8 of this Form 10-K/A.

Goodwill Impairment

Goodwill represents the excess cost over the fair value of the identifiable net assets of business acquired. Goodwill is not amortized; instead, it is tested for impairment annually or more frequently if events or circumstances indicate that the carrying value of goodwill may be impaired, or if a decision is made to sell a business. Judgment is involved in determining if an indicator of impairment has occurred during the course of the year. Such indicators may include a decline in expected cash flows, unanticipated competition or slower growth rates, among others. When testing goodwill for impairment, the Company may assess qualitative factors for its reporting units to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount including goodwill. Alternatively, the Company may bypass this qualitative assessment and perform the quantitative goodwill impairment test. It is important to note that fair values which could be realized in an actual transaction may differ from those used to evaluate the impairment of goodwill.

Goodwill is allocated among reporting units and evaluated for impairment at that level. The Company's reporting units are either an operating segment or one level below its operating segments, as determined in accordance with ASC 350.

Effective 2021 and prospectively, the Company is performing its required annual goodwill impairment test as of April 1 rather than as of April 30 which was the Company's previous practice. The Company believes this change is preferable as it more closely aligns with the timing of the Company's strategic business planning process. This change did not result in any delay, acceleration or avoidance of impairment. Furthermore, a retrospective application to prior periods is impracticable as the Company is unable to objectively determine, without the use of hindsight, the assumptions which would be used in earlier periods.

36

The quantitative evaluation of impairment involves comparing the current fair value of each reporting unit to its net book value, including goodwill. The Company uses a discounted cash flow model ("DCF model") as its valuation technique to measure the fair value for its reporting units when testing for impairment, as management believes forecasted operating cash flows are the best indicator of such fair value. The discounted cash flow model uses five- to ten- year forecasted cash flows plus a terminal value based on capitalizing the last period's cash flows using a perpetual growth rate. The significant assumptions and estimates involved in the application of the DCF model to forecast operating cash flows include, but are not limited to the discount rates, revenue growth rates (including perpetual growth rates), and future operating margin percentages of the reporting unit's business. These assumptions may vary significantly among the reporting units. Operating cash flow forecasts are based on approved business-unit operating plans for the early years and historical relationships and projections in later years. In the development of the forecasted cash flows, the Company applies revenue, gross profit, and operating expense assumptions taking into consideration historical trends as well as future expectations. The revenue growth rate assumptions were developed in consideration of future expectations which included, but were not limited to, the current and ongoing impact of the COVID-19 pandemic, distribution channel changes, impact from competition, and new product developments for these reporting units. The Company also considers the current and projected market conditions for dental and medical device industries, both in the U.S. and globally, when determining its assumptions. Operating cash flow assumptions may also be impacted by assumptions regarding benefits from restructuring initiatives, tax rates, capital spending and working capital changes. Discount rates are estimated for geographic regions and applied to the reporting units located within the regions. These rates are developed based on market participant data, which included assumptions regarding the Company's weighted-average cost of capital adjusted for the relevant risk associated with business-specific characteristics and the uncertainty related to the reporting unit's ability to execute on the projected cash flows. The Company reconciled the aggregate fair values of its reporting units to its market capitalization, which included a reasonable control premium based on market conditions. The Company has not materially changed its methodology for goodwill impairment testing for the years presented.

Indefinite-Lived Intangible Asset Impairment

Indefinite-lived intangible assets consist of tradenames, trademarks and in-process research and development and are not subject to amortization; instead, they are tested for impairment annually or more frequently if events or circumstances indicate that the carrying value of indefinite-lived intangible assets may be impaired or if a decision is made to sell a business. A significant amount of judgment is involved in determining if an indicator of impairment has occurred during the course of the year. Such indicators may include a decline in expected cash flow, unanticipated competition or slower growth rates, among others. It is important to note that fair values that could be realized in an actual transaction may differ from those used to evaluate the impairment of indefinite-lived assets. The Company performed this annual impairment test as of April 1, 2021, in conjunction with the goodwill impairment annual test.

The fair value of acquired tradenames and trademarks is estimated by the use of a relief from royalty method, which values an indefinite-lived intangible asset by estimating the royalties saved through the ownership of an asset. Under this method, an owner of an indefinite-lived intangible asset determines the arm's length royalty that likely would have been charged if the owner had to license the asset from a third party. The royalty rate, which is based on the estimated rate applied against forecasted sales, is tax-effected and discounted at present value using a discount rate commensurate with the relative risk of achieving the cash flow attributable to the asset. Management judgment is necessary to determine key assumptions, including revenue growth rates, perpetual revenue growth rates, royalty rates, and discount rates. Other assumptions are consistent with those applied to goodwill impairment testing.

Goodwill and Indefinite-Lived Intangible Asset Impairment Results

No goodwill or indefinite-lived intangible impairment was identified at April 1, 2021 in conjunction with the annual test and no subsequent triggering events were identified. For further information, see Note 12, Goodwill and Intangible Assets, in the Notes to Consolidated Financial Statements in Item 8 of this Form 10-K/A.

During the three months ended March 31, 2020, prior to performance of the annual impairment test, the Company concluded that due to the negative effects of the COVID-19 pandemic on revenue and profitability, a triggering event existed for four of the Company's five reporting units containing a goodwill balance and all but two of the Company's indefinite-lived intangible assets as of March 31, 2020. The first quarter goodwill impairment test resulted in an impairment charge of $157 million in the Equipment & Instruments reporting unit, and an impairment charge of $39 million related to certain tradenames and trademarks related to the Equipment & Instruments reporting unit. The intangible asset impairment charge was recorded in Restructuring and other costs in the Consolidated Statements of Operations. The Company further performed the required annual impairment tests of goodwill and indefinite-lived intangible assets at April 30, 2020, which did not result in any additional impairment in 2020.

