# EXHIBIT 12

**S&P Global**
Market Intelligence

# DENTSPLY SIRONA Inc. NasdaqGS:XRAY FQ4 2021 Earnings Call Transcripts

## Monday, February 28, 2022 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2021- | | | -FQ1 2022- | -FY 2021- | | | -FY 2022- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.79 | 0.76 | ▼ (3.80 %) | 0.72 | 2.89 | 2.87 | ▼ (0.69 %) | 3.19 |
| Revenue (mm) | 1129.03 | 1088.00 | ▼ (3.63 %) | 1041.97 | 4292.16 | 4251.00 | ▼ (0.96 %) | 4426.80 |

Currency: USD
Consensus as of  Feb-28-2022 1:03 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2021** | 0.56 | 0.72 | ▲ 28.57 % |
| **FQ2 2021** | 0.66 | 0.71 | ▲ 7.58 % |
| **FQ3 2021** | 0.65 | 0.68 | ▲ 4.62 % |
| **FQ4 2021** | 0.79 | 0.76 | ▼ (3.80 %) |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Andrea Daley**
*Vice President of Investor
Relations*

**Donald M. Casey**
*CEO & Director*

**Jorge M. Gomez**
*Executive VP & CFO*

**ANALYSTS**

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities,
Research Division*

**Erin Elizabeth Wilson Wright**
*Morgan Stanley, Research Division*

**Nathan Allen Rich**
*Goldman Sachs Group, Inc.,
Research Division*

**Jeffrey D. Johnson**
*Robert W. Baird & Co.
Incorporated, Research Division*

**John Charles Kreger**
*William Blair & Company L.L.C.,
Research Division*

**Jonathan David Block**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Kevin Caliendo**
*UBS Investment Bank, Research
Division*

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research
Division*

**Michael Aaron Cherny**
*BofA Securities, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and thank you for standing by for 2021 Dentsply Sirona Earnings Conference Call. [Operator Instructions] please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker today, Ms. Andrea Daley. The floor yours.

**Andrea Daley**
*Vice President of Investor Relations*

Thank you, Chris, and good morning, everyone. Welcome to our Fourth Quarter and Full Year 2021 Earnings Call. Joining me for today's call is Don Casey, our Chief Executive Officer; and Jorge Gomez, our Chief Financial Officer.

I'd like to remind you that an earnings call press release and slide presentation related to the call are available in the Investors section of our website at www.dentsplysirona.com.

Before we begin, please take a moment to read the forward-looking statements in our earnings press release. During today's call, we make certain predictive statements that reflect our current views about future performance and financial results. We base these statements and certain assumptions and expectations on future events that are subject to risks and uncertainties. Our Form 10-K lists some of the most important risk factors that could cause actual results to differ from our predictions.

In today's conference call, our remarks will be based on non-GAAP financial results. We believe that non-GAAP financial measures provide investors with useful supplemental information about financial performance of our business, enable the comparison of financial results between periods where certain items may vary independently of business performance and allow for greater transparency with respect to key metrics used by management in operating our business. Please refer to our press release for the reconciliation between GAAP and non-GAAP results.

And with that, I'd like to turn the call over to Don Casey.

**Donald M. Casey**
*CEO & Director*

Thank you, Andrea, and thank all of you for joining us this morning for the Dentsply Sirona Fourth Quarter and Full Year 2021 Earnings Call.

There's a lot to cover today. Before getting into the discussion though, I want to thank our team at Dentsply Sirona.

Looking at the challenges through the last 2 years, there have been a few constants. The first is that dentists have shown tremendous perseverance and creativity throughout the pandemic, underscoring the resilience of the dental industry. The other is our team at Dentsply Sirona. Every day, they continue to demonstrate unwavering commitment to our customers and our mission of transforming dentistry.

Across the entire company, our thoughts are also with the people and our colleagues in Ukraine. We have a great team there, and we will continue to support them however possible.

Moving on today. We will cover 4 items, starting with an overview of 2021, then Jorge will cover our Q4 financials and provide our '22 outlook. I will finish by providing a strategic operating update.

We are proud of our performance in 2021. Dentsply Sirona delivered robust organic sales and EPS growth as well as solid cash generation. There was also significant progress against our critical strategic initiatives. An excellent example of that progress were the 2 announcements we made last week. Those included a strategic collaboration with Google Cloud and the launch of a 3D printer later this year. Both of these represent important milestones and highlight our commitment to transforming digital dentistry.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving now to Slide 6. As I mentioned, our financial performance through 2021 was strong with revenues reaching $4.25 billion. This represents a robust 24.6% increase on an organic basis versus 2020. That would also represent an organic growth rate of 4.9% versus 2019.

