# EXHIBIT 14

**CHART OF PLAINTIFFS' CLAIM ELEMENTS NOT PLAUSIBLY ALLEGED IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS**

| Cause of Action | Elements Not Plausibly Alleged in Plaintiffs' Amended Complaint |
|---|---|
| Section 10(b) of the Securities and Exchange Act of 1934<br><br>(Count I of the Amended Complaint) | 1. Plaintiffs fail to adequately allege that Defendants acted with scienter.<br>2. With respect to most of the alleged misstatements, Plaintiffs fail to adequately allege they were materially false or misleading.<br>3. With respect to all but one of the alleged corrective disclosures, Plaintiffs fail to adequately allege loss causation. |
| Section 20(a) of the Securities and Exchange Act of 1934<br><br>(Count II of the Amended Complaint) | 1. Plaintiffs fail to adequately plead a primary violation of Section 10(b) of the Securities and Exchange Act of 1934.<br>2. Plaintiffs fail to adequately allege culpable participation by any Individual Defendant. |