# EXHIBIT 1

**COUNT I**
**Violations of §10(b) of the Exchange Act and Rule 10b-5**
**Promulgated Thereunder**

| Challenged Elements | Complaint Paragraphs that Plausibly Allege the Challenged Elements[1] |
|---|---|
| **Falsity** | |
| Supply chain statements | ¶¶4, 10, 14, 23, 46, 53-55, 64, 66, 73-74, 79, 98-109, 248-254, 266, 269-270, 275, 279-280 |
| Dealer inventory level statements | ¶¶10-12, 14, 16, 40, 42, 55-71, 74, 76, 83, 90, 97-98, 118-125, 180, 182, 189-191, 245-247, 265-267, 270, 273, 275, 280, 282 |
| Financial results, digital sales success, and growth positioning statements | ¶¶2, 4, 6-10, 12, 14, 16, 18, 20-21, 23, 43, 46-72, 74, 76, 83, 87, 90-91, 97-98, 110-117, 126-145, 167, 180, 182, 189-191, 265-268, 270, 273, 275, 280, 282 |
| Governance and risk management statements | ¶¶2, 19, 42, 44, 59, 87-95, 98, 146-151, 159, 168-169, 171-191, 195, 197-209, 227-230 |
| | |
| **Scienter** | |
| Regarding the channel-stuffing, product defects, and supply disruptions | ¶¶2-6, 8, 10-12, 14-15, 17-21, 31-33, 36-40, 42-64, 66-69, 71, 77-78, 80, 82, 84-95, 100-104, 106, 118, 121-122, 125(c), 146, 161-162, 167-168, 179, 192-194, 197-202, 205-207, 211-260 |
| Regarding the accounting and deficient ICFR and disclosure controls | ¶¶2-8, 13-15, 17-21, 31-33, 36-39, 43-47, 50, 55, 59-64, 66-69, 71, 77-78, 80, 84-95, 118, 125(c), 146-148, 159, 161-162, 168-169, 171-172, 177-185, 187-189, 192-195, 197-209, 211-260 |
| Executive departures | ¶¶15, 17, 77-78, 80, 84, 205, 231-238 |
| Executive compensation | ¶¶5, 15, 18, 211-226 |
| Internal investigation findings | ¶¶2, 18-21, 86-95 |
| Corporate scienter | ¶¶8, 17, 19, 31-33, 35, 39-40, 55, 59-62, 66-67, 93-94, 205, 236-237 |
| SOX certifications | ¶¶31-33, 95, 192-194, 197, 205-207, 227-230 |
| Core operations | ¶¶3-4, 18, 36-39, 43, 45-47, 50, 55, 239-243 |
| History of and warnings concerning similar conduct | ¶¶42, 255-260 |

---

[1]    Plaintiffs have endeavored to list each supporting paragraph without including unnecessary or duplicative paragraph references.  However, the elements of Plaintiffs' securities fraud claims and Plaintiffs' arguments in response to Defendants' motion to dismiss should be assessed in totality. *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007).

4873-0228-0341.v1

| | |
|---|---|
| Tone at the top | ¶¶2, 6, 8, 19, 44, 55, 59-60, 66-67, 84-86, 89, 94, 146, 198-202, 206, 229 |
| | |
| **Loss Causation** | |
| February 28, 2022 disclosure | ¶¶72-76, 107, 261-269 |
| April 19, 2022 disclosure | ¶¶15, 79-82, 89-90, 205, 234, 261-264, 267, 270-271 |
| May 10, 2022 disclosure | ¶¶15-16, 82-84, 90, 261-264, 267, 272-276 |
| November 14, 2022 disclosure | ¶¶23, 97, 261-264, 279-282 |

## COUNT II
## Violations of §20(a) of the Exchange Act

| Challenged Elements | Complaint Paragraphs that Plausibly Allege the Challenged Elements |
|---|---|
| Primary violation of the Exchange Act | *See* chart above. |
| Culpable participation | ¶¶2, 6, 19, 31-35, 44, 50-52, 55, 59-60, 63, 66-67, 84-86, 89, 94-95, 99-151, 198-260, 229 |