UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND et al.,<br><br>                    Plaintiff(s),<br><br>-against-<br><br>DENTSPLY SIRONA INC. et al.,<br><br>                    Defendant(s). | 22-cv-6339 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Supreme Court recently decided *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, 2024 WL 1588706 (U.S. Apr. 12, 2024). By April 26, 2024, at 5:00 p.m., the parties may submit letters, not to exceed two pages, describing the decision's effect on the pending motion in this case.

SO ORDERED.

Dated: April 19, 2024
          New York, New York

                                                                ARUN SUBRAMANIAN
                                                                United States District Judge