**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., JORGE GOMEZ, and RANJIT S. CHADHA,<br><br>Defendants. | Case No. 22-cv-06339-AS<br><br>CLASS ACTION |

**DEFENDANT JORGE GOMEZ'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Jorge Gomez ("Mr. Gomez"), by and through his undersigned counsel, upon knowledge as to his own actions and upon information and belief as to all other matters, hereby answers and responds to the Amended Complaint for Violations of the Federal Securities Laws (ECF No. 72, the "Amended Complaint") filed by Plaintiffs City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System ("Plaintiffs") in the above-captioned action.

Mr. Gomez categorically denies any allegation that he violated any applicable laws, rules, regulations, or standards.  In responding to the allegations set forth in the Amended Complaint, Mr. Gomez (i) incorporates into each response a denial of any allegations set forth in the Amended Complaint to the extent such allegations assert or suggest that Mr. Gomez made any untrue statement of material fact or omitted to state a material fact necessary to make the statements made not misleading, and (ii) intends to respond only as to allegations directed at him, and should not be deemed to be responding to allegations that are directed solely at other defendants.

Mr. Gomez is not required to respond to the headings and subheadings set forth in the Amended Complaint, because they are not factual allegations.  To the extent a response is required, Mr. Gomez denies the averments in the headings and subheadings.  To the extent a footnote contains a factual allegation, it is denied, unless stated otherwise herein.  Furthermore, all allegations not specifically admitted herein are denied.

For the sake of clarity, and unless otherwise expressly stated, Mr. Gomez herein adopts the defined terms and phrases set forth in the Amended Complaint.  In doing so, however, Mr. Gomez does not concede that any such definitions are proper.

Moreover, on May 1, 2024, the Honorable Arun Subramanian issued an Opinion and Order granting in part and denying in part Defendants' motion to dismiss (the "Order").  The Court

dismissed all of Plaintiffs' claims against former Dentsply Chief Accounting Officer ("CAO") Ranjit S. Chadha, Order at 14, as well as Plaintiffs' claims under U.S. Securities and Exchange Commission ("SEC") Regulation S-K Item 303, 17 C.F.R. §229.303 ("Item 303"),  Order at 8.[1] The Court also dismissed certain of Plaintiffs' claims that defendants made misstatements regarding supply chain disruptions, the success and drivers of Dentsply's digital sales, dealer inventory levels, Dentsply's growth positioning, and Dentsply's governance policies and ethics as non-actionable opinions or puffery, Order at 6–7, 11, and sustained Plaintiffs' remaining claims alleging misstatements on certain of the same topics, Order at 6–17.  For purposes of this Answer, Mr. Gomez has interpreted references in the Amended Complaint to "Defendants" to exclude Ranjit S. Chadha.

With respect to the paragraphs of the Amended Complaint, Mr. Gomez further responds as follows:

**ANSWER**

ANSWER TO INTRODUCTORY PARAGRAPH:  The unnumbered paragraph on page one of the Amended Complaint does not contain allegations of fact as to which a response is required.  To the extent that a response is required, Mr. Gomez denies the allegations in the unnumbered paragraph on page one, including footnote number one, to the extent they purport to assert that there is a basis in fact or law for Plaintiffs' claims.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the unnumbered paragraph on page one, including footnote number one, and therefore denies those allegations.

---

[1] On May 6, 2024, Plaintiffs informed the Court that they did not intend to amend their Item 303-based claims.  *See* ECF No. 107.

ANSWER NO. 1:  Paragraph 1 consists of Plaintiffs' characterization of their purported claims and putative class, to which no response is required.  To the extent a response is required, Mr. Gomez denies the allegations and knowledge or information sufficient to form a belief as to whether Plaintiffs have standing to sue and/or to represent a putative class of similarly situated persons, in connection with the claims against Defendants brought under the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

ANSWER NO. 2:  Mr. Gomez denies the allegations as to his conduct, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 2 and denies them on that basis.

ANSWER NO. 3:  Mr. Gomez denies the allegations in Paragraph 3, except admits that Dentsply is the largest manufacturer of professional dental products in the world, that the COVID-19 pandemic caused a shutdown of dental offices, and that Defendant Casey served as the Chief Executive Officer of Dentsply and that Mr. Gomez served as Dentsply's Chief Financial Officer.

ANSWER NO. 4:  Mr. Gomez denies the allegations in the first sentence of Paragraph 4. Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 4 and denies them on that basis.

ANSWER NO. 5:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge.  Mr. Gomez denies the remaining allegations in Paragraph 5.

ANSWER NO. 6:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first, second, fourth, and fifth sentences of Paragraph 6 and denies them on that basis.  Mr. Gomez denies the remaining allegations in Paragraph 6.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to

the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 7: Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others and, on that basis, denies all allegations relating to their alleged knowledge or actions. Mr. Gomez denies the remaining allegations in Paragraph 7, except admits that Chadha served as Chief Accounting Officer of Dentsply.

ANSWER NO. 8: Mr. Gomez denies the second sentence of Paragraph 8. Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 8 and denies them on that basis.

ANSWER NO. 9: Mr. Gomez denies the allegations in Paragraph 9, except admits that Dentsply announced its 3Q21 results on November 4, 2021 and refers to Dentsply's Form 8-K filed with the SEC on November 4, 2021 for a complete statement of its contents.

ANSWER NO. 10: Mr. Gomez denies the allegations in Paragraph 10, except refers to the entire transcript of the referenced and quoted November 4, 2021 earnings call for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others and, on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 11: Mr. Gomez denies the allegations in Paragraph 11. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others and, on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 12: Mr. Gomez denies the allegations in Paragraph 12. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or

actions of others and, on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 13:  Mr. Gomez denies the allegations in Paragraph 13.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others and, on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 14:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others and, on that basis, denies all allegations relating to their alleged knowledge or actions.  Mr. Gomez denies the remaining allegations in Paragraph 14, except refers to the referenced Form 10-K filed by Dentsply on March 1, 2022 and the referenced and quoted February 28, 2022 press release for a complete statement of their contents.

ANSWER NO. 15:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 15 and denies them on that basis, except admits that Mr. Gomez had resigned as CFO effective May 6, 2022 to join another company, and refers to the referenced Form 10-Q filed by Dentsply for a complete statement of its contents.

ANSWER NO. 16:  Mr. Gomez denies the allegations in Paragraph 16, except refers to the entire transcript of the referenced May 10, 2022 earnings call for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 17:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 17 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge

or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 18:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 18 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 19:  Mr. Gomez denies the allegations in the second and third sentences of Paragraph 19.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 19 and denies them on that basis, except refers to the referenced Form 8-K for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others and, on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 20:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 21:  Mr. Gomez denies the allegations in Paragraph 21, except refers to the referenced SEC filings for a complete statement of their contents.

ANSWER NO. 22:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 22 and denies them on that basis, except refers to publicly available trading data concerning Dentsply's share price for a complete statement

of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 23:  Mr. Gomez denies the allegations in Paragraph 23, except refers to the referenced SEC filings and publicly available trading data concerning Dentsply's share price for a complete statement of their contents.

ANSWER NO. 24:  Paragraph 24 purports to state legal conclusions to which no response is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 24, except admits that 28 U.S.C. §1331 and §27 of the Exchange Act grant this Court subject matter jurisdiction over certain claims.

ANSWER NO. 25:  Paragraph 25 purports to state legal conclusions to which no response is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 25, except admits that the securities that are subject of this action are traded on the Nasdaq.

ANSWER NO. 26:  Paragraph 26 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 26.

ANSWER NO. 27:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27 and denies them on that basis.

ANSWER NO. 28:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 28 and denies them on that basis.

ANSWER NO. 29:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 29 and denies them on that basis.

ANSWER NO. 30:  Mr. Gomez admits the allegations in Paragraph 30.

