UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiffs,

     vs.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ,

                    Defendants.

</td><td>

Civil Action No. 1:22-cv-06339-AS
(Consolidated)

CLASS ACTION

DECLARATION OF LUKE O. BROOKS IN
SUPPORT OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

</td></tr>
</table>

4856-0617-2154.v1

I, LUKE O. BROOKS, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      DS_SAF_00015859-73 (**FILED UNDER SEAL**);

Exhibit 2:      Excerpt of DS-SAF-00003860-905 (**FILED UNDER SEAL**);

Exhibit 3:      PCI_00016407-08 (**FILED UNDER SEAL**);

Exhibit 4:      DS_SAF_00026808 (**FILED UNDER SEAL**);

Exhibit 5:      DS_SAF_00015853-54 (**FILED UNDER SEAL**);

Exhibit 6:      DS_SAF_00022891-94 (**FILED UNDER SEAL**);

Exhibit 7:      PCI_00000200-01 (**FILED UNDER SEAL**);

Exhibit 8:      DS_SAF_00028722-24 (**FILED UNDER SEAL**);

Exhibit 9:      DS_SAF_00067203-09 (**FILED UNDER SEAL**);

Exhibit 10:    DS_SAF_00015857-58 (**FILED UNDER SEAL**);

Exhibit 11:    DS_SAF_00078424 (**FILED UNDER SEAL**);

Exhibit 12:    Declaration of Tyler C. Grossman in Support of Plaintiffs' Motion for Class Certification;

Exhibit 13:    Declaration of Gerard Grysko in Support of Plaintiffs' Motion for Class Certification;

Exhibit 14:    Declaration of Jay P. Turner in Support of Plaintiffs' Motion for Class Certification;

Exhibit 15:    Expert Report of Matthew D. Cain, Ph.D., dated November 15, 2024; and

4856-0617-2154.v1

Exhibit 16:    Firm Resume of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 15, 2024, at San Diego, California.

s/ Luke O. Brooks<br>
LUKE O. BROOKS

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 15, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Luke O. Brooks
LUKE O. BROOKS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  lukeb@rgrdlaw.com

4856-0617-2154.v1

# Mailing Information for a Case 1:22-cv-06339-AS San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Chad Albert**
  calbert@levinelee.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **H. Christopher Boehning**
  cboehning@paulweiss.com,Mao_fednational@paulweiss.com

- **Luke Orion Brooks**
  lukeb@rgrdlaw.com,tholindrake@rgrdlaw.com,kmccormack@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kristina Anne Bunting**
  kbunting@paulweiss.com,mao_fednational@paulweiss.com

- **Roger Allen Cooper**
  racooper@cgsh.com,maofiling@cgsh.com

- **Bryce Leigh Friedman**
  bfriedman@stblaw.com,managingclerk@stblaw.com,5962535420@filings.docketbird.com

- **Nicole Quaid Gilliland**
  ngilliland@rgrdlaw.com

- **Meredith Dawn Karp**
  meredith.karp@stblaw.com,5128371420@filings.docketbird.com,managingclerk@stblaw.com

- **Nancy A. Kulesa**
  nancy@nkulesa.com

- **Seth L. Levine**
  slevine@levinelee.com,managingclerk@levinelee.com

- **Katherine Rosemary Lynch**
  kalynch@cgsh.com,maofiling@cgsh.com

- **Allison Samantha Markowitz**
  amarkowitz@levinelee.com,AutoDocketECF@milbank.com,allison-markowitz-1810@ecf.pacerpro.com

- **Isabel R. Mattson**
  isabel.mattson@stblaw.com

- **Mark Edward McDonald**
  memcdonald@cgsh.com,maofiling@cgsh.com

- **Joseph F. Murray**
  murray@mmmb.com

- **Jessica E. Robertson**
  jrobertson@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Hannah Elizabeth Ross**
  hannah@blbglaw.com,catherine@blbglaw.com,managingclerk@blbglaw.com

- **Ross Mitchell Shikowitz**
  rshikowitz@bfalaw.com

- **Hillary B. Stakem**
  hstakem@rgrdlaw.com

- **Craig Scott Waldman**
  cwaldman@stblaw.com,2395227420@filings.docketbird.com,managingclerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alycia              N Broz
Vorys Sayer Seymour & Pease LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216-1008

John                C Camillus
MEYER WILSON CO., LPA
305 W. Nationwide Blvd.
Columbus, OH 43215

John                L Chaney
Chaney & Drexel, LLC
One East Livingston Avenue
Columbus, OH 43215
```