# EXHIBIT 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| | x | |
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : | Civil Action No. 1:22-cv-06339-AS (Consolidated) <br><br> CLASS ACTION <br><br> DECLARATION OF TYLER C. GROSSMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| Plaintiffs, | : : : | |
| vs. | : : : : | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, | : : : : | |
| Defendants. | : : : | |
| | x | |

I, TYLER C. GROSSMAN, declare as follows:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Executive Director of El Paso Firemen & Policemen's Pension Fund ("El Paso") and am authorized to make this declaration on its behalf. I have also been responsible for overseeing this litigation on behalf of El Paso.

3. El Paso is a public pension fund organized and operated for the benefit of firefighters and police officers in El Paso, Texas. With over $1.5 billion in assets, El Paso provides services and benefits to over 3,500 active and retired members.

4. El Paso purchased tens of thousands of shares of Dentsply Sirona Inc. ("Dentsply") common stock during the period June 9, 2021 through November 13, 2022 (the "Class Period"), and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action. *See* El Paso's Certification Pursuant to Federal Securities Laws ("El Paso Certification"), attached to the Amended Complaint for Violations of the Federal Securities Laws (ECF 72) ("Amended Complaint").

5. El Paso was appointed as a Lead Plaintiff in this action on June 1, 2023 (ECF 58) and now seeks appointment as a class representative.

6. As a Lead Plaintiff, El Paso has reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and it will continue to do so if appointed a class representative. For example, El Paso has and will continue to regularly communicate with Robbins Geller about various aspects of this

litigation, including pleadings, motion practice, discovery, court orders, and other case developments.

7.      El Paso has also received and reviewed key documents in this case, including: (a) the Court's Order appointing El Paso, Wayne County Employees' Retirement System, and City of Birmingham Retirement and Relief System as Lead Plaintiffs; (b) draft and final versions of the Amended Complaint; (c) defendants' motion to dismiss the Amended Complaint; (d) draft and final versions of Lead Plaintiffs' opposition to defendants' motion to dismiss the Amended Complaint; (e) defendants' reply in support of their motion to dismiss; (f) the Court's Order denying defendants' motion to dismiss; and (g) a draft of Plaintiffs' Motion for Class Certification. El Paso has diligently participated in discovery, including by serving Federal Rule of Civil Procedure 26 disclosures and written responses to defendants' document requests, discussing defendants' document requests with Robbins Geller, and searching for and producing documents to defendants.

8.      El Paso understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. El Paso is willing and able to serve as a class representative, and if appointed, will vigorously prosecute this litigation in order to maximize the recovery for the proposed class.

9.      El Paso understands that it owes a fiduciary duty to class members to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the best possible recovery for the proposed class, consistent with good faith, sound judgment, and meritorious advocacy.

10.     El Paso makes the accompanying motion to have Robbins Geller certified as class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. In addition, El Paso believes that Robbins Geller possesses the necessary financial and

- 2 -

human resources to effectively and successfully prosecute this case through trial and any post-trial appeals.

11.    El Paso will not accept any payment for serving as class representative beyond its *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the proposed class as ordered and approved by the Court. *See* El Paso Certification, ¶6.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2024 at _____El Paso, Texas_____.

DocuSigned by:

*Tyler C. Grossman*
BC6840E680ED476...

TYLER C. GROSSMAN
EXECUTIVE DIRECTOR OF EL PASO
FIREMEN & POLICEMEN'S PENSION FUND

- 3 -