# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

Plaintiffs,

vs.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ,

Defendants.

---

Civil Action No. 1:22-cv-06339-AS
(Consolidated)

<u>CLASS ACTION</u>

DECLARATION OF GERARD GRYSKO IN
SUPPORT OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

I, GERARD GRYSKO, declare as follows:

1.     I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.     I am the Deputy Director of Wayne County Employees' Retirement System ("WCERS") and am authorized to make this declaration on its behalf.  I have also been responsible for overseeing this litigation on behalf of WCERS.

3.     WCERS is a public pension fund providing retirement and related benefits for current and former public employees of Wayne County, Michigan.  With approximately $1 billion in assets, WCERS provides services and benefits to over 8,000 members and retirees.

4.     WCERS purchased tens of thousands of shares of Dentsply Sirona Inc. ("Dentsply") common stock during the period June 9, 2021 through November 13, 2022 (the "Class Period"), and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.  *See* WCERS' Certification Pursuant to Federal Securities Laws ("WCERS Certification"), attached to the Amended Complaint for Violations of the Federal Securities Laws (ECF 72) ("Amended Complaint").

5.     WCERS was appointed as a Lead Plaintiff in this action on June 1, 2023 (ECF 58) and now seeks appointment as a class representative.

6.     As a Lead Plaintiff, WCERS has reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and it will continue to do so if appointed a class representative.  For example, WCERS has and will continue to regularly communicate with Robbins Geller about various

- 1 -

aspects of this litigation, including pleadings, motion practice, discovery, court orders and other case developments.

7.      WCERS has also received and reviewed key documents in this case, including: (a) the Court's Order appointing WCERS, City of Birmingham Retirement and Relief System, and El Paso Firemen & Policemen's Pension Fund as Lead Plaintiffs; (b) draft and final versions of the Amended Complaint; (c) defendants' motion to dismiss the Amended Complaint; (d) draft and final versions of Lead Plaintiff's opposition to defendants' motion to dismiss the Amended Complaint; (e) defendants' reply in support of their motion to dismiss; (f) the Court's Order denying defendants' motion to dismiss; and (g) a draft of Plaintiffs' Motion for Class Certification. WCERS has diligently participated in discovery, including by serving Federal Rule of Civil Procedure 26 disclosures and written responses to defendants' document requests, discussing defendants' document requests with Robbins Geller, and searching for and producing documents to defendants.

8.      WCERS understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  WCERS is willing and able to serve as a class representative, and if appointed, will vigorously prosecute this litigation in order to maximize recovery for the proposed class.

9.      WCERS understands that it owes a fiduciary duty to class members to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the best possible recovery for the proposed class, consistent with good faith, sound judgment, and meritorious advocacy.

10.     WCERS makes the accompanying motion to have Robbins Geller certified as class counsel based on the firm's substantial experience and expertise in prosecuting securities class

actions.  In addition, WCERS believes that Robbins Geller possesses the necessary financial and human resources to effectively and successfully prosecute this case through trial and any post-trial appeals.

11.    WCERS will not accept any payment for serving as class representative beyond its *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the class as ordered and approved by the Court.  *See* WCERS Certification, ¶6.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___6th___ day of November, 2024 at _28 West Adams Detroit MI._ .

_____
GERARD GRYSKO
DEPUTY DIRECTOR OF WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM