# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SAN ANTONIO FIRE AND POLICE        :   Civil Action No. 1:22-cv-06339-AS
PENSION FUND, CITY OF BIRMINGHAM   :   (Consolidated)
RETIREMENT AND RELIEF SYSTEM, EL   :
PASO FIREMEN & POLICEMEN'S         :   CLASS ACTION
PENSION FUND, and WAYNE COUNTY     :
EMPLOYEES' RETIREMENT SYSTEM,      :   DECLARATION OF JAY P. TURNER IN
Individually and on Behalf of All Others  :   SUPPORT OF PLAINTIFFS' MOTION FOR
Similarly Situated,                :   CLASS CERTIFICATION
                                   :
                  Plaintiffs,      :
                                   :
        vs.                        :
                                   :
DENTSPLY SIRONA INC., DONALD M.    :
CASEY, JR., and JORGE GOMEZ,       :
                                   :
                  Defendants.      :
———————————————————— x

I, JAY P. TURNER, declare as follows:

1.  I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.  I am the Deputy Director of Human Resources of Birmingham, Alabama, and General Counsel to the City of Birmingham Retirement and Relief System ("BRRS") and am authorized to make this declaration on behalf of BRRS. I have also been responsible for overseeing this litigation on behalf of BRRS.

3.  BRRS is a public pension system organized for current and former employees of the City of Birmingham, Alabama. With over $1 billion in assets, BRRS provides services and benefits to over 7,000 members.

4.  BRRS purchased tens of thousands of shares of Dentsply Sirona Inc. ("Dentsply") common stock during the period June 9, 2021 through November 13, 2022 (the "Class Period"), and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action. *See* BRRS' Certification Pursuant to Federal Securities Laws ("BRRS Certification"), attached to the Amended Complaint for Violations of the Federal Securities Laws (ECF 72) ("Amended Complaint").

5.  BRRS was appointed as a Lead Plaintiff in this action on June 1, 2023 (ECF 58) and now seeks appointment as a class representative.

6.  As a Lead Plaintiff, BRRS has reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and it will continue to do so if appointed a class representative. For example, BRRS has and will continue to regularly communicate with Robbins Geller about various aspects of this

litigation, including pleadings, motion practice, discovery, court orders, and other case developments.

7.      BRRS has also received and reviewed key documents in this case, including: (a) the Court's Order appointing BRRS, Wayne County Employees' Retirement System, and El Paso Firemen & Policemen's Pension Fund as Lead Plaintiffs; (b) draft and final versions of the Amended Complaint; (c) defendants' motion to dismiss the Amended Complaint; (d) draft and final versions of Lead Plaintiffs' opposition to defendants' motion to dismiss the Amended Complaint; (e) defendants' reply in support of their motion to dismiss; (f) the Court's Order denying defendants' motion to dismiss; and (g) a draft of Plaintiffs' Motion for Class Certification. BRRS has diligently participated in discovery, including by serving Federal Rule of Civil Procedure 26 disclosures and written responses to defendants' document requests, discussing defendants' document requests with Robbins Geller, and searching for and producing documents to defendants.

8.      BRRS understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. BRRS is willing and able to serve as a class representative, and if appointed, will vigorously prosecute this litigation in order to maximize recovery for the proposed class.

9.      BRRS understands that it owes a fiduciary duty to class members to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the best possible recovery for the proposed class, consistent with good faith, sound judgment, and meritorious advocacy.

10.      BRRS makes the accompanying motion to have Robbins Geller certified as class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. In addition, BRRS believes that Robbins Geller possesses the necessary financial and

- 3 -

human resources to effectively and successfully prosecute this case through trial and any post-trial appeals.

11.     BRRS will not accept any payment for serving as class representative beyond its *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the class as ordered and approved by the Court. *See* BRRS Certification, ¶6.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _11th_ day of November, 2024 at _Birmingham, Alabama_ .

JAY P. TURNER
DEPUTY DIRECTOR OF HUMAN RESOURCES
CITY OF BIRMINGHAM

- 3 -