**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ <br><br> Defendants. | Case No. 22-cv-06339-AS <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF ROGER A. COOPER IN SUPPORT OF**
**JOINT RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Roger A. Cooper, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the Bar of this Court and a partner at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Dentsply Sirona Inc. ("Dentsply" or the "Company") in the above-captioned matter.

2. I respectfully submit this declaration in support of Defendants' Joint Response to Plaintiffs' Motion for Class Certification.

3. Attached hereto as Exhibit 1 is the Expert Report of Paul Zurek, Ph.D., dated December 20, 2024.

4. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from Dentsply's Form 10-K annual report for the fiscal year ended December 31, 2022, filed with the U.S. Securities and Exchange Commission on March 1, 2023.

-2-

5.      Attached hereto as Exhibit 3 is a true and correct copy of Dentsply's Form 8-K, filed with the U.S. Securities and Exchange Commission on November 1, 2022.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D. submitted in the case *In re Vaxart, Inc. Securities Litigation*, Case No. 3:20-cv-05949-VC (N.D. Cal.), dated December 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2024 in New York, New York.

*/s/ Roger A. Cooper*
Roger A. Cooper