**Robbins Geller**
**Rudman & Dowd** LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

The request is GRANTED.

The Clerk of Court is
directed to terminate the
motion at Dkt. 140.

Luke O. Brooks
lukeb@rgrdlaw.com
619-744-2608

February 6, 2025

SO ORDERED.

_____ <u>VIA ECF</u>

Arun Subramanian, U.S.D.J.
Dated: February 6, 2025

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY  10007

Re:    *San Antonio Fire and Police Pension Fund, et al. v. Dentsply Sirona Inc., et al.,*
       Case No. 1:22-cv-06339-AS

Dear Judge Subramanian:

We represent Lead Plaintiffs City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System (together, "Plaintiffs") in this action.  Plaintiffs respectfully request leave to file a reply in support of their Motion for Class Certification (ECF 122-127) ("Motion") not to exceed 15 pages. Defendants do not oppose this request.

Plaintiffs believe good cause exists to exceed the five-page limit for reply memoranda set forth in Section 8.C. of the Court's Individual Practices in Civil Cases.  Defendants have submitted an 18-page brief opposing Plaintiffs' Motion, supported by 70 pages of expert materials, raising several factual and legal arguments.  The requested page extension will allow Plaintiffs to adequately respond to defendants' arguments and ensure that the Court has a fulsome record on which to decide Plaintiffs' Motion.

No previous request has been made to expand the page limits with respect to briefing on Plaintiffs' Motion.

Respectfully submitted,

LUKE O. BROOKS

cc:  All Counsel of Record (via ECF)

4911-8154-2423 v1

655 West Broadway, Suite 1900   San Diego, CA  92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com