**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAN ANTONIO FIRE AND POLICE PENSION
FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S PENSION
FUND, and WAYNE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiffs,

      v.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ,

                Defendants.

Case No. 1:22-cv-06339-AS

## ORDER

Upon consideration of Defendant Jorge Gomez's Motion to Withdraw Allison Samantha Markowitz as Counsel of Record, the Court finds that good cause has been shown for the granting of the Motion.

**ACCORDINGLY**, it is hereby

    **ORDERED**, that the Motion is GRANTED, and

    **FURTHER ORDERED**, that Allison Samantha Markowitz be withdrawn as Defendant Jorge Gomez's counsel in this matter.

    **SO ORDERED**.

_____
Honorable Arun Subramanian
United States District Judge

Dated: _February 27, 2025_