UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : | Civil Action No. 1:22-cv-06339-AS (Consolidated)<br><br>CLASS ACTION<br><br>DECLARATION OF LUKE O. BROOKS IN SUPPORT OF REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Plaintiffs,

vs.

DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,

Defendants.

4926-6495-3633.v1

I, LUKE O. BROOKS, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit 1:    Expert Reply Report of Matthew D. Cain, Ph.D., dated February 28, 2025 (**REDACTED & FILED UNDER SEAL**); and

Exhibit 2:    DS-SAF-00235020-21 (**FILED UNDER SEAL**).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 28, 2025, at San Diego, California.

s/ Luke O. Brooks
_____
LUKE O. BROOKS

- 1 -

4926-6495-3633.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 28, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Luke O. Brooks
LUKE O. BROOKS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  lukeb@rgrdlaw.com

# Mailing Information for a Case 1:22-cv-06339-AS San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Chad Albert**
  calbert@levinelee.com

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **H. Christopher Boehning**
  cboehning@paulweiss.com,Mao_fednational@paulweiss.com

- **Luke Orion Brooks**
  lukeb@rgrdlaw.com,tholindrake@rgrdlaw.com,kmccormack@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kristina Anne Bunting**
  kbunting@paulweiss.com,mao_fednational@paulweiss.com

- **Roger Allen Cooper**
  racooper@cgsh.com,maofiling@cgsh.com

- **Bryce Leigh Friedman**
  bfriedman@stblaw.com,managingclerk@stblaw.com,5962535420@filings.docketbird.com

- **Nicole Quaid Gilliland**
  ngilliland@rgrdlaw.com

- **Meredith Dawn Karp**
  meredith.karp@stblaw.com,5128371420@filings.docketbird.com,managingclerk@stblaw.com

- **Adam King**
  aking@levinelee.com

- **Nancy A. Kulesa**
  nancy@nkulesa.com

- **Seth L. Levine**
  slevine@levinelee.com,managingclerk@levinelee.com

- **Sarah Ellerie Libowsky**
  slibowsky@cgsh.com

- **Katherine Rosemary Lynch**
  kalynch@cgsh.com,maofiling@cgsh.com

- **Isabel R. Mattson**
  isabel.mattson@stblaw.com

- **Mark Edward McDonald**
  memcdonald@cgsh.com,maofiling@cgsh.com

- **Joseph F. Murray**
  murray@mmmb.com

- **Jessica E. Robertson**
  jrobertson@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Hannah Elizabeth Ross**
  hannah@blbglaw.com,catherine@blbglaw.com,managingclerk@blbglaw.com

- **Ross Mitchell Shikowitz**
  rshikowitz@bfalaw.com

- **Megan Sonney**
  msonney@rgrdlaw.com

- **Hillary B. Stakem**
  hstakem@rgrdlaw.com

- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick Clayton Swiber**
  pswiber@cgsh.com

- **Craig Scott Waldman**
  cwaldman@stblaw.com,2395227420@filings.docketbird.com,managingclerk@stblaw.com

- **Andrew W. Weaver**
  aweaver@cgsh.com,maofiling@cgsh.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alycia            N Broz
Vorys Sayer Seymour & Pease LLP
52 East Gay Street
P. O. Box 1008
Columbus, OH 43216-1008

John              C Camillus
MEYER WILSON CO., LPA
305 W. Nationwide Blvd.
Columbus, OH 43215

John              L Chaney
Chaney & Drexel, LLC
One East Livingston Avenue
Columbus, OH 43215
```