**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---------|----------|-----------|-----------|------------|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

October 14, 2025

Luke O. Brooks
lukeb@rgrdlaw.com
619-744-2608

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 161.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 17, 2025

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    *San Antonio Fire and Police Pension Fund, et al. v. Dentsply Sirona Inc., et al.,*
No. 1:22-cv-06339-AS (S.D.N.Y.)

VIA ECF

Dear Judge Subramanian:

Lead Plaintiffs City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement Fund (collectively, "Plaintiffs"), together with defendants Dentsply Sirona Inc. ("Dentsply" or the "Company"), Donald M. Casey, Jr., and Jorge Gomez (collectively, "Defendants," and with Plaintiffs, the "Parties") respectfully submit this letter motion to request a two-day extension to the deadline for expert depositions in the operative Amended Civil Case Management Plan and Scheduling Order. ECF 135 ("Operative Scheduling Order"). In addition, the Parties request the Court's approval of a joint briefing schedule for *Daubert* motions which would provide a four-day extension for opening briefs and schedule oppositions and replies to correspond with the summary judgment schedule set forth in the Operative Scheduling Order. Neither request would result in an extension of the overall case schedule.

The original Civil Case Management Plan and Scheduling Order ("Original Scheduling Order") in this action was entered by the Court on May 31, 2024. ECF 118. On December 4, 2024, Defendants requested (and Plaintiffs did not oppose) a nine-week extension of time for the discovery deadlines set forth in the Original Scheduling Order, as well as extensions of time for the class certification reply and summary judgment briefing deadlines set forth in Paragraphs 6 and 7 of the Original Scheduling Order, respectively. ECF 133. The Court granted Defendants' request with one modification on December 5, 2024. ECF 135.

Since that time, the Parties have diligently and cooperatively engaged in fact discovery, including: (i) serving and responding to written discovery; (ii) negotiating, producing, and reviewing more than 535,000 documents from the files of the Parties and third parties; and (iii) taking or defending 28 fact depositions. The Parties have completed this stage of the case without any motion practice, and with only minimal adjustment to the interim discovery deadlines, as allowed pursuant to Paragraph 5(f) of the Operative Scheduling Order. ECF 135, ¶5(f). (The

Robbins Geller
Rudman & Dowd LLP

The Honorable Arun Subramanian
October 14, 2025
Page 2

Parties agreed to extend the fact deposition deadline by approximately three weeks to accommodate witness schedules, with corresponding one-week extensions to the expert disclosure deadlines.)

On September 5, 2025, Plaintiffs disclosed three expert witnesses and their reports pursuant to Federal Rule of Civil Procedure 26(a)(2), and on October 6, 2025, Defendants disclosed four expert witnesses and their reports.  The deadline for the Parties to depose these seven experts is the same as the deadline for all discovery: October 29, 2025.  ECF 135.  The Parties have engaged in best efforts to schedule all seven expert depositions within the discovery deadline, but have been unable to do so for three experts.  Accordingly, the Parties request a two-day extension of the discovery deadline and expert deposition deadline, to October 31, 2025, to permit the completion of these depositions.

Further, the Parties recognize that pursuant to the Court's Individual Practices in Civil Cases Paragraph 8(J), the Parties' *Daubert* motions must be filed on the same date as any motions for summary judgment, November 3, 2025.  No briefing deadlines for oppositions and replies to the *Daubert* motions were specified in the Original or Operative Scheduling Orders.  ECFs 118, 135.  Accordingly, the briefing schedule is currently governed by Local Rule 6.1(b), pursuant to which the Parties have 14 days to oppose any *Daubert* motions, and 7 days to file replies.

The Parties request to extend the *Daubert* motion deadline to November 7, 2025 (four days after summary judgment motions are filed), and the *Daubert* opposition and reply deadlines to correspond to the summary judgment opposition and reply deadlines.  This adjustment will not result in any extension of the overall case schedule as the summary judgment reply deadline is currently the last date in the Operative Scheduling Order, and the Court will still be able to consider the *Daubert* motions in conjunction with its evaluation of the motions for summary judgment. However, the additional time will assist the Parties in providing the Court the most thoroughly researched and considered briefing they can with respect to any *Daubert* motions filed.

Accordingly, the Parties respectfully request that the Court enter the following proposed schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Depositions and Completion of Discovery | Wednesday, Oct. 29, 2025 | Friday, Oct. 31, 2025 |
| Summary Judgment Motions | Monday, Nov. 3, 2025 | Monday, Nov. 3, 2025 |
| *Daubert* Motions | Monday, Nov. 3, 2025 | Friday, Nov. 7, 2025 |

4914-4206-2706.v1

**Robbins Geller Rudman & Dowd LLP**

The Honorable Arun Subramanian
October 14, 2025
Page 3

| Summary Judgment Oppositions | Friday, Dec. 19, 2025 | Friday, Dec. 19, 2025 |
|---|---|---|
| *Daubert* Oppositions | Monday, Nov. 17, 2025 | Friday, Dec. 19, 2025 |
| Summary Judgment Replies | Monday, Jan. 19, 2026 | Monday, Jan. 19, 2026 |
| *Daubert* Replies | Monday, Nov. 24, 2025 | Monday, Jan. 19, 2026 |

Respectfully,

s/ Luke O. Brooks
LUKE O. BROOKS

ROBBINS GELLER RUDMAN
& DOWD LLP
LUKE O. BROOKS
SCOTT H. SAHAM
DARRYL J. ALVARADO
CHRISTOPHER D. STEWART
HILLARY B. STAKEM
NICOLE Q. GILLILAND
JESSICA E. ROBERTSON
MEGAN SONNEY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
hstakem@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com
Lead Counsel for Lead Plaintiffs

4914-4206-2706.v1

**Robbins Geller**
**Rudman & Dowd** LLP

The Honorable Arun Subramanian
October 14, 2025
Page 4

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com
Additional Counsel for Lead Plaintiffs


s/ Meredith Karp (with consent)
MEREDITH KARP

SIMPSON THACHER & BARTLETT LLP
BRYCE L. FRIEDMAN
CRAIG S. WALDMAN
MEREDITH KARP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212/455-2000
212/455-2502 (fax)
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
Counsel for Donald M. Casey, Jr.

RICK STEINER FELL & BENOWITZ LLP
ROBERT J. BENOWITZ
90 Broad Street, 25th Floor
New York, NY 10004
Telephone: 212/422-0488
212/422-0158 (fax)
rbenowitz@ricksteinerlaw.com
Counsel for Donald M. Casey, Jr.

4914-4206-2706.v1

Robbins Geller
Rudman & Dowd LLP

The Honorable Arun Subramanian
October 14, 2025
Page 5

_s/ Seth L. Levine (with consent)_
SETH L. LEVINE

LEVINE LEE LLP
SETH L. LEVINE
CHAD P. ALBERT
ADAM M. KING
400 Madison Avenue
New York, NY 10017
Telephone: 212/223-4400
slevine@levinelee.com
calbert@levinelee.com
aking@levinelee.com
Counsel for Defendant Jorge Gomez

_s/ Roger A. Cooper (with consent)_
ROGER A. COOPER

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ROGER A. COOPER
MARK E. MCDONALD
ANDREW WEAVER
One Liberty Plaza
New York, NY 10006
Telephone: 212/225-2000
racooper@cgsh.com
memcdonald@cgsh.com
Counsel for Defendant Dentsply Sirona Inc.

cc:    All Counsel of Record (via ECF)

4914-4206-2706.v1