UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

Plaintiffs,

vs.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ,

Defendants.

———————————————————— x

: Civil Action No. 1:22-cv-06339-AS
: (Consolidated)
:
: CLASS ACTION
:
: STATEMENT OF UNDISPUTED
: MATERIAL FACTS IN SUPPORT OF
: PLAINTIFFS' MOTION FOR PARTIAL
: SUMMARY JUDGMENT
:
:
:
:
:
:
:
:
:
:
:
:
:

**[REDACTED]**

4927-9272-0758.v1

Pursuant to Local Rule 56.1(a), Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System (collectively, "Plaintiffs"), submit this Statement of Undisputed Material Facts in Support of Plaintiffs' Motion for Partial Summary Judgment. These uncontroverted facts require that summary judgment be entered in favor of Plaintiffs with respect to reliance.

1.     City of Birmingham Retirement and Relief System purchased Dentsply Sirona Inc. ("Dentsply") common stock during the period June 9, 2021 to November 13, 2022, inclusive (the "Class Period"). ECF 15-3, 15-4, 15-5; ECF 72, ¶27.

2.     Wayne County Employees' Retirement System purchased Dentsply common stock during the Class Period. ECF 15-3, 15-4, 15-5; ECF 72, ¶29.

3.     El Paso Firemen & Policemen's Pension Fund purchased Dentsply common stock during the Class Period. ECF 15-3, 15-4, 15-5; ECF 72, ¶28.

4.     By definition, investors must have purchased Dentsply stock during the Class Period in order to be Class members. ECF 153 at 7.

5.     Plaintiffs allege that, during the Class Period, Defendants[1] made materially false and misleading statements and omissions and engaged in a scheme to defraud investors. ECF 72, ¶¶36-179, 192-210.

6.     Defendants' June 9, 2021 alleged false and misleading statements were made during Dentsply's presentation at the Goldman Sachs Global Healthcare Conference and were a matter of

---

[1]    "Defendants" refers to Dentsply, Donald M. Casey, Jr., and Jorge Gomez.

4927-9272-0758.v1

public record.  ECF 72, ¶¶111, 119; ECF 112, ¶¶111, 119; ECF 113, Answer Nos. 111, 119; Brooks Decl., Ex. 1 at 91-92, 97-98[2]; Brooks Decl., Ex. 2 at 103-04, 109-10.

7.    Defendants' August 5, 2021 alleged false and misleading statements were made during Dentsply's second quarter of 2021 earnings call, which was available for public participation, or were contained in Dentsply's press release available to the public on August 5, 2021.  ECF 72, ¶¶120, 137-138; ECF 112, ¶¶120, 137-138; ECF 113, Answer Nos. 120, 137-138; ECF 114, ¶¶120, 137-138; Brooks Decl., Ex. 1 at 98, 101; Brooks Decl., Ex. 2 at 96; Brooks Decl., Ex. 3 at 77-78, 80-81.

8.    Defendants' September 15, 2021 alleged false and misleading statements were made during Dentsply's presentation at the Robert W. Baird Global Healthcare Conference and were a matter of public record.  ECF 72, ¶¶112, 139; ECF 112, ¶¶112, 139; ECF 113, Answer Nos. 112, 139; ECF 114, ¶¶112, 139; Brooks Decl., Ex. 1 at 92-93, 101-02; Brooks Decl., Ex. 2 at 104-05, 113.

9.    Defendants' November 4, 2021 alleged false and misleading statements were contained in Dentsply's press release available to the public on November 4, 2021; were made during Dentsply's third quarter of 2021 earnings call, which was available for public participation; or were contained in Dentsply's third quarter of 2021 Form 10-Q filed with the U.S. Securities and Exchange Commission ("SEC") and available to the public through the SEC's website.  ECF 72, ¶¶103-104, 113, 121-123,[3] 127-129, 140-142; ECF 112, ¶¶103-104, 113, 127-129, 140-142; ECF

---

[2]    "Brooks Decl." refers to the Declaration of Luke O. Brooks in Support of Plaintiffs' Motion for Partial Summary Judgment, filed concurrently herewith.

[3]    Plaintiffs do not dispute that the false and misleading statements identified in ¶¶121 and 122 were made during Dentsply's November 4, 2021 earnings call (not during the August 5, 2021 earnings call as stated in the Amended Complaint for Violations of the Federal Securities Laws due to a scrivener's error).  ECF 72, ¶¶120-121.

113, Answer Nos. 103-04, 113, 123, 127-129, 140-142; ECF 114, ¶¶103-104, 113, 123, 127-129, 140-142; Brooks Decl., Ex. 1 at 86-88, 93-94, 98-100, 102-04; Brooks Decl., Ex. 2 at 98-100, 105-06, 110-11, 114-15; Brooks Decl., Ex. 3 at 81-82.

10.     Defendants' November 11, 2021 alleged false and misleading statements were made during Dentsply's presentation at the Credit Suisse Healthcare Conference and were a matter of public record.  ECF 72, ¶¶105, 143; ECF 112, ¶¶105, 143; ECF 113, Answer Nos. 105, 143; ECF 114, ¶¶105, 143; Brooks Decl., Ex. 1 at 88, 104-05; Brooks Decl., Ex. 3 at 68-69, 83-85.

11.     Defendants' December 1, 2021 alleged false and misleading statements were made during Dentsply's presentation at the Evercore ISI HealthCONX Conference and were a matter of public record.  ECF 72, ¶106; ECF 112, ¶106; ECF 113, Answer No. 106 ECF 114, ¶106; Brooks Decl., Ex. 1 at 88-89; Brooks Decl., Ex. 3 at 69-70.

12.     Defendants' January 12, 2022 alleged false and misleading statements were made during Dentsply's presentation at the JPMorgan Healthcare Conference and were a matter of public record.  ECF 72, ¶114; ECF 112, ¶114; ECF 113, Answer No. 114; ECF 114, ¶114; Brooks Decl., Ex. 1 at 94-95; Brooks Decl., Ex. 3 at 74-75.

13.     Defendants' February 28, 2022 alleged false and misleading statements were contained in Dentsply's press release available to the public on February 28, 2022, or were made during Dentsply's fourth quarter and fiscal year 2021 earnings call, which was available for public participation.  ECF 72, ¶¶107, 115-116, 132-133, 144; ECF 112, ¶¶107, 115-116, 132-133, 144; ECF 113, Answer Nos. 107, 115-116, 132-133, 144; ECF 114, ¶¶107, 115-116, 132-133, 144; Brooks Decl., Ex. 1 at 89-91, 95-97, 100, 105-07; Brooks Decl., Ex. 2 at 101-03, 107-09, 112, 116-18; Brooks Decl., Ex. 3 at 76, 86.

- 3 -

14.     Defendants' March 1, 2022 alleged false and misleading statements were contained in Dentsply's 2021 Form 10-K filed with the SEC and available to the public on March 1, 2022 through the SEC's website.  ECF 72, ¶¶124, 134, 149; ECF 112, ¶¶124, 134, 149; ECF 113, Answer Nos. 124, 134, 149; ECF 114, ¶¶124, 134, 149.

15.     Defendants' alleged false and misleading statements in Dentsply's Code of Ethics and Business Conduct, which was available on Dentsply's website throughout the Class Period, were available to the public during the Class Period.  ECF 72, ¶150; ECF 112, ¶150; ECF 113, Answer No. 150; ECF 114, ¶150; Brooks Decl., Ex. 1 at 109.

16.     Dentsply stock traded in an efficient market during the Class Period.  ECF 124-15, ¶3; ECF 123 at 13-18.

17.     Defendants did not challenge market efficiency or price impact at the class certification stage.  ECF 136-1, ¶¶77, 79, 80 & n.133; ECF 137.

18.     Matthew D. Cain, Ph.D. incorporated the market efficiency opinions from his November 15, 2025 market efficiency report into his September 5, 2025 merits report.  Brooks Decl., Ex. 4, ¶1.

19.     Defendants' merits expert, Allen Ferrell, Ph.D., ████████████████

████████████████████████████████

████████████████████████  Brooks Decl., Ex. 5; Brooks Decl., Ex. 6 at 28:3-6, 30:1-8.

20.     During the Class Period, the market for Dentsply common stock was active.  ECF 124-15, ¶¶34-37; ECF 123 at 15.

21.     During the Class Period, Dentsply was the subject of extensive analyst coverage. ECF 124-15, ¶¶38-44; ECF 123 at 15.

- 4 -

22.     During the Class Period, Dentsply common stock traded on the NASDAQ, and had at least 124 market makers and a large proportion of institutional investors.  ECF 124-15, ¶¶45-51; ECF 123 at 15-16.

23.     During the Class Period, Dentsply was eligible to file a Form S-3 Registration Statement.  ECF 124-15, ¶¶52-57; ECF 123 at 16.

24.     Dr. Cain's event study demonstrated that the price of Dentsply common stock reacted to company-specific news in a statistically significant manner during the Class Period.  ECF 124-15, ¶¶58-81; ECF 123 at 16-17.

25.     During the Class Period, Dentsply's market capitalization averaged $10.4 billion, and its public float was 99.6%.  ECF 124-15, ¶¶82-85; ECF 123 at 17-18.

26.     During the Class Period, Dentsply's percentage bid-ask spread averaged 0.07%.  ECF 124-15, ¶¶86-90; ECF 123 at 17.

27.     There is no evidence that Plaintiffs would have purchased Dentsply stock had they known Dentsply's stock price was artificially inflated by fraud.

28.     There is no evidence that any member of the Class would have purchased Dentsply stock had they known Dentsply's stock price was inflated by fraud.

DATED:  November 3, 2025               ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       SCOTT H. SAHAM (admitted *pro hac vice*)
                                       LUKE O. BROOKS (admitted *pro hac vice*)
                                       DARRYL J. ALVARADO (admitted *pro hac vice*)
                                       CHRISTOPHER D. STEWART (admitted *pro hac vice*)
                                       HILLARY B. STAKEM (admitted *pro hac vice*)
                                       NICOLE Q. GILLILAND (admitted *pro hac vice*)
                                       JESSICA E. ROBERTSON (admitted *pro hac vice*)
                                       MEGAN M. SONNEY (admitted *pro hac vice*)


                                          s/ Luke O. Brooks
                                       _____
                                          LUKE O. BROOKS

- 5 -

4927-9272-0758.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
cstewart@rgrdlaw.com
hstakem@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com
msonney@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiffs

4927-9272-0758.v1