UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : | Civil Action No. 1:22-cv-06339-AS (Consolidated) <br><br> CLASS ACTION <br><br> DECLARATION OF LUKE O. BROOKS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Plaintiffs, | : : : | |
| vs. | : : : | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, | : : : : | |
| Defendants. | : : : | |

---

4897-0033-9062.v1

I, LUKE O. BROOKS, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit 1:     Defendant Dentsply Sirona Inc.'s Responses and Objections to Plaintiffs' Requests for Admission, dated August 11, 2025;

Exhibit 2:     Defendant Jorge Gomez's Responses and Objections to Plaintiffs' Requests for Admission, dated August 11, 2025;

Exhibit 3:     Defendant Donald M. Casey, Jr.'s Responses and Objections to Plaintiffs' Requests for Admission, dated August 11, 2025; and

Exhibit 4:     Expert Report of Matthew D. Cain, Ph.D., dated September 5, 2025 (**FILED UNDER SEAL**);

Exhibit 5:     Expert Report of Allen Ferrell, Ph.D., dated October 6, 2025 (**FILED UNDER SEAL**);

Exhibit 6:     October 22, 2025 Deposition Transcript of Frank Allen Ferrell, Ph.D. (**FILED UNDER SEAL**).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 3, 2025, at San Diego, California.

s/ Luke O. Brooks
LUKE O. BROOKS

- 1 -

4897-0033-9062.v1