During the twelve months ended December 31, 2019, the Company impaired $5 million of product tradenames and trademarks within the Technologies & Equipment segment. The impaired indefinite-lived intangible assets are tradenames and trademarks held within the Equipment and Instrument reporting unit. The impairment was the result of a change in forecasted sales related to divestitures of non-strategic product lines.

**Income Taxes**

Income taxes are determined using the liability method of accounting for income taxes. The Company's tax expense includes U.S. and international income taxes plus the provision for U.S. taxes on undistributed earnings of international subsidiaries not deemed to be permanently invested.

The Company applies a recognition threshold and measurement attribute for the financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return. The Company recognizes in the consolidated financial statements the impact of a tax position if that position is more likely than not of being sustained upon examination by the taxing authorities based on the technical merits of the position.

Certain items of income and expense are not reported in tax returns and financial statements in the same year. The tax effect of such temporary differences is reported as deferred income taxes. Deferred tax assets are recognized if it is more likely than not that the assets will be realized in future years. The Company establishes a valuation allowance for deferred tax assets for which realization is not likely. At December 31, 2021, the Company has a valuation allowance of $267 million against the benefit of certain deferred tax assets of foreign and domestic subsidiaries.

The Company's tax positions are subject to ongoing examinations by the tax authorities. The Company operates within multiple taxing jurisdictions throughout the world and in the normal course of business is examined by taxing authorities in those jurisdictions. Adjustments to the uncertain tax positions are recorded when taxing authority examinations are completed, statutes of limitation are closed, changes in tax laws occur or as new information comes to light with regard to the technical merits of the tax position.

**LIQUIDITY AND CAPITAL RESOURCES**

| (in millions) | Year Ended December 31, | | $ Change |
| --- | --- | --- | --- |
| | 2021[a] | 2020 | |
| **Cash (used in) provided by:** | | | |
| Operating activities | $ 657 | $ 649 | $ 8 |
| Investing activities | (358) | (1,106) | 748 |
| Financing activities | (379) | 476 | (855) |
| Effect of exchange rate changes on cash and cash equivalents | (19) | 14 | (33) |
| Net (decrease) increase in cash and cash equivalents | $ (99) | $ 33 | $ (132) |

(a) As Restated

The increase in cash provided by operating activities was driven primarily by higher sales in the current period, partially offset by unfavorable changes in working capital including a slower trend in collections relative to the prior year, timing of payments to vendors, and a build-up in inventory during the current period to meet recovered demand for the Company's products. For the year ended December 31, 2021, the number of days for sales outstanding in accounts receivable increased by 6 days to 60 days as compared to 54 days at December 31, 2020, and the number of days of sales in inventory increased by 5 days to 110 days at December 31, 2021 as compared to 105 days at December 31, 2020.

The decrease in cash used in investing activities was primarily due to lower cash paid for acquisitions by $830 million, partially offset by higher capital expenditures of $55 million, and less cash proceeds from liquidation of net investment hedges of $56 million. The Company estimates capital expenditures to be in the range of approximately $150 million to $170 million for the full year 2022 and expects these investments to include expansion of facilities to provide incremental space for growth and to consolidate operations for enhanced efficiencies.

The increase in cash used in financing activities was primarily driven by lower net borrowings of $851 million during 2021 compared to prior year, higher stock repurchases of $60 million, partially offset by greater proceeds from exercises of stock options of $40 million. Primarily as a result of this activity, combined with a decrease of $76 million due to exchange rate fluctuations on debt denominated in foreign currencies, the Company's total borrowings decreased by a net $182 million during the year ended December 31, 2021.

During the year ended December 31, 2021, the Company repurchased approximately 3.5 million shares under its open market share repurchase plan for a cost of $200 million at a volume-weighted average price of $57.47. On July 28, 2021, the Board of Directors of the Company approved an increase in the value of shares of common stock that may be repurchased under the share repurchase program to $1 billion. At December 31, 2021, $890 million of authorization remains available for future share repurchases. Additional share repurchases, if any, may be made through open market purchases, Rule 10b5-1 plans, accelerated share repurchases, privately negotiated transactions, or other transactions in such amounts and at such times as the Company deems appropriate based upon prevailing market and business conditions and other factors. At December 31, 2021, the Company held 47.1 million shares of treasury stock.

The Company's ratio of total net debt to total capitalization was as follows:

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| (in millions, except percentages) | 2021[a] | | 2020 | |
| Current portion of debt | $ | 182 | $ | 299 |
| Long-term debt | | 1,913 | | 1,978 |
| Less: Cash and cash equivalents | | 339 | | 438 |
| Net debt | $ | 1,756 | $ | 1,839 |
| | | | | |
| Total equity | | 4,997 | | 4,935 |
| Total capitalization | $ | 6,753 | $ | 6,774 |
| | | | | |
| **Total net debt to total capitalization ratio** | | **26.0 %** | | **27.1 %** |

(a) As Restated

At December 31, 2021, the Company had a total remaining borrowing capacity of $560 million under lines of credit, including lines available under its short-term arrangements and revolving credit facility. The Company's borrowing capacity includes a $700 million credit facility from 2018 available through July 28, 2024. The Company also has available an aggregate $500 million under a U.S. dollar commercial paper facility. The $700 million revolver serves as a back-up to the commercial paper facility, thus the total available credit under the commercial paper facility and the multi-currency revolving credit facility in the aggregate is $700 million. The Company had $170 million outstanding borrowings under the commercial paper facility at December 31, 2021 resulting in $530 million remaining available under the revolving credit and commercial paper facilities. The Company also has access to $41 million in uncommitted short-term financing under lines of credit from various financial institutions. The lines of credit have no major restrictions and are provided under demand notes between the Company and the lending institutions. At December 31, 2021, the Company has $11 million outstanding under short-term borrowing arrangements.

The Company's revolving credit facility, term loans and senior notes contain certain covenants relating to the Company's operations and financial condition. The most restrictive of these covenants are: a ratio of total debt outstanding to total capital not to exceed 0.6, and a ratio of operating income excluding depreciation and amortization to interest expense of not less than 3.0 times, in each case, as such terms are defined in the relevant agreement. Any breach of any such covenants would result in a default under the existing debt agreements that would permit the lenders to declare all borrowings under such debt agreements to be immediately due and payable and, through cross default provisions, would entitle the Company's other lenders to accelerate their loans. At December 31, 2021, the Company was in compliance with these covenants.

The Company expects on an ongoing basis to be able to finance operating cash requirements, capital expenditures, and debt service from the current cash, cash equivalents, cash flows from operations and amounts available under its existing borrowing facilities. The Company's credit facilities are further discussed in Note 15, Financing Arrangements, to the Consolidated Financial Statements in Item 8 of this Form 10-K/A.

The cash held by foreign subsidiaries for permanent reinvestment is generally used to finance the subsidiaries' operating activities and future foreign investments. The Company has the ability to repatriate cash to the U.S., which could result in an adjustment to the tax liability for foreign withholding taxes, foreign and/or U.S. state income taxes, and the impact of foreign currency movements. At December 31, 2021, management believed that sufficient liquidity was available in the United States and expects this to remain for the next twelve months. The Company has repatriated and expects to continue repatriating certain funds from its non-U.S. subsidiaries that are not needed to finance local operations, however, these particular repatriation activities have not and are not expected to result in a significant incremental tax liability to the Company.

The Company continues to review its debt portfolio and may refinance additional debt or add debt in the near-term as interest rates remain at historically low levels. The Company believes there is sufficient liquidity available for the next twelve months.

<u>Off Balance Sheet Arrangements</u>

At December 31, 2021, the Company held $43 million of precious metals on consignment from several financial institutions. Under these consignment arrangements, the financial institutions own the precious metal, and, accordingly, the Company does not report this consigned inventory as part of its inventory on the Consolidated Balance Sheets. These consignment agreements allow the Company to acquire the precious metal at market rates at a point in time, which is approximately the same time, and for the same price as alloys are sold to the Company's customers. In the event that the financial institutions would discontinue offering these consignment arrangements, and if the Company could not obtain other comparable arrangements, the Company may be required to obtain third party financing to fund an ownership position to maintain precious metal inventory at operational levels. For additional details, see Item 7A "Quantitative and Qualitative Disclosure About Market Risk - Consignment Arrangements" of the Original Filing.

<u>Contractual Obligations</u>

The Company's scheduled contractual cash obligations at December 31, 2021 were as follows:

| (in millions) | Within 1 Year | | Years 2-3 | | Years 4-5 | | Greater Than 5 Years | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Long-term borrowings, including finance leases | $ | 3 | $ | 95 | $ | 351 | $ | 1,473 | $ | 1,922 |
| Operating leases* | | 58 | | 82 | | 42 | | 38 | | 220 |
| Purchase commitments | | 161 | | 111 | | 83 | | — | | 355 |
| Interest on long-term borrowings, net of interest rate swap agreements | | 36 | | 71 | | 64 | | 96 | | 267 |
| Postemployment obligations | | 23 | | 48 | | 50 | | 127 | | 248 |
| Precious metal consignment agreements | | 43 | | — | | — | | — | | 43 |
| | $ | 324 | $ | 407 | $ | 590 | $ | 1,734 | $ | 3,055 |

*As Restated

Due to the uncertainty with respect to the timing of future cash flows associated with the Company's unrecognized tax benefits at December 31, 2021, the Company is unable to make reasonably reliable estimates of the period of cash settlement with the respective taxing authority; therefore, $42 million of the unrecognized tax benefit has been excluded from the contractual obligations table above. See Note 17, Income Taxes, in the Notes to Consolidated Financial Statements in Item 8 of this Form 10-K/A.

**NEW ACCOUNTING PRONOUNCEMENTS**

Refer to Note 1, Significant Accounting Policies and Restatement, in the Notes to Consolidated Financial Statements in Item 8 of this Form 10-K/A for a discussion of recent accounting guidance and pronouncements.

40

**DENTSPLY SIRONA INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in millions)

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| | | As Restated | | | | |
| **Cash flows from operating activities:** | | | | | | |
| Net income (loss) | $ | 411 | $ | (73) | $ | 256 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | | | | | |
| Depreciation | | 124 | | 142 | | 133 |
| Amortization of intangible assets | | 222 | | 192 | | 190 |
| Fixed asset impairment | | — | | 3 | | 33 |
| Goodwill impairment | | — | | 157 | | — |
| Indefinite-lived intangible asset impairment | | — | | 39 | | 9 |
| Deferred income taxes | | (25) | | (62) | | (40) |
| Stock based compensation expense | | 48 | | 47 | | 66 |
| Other non-cash (income) expense | | 34 | | 3 | | 6 |
| (Gain) loss on sale on non-strategic businesses and product lines | | (14) | | 1 | | 2 |
| Changes in operating assets and liabilities, net of acquisitions: | | | | | | |
| Accounts and notes receivable-trade, net | | (117) | | 131 | | (90) |
| Inventories, net | | (64) | | 123 | | 11 |
| Prepaid expenses and other current assets, net | | (32) | | 39 | | 12 |
| Other noncurrent assets | | (10) | | 1 | | (9) |
| Accounts payable | | (49) | | (28) | | 27 |
| Accrued liabilities | | 100 | | (10) | | 59 |
| Income taxes | | 17 | | (41) | | (14) |
| Other noncurrent liabilities | | 12 | | (15) | | (12) |
| **Net cash provided by operating activities** | | 657 | | 649 | | 639 |
| **Cash flows from investing activities:** | | | | | | |
| Cash paid for acquisitions of businesses and equity investments, net of cash acquired | | (248) | | (1,078) | | (3) |
| Cash received on sale of non-strategic businesses or product lines | | 28 | | 1 | | 11 |
| Capital expenditures | | (142) | | (87) | | (123) |
| Cash received on derivative contracts | | 2 | | 58 | | 40 |
| Other investing activities, net | | 2 | | — | | 6 |
| **Net cash used in investing activities** | | (358) | | (1,106) | | (69) |
| **Cash flows from financing activities:** | | | | | | |
| Proceeds from long-term borrowings, net of deferred financing costs | | 16 | | 1,448 | | 120 |
| Repayments on long-term borrowings | | (297) | | (701) | | (251) |
| Net borrowings (repayments) on short-term borrowings | | 179 | | 2 | | (69) |
| Payments on terminated derivative instruments | | — | | (30) | | — |
| Proceeds from exercised stock options | | 51 | | 11 | | 109 |
| Cash paid for treasury stock | | (200) | | (140) | | (260) |
| Cash dividends paid | | (92) | | (88) | | (81) |
| Other financing activities, net | | (36) | | (26) | | (40) |
| **Net cash (used in) provided by financing activities** | | (379) | | 476 | | (472) |
| **Effect of exchange rate changes on cash and cash equivalents** | | (19) | | 14 | | (3) |
| **Net (decrease) increase in cash and cash equivalents** | | (99) | | 33 | | 95 |
| **Cash and cash equivalents at beginning of period** | | 438 | | 405 | | 310 |
| **Cash and cash equivalents at end of period** | $ | 339 | $ | 438 | $ | 405 |
| Supplemental disclosures of cash flow information: | | | | | | |
| Interest paid, net of amounts capitalized | $ | 64 | $ | 45 | $ | 30 |
| Income taxes paid, net of refunds | | 148 | | 82 | | 112 |
| Non-cash investing activities: | | | | | | |
| Property, plant and equipment in accounts payable at end of period | $ | 33 | $ | 14 | $ | 14 |
| Exchange of inventory for naming rights | | 2 | | 4 | | 3 |

The accompanying notes are an integral part of these consolidated financial statements.

51

**DENTSPLY SIRONA INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## NOTE 1 - SIGNIFICANT ACCOUNTING POLICIES AND RESTATEMENT

### Description of Business

DENTSPLY SIRONA Inc. ("Dentsply Sirona" or the "Company"), is the world's largest manufacturer of dental products and technologies, with a 134-year history of innovation and service to the dental industry and patients worldwide. The Company's principal product categories include dental consumable products, dental equipment, dental technologies and certain healthcare consumable products. The Company sells its products in over 150 countries under some of the most well-established brand names in the industry.

### Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America ("US GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts of revenue and expense during the reporting period. Actual results could differ materially from those estimates.

Specifically, for the year ended December 31, 2021, some of these estimates and assumptions continue to be based on an ongoing evaluation of expected future impacts from the COVID-19 pandemic. The full extent to which the COVID-19 pandemic will directly or indirectly have a negative material impact on the Company's financial condition, liquidity, or results of operations in future periods is highly uncertain and difficult to predict. More specifically, the demand for the Company's products has been, and continues to be, affected by social distancing guidelines, dental practice safety protocols which reduce patient traffic, and some lingering patient reluctance to seek dental care. The Company's 2020 results were materially impacted by the preventative measures implemented at the outset of the pandemic, including the closure or reduced operations of dental practices. During 2021, demand for the Company's products has largely recovered, although impacts from the pandemic continue to be experienced as evidenced by the more recent shortages and higher prices of raw materials such as electronic components, higher related transportation costs, and labor shortages. In the current year, the Company has experienced supply chain constraints, which has impacted its ability to timely produce and deliver certain products, and has also resulted in increases in shipping rates. To address these issues, the Company has taken steps to mitigate the impact of these trends, including continued emphasis on cost reduction and supply chain efficiencies. However, uncertainties remain regarding how long these impacts will continue, whether customer demand will fully return to pre-COVID-19 levels upon lifting of remaining government restrictions, or whether future variants of the virus may have an adverse impact on demand in affected markets.

### Basis of Presentation

The consolidated financial statements include the results of the Company and its wholly-owned subsidiaries. All significant intercompany accounts and transactions are eliminated in consolidation.

The consolidated financial statements include corrections of previously issued statements which are presented below for annual periods and in Note 23 for quarterly periods. Additionally, research and development ("R&D") expenses for the years ended December 31, 2020 and 2019 have been separately presented on the Consolidated Statement of Operations to conform to the current year presentation.

**Restatement and Other Corrections of Previously Issued Consolidated Financial Statements**

Subsequent to the issuance of the Company's consolidated financial statements as of December 31, 2021 and 2020 and for each of the three fiscal years in the period ended therein (the "previously issued financial statements"), management identified errors related to certain incentive programs. It was also determined that the Company utilized incorrect accounting and assumptions in the determination of certain estimates related to its sales return provisions, warranty reserve provisions and variable consideration. In conjunction with making these corrections, the Company has also made certain other restatements and revisions for previously identified errors. As a result of these collective errors, Net sales and Net Income were overstated in the Company's financial statements for the fiscal year ended December 31, 2021 by approximately $20 million, and $10 million, respectively with errors to both Net sales and Net income (loss) for the fiscal years ended December 31, 2020 and 2019 as shown in the tables below. Additionally, the correction of errors pertaining to periods prior to 2019 required an adjustment to opening retained earnings at January 1, 2019 of $38 million as reflected in the Consolidated Statements of Equity. Those errors related primarily to the timing, recognition, and estimation of variable consideration associated with certain sales orders in the historical periods.

These errors in the previously issued financial statements were deemed to be material when considered together with certain qualitative and quantitative considerations such as the fact that the misstatements masked a failure to meet internal financial targets and external financial analyst expectations for the three months ended September 30, 2021 and due to the material weaknesses identified through the course of the Audit and Finance Committee's investigation. In conjunction with correcting these errors, management has therefore restated the accompanying financial statements for the year ended December 31, 2021 and has revised the financial statements for the years ended December 31, 2020 and 2019, as shown below. The Company has also updated all accompanying footnotes and disclosures affected by the restatements and revisions, respectively, within Note 2, Revenue, Note 4, Earnings Per Common Share, Note 5, Comprehensive Income (Loss), Note 7, Segment and Geographic Information, Note 9, Inventories, Note 11, Leases, Note 13, Prepaids and Other Current Assets, Note 14, Accrued Liabilities and Note 17, Income Taxes. Additionally, the Company has provided Note 23 Correction of Previously Issued Quarterly Financial Information in order to present the corresponding restatements and revisions to each of the quarters of 2021 and 2020.

The following tables present the effect of correcting these accounting errors on the Company's previously issued financial statements:

**CONSOLIDATED STATEMENTS OF OPERATIONS**

| (in millions, except per share amounts) | Year Ended December 31, 2021 | | | Year Ended December 31, 2020 | | | Year Ended December 31, 2019 | | |
|---|---|---|---|---|---|---|---|---|---|
| | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised | As Previously Issued | Adjustment | As Revised |
| Net sales | $ 4,251 | $ (20) | $ 4,231 | $ 3,342 | $ (3) | $ 3,339 | $ 4,029 | $ (7) | $ 4,022 |
| Cost of products sold | 1,890 | (6) | 1,884 | 1,685 | (2) | 1,683 | 1,864 | (6) | 1,858 |
| Gross profit | 2,361 | (14) | 2,347 | 1,657 | (1) | 1,656 | 2,165 | (1) | 2,164 |
| Selling, general, and administrative expenses | 1,551 | — | 1,551 | 1,312 | (10) | 1,302 | 1,580 | 7 | 1,587 |
| Research and development expenses | 171 | — | 171 | 123 | — | 123 | 143 | — | 143 |
| Goodwill impairment | — | — | — | 157 | — | 157 | — | — | — |
| Restructuring and other costs | 17 | — | 17 | 77 | — | 77 | 81 | — | 81 |
| Operating income (loss) | 622 | (14) | 608 | (12) | 9 | (3) | 361 | (8) | 353 |
| Other income and expenses: | | | | | | | | | |
| Interest expense, net | 55 | — | 55 | 47 | (1) | 46 | 28 | (1) | 27 |
| Other expense (income), net | 8 | — | 8 | 1 | — | 1 | (12) | — | (12) |
| Income (loss) before income taxes | 559 | (14) | 545 | (60) | 10 | (50) | 345 | (7) | 338 |
| Provision for income taxes | 138 | (4) | 134 | 23 | — | 23 | 82 | — | 82 |
| Net income (loss) | 421 | (10) | 411 | (83) | 10 | (73) | 263 | (7) | 256 |
| Less: Net income (loss) attributable to noncontrolling interests | — | — | — | — | — | — | — | — | — |
| Net income (loss) attributable to Dentsply Sirona | $ 421 | $ (10) | $ 411 | $ (83) | $ 10 | $ (73) | $ 263 | $ (7) | $ 256 |
| Net income (loss) per common share attributable to Dentsply Sirona: | | | | | | | | | |
| Basic | $ 1.93 | $ (0.05) | $ 1.88 | $ (0.38) | $ 0.05 | $ (0.33) | $ 1.18 | $ (0.03) | $ 1.15 |
| Diluted | $ 1.91 | $ (0.04) | $ 1.87 | $ (0.38) | $ 0.05 | $ (0.33) | $ 1.17 | $ (0.03) | $ 1.14 |

53

## CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME

| (in millions) | Year Ended December 31, 2021 | | | Year Ended December 31, 2020 | | | Year Ended December 31, 2019 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised | As Previously Issued | Adjustment | As Revised |
| Net income (loss) | $ 421 | (10) | $ 411 | $ (83) | 10 | $ (73) | $ 263 | (7) | $ 256 |
| Pension liability adjustments | 26 | — | 26 | (13) | — | (13) | (36) | 10 | (26) |
| Total other comprehensive (loss) income | (130) | — | (130) | 137 | 2 | 139 | (120) | 10 | (110) |
| Total comprehensive income | 291 | (10) | 281 | 54 | 12 | 66 | 143 | 3 | 146 |
| Comprehensive income attributable to Dentsply Sirona | 293 | (10) | 283 | 53 | 12 | 65 | 142 | 3 | 145 |

## CONSOLIDATED BALANCE SHEETS

| (in millions) | December 31, 2021 | | | December 31, 2020 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised |
| Accounts and notes receivable-trade, net | $ 747 | $ 3 | $ 750 | $ 673 | $ (6) | $ 667 |
| Inventories, net | 504 | 11 | 515 | 466 | 10 | 476 |
| Prepaid expenses and other current assets | 247 | 1 | 248 | 214 | 3 | 217 |
| Total Current Assets | 1,837 | 15 | 1,852 | 1,791 | 7 | 1,798 |
| Operating lease right-of-use assets, net | 193 | 5 | 198 | 176 | — | 176 |
| Other noncurrent assets | 122 | (1) | 121 | 94 | 1 | 95 |
| Total Assets | 9,220 | 19 | 9,239 | 9,342 | 8 | 9,350 |
| Accounts payable | 268 | (6) | 262 | 305 | (3) | 302 |
| Accrued liabilities | 679 | 81 | 760 | 653 | 59 | 712 |
| Income taxes payable | 57 | — | 57 | 60 | (1) | 59 |
| Total Current Liabilities | 1,186 | 75 | 1,261 | 1,317 | 55 | 1,372 |
| Operating lease liabilities | 145 | 4 | 149 | 130 | — | 130 |
| Deferred income taxes | 408 | (17) | 391 | 393 | (12) | 381 |
| Total Liabilities | 4,177 | 65 | 4,242 | 4,372 | 43 | 4,415 |
| Retained earnings | 1,560 | (46) | 1,514 | 1,233 | (35) | 1,198 |
| Total Dentsply Sirona Equity | 5,042 | (46) | 4,996 | 4,967 | (35) | 4,932 |
| Total Equity | 5,043 | (46) | 4,997 | 4,970 | (35) | 4,935 |
| Total Liabilities and Equity | 9,220 | 19 | 9,239 | 9,342 | 8 | 9,350 |

54

**CONSOLIDATED STATEMENT OF CASH FLOWS**

| (in millions) | Year Ended December 31, 2021 | | | Year Ended December 31, 2020 | | | Year Ended December 31, 2019 | | |
|---|---|---|---|---|---|---|---|---|---|
| | As Previously Issued | Adjustment | As Restated | As Previously Issued | Adjustment | As Revised | As Previously Issued | Adjustment | As Revised |
| Cash flows from operating activities: | | | | | | | | | |
| Net income (loss) | $ 421 | $ (10) | $ 411 | $ (83) | $ 10 | $ (73) | $ 263 | $ (7) | $ 256 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | | | | | | | | |
| Deferred income taxes | (20) | (5) | (25) | (64) | 2 | (62) | (37) | (3) | (40) |
| Other non-cash (income) expense | 34 | — | 34 | 2 | 1 | 3 | (6) | 12 | 6 |
| Changes in operating assets and liabilities, net of acquisitions: | | | | | | | | | |
| Accounts and notes receivable-trade, net | (109) | (8) | (117) | 126 | 5 | 131 | (91) | 1 | (90) |
| Inventories, net | (63) | (1) | (64) | 124 | (1) | 123 | 14 | (3) | 11 |
| Prepaid expenses and other current assets, net | (35) | 3 | (32) | 42 | (3) | 39 | 13 | (1) | 12 |
| Accounts payable | (46) | (3) | (49) | (23) | (5) | (28) | 26 | 1 | 27 |
| Accrued liabilities | 78 | 22 | 100 | (17) | 7 | (10) | 45 | 14 | 59 |
| Income taxes | 17 | — | 17 | (39) | (2) | (41) | (16) | 2 | (14) |
| Other noncurrent liabilities | 10 | 2 | 12 | (15) | — | (15) | (2) | (10) | (12) |
| Net cash provided by operating activities | 657 | — | 657 | 635 | 14 | 649 | 633 | 6 | 639 |
| Cash flows from financing activities: | | | | | | | | | |
| Other financing activities, net | (36) | — | (36) | (12) | (14) | (26) | (34) | (6) | (40) |
| Net cash (used in) provided by financing activities | (379) | — | (379) | 490 | (14) | 476 | (466) | (6) | (472) |

## Cash and Cash Equivalents

Cash and cash equivalents include deposits with banks as well as highly liquid time deposits with original maturities of ninety days or less.

## Short-term Investments

Short-term investments are highly liquid time deposits with original maturities greater than ninety days and with remaining maturities of one year or less.

## Accounts Receivable

The Company recognizes a receivable when it has an unconditional right to payment, which represents the amount the Company expects to collect in a transaction. Payment terms are typically 30 days in the U.S. but may be longer in international markets. In general, contracts containing significant financing components are not material to the Company's financial statements.

The Company establishes an allowance for doubtful accounts based on an estimate of current expected credit losses resulting from the inability of its customers to make required payments. The allowance is determined based on a combination of factors, including the length of time that the receivable is past due, history of write-offs, and the Company's knowledge of circumstances relating to specific customers' ability to meet their financial obligations. Provision for doubtful accounts are included in Selling, general and administrative expenses in the Consolidated Statements of Operations. For customers on credit terms, the Company performs ongoing credit evaluation of those customers' financial condition and generally does not require collateral from them.

55

The Company primarily applies the market approach for recurring fair value measurements and endeavors to utilize the best available information. Accordingly, the Company utilizes valuation techniques that maximize the use of observable inputs and minimize the use of unobservable inputs. Additionally, the Company considers its credit risks and its counterparties' credit risks when determining the fair values of its financial assets and liabilities. The Company records its derivatives and contingent considerations on a recurring fair value basis.

The Company believes the carrying amounts of cash and cash equivalents, accounts receivable (net of allowance for doubtful accounts), prepaid expenses and other current assets, accounts payable, accrued liabilities, income taxes payable and notes payable approximate fair value due to the short-term nature of these instruments. The Company has presented the required disclosures in Note 21, Fair Value Measurement.

<u>Non-Recurring Basis</u>

When events or circumstances require an asset or liability to be measured at fair valued that otherwise is generally recorded based on another valuation method, such as, net realizable value, the Company will utilize the valuation techniques described above. The Company records its business combinations and impairments on a non-recurring basis.

**Recently Adopted Accounting Pronouncements**

In June 2016, the FASB issued ASU No. 2016-13 "Financial Instruments—Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments." This newly issued accounting standard changes the recognition and measurement of credit losses, including trade accounts receivable. Under current accounting standards, a loss is recognized when loss becomes probable of occurring. The new standard broadens the information that an entity must consider when developing expected credit loss estimates. The amendments in this update are effective for the fiscal years and interim periods ending after December 15, 2019. Early adoption is permitted. The amendments in this update should be applied on a prospective basis for all periods presented with a cumulative-effect adjustment to retained earnings as of the beginning of the first reporting period in which the guidance is effective. The Company adopted this accounting standard on January 1, 2020. The adoption of this standard did not materially impact the Company's consolidated financial statements or related disclosures.

In August 2018, the FASB issued ASU No. 2018-14 "Compensation - Retirement Benefits - Defined Benefit Plans - General (Subtopic 715-20): Disclosure Framework - Changes to the Disclosure Requirements for Defined Benefit Plans." This newly issued accounting standard changes disclosure requirements for defined benefit plans, including removal and modification of existing disclosures. The amendments in this update are effective for the fiscal years ending after December 15, 2020. Early adoption is permitted. The amendments in this update should be applied on a retrospective basis for all periods presented. The Company adopted this accounting standard on January 1, 2020. The adoption of this standard did not materially impact the Company's disclosures.

In December 2019, the FASB issued ASU No. 2019-12 "Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes." This newly issued accounting standard simplifies key provisions for accounting for income taxes, as part of the FASB's initiative to reduce complexity in accounting standards. The amendments eliminate certain exceptions related to the approach for intraperiod tax allocation, the methodology for calculating income taxes in an interim period and the recognition of deferred tax liabilities for outside basis differences. The amendments also clarify and simplify other aspects of the accounting for income taxes. The amendments in this update are effective for interim and fiscal period beginning after December 31, 2020. The Company adopted this accounting standard on January 1, 2020. The adoption of this standard did not materially impact the Company's consolidated financial statements or related disclosures.

**Accounting Pronouncements Not Yet Adopted**

In March 2020, the FASB issued ASU No. 2020-04 "Reference Rate Reform (Topic 828), Facilitation of the Effects of Reference Rate Reform on Financial Reporting", which was subsequently amended by ASU No. 2021-01 "Reference Rate Reform (Topic 848): Scope" in January 2021. The new standard provides optional expedients and exceptions to contracts, hedging relationships, and other transactions that reference the London Interbank Offer Rate ("LIBOR") or another rate expected to be discontinued due to the reference rate reform. This standard is permitted to be adopted any time through December 31, 2022, and does not apply to contract modifications made or hedging relationships entered into or evaluated after December 31, 2022. The Company does not expect this standard to have a material impact on its consolidated financial statements and related disclosures.

In October 2021, the FASB issued ASU No. 2021-08, "Business Combinations: Accounting for Contract Assets and Contract Liabilities from Contracts with Customers" (Topic 805), which requires contract assets and contract liabilities acquired in a business combination to be recognized and measured by the acquirer on the acquisition date in accordance with ASC 606, *Revenue from Contracts with Customers*, as if it had originated the contracts. The current requirement to measure contract assets and contract liabilities acquired in a business combination at fair value differs from the current approach. This standard is effective for the fiscal years beginning after December 15, 2022, including interim periods within those fiscal years, and early adoption is permitted. The Company is currently assessing the impact of this standard on its consolidated financial statements and related disclosures.

65

**NOTE 2 - REVENUE**

Net sales disaggregated by product category were as follows:

| (in millions) | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | 2019 | |
| Equipment & Instruments | $ | 728 | $ | 577 | $ | 686 |
| CAD/CAM | | 574 | | 455 | | 523 |
| Orthodontics | | 273 | | 160 | | 190 |
| Implants | | 626 | | 475 | | 592 |
| Healthcare | | 303 | | 287 | | 280 |
| **Technology & Equipment segment net sales** | $ | 2,504 | $ | 1,954 | $ | 2,271 |
| | | | | | | |
| Endodontic & Restorative | $ | 1,261 | $ | 961 | $ | 1,203 |
| Other Consumables | | 466 | | 424 | | 548 |
| **Consumables segment net sales** | $ | 1,727 | $ | 1,385 | $ | 1,751 |
| | | | | | | |
| **Total net sales** | $ | 4,231 | $ | 3,339 | $ | 4,022 |

**Technologies & Equipment Segment**

*Equipment & Instruments*

The Equipment & Instruments product category consists of basic and high-tech dental equipment such as treatment centers, imaging equipment, motorized dental handpieces, and other instruments for dental practitioners and specialists. Imaging equipment serves as the starting point for the Company's digital workflow offerings and consists of a broad range of diagnostic imaging systems for 2D or 3D, panoramic, and intra-oral applications. Treatment centers comprise a broad range of products from basic dentist chairs to sophisticated chair-based units with integrated diagnostic, hygiene and ergonomic functionalities, as well as specialist centers used in preventive treatment and for training purposes. This product group also includes other lab equipment such as amalgamators, mixing machines and porcelain furnaces.

*CAD/CAM*

Dental CAD/CAM technologies are products designed for dental offices to support numerous digital dental procedures including dental restorations. This product category includes a full-chairside economical restoration of aesthetic ceramic dentistry offering called CEREC, as well as stand-alone CAD/CAM, digital impressions ("DI") intraoral scanners, mills, and services. The full-chairside offering enables dentists to practice same day or single visit dentistry.

*Orthodontics*

The company's orthodontic product group primarily includes a dentist-directed clear aligner solution, SureSmile, and a direct-to-consumer clear aligner solution, Byte. The orthodontics product category also includes a High Frequency Vibration ("HFV") technology device known as VPro or as HyperByte within Byte's product offering. The clear aligners offerings include software technology that enables clear aligner treatment planning and for SureSmile seamless connectivity of a digital workflow from diagnostics through treatment delivery.

*Implants*

The Implants product offering includes technology to support signature digital workflows for implant systems, a portfolio of innovative dental implant products, bone regenerative and restorative solutions, and educational programs, all of which provide dental professionals with a completely new way of practicing implantology. The Implants business is supported by key technologies including custom abutments, advanced tapered immediate load screws and regenerative bone growth factor.

66

*Healthcare*

This category consists mainly of urology catheters and other healthcare-related consumable products.

**Consumables Segment**

Dental consumable products consist of value-added dental supplies and small equipment used in dental offices for the treatment of patients. It also includes specialized treatment products used within the dental office and laboratory settings including products used in the preparation of dental appliances by dental laboratories.

*Endodontic & Restorative Products*

The Company's Endodontic and Restorative products frequently work together to provide a tandem solution in high-tech dental procedures. The Endodontic products include drills, filers, sealers, irrigation needles and other tools or single-use solutions which support root canal procedures. Restorative products include dental prosthetics, such as artificial teeth, dental ceramics, digital dentures, precious metal dental alloys, and crown and bridge porcelain products.

*Other Consumables*

The remaining consumables products include small equipment products such as intraoral curing light systems, dental diagnostic systems and ultrasonic scalers and polishers, as well as other dental supplies including dental anesthetics, prophylaxis paste, dental sealants, impression materials, tooth whiteners and topical fluoride.

Net sales disaggregated by geographic region were as follows:

| (in millions) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| United States | $ 1,480 | $ 1,115 | $ 1,374 |
| Europe | 1,675 | 1,381 | 1,609 |
| Rest of World | 1,076 | 843 | 1,039 |
| Total net sales | $ 4,231 | $ 3,339 | $ 4,022 |

**Contract Assets and Liabilities**

The Company normally does not have contract assets in the course of its business. Contract liabilities, which represent billings in excess of revenue recognized, are primarily related to advanced billings for customer aligner treatment where the performance obligation has not yet been fulfilled. At December 31, 2021, the Company had $68 million of deferred revenue recorded in Accrued liabilities in the Consolidated Balance Sheets. The Company expects to recognize significantly all of the deferred revenue within the next twelve months. Prior year deferred revenue of $53 million was recognized in the current year.

**NOTE 3 - STOCK COMPENSATION**

The Company maintains the 2016 Omnibus Incentive Plan (the "Plan") under which it may grant non-qualified stock options ("NQSOs"), incentive stock options, restricted stock, RSUs and stock appreciation rights, collectively referred to as "Awards." Awards are granted at exercise prices that are equal to the closing stock price on the date of grant. The Company authorized grants under the Plan of 25 million shares of common stock, plus any unexercised portion of canceled or terminated stock options granted under the legacy DENTSPLY International Inc. 2010 and 2002 Equity Incentive Plans, as amended, and under the legacy Sirona Dental Systems, Inc. 2015 and 2006 Equity Incentive Plans, as amended. Each restricted stock and RSU issued is counted as a reduction of 3.09 shares of common stock available to be issued under the Plan. No key employee may be granted awards in excess of 1 million shares of common stock in any calendar year. The number of shares available for grant under the 2016 Plan at December 31, 2021 is 20 million.

The amounts of stock compensation expense recorded in the Company's Consolidated Statements of Operations for the years ended December 31, 2021, 2020 and 2019 were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| (in millions) | 2021 | 2020 | 2019 |
| Cost of products sold | $ 3 | $ 1 | $ 2 |
| Selling, general, and administrative expense | 44 | 44 | 61 |
| Research and development expense | 2 | 1 | 2 |
| Total stock based compensation expense | $ 49 | $ 46 | $ 65 |
| | | | |
| Related deferred income tax benefit | $ 6 | $ 5 | $ 8 |

The Company uses the Black-Scholes option-pricing model to estimate the fair value of each option awarded. The average assumptions used to determine compensation cost for the Company's NQSOs issued were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| Weighted average fair value per share | $ 15.90 | $ 10.03 | $ 12.20 |
| Expected dividend yield | 0.68 % | 0.84 % | 0.71 % |
| Risk-free interest rate | 0.79 % | 0.77 % | 2.36 % |
| Expected volatility | 31.5 % | 24.0 % | 22.6 % |
| Expected life (years) | 5.08 | 5.49 | 6.00 |

The total intrinsic value of options exercised for the years ended December 31, 2021, 2020 and 2019 was $16 million, $3 million and $37 million, respectively.

The total fair value of shares vested for the years ended December 31, 2021, 2020 and 2019 was $76 million, $54 million and $44 million, respectively.

The NQSO transactions for the year ended December 31, 2021 were as follows:

| | Outstanding | | | Exercisable | | |
|---|---|---|---|---|---|---|
| (in millions, except per share amounts) | Shares | Weighted Average Exercise Price | Aggregate Intrinsic Value | Shares | Weighted Average Exercise Price | Aggregate Intrinsic Value |
| December 31, 2020 | 4.0 | $ 50.01 | $ 17 | 2.7 | $ 50.28 | $ 12 |
| Granted | 0.5 | 58.85 | | | | |
| Exercised | (1.1) | 46.81 | | | | |
| Forfeited | (0.2) | 53.03 | | | | |
| December 31, 2021 | 3.2 | $ 52.44 | $ 15 | 2.2 | $ 52.05 | $ 11 |

There were 1.0 million NQSOs unvested at December 31, 2021. The remaining unamortized compensation cost related to NQSOs is $9 million, which will be expensed over the weighted average remaining vesting period of the options, or 1.8 years.

The weighted average remaining contractual term of all outstanding options is 5.6 years and the weighted average remaining contractual term of exercisable options is 4.2 years.

Information about NQSOs outstanding for the year ended December 31, 2021 were as follows:

| Range of Exercise Prices (in millions, except per share amounts and life) | | | Outstanding | | | Exercisable | |
|---|---|---|---|---|---|---|---|
| | | | Number Outstanding at December 31, 2021 | Weighted Average Remaining Contractual Life (in years) | Weighted Average Exercise Price | Number Exercisable at December 31, 2021 | Weighted Average Exercise Price |
| 30.01 | - | 40.00 | 0.1 | 1.4 | $ 37.29 | 0.1 | $ 37.29 |
| 40.01 | - | 50.00 | 1.4 | 5.9 | 47.31 | 0.8 | 46.73 |
| 50.01 | - | 60.00 | 1.4 | 6.0 | 56.32 | 0.9 | 55.05 |
| 60.01 | - | 70.00 | 0.3 | 4.3 | 62.37 | 0.4 | 62.24 |
| | | | 3.2 | | | 2.2 | |

The unvested RSU transactions for the year ended December 31, 2021 were as follows:

| (in millions, except per share amounts) | Unvested Restricted Stock Units | |
|---|---|---|
| | Shares | Weighted Average Grant Date Fair Value |
| Unvested at December 31, 2020 | 4.2 | $ 47.29 |
| Granted | 1.0 | 63.61 |
| Vested | (1.5) | 45.08 |
| Forfeited | (0.6) | 50.01 |
| Unvested at December 31, 2021 | 3.1 | $ 53.52 |

The unamortized compensation cost related to RSUs is $42 million, which will be expensed over the remaining weighted average restricted period of the RSUs, or 2.0 years.

69