Our operating margin was 20.5% with SG&A and R&D investments increasing over the year with the pace of the recovery. Adjusted EPS was $2.87, and on a full year basis, we generated strong operating cash flow of $657 million.

To provide more details on our financial performance, I will now turn the call over to Jorge.

**Jorge M. Gomez**
*Executive VP & CFO*

Thank you, Don. Good morning, and thanks to all of you for joining us. Today, I will cover fourth quarter results, fiscal year '21 performance, our current outlook for '22 and an update on our capital allocation policy.

As a reminder, my remarks today will be based on non-GAAP financial results, unless otherwise noted. Please refer to the reconciliation tables at the back of the press release and slides, both of which are posted in the Investors section of our website.

In the fourth quarter, we delivered revenue of $1.088 billion with organic sales growth of 1.8% and reported growth of 0.6%. Our clear aligners, implants and CAD/CAM businesses posted a strong growth in the quarter. In line with our expectations, consumables declined versus last year.

In the quarter, we also experienced more acute supply chain and COVID-related constraints, which we estimate to have suppressed our total company organic growth by approximately 2 to 3 points. We view this as a temporary headwind but anticipate that our supply chain will be -- will remain challenging for at least 1 or 2 quarters in 2022.

Gross profit was $627 million or 57.7% of sales. Our margin rate increased 100 basis points year-over-year driven by benefits from portfolio optimization and efficiency improvements offset by inflationary cost pressures.

SG&A expenses were $351 million or 32.3% of sales. SG&A as a percent of sales increased 290 basis points year-over-year, primarily due to commercial investments in growth areas, including clear aligners, implants and digital capabilities. Additionally, SG&A ran at a lower rate in the prior year quarter as we were still ramping back up to our normal pace of operations.

R&D spend was $59 million, an increase of 32.2% year-over-year. This increase reflects our focus on innovation and a $10 million onetime reclass of R&D expenses reflected as SG&A in the first 3 quarters of the year. The reclass was the result of further centralization of R&D processes and has no impact on our operating profit or net income numbers.

Operating income was $217 million, down 13.7% versus last year due to increased investments in R&D and selling and marketing. Operating margin of 20% was below our target exit rate of 21% primarily as a result of weaker volume in the quarter. EPS was $0.76 versus $0.87 in the prior year quarter.

Turning to segment performance. In Q4, Technologies & Equipment organic sales grew 6.5%, while Consumables declined 4.6%. T&E segment organic sales expansion was led by double-digit growth in clear aligners, CAD/CAM and implants. The T&E segment posted a strong growth despite difficult supply chain conditions.

Up until the third quarter, the majority of our supply chain challenges were cost related due to inflationary pressures. In the fourth quarter, we started to face significant component shortages impacting the production of imaging equipment and treatment centers. We estimate this impact to have reduced the T&E segment growth rate by at least 4 points.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We ended the quarter with a higher-than-normal backlog in imaging, and our team will continue to manage the supply chain situation as effectively as possible over the next few quarters. Similar to many other industries, the availability of electronic components in dental is inconsistent at the moment.

On the Consumables side, organic sales declined primarily due to the strong sales levels seen in Q4 2020 as office capacity and patient traffic were returning to pre-COVID levels. We expect the same difficult year-on-year comparison in Q1 '22. We also estimate that the price increase we implemented on October 1 pulled a portion of sales forward into Q3.

Now turning to financial performance by region during the fourth quarter. U.S. sales were $385 million. Organic sales increased slightly year-on-year.

In the U.S., we had growth in implants, aligners and CAD/CAM. Our Consumables performance was roughly in line with our expectations. European sales were $437 million with organic growth of 1.8% and product category performance, similar to the U.S.

Rest of the world sales were $266 million, representing organic growth of 4% with growth across Consumables and T&E. This region was unfavorably impacted, particularly in APAC, by increased government restrictions associated with COVID variants primarily in China.

Now turning to the full year 2021 performance. In '21, we delivered organic sales growth of 24.6%, near the top of our outlook range. Reported sales were $4.25 billion. Due to a weaker euro to U.S. dollar exchange rate, reported sales came in at the lower end of our outlook range.

Fiscal year 2021 was a year of progress on our key growth vectors. Digital diagnostic devices such as Primescan, Axeos and Orthophos had a strong year. In 3 years, we scaled our clear aligners from having no presence in this space to a business that generated $274 million in 2021.

In the fourth quarter, SureSmile exceeded our $100 million annual run rate goal. Byte came in short of expectations for the reasons we have indicated before, such as changes in consumer spending patterns and shifts in digital customer engagement tools. However, we believe Byte will contribute to our growth in aligners in the second half of 2022.

Despite the challenges in DTC, we achieved sequential growth in total aligner shipments in Q4. Our implants business finished the year strong, and our intention is to keep improving our platform to achieve market growth rates consistently. Full year gross profit margin of 58.6% represent an expansion of 120 basis points since 2019.

SG&A expenses for the full year were 34% of sales. This ratio remains below pre-COVID 2019 levels, reflecting the benefits from our efficiency improvement initiatives. We finished the year with R&D at 4% of revenue. R&D will continue to be core to our growth strategy.

Turning now to profitability. Operating margin was 20.5% in line with our expectations to deliver greater than 20% for the full year. Looking back, we have delivered over 200 basis points of operating margin expansion since 2019 and approximately 500 basis points since 2018.

The effective tax rate was 23% versus 20.9% in the prior year. The increase was primarily due to geographic mix of pretax income and our continued business recovery from COVID.

Turning to full year earnings. We delivered EPS of $2.87 versus $1.79 in the prior year. In 2021, we generated EBITDA of approximately $1 billion. EBITDA is an objective scorecard to measure improvements in operational execution and cash flow generation.

Our operating cash flow was $657 million and free cash flow exceeded $500 million. We returned approximately $300 million in cash to shareholders, including dividends and share repurchases. We also completed acquisitions totaling $248 million and finished the year with cash on hand of $339 million.

Now let me provide an overview of our financial expectations for fiscal 2022. We expect organic sales to be in the 4% to 5% range. This equates to a net sales range of $4.3 billion to $4.4 billion. Our assumption

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

for our biggest FX exposure is the euro to U.S. dollar exchange rate of 1.14, which is lower than the FY '21 average of 1.19.

From a revenue perspective, market demand remains strong despite COVID variant challenges in certain markets. The R&D pipeline is generating new exciting products to meet the most pressing needs of our end customers and channel partners. We expect strong contributions to growth from clear aligners, CAD/CAM, implants and imaging. Our expectation is that operating profit margin will be over 21% in the second half of 2022 and exit the year at the 22% target margin rate in the fourth quarter.

Our efficiency improvement and portfolio optimization initiatives will continue in 2022 while managing through supply chain challenges. We estimate the effective tax rate to be between 23% and 24%.

Our estimate for share count is approximately 219 million.

EPS is expected to be in the range of $3.05 to $3.25. We anticipate growth to be more heavily weighted to the back half of the year. We're projecting organic growth in the low single digits in the first half and mid-single digits or higher in the second half.

Due to the revenue cadence, supply chain constraints and inflationary pressures, earnings in the first half are expected to be approximately 40% to 45% of the total annual projection.

As a reminder, Q1 typically has the lowest quarterly sales of the year, and as a result, operating income margin also tends to be lower. This January, we observed slower patient traffic in certain markets due to COVID.

During the first half of the year, we will continue to be impacted by the ongoing shortage of electronic components, particularly in the imaging and treatment center businesses. These shortages are now impacting the availability of electronic boards for Primemill as well. We are allocating the reduced quantity of boards first to fulfill spare parts needs of mills already owned by end customers and secondarily to units in production.

The retail demand for Primemill is solid, and our dealer partners in the U.S. have sufficient inventory to meet that demand. In the short term, this trade-off will reduce our wholesale volume of Primemills but is the right thing to do for our customers.

Finally, we are projecting our clear aligner franchise to grow sequentially each quarter in 2022. Byte will likely post a year-on-year decline in the first half but is expected to be a contributor to overall 2022 growth.

I want to echo Don's words and express my support and sympathy to my colleagues impacted by the evolving geopolitical events in Eastern Europe. Our teams in the region are doing a terrific job and have grown our commercial presence substantially in the last several years. Our local sales in Russia and Ukraine represented about 3% of total company revenue in 2021. Given the fluidity of the situation, it is hard to measure the potential impact of the ongoing conflict on our financials. We will continue to monitor and assess options available to minimize the impact to our 2022 outlook.

Switching gears to our capital allocation framework for 2022. First, reinvesting in the business for profitable growth continues to be our #1 priority. We plan to invest at least 4% of revenue in R&D and about 4% in capital expenditures.

Our cash flow generation also gives us the ability to provide a consistent and meaningful return of cash to our shareholders. For the next 2 years, we plan to return at least 50% of our free cash flow through dividends and share repurchases.

Similar to last year, today, we are announcing a double-digit increase to our dividend. The remaining balance to reach 50% or more of free cash flow returns will be accomplished through the use of opportunistic share buybacks throughout the year.

Overall, we are confident that the progress we are making in key growth areas, combined with the resilience of the dental market, will allow us to continue to expand revenue and earnings over time.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.