ANSWER NO. 31:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31 and denies them on that basis, except admits that Mr. Gomez served as CFO of Cardinal Health's Medical segment from July 2015 to December 2017, and Mr. Gomez admits that Casey was Dentsply's CEO.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 32:  Mr. Gomez denies the allegations in Paragraph 32, except admits that Mr. Gomez was Dentsply's CFO from August 2019 through May 6, 2022, admits that Mr. Gomez left Dentsply to join another company, admits that Mr. Gomez served as CFO of Cardinal Health's Medical segment from July 2015 to December 2017, admits that Mr. Gomez was a signatory to Dentsply's SEC and SOX reporting, and refers to Dentsply's 2022 Proxy Statement filed with the SEC on April 14, 2022 for Mr. Gomez's biography.

ANSWER NO. 33:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33 and denies them on that basis, except admits that Chadha was Dentsply's CAO.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 34:  The allegations in Paragraph 34 consist of defined terms that will be used later in the Amended Complaint to which no response is required.  Mr. Gomez's use of the Amended Complaint's defined terms do not constitute an admission in any way.

ANSWER NO. 35:  Paragraph 35 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the

remaining allegations in Paragraph 35, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 36:  Mr. Gomez admits the allegations in the first sentence of Paragraph 36.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 36 and denies them on that basis.

ANSWER NO. 37:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 37 and denies them on that basis.

ANSWER NO. 38:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38 and denies them on that basis.

ANSWER NO. 39:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 40:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 41:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge

or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 42:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 42 and denies them on that basis.

ANSWER NO. 43:  Mr. Gomez denies the allegations in the first sentence of Paragraph 43.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 43 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 44:  Mr. Gomez denies the allegations in Paragraph 44.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 45:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 45 and denies them on that basis, except refers to the referenced and quoted presentation at the January 13, 2021 JPMorgan Healthcare Conference for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 46:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 46 and denies them on that basis.

ANSWER NO. 47:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 47 and denies them on that basis, except

admits that Dentsply had a product named Primemill.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 48:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 49:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 50:  Mr. Gomez denies the allegations in the first and fourth sentences of Paragraph 50.  Mr. Gomez lacks knowledge of information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 50 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 51:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 51 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge

or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 52:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 52 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 53:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 53 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 54:  Mr. Gomez denies the allegations in Paragraph 54, except admits that he spoke at the September 23, 2021 Investment Community Session at Dentsply Sirona World 2021 and refers to the referenced and quoted remarks in their entirety for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 55:  Mr. Gomez denies the allegations in the first and second sentences of Paragraph 55.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 55 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 56:  Mr. Gomez denies the allegations in the third sentence of Paragraph 56.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 56 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 57:  Mr. Gomez denies the first sentence of Paragraph 57.  Mr. Gomez lacks knowledge of information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 57 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 58:  Mr. Gomez denies the allegations in the third sentence of Paragraph 58.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of Paragraph 58 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 59:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 60:  Mr. Gomez denies the allegations in the fourth sentence of Paragraph 60.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 60 and denies them on that basis.  Further, Mr. Gomez

lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 61:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 61 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 62:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.  Mr. Gomez denies the remaining allegations in Paragraph 62, except admits that Ivan Zeljkovic at times reported directly to Mr. Gomez.

ANSWER NO. 63:  Mr. Gomez denies the allegations in the first, second, and third sentences of Paragraph 63.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 63 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 64:  Mr. Gomez denies the allegations in the first, third, fourth, fifth, and sixth sentences of Paragraph 64, except admits that Dentsply announced its 3Q21 results on November 4, 2021 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 64 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as

to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 65:  Mr. Gomez denies the allegations in the second sentence of Paragraph 65, except refers to the entire transcript of the referenced and quoted November 4, 2021 earnings call for a complete statement of its contents.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 65 and denies them on that basis.

ANSWER NO. 66:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 66 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 67:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 67 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 68:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68 and denies them on that basis.

ANSWER NO. 69:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 69 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge

or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 70:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 70 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 71:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 71 and denies them on that basis.

ANSWER NO. 72:  Mr. Gomez denies the allegations in Paragraph 72, except admits that Dentsply filed a Form 8-K with the SEC on February 28, 2022 and refers to the referenced Form 8-K and market analyst report for a complete statement of its contents.

ANSWER NO. 73:  Mr. Gomez denies the allegations in Paragraph 73, except admits that the Company held an earnings call on February 28, 2022 and refers to the entire transcript of the referenced earnings call for a complete statement of its contents.  Further Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 74:  Mr. Gomez denies the allegations in Paragraph 74, except refers to the entire transcript of the referenced February 28, 2022 earnings call for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 75:  Mr. Gomez denies the allegations in Paragraph 75, except refers to publicly available trading data concerning Dentsply's share price for a complete statement of its contents.

ANSWER NO. 76:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the fourth sentence of Paragraph 76, except refers to the referenced and quoted Form 10-K/A filed by Dentsply on November 7, 2022.  Mr. Gomez denies the remaining allegations in Paragraph 76, except admits that Dentsply filed its 10-K for 2021 on March 1, 2022 and refers to the SEC filing for a complete statement of its contents.

ANSWER NO. 77:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 77 and denies them on that basis.

ANSWER NO. 78:  Mr. Gomez denies the allegations in Paragraph 78, except admits that Mr. Gomez had resigned as CFO effective May 6, 2022 to join another company and refers to the referenced and quoted Form 8-K that Dentsply filed with the SEC on April 11, 2022 for a complete statement of its contents.

ANSWER NO. 79:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 79 and denies them on that basis, except refers to Dentsply's Form 8-K filed with the SEC on April 19, 2022 for a complete statement of its contents.

ANSWER NO. 80:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 80 and denies them on that basis, except refers to Dentsply's Form 8-K filed with the SEC on April 19, 2022 and to publicly available trading data concerning Dentsply's share price for a complete statement of their contents.

ANSWER NO. 81:  Mr. Gomez denies the allegations in the first and second sentences of Paragraph 81.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 81 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 82:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 82 and denies them on that basis, except refers to the referenced and quoted Form 12b-25 Notification that Dentsply filed with the SEC on May 10, 2022 and the entire transcript of the referenced and quoted May 10, 2022 earnings call for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 83:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 83 and denies them on that basis, except refers to the referenced Form 8-K that Dentsply filed with the SEC on May 10, 2022 and the entire transcript of the referenced May 10, 2022 earnings call for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 84:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 84 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge

or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 85:  Mr. Gomez denies the allegations in Paragraph 85, except admits that on May 11, 2022, Mr. Gomez was terminated as CFO of Moderna.

ANSWER NO. 86:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 86 and denies them on that basis, except refers to the referenced SEC filings for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 87:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 87 and denies them on that basis, except refers to the referenced Form 8-K that Dentsply filed with the SEC on November 1, 2022 for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 88:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 88 and denies them on that basis, except refers to the referenced and quoted document for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 89:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 89 and denies them on that basis.  Mr.

Gomez denies the quoted findings set forth in Paragraph 89.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 90:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 90 and denies them on that basis, except refers to the referenced and quoted document for a complete statement of its contents.  Mr. Gomez denies the quoted findings set forth in Paragraph 90.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 91:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 91 and denies them on that basis, except refers to the referenced and quoted document for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 92:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 92 and denies them on that basis, except refers to the referenced and quoted document for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 93:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 93 and denies them on that basis, except

refers to the referenced and quoted document for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 94: Mr. Gomez denies the allegations in the first sentence of Paragraph 94. Mr. Gomez lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 94 and denies them on that basis, except refers to the referenced and quoted document for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 95: Mr. Gomez denies the allegations in the second and fifth sentences of Paragraph 95. Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 95, including footnote number two, and denies them on that basis. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 96: Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 96 and denies them on that basis, except refers to publicly available trading data concerning Dentsply's share price for a complete statement of their contents.

ANSWER NO. 97: Mr. Gomez denies the allegations in the second and third sentences of Paragraph 97. Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 97 and denies them on that basis, except

refers to the referenced and quoted Form 10-Q that Dentsply filed with the SEC on November 14, 2022 and to publicly available trading data concerning Dentsply's share price for a complete statement of their contents.

ANSWER NO. 98:  To the extent that the allegations in Paragraph 98 relate to claims that have been dismissed pursuant to the Court's Order or purport to assert conclusions of law, no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 98, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 99:  To the extent that the allegations in Paragraph 99 relate to claims that have been dismissed pursuant to the Court's Order or purport to assert conclusions of law, no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 99, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 100:  Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 100 have been dismissed, and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 100, except admits that he spoke on the conference call held on August 5, 2021 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.

ANSWER NO. 101:  Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 101 have been dismissed, and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations in Paragraph 101 and denies them on that basis, except admits that the Company held an Investment Community Session at Dentsply Sirona World on September 23, 2021 and refers to the referenced and quoted remarks in their entirety for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 102:  Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 102 have been dismissed, and no responsive pleading is required.  To the extent a response is required, Mr. Gomez denies the allegations in Paragraph 102, except admits that he spoke at the Investment Community Session at Dentsply Sirona World held on September 23, 2021 and refers to the referenced and quoted presentation for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 103:  Mr. Gomez denies the allegations in Paragraph 103, except admits that he spoke on the conference call held on November 4, 2021 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.

ANSWER NO. 104:  Mr. Gomez denies the allegations in Paragraph 104, except admits that Mr. Gomez spoke on the conference call held on November 4, 2021 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.

ANSWER NO. 105:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 105 and denies them on that basis, except refers to the referenced statements in their entirety for a complete statement of their contents.

Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 106:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 106 and denies them on that basis, except refers to the referenced statements in their entirety for a complete statement of their contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 107:  Mr. Gomez denies the allegations in Paragraph 107, except admits that he spoke on the conference call held on February 28, 2022 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 108:  Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 108 have been dismissed and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 108, except admits that he spoke on the conference call held on February 28, 2022 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.

ANSWER NO. 109:  To the extent that the allegations in Paragraph 109 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required.  Mr. Gomez further responds that Paragraph 109 purports to assert conclusions of law as to which no

responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 109 and all of its subparts.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 110:  To the extent that the allegations in Paragraph 110 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required.  Mr. Gomez further responds that the allegations in the second, third, fourth, and fifth sentences of Paragraph 110 purport to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, and with respect to the remaining allegations in Paragraph 110, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 111:  Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in the fourth sentence of Paragraph 111 have been dismissed, and no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 111, Mr. Gomez denies those allegations, except admits that he spoke at the Goldman Sachs Global Healthcare Conference held on June 9, 2021 and refers to the referenced and quoted presentation for a complete statement of its contents.

ANSWER NO. 112:  Mr. Gomez denies the allegations in Paragraph 112, except admits that he spoke at the Robert W. Baird Global Healthcare Conference held on September 15, 2021 and refers to the referenced statements in their entirety for a complete statement of their contents.

ANSWER NO. 113:  Mr. Gomez denies the allegations in Paragraph 113, except admits that he spoke on the earnings call held on November 4, 2021 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.

ANSWER NO. 114:  Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 114 have been dismissed, and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 114 and denies them on that basis, except refers to the referenced and quoted presentation at the JPMorgan Healthcare Conference for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 115:  Mr. Gomez denies the allegations in Paragraph 115, except admits that he spoke on the conference call held on February 28, 2022 and refers to the entire transcript for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 116:  Mr. Gomez denies the allegations in Paragraph 116, except admits that he spoke on the conference call held on February 28, 2022 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.

ANSWER NO. 117:  To the extent the allegations in Paragraph 117 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required.  Mr. Gomez further responds that Paragraph 117 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining

allegations in Paragraph 117, Mr. Gomez denies those allegations. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 118: To the extent the allegations in Paragraph 118 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required. Mr. Gomez further responds that the allegations in the second and third sentences of Paragraph 118 purport to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, and with respect to the remaining allegations in Paragraph 118, Mr. Gomez denies the allegations in Paragraph 118. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 119: Mr. Gomez denies the allegations in Paragraph 119, except admits that he spoke at the Goldman Sachs Global Healthcare Conference held on June 9, 2021 and refers to the referenced and quoted presentation for a complete statement of its contents.

ANSWER NO. 120: Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 120 have been dismissed and no responsive pleading is required. To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 120 and denies them on that basis, except admits that the Company held an earnings call on August 5, 2021 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 121:  Mr. Gomez denies the allegations in Paragraph 121, except admits that he spoke on the earnings call held on August 5, 2021 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.

ANSWER NO. 122:  Mr. Gomez denies the allegations in Paragraph 122, except admits that he spoke on the earnings call held on August 5, 2021 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.

ANSWER NO. 123:  Mr. Gomez denies the allegations in Paragraph 123, except admits that Dentsply filed a Form 10-Q announcing its 3Q21 financial results with the SEC on November 4, 2021 and refers to the referenced and quoted Form 10-Q for a complete statement of its contents.

ANSWER NO. 124:  Mr. Gomez denies the allegations in Paragraph 124, except admits that Dentsply filed its 2021 annual report on Form 10-K on March 1, 2022 and refers to the referenced and quoted Form 10-K for a complete statement of its contents.

ANSWER NO. 125:  To the extent the allegations in Paragraph 125 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required.  Mr. Gomez further responds that Paragraph 125 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies all allegations in Paragraph 125 and its subparts.  To the extent the allegations in Paragraph 125 purport to characterize or quote Dentsply's 10-K, 10-K/A, 10-Q, and 10-Q/A, Mr. Gomez refers to such documents for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 126:  The allegations in the second, third, and fourth sentences of Paragraph 126 purport to assert conclusions of law as to which no responsive pleading is required.  To the

extent that a response is required, and with respect to the remaining allegations in Paragraph 126, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 127:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 127 and denies them on that basis, except admits that Dentsply issued a press release on November 4, 2021 and refers to the referenced and quoted press release for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 128:  Mr. Gomez denies the allegations in Paragraph 128, except admits that on November 4, 2021, Dentsply filed its Form 10-Q for 3Q21 with the SEC and refers to the referenced and quoted Form 10-Q for a complete statement of its contents.

ANSWER NO. 129:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 129 and denies them on that basis, except admits that the Company held an earnings call on November 4, 2021 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 130:  To the extent the allegations in Paragraph 130 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required.  Mr. Gomez further responds that Paragraph 130 purports to assert conclusions of law as to which no responsive

pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 130 and all of its subparts.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 131:  The allegations in the second and third sentences of Paragraph 131 purport to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 131, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 132:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 132 and denies them on that basis, except admits that Dentsply issued a press release on February 28, 2022 and refers to the press release for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 133:  Mr. Gomez denies the allegations in Paragraph 133, except admits that he spoke on the earnings call held on February 28, 2022 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.

ANSWER NO. 134:  Mr. Gomez denies the allegations in Paragraph 134, except admits that the Company filed a Form 10-K with the SEC on March 1, 2022, and refers to the referenced and quoted Form 10-K for a complete statement of its contents.

ANSWER NO. 135:  To the extent the allegations in Paragraph 135 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required.  Mr. Gomez further responds that Paragraph 135 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 135, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 136:  The allegations in the third and fourth sentences of Paragraph 136 purport to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 136, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 137:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 137 and denies them on that basis, except admits that Dentsply issued a press release on August 5, 2021 and refers to the referenced and quoted press release for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 138:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 138 and denies them on that basis, except admits that the Company held a conference call on August 5, 2021 to discuss the Company's results for 2Q21 and refers to the entire transcript of the referenced and quoted conference call for

a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 139: Mr. Gomez denies the allegations in Paragraph 139, except admits that he spoke at the September 15, 2021 Robert W. Baird Global Healthcare Conference and refers to the referenced and quoted presentation for a complete statement of its contents.

ANSWER NO. 140: Mr. Gomez denies the allegations in Paragraph 140, except admits that Dentsply issued a press release announcing its financial results for 3Q21 on November 4, 2021, and refers to the referenced and quoted press release for a complete statement of its contents.

ANSWER NO. 141: Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 141 and denies them on that basis, except admits that the Company held a conference call on November 4, 2021 to discuss the Company's results for 3Q21 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 142: Mr. Gomez denies the allegations in Paragraph 142, except admits he spoke on the conference call held on November 4, 2021 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents.

ANSWER NO. 143: Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 143 have been dismissed and no responsive pleading is required. To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 143 and denies them on that basis,

except refers to the entire transcript of the referenced and quoted presentation for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 144: Mr. Gomez denies the allegations in Paragraph 144, except admits that he spoke on the conference call held on February 28, 2022 and refers to the entire transcript of the referenced and quoted conference call for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 145: To the extent the allegations in Paragraph 145 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required. Mr. Gomez further responds that Paragraph 145 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, and with respect to the remaining allegations in Paragraph 145, Mr. Gomez denies those allegations. Mr. Gomez also lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 146: To the extent the allegations in Paragraph 146 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required. Mr. Gomez further responds that the allegations in Paragraph 146 purport to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, and with respect to the remaining allegations in Paragraph 146, Mr. Gomez denies those allegations. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged

-34-

knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 147:   Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 147 have been dismissed and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 147, except admits that he spoke at the Robert W. Baird Symposium held on June 17, 2021 and refers to the referenced and quoted presentation for a complete statement of its contents.

ANSWER NO. 148:   Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 148 have been dismissed and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 148, except admits that Mr. Gomez signed Dentsply's Form 10-K filed with the SEC on March 1, 2022 and refers to the referenced and quoted Form 10-K for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 149:  Mr. Gomez denies the allegations in Paragraph 149, except refers to Dentsply's Form 10-K filed with the SEC on March 1, 2022 for a complete statement of its contents.

ANSWER NO. 150:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 150 and denies them on that basis, except refers to Dentsply's Code of Conduct as published on its website for a complete statement of its contents.

ANSWER NO. 151:  To the extent the allegations in Paragraph 151 relate to claims that have been dismissed pursuant to the Court's Order, no responsive pleading is required.  Mr. Gomez further responds that Paragraph 151 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 151, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks information and knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 151 to the extent that those allegations concern the knowledge or actions of others and therefore denies those allegations.

ANSWER NO. 152:  The allegations in Paragraph 152 purport to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 153:  Mr. Gomez denies the allegations in Paragraph 153, except admits that Mr. Gomez signed Dentsply's 2Q21 Form 10-Q, admits that Mr. Gomez signed Dentsply's 3Q21 Form 10-Q, admits that Mr. Gomez signed Dentsply's FY21 Form 10-K, and refers to the referenced and quoted Forms 10-Q and 10-K that Dentsply filed with the SEC on August 3, 2021, November 4, 2021, and March 1, 2022 for a complete statement of their contents.  Mr. Gomez denies the allegations in footnote number three, except refers to 17 C.F.R. § 210.4-01(a)(1) and Financial Accounting Standards Board Statement of Financial Accounting Standards No. 168 for a complete statement of their contents.

ANSWER NO. 154:  Mr. Gomez admits the allegations in Paragraph 154.

ANSWER NO. 155:  Mr. Gomez denies the allegations in Paragraph 155, except admits that Dentsply issued a press release announcing its financial results for 2Q21 on August 5, 2021 and refers to the referenced and quoted press release for a complete statement of its contents.

ANSWER NO. 156:  Mr. Gomez denies the allegations in Paragraph 156, except admits that Dentsply issued a press release announcing Dentsply's financial results for 3Q21 on November 4, 2021 and refers to the referenced and quoted press release for a complete statement of its contents.

ANSWER NO. 157:  Mr. Gomez denies the allegations in Paragraph 157, except admits that Dentsply issued a press release announcing Dentsply's financial results for 4Q21 and FY21 on February 28, 2022 and refers to the referenced and quoted press release for a complete statement of its contents.

ANSWER NO. 158:  Paragraph 158 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies those allegations.

ANSWER NO. 159:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 159 and denies them on that basis, except refers to the referenced Form 10-Q/A for 3Q21 that Dentsply filed with the SEC on November 7, 2022 for a complete statement of its contents.

ANSWER NO. 160:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 160, including footnote number 4, and denies them on that basis, except refers to the referenced 2021 Form 10-K/A for a complete statement of its contents.

ANSWER NO. 161:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 161 and denies them on that basis, except refers to the referenced document for a complete statement of its contents.

ANSWER NO. 162:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 162 and denies them on that basis, except refers to the referenced documents for a complete statement of their contents.

ANSWER NO. 163:  The first sentence of Paragraph 163 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 163, including footnote numbers five and six, Mr. Gomez denies those allegations, except refers to referenced and quoted statement for a complete statement of its contents.

ANSWER NO. 164:  The third sentence of Paragraph 164 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 164, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 165:  The first sentence of Paragraph 165 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 165, including footnote number seven, Mr. Gomez denies those allegations, except refers to referenced and quoted statement for a complete statement of its contents.

ANSWER NO. 166:  The first sentence of Paragraph 166 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 166, Mr. Gomez denies those allegations, except refers to referenced and quoted statement for a complete statement of its contents.

ANSWER NO. 167:  The first sentence of Paragraph 167 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 167, including footnote number eight, Mr. Gomez denies those allegations, except refers to the referenced 2021 Form 10-K/A for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 168:  Paragraph 168 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 168, including footnote number nine, Mr. Gomez denies those allegations, except refers to the referenced SEC filings for a complete statement of their contents.

ANSWER NO. 169:  The first sentence of Paragraph 169 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 169, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 169 and denies them on that basis, except refers to the referenced and quoted Form 8-K filed by Dentsply on November 1, 2022 for a complete statement of its contents.  Mr. Gomez denies the quoted findings set forth in Paragraph 169.  Further, Mr. Gomez lacks knowledge or information

sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 170: The first sentence of Paragraph 170 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, and with respect to the remaining allegations in Paragraph 170, Mr. Gomez denies those allegations, except refers to the referenced and quoted accounting standard for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 171: Mr. Gomez denies the allegations in Paragraph 171, except admits that Dentsply filed a Form 10-K with the SEC on March 1, 2022 and refers to that filing for a complete statement of its contents.

ANSWER NO. 172: Paragraph 172 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies those allegations.

ANSWER NO. 173: Mr. Gomez denies the allegations in Paragraph 173, except refers to the referenced accounting standard for a complete statement of its contents.

ANSWER NO. 174: Paragraph 174 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 174. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 175: The first sentence of Paragraph 175 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, and with respect to the remaining allegations in Paragraph 175, including footnote number ten, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and, on that basis, denies them, except refers to the referenced and quoted accounting standard and to Dentsply's Form 10-K filed with the SEC on March 1, 2022 for a complete statement of their contents.

ANSWER NO. 176: Paragraph 176 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, including footnote numbers eleven and twelve, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and denies them on that basis, except refers to the referenced and quoted accounting standard and to Dentsply's Form 10-K filed with the SEC on March 1, 2022 for a complete statement of their contents.

ANSWER NO. 177: Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 177, including footnote number 13, and denies them on that basis, except refers to the referenced and quoted accounting standard and to Dentsply's Form 10-Q/A filed with the SEC on November 7, 2022 for a complete statement of its contents.

ANSWER NO. 178: Paragraph 178 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 178, including footnote number fourteen, and denies them on that basis, except refers

to the referenced and quoted accounting standard and to Dentsply's Amended Form 10-Q/A filed with the SEC on November 7, 2022 for a complete statement of their contents.

ANSWER NO. 179: Paragraph 179 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 179 and denies them on that basis. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 180: Paragraph 180 purports to assert conclusions of law as to which no responsive pleading is required. Mr. Gomez further responds that Plaintiffs' claims concerning Item 303 have been dismissed and therefore no response is required to the allegations in Paragraph 180 regarding Item 303. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 180.

ANSWER NO. 181: Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 181 have been dismissed and no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 181, including footnote numbers fifteen and sixteen, except refers to the quoted regulations for a complete statement of their contents.

ANSWER NO. 182: Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 182 have been dismissed and no responsive pleading is required. To the extent a response is required, Mr. Gomez denies the allegations in Paragraph 182, except refers to the referenced regulations and the referenced and quoted Form 10-Q/A and Form 10-K/A filed by Dentsply for a complete statement of their contents. Further, Mr. Gomez lacks knowledge or

-42-

information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 183:  Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 183 have been dismissed and no responsive pleading is required.  Mr. Gomez further responds that Plaintiffs' claims concerning Item 303 have been dismissed and therefore no response is required to the allegations in Paragraph 183 regarding Item 303.  To the extent a response is required, Mr. Gomez denies the allegations in Paragraph 183.

ANSWER NO. 184:  The first sentence of Paragraph 184 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 184, Mr. Gomez denies those allegations, except refers to the December 13, 2021 SEC comment letter for a complete statement of its contents.

ANSWER NO. 185:  Mr. Gomez denies the allegations in Paragraph 185, except refers to Dentsply's January 12, 2022 response to the SEC's December 13, 2021 comment letter for a complete statement of its contents.

ANSWER NO. 186:  The second and third sentences of Paragraph 186 purport to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 186, Mr. Gomez denies those allegations, except refers to Dentsply's Forms 10-Q filed with the SEC on August 5, 2021 and November 4, 2021 for a complete statement of their contents.

ANSWER NO. 187:  Paragraph 187 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 187, except refers to Dentsply's Forms 10-Q filed with the SEC on August

5, 2021 and November 4, 2021 and Dentsply's Form 10-K filed with the SEC on March 1, 2022 for a complete statement of their contents.

ANSWER NO. 188:  The first sentence of Paragraph 188 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 188, Mr. Gomez denies those allegations. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 189:  Mr. Gomez denies the allegations in Paragraph 189.    Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 190:  Mr. Gomez denies the allegations in Paragraph 190.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 191:  Mr. Gomez denies the allegations in Paragraph 191.

ANSWER NO. 192:  Mr. Gomez denies the allegations in Paragraph 192, except admits that Mr. Gomez signed the 2021 Form 10-K and the 2Q21 and 3Q21 Forms 10-Q, and refers to Dentsply's Form 10-K filed with the SEC on March 1, 2022 and Dentsply's Forms 10-Q filed with the SEC on August 5, 2021 and November 4, 2021 for a complete statement of their contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged

knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 193:  Mr. Gomez denies the allegations in Paragraph 193, except admits that Mr. Gomez signed the Management's Report on Internal Control Over Financial Reporting in the 2021 Form 10-K filed by Dentsply and refers to the Form 10-K for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 194:  Paragraph 194 purports to assert conclusions of law as to which no responsive pleadings are required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 194, including footnote number seventeen, except refers to Public Company Accounting Oversight Board's Auditing Standard 2201 for a complete statement of its contents.

ANSWER NO. 195:  The first sentence of Paragraph 195 purports to assert conclusions of law as to which no responsive pleadings are required.  To the extent that a response is required, Mr. Gomez denies the allegations in the first sentence of Paragraph 195.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 195 and denies them on that basis, except refers to the referenced and quoted 2021 Form 10-K/A filed by Dentsply for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 196:  The allegations in Paragraph 196 are vague and ambiguous, and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 196, including footnote numbers eighteen and nineteen, except refers to the Public Company Accounting Oversight Board's Auditing Standard 2201 & No. 5, Appendix A – Definitions for a complete statement of its contents.

ANSWER NO. 197:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 197 and denies them on that basis, except refers to the referenced and quoted 2021 Form 10-K/A filed by Dentsply for a complete statement of its contents.

ANSWER NO. 198:  Mr. Gomez denies the allegations in Paragraph 198.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 199:  The allegations in Paragraph 199 are vague and ambiguous and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 199, including footnote number twenty, except refers to the referenced and quoted Committee of Sponsoring Organization of the Treadway Commission Framework and to Dentsply's 2021 Form 10-K for a complete statement of their contents.

ANSWER NO. 200:  Mr. Gomez denies the allegations as to his conduct.  Mr. Gomez denies the remaining allegations in Paragraph 200, except refers to Dentsply's 2021 Form 10-K/A for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 201:  Mr. Gomez denies the allegations in Paragraph 201.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 202:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the purported knowledge or actions of others referred to in Paragraph 202 and denies them on that basis.  Mr. Gomez denies the remaining allegations in Paragraph 202, and denies the cited findings set forth in Paragraph 202, except refers to the entire referenced and quoted sentence for a complete statement of its contents.

ANSWER NO. 203:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 203 and denies them on that basis, except refers to the referenced and quoted 2021 Form 10-K/A filed by Dentsply for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 204:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 204 and denies them on that basis.

ANSWER NO. 205:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 205 and denies them on that basis, except refers to the referenced and quoted Forms 10-K/A and 10-Q/A filed by Dentsply for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 206:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 206 and denies them on that basis, except refers to the referenced and quoted document for a complete statement of its contents.

ANSWER NO. 207:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 207 and denies them on that basis, except refers to the referenced and quoted document for a complete statement of its contents.

ANSWER NO. 208:  Paragraph 208 contains Plaintiffs' characterizations of the Sarbanes-Oxley Act to which no responsive pleadings are required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 208.

ANSWER NO. 209:  Mr. Gomez denies the allegations in Paragraph 209, including footnote number twenty-one, except admits that Mr. Gomez signed SOX certifications filed with Dentsply's 2Q21 and 3Q21 Forms 10-Q and 2021 Form 10-K, and refers to Dentsply's Form 10-Q filed with the SEC on August 5, 2021, Dentsply's Form 10-Q filed with the SEC on November 4, 2021, and Dentsply's Form 10-K filed with the SEC on March 1, 2022 for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 210:  Pursuant to the Court's Order, all claims against Chadha have been dismissed and to the extent the allegations in Paragraph 210 relate to such claims, no responsive pleading is required.  Mr. Gomez further responds that the allegations in Paragraph 210 purport to assert conclusions of law and Plaintiffs' characterization of the Amended Complaint, and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 210.  Further, Mr. Gomez lacks knowledge or information sufficient to

-48-

form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 211:  The portion of the first sentence of Paragraph 211 preceding the colon purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the alleged compensation of others, and therefore, denies them on that basis.  Mr. Gomez admits the remaining allegations in Paragraph 211.

ANSWER NO. 212:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the purported compensation of others referred to in Paragraph 212, including footnote number twenty-two, and denies them on that basis.  Mr. Gomez admits the remaining allegations in Paragraph 212.

ANSWER NO. 213:  Paragraph 213 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies those allegations.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 214:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the purported compensation of others referred to in Paragraph 214 and denies them on that basis.  Mr. Gomez admits the remaining allegations in Paragraph 214.

ANSWER NO. 215:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 215 and denies them on that basis.

ANSWER NO. 216:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the purported knowledge or actions of others referred to in Paragraph 216 and denies them on that basis.  Mr. Gomez denies all other allegations in Paragraph 216, except admits that Mr. Gomez was awarded the maximum compensation under the 2021 First Half Annual Incentive Plan.

ANSWER NO. 217:  The first sentence of Paragraph 217 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in the first sentence of Paragraph 217.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 217 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 218:  Paragraph 218 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 218.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 219:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 219 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 220:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 220 and denies them on that basis.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 221:  Paragraph 221 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in the first sentence of Paragraph 221 and lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 221 and denies them on that basis. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 222:  The first sentence of Paragraph 222 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to all other allegations in Paragraph 222, Mr. Gomez denies them, except admits that Mr. Gomez received an Operating Margin PRSU Award.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 223:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 223 and denies them on that basis.

ANSWER NO. 224:  Mr. Gomez denies the allegations in the final two sentences in Paragraph 224.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 224, except admits that he received $3.5

million in PRSU Awards and refers to Dentsply's Proxy Statements filed with the SEC on April 7, 2020, April 16, 2021, and April 13, 2022 for a complete statement of their contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the alleged knowledge, actions, and compensation structure of others, and on that basis, denies all allegations relating to them.

ANSWER NO. 225: The first sentence of Paragraph 225 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, and with respect to the remaining allegations in Paragraph 225, Mr. Gomez denies them. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 226: Mr. Gomez denies the allegations made in Paragraph 226, except admits the allegations in footnote number twenty-three and admits that at Dentsply's February 2022 meeting, the Human Resources Committee of the Dentsply Board of Directors, at the recommendation of Company management, approved the decision to exercise negative discretion to reduce the payout to 50% in the aggregate to the Management Committee, including the non-executive officers. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 227: Mr. Gomez denies the allegations in Paragraph 227.

ANSWER NO. 228: Paragraph 228 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 228, except admits that Mr. Gomez signed SOX certifications

accompanying Dentsply's 2Q21 and 3Q21 Forms 10-Q and Dentsply's Form 10-K for 2021. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 229:  Paragraph 229 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 229.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 230:  Paragraph 230 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies those allegations, except refers to Dentsply's Form 10-K filed with the SEC on March 1, 2022 for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 231:  Paragraph 231 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the first sentence of Paragraph 231 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 231 and denies them on that basis, except admits that Dentsply issued a press release on March 17, 2022 and refers to the referenced press release for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 232:  Paragraph 232 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies those allegations, except admits that he resigned from the Company effective May 6, 2022, admits that the Company issued a press release on April 11, 2022, and refers to the referenced press release for a complete statement of its contents.

ANSWER NO. 233:  Paragraph 233 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 233 and denies them on that basis, except refers to the referenced and quoted April 19, 2022 press release for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 234:  Paragraph 234 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 234, including in footnote number twenty-four, and denies them on that basis, except refers to the referenced and quoted April 19, 2022 press release and the referenced and quoted Proxy Statement filed with the SEC on April 14, 2023 for a complete statement of their contents.

ANSWER NO. 235:  Paragraph 235 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 235 and denies them on that basis, except refers to the referenced and quoted sentence for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information

sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 236:  Paragraph 236 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 236 and denies them on that basis, except refers to the referenced and quoted sentence for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 237:  Paragraph 237 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 237 and denies them on that basis, except refers to the referenced and quoted November 28, 2022 press release for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 238:  Paragraph 238 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 238, except refers to the referenced and quoted 2021 Form 10-K/A filed by Dentsply for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 239:  Paragraph 239 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies those allegations, except admits that Mr. Gomez spoke at an earnings call held on August 5, 2021 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 240:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 240 and denies them on that basis, except admits that the Company held earnings calls on March 2, 2020 and August 6, 2020, and refers to the entire transcripts of the referenced and quoted earnings calls for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 241:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 241(d) and denies them on that basis, except refers to the referenced and quoted presentation for a complete statement of its contents.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraphs 241(a) and (b) and denies them on that basis, except admits that the Company held earnings calls on August 5, 2021 and November 4, 2021 and refers to the entire transcripts of the referenced and quoted earnings calls for a complete statement of their contents. Mr. Gomez denies the allegations in Paragraph 241(c), except admits that he spoke at the November 22, 2021 Piper Sandler Healthcare Conference and refers to the referenced and quoted

presentation for a complete statement of its contents. Mr. Gomez denies the allegations in Paragraph 241(e), except admits that he spoke on an earnings call held on February 28, 2022 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 242: Paragraph 242 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 242. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 243: Mr. Gomez denies the allegations in Paragraph 243, except admits that he spoke on an earnings call held on November 4, 2021, and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 244: Paragraph 244 has been left blank in the Amended Complaint, and as such requires no response.

ANSWER NO. 245: Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 245 and denies them on that basis, except admits that the Company held an earnings call on August 5, 2021 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.

ANSWER NO. 246:  Mr. Gomez denies the allegations in Paragraph 246, except admits that he spoke on an earnings call held on November 4, 2021 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.

ANSWER NO. 247:  Mr. Gomez denies the allegations in Paragraph 247, except admits that he spoke on an earnings call held on November 4, 2021 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.

ANSWER NO. 248:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 248 and denies them on that basis, except admits that the Company participated in the Investment Community Session at Dentsply Sirona World 2021 on September 23, 2021 and refers to the referenced and quoted presentation for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 249:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 249 and denies them on that basis, except admits that the Company participated in the Investment Community Session at Dentsply Sirona World 2021 on September 23, 2021 and refers to the referenced and quoted presentation for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 250:  Mr. Gomez denies the allegations in Paragraph 250, except admits that he spoke at the Investment Community Session at Dentsply Sirona World 2021 held on

September 23, 2021 and refers to the referenced and quoted presentation for a complete statement of its contents.

ANSWER NO. 251:  Mr. Gomez denies the allegations in Paragraph 251, except admits that he spoke on an earnings call held on November 4, 2021, and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.

ANSWER NO. 252:  Mr. Gomez denies the allegations in Paragraph 252, except admits that he spoke on an earnings call held on November 4, 2021, and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.

ANSWER NO. 253:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 253 and denies them on that basis, except refers to the referenced and quoted presentation at the Credit Suisse Healthcare Conference for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 254:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 254 and denies them on that basis, except refers to the referenced and quoted presentation at the Evercore ISI HealthCONX Virtual Conference for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 255:  Paragraph 255 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 255.  Further, Mr. Gomez lacks knowledge or information sufficient to

form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 256:  Mr. Gomez denies the allegations in Paragraph 256, except admits that the SEC sent a comment letter regarding Dentsply's Form 10-K for FY20 to Mr. Gomez on December 13, 2021 and refers to the referenced and quoted comment letter for a complete statement of its contents.

ANSWER NO. 257:  Mr. Gomez denies the allegations in Paragraph 257, except admits that Mr. Gomez sent a letter responding to the SEC's comment letter to the SEC on January 12, 2022 and refers to the referenced and quoted letter for a complete statement of its contents.

ANSWER NO. 258:  Plaintiffs' claims concerning Item 303 have been dismissed and therefore no response is required to the allegations in Paragraph 258 regarding Item 303.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 258.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 259:  Pursuant to the Court's Order, Plaintiffs' claims relating to the allegations in Paragraph 259 have been dismissed, and no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies those allegations, except admits that Casey was CEO and Mr. Gomez was CFO of Dentsply on December 16, 2020 and refers to the referenced cease-and-desist order for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 260:  The third sentence of Paragraph 260 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, and with respect to the remaining allegations in Paragraph 260, Mr. Gomez denies those allegations, except admits that he was named as a defendant in *Louisiana Sheriffs' Pension & Relief Fund v. Cardinal Health, Inc., et al.*, No. 2:19-cv-03347 (S.D. Ohio).  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 261:  Paragraph 261 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 261, except admits that throughout the purported Class Period, Dentsply's securities traded on the Nasdaq.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the third sentence concerning the purchase of Company stock, and on that basis, denies them.

ANSWER NO. 262:  Mr. Gomez denies the allegations in Paragraph 262.

ANSWER NO. 263:  Mr. Gomez denies the allegations in Paragraph 263.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 264:  The first sentence of Paragraph 264 contains Plaintiffs' characterization of the Amended Complaint to which no responsive pleadings are required.  The second sentence of Paragraph 264 purports to assert conclusions of law as to which no responsive pleadings are required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 264.

ANSWER NO. 265:  Mr. Gomez denies the allegations in Paragraph 265, except admits that Dentsply issued a press release containing the Company's financial results for 4Q21 and FY21 and financial guidance for 2022 and hosted a conference call on February 28, 2022, and refers to Dentsply's Form 8-K filed with the SEC on February 28, 2022, the press release on February 28, 2022, and the entire transcript of the referenced and quoted February 28, 2022 conference call for a complete statement of their contents.

ANSWER NO. 266:  Mr. Gomez denies the allegations in Paragraph 266, except admits that he spoke on the earnings call held on February 28, 2022 and refers to the entire transcript of the referenced and quoted earnings call for a complete statement of its contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 267:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 267 and denies them on that basis, except refers to the refenced and quoted Form 10-K/A that Dentsply filed with the SEC on November 7, 2022 and the referenced and quoted Form 10-Q that Dentsply filed with the SEC on November 14, 2022 for a complete statement of their contents.

ANSWER NO. 268:  Mr. Gomez denies the allegations in Paragraph 268, except refers to publicly available trading data concerning Dentsply's share price for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 269:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 269 and denies them on that basis, except refers to the referenced and quoted February 28, 2022 Evercore report, March 1, 2022 Jefferies report, and March 1, 2022 Morgan Stanley report for a complete statement of their contents.

ANSWER NO. 270:  Mr. Gomez denies the allegations in Paragraph 270, except admits that Mr. Gomez departed Dentsply to join another company.  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 270 and denies them on that basis, except refers to the referenced and quoted document and to publicly available trading data concerning Dentsply's share price for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 271:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 271 and denies them on that basis, except refers to the referenced and quoted reports for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 272:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 272 and denies them on that basis, except refers to the referenced and quoted Form 12b-25 for a complete statement of its contents.

ANSWER NO. 273:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 273 and denies them on that basis, except refers to the referenced and quoted earnings call for a complete statement of its contents.  Further, Mr. Gomez lacks

knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 274: Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 274 and denies them on that basis, except refers to the referenced and quoted reports for a complete statement of their contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 275: Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 275 and denies them on that basis, except refers to the referenced and quoted reports for a complete statement of their contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 276: Mr. Gomez denies the allegations as to his conduct, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 276 and denies them on that basis, except refers to publicly available trading data concerning Dentsply's share price for a complete statement of their contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 277: Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 277 and denies them on that basis, except refers to the referenced and quoted Form 8-K filed by Dentsply on November 1, 2022 for a complete statement of its contents. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the

alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 278:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 278 and denies them on that basis, except refers to publicly available trading data concerning Dentsply's share price for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 279:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 279 and denies them on that basis, except refers to the referenced SEC filings and the November 14, 2022 earnings call for a complete statement of their contents.

ANSWER NO. 280:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 280 and denies them on that basis, except refers to the referenced Form 10-Q for 3Q22 and entire transcript of the referenced and quoted earnings call for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 281:   Mr. Gomez denies the allegations as to his conduct, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 281 and denies them on that basis, except refers to publicly available trading data concerning Dentsply's share price for a complete statement of their contents.

ANSWER NO. 282:  Mr. Gomez lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 282 and denies them on that basis, except refers to the referenced

and quoted reports for a complete statement of their contents.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 283:  Paragraph 283 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 283, except admits that Dentsply's stock traded on the Nasdaq during the purported Class Period.

ANSWER NO. 284:  Paragraph 284 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 284.

ANSWER NO. 285:  Paragraph 285 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 285.

ANSWER NO. 286:  Paragraph 286 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 286.

ANSWER NO. 287:  Paragraph 287 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 287.

ANSWER NO. 288:  Paragraph 288 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 288.

ANSWER NO. 289:  Paragraph 289 contains Plaintiffs' characterization of this Action as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 289.

ANSWER NO. 290:  Paragraph 290 contains Plaintiffs' characterization of this action as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 290, except admits that Dentsply's common stock traded on the Nasdaq during the purported Class Period and that 218.4 million Dentsply shares were outstanding as of December 31, 2021.

ANSWER NO. 291:  Paragraph 291 contains Plaintiffs' characterization of this Action as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 291.

ANSWER NO. 292:  Paragraph 292 contains Plaintiffs' characterization of this Action and their counsel as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 292.

ANSWER NO. 293:  Paragraph 293 contains Plaintiffs' characterization of this Action as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 293.

ANSWER NO. 294:  Paragraph 294 contains Plaintiffs' characterization of this Action as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 294.

ANSWER NO. 295:  Paragraph 295 contains Plaintiffs' characterization of this Action as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez

denies the allegations in Paragraph 295. Mr. Gomez further incorporates by reference all of the foregoing answers to Paragraphs 1-294 as if fully set forth herein.

ANSWER NO. 296: Paragraph 296 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 296.

ANSWER NO. 297: Paragraph 297 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 297.

ANSWER NO. 298: Paragraph 298 purports to assert conclusions of law as to which no responsive pleading is required. Mr. Gomez further responds that the allegations in Paragraph 298 are vague and ambiguous, and require no response. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 298.

ANSWER NO. 299: The allegations in the second sentence of Paragraph 299 are vague and ambiguous, and require no response. To the extent that a response is required, Mr. Gomez denies the allegations in the second and remaining sentences of Paragraph 299.

ANSWER NO. 300: Paragraph 300 purports to assert conclusions of law as to which no responsive pleading is required. Mr. Gomez further responds that the allegations in Paragraph 300 are vague and ambiguous, and require no response. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 300.

ANSWER NO. 301: Mr. Gomez denies the allegations in Paragraph 301, except admits that Dentsply's common stock was traded on the Nasdaq.

ANSWER NO. 302: Paragraph 302 contains Plaintiffs' characterization of this action as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez

denies the allegations in Paragraph 302. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 303: Paragraph 303 contains Plaintiffs' characterization of this action as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 303. Mr. Gomez further incorporates by reference all of the foregoing answers to Paragraphs 1-302 as if fully set forth herein.

ANSWER NO. 304: Paragraph 304 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 304, except admits that Mr. Gomez was an executive of Dentsply for a portion of the purported Class Period. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 305: Paragraph 305 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 305. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 306: Pursuant to the Court's Order, all claims against Chadha have been dismissed. As such, the allegations in Paragraph 306 relating to Chadha require no response. Further, Paragraph 306 purports to assert conclusions of law as to which no responsive pleading is required. To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 306. Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as

to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 307:  Paragraph 307 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 307.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 308:  Paragraph 308 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 308.  Further, Mr. Gomez lacks knowledge or information sufficient to form a belief as to the alleged knowledge or actions of others, and on that basis, denies all allegations relating to their alleged knowledge or actions.

ANSWER NO. 309:  Paragraph 309 purports to assert conclusions of law as to which no responsive pleading is required.  To the extent that a response is required, Mr. Gomez denies the allegations in Paragraph 309.

## Affirmative Defenses

Mr. Gomez asserts the following defenses and reserves the right to assert other defenses or claims when and if they become appropriate and/or available in this Action and hereby reserves all rights to amend and/or supplement any and all defenses set forth herein.  The statement of any defense herein does not assume the burden of proof for any issue as to which the applicable law places the burden of proof on Plaintiffs.

## First Defense

The Amended Complaint fails to state a claim upon which relief may be granted.

## Second Defense

Plaintiffs' claims are barred, in whole or in part, because Mr. Gomez did not make any statements that were false or misleading when made.

## Third Defense

Plaintiffs' claims are barred, in whole or in part, because any alleged misrepresentations or omissions were not material as a matter of law.

## Fourth Defense

Plaintiffs' claims are barred, in whole or in part, because Mr. Gomez did not omit or fail to state any material facts that were necessary in order to make any statement made by Mr. Gomez not false or misleading.

## Fifth Defense

Plaintiffs' claims are barred, in whole or in part, because Mr. Gomez had no duty to disclose the allegedly omitted information.

## Sixth Defense

The Amended Complaint fails to plead fraud with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(b)(1).

## Seventh Defense

Plaintiffs' claims are barred, in whole or in part, because Mr. Gomez did not intentionally or recklessly make any misleading statement or misleading, actionable omission. At all times, and with respect to all matters contained herein, Mr. Gomez acted in good faith, exercised reasonable care, and did not know, and in the exercise of reasonable care could not have known, of the purported untruths, misstatements, and/or omissions alleged in the Amended Complaint.

### Eighth Defense

Plaintiffs' claims are barred because certain statements challenged by the Amended Complaint were matters of opinion that, at the time those statements were made, were genuinely believed by the speaker, did not contain embedded statements of untrue facts, or omit to state a material fact necessary to make the statements therein not misleading.

### Ninth Defense

The statements complained of were, at the time of their utterance, made in good faith and upon reliance on what the speakers believed was true at the time such statements were uttered.

### Tenth Defense

Plaintiffs' claims are barred because certain statements challenged by the Amended Complaint are puffery on which no reasonable investor would have relied.

### Eleventh Defense

Mr. Gomez is not liable because certain alleged misstatements by Mr. Gomez were forward-looking statements, were identified as such, and were accompanied by meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the forward-looking statements. Accordingly, such alleged misstatements are non-actionable under the PSLRA, 15 U.S.C. § 78u-5(c)(1)(A), and the bespeaks caution doctrine.

### Twelfth Defense

Mr. Gomez is not liable because certain alleged misstatements are not actionable under the PSLRA, 15 U.S.C. § 78(u)-5(C)(1)(B), because the statements were forward-looking and he did not have actual knowledge that the statements were false or misleading.

**Thirteenth Defense**

Plaintiffs' claims are barred because Plaintiffs have not adequately alleged that Mr. Gomez possessed the requisite scienter at the time each alleged false or misleading statement or omission was made.

**Fourteenth Defense**

Plaintiffs' claims are barred because Mr. Gomez or others disclosed certain information that Plaintiffs allege was omitted.

**Fifteenth Defense**

Plaintiffs' claims are barred, in whole or in part, because the substance of the material information that Plaintiffs allege to have been misrepresented or omitted was in fact disclosed in public filings, or was publicly available or widely known to the investing community and/or otherwise known to Plaintiffs.

**Sixteenth Defense**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs did not rely, or could not have relied, either reasonably, justifiably, or as a matter of law, upon the misstatements or omissions alleged in the Amended Complaint.

**Seventeenth Defense**

Mr. Gomez is not liable because he did not breach any duties owed to Plaintiffs.

**Eighteenth Defense**

Mr. Gomez is not liable because he did not engage in acts, practices, or a course of business that operated as a fraud or deceit upon Plaintiffs in connection with Plaintiffs' purchases of Dentsply securities.

**Nineteenth Defense**

Mr. Gomez is not liable for any alleged false or misleading statements or omissions of material fact that were made or caused to be made by others, because Mr. Gomez did not make those statements.

**Twentieth Defense**

Mr. Gomez is not liable because Plaintiffs knew or should have known of the allegedly omitted or misstated information.

**Twenty-First Defense**

Mr. Gomez is not liable because the Amended Complaint fails to adequately plead loss causation, and in fact, Plaintiffs cannot prove loss causation.

**Twenty-Second Defense**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not alleged injuries that were proximately caused by any alleged misrepresentation or omission.

**Twenty-Third Defense**

Mr. Gomez is not liable because the alleged misrepresentations and omissions in the Amended Complaint did not affect the market price of Dentsply securities.

**Twenty-Fourth Defense**

Mr. Gomez is not liable because any decline in value of the securities of which Plaintiffs complain was caused by external market factors.

**Twenty-Fifth Defense**

The damages for which Plaintiffs claim Mr. Gomez is responsible arise from a decline in share price that was not caused or contributed to by the disclosure of any material misrepresentation or actionable omission by Mr. Gomez and were otherwise caused or contributed

to by (a) persons or entities for whom Mr. Gomez is not responsible and for whom Mr. Gomez is not liable or (b) factors other than any alleged misrepresentations or omissions for which Mr. Gomez may be responsible.

### Twenty-Sixth Defense

Plaintiffs' claims are barred, in whole or in part, because the injuries Plaintiffs sustained, if any, were caused by the actions or inactions of parties other than Mr. Gomez, actions or inactions by parties outside the control of Mr. Gomez, or economic events that were, likewise, outside the control of Mr. Gomez.  These actions, inactions, and events were intervening or superseding causes of Plaintiffs' alleged damages.

### Twenty-Seventh Defense

Plaintiffs' claims are barred, in whole or in part, because any alleged depreciation in the value of Dentsply shares resulted from factors other than the misstatements and omissions alleged in the Amended Complaint.

### Twenty-Eighth Defense

Plaintiffs lack standing to assert some or all of their claims.

### Twenty-Ninth Defense

This case should not be certified as a class action because the class as alleged by Plaintiffs does not satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure.

### Thirtieth Defense

On information and belief, Plaintiffs are not adequate or appropriate class representatives.

### Thirty-First Defense

Mr. Gomez is entitled to recover contribution and/or indemnification from others for any liability he incurs.

## Thirty-Second Defense

To the extent that Plaintiffs did not own shares in Dentsply during the purported Class Period, or sold shares prior to any alleged corrective disclosure, Plaintiffs lack standing with respect to their claims.

## Thirty-Third Defense

Plaintiffs have not suffered any loss, damage, or injury as a result of the conduct alleged in the Amended Complaint.

## Thirty-Fourth Defense

The purported claims against Mr. Gomez and the allegations upon which they are based are improperly vague, ambiguous, and confusing.  Mr. Gomez reserves the right to request a more definite statement.

## Thirty-Fifth Defense

Any claim by Plaintiffs for pre-judgment interest should be dismissed because the amount of damages (if any) was not readily ascertainable at the time Plaintiffs' lawsuit was commenced.

## Thirty-Sixth Defense

Plaintiffs' claims are barred, in whole or in part, by the principle of waiver and/or estoppel and by the doctrine of unclean hands, *in parti delicto* and/or other related equitable doctrines.

## Thirty-Seventh Defense

Plaintiffs are limited to those damages authorized by the Securities Exchange Act of 1934 and the PSLRA, and therefore may not recover damages in excess of those authorized by these statutes or the regulations promulgated pursuant to these statutes.

### Thirty-Eighth Defense

Any recovery is barred in whole or in part by any and all applicable offsets to any losses Plaintiffs may have suffered, including, without limitation, any settlement amounts that Plaintiffs receive from any other parties and any other recoveries obtained by Plaintiffs mitigating their alleged damages.

### Thirty-Ninth Defense

Plaintiffs have failed to mitigate their alleged damages.

### Fortieth Defense

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs purchased the securities at issue in this case with actual or constructive knowledge of the risks involved and thus assumed the risk that the value of the securities would decline if such risks materialized.

### Forty-First Defense

Plaintiffs' claims are barred because there was no primary violation of the securities laws by a person over whom Mr. Gomez exercised "control," as that term is defined in the federal securities laws and regulations.

### Forty-Second Defense

Plaintiffs' claims are barred because Mr. Gomez was not a culpable participant in any primary violation of the securities laws.

### Forty-Third Defense

Plaintiffs' claims are barred in whole or in part because Mr. Gomez at all times acted in good faith and in reasonable reliance upon the representations, reports, expert opinions, and advice of others.  Mr. Gomez was entitled to, and did, rely upon representations, reports, expert opinions and advice of others in affixing his signatures to, and authorizing the public filings referred to by

Plaintiffs in their Amended Complaint.  Mr. Gomez believes that those individuals upon whose representations, reports, expert opinions and advice he relied were, in fact, expert in their field and were competent to render the opinions they had provided.  Mr. Gomez had no notice, and had no reasonable grounds to believe, that the representations reports, expert opinions and advice provided were in any way inadequate, unfounded or incorrect.

### Forty-Fourth Defense

Mr. Gomez adopts and incorporates by reference herein any applicable affirmative or other defenses asserted by any other defendant to the extent that Mr. Gomez may share such a defense.

### Forty-Fifth Defense

Mr. Gomez presently has insufficient knowledge or information upon which to form a belief as to whether there may be, as yet unstated, affirmative defenses available to Mr. Gomez, and therefore expressly (i) reserves the right to amend or supplement his Answer, defenses, and all other pleadings, and (ii) reserves the right to (a) assert any and all additional defenses under any applicable federal and state law in the event that discovery indicates such defenses would be appropriate and (b) assert any cross-claims, counterclaims, and third-party claims when and if they become appropriate in this action.

### PRAYER FOR RELIEF

WHEREFORE, Mr. Gomez prays for relief and judgment, as follows:

A.   Denying Plaintiffs' prayer for relief;

B.   Entering judgment for Mr. Gomez;

C.   Dismissing the Amended Complaint with prejudice;

D.   Awarding Mr. Gomez his reasonable costs and expenses, including reasonable attorney's fees, incurred in connection with this matter; and

E.   Granting Mr. Gomez such other and further relief the Court deems just and proper.

Dated: May 21, 2024
New York, New York

Respectfully submitted,

*/s/ Chad P. Albert*
Seth L. Levine (slevine@levinelee.com)
Chad P. Albert (calbert@levinelee.com)
Allison S. Markowitz (amarkowitz@levinelee.com)
**LEVINE LEE LLP**
400 Madison Avenue
New York, NY 10017
T: 212-223-4400

*Counsel to Defendant Jorge Gomez*