# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIRMENT SYSTEM, *Individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, <br><br> Defendants. | 22 cv. 6339 (AS) |

**DEFENDANT DENTSPLY SIRONA INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR ADMISSION**

Defendant Dentsply Sirona Inc. ("Dentsply" or the "Company"), by and through its undersigned counsel, hereby provide their responses and objections (the "Responses") pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure ("FRCP") and Rule 26.3 of the Local Rules of the United States District Court for Southern District of New York (the "Local Rules") to Lead Plaintiffs City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System's (collectively, "Plaintiffs") Requests for Admission to Dentsply, dated June 27, 2025 (the "Requests," and each a "Request") as follows:

**GENERAL OBJECTIONS**

Each of Dentsply's Responses is subject to the following General Objections (the "General Objections") to the Responses, and each such General Objection is incorporated by

1

reference in Defendants' Responses to each and every Request as if fully set forth therein and, therefore, any failure to repeat the General Objections in any Response shall not be deemed a waiver.

The Responses are made to the best of the Company's knowledge at the present time, and Defendants explicitly reserve the right to revise, amend, correct, supplement or clarify the Responses.

1.     Dentsply objects to all definitions, instructions and each and every Request that purports to impose obligations beyond those required or permitted by the FRCP, the Local Rules, the Court's rules or orders, or any other applicable law or rule (the "Governing Rules").

2.     Dentsply objects to each and every Request, including the definitions and instructions contained therein, to the extent it is vague, ambiguous, overbroad, unduly burdensome, harassing, oppressive, redundant, unreasonable in scope, not relevant to any claim or defense, or not proportional to the needs of the case.  Dentsply further objects to each and every Request to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case, or is likely to impose significant and disproportionate burden or inconvenience on Dentsply.  On May 1, 2024, the Honorable Arun Subramanian issued an Opinion and Order granting in part and denying in part Defendants' motion to dismiss (ECF No. 106) (the "Order").  Pursuant to the Court's Order, Plaintiffs failed to state claims against Ranjit Chadha and as to paragraphs 100–102, 108, 114, 120, 147–148, and 181–183 and portions of paragraphs 105, 111, 114, 120, and 143 of the Complaint.  Order at 18.  As such, Dentsply will only provide responses, if any, that relate to the claims that were not dismissed in the Court's Order (the "Remaining Claims").

2

3.     Dentsply objects to each and every Request as vague and ambiguous to the extent that the terms or phrases used therein are undefined, would require Dentsply to speculate as to their intended meaning, and/or fail to meaningfully distinguish between similar, but not identical, terms and phrases used elsewhere in the Requests.

4.     Dentsply objects to each and every Request to the extent it seeks information not presently in the possession of Defendants, but rather in the possession of third parties or separate legal entities.  Dentsply will only propound Responses regarding information that is within its possession, custody or control.

5.     Dentsply objects to each and every Request, including the definitions and instructions, to the extent that it purports to require Dentsply to draw legal conclusions or is predicated on legal conclusions or arguments.  Subject to and without waiver of its objections, Dentsply states that any Response or provision of information in response to the Requests is not intended to provide, and shall not constitute or be construed as acceptance of, a legal conclusion or an admission concerning any of the terms used in the Requests.

6.     Dentsply objects to each and every Request, including the definitions and instructions contained therein, to the extent it is premature and requires propounding a Response concerning a subject matter as to which Dentsply's investigation is ongoing, and Dentsply expressly reserves the right to supplement and amend its Response to each and every Request pursuant to Federal Rule 26(e) based on the results of the investigation and further discovery in this action.

7.     Dentsply objects to each and every Request to the extent it calls for Defendants to propound Responses regarding information already in the possession of the Plaintiffs, or otherwise available from public sources or documents that are on file with the Court.  Such a Request is

3

beyond the scope of permissible discovery, would impose an undue burden on Dentsply and is an attempt to require Dentsply to prepare Plaintiffs' case.

8.      Dentsply objects to each and every Request, including the definitions and instructions contained therein, to the extent it expressly or impliedly seeks information protected from disclosure by the attorney-client privilege, the work product doctrine, Federal Rule of Evidence 408, a joint defense or common interest privilege, or any other applicable privilege, immunity, or protection from discovery or whose disclosure is otherwise prohibited by the Governing Rules.   Information covered by such privileges is not subject to disclosure and, therefore, the Requests will not be construed to seek such information.  Any inadvertent disclosure of any information protected by such privileges shall not be deemed or construed as a waiver of any privilege, immunity, protection or right of the Company.

9.      Dentsply objects to each and every Request, including the definitions and instructions contained therein, to the extent that it calls for the disclosure of confidential or proprietary or non-public information, trade secrets, research, development, commercial or financial information, or any other completely sensitive information, the release of which could cause competitive or commercial harm to Dentsply or a third party, or cause harm to the public. Dentsply will provide any such non-privileged, relevant, and responsive information subject to the terms and conditions of the Protective Order entered in this case (ECF No. 120).

10.      The objection, failure to object, or any indication herein that Dentsply will propound Responses regarding the matters set forth in any Request does not constitute a representation by Dentsply that such information exists or is within its knowledge, possession, custody, or control.  To the extent that Dentsply propounds Responses to the Requests, Dentsply does so without conceding the propriety, relevance, competency, privilege, materiality,

4

confidentiality, authenticity, or admissibility of any such Response, or information that may be responsive to such Request.

11.     Dentsply objects to each and every Request, definition, and instruction contained in the Request to the extent that any such Request, definition, or instruction contains inaccurate, incomplete or misleading descriptions of the facts, persons, relationships, events, and pleadings underlying this action.   The propounding of Responses to such Request shall not constitute Dentsply's agreement with or acquiescence to any such description.

Dentsply incorporates the foregoing General Objections into the specific objections and Responses to each Request and thus does not restate each therein.

## OBJECTIONS TO DEFINITIONS

1.     Dentsply objects to each definition to the extent it is vague, ambiguous, overbroad, overinclusive, would result in undue burden and expense, includes information that is not relevant to any party's claims or defenses, would encompass information that is outside Dentsply's custody or control, seeks information from outside the relevant time period as defined in the Requests (the "Relevant Time Period"), or imposes duties on Dentsply that differ from or exceed those imposed by the Governing Rules.

2.     Dentsply objects to the definition of "Complaint" to the extent that it includes claims and allegations that were dismissed by the Court.  In responding to these Requests, Dentsply will construe the term "Complaint" to include only the "Remaining Claims."

3.     Dentsply objects to the definition of "Employee(s)" because it is vague, ambiguous, overbroad, overinclusive, and would result in undue burden and expense.  Dentsply further objects to the definition to the extent it purports to require Dentsply to make subjective determinations and undertake highly burdensome investigations to identify "any person who at

5

any time . . . purported to act on [Defendants'] behalf or under [Defendants'] supervision, direction or control[.]"  Dentsply further objects to this definition to the extent it purports to require Dentsply to propound Responses including information protected from disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  In responding to these Requests, Dentsply will construe the term "Employee(s)" in its ordinary use as context requires.

4.      Dentsply objects to the definition of "Internal Investigation" because it is vague, ambiguous, overbroad, and overinclusive.  In responding to these Requests, Dentsply will construe "Internal Investigation" to mean the Audit and Finance Committee's Internal Investigation as discussed in the Company's November 1, 2022 Form 8-K.

5.      Dentsply objects to the definition of "Persons" because it is vague, ambiguous, overbroad and overinclusive, and would result in undue burden and expense.  In responding to these Requests, Dentsply will construe "Persons" in a manner consistent with the Governing Rules.

6.      Dentsply objects to the definition of "You" and "Your" to the extent the definition contemplates only a single person or entity responding to the Requests.

## OBJECTIONS TO INSTRUCTIONS

1.      Dentsply objects to each instruction to the extent it is vague, ambiguous, overbroad, overinclusive, would result in undue burden and expense, purports to require the propounding of Responses regarding information that is not relevant to any party's claims or defenses, would encompass information that is outside Dentsply's possession, custody or control, seeks information from outside the Relevant Time Period, or imposes duties on Dentsply that differ from or exceed those imposed by the Governing Rules.  Dentsply further objects to each instruction to the extent it purports to require Dentsply to propound Responses regarding information

protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.

2. Dentsply objects to Instruction Nos. 6 and 7 to the extent they purport to impose burdens and obligations that exceed the requirements of the Governing Rules, including the FRCP.

3. Dentsply objects to Instruction No. 7 to the extent it purports to impose on Dentsply an obligation to supplement and amend that exceeds the requirements of FRCP 26(e)(1)(A). Dentsply will supplement and amend its Responses in accordance with FRCP 26(e)(1)(A) and any other applicable rule or law.

## RESERVATION OF RIGHTS

1. To the extent that Dentsply propounds Responses to the Requests, it does so without conceding the admissibility, materiality or relevance of any such information, or of any other substantive responses to the Requests.

2. Dentsply reserves all objections to the use of these Responses and of any information contained therein. Dentsply may interpose all such objections at the time of trial or as otherwise required by the Governing Rules or order of the Court.

3. Dentsply reserves the right to amend, supplement or withdraw its Responses and objections to the Requests in accordance with FRCP 26(e).

4. Insofar as the intentional propounding of Responses by Dentsply pursuant to the Requests may be deemed to be a waiver of any privilege or right, such waiver shall be deemed to be a limited waiver with respect only to the particular information contained in such Response.

## SPECIFIC RESPONSES AND OBJECTIONS

Dentsply incorporates by reference the foregoing General Objections, Objections to Definitions, Objections to Instructions, and Reservation of Rights in each of the following specific

responses and objections as if fully set forth therein. To the extent specific objections appear in the response to a particular Request, they so appear because they are particularly applicable to that specific Request; this is not to be construed as a waiver or limitation of any General Objection applicable to such Request. Dentsply makes the following objections and Responses:

**REQUEST NO. 1:**

Admit that Dentsply's common stock traded in an Efficient Market throughout the Class Period.

**RESPONSE TO REQUEST NO. 1:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request to the extent it calls for a legal conclusion. Dentsply cannot admit or deny the matters set forth in the Request.

**REQUEST NO. 2:**

Admit that the SEC instituted cease-and-desist proceedings against Dentsply on or about December 16, 2020.

**RESPONSE TO REQUEST NO. 2:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 3:**

Admit that the cease-and-desist proceedings against Dentsply were instituted pursuant to §21C of the Securities Exchange Act of 1934 ("Exchange Act").

**RESPONSE TO REQUEST NO. 3:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

8

**REQUEST NO. 4:**

Admit that, on or about December 16, 2020, the SEC imposed the Cease and Desist Order on Dentsply.

**RESPONSE TO REQUEST NO. 4:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 5**:

Admit that the Cease and Desist Order ordered Dentsply to cease and desist from committing or causing any violations and any future violations of §13(a) of the Exchange Act and Rules 12b-20 and 13a-13 thereunder.

**RESPONSE TO REQUEST NO. 5:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 6:**

Admit that Dentsply consented to the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 6:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "consented" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that the Company consented to the entry of the Cease and Desist Order.

**REQUEST NO. 7:**

Admit that Casey consented to the Cease and Desist Order.

9

**RESPONSE TO REQUEST NO. 7:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "consented" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 8:**

Admit that Gomez consented to the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 8:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "consented" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 9:**

Admit that Casey signed the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 9:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 10:**

Admit that Gomez signed the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 10:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

10

**REQUEST NO. 11:**

Admit that Casey did not read the Cease and Desist Order prior to signing it.

**RESPONSE TO REQUEST NO. 11:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 12:**

Admit that the Cease and Desist Order was a result of Dentsply knowingly selling more of its dental technologies equipment to its U.S. distributor, Patterson Companies, Inc. ("Patterson"), than Patterson could timely sell to retail purchasers.

**RESPONSE TO REQUEST NO. 12:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 13:**

Admit that, in the Cease and Desist Order, the SEC found that Dentsply violated the reporting provisions of §13(a) of the Exchange Act.

**RESPONSE TO REQUEST NO. 13:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 14:**

Admit that, in the Cease and Desist Order, the SEC found that Dentsply violated Rules 12b-20 and 13a-13 of §13(a) of the Exchange Act.

**RESPONSE TO REQUEST NO. 14:**

Subject to and without waiving the General Objections, Objections to Definitions and

11

Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 15:**

Admit that, as of September 30, 2021, no new policies had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 15:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 16:**

Admit that, as of September 30, 2021, no new procedures had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 16:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 17:**

Admit that, as of September 30, 2021, no new practices had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 17:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 18:**

Admit that, as of September 30, 2021, Casey had not made any changes to Dentsply's policies as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 18:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Casey did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's policies and avers that Dentsply was continually updating and expanding

13

its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 19:**

Admit that, as of September 30, 2021, Gomez had not made any changes to Dentsply's policies as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 19:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Gomez did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's policies and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 20:**

Admit that, as of September 30, 2021, Casey had not made any changes to Dentsply's procedures as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 20:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the

14

General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Casey did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's procedures and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 21:**

Admit that, as of September 30, 2021, Gomez had not made any changes to Dentsply's procedures as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 21:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Gomez did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's procedures and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 22:**

Admit that, as of September 30, 2021, Casey had not made any changes to Dentsply's

15

practices as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 22:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Casey did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's practices and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 23:**

Admit that, as of September 30, 2021, Gomez had not made any changes to Dentsply's practices as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 23:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Gomez did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make

16

changes to Dentsply's practices and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 24:**

Admit that, as of December 31, 2021, no new policies had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 24:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 25:**

Admit that, as of December 31, 2021, no new procedures had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 25:**

In addition to the General Objections, Dentsply specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to

17

ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 26:**

Admit that, as of December 31, 2021, no new practices had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 26:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 27:**

Admit that, as of December 31, 2021, Casey had not made any changes to Dentsply's policies as a result of Cease and Desist Order.

**RESPONSE TO REQUEST NO. 27:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Casey did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make

18

changes to Dentsply's policies and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 28:**

Admit that, as of December 31, 2021, Gomez had not made any changes to Dentsply's policies as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 28:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Gomez did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's policies and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 29:**

Admit that, as of December 31, 2021, Casey had not made any changes to Dentsply's procedures as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 29:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "procedures" and "as a result of" on the

grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Casey did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's procedures and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 30:**

Admit that, as of December 31, 2021, Gomez had not made any changes to Dentsply's procedures as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 30:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Gomez did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's procedures and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

20

**REQUEST NO. 31:**

Admit that, as of December 31, 2021, Casey had not made any changes to Dentsply's practices as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 31:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Casey did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's practices and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 32:**

Admit that, as of December 31, 2021, Gomez had not made any changes to Dentsply's practices as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 32:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Defendant Gomez

21

did not "[take] action to update processes or controls to comply with the Cease & Desist Order," but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's practices.

**REQUEST NO. 33:**

Admit that, in 2021, Casey violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 33:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation "determined that certain former members of senior management, including the Company's former Chief Executive Officer … violated provisions of the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 34:**

Admit that, in 2022, Casey violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 34:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation "determined that certain former members of senior management, including the Company's former Chief Executive Officer … violated provisions of the Company's Code of Ethics and Business

22

Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 35:**

Admit that, in 2021, Gomez violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 35:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation "determined that certain former members of senior management, including the Company's … former Chief Financial Officer, violated provisions of the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 36:**

Admit that, in 2022, Gomez violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 36:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation "determined that certain former members of senior management, including the Company's … former Chief Financial Officer, violated provisions of the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced

23

document.

**REQUEST NO. 37:**

Admit that, in 2021, Ranjit S. Chadha ("Chadha") violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 37:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Ranjit Chadha violated provisions of Dentsply's Code of Ethics and Business Conduct.

**REQUEST NO. 38:**

Admit that, in 2022, Chadha violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 38:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that the Audit and Finance Committee's Internal Investigation concluded that Ranjit Chadha violated provisions of Dentsply's Code of Ethics and Business Conduct.

**REQUEST NO. 39:**

Admit that, in 2021, Casey did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 39:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's

24

November 1, 2022 Form 8-K, the Audit and Finance Committee determined that "former members of senior management [including the Company's former Chief Executive Officer] did not maintain … an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 40:**

Admit that, in 2022, Casey did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 40:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not maintain … an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 41:**

Admit that, in 2021, Gomez did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 41:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation

determined that "former members of senior management [including the Company's former Chief Financial Officer] did not maintain … an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 42:**

Admit that, in 2022, Gomez did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 42:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Financial Officer] did not maintain … an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 43:**

Admit that, in 2021, Chadha did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 43:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of

26

Dentsply's Code of Ethics and Business Conduct "did not maintain … an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 44:**

Admit that, in 2022, Chadha did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 44:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of Dentsply's Code of Ethics and Business Conduct "did not maintain … an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 45:**

Admit that, in 2021, Casey did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 45:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … promote an appropriate control environment focused on compliance

27

in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 46:**

Admit that, in 2022, Casey did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 46:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … promote an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 47:**

Admit that, in 2021, Gomez did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 47:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … promote an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the

28

contents of the referenced document.

**REQUEST NO. 48:**

Admit that, in 2022, Gomez did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 48:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … promote an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 49:**

Admit that, in 2021, Chadha did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 49:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of Dentsply's Code of Ethics and Business Conduct "did not … promote an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

29

**REQUEST NO. 50:**

Admit that, in 2022, Chadha did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 50:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of Dentsply's Code of Ethics and Business Conduct "did not … promote an appropriate control environment focused on compliance in areas of the Company's business," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 51:**

Admit that, in 2021, Casey did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 51:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the

contents of the referenced document.

**REQUEST NO. 52:**

Admit that, in 2022, Casey did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 52:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 53:**

Admit that, in 2021, Gomez did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 53:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal

31

Investigation determined that "former members of senior management [including the Company's former Chief Financial Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 54:**

Admit that, in 2022, Gomez did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 54:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Financial Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 55:**

Admit that, in 2021, Chadha did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 55:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently promote" on the grounds that it is

vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of Dentsply's Code of Ethics and Business Conduct "did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 56:**

Admit that, in 2022, Chadha did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 56:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of Dentsply's Code of Ethics and Business Conduct "did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 57:**

Admit that, in 2021, Casey did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 57:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 58:**

Admit that, in 2022, Casey did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 58:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

34

**REQUEST NO. 59:**

Admit that, in 2021, Gomez did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 59:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Financial Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 60:**

Admit that, in 2022, Gomez did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 60:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's

former Chief Financial Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 61:**

Admit that, in 2021, Chadha did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 61:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of Dentsply's Code of Ethics and Business Conduct "did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 62:**

Admit that, in 2022, Chadha did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 62:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections,

36

Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of Dentsply's Code of Ethics and Business Conduct "did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 63:**

Admit that, in 2021, Casey did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 63:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 64:**

Admit that, in 2022, Casey did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 64:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Executive Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 65:**

Admit that, in 2021, Gomez did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 65:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Financial Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 66:**

Admit that, in 2022, Gomez did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 66:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management [including the Company's former Chief Financial Officer] did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 67:**

Admit that, in 2021, Chadha did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 67:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated

provisions of Dentsply's Code of Ethics and Business Conduct "did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 68:**

Admit that, in 2022, Chadha did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 68:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined that "former members of senior management" found to have violated provisions of Dentsply's Code of Ethics and Business Conduct "did not … sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 69:**

Admit that, in 2021, Casey created a culture where Dentsply employees did not feel comfortable raising concerns without fear of retaliation.

**RESPONSE TO REQUEST NO. 69:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "retaliation" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to

40

Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined "that certain former members of senior management, including the former Chief Executive Officer … created a culture where employees did not feel comfortable raising concerns without fear of retaliation," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 70:**

Admit that, in 2022, Casey created a culture where Dentsply employees did not feel comfortable raising concerns without fear of retaliation.

**RESPONSE TO REQUEST NO. 70:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "retaliation" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined "that certain former members of senior management, including the former Chief Executive Officer … created a culture where employees did not feel comfortable raising concerns without fear of retaliation," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 71:**

Admit that, in 2021, Gomez created a culture where Dentsply employees did not feel comfortable raising concerns without fear of retaliation.

41

**RESPONSE TO REQUEST NO. 71:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "retaliation" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined "that certain former members of senior management, including … the former Chief Financial Officer, created a culture where employees did not feel comfortable raising concerns without fear of retaliation," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 72:**

Admit that, in 2022, Gomez created a culture where Dentsply employees did not feel comfortable raising concerns without fear of retaliation.

**RESPONSE TO REQUEST NO. 72:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "retaliation" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation determined "that certain former members of senior management, including … the former Chief Financial Officer, created a culture where employees did not feel comfortable raising concerns without fear of retaliation," and denies any characterizations inconsistent with the contents of the referenced document.

42

**REQUEST NO. 73:**

Admit that, in 2021, Casey maintained an inappropriate tone at the top at Dentsply.

**RESPONSE TO REQUEST NO. 73:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "tone at the top" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation "substantiated certain allegations regarding inappropriate tone at the top by the former Chief Executive Officer," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 74:**

Admit that, in 2022, Casey maintained an inappropriate tone at the top at Dentsply.

**RESPONSE TO REQUEST NO. 74:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "tone at the top" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation "substantiated certain allegations regarding inappropriate tone at the top by the former Chief Executive Officer," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 75:**

Admit that, in 2021, Gomez maintained an inappropriate tone at the top at Dentsply.

**RESPONSE TO REQUEST NO. 75:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "tone at the top" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation "substantiated certain allegations regarding inappropriate tone at the top by … the former Chief Financial Officer," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 76:**

Admit that, in 2022, Gomez maintained an inappropriate tone at the top at Dentsply.

**RESPONSE TO REQUEST NO. 76:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "tone at the top" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation "substantiated certain allegations regarding inappropriate tone at the top by … the former Chief Financial Officer," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 77:**

Admit that Dentsply restated its financial statements for the three months ended September 30, 2021.

**RESPONSE TO REQUEST NO. 77:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 78:**

Admit that Dentsply restated its financial statements for the nine months ended September 30, 2021.

**RESPONSE TO REQUEST NO. 78:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 79:**

Admit that Dentsply restated its financial statements for the fiscal year ended December 31, 2021.

**RESPONSE TO REQUEST NO. 79:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 80:**

Admit that the Restatement corrected material errors in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 80:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's Form

10-Q/A for the quarterly period ended September 30, 2021, Dentsply "identified misstatements for the three and nine months ended September 30, 2021 … that the Company deemed to be material when considered together with certain qualitative and quantitative considerations" and "determined that it [was] appropriate to correct the misstatements in [its] previously issued financial statements," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 81:**

Admit that the Restatement corrected material errors in Dentsply's 2021 Form 10-K.

**RESPONSE TO REQUEST NO. 81:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's Form 10-K/A for the fiscal year ended December 31, 2021, Dentsply "identified misstatements … for the fiscal year ended December 31, 2021 … that the Company deemed to be material when considered together with certain qualitative and quantitative considerations" and "determined that it [was] appropriate to correct the misstatements in [its] previously issued financial statements," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 82:**

Admit that, as of September 30, 2021, Dentsply had ineffective disclosure controls and procedures.

**RESPONSE TO REQUEST NO. 82:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, Company management "re-evaluated the effectiveness of the

Company's internal control over financial reporting and its disclosure controls and procedures and identified one or more material weaknesses in the Company's internal control over financial reporting as of September 30, 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 83:**

Admit that, as of December 31, 2021, Dentsply had ineffective disclosure controls and procedures.

**RESPONSE TO REQUEST NO. 83:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, Company management "re-evaluated the effectiveness of the Company's internal control over financial reporting and its disclosure controls and procedures and identified one or more material weaknesses in the Company's internal control over financial reporting" which "remained in place as of December 31, 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 84:**

Admit that, as of September 30, 2021, Dentsply had material weaknesses in its internal control over financial reporting.

**RESPONSE TO REQUEST NO. 84:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Company's management "re-evaluated the effectiveness of the Company's internal control over financial reporting and its disclosure controls and procedures and

identified one or more material weaknesses in the Company's internal control over financial reporting as of September 30, 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 85:**

Admit that, as of December 31, 2021, Dentsply had material weaknesses in its internal control over financial reporting.

**RESPONSE TO REQUEST NO. 85:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Company's management "re-evaluated the effectiveness of the Company's internal control over financial reporting and its disclosure controls and procedures and identified one or more material weaknesses in the Company's internal control over financial reporting" which "remained in place as of December 31, 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 86:**

Admit that Dentsply's 2021 Form 10-K/A included restated and revised financial statements for each of the quarterly periods of 2021.

**RESPONSE TO REQUEST NO. 86:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's 2021 Form 10-K/A, Company management restated financial statements for the fiscal year ended December 31, 2021 and presented "corresponding restatements and revisions to each of the quarters of 2021," and denies any characterizations inconsistent with the contents of the referenced

document.

**REQUEST NO. 87:**

Admit that, during the Class Period, Dentsply utilized incorrect accounting and assumptions in the determination of estimates related to Dentsply's sales returns provisions.

**RESPONSE TO REQUEST NO. 87:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee "determined that the Company utilized incorrect accounting and assumptions in the determination of estimates related to its sales returns provisions" during the period investigated in the course of Dentsply's Accounting Review, as that term is defined therein, and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 88:**

Admit that, during the Class Period, Dentsply utilized incorrect accounting and assumptions in the determination of estimates related to Dentsply's warranty reserve provisions.

**RESPONSE TO REQUEST NO. 88:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee "determined that the Company utilized incorrect accounting and assumptions in the determination of estimates related to its … warranty reserve provisions" during the period investigated in the course of Dentsply's Accounting Review, as that term is defined therein, and denies any characterizations inconsistent with the

49

contents of the referenced document.

**REQUEST NO. 89:**

Admit that, during the Class Period, Dentsply utilized incorrect accounting and assumptions in the determination of estimates related to Dentsply's variable consideration.

**RESPONSE TO REQUEST NO. 89:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee "determined that the Company utilized incorrect accounting and assumptions in the determination of estimates related to its … variable consideration" during the period investigated in the course of Dentsply's Accounting Review, as that term is defined therein, and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 90:**

Admit that Dentsply identified misstatements for the three months ended September 30, 2021 in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 90:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's Form 10-Q/A for the quarterly period ended September 30, 2021, the Audit and Finance Committee "identified misstatements for the three and nine months ended September 30, 2021" arising from the inadvertent misapplication of technical accounting for contra-revenue, and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 91:**

Admit that Dentsply identified material misstatements for the three months ended September 30, 2021 in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 91:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the undefined term "material misstatements" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's Form 10-Q/A for the quarterly period ended September 30, 2021, the Audit and Finance Committee's Internal Investigation "identified misstatements for the three and nine months ended September 30, 2021" arising from the inadvertent misapplication of technical accounting for contra-revenue, which the Company "deemed to be material when considered together with certain qualitative and quantitative considerations," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 92:**

Admit that Dentsply identified misstatements for the nine months ended September 30, 2021 in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 92:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's Form 10-Q/A for the quarterly period ended September 30, 2021, the Audit and Finance Committee's Internal Investigation "identified misstatements for the three and nine months ended September 30, 2021" arising from the inadvertent misapplication of technical accounting for contra-revenue,

and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 93:**

Admit that Dentsply identified material misstatements for the nine months ended September 30, 2021 in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 93:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the undefined term "material misstatements" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's Form 10-Q/A for the quarterly period ended September 30, 2021, the Audit and Finance Committee's Internal Investigation "identified misstatements for the three and nine months ended September 30, 2021" arising from the inadvertent misapplication of technical accounting for contra-revenue, which the Company "deemed to be material when considered together with certain qualitative and quantitative considerations," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 94:**

Admit that Dentsply identified misstatements for the fiscal year ended December 31, 2021 in Dentsply's 2021 Form 10-K.

**RESPONSE TO REQUEST NO. 94:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's Form 10-K/A for the fiscal year ended December 31, 2021, the Audit and Finance Committee's Internal Investigation "identified misstatements for … the fiscal year ended December 31, 2021" arising

52

from the inadvertent misapplication of technical accounting for contra-revenue, and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 95:**

Admit that Dentsply identified material misstatements for the fiscal year ended December 31, 2021 in Dentsply's 2021 Form 10-K.

**RESPONSE TO REQUEST NO. 95:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the undefined term "material misstatements" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's Form 10-K/A for the fiscal year ended December 31, 2021, the Audit and Finance Committee's Internal Investigation "identified misstatements for … the fiscal year ended December 31, 2021" arising from the inadvertent misapplication of technical accounting for contra-revenue, which the Company "deemed to be material when considered together with certain qualitative and quantitative considerations," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 96:**

Admit that the incentive-related sales to Patterson and Henry Schein, Inc. ("Schein") in 3Q21 allowed Dentsply to meet internal financial targets for the three months ended September 30, 2021.

**RESPONSE TO REQUEST NO. 96:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the basis the term "allowed to meet" is vague and

ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 97:**

Admit that material misstatements in Dentsply's financial reporting allowed Dentsply to meet external financial analyst expectations for the three months ended September 30, 2021.

**RESPONSE TO REQUEST NO. 97:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the basis that the Request impermissibly calls for a legal conclusion. Dentsply also objects to the use of the term "allowed to meet" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 98:**

Admit that meeting financial targets for 3Q21 allowed Casey to receive approximately $7.5 million in stock compensation pursuant to Dentsply's 2019 Operating Margin Transformation Incentive Plan.

**RESPONSE TO REQUEST NO. 98:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the basis that the Request impermissibly calls for a legal conclusion. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that Defendant Casey received $7.5 million in stock due to the Company meeting the 21% operation margin PRSU target set by the Board of Directors.

54

**REQUEST NO. 99:**

Admit that meeting financial targets for 3Q21 allowed Gomez to receive approximately $5.25 million in stock compensation pursuant to Dentsply's 2019 Operating Margin Transformation Incentive Plan.

**RESPONSE TO REQUEST NO. 99:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the basis that the Request impermissibly calls for a legal conclusion. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that Defendant Gomez received $5.25 million in stock due to the Company meeting the 21% operation margin PRSU target set by the Board of Directors.

**REQUEST NO. 100:**

Admit that the Internal Investigation commenced in March 2022.

**RESPONSE TO REQUEST NO. 100:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 101:**

Admit that Dentsply first publicly disclosed the Internal Investigation on May 10, 2022.

**RESPONSE TO REQUEST NO. 101:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

**REQUEST NO. 102:**

Admit that Dentsply offered incentives to Patterson to purchase more products in 3Q21.

55

**RESPONSE TO REQUEST NO. 102:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more products" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation identified instances in which "the Company's distributors in North America were offered incremental incentives" by certain employees of Dentsply "to purchase products in order for the Company to attempt to meet internal sales targets in the third and fourth quarters of 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 103:**

Admit that Dentsply offered incentives to Patterson to purchase more products in 4Q21.

**RESPONSE TO REQUEST NO. 103:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more products" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation identified instances in which "the Company's distributors in North America were offered incremental incentives" by certain employees of Dentsply "to purchase products in order for the Company to attempt to meet internal sales targets in the third and fourth quarters of 2021," and denies any characterizations inconsistent with the

contents of the referenced document.

**REQUEST NO. 104:**

Admit that Dentsply offered incentives to Schein to purchase more products in 3Q21.

**RESPONSE TO REQUEST NO. 104:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more products" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation identified instances in which "the Company's distributors in North America were offered incremental incentives" by certain employees of Dentsply "to purchase products in order for the Company to attempt to meet internal sales targets in the third and fourth quarters of 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 105:**

Admit that Dentsply offered incentives to Schein to purchase more products in 4Q21.

**RESPONSE TO REQUEST NO. 105:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more products" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation identified instances in which "the Company's

distributors in North America were offered incremental incentives" by certain employees of Dentsply "to purchase products in order for the Company to attempt to meet internal sales targets in the third and fourth quarters of 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 106:**

Admit that Dentsply offered Patterson incentives to purchase products in order for Dentsply to meet internal sales targets in 3Q21.

**RESPONSE TO REQUEST NO. 106:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation identified instances in which "the Company's distributors in North America were offered incremental incentives" by certain employees of Dentsply "to purchase products in order for the Company to attempt to meet internal sales targets in the third and fourth quarters of 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 107:**

Admit that Dentsply offered Patterson incentives to purchase products in order for Dentsply to attempt to meet internal sales targets in 4Q21.

**RESPONSE TO REQUEST NO. 107:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation identified instances in which "the Company's distributors in North America were offered incremental

58

incentives" by certain employees of Dentsply "to purchase products in order for the Company to attempt to meet internal sales targets in the third and fourth quarters of 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 108:**

Admit that Dentsply offered Schein incentives to purchase products in order for Dentsply to meet internal sales targets in 3Q21.

**RESPONSE TO REQUEST NO. 108:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation identified instances in which "the Company's distributors in North America were offered incremental incentives" by certain employees of Dentsply "to purchase products in order for the Company to attempt to meet internal sales targets in the third and fourth quarters of 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 109:**

Admit that Dentsply offered Schein incentives to purchase products in order for Dentsply to attempt to meet internal sales targets in 4Q21.

**RESPONSE TO REQUEST NO. 109:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee's Internal Investigation identified instances in which "the Company's distributors in North America were offered incremental incentives" by certain employees of Dentsply "to purchase products in order for the Company to

attempt to meet internal sales targets in the third and fourth quarters of 2021," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 110:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 3Q21 contributed to higher levels of Patterson inventory at the end of 3Q21.

**RESPONSE TO REQUEST NO. 110:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Patterson by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [3Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 111:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 4Q21 contributed to higher levels of Patterson inventory at the end of 4Q21.

**RESPONSE TO REQUEST NO. 111:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Patterson by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [4Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply

60

denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 112:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 3Q21 contributed to higher levels of Schein inventory at the end of 3Q21.

**RESPONSE TO REQUEST NO. 112:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Schein by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [3Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 113:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 4Q21 contributed to higher levels of Schein inventory at the end of 4Q21.

**RESPONSE TO REQUEST NO. 113:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Schein by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [4Q21],

and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 114:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 3Q21 contributed to lower sales by Dentsply to Patterson in 1Q22.

**RESPONSE TO REQUEST NO. 114:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Patterson by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [3Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 115:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 3Q21 contributed to lower sales by Dentsply to Patterson in 2Q22.

**RESPONSE TO REQUEST NO. 115:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Patterson by

certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [3Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 116:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 4Q21 contributed to lower sales by Dentsply to Patterson in 1Q22.

**RESPONSE TO REQUEST NO. 116:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Patterson by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [4Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 117:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 4Q21 contributed to lower sales by Dentsply to Patterson in 2Q22.

**RESPONSE TO REQUEST NO. 117:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's

63

November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Patterson by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [4Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 118:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 3Q21 contributed to lower sales by Dentsply to Schein in 1Q22.

**RESPONSE TO REQUEST NO. 118:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Schein by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [3Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 119:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 3Q21 contributed to lower sales by Dentsply to Schein in 2Q22.

**RESPONSE TO REQUEST NO. 119:**

Subject to and without waiving the General Objections, Objections to Definitions and

Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Schein by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [3Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 120:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 4Q21 contributed to lower sales by Dentsply to Schein in 1Q22.

**RESPONSE TO REQUEST NO. 120:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Schein by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [4Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 121:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 4Q21 contributed to lower sales by Dentsply to Schein in 2Q22.

65

**RESPONSE TO REQUEST NO. 121:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the sales made pursuant to the incentives offered to Schein by certain employees of Dentsply "contributed to higher levels of distributor inventory at the end of [4Q21], and lower sales to these distributors in the first and second quarters of 2022." Dentsply denies any implication that such sales were the only factor contributing to higher levels of distributor inventory or lower sales to these distributors and any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 122:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 3Q21 enabled Dentsply to meet external financial analyst expectations in 3Q21.

**RESPONSE TO REQUEST NO. 122:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "enabled" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 123:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 3Q21 enabled Dentsply to meet external financial analyst expectations in 3Q21.

**RESPONSE TO REQUEST NO. 123:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "enabled" on the grounds that it is vague and

66

ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 124:**

Admit that "extended payment terms" – as that phrase is used in the 2021 Form 10-K/A – includes the 180-day payment terms Dentsply offered to Patterson in 3Q21.

**RESPONSE TO REQUEST NO. 124:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request, but denies any characterization of the 180-day payment terms insofar as it fails to acknowledge or describe their intended benefits to end-users.

**REQUEST NO. 125:**

Admit that "extended payment terms" – as that phrase is used in the 2021 Form 10-K/A – includes the 180-day payment terms Dentsply offered to Patterson in 4Q21.

**RESPONSE TO REQUEST NO. 125:**

In addition to the General Objections, Dentsply specifically objects the Request on the grounds that it is vague and ambiguous for failure to specify to what "more product" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request, but denies any characterization of the 180-day payment terms insofar as it fails to acknowledge or describe their intended benefits to end-users.

**REQUEST NO. 126:**

Admit that, in 3Q21, Dentsply offered Patterson 180-day payment terms to incentivize Patterson to buy more product.

**RESPONSE TO REQUEST NO. 126:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more product" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request, and avers that Dentsply offered the 180-day payment terms to support Patterson's offer of financing to end-customers.

**REQUEST NO. 127:**

Admit that, in 4Q21, Dentsply offered Patterson 180-day payment terms to incentivize Patterson to buy more product.

**RESPONSE TO REQUEST NO. 127:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request, and avers that Dentsply offered the 180-day payment terms to support Patterson's offer of financing to end-customers.

**REQUEST NO. 128:**

Admit that, in 3Q21, Gomez was aware that Dentsply had offered Patterson 180-day payment terms on product sales to Patterson in 3Q21.

**RESPONSE TO REQUEST NO. 128:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request, but denies any characterization of the matters set forth in the Request to the extent that it fails to acknowledge that Defendant Gomez was aware that the 180-day payment terms were intended to

68

provide a benefit to end-users.

**REQUEST NO. 129:**

Admit that, in 4Q21, Gomez was aware that Dentsply had offered Patterson 180-day payment terms on product sales to Patterson in 4Q21.

**RESPONSE TO REQUEST NO. 129:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request, but denies any characterization of the matters set forth in the Request to the extent that it fails to acknowledge that Defendant Gomez was aware that the 180-day payment terms were intended to provide a benefit to end-users.

**REQUEST NO. 130:**

Admit that, in 3Q21, Gomez approved Dentsply's offer of 180-day payment terms on product sales to Patterson in 3Q21.

**RESPONSE TO REQUEST NO. 130:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request, but denies any characterization of the matters set forth in the Request to the extent that it fails to acknowledge that Defendant Gomez conditioned approval of the 180-day payment terms on the basis of benefits to end-users.

**REQUEST NO. 131:**

Admit that, in 4Q21, Gomez approved Dentsply's offer of 180-day payment terms on product sales to Patterson in 4Q21.

**RESPONSE TO REQUEST NO. 131:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request, but denies any characterization of the matters set forth in the Request to the extent that it fails to acknowledge that Defendant Gomez conditioned approval of the 180-day payment terms on the basis of benefits to end-users.

**REQUEST NO. 132:**

Admit that, in conjunction with the 2021 audit of Dentsply's consolidated financial statements, PricewaterhouseCoopers, LLP was not informed of the incentive arrangements referenced in Request Nos. 102-123.

**RESPONSE TO REQUEST NO. 132:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the Request on the grounds that it is vague and ambiguous, because Requests Nos. 102-123 reference a range of incentives. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, "the Company's independent registered accounting firm was not informed" of certain incremental incentives referenced therein "in conjunction with the 2021 audit of the consolidated financial statements," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 133:**

Admit that Dentsply processed returns and/or exchanges that were not in accordance with the return and/or exchange provisions contained in existing distributor agreements and sales contracts in China.

70

**RESPONSE TO REQUEST NO. 133:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee found that "the Company processed returns and/or exchanges that were not in accordance with the return and/or exchange provisions contained in existing distributor agreements and sales contracts in China," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 134:**

Admit that members of Dentsply's local commercial team in China violated Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 134:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that "actions by certain members of the Company's local commercial team in China … violated the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 135:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization violated Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 135:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's

71

November 1, 2022 Form 8-K, the Audit and Finance Committee determined that "actions by certain members of … the head of the Company's Asia-Pacific commercial organization … violated the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 136:**

Admit that members of Dentsply's local commercial team in China did not maintain an appropriate control environment in certain areas of Dentsply's business focused on compliance.

**RESPONSE TO REQUEST NO. 136:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that members of Dentsply's local commercial team in China "did not maintain and promote an appropriate control environment in certain areas of the Company's business focused on compliance," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 137:**

Admit that Gomez did not maintain an appropriate control environment in certain areas of Dentsply's China business focused on compliance.

**RESPONSE TO REQUEST NO. 137:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 138:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not maintain an appropriate control environment in certain areas of Dentsply's business focused

on compliance.

**RESPONSE TO REQUEST NO. 138:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that "the head of the Company's Asia-Pacific commercial organization … did not maintain and promote an appropriate control environment in certain areas of the Company's business focused on compliance," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 139:**

Admit that members of Dentsply's local commercial team in China did not promote an appropriate control environment in certain areas of Dentsply's business focused on compliance.

**RESPONSE TO REQUEST NO. 139:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that members of Dentsply's local commercial team in China "did not maintain and promote an appropriate control environment in certain areas of the Company's business focused on compliance," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 140:**

Admit that Gomez did not promote an appropriate control environment in certain areas of Dentsply's China business focused on compliance.

**RESPONSE TO REQUEST NO. 140:**

Subject to and without waiving the General Objections, Objections to Definitions and

Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 141:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not promote an appropriate control environment in certain areas of Dentsply's business focused on compliance.

**RESPONSE TO REQUEST NO. 141:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K the Audit and Finance Committee determined that "the head of the Company's Asia-Pacific commercial organization … did not maintain and promote an appropriate control environment in certain areas of the Company's business focused on compliance," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 142:**

Admit that members of Dentsply's local commercial team in China did not sufficiently promote adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 142:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that members of Dentsply's local commercial team in China did not "sufficiently promote, monitor or enforce adherence to the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 143:**

Admit that Gomez did not sufficiently promote adherence to Dentsply's Code of Ethics and Business Conduct in China.

**RESPONSE TO REQUEST NO. 143:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 144:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not sufficiently promote adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 144:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that the head of the Company's Asia-Pacific commercial organization did not "sufficiently promote, monitor or enforce adherence to the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 145:**

Admit that members of Dentsply's local commercial team in China did not sufficiently monitor adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 145:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that members of

75

Dentsply's local commercial team in China did not "sufficiently promote, monitor or enforce adherence to the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 146:**

Admit that Gomez did not sufficiently monitor adherence to Dentsply's Code of Ethics and Business Conduct in China.

**RESPONSE TO REQUEST NO. 146:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 147:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not sufficiently monitor adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 147:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that the head of the Company's Asia-Pacific commercial organization did not "sufficiently promote, monitor or enforce adherence to the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 148:**

Admit that members of Dentsply's local commercial team in China did not sufficiently enforce adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 148:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that members of Dentsply's local commercial team in China did not "sufficiently promote, monitor or enforce adherence to the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 149:**

Admit that Gomez did not sufficiently enforce adherence to Dentsply's Code of Ethics and Business Conduct in China.

**RESPONSE TO REQUEST NO. 149:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request.

**REQUEST NO. 150:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not sufficiently enforce adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 150:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that the head of the Company's Asia-Pacific commercial organization did not "sufficiently promote, monitor or enforce adherence to the Company's Code of Ethics and Business Conduct," and denies any characterizations inconsistent with the contents of the referenced document.

77

**REQUEST NO. 151:**

Admit that members of Dentsply's local commercial team in China committed intentional wrongdoing.

**RESPONSE TO REQUEST NO. 151:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that members of Dentsply's local commercial team in China "committed intentional wrongdoing by failing to provide requested information to the Company's local accounting organization, by obstructing the work of the accounting team, and by lacking truthfulness in providing information to the Company and to the Audit and Finance Committee as part of the China Investigation," and denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 152:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization committed intentional wrongdoing.

**RESPONSE TO REQUEST NO. 152:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that, as stated in the Company's November 1, 2022 Form 8-K, the Audit and Finance Committee determined that the head of the Company's Asia-Pacific commercial organization "committed intentional wrongdoing by failing to provide requested information to the Company's local accounting organization, by obstructing the work of the accounting team, and by lacking truthfulness in providing information to the Company and to the Audit and Finance Committee as part of the China Investigation," and

denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 153:**

Admit that Dentsply terminated Casey's employment on or about April 17, 2022.

**RESPONSE TO REQUEST NO. 153:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that Dentsply's termination of Defendant Casey's employment was effective on April 19, 2022.

**REQUEST NO. 154:**

Admit that Dentsply terminated Casey's employment the day after Casey was interviewed by Hogan Lovells LLP in connection with the Internal Investigation.

**RESPONSE TO REQUEST NO. 154:**

Dentsply objects to the Request on the basis that the Request impermissibly assumes a cause-and-effect relationship between the Audit and Finance Committee's Internal Investigation and Defendant Casey's termination. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that Defendant Casey was interviewed by Hogan Lovells LLP on April 15, 2022.

**REQUEST NO. 155:**

Admit that Dentsply terminated Casey's employment less than one week after Dentsply announced Casey's renomination as a member of Dentsply's Board of Directors.

**RESPONSE TO REQUEST NO. 155:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that Defendant Casey's renomination as

a member of Dentsply's Board of Directors was announced in its proxy statement dated April 13, 2022, and that Dentsply's termination of Casey's employment was effective on April 19, 2022.

**REQUEST NO. 156:**

Admit that Dentsply terminated Chadha's employment.

**RESPONSE TO REQUEST NO. 156:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and avers that the Company and Ranjit Chadha mutually agreed to a separation of service.

**REQUEST NO. 157:**

Admit that Casey verbally "beat up" Dentsply employees.

**RESPONSE TO REQUEST NO. 157:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, based upon a reasonable inquiry and the information the Company knows and can readily obtain, Dentsply lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 158:**

Admit that Casey called a Dentsply employee a "lesbo."

**RESPONSE TO REQUEST NO. 158:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, based upon a reasonable inquiry and the information the Company knows and can readily obtain, Dentsply lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 159:**

Admit that Casey threatened to punch another Dentsply employee in the face.

**RESPONSE TO REQUEST NO. 159:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, based upon a reasonable inquiry and the information the Company knows and can readily obtain, Dentsply lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 160:**

Admit that Casey repeatedly used the F-word in addressing Dentsply employees.

**RESPONSE TO REQUEST NO. 160:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, based upon a reasonable inquiry and the information the Company knows and can readily obtain, Dentsply lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 161:**

Admit that Casey referred to another Dentsply employee as a "dick."

**RESPONSE TO REQUEST NO. 161:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, based upon a reasonable inquiry and the information the Company knows and can readily obtain, Dentsply lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 162:**

Admit that Gomez called Dentsply a "piece of freaking crap."

81

**RESPONSE TO REQUEST NO. 162:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, based upon a reasonable inquiry and the information the Company knows and can readily obtain, Dentsply lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 163:**

Admit that Dentsply did not issue a Legal Hold Notice to Casey prior to Casey's departure from Dentsply in 2022.

**RESPONSE TO REQUEST NO. 163:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that it did not issue a Legal Hold Notice in connection with this action to Defendant Casey prior to his departure from the Company in April 2022 and avers that Defendant Casey was subject to a legal hold notice issued by the Company in connection with an unrelated matter.

**REQUEST NO. 164:**

Admit that Dentsply did not issue a Legal Hold Notice to Casey following Casey's departure from Dentsply in 2022.

**RESPONSE TO REQUEST NO. 164:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that it did not issue a Legal Hold Notice in connection with this action to Defendant Casey following his departure from the Company in April 2022 and avers that the Company's IT Department preserved the documents of Defendant Casey that were within the Company's possession, custody, and control.

**REQUEST NO. 165:**

Admit that Dentsply did not issue a Legal Hold Notice to Gomez prior to Gomez's departure from Dentsply in 2022.

**RESPONSE TO REQUEST NO. 165:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that it did not issue a Legal Hold Notice in connection with this action to Defendant Gomez prior to his departure from the Company in May 2022 and avers that Defendant Gomez was subject to a legal hold notice issued by the Company in connection with an unrelated matter.

**REQUEST NO. 166:**

Admit that Dentsply did not issue a Legal Hold Notice to Gomez following Gomez's departure from Dentsply in 2022.

**RESPONSE TO REQUEST NO. 166:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits that it did not issue a Legal Hold Notice in connection with this action to Defendant Gomez following his departure from the Company in May 2022 and avers that the Company's IT Department preserved the documents of Defendant Gomez that were within the Company's possession, custody, and control.

**REQUEST NO. 167:**

Admit that on August 5, 2021, during Dentsply's earnings call for 2Q21, Gomez made the following statement:

> Yes. Nathan. And just to clarify, we, financially, we have been able to manage the challenges really well. The supply chain team has done an outstanding job of managing situations like, for example, we talked last quarter about some risks of supply disruption relative to certain electronic

83

components, right?   And the team has done a great job doing that. We are seeing inflationary pressures on the shipping cost side.  And the team has handled those well.

And overall, with COVID, there's always concerns about – there are certain suppliers and certain parts of the economy that are not back to normal levels from a production standpoint. And so those are things that we are watching closely. And all of our projections, the guidance include the risk as we see it. And – but again, for the most part, the team so far has done a great job of managing those things. But we think it was – we thought it was worthwhile mentioning because it's happening across the board.

**RESPONSE TO REQUEST NO. 167:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q2 2021 earnings call on August 5, 2021, a genuine copy of which is attached as Exhibit 1, in its entirety for its true and correct contents.  Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 168:**

Admit that on September 23, 2021, during the Investment Community Session at Dentsply Sirona World 2021, Casey made the following statement:

> The reason Dan actually has no hair anymore is, in fact, because the supply chain is a challenge.  There are pieces and chunks that remain to be – we're working through it, chips, among other things.  And we're very comfortable that we're going to be able to deliver what our customers need, but it's certainly taking a lot more effort.

**RESPONSE TO REQUEST NO. 168:**

In addition to the General Objections and Objections to Definitions and Instructions,

84

Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Investment Community Session at Dentsply Sirona World 2021 on September 23, 2021, a genuine copy of which is attached as Exhibit 2, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 169:**

Admit that on September 23, 2021, during the Investment Community Session at Dentsply Sirona World 2021, Casey made the following statement:

> The businesses we worry the most about right now are chip-related. We feel very good that we have adequate supply. But where we might have been holding 180 days, we're now trying to hold more just because we keep hearing from the car industry and other stuff that there's going to be chip challenges.

> Medical grade plastic is something that we see a little bit of a push on. But again, one of the reasons I actually wanted to have our supply chain people is because it comes up, and I think they've done a heck of a job. Right now, we don't have anything that's blinking yellow or red.

**RESPONSE TO REQUEST NO. 169:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Investment Community Session at Dentsply Sirona World 2021 on September 23, 2021, a genuine copy of which is attached as Exhibit 2, in its entirety for its true and correct contents. Dentsply

denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 170:**

Admit that on September 23, 2021, during the Investment Community Session at Dentsply Sirona World 2021, Gomez made the following statement:

> Jason, just to add some flavor to your question. I think, so clearly from a supply disruption perspective, we are fine. But it is clear that there is inflation in some places. Costs are going up.

**RESPONSE TO REQUEST NO. 170:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Investment Community Session at Dentsply Sirona World 2021 on September 23, 2021, a genuine copy of which is attached as Exhibit 2, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 171:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> Yes, as I indicated in my remarks, there are challenges. So far, I also said this so far for us, we have not been impacted in terms of our ability to manufacture products or to supply our distributors is something that we are monitoring very closely. The supply chain team is doing a great job because the reality is, it is harder now to find certain components.
>
> It is more expensive in some cases to procure certain materials. We have managed all of that so far. So with respect to what we're seeing in the inventory pipeline or channel, we haven't seen any major disruptions. Any changes really of material significance at this point. But as you know, this

is a global situation, and it's something that is hard to predict at this point. But so far, we – our financials are not – have not been impacted by the supply chain issues in a material way other than some elevated costs that we have been able to offset or in some cases, for example, we did a price increase.

**RESPONSE TO REQUEST NO. 171:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 172:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> And the – as I said before, the supply chain team is doing a great job. And that's why, so far, we have not impacted our ability to manufacture products.

**RESPONSE TO REQUEST NO. 172:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as

Exhibit 3, in its entirety for its true and correct contents.  Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 173:**

Admit that on November 11, 2021, during the Credit Suisse Healthcare Conference, Casey made the following statement:

> As we go into the fourth quarter, we're optimistic that things get closer and closer to normal. Obviously, the supply chain is impacting all of us. When you talk about – in our case, it's – we look at distribution costs are accelerating. To date, we've been able to manage through a lot of that. And as we look out, we have a few key products that there's obviously going to be constraints around we're a heavily chip-oriented business. To date, we've been able to make everything we need to make. But as we jump out 6, 8, 12 months, we expect to see pressure on that.
>
> We have a terrific supply chain. One of the advantages of the structure we put in place over the last 2 years is a centralized supply chain with a pretty sophisticated procurement group, and that's helped us through it. But we're also – we took price in the – at the very end of the third quarter, with the idea that we want to get in front of inflation.

**RESPONSE TO REQUEST NO. 173:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Credit Suisse Healthcare Conference on November 11, 2021, a genuine copy of which is attached as Exhibit 4, in its entirety for its true and correct contents.  Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 174:**

Admit that on December 1, 2021, during the Evercore ISI HealthCONx Virtual

88

Conference, Casey made the following statement:

> Yes. So the supply chain, I break it out into 2 things, Elizabeth, distribution and logistics. We're not seeing huge delays. We're seeing increased costs associated with that. And that's obviously a headwind as we go forward. The second issue is are we having problems getting anything, we're basically – what we're learning is we can get stuff. It just takes a lot more effort because it might not be as easy to get.

**RESPONSE TO REQUEST NO. 174:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Evercore ISI HealthCONx Virtual Conference on December 1, 2021, a genuine copy of which is attached as Exhibit 5, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 175:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> In the quarter, we also experienced more acute supply chain and COVID-related constraints, which we estimate to have suppressed our total company organic growth by approximately 2 to 3 points. We view this as a temporary headwind but anticipate that our supply chain will be – will remain challenging for at least 1 or 2 quarters in 2022.

**RESPONSE TO REQUEST NO. 175:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without

89

waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 23, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 176:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> Up until the third quarter, the majority of our supply chain challenges were cost related due to inflationary pressures. In the fourth quarter, we started to face significant component shortages impacting the production of imaging equipment and treatment centers. We estimate this impact to have reduced the T&E segment growth rate by at least 4 points.

> We ended the quarter with a higher-than-normal backlog in imaging, and our team will continue to manage the supply chain situation as effectively as possible over the next few quarters. Similar to many other industries, the availability of electronic components in dental is inconsistent at the moment.

**RESPONSE TO REQUEST NO. 176:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 23, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 177:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> One thing that we had been experiencing before this quarter, and I mentioned this a couple of times, we were able to have access to all the components we needed albeit at a higher price. So the impact had been only from a cost perspective.

**RESPONSE TO REQUEST NO. 177:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 178:**

Admit that on June 9, 2021, during the Goldman Sachs Global Healthcare Conference, Gomez made the following statement:

> Specifically for us, we have seen a good rebound of our sales in CAD/CAM in general and is happening pretty much across all of the categories within equipment. I think we're seeing great recovery and imaging across the board, CAD/CAM. And we feel frankly, in some places, we are probably gaining share. At a minimum, we are tracking with a fast market growth rate. . . .
>
> . . . So across that entire ecosystem, we've seen good recovery, good progress. And so both short-term rebound is good. And then long-term trend, this is part of a good trend, and we're excited about that business. And I think the potential is there for us and for all.

91

**RESPONSE TO REQUEST NO. 178:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Goldman Sachs Global Healthcare Conference on June 9, 2021, a genuine copy of which is attached as Exhibit 7, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 179:**

Admit that on September 15, 2021, during the Robert W. Baird Global Healthcare Conference, Gomez made the following statement:

> [W]e have a few key objectives with this year. One of them is continued momentum with our digital dentistry and the promotions that you talk about. Primescan continues to do well. Selling cameras alone is doing really well. CEREC is also doing well. So that – the momentum in that business has continued. . . .
>
> And so I think our digital business – digital dentistry business continues to be strong and we have more things coming down the pike.

**RESPONSE TO REQUEST NO. 179:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Robert W. Baird Global Healthcare Conference on September 15, 2021, a genuine copy of which is

92

attached as Exhibit 8, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 180:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> There continues to be a strong momentum on increasing digital capabilities within dental offices. Demand is high for digital devices such as Primescan and imaging equipment such as our new Axeos unit.

**RESPONSE TO REQUEST NO. 180:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 181:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> Yes, what we're seeing for T&E going into the fourth quarter is along the lines of what we said in our prepared remarks, which is, we have great momentum. There is great demand for Primescan, great demand for Axeos and imaging in general. The timing of sales relative to DS World, most of those sales actually happened in the fourth quarter. We – there was a lot of great excitement.
>
> And so in our guidance for the fourth quarter, we are including pretty

93

substantial growth for CAD/CAM, for imaging in general. So the performance in that business – that part of the business continues to be strong.

**RESPONSE TO REQUEST NO. 181:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 182:**

Admit that on January 12, 2022, during the JPMorgan Healthcare Conference, Casey made the following statement:

> [W]e've been really happy with CAD/CAM. Our CAD/CAM business is, if you look, we've kind of evolved with that, just in terms of – we used to be just full chairside. And now with the – as we have a DI product and introducing things like mill, we've been very happy with that.

**RESPONSE TO REQUEST NO. 182:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the JPMorgan Healthcare Conference on January 12, 2022, a genuine copy of which is attached as

94

Exhibit 9, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 183:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> Our clear aligners, implants and CAD/CAM businesses posted a strong growth in the quarter.

**RESPONSE TO REQUEST NO. 183:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 184:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> T&E segment organic sales expansion was led by double-digit growth in clear aligners, CAD/CAM and implants. The T&E segment posted a strong growth despite difficult supply chain conditions.

**RESPONSE TO REQUEST NO. 184:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted

95

language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 185:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Casey made the following statement:

> There was strong progress within the CEREC franchise during 2021. In addition to a record number of DI cameras sold, we were able to launch major software innovations with CEREC 5.2 and SureSmile 7.6. There is also good progress on Primemill. Our higher-end CBCT imaging systems also saw robust demand. This stems from dentists looking to add more sophisticated diagnostic tools that will allow them to incorporate more complex procedures like implants and clear aligners to the practices.

**RESPONSE TO REQUEST NO. 185:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 186:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal

year 2021, Gomez made the following statement:

> The retail demand for Primemill is solid, and our dealer partners in the U.S.
> have sufficient inventory to meet that demand. In the short term, this trade-
> off will reduce our wholesale volume of Primemills but is the right thing to
> do for our customers.

**RESPONSE TO REQUEST NO. 186:**

In addition to the General Objections and Objections to Definitions and Instructions,

Dentsply objects to the Request because it purports to request information concerning quoted

language that is inaccurate and incomplete as set forth in the Request. Subject to and without

waiving the General Objections, Objections to Definitions and Instructions, and Reservation of

Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the

Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as

Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations

inconsistent with the contents of the referenced document.

**REQUEST NO. 187:**

Admit that on June 9, 2021, during the Goldman Sachs Global Healthcare Conference,

Gomez made the following statement:

> We have thrown in more sophisticated and strategic incentive plans. We
> went from doing a lot of incentives with our dealer partners, and we have
> redirected those dollars mostly to the end customer. And so trying to match
> end-customer demand with our sales. That is a very important thing.

**RESPONSE TO REQUEST NO. 187:**

In addition to the General Objections and Objections to Definitions and Instructions,

Dentsply objects to the Request because it purports to request information concerning quoted

97

language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Goldman Sachs Global Healthcare Conference on June 9, 2021, a genuine copy of which is attached as Exhibit 7, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 188:**

Admit that on August 5, 2021, during Dentsply's earnings call for 2Q21, Casey made the following statement:

> In terms of dealer inventory, first, we've been super happy with our dealer partners, I mean, both the large and small. They've done a really good job, in our opinion, on helping us buffer some pretty radical supply chain swing – not supply chain swings, demand swings. . . .
>
> . . . I would tell you, they've been challenged to maintain inventory.

**RESPONSE TO REQUEST NO. 188:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q2 2021 earnings call on August 5, 2021, a genuine copy of which is attached as Exhibit 1, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 189:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the

following statement:

> We don't think so. We track that closely and we manage our inventory levels
> in a disciplined way. And so we are not seeing that at this point.

**RESPONSE TO REQUEST NO. 189:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 190:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> I don't think so. No, we watch inventory very closely, our internal inventory, inventory in the channel. And our objective at all times is to ensure that our manufacturing process is smooth. And the worst thing that you can do for any manufacturing process is to move inventory levels too drastically from period to period.

> So our goal, at all times, is to keep inventory levels relatively stable. And our actually long-term goal is frankly to decrease days of inventory, and that's a key internal goal that we track and measure very closely.

**RESPONSE TO REQUEST NO. 190:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without

waiving the General Objections, Objections to Definitions and Instructions, and Reservation of

Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the

Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as

Exhibit 3, in its entirety for its true and correct contents. Dentsply denies any characterizations

inconsistent with the contents of the referenced document.

**REQUEST NO. 191:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal

year 2021, Gomez made the following statement:

> The last week or 2 in December became more complicated for dental
> practices in many markets primarily as a result of staffing shortages, and as
> a result, volume tended to go down a little bit again in the last couple of
> weeks in December in a lot of markets.

> We had also situations like China where many provinces still have the zero
> COVID policy and, as a result, are in major lockdowns, which restricts
> substantially patient traffic. So those are probably the 2 main constraints we
> were facing from a volume – from a demand perspective.

**RESPONSE TO REQUEST NO. 191:**

In addition to the General Objections and Objections to Definitions and Instructions,

Dentsply objects to the Request because it purports to request information concerning quoted

language that is inaccurate and incomplete as set forth in the Request. Subject to and without

waiving the General Objections, Objections to Definitions and Instructions, and Reservation of

Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the

Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as

Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations

inconsistent with the contents of the referenced document.

100

**REQUEST NO. 192:**

Admit that on August 5, 2021, during Dentsply's earnings call for 2Q21, Casey made

the following statement:

> We are reaffirming our 2021 outlook. The dental market continues to show
> resilience as well as strong underlying fundamentals. We believe that
> Dentsply Sirona is well positioned to deliver sustainable growth in the
> future.

**RESPONSE TO REQUEST NO. 192:**

In addition to the General Objections and Objections to Definitions and Instructions,

Dentsply objects to the Request because it purports to request information concerning quoted

language that is inaccurate and incomplete as set forth in the Request. Subject to and without

waiving the General Objections, Objections to Definitions and Instructions, and Reservation of

Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the

Company's Q2 2021 earnings call on August 5, 2021, a genuine copy of which is attached as

Exhibit 1, in its entirety for its true and correct contents. Dentsply denies any characterizations

inconsistent with the contents of the referenced document.

**REQUEST NO. 193:**

Admit that on September 15, 2021, during the Robert W. Baird Global Healthcare

Conference, Gomez made the following statement:

> Yes. We think we have the levers. I think the market is healthy in many
> areas where we have exposure. We are making investments in areas where
> we are under indexed. And so we think we have a very good shot at being
> able to deliver that type of growth rate sustainably, which is something that
> the company has not done in many, many years.

**RESPONSE TO REQUEST NO. 193:**

In addition to the General Objections and Objections to Definitions and Instructions,

Dentsply objects to the Request because it purports to request information concerning quoted

language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Robert W. Baird Global Healthcare Conference on September 15, 2021, a genuine copy of which is attached as Exhibit 8, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 194:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Casey made the following statement:

> Overall, we continue to be pleased with the recovery in the dental market, how we are operating and our prospects for growth in the future.

**RESPONSE TO REQUEST NO. 194:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 195:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Casey made the following statement:

> To summarize, our strong performance year-to-date gives us confidence

going forward for the remainder of 2021. We have good momentum leading into the future. Our results reflect the underlying resilience of the dental market and our team's disciplined performance against our operational goals and progress against our key strategic priorities. Based on this, as Jorge said, we are raising our '21 earnings outlook. Going beyond the quarter-to-quarter discussion, we also believe that Dentsply Sirona is well positioned to transform dentistry and deliver sustainable growth going forward.

**RESPONSE TO REQUEST NO. 195:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 196:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> Now let me provide an update on our financial expectations for 2021. Based on the solid performance of our business year-to-date and the current market trends, we are increasing our estimates for 2021 as follows. We are tightening our revenue outlook by increasing the bottom of our range. We now expect revenues to be in the $4.25 billion to $4.3 billion range.
>
> With respect to EPS, we are increasing and narrowing our estimates for fiscal year 2021. The new EPS outlook range is now $2.87 to $2.92. This range is based on a new assumption for the euro to USD rate of 1.16. This is lower than the fiscal year '21 budget assumption of 1.22 and lower than last quarter's assumption for the second half of the year of 1.18.
>
> . . . Overall, we are very pleased with the current momentum in our business

103

and our new 2021 outlook for revenue and earnings reflects that confidence.

**RESPONSE TO REQUEST NO. 196:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q3 2021 earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 197:**

Admit that on November 11, 2021, during the Credit Suisse Healthcare Conference, Casey made the following statement:

> If you look at the growth number coming off '19 versus '18 and how we feel coming out of the pandemic, we said we think we can raise that long-term target to 4% to 5%. And as we sit here today, we're pretty optimistic that our growth prospects are good and that 4% to 5% is definitely attainable.

**RESPONSE TO REQUEST NO. 197:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Credit Suisse Healthcare Conference on November 11, 2021, a genuine copy of which is attached as Exhibit 4, in its entirety for its true and correct contents. Dentsply denies any characterizations

104

inconsistent with the contents of the referenced document.

**REQUEST NO. 198:**

Admit that on November 11, 2021, during the Credit Suisse Healthcare Conference,

Casey made the following statement:

> So in aggregate, we had a very, very strong third quarter. We think that
> business going forward is sustainable as we bring these new products in.

**RESPONSE TO REQUEST NO. 198:**

In addition to the General Objections and Objections to Definitions and Instructions,

Dentsply objects to the Request because it purports to request information concerning quoted

language that is inaccurate and incomplete as set forth in the Request. Subject to and without

waiving the General Objections, Objections to Definitions and Instructions, and Reservation of

Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Credit

Suisse Healthcare Conference on November 11, 2021, a genuine copy of which is attached as

Exhibit 4, in its entirety for its true and correct contents. Dentsply denies any characterizations

inconsistent with the contents of the referenced document.

**REQUEST NO. 199:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year

2021, Gomez made the following statement:

> Now let me provide an overview of our financial expectations for fiscal 2022.
> We expect organic sales to be in the 4% to 5% range. This equates to a net
> sales range of $4.3 billion to $4.4 billion. . . .

> From a revenue perspective, market demand remains strong despite COVID
> variant challenges in certain markets. We expect strong contributions to
> growth from clear aligners, CAD/CAM, implants and imaging.

**RESPONSE TO REQUEST NO. 199:**

In addition to the General Objections and Objections to Definitions and Instructions,

105

Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 200:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> Overall, we are confident that the progress we are making in key growth areas, combined with the resilience of the dental market, will allow us to continue to expand revenue and earnings over time. Additionally, the strength of our EBITDA generation enable the funding of our investment priorities and the funding of a very competitive cash flow yield to our shareholders.

**RESPONSE TO REQUEST NO. 200:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 201:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Casey made the following statement:

> In late 2018, we had outlined a program to accelerate growth, improve margin and to simplify the organization. Despite challenges, we have largely achieved the targets that we had laid out. Just as important, our team has also sharpened our strategy while improving our innovation capabilities. As Jorge said, going forward, we expect to build on those capabilities to deliver reliable 4% to 5% growth in revenue, continuous improvement in our margins and double-digit earnings growth. We believe our strategy of delivering superior integrated workflows in critical procedures will allow Dentsply Sirona to become the indispensable digital partner to the dentist.

**RESPONSE TO REQUEST NO. 201:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 202:**

Admit that on June 17, 2021, during the Robert W. Baird Healthcare ESG Symposium, Gomez made the following statement:

> The most interesting thing about ESG for me so far has been the fact that, across the company, across the globe, all of our employees are embracing ESG.

107

**RESPONSE TO REQUEST NO. 202:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Robert W. Baird Healthcare ESG Symposium on June 17, 2021, a genuine copy of which is attached as Exhibit 10, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 203:**

Admit that on June 17, 2021, during the Robert W. Baird Healthcare ESG Symposium, Gomez made the following statement:

> The last point I would say is one of the key aspects of ESG is managing risks. And it ties perfectly into our enterprise risk management process, which, from a governance perspective, as you know, is extremely important. So all of these things are coming together really nicely. . . .

**RESPONSE TO REQUEST NO. 203:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply denies the matters set forth in the Request and refers to the transcript of the Robert W. Baird Healthcare ESG Symposium on June 17, 2021, a genuine copy of which is attached as Exhibit 10, in its entirety for its true and correct contents. Dentsply denies any characterizations inconsistent with the contents of the referenced document.

108

**REQUEST NO. 204:**

Admit that Dentsply's Code of Ethics and Business Conduct was available on Dentsply's website throughout the Class Period.

**RESPONSE TO REQUEST NO. 204:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "available" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Dentsply admits the matters set forth in the Request.

Dated: August 11, 2025
    New York, New York

Respectfully submitted,


/s/ Roger A. Cooper
Roger A. Cooper
Andrew Weaver
racooper@cgsh.com
aweaver@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Counsel for Defendant Dentsply Sirona Inc.*

110

# EXHIBIT 1

**S&P Global**
Market Intelligence

# DENTSPLY SIRONA Inc. NasdaqGS:XRAY FQ2 2021 Earnings Call Transcripts

## Thursday, August 05, 2021 12:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2021- | | | -FQ3 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.66 | 0.71 | ▲7.58 | 0.66 | 2.88 | 3.21 |
| **Revenue (mm)** | 1013.49 | 1067.00 | ▲5.28 | 1018.48 | 4248.78 | 4467.96 |

Currency: USD
Consensus as of  Aug-05-2021 11:45 AM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2020** | 0.33 | 0.67 | ▲1 103.03 % |
| **FQ4 2020** | 0.64 | 0.87 | ▲2 35.94 % |
| **FQ1 2021** | 0.56 | 0.72 | ▲3 28.57 % |
| **FQ2 2021** | 0.66 | 0.71 | ▲4 7.58 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................ | 3 |
| Presentation | ................................................................ | 4 |
| Question and Answer | ................................................................ | 10 |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Andrea Daley**
*Vice President of Investor
Relations*

**Donald M. Casey**
*CEO & Director*

**Jorge M. Gomez**
*Executive VP & CFO*

**ANALYSTS**

**Allen Charles Lutz**
*BofA Securities, Research Division*

**Elizabeth Cristina Mari Garcia**
*Wolfe Research, LLC*

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities,
Research Division*

**Jeffrey D. Johnson**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research
Division*

**Nathan Allen Rich**
*Goldman Sachs Group, Inc.,
Research Division*

**Tycho W. Peterson**
*JPMorgan Chase & Co, Research
Division*

**Unknown Analyst**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day. Thank you for standing by, and welcome to the Q2 2021 Dentsply Sirona Earnings Conference Call. [Operator Instructions] Please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker today, Andrea Daley. Thank you. Please go ahead.

**Andrea Daley**
*Vice President of Investor Relations*

Thank you, Calandra, and good morning, everyone. Welcome to our second quarter 2021 earnings conference call. I'd like to remind you that an earnings call press release and slide presentation related to the call are available in the Investors section of our website at www.dentsplysirona.com.

Before we begin, please take a moment to read the forward-looking statements in our earnings press release. During today's call, we make certain predictive statements that reflect our current views about future performance and financial results. We base these statements and certain assumptions and expectations on future events that are subject to risks and uncertainties. Our most recent Form 10-K lists some of the most important risk factors that could cause actual results to differ from our predictions.

In today's conference call, our remarks will be based on non-GAAP financial results. We believe that non-GAAP financial measures provide investors with useful supplemental information about financial performance of our business, enable the comparison of financial results between periods where certain items may vary independently of business performance and allow for greater transparency with respect to key metrics used by management in operating our business. Please refer to our press release for the reconciliation between GAAP and non-GAAP results.

And with that, I'd like to now turn the call over to Don Casey, our Chief Executive Officer.

**Donald M. Casey**
*CEO & Director*

Thank you, Andrea, and thank all of you for joining us this morning for the Dentsply Sirona's second quarter earnings call. We are pleased with our performance in the second quarter. As we will detail today, the dental market continues to recover and demonstrate the underlying resilience that makes it attractive long term.

For the quarter, the company grew both versus 2020 and 2019 as well as sequentially quarter-to-quarter. The team also made progress against our strategic and operational priorities, giving us confidence as we head into the back half of the year.

The pandemic remains a key consideration for us as we evaluate our performance for the quarter and plan for the remainder of the year. At this point, we feel the market is operating slightly below 2019 levels with a continued recovery expected for the remainder of the year. As we navigate through the newest phase of the pandemic, we are mindful that there are -- continues to be some ongoing impact in certain regions and some stresses to the supply chain.

One constant throughout all of this, though, has been our team at Dentsply Sirona. Their performance over the past 18 months has been exceptional, and I would like to thank them for their tremendous commitment to our customers as they demonstrate every day.

On today's call, Jorge and I will talk about our results for the quarter and provide our outlook for the remainder of the year and discuss our growth plans for the back half of 2021 and beyond.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving now to Slide 6. As I mentioned, our financial performance for the quarter was solid and closes out a strong first half of the year. The results reflect the continued recovery of the market, progress on our growth initiatives and good operating discipline.

Revenues reached $1.067 billion, up 104.6% on an organic basis. Our operating margin was 20.5% versus minus 8.6% during the prior year. Adjusted non-GAAP EPS was $0.71 compared to a loss of $0.18 last year and cash flow was $214 million.

To provide more details around the quarter, I will now turn the call over to Jorge.

**Jorge M. Gomez**
*Executive VP & CFO*

Thanks, Don. Good morning, and thanks for joining us. As a reminder, my remarks today will be based on non-GAAP financial results unless otherwise noted. Please refer to the reconciliation tables at the back of the press release and slides, both of which are posted in the Investors section of our website.

As Don said, our second quarter performance rounds out a strong first half of our fiscal year. In Q2, we delivered sequential quarterly revenue growth in both Consumables and T&E. We also posted organic sales above pre-COVID levels in 2019.

Let's look at Q2 in more detail. Versus last year, the business delivered organic revenue growth of 104.6% and reported growth of 117.3%. Compared to the second quarter of 2019, reported sales grew 5.7% and organic sales grew 3.1%. Both segments also grew versus Q2 2019. This performance against the 2019 baseline confirms the steady recovery trend we have seen in 2021.

Gross profit was $626 million or 58.7% of sales. This strong outcome reflects the continuation of a favorable mix similar to Q1 as well as the overall portfolio optimization work we have done to focus on higher growth, higher-margin businesses. We're also seeing some challenges from a supply chain cost perspective, and our teams are working diligently to address them.

Before I start discussing SG&A numbers, I would like to remind you that we now report R&D spend separately from SG&A. As we indicated last quarter, we began to ramp on planned SG&A investment spend in the second quarter.

We tempered certain investments during the height of COVID, but we are now accelerating projects as the market further normalizes. We are increasing investments in sales and marketing to support our short- and medium-term growth plans in clear aligners, implants and digital capabilities.

Sequentially, SG&A increased in absolute dollars but remained relatively flat as a percent of sales. Versus the prior year quarter, SG&A as a percent of sales declined 12.6 percentage points to 34.4%.

Spending on R&D was up 122.2% in the quarter to $40 million. We expect this level of spend to continue as we are committed to delivering innovation and great solutions to our customers. We are taking a disciplined approach to ensure alignment with our strategic priorities and track return on R&D investment.

Operating profit was $219 million versus a loss of $42 million last year. The business delivered an operating margin of 20.5%, representing continued margin expansion from the realized benefits of our restructuring program. At the same time, we have been able to make meaningful investments in our business to fund growth initiatives.

Net interest and other expense was flat versus last year. The non-GAAP tax rate in the second quarter was 23.9%, a decrease compared to 26.8% in the prior year quarter, which was a function of the changes in the U.S. versus non-U.S. pretax income.

Non-GAAP EPS was $0.71 versus a loss of $0.18 in the prior year quarter.

Moving to segment performance. Versus the second quarter of 2020, Consumables and Technologies & Equipment posted organic growth of 135.3% and 85.2%, respectively. Both segments posted strong

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

growth across all product categories. Consumables sales were $445 million, an increase of 138% versus the prior year.

Growth was strong across all regions and in all categories, most notably within the endo and resto parts of our portfolio, which represent strategic priorities for our business. Additionally, the rebound in the preventative business, particularly in the U.S., continued in Q2.

The Consumables market has been resilient, and our team is executing well through the recovery. Currency favorably impacted Consumables by 11.2%, offset by a reduction of 8.5% due to divestitures and discontinued products.

Moving on to Technologies & Equipment segment results. T&E sales grew 104.6% versus the prior year, with strong growth coming from all regions and product categories. The growth was driven by Digital Dentistry and equipment and instruments, which grew well in excess of 100%.

The T&E segment also includes our health care business, which show a smaller pandemic-related impact than the dental business in Q2 2020, resulting in a less significant year-on-year growth. Within T&E, the launch of our new Axeos imaging unit continues to go very well. We're also seeing a strong momentum in Digital Dentistry with digital adoption and upgrade cycles fueling growth for Primescan.

Our Clear Aligners franchise performed very well in the quarter. Sales growth is strong, and we are confident in the team's ability to deliver on the $300 million 2021 exit run rate shared previously. This quarter, we also announced the acquisition of Propel Orthodontics and a strategic partnership with 3Shape, further complementing our clear aligners offering. We expect to see the benefits from these 2 initiatives starting in 2022.

Currency favorably impacted sales by 10.4% as well as a benefit from acquisitions of 19%, offset by a reduction of 10% due to divestitures and discontinued products.

Now turning to financial performance by region during the second quarter. U.S. sales were $366 million a growth of 179.4% versus last year. Organic sales growth was 145.8%. We were pleased to see dental sales volumes return close to normal levels in both segments and across all product categories.

European sales were $431 million, a growth of 99.5% versus last year. Organic growth was 91.8% compared to the prior year. Similar to U.S. sales, all areas in Consumables and T&E rebounded well from the low point last year.

Rest of the world sales were $270 million, a growth of 87.5% versus last year. Organic sales growth was 86.2%, reflecting the recovery in demand across Consumables and T&E. The Asia Pacific region, in particular, has been an area of continued growth for our business.

Next, I'd like to cover cash flows. In the second quarter of 2021, our operating cash flow was $214 million, a $39 million improvement versus last year. The company finished the second quarter with cash on hand of $332 million and committed credit facilities of another $744 million.

On a year-to-date basis, we deployed more than $241 million to fund strategic acquisitions, including Datum and Propel Orthodontics. We also returned a total of $134 million to shareholders through dividends and share buybacks. During the second quarter, we increased the quarterly dividend by 10%. The Board also authorized an increase to our share repurchase program, bringing the total amount to $1 billion. This is inclusive of the $260 million we had remaining from our previous authorization.

Now let me provide an update on our financial expectations for 2021. We completed a strong first half of the year. We believe the healthy demand will continue through the second half of the year driven by positive momentum in patient confidence and procedure volumes with the vaccine rollout. Based on that, we are reaffirming our outlook for fiscal 2021. We also expect non-GAAP EPS to be close to the top end of the $2.75 to $2.90 range that we provided last quarter.

Here are a couple of considerations with respect to our outlook. We have updated our assumption for the euro-U.S. dollar exchange rate for the remainder of the year from 1.22 to 1.18. We estimate the impact

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

from this change to be a reduction in projected earnings of approximately $0.05 in the second half of the year.

Second, this full year outlook includes commitments on investment spend that will be incurred over the remainder of the year. We will continue to operate with a high degree of operational discipline, and we'll manage SG&A expenses in line with the pace of the commercial activities.

Our key 2021 planning assumptions are listed within the supplemental materials posted on the Investors section of our website. There are 2 risks to this outlook that are worth highlighting. COVID-19 and ongoing supply disruptions. We are watching closely how the situation evolves, especially considering the increased number of cases in some countries and the actions taken by governments to reinstate certain restrictions.

Before I turn the call back to Don, we would like to share a quick update on our efforts around ESG. During the second quarter of 2021, we published our sustainability fact sheet and environmental scorecard. They are available for review on the Sustainability page of our website.

Additionally, in May, we announced a global partnership with FDI World Dental Federation, as 1 of 5 industry founding partners to lead the new sustainability in dentistry initiative. Also, we are planning to publish our sustainability report in Q3.

As we look forward in our ESG evolution, there are a few guiding principles we are keeping in mind. First, we believe purpose and economic value intersect in a clear way in our business. Second, we want to be transparent about our progress by increasing the disclosure of key ESG metrics. And third, we are measuring and analyzing our ESG data, and we'll make sure we adhere to highest standards of data integrity.

With that, I will now turn the call back to Don.

**Donald M. Casey**
*CEO & Director*

Thank you, Jorge. I would now like to provide some perspective around our strategy and priorities for 2021 and beyond.

Moving to Slide 16 in the presentation. Our priorities have been consistent for the past 3 years. They are to grow organic revenues 4% to 5% long term through a combination of organic and inorganic activities. The team continues to focus on improving margins and expects to achieve our goal of 22% by the end of 2022. Supporting this goal are efforts to simplify the organization and take better advantage of our scale. This formula leads to our target of delivering consistent double-digit EPS growth.

Slide 17 in the presentation details our strategy. We believe that Dentsply Sirona will grow long term by delivering superior, integrated workflows in critical procedures. These workflows will be built around diagnostic excellence, easy-to-use treatment planning and essential consumable products. When we do this, Dentsply Sirona becomes the essential solution provider that improves outcomes for patients while delivering better efficiency and economics for the dental professional.

Moving to the next slide. Dentsply Sirona is unique in this space with category-leading brands in both the x-ray imaging and the intraoral scanning spaces. Most companies have one or the other. But we are, by far, the biggest player with both.

In the imaging space, Dentsply Sirona has a significant installed base comprised of many well-recognized brands that are at the heart of the dental practice. Our imaging brands include Schick, the Orthopos family, Galileos and our new Axeos wide field of view system. Dentists all over the world recognize these brands for their high quality and innovative features.

For perspective, our imaging systems combine to take over 400 million digital x-ray images a year. What really differentiates Dentsply Sirona, though, is that in addition to our major presence in imaging, we are also a leader in the intraoral scanning space.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

There is already a large and expanding CEREC base that includes Primescan and Omnicam intraoral scanners. While we continue to emphasize the advantage of chairside dentistry, the company is also focused on expanding our presence in the rapidly growing DI space. Our Primescan entry, in addition to being the engine for chairside dentistry, offers outstanding performance as a stand-alone scanner. When dental offices start with Primescan, they get a great scanner that is easy to use and extremely accurate.

But starting with Primescan is only the beginning. Our system offers tremendous versatility that allows for easy upgrading to full chairside capabilities and further opportunities to expand into other procedures such as clear aligners and implants.

Aesthetics areas like clear aligners, implants and complex restorations have been among the fastest growing in the dental market. These higher-value procedures are made easier and more efficient when using digital tools. And we are the leader in providing these increasingly important treatment planning tools.

Our well-recognized treatment planning brands include Sidexis, CEREC, SureSmile, SIMPLANT, Atlantis and M-Guide. All of these treatment planning tools are fully integrated with our digital equipment. To give some context, in a typical year, there will be over 275 million patient cases done in Sidexis and over 4 million cases done through CEREC. The large volume of these cases also provides important fuel for our AI efforts.

The final element of the strategy is linking the diagnosis and workflow tools with our essential Consumables business. Every implant and endodontic procedure finishes with a restoration, which is why we are optimistic about our ability to drive Consumables in the future. Our 4% to 5% growth target is built on a strong commitment to organic innovation, acquisitions and other inorganic opportunities built on a foundation of global commercial excellence.

Organic innovation is our lifeblood. And as Jorge mentioned, our investment in R&D has been increased by close to 50%, reaching $160 million in 2021. This investment is helping drive a very robust pipeline for the back half of this year with continued progress in 2022.

Moving now to Slide 19. In September, we will be launching a comprehensive restage of our implant business. The restage puts together our digital base, historical product strength with other key elements like custom abutments and continuing education and training. The program starts with harmonizing all our implant businesses under the Dentsply Sirona brand name, including our rapidly growing MIS value implant business.

It will include strong new products, highlighted by Prime Taper, an immediate load implant that will position us very competitively in the marketplace. We will also be updating our well-recognized SIMPLANT treatment planning software and integrating it with CEREC. We're also focusing on our Atlantis Custom Abutment business, which has very easy-to-use planning software for custom abutments.

For perspective, we process well over 0.5 million implant cases through SIMPLANT and Atlantis on an annual basis. For the first time, we are offering an edentulous scanning program for CEREC, a major development in the implant space. The edentulous scan takes advantage of Primescan's unique accuracy and provides a whole new level of detail that makes full arch implant planting easier.

While we are in the process of rolling out -- we are in the process of rolling out the OSSIX bone regeneration brand to further enhance our implant offering and serve the rapidly growing immediate load implant segment in general. All our implant training and continuing education efforts will be harmonized and rebranded to provide a comprehensive implant curriculum for dentists.

We've been working closely with our global implant KOL community, and they have started gaining experience with the product. The reaction has been very positive. They are very comfortable with the new products in part because they are based on a procedure they know well. The revitalization of our implant business is an important piece of our overall growth strategy.

This relaunch will begin in September and continue rolling out globally throughout Q2 2022.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving now to Slide 20. Our endodontic platform is another critical area for us. Beginning in September, we will be launching ProTaper Ultimate as part of a new platform that will include new files, a bio ceramic (sic) [ bio ceramic sealant ] sealer and a new disinfection device.

In addition, we will be launching multiple new motor systems in early 2022. The ProTaper Ultimate system really takes performance to the next level. the files have been designed to cut and shape better and faster, requiring less files per procedure. The complete system will offer better cleaning and op duration as well. ProTaper Ultimate is the first major platform we have launched in the endo area in several years. It has also been in the hands of our KOLs and it was met with a very positive response.

There are also several critical software upgrades and launches coming in the back half of 2021. These include a major SureSmile upgrade 7.7. This upgrade improves the user interface for the GP, simplifying the case review screen and enhancing the order entry process.

We're also launching CEREC 5.2, a significant upgrade in Primescan that further enhances its speed and ease of use. This CEREC 5.2 upgrade supports the new edentulous scanning capability and differentiates Primescan in the marketplace. Early beta testers have indicated that this software upgrade provides a level of performance that makes it feel like a whole new product.

There are also multiple new SureSmile product launches coming over the next 2 quarters. These include the introduction of a VPro product as well as whitening in Q4. With VPro, which came as part of the Propel acquisition, SureSmile will be differentiated in the marketplace. All of these new products will be launched at our DS World event in September.

Moving to the next slide. In addition to our organic innovation program, Jorge detailed some of the strategic acquisitions made over the last several months. All of these are designed to enhance our competitiveness in higher-growth, higher-margin categories, including clear aligners and implants. I wanted to add to his comments by saying that we are very happy with the BYTE acquisition. We've had BYTE for close to 8 months and are very pleased with the integration program and excited about its future growth prospects.

As mentioned earlier, we also closed on Propel in Q2, and we recently acquired Datum to provide us with a leading bone growth regeneration product to accelerate our implant businesses. These businesses are off to a strong start and their integrations are on target.

All of this is powered by our outstanding global commercial team comprised of over 5,000 people. We've been investing in a comprehensive sales force effectiveness program that will be close to completed in our 10 largest countries by the end of this year.

Over the past 2 years, the team has also made solid progress against our goal of improving our operating margin and simplifying the organization. We've rationalized our manufacturing and supply chain, launched a comprehensive enterprise modernization program around key functions, all while maintaining strong expense discipline. As a result, we will deliver the $250 million savings target and the '22 margin goal on time.

Moving to Slide 23. In summary, we had a strong first half as the market recovered and the company made progress on key strategic goals. We are reaffirming our 2021 outlook. The dental market continues to show resilience as well as strong underlying fundamentals. We believe that Dentsply Sirona is well positioned to deliver sustainable growth in the future.

And finally, we are pleased to confirm that DS World will again be welcoming guests to Las Vegas, September 23 through the 25th, at Caesars Forum while also offering a hybrid option. It is an excellent way to build momentum in the back half of the year.
And with that, we can open the call to questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And your first question comes from the line of Elizabeth Anderson from Evercore.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Congrats on the quarter. I guess on my first question, given the outperformance in the quarter, obviously strong, and you're pointing to a lot of things at that, point to continued momentum in the back half of the year. Why not raise the guidance? I know you guys obviously pointed to being at the upper end of that, but just it would be helpful to hear your thought process around that a little bit more.

**Jorge M. Gomez**
*Executive VP & CFO*

Yes, good question. And listen, from a macro perspective, we feel really good about how the business is tracking. The execution by our teams has been solid all year. And the progression of the business, as demonstrated by the last several quarters, is consistent. Also, I mean, if you remember, we were the first company that provided guidance at the beginning of this year. And then right after the first quarter, given the performance we had in Q1, we actually raised our guidance in a meaningful way for the rest of the year.

Q2, we performed very much according to our expectations. It was a solid quarter, and we believe the second half is going to be better than the first half. But as I pointed out in my prepared remarks, there's a few things to keep in mind, and we talked about this in Q1. First, we have investment spend that we move from Q1 and partially from Q2 into the second half of the year because we didn't spend at the pace we were planning to spend in the first half of the year. So that is important. And those investments, by the way, are intended to fund very important priorities for us, for example, clear aligners. Our clear aligners business, as we discussed, is growing and we are adding more resources because we are launching aligners in other countries.

We are also making investments in our implants. Don talked about what's going on with our implant business, and we continue to make investments in our digital capabilities, both in terms of a go-to-market strategy and products that are important for our customers as well as internal infrastructure.

And then I also mentioned this in my prepared remarks, there is an impact from a planning perspective resulting from our change in assumptions relative to the euro exchange rate. So when we provided guidance at the beginning of the year, this was one of the assumptions that I shared with all of you. We said at the time that we were expecting the euro to be at the 1.22 level, and we have not seen that this year. So for the remainder of the year, we decided to change the assumption, and now we are using 1.18. That change in assumptions represents about $0.05 in the second half of the year.

So when you kind of look at all of those pieces and do the math, I think we feel good about being at the top end of our range. And we always -- we are never satisfied. We always want to do better, and -- but we are really -- we feel good about the consistency in our results and performance this year. So for all those reasons, that's why we have kept the guidance where it is now.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Got it. That's super helpful. And just talking about a little bit about more of the implant relaunch, how do you guys see that integrating with your One DS program? I assume that's sort of something that you might talk about as we approach DS World or at DS World.

**Donald M. Casey**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, Elizabeth. Implants is going to be a big feature of DS World because, look, we really want to talk about being the first kind of digitally native implant company. So when we start talking about CEREC and the ability to do an edentulous scan and whatnot, you're going to see a fair amount of integration of our digital technology with easy-to-use treatment planning, principally aimed at the general practitioner as a way of giving them a lot more confidence from stepping up from doing some procedures to making it a regular part of their practice. So yes, you're going to see a fair amount of that at DS World.

Look, DS World is going to feature, we think, a pretty exciting lineup of new products, whether it was what we're doing in the endo space. We're really excited about the restage of our implant business. But also, really, I don't want to undersell the CEREC 5.2. I mean, the folks who have been using this for a while really say it's like almost a new product because it cuts the time you need to do a scan. It enhances accuracy. And when we're adding specific treatment planning around things like in dental scanning, doing a real integration with SureSmile, with 7.7, we're really trying to make digital workflows the heart of everything we do.

### Operator

And your next question comes from the line of Jeff Johnson from Baird.

### Jeffrey D. Johnson
*Robert W. Baird & Co. Incorporated, Research Division*

Don, I'd like to take your pulse maybe on kind of the 2-year growth rates. In the first quarter, we had you kind of versus 1Q '19 at about 7%, maybe a little north of that, as Jorge said today about just over 3%. Your commentary about the market is continuing to improve, and that seems consistent with our checks. So just, I'd like to better understand why maybe that 2-year growth rate came in a few points. And it seemed like it was pretty evenly split across all 3 of your geographies. We have all 3 of them, maybe 3 to 5 points slower on a 2-year basis versus 1Q. So just maybe help us understand that dynamic.

### Donald M. Casey
*CEO & Director*

Yes, Jeff, look, 1Q came in very strong. I think that was kind of the quarter that everybody felt that, okay, things have returned to some semblance of normality. And I think there was a fair amount of catch-up across the board. And as we look at 2Q, we saw a pretty -- again, consistent, whether it's Consumables, Technology & Equipment. By the way, Jorge in his prepared remarks called out our Wellspect business, the healthcare business, which obviously wasn't really impacted by the pandemic. So that's a piece of that business, you kind of have a normal growth rate there compared to the really significant dental growth rates of triple digits.

The only other thing I'd point out, Jeff, when you start looking versus 2019, there's 2 points I'd direct your attention to. The first is, remember, Q1, Q2 in '19, we were coming off the Primescan launch, and we were actually a little bit back ordered in there with a lot of that actually delivered in the first and second quarter.

And the second point in that around the Consumables business, we had really begun to implement a comprehensive program to change how we promote things and looking to focus much more on One DS-type programs that were aimed directly at creating retail demand as opposed to focus on wholesale activity. So there's -- we were working through that specific thing. If we hadn't been pandemic-ed, if that's even a word, Jeff, we would have seen that kind of level out through 2020. So you had that distortion associated with the pandemic.

And so now when you're looking at '21 versus '19, we're working our way through that comp, which might have been a little bit higher in '19 versus what we're seeing now as we level load and really focus on stuff like One DS as a preferred promotional program.

### Jeffrey D. Johnson
*Robert W. Baird & Co. Incorporated, Research Division*

Yes. Understood. And just as a follow-up question, just on BYTE. I try to ask you this question each quarter, and you defer, and I'm sure you will again this quarter, but let me ask it, I guess, this way, which

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

is the 19% acquisition growth in T&E. Our assumption is Propel was kind of a vertical integration deal, so not a whole lot of contribution on a revenue perspective there relative to what had been happening. Datum, generally immaterial, a little bit of contribution.

So is it fair to think about that 19% acquisition growth in T&E specifically largely or majority of that being driven by BYTE, and that would suggest kind of sequentially BYTE stepped up probably 20% plus, is that reasonable as well?

**Donald M. Casey**
*CEO & Director*

Yes.

**Operator**

And your next question comes from the line of Tycho Peterson from JPMorgan.

**Tycho W. Peterson**
*JPMorgan Chase & Co, Research Division*

Don, I want to go back to the implant relaunch. I'm just curious how much of this is trying to revitalize growth from new products? How much of this is reorg? And how are you thinking about premium versus value? And can you give us a sense of how material you think this could be to the business, this relaunch, over the next couple of years?

**Donald M. Casey**
*CEO & Director*

Yes. It's -- a couple of things, Tycho. First, we've been very public about saying we're unhappy with our implant performance. And basically, we said it was -- we thought it was a 2-stager, where, look, we've got to get back to growth part 1 and then we got to grow with the category or faster than the category. And you know this. Historically, we've been really kind of balkanized around our implant approach. We had 4 premium brands between Ankylos, XiVE, Astra and Astra EV. I don't think people really understood we had a very competitive value brand in MIS that's actually been growing at, if not faster, than the market.

The other thing, we've never really called out the -- our custom abutments business, which is -- the brand name we have is Atlantis, which is, again, growing at, if not faster, than market.

So when we step back, we said, "Hey, look, we have a fairly aggressive new product, set of programs, and we dovetailed the new products with -- as well as the digital offerings." We've really, I think, done a nice job upgrading SIMPLANT and integrating it with CEREC. So when we put this all together, we think it gives us the opportunity to reset our brand image and our promise across the marketplace.

So I would tell you, I think it's going to be very significant. I mean, if we have been growing our implant business at market levels, it would be significantly higher than what we performed at in the last 2 to 3 years. So again, we feel good that this gets us -- it's not going to happen instantly, but we feel good as we start exiting '22, we want to be extremely competitive in this marketplace and growing at market levels.

And then in terms of, Tycho, value, premium value, they really kind of go hand in hand. I mean, the growth rate of our MIS business has been faster than our premium business. I think with the relaunch, we'll accelerate the premium side and we'd like to see both of them growing at market levels.

**Tycho W. Peterson**
*JPMorgan Chase & Co, Research Division*

Okay. And then a follow-up on the ortho outlook. I appreciate your commentary on BYTE a minute ago. There's been some concern, I think, over kind of web traffic dropping off there, but it sounds like the business is doing incredibly well. And as we think about that $300 million target you laid out, Propel now gets added to that. I know it's small today, but how much of that $300 million target do you think will be from Propel if we go out a couple of years.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jorge M. Gomez**
*Executive VP & CFO*

Tycho, for this year, the impact from Propel is really, really minor. It is, for the most part, a vertical integration acquisition. But we have a lot of interesting ideas for that business, how to deploy it across the portfolio. SureSmile International, we're working on those plans. There's a lot of work going on there, but we won't see the impact from those efforts until 2022.

**Donald M. Casey**
*CEO & Director*

Yes. And Tycho, I wanted to add one other comment because you mentioned the unique visitors and some concern about that. Just a couple of general comments and then you can follow up. The first is BYTE is performing as we expected it to. And one of the things that we were excited about the business is, we thought, as you look at their unique visitors, there's an opportunity to focus on segmenting it, and actually not all unique visitors are made the same. And one of the things that we've been focusing on is doing a better job of targeting over time.

So as we look at that business, it's performing above expectations and that has incorporated some changes that we are making. The stuff that we get excited about over time, though, is, look, we think BYTE continues to represent a great opportunity to bring its underserved population, which a lot of people in BYTE aren't necessarily regular dental customers and how do we bring them into the fold? If somebody just spent close to $2,000 on doing a BYTE treatment, we want to help them really understand to continue making sure that they get value out of that procedure. They go see their dentists, go get a cleaning. And then we're going to be working with the dentist to follow up on things, like, how do you do a retainer and other things.

But if -- again, one of the things we were attracted to around BYTE was really the fact that they were hitting underserved populations that weren't really exposed to dentists and -- but we think we have a unique opportunity, given the role we play to bring them into the dental fold.

**Tycho W. Peterson**
*JPMorgan Chase & Co, Research Division*

Great. Last one. I appreciate you're keeping guidance unchanged here, given kind of the uncertainties around the pandemic. I'm just curious if you could comment on what you're hearing from your dealers as you think about inventory levels and kind of caseloads going back up. And then also what you're hearing from DSOs, as they're thinking about managing a broader range of practices through the next wave of the pandemic.

**Donald M. Casey**
*CEO & Director*

Tycho, the DSOs are telling us that traffic, by and large, is getting pretty close to '19. It really depends on where they are and what part of the country, how much exposure they have to -- the south versus the east, west or north. But for all intent and purposes, we think it's a couple of percentage points versus where they were in '19. When we talk to them, and whether you talk to kind of the big -- close to 600, 700 offices or even kind of the large group practices, people, by and large, think the vaccine -- and the fact that some people haven't been to the dentist in 18 months, they're really kind of trying to get back in, is going to lead to a pretty steady recovery. So our expectation is even if the delta variant kind of forces people to shut down, I think the dental community has learned to deal with that and to proactively reach out to their patients and assure them about their safety.

In terms of dealer inventory, first, we've been super happy with our dealer partners, I mean, both the large and small. They've done a really good job, in our opinion, on helping us buffer some pretty radical supply chain swing -- not supply chain swings, demand swings. If you look at where we were a year ago, it was basically shut down and now we're all the way back to '19.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And our customer service levels, as we track it, the dentists have been pretty good. I would tell you, they've been challenged to maintain inventory. Obviously, a lot of their planning looks back on kind of a last 6-month, 9-month program, which would incorporate pandemic-related reductions. And we're working with them every day to make sure that they're getting adequate inventory to service the customer needs. And that's an ongoing process. And obviously, they'd be in a better position to comment on how their aggregate inventory level is. But we're working with them.

**Operator**

And your next question comes from the line of Nathan Rich from Goldman Sachs.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Don, maybe starting at high level -- I appreciate all the details on the new products that you have coming in the back half of the year. I guess, kind of looking at the company historically, it seems like there's a greater deal of innovation than what we maybe typically see in a normal year. It sounds like the demand for digital technology also remains strong. And I guess -- so what I'm asking is, do you feel like 4% to 5% is the right benchmark as we think about top line growth for next year as you get the benefit from some of these launches? And I'd just be curious to get your kind of high-level thoughts on what the main factors are as we think about growth in '22?

**Donald M. Casey**
*CEO & Director*

We're comfortable with the 4% to 5%. I mean, obviously, we're saying, look, digital is going to be really important. And we think we're well positioned -- much better positioned going forward in implants. And then we did talk extensively about what we think about SureSmile and BYTE. There's parts of the business we think are going to be a little bit more challenged. And if you look at some of the things that Jorge has talked about from a portfolio management perspective, things like getting out of traditional lab, the analog lab part of the business and other things. But look, we've said a number of times that we would like to exceed the 4% to 5%. I think Jorge said that a minute ago.

But right now, look, for 2022, I would tell you the back half of 2022 is going to see more benefit from the introductions, things like VPro that are going to go out with SureSmile and other things. So that's how we look at it. But we were, 6 months ago, talking about 3% to 4%, now we're talking 4% to 5%. And as we've raised that guidance up, we want to be able to consistently deliver performance. So we aspire for more, Nate. Believe me, we aspire for more.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Appreciate that. And then, Jorge, maybe just following up on your comments on the supply chain pressures. Can you just go into a little bit more detail on where you're seeing that and maybe what products or categories you're seeing that in and kind of how we should think about the potential impact of that in the back half of the year?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Nathan. And just to clarify, we, financially, we have been able to manage the challenges really well. The supply chain team has done an outstanding job of managing situations like, for example, we talked last quarter about some risks of supply disruption relative to certain electronic components, right? And the team has done a great job doing that. We are seeing inflationary pressures on the shipping cost side. And the team has handled those well.

And overall, with COVID, there's always concerns about -- there are certain suppliers and certain parts of the economy that are not back to normal levels from a production standpoint. And so those are things that we are watching closely. And all of our projections, the guidance include the risk as we see it. And -- but

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

again, for the most part, the team so far has done a great job of managing those things. But we think it was -- we thought it was worthwhile mentioning because it's happening across the board.

**Operator**

And your next question comes from the line of Jason Bednar from Piper Sandler.

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research Division*

This is Korinne on for Jason. Congrats on the quarter. So first for us, not too long ago, you announced the private labeling of SureSmile to Aspen. And we're just curious on how that partnership is going so far? How has uptake been in the early launch of that motto brand.

And then is that something that you've already baked into your original guidance, these private labels? Or is that on top of what you've already stated?

**Donald M. Casey**
*CEO & Director*

Yes. Thank you. Actually, we didn't announce that. There's been a lot of discussion about that in the marketplace. We are supplying Aspen. We're very proud of our partnership with Aspen. We think they provide great level of products and services to their customers, and we're proud to partner with them.

In terms of how is it going, it'd be better to ask them. And then just in terms of that baked into our numbers, yes. And again, we've given kind of very general numbers about what we think our clear aligner business is going to look like between BYTE and SureSmile, and those numbers are incorporated in there.

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research Division*

Great. And then just to dive a little further on the BYTE acquisition. Can you provide any color on what some of your marketing efforts are there for the balance of the year and into 2022 to make sure you stay competitive with those other DTC brands that are really pushing marketing and advertising right now?

**Donald M. Casey**
*CEO & Director*

Yes. I mean, first, there's a lot of things that are going to go on with BYTE that we're extremely happy with. I mean, we -- first, from a marketing in the U.S. perspective, we expect a market at competitive levels. Some of the things we're beginning to do though is, we have been a very paid social, kind of, focused business. We're looking at bringing other areas in, whether that's search engine optimization or whether that's recos from other places, like, as we begin to bring this into the dentist office.

We've got some great new products coming and some updates around that. Obviously, as Propel has become part of our business, we're going to look to continue to differentiate that business by virtue of our vibration technology, which we think is -- it makes the byproduct differentiated in the marketplace.

And as we get out in 2022, I mean, one of the things that we get excited about the clear aligner business in general is whether it's the direct-to-consumer or whether it's through the dentist channel. I mean, we're still in the very, very early stages of penetration of this business. I mean, if you look at people who would be eligible for a class 1 treatment, do we think we're at 10% penetration in the U.S.? Probably not.

The other opportunities we have with BYTE as well as with SureSmile is how do we take this out of the U.S. Jorge mentioned in his prepared remarks that at this point we're probably getting close to 10 countries now with SureSmile, and we're going to look to expand that. And we think BYTE has got real application because it's a unique product and it's a unique way to reach potentially underserved populations outside the U.S. So we think it can grow that way.

And I've mentioned a couple of times, we really think that we have an outstanding relationship with the dental community all around. And one of the things that we'd like to do is take a lot of the traffic that

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**DENTSPLY SIRONA INC. FQ2 2021 EARNINGS CALL |  AUG 05, 2021**

we're generating with BYTE and all these unique visitors, and again to introduce them to dentists that would be part of our curated network, where they would have a Primescan. And we believe that they can really help not only make sure that the treatment that was done with BYTE is being held on, give them a cleaning afterwards, give them retainer afterwards, but potentially start a relationship with that dentist because we think less than 80% of the BYTE unique visitors have a regular relationship with a specific dentist.

**Operator**

And your next question comes from the line of Michael Cherny from Bank of America.

**Allen Charles Lutz**
*BofA Securities, Research Division*

This is Allen in for Mike. Don, you mentioned a few new product launches around DS World this year. I guess, how should we think about the revenue impact from DS World relative to prior years and versus what's embedded in the guide? Or is that more of a '22 theme?

**Donald M. Casey**
*CEO & Director*

I'd almost split the question up, Allen. What are we expecting from a revenue boost on DS World? It was interesting last year, where we basically ran the virtual event. One of the things we saw was you didn't necessarily see the urgency to buy around a specific like 2-week period. So we looked at kind of the purchase pattern. It was spread out over 3 to 4 months. And obviously, when you're doing virtual in the middle of pandemic, we probably didn't get as much of a pop as you might have seen in prior years.

Now we believe that we're going to see a very successful DS World this year. We've got some really good new products. We've got excellent promotions in place with our dealer partners. So we think we're going to have a good DS world.

Now how does that compare exactly to 2019? Again, it's going to be a little bit hard because we're still working through. This will be probably the first really big dental event held globally, and we're going to see how it works. But we have -- again, we have a -- we think, a very, very full new product lineup. We've got great promotions in place. We're excited.

By the way, it's not just the products. We have close to 200 continuing education courses. Sign-up for DS World right now has been really positive. It's on track with what we saw in '19.

In terms of the new products, we kind of talked -- I would group them into 3 things. There's the implant, there's the endo, there's the -- and SureSmile. It's the kind of things that you want to focus on that are specifically product as opposed to some of the software upgrades.

Look, the implants, it's not going to be a spike. I mean, one of the things we noticed in our Equipment business -- I mean, you launch a new piece of equipment, there's obviously a big spike. With kind of implants, endo, we think you're going to see a more gradual impact of those. I mean, we get the whole -- we get everything out virtually around the world by the end of the first quarter '22. Some of that might spill into the second quarter, things like the endo motors, and there's a lot of supplemental implant products that will follow off what we're launching at DS World.

So I tend to look at that more as a back half impact from a revenue perspective than even loaded over the course of the year.

**Operator**

And your next question comes from the line of Liza Garcia from Wolfe Research.

**Elizabeth Cristina Mari Garcia**
*Wolfe Research, LLC*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Congrats on the quarter. So you had mentioned kind of the rebound in the preventative business, and it sounds kind of like just to confirm that the U.S. is almost at pre-pandemic levels? I just want to confirm that that's kind of what you're seeing.

And also, could you maybe discuss what you're seeing across other geographies on the preventative side and how you're thinking about that trajectory with respect to the guidance and into '22?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes, one of the reasons we wanted to mention that specific category is because we believe it's a good [ barometer ] for just overall dental office traffic and volume. And so it's been great to see how that category has rebounded really well. And it's happening with a few exceptions, a few countries, it's happening pretty much across the globe versus 2019 and versus 2020. So we're seeing good recovery in that market. Again, there's probably a couple of countries where COVID situation is still pretty complicated and so there's a lot of restrictions. But in most markets, it's performing well.

**Elizabeth Cristina Mari Garcia**
*Wolfe Research, LLC*

Great. And then just with regards to BYTE and bringing the manufacturing in-house, can you remind us the time lines around that? And then kind of what the incremental opportunity really is for bringing the product in-house?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. So we are working on that. That is probably going to be happening in the Q1 2022 time frame. And the economic benefit from that in-sourcing is already factored into the projections we have for the foreseeable future. So in '21, the impact -- there is no impact essentially. And then beyond, it will be -- it's part of the business case when we did the acquisition. We look at the opportunity to bring that manufacturing capabilities, combine it with our SureSmile footprint and achieve some synergies there. So it's part of the business case.

**Andrea Daley**
*Vice President of Investor Relations*

We've got time for one more question.

**Operator**

And your next question comes from the line of Yi Chen from H.C. Wainwright.

**Unknown Analyst**

This is [ Mason ] for Yi Chen. We just wanted to gauge some more color on the Fastrack Mobile App acquired from Propel. We were wondering if you're developing it to be applicable to multiple clear aligner assets in your portfolio. And if so, if you could talk us through how you're doing so and if the launch of the app will coincide with the rollout of VPro?

**Donald M. Casey**
*CEO & Director*

Yes, Yi -- actually, [ Mason ], thanks for the question. Yes, the app that we got, we're really excited about. It absolutely gives us an opportunity to understand whether people are using the vibration technology, and it gives us just another way, combined with BYTE, that we're creating an interactive platform with all our unique visitors. We will be rolling that out as part of both BYTE and SureSmile. Obviously, SureSmile is going to get that in Q4.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

In terms of -- I don't necessarily think we're going to look at that as kind of a separate app, but I think it's part of the ongoing -- again, we have a very interactive relationship with our BYTE customers. I mean, we talk to them fairly frequently. So that will become part of that process.

Ultimately, though, we believe that the vibration technology has application well beyond just SureSmile and BYTE. We think it's something that we will continue. By the way, Propel had sold that beyond the U.S., but we will continue offering that to orthodontists and general dentists as a separate product if they want to combine it with their clear aligners,, and the app would be available for that. But it's -- the app is pretty cool. It really helps people -- it helps us understand if we need to give a nudge to a potential patient. "Hey, we noticed you haven't used your vibration technology in 7 to 10 days, remember, of the wonderful benefits " And again, we think that's part of the customer experience. And we're really spending a lot of time not only on SureSmile but on BYTE as well as to make the post-purchase experience really differentiated over the long term.

**Unknown Analyst**

Sounds good. Congrats on the quarter.

**Donald M. Casey**
*CEO & Director*

Thank you.

**Andrea Daley**
*Vice President of Investor Relations*

All right. That concludes our call today. Thank you all for participating. Have a nice day.

**Operator**
This does conclude today's conference call. Thank you for your participation. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 2

C Corrected Transcript

23-Sep-2021

# Dentsply Sirona, Inc. (XRAY)

**Business Update Call**



1-877-FACTSET    www.callstreet.com

Total Pages: 32

Copyright © 2001-2021 FactSet CallStreet, LLC

**Dentsply Sirona, Inc.** *(XRAY)*
Business Update Call

Corrected Transcript
23-Sep-2021

# CORPORATE PARTICIPANTS

**Andrea Daley**
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

**Jorge M. Gomez**
*Executive Vice President and Chief Financial Officer, IT & Transformation Office, Dentsply Sirona, Inc.*

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

**Walter Petersohn**
*Chief Commercial Officer & Senior Vice President, Dentsply Sirona, Inc.*

**Cord F. Stähler**
*Chief Technology Officer & Senior Vice President, Dentsply Sirona, Inc.*

**Chidambaram A. Chidambaram**
*Chief Digital Officer & Senior Vice President, Dentsply Sirona, Inc.*

**Neeraj Gunsagar**
*Chief Executive Officer, Byte, Dentsply Sirona, Inc.*

**Dan Key**
*Chief Supply Chain Officer, Dentsply Sirona, Inc.*

**Matthew Coggin**
*Chief Strategy & Business Development Officer, Dentsply Sirona, Inc.*

# OTHER PARTICIPANTS

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*

**Vik Chopra**
*Analyst, Credit Suisse Securities (USA) LLC*

**John Kreger**
*Analyst, William Blair & Co. LLC*

**Elizabeth Anderson**
*Analyst, Evercore*

**Jason Bednar**
*Analyst, Piper Sandler & Co.*

# MANAGEMENT DISCUSSION SECTION

## Andrea Daley
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

Welcome to our Investment Community Meeting at DS World 2021. This meeting is being live webcast and a copy of the presentation and video replay of the meeting will be available afterwards on the Investors section of our website at www.dentsplysirona.com.

Before we begin, please take a moment to read the forward-looking statements in our investment community meeting presentation. During today's meeting, we may make certain predictive statements that reflect our current views about future performance and financial results. We base these statements and certain assumptions and expectations on future events that are subject to risks and uncertainties. Our most recent Form 10-K and subsequent quarterly reports lists some of our most important risk factors that could cause actual results to differ from our predictions.

And with that, I would like to now turn it over to Mr. Jorge Gomez, our Chief Financial Officer.

## Jorge M. Gomez
*Executive Vice President and Chief Financial Officer, IT & Transformation Office, Dentsply Sirona, Inc.*

Thanks, Andrea. Thank you, guys. Welcome, everybody, here in person, everybody that is participating in the broadcast. We have over 50 people on the line plus all the attendees here. So, this is really exciting. It's been a long time since we have and since we have interacted in person. And there's a lot of good things happening this week and we are really pleased and grateful for your presence, your attendance.

So, a lot of exciting things. First, having all of our customers, all the customers that we have here in person, really excited about what is happening with the company, with the new products. And I think that is a major milestone in this long and difficult process over the last several months, about 18, 20 months. We have a lot of exciting news in terms of products and solutions, and we'll begin to share some of those with you today. We will do that with the presence of the entire management team. And on behalf of all of them, I welcome all of you again in person or virtually. And you will get the opportunity to hear directly from a number of the people in the executive team, which I think is a great opportunity for you to understand the breadth of this company. We have people from multiple geographies present here. And this is a great team that we are very proud of.

So, the agenda, very simple. We're going to start with our CEO, Don Casey, is going to offer a few opening comments about strategy, our mission, vision, values, and a lot of important things that are really core to our culture and things that we really want to share with you. Then we'll go deep into a few of our new offerings, new products. And I think that's going to be a great opportunity for you guys to actually have a first glance at all of these exciting things.

We will have then a Q&A session at the end of the presentation, and we'll have the management team here either sitting here on this stage or somewhere in the audience, so you'll have the opportunity to ask questions from all of them. We'll have questions that will come in from the virtual audience and then we'll have questions here in the room. And then after that, we will give you some talks – some ideas about what we're doing this afternoon in terms of tours around the showroom and things like that.



# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

Corrected Transcript
23-Sep-2021

So with that, again, welcome and thank you for being here. And, Don, please go ahead.

## Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

All right. You know, like we're getting used to like in-person meetings again, do you actually clap at a investor meeting? I don't know. I'm willing to go whichever – Jeff is voting, no. John, where are you? You're a no. No, applauding. All right. All right. Well, we'll roll with that. Anyway, thank you, guys, really, really happy.

One of the common questions we get when we're doing an Investor Day and we know we owe you guys an Investor Day, and we can break down some SBUs and some other stuff. But we thought this would be a great opportunity to kind of take you through some of the new products. We've started mentioning them a lot more in our presentations and we're excited about that.

One of the other questions we get a lot is your management team, management depth. I've now been here three-and-a-half years, and it feels like about a day-and-a-half. But in that time, we've now turned 100% of our management committee since here, and we – I think we've assembled a fabulous team. I mean, Jorge who's come out of General Motors and Cardinal, and we're super lucky to have him. You guys have met Walter Petersohn? Walter is one of the original Sirona team, and he's been absolutely a rock solid rock star running our commercials, he's our Chief Commercial Officer. He works out of Bensheim, but he has global responsibility.

Cord Stähler, who is going to be here in a weird COVID passport times, we couldn't quite get him here. So he's going to come to us live in a recorded video. And I think I stayed in a Holiday Inn Express last night, so I'll be able to answer most of his questions. Lisa Yankie, she's our Chief Human Resources Officer; Matt Coggin, Chief Strategy Officer; Neeraj Gunsagar, Neeraj runs our Byte business. Prior to that, he came out of TrueCar. And before that, he was a dishonest banker or could have been an honest banker. Chidam Chidambaram, who's worked at some of the great companies in the world including Procter & Gamble, Coke among others. He's actually our Chief Digital Officer, who manages SureSmile, comes to us with an incredible digital background and has over 30 years of marketing experience.

Dan Key. Dan sometimes smiles, not often, but he's our Chief Supply Chain Officer. When Dan got here, we had over 40-plus facilities and despite us adding and subtracting, he's done a wonderful job actually creating a global supply chain. Our newest member, our Chief Marketing Officer, Erania Brackett, coming to us from another just great, great realm of companies, Medtronic and prior to that Procter & Gamble. And then, Eric Bruno, who's in charge of the show, DS World is a North American thing, so Bruno comes to us from Alcon and J&J.

So, it's just a fabulous team. Very excited, great depth. One of the comments we get, I've been getting a lot from the dentists, it's all been like, we are so glad you guys did this. And you know what? It's easy, because the team that we've assembled here was all committed to, hey, this is what we're trying to do at Dentsply Sirona, we're trying to change dentistry, and the best way to do that is actually have events like this. So, I'm super excited to be part of this team. Anyway, Andrea, if we go next.

What have we been up to? Probably the same thing you guys have been. It's just trying to get by in the pandemic. At this point, we feel things are pretty much back. There's isolated chunks around the world, if you look at China, Australia and some other places. But if you look at this event, at this point, we're close to what we did in 2019 when we're in Orlando. So, that's – we think that's kind of emblematic of where we are.

We've been staying the same thing. It's growth, I know last week, Jorge did a couple of events and we were talking about 4% to 5% gross margin. Again, we're on target at 2022, 22% in 2022. We're going to have to change

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

 Corrected Transcript

23-Sep-2021

that because we're rapidly approaching 2022. Not going to get so bold to say 23% in 2023, but it would work out really well because that way we can remember it.

I'm going to take you back guys to our culture, pandemic management. The reason Dan actually has no hair anymore is, in fact, because the supply chain's a challenge. There are pieces and chunks that remain to be – we're working through it, chips, among other things, and we're very comfortable that we're going to be able to deliver what our customers need. But it'd certainly take a lot more effort.

Jeff, I remember one of the first times I had the pleasure of working with you, you know, you guys were chiding Nick on, you know, there was $100 million savings goal, but you can never quite see it. But, you know, since then, we've put out a sequence of numbers that we've hit. I mean, we basically said we're going to deliver $250 million in savings. We're going to get head count below 15,000, which was about a 6% to 8%. You know, despite the fact that buying something like Byte that comes with about 500 or 600 people, we've actually attained and been operating in that head count level for close to a year. We're well on track on the margins, and we're well on track to the savings, even though we had upped the savings in the middle of last year. So, we feel very good about that.

I mentioned I want to give our supply chain guys a tremendous amount of credit. We were a sequences of strategic business units with no unified processes. Basically, every SPU ran their manufacturing, and today, we're fully integrated. We've brought in a ton of people who are good at operating supply chains at scale. We've been able to really manage the number of facilities we have down. We've been able to manage our inventory down. And one of the things Jorge has been really preaching is cash conversion. And the fact that we have a supply chain leadership team that's really focused on that is terrific. So, that's what we've been kind of up to.

I will tell you this is something new. And I came out of J&J, and it was always fun. If you ever walked into a J&J building, there'd be this gigantic monolith with the credo attached. And one of the things that I think Dentsply and Sirona and now Dentsply Sirona struggled with was there was no kind of true north, if you will. So, during the pandemic, we really took the opportunity to take a big step back and really focus on vision, purpose, mission, values and operating principles. And we're actually putting this out on the website. And I think if you were in the main stage today, you saw our ESG presentation.

So, one of the things I think is as we've kind of gotten out of the restructuring and really focused on the future is what do we want to do? In our mind is how do we transform dentistry in a big, big way because we think you've got to improve oral health. You know, a couple of statistics. Right now there's 200 million Americans that don't have all their teeth and that was a root canal that didn't get done because it wasn't diagnosed properly and whatnot. You know, we're doing under 10 million implant procedures as a country. And if you put that on a global basis, you can see that we've got to transform how we operate because dentists, we're not manufacturing more dentists and dentists aren't working more hours. So how do we get more productive there?

Our purpose and mission is every day we empower millions of customers because we're now have a direct to patient business with Byte. How do we provide innovative solutions? And we were pretty happy with what we rolled out today. And judging by the reaction of the dentists, I always have fun because I just literally – I'll do my shtick and then I'll sit off in the wings. And there are a lot of old Dentsply Sirona aficionados, if you want, companies like usually you guys only do one. And we were talking five, two short smile we're talking – and we're talking implants. So we're excited about that.

# Dentsply Sirona, Inc. *(XRAY)*
## Business Update Call

**Corrected Transcript**
23-Sep-2021

Values, I mean, and one of the interesting things, we're a truly global company. We operate in over a 100 countries around the world. So when we do values and agile, accountable, respectful, collaborative and trustworthy, you actually have to translate this into at this point, what, Walter, 22 languages? Something like that.

## Walter Petersohn
*Chief Commercial Officer & Senior Vice President, Dentsply Sirona, Inc.*

24.

## Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

24. And it's great. We found out in Hebrew, there is no word for agile. So, what do you do? So, but realistically, the process we used to do this, we actually went out and interviewed close to a 1,000 people for our focus groups because we didn't want to put a culture and the mission down, we wanted to boil up, and this is a function of the 15,000 people today.

Operating principles, I mean, we approach the customers as one company. That's a big change. I remember back in 2018, every SBUs to approach every dentist, and that's just not how we operate. We're down to one mailing list. I can point out Eric Bruno, North America, but I could say the same about what's going on in China. Right now Germany, France, UK, we're getting there in Japan, but we approach the customer as one company, everything we do.

Innovative solutions and we are really, I think, about halfway, three quarters of the way through change where we're not a feature and benefit oriented company anymore. It's about workflows and it's about solutions. We think, and we act with positive intent as much fun is it to sit there and say, Matt, why didn't you do it? You know, it's like we have to assume our customers, we have to assume our partners are all operate in good intent. By the way, one of the questions you guys always ask us is how are you doing with the dealers. I mean, you clearly saw the dealers there today and the support we get from them and the relationship we have.

Operate sustainably. I could not be prouder of Jorge, who's really taken the lead on our ESG strategy in Smile Train, if you didn't see it today. I know people who are there virtually will send checks in to help us with Smile Train. But we're very, very excited about that. And then use our size and global breadth to our advantage.

So we – this is I don't know if we're going to chisel this in marble in front of every building, but this is how we want to operate as a company. And it's really helped us with engagement. And if you think about it, if most organizations, you'll see 10% attrition a year. So, if you really think about like our company since we put Dentsply and Sirona together and that's at this point four years ago, and if there's 10% attrition. And then, we had some attrition that we forced. It's a new company. So, more than half the people don't have tenure. So when you are able to put out stuff like this, we feel it establishes a true north and gets people pretty fired up about it.

So, innovations over the last 18 months, including what we did today, CEREC 5.2. You guys can do the tour. I'll let CEREC 5.2 speak for itself. I am willing to let any of you guys take on scanning. I can't program my iPhone, and I'll tell you what, you can 100%. If you can't scan an upper or lower arch in under 20 seconds, I'd be surprised.

ProTaper Ultimate, this is the first broad-based platform we've introduced in the endo space in close to 10 years. Super excited about what this is. Basically, think about a typical endo procedure seven files, which takes it down to three. And it's really, really easy to use. But it's not just a file system. We have a disinfectant as well as a bio

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

 Corrected Transcript
23-Sep-2021

ceramic sealer that when put all together, it's really transformative. Very excited about that. If you didn't see John West, you'll see him today, complete with we have a microscope that you guys can actually see what some of the stuff does.

Axeos, we keep challenging Dan because we do a good job here selling all that Dan can make. And look, if you look at right now, 3D Cone Beam penetration even in the US is still under 20%. And you could see from main stage today what a profound practice builder that product is.

SureSmile. I'm going to let Chidam talk about it. We're announcing VPro, which is, we've seen that from HyperByte, but this is a vibration technology which improves comfort and speed. We'll be the only one that has it. Very excited about that. I'll cover off the digital implant company. We have Ankylos, Xive, Astra, Astra EV, MIS. Then, there was Atlantis and then there was Ossixx and stuff like this. No. We were changing all that that's why you're bringing smart people like CMOs to say, hey, how about we aggregate all this under Dentsply Sirona and start using that brand name?

And then, the thing I'm most intrigued about is the reaction we're getting from the dentist because it's all digital. It's all digital now, digital workflows. And it's not, oh, I'm trying to sell you a button and screw. I'm trying to sell you a process. And more to come. I was excited as I am about the last 18 months and considering there was a pandemic and one point a year plus ago, we were – 85% of the company was on either short workweek or furlough. You know, this is a pretty robust set of introductions and we feel very good that the pace over the next 18 months will actually accelerate. So we feel like that's been pretty productive.

All right. You know, in my mind, this is what DS World is all about. The chart for – if you look at the healthy practices, it's fully connected practice. Basically, we have a fair amount of data that shows if you can buy a piece of digital equipment, whether it's a Schick, Orthophos, Axeos or a Primescan, the consumable consumption is 4 to 10 times higher. And when you put stuff in like One DS in that program and if you look at how we're really going to market, it's pretty important. So, in our mind, we want to get that anchor out, get a piece of technology and use One DS to bring the rest of the program with.

And then in our mind, you'll hear us talk less and less about products, but more and more about workflows. So digital orthodontist, that's SureSmile and Byte. If you look at digital lab dentures, I mean, I don't know if anyone sat through the presentation from just a minute ago. But digital dentures, yeah everyone is always like, when are we going to get into 3D printing? Just for the record, you print the pallet. You don't print the teeth yet that we haven't been able to do that. But digital dentures, if you really look at this population, unfortunately, Medicare or Medicaid will pay for one denture every five years and give a specific reimbursement. What digital is doing is, like, Jeff, you would get a file on system, so if you lost your dentures, it can be reproduced dramatically and you're – and the out of pocket for a denture where it goes down.

So, we really feel that digital dentures is going to move a ton. And then if you actually look at like kind of [indiscernible] (00:18:11) concept, an implant with a permanent digital denture, it's – we think it's really powerful.

Implants, you'll hear enough about that today. Restorations, again, if you saw [ph] Sherri (00:18:23) and her presentation today, I mean, if you look at a restoration that is done on just basic tooth decay with a CEREC program, it's unbelievable. But if you think about like a custom abutment and actually dropping something on that, we get very excited about it.

And then endodontics. Actually, when John West got up and talked today, it starts with diagnosis. If you think about 200 million people without all their teeth, almost every single case, that was a root canal that should have

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

 Corrected Transcript
23-Sep-2021

been done to save the tooth. So, if we can do a better job creating digital diagnosis in these years' products, we should be in pretty good shape.

All right. So, with that, I'm going – we're going to go live, almost, MemorX, pre-recorded. I want to introduce Cord Stähler. Cord is our Chief Technology Officer, comes to us from Siemens, and before that, Merck. He's got close to 100 patents that he's filed on and other things, actually worked in California, so he's a very – worked in big companies, really entrepreneurial. He has really, in my mind, propelled our digital strategy in a very aggressive way. So, without further ado, I'll turn it over to Cord.

## Cord F. Stähler
*Chief Technology Officer & Senior Vice President, Dentsply Sirona, Inc.*

Hello to Las Vegas. Yes, Cord speaking from Bensheim, that's near Frankfurt, sitting in my home office. Sorry, I cannot be with you over there in Las Vegas with all our great products, meeting our customers. But I had a little travel hiccup and needed to stay home.

Today, I have the pleasure to talk to you about leading the dentistry revolution. And this is a story about friction. There's so much friction in the system between patients and dentists, dentists and specialists, and down the lab. And removing friction is always a huge opportunity for digitalization. And you start that for a position where we as Dentsply Sirona have deployed digitalization in individual products for a very long period of time. And we use analytics to optimize our offerings.

Now we take that to a next level and really apply artificial intelligence across all our products along entire solutions, starting with the patient, to the generalist, to the specialist, and the lab, at a scale never seen.

Removing friction. From a starting point, we have today already touched around 650 million cases a year. That's massive and that's industry leading. We have a competitive, if not leading, offering in all major treatments to procedure of endodontics, orthodontics, implantology, esthetics and restorative which we clearly lead, and then clear aligners, big growth opportunity as we speak. And then the largest installed fleet of equipment out there, which provides all kinds of insights, data, and helps execute on these treatments.

To bring down, as I said, to the next level and not only have great products which do a procedure, part of a procedure, we will really deploy AI and scale. We have a great track record in doing so already in the confines of a single product, if you see here, which is, for example, the chair side space, which we invented and still lead. We are the only ones who were able to fast and precise do an intraoral scan into micrometer area and then produce chair side fully automatically a patient individual crown.

That's based on AI in our systems, which today already has more than 80% acceptance rates by our customers. That's an engine that allowed our customers to grow their practice, become more efficiently provide better care and all of that very conveniently. This is a such simple to use software.

Now we bring that to next level and combine all our products into one context. And that is this program you see in here where we bring all that great algorithms, functionality and AI into one common cloud-based platform. Their compute power is unlimited where storage space is in principle unlimited and where all the information from a BI scan, from an X-ray machine and all other sources of information from the Internet if you have it come together on one common platform. And all the functionality of our today discrete software packages become one seamless clinical software package.

---



Copyright © 2001-2021 FactSet CallStreet, LLC

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

 Corrected Transcript
23-Sep-2021

And in the same process and the same approach, we overhaul our devices. And safety devices become dumber, but they are connected to the intelligence and the cloud and the massive AI we provide in there, which makes the machine far more intelligent than ever, so we call it smarter devices, is, first of all, nothing else than autonomous driving. The car is not getting more intelligent, but it's connected via the cloud, and there, it gets its insights and its intelligence.

AI devices by then speak to the cloud and tell about the status, tell about the usage that gets huge advantages to better service them, evolve to preventive maintenance, but also create insights about how we can help our customers to perform their work even better. And that is complemented with our great consumables and customized offerings like abutments, which we have across all major procedures.

This together will be brought on to all new level, and the algorithms now perform their work across all procedures, across all equipment in the cloud. We think this got to be a major boost to it. And these services for customers will start as early as next year and then roll out and accelerate quickly quarter-by-quarter. So, we really bring all the pieces together we have under our roof and then elevate that to a next level, removing friction step by step.

Thank you all for the patient and engagement we have now under our roof here, a respite. Thinking about the generalist and how they collaborate with the specialist. Think about how that seamlessly and without friction goes to the lab and how the lab can be far more efficient in really serving the dentist spot on with the right insights and the right moment in time with the right offering.

Last but not least, you would describe that at the heart of the transformation of dentistry to a broader oral health is that digital twin of the patient's mouth that we create. Instead of all the technical hurdles and it's only a question of deploying it as quickly as possible and make it available in an agile fashion step by step, quarter by quarter to our customers.

This way, they can capture and diagnose more, see more with the help of AI in the background here. Fusion of our new software of X-ray and intraoral scanning optical data that see more in the confidence that you see that more, and this is vetted against the know-how of all the data in the system and all the insights you can get from the Internet. We really hope our customers, together with the patients, to take the right treatment decision in the right order and understand the moment of decision-making of diagnosing the likely outcome, the timeline, related cost and immediately it gives the opportunity for the lab to bring the customized parts to tease the purchase to the nearest – to the treatment.

This way, the entirety becomes so much more effective. So the dentist can do more gross practice, treat more, but the patient also gains because the likelihood of a good outcome significantly increases. The friction gets out of the system. Things become more efficient, and more and more patients can really have the single tooth replacement sitting on the implant because most of the missing tooth study in North America replaced. This is a huge opportunity to bring also industry, dentistry and labs together into one digital ecosystem across all the key procedures. This is the unique opportunity at hand. This is how we're going to really change dentistry, are we going to transform dentistry empowered by AI as we call it artificial intelligence at scale.

Thank you very much for listening, following through here these five slides. And then, back to my colleagues on site and hope to see you sometime soon in person. Thank you very much.

## Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*



9
Copyright © 2001-2021 FactSet CallStreet, LLC

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

 Corrected Transcript
23-Sep-2021

Thanks, Cord. Let's see, ultimately, what we're talking about there is how do you take oral scanning data and take 3D scanning data. Basically, you'll create a single image that you can begin to literally look at it multiple dimensions. And then once you begin to shift machine learning and machine instructions off to the cloud, you get a much simpler device. And the reason we're talking about that right now, it's really – it's starting to show up in our launch schedule. So one of the things you heard us talk a lot about today was software releases because a lot of cases, the machines aren't going to change. It's going to be the software that sits underneath it.

We're going to – I'm going to introduce Chidam Chidambaram. We're going to move into our Clear Aligner as we get a ton of questions on that. Just let me set up the fact that we're going to show you the two different marketing approaches. Obviously, SureSmile is the dentist program, and Byte is the direct-to-consumer program. Sitting in back of that is a common R&D. So, what exists for one can move to the other back and forth. So, we're really leveraging R&D. We've now moved to a single manufacturing facility down in Mexicali, and we have a lot of capacity, so we will be able to expand, which is really important because both of them are growing very, very rapidly. We are going to talk the separate marketing, but I can't emphasize enough, it's all done off a common strategy platform, if you will.

So, with that, Chidam, we'll bring you up first. Chidam?

## Chidambaram A. Chidambaram
*Chief Digital Officer & Senior Vice President, Dentsply Sirona, Inc.*

Thanks, Don. So, hey, everyone. I run SureSmile. And basically, we've kind of pushed SureSmile to pretty fast growth phase beginning last year. And SureSmile is really growing. It's one of the key growth drivers for the company. And we have been performing well and growing faster. As Don mentioned, unlike Byte, SureSmile is primarily doctor driven. Doctor is the face to the patient and we – professional. The range of treatment options for SureSmile is from easy all the way up to moderate, a pretty broad range. Our solution is premium, and our treatment planning protocol and our treatment plans are very, very good, okay. That gives us an edge, I think.

We talked about – Don talked about it earlier this morning as well. Our systems are open. We work with any of the DI systems. We have seamless integration with Primescan, but we do work with any system and that shouldn't be a blocking factor for any doctor to take on SureSmile. Yeah. Today, SureSmile is primarily in North America. Beginning this year, we started expanding beyond North America and we'll continue to be a key part of our growth as well as growing in North America.

So let's just talk about what due process are coming up. So with that, Dr. Staehler talked about the new software release coming up. This software release is predominantly focused on making it easier for the doctor to be able to prescribe and get a treatment plan into our system, approve the treatment plan and order the liners. As you think about GPs, they don't want to become specialist. What they want to do is be able to offer the treatment. And we have made it much more easier for them to do that with the upcoming software release. And we've got some great feedback from GP KOLs as well.

We've talked about Propel and VPro. We will have it ready for purchase by end of the year. My expectation is a major launch and push will begin next year, as was communicated early in the Q2 earnings. And we also expect to have whitening available in the US in December, again with a major push as we get into Q1 next year.

That's the key highlights for SureSmile. Predominantly North America, expanding geographically, growing fast and a key part of our growth aspirations for DS.

With that, Neeraj, go ahead.

---



Copyright © 2001-2021 FactSet CallStreet, LLC

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

 Corrected Transcript
23-Sep-2021

### Neeraj Gunsagar
*Chief Executive Officer, Byte, Dentsply Sirona, Inc.*

All right. Hey, everybody. I'm Neeraj Gunsagar. I'm the CEO and President of Byte. First off, I'd like to clarify I was an honest banker. So I got to make sure that that is clear. Who is Byte, right? So we were acquired by Dentsply Sirona at the beginning of the year. And like Chidam had mentioned, we are consumer focused today, right? Doctor directed, every treatment plan is overseen by a doctor in our network, and we provide clear aligners across the entire country. We've got a growing suite of oral care products as well. We've got whitening. We've got a night time aligner product too. And as Chidam and Don had mentioned, we have HyperByte. And so HyperByte is just a consumer version of VPro. We're the only person in the – we're the only company in the market that has VPro. And it's been a really, really powerful differentiator when we think about competing with players in the space today.

It's really important for everybody to understand that we are just in the beginning of a major transformation on the clear aligner space. As you've noticed with other players out there that are on the doctor-directed, doctor-led side, the consumer side is just beginning. We think there's about 70 million patients with mild to moderate malocclusions in the US today that are focused on what we call the underserved side of the market.

So these are people that are predominantly focused on pricing sensitivities. They want to do something convenient that's at home. We do a lot of real time surveying of our traffic either at the UV level or at the quiz level to understand what's the dominant consumer experience that these folks are looking at today. And the reason we do that is because you eventually want to combine these businesses with dental practice as we've talked about BytePro before, but you don't want to just go into BytePro with just the lead gen experience. You want to make sure that you've developed something with the consumers that's really powerful and easier to use as you go into the professional side of the network.

I always tell Don and folks at DS is we want to be able to create something end to end right at the beginning of launching with this. Otherwise, the professional side of the industry won't take us that seriously. They will just think of as driving patients or doing something like that. I always look at other verticals. Like, I look at an Airbnb or I look at – you know other folks that are doing stuff in travel and auto, even I came from TrueCar, Carvana, which has gone complete end-to-end. They only do something that's powerful when they create the entire experience, and that's what we're spending a lot of time trying to understand.

Like I mentioned earlier, the at-home piece of it's very important, but the doctor direction piece is important as well. So making sure that all the treatment plans are really well diagnosed from our treatment planners all the way to our doctors. And then, speed and comfort, we mentioned earlier, HyperByte is a very comfortable way of getting your aligners. I used to make these jokes that we call it the Theragun of your mouth, but the reality is it is a more comfortable experience for consumers as they're going through the Byte experience.

One thing that's also important from a narrative perspective is that the D2C side or the awareness that we're building is a huge positive for the entire industry. As I've spent more and more time talking with either DSOs or dental providers in local markets, they're all looking for incrementality, right. So, incrementality is super important to their practices, right? How do I go and acquire a new customer today, tomorrow, in the future?

And what we're doing and what we're seeing is, is that they haven't made a dent in this number of how many consumers go into dental offices every year. It's like between 40% to 45% of US people that need to go into the dental offices – go to dental offices every year. They actually want that number to come up. And the only way you can really make that number come up is if you attract a whole new set of consumers.

---

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

And we're seeing that many of our consumers today are a little hesitant to come into dental offices or always have been. But now with aligners and them spending a little bit of money through the BytePay financing or through whatever strategy they use on purchasing the aligners, the first question they ask after they're done with aligners is, hey, can I get a dental reference for teeth cleaning or to make sure that my teeth, when they're straight, they continue to be straight. So that's a really big thing because the served market, if you think about it, is a fraction of the underserved market today. And if we can start making a dent and educating and build more awareness on oral care with that group of humans, they are just going to drive into dental offices at a record pace. And so, that's something that we're spending a lot of time educating the industry on and making sure that when we create these experiences that we have a proper handoff. That's something in the future, but it's something we hold really, really near and dear to us as we work with the industry.

From a momentum perspective, we have doubled. This year, we're growing like crazy. We're seeing more and more consumer demand. Obviously, you had the pandemic drive a lot of stuff last year. This year, it swings a little bit the other way, but we're just continuing to see growth in the category on aligners and how are we winning, right? So one of the questions we always get is, in a sea of sameness out there, how is Byte really winning? Well, the reality is, is that we have the top rated experience. And when you think about a consumer journey in a higher priced product like this, it's non-linear. So when you see a Facebook ad or you see an Instagram ad, you don't purchase that aligner right away. When you buy socks or you like Tommy John underwear or something like that on Instagram, you buy that product right away. It's $20, It's $30, You don't have shopping cart abandonment in those verticals.

But when you're a big ticket purchase and we learned a lot of this in auto, you don't linear path purchase. You go all over the place. You might check out a review site. You might talk to some friends. You might go and you might even talk to a dentist. We are at the top of every single one of those and it's not by chance. We spend a tremendous amount of time making sure that the consumers that are going through our experience are having the best possible experience, and that has been at record numbers this year, and we're continuing to invest to make sure that those experiences go all the way through the retainers. And then as we hand off eventually to the oral care industry, the dental professionals, that handoff and that integration is really seamless. And that's some of the stuff that Cord talked about earlier on the common platform.

Next slide. So, what's next, right? So, what's next for us is, on the revenue side, there's continued momentum on top line growth. And the key is, is you're only going to win in this category by creating the best consumer experience. And so, we're spending a tremendous amount of time and effort investing in product and technology. And what I mean product and technology, it's not the Clear Aligner side, so that's what Don mentioned earlier, we have a common framework on that in Mexicali. A lot of that innovation comes from the engineering and technology side that's not in Byte today.

But what we do is focus on is making sure that if we roll out a new checking experience or roll in a new app experience, that that experience is parallel or at least at the same level to some of the digital health concepts that are out there today. If you think about some of the stuff that people use today, I have a WHOOP device on, there's other products and other verticals that are really interesting from a digital health perspective. So, we want to do something like that in the oral care space as well.

Like, I talked about experience, so deeper integration with HyperByte, right? Is there certain things we can do from a hardware, software perspective with HyperByte that keep people compliant, right? So, compliance is a big issue, right? So, when people wear an aligner, they don't wear it for a week, they go on vacation, we want to be able to help them transition through that, right? We have to have an engagement platform, we have to have maybe potentially some sort of integration with HyperByte to remind them, use your HyperByte for 5 minutes a

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

 Corrected Transcript
23-Sep-2021

day, use your HyperByte for 10 minutes a day. Those things are super important to make sure consumers have the best possible outcome.

Profitability, like I said, Don mentioned earlier, we're continuing to innovate and work on synergies across the COGS side of the business to drive up gross margins. We want to be the – have the highest gross margins in the business, and we should be able to get there with the power of Dentsply, and we want to be able to make sure we pump that money back into marketing and continue to build the business, because like I mentioned earlier, it's still the early innings here, and we want to be the de facto brand when people think about consumer aligners or aligners in the end.

Ecosystem, as I mentioned earlier, BytePro is something that we're very much interested on. We're having some conversations today with unique DSOs. But I want to be very clear that we want to make sure this is not just a lead-gen delivery product. We want to make sure that we're integrated. We've got such interesting hardware at dental offices today. Is there a way to build a unique, seamless experience across the consumer front and all the way to the experience they have in the chair? That's the only way you're going to differentiate and be able to drive incremental value in the dental offices, right? Incrementality is one thing that we spend a tremendous amount of time on to make sure that these are not patients you're acquiring or conquesting from dentist. You're not, really. You're bringing incremental patients into their offices.

And then global, we're in US and Australia today. Australia is actually booming. It's interesting to see when you're in a quarantine or in a pandemic. People start buying at home aligners at record numbers. That's happening in Australia today as well. So we're super excited about that. And then, we're planning a UK launch in 2022. And then, from there, the sky is the limit. We believe we can be in India and China and many, many other countries over the coming years to drive long-term revenue expansion. So that's Byte and I'll pass it back over to Don.

## Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

When we bought Byte, I think people were kind of – that seems a little bit like a curveball. But I want to emphasize common infrastructure, R&D, manufacturing, part one. Part two, when we need to globalize these guys, they ride on the back of Dentsply Sirona's extensive global QARA and the ability to register the products.

And I think people underestimate. When we talk about BytePro, it's basically as we were looking in the marketplace, we're never going to spend at the same levels as aligner. That's not our model. But if we can generate a million unique visitors out of Byte and not all of them are going to be eligible for Byte. We push those on into – that can go into SureSmile doctors or as you see here the kind of the CDOCS that we go through.

All right. So implants and endo, just I'm really excited about what we're doing on implants, all right. So right now, we're Astra, Astra EV, Ankylos, Xive, MIS. Henceforth, we're now going to be Dentsply Sirona Implants. I mean, everything we launch going forward will be done under the Dentsply Sirona name. We are very excited about PrimeTaper, which is the first, soon to follow is a product called OmniTaper, which will go into the rest of the world. It is an immediate load new product that, we think, gives outstanding performance. It's actually very, very easily used. You're building off the Astra feel, so it's not like a new procedure to learn. Common prosthetics across the entire line.

We have eight implant treatment planning programs today. We're now going to focus that down to two, Simplant being our lead, and we've totally revamped that integrated with Primescan. Again, we're going to take you in the booth, so I'm not going to oversell those. We'll show you how you can actually do in a dental scan. Why is that important? If you look at the pace that you're seeing post and fore or full upper or lower arches, and you can



integrate that into Primescan. And actually, if you sat in the main stage today, you could 100% see the idea that the digital denture coming off on a dental scan is really going to give you a better fitting, better outcomes.

Atlantis custom abutments, something we don't talk a whole heck of a lot about, but that's been our best performing implant asset. Custom abutment, if you are not familiar with the term, it basically, if you put an abutment in sideways or you don't get it right, you can actually have the abutment compensate for the screw being misplaced. If you do it perfectly right, a custom abutment will actually give you better aesthetics and particularly important on the anterior part of the mouth.

And we have – it's interesting if you took something like [ph] a stroma (00:45:15) and that's done an amazingly good job on education. We have just about the same amount of content, but because it's been aggregated – has never been aggregated before under different brands, it doesn't feel that way. So, one of the things that Chidam working in our digital transformation as well as Erania, we have now aggregated all of our implant CE. We now have a complete curriculum that will take you from single tooth to multi-tooth, to full arch replacement, eight courses.

If you go back to college, we have implant 101, 102, 201, 202, and such word. And the reaction we're getting from dentists who now – we've let a few people in under the tent. Very excited about that. The other thing that we're doing, that's very interesting, we're doing a post-market surveillance study that we're making available to dentist. If you want to enroll, and we're basically going to track the results from PrimeTaper, you can register a patient and we're actually compensating the dentist for that as we go forward for each digital entry. So, we are so confident in this product that we believe a post-marketing surveillance study will give us longitudinal data that we believe will generate some pretty significant claims.

And then Lucitone. We may do a demo late tonight after John Mulaney. We'll take a Lucitone denture and we will throw it off the top of [ph] Harris (00:46:42). So, Lucitone is the first of our 3D printing ingredients, very durable, very lifelike, and we believe it will become the standard in 3D printing. And right now we're partnered with Carbon, but we're actually going to be partnered with SprintRay as well. So again, implants, in my mind, is an area that we've lagged the market. I'm not telling you tomorrow morning we're going to better the market, but we'd like to think that if within a year to two that we will be growing with the market and we look forward to being competitive beyond that.

So, just looking at the products, again it's digital workflows, STR, MTR, full arch. You can see it's one driver. If you guys are familiar with implants – you know John, I know you guys are – I mean it's one driver now. Basically every Dentsply Sirona product will be done off a common driver. I didn't mention, by the way, we're introducing simply use drills under MIS as well as some other things. So MIS is getting a pretty good facelift.

By the way, we will be marketing MIS as part of Dentsply Sirona implants. So we've historically been concerned that if you have a value line and a premium line, that's not going to work well together when you bring them. We're now pretty convinced that dentists are going to make the decision as to how much support they want from a manufacturer, and they seem to be willing to pay for a premium implant or a value implant, but great set of products. And just why don't we go one more, Andrea, and in our mind, if you think about an implant procedure and workflow from the beginning, it starts with diagnosis and planning, whether it's our Orthophos or whether you look at our Axeos and now Primescan, we feel that our diagnostic capabilities are superior into the marketplace.

Augmentation, we had purchased Datum – when we buy Datum February, so that – we believe that state-of-the-art in bone growth and we believe we've got a really nice pipeline sitting behind that. So if you're going to put an immediate load screw and you want some good bone augmentation, PrimeTaper, Simplant Guide if you're going

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

**Corrected Transcript**
23-Sep-2021

to use a surgical guide. Again, we feel Atlantis is a secret weapon here in terms of custom abutments, whether that's for temporization or full. And then, look, every implant finishes with a restoration. Our restorative businesses are largest and it's very important to us. We'd like to say that endo, every root canal finishes with a restoration well. If you look at what goes on in implants obviously tying our restorative products to what's going on there.

Again, we're very happy with what's going on. And whether it's Cercon, whether it's a few other things. We believe that nobody has the complete offering that we do from beginning to end. And again, different companies have different pieces of it. None of them starts with a diagnostic sophistication of both X-ray and scanning, all right.

So, we're excited about the workflows. What does digital actually mean? And if you can pay attention to the slide. It, basically, if you do a digital workflow on a single tooth, it's basically you save a visit. It's a full visit. I mean, if you're going to do a partial, consider that like a two screws, three implants, you're going to save 20% of the time. And then full arch, if you go full arch starting with a Primescan, not only are you going to get a superior fit and finish, but it's basically going to reduce the number of visits by 66%. So, Andrea, go back one just because I think the slide built it. So, if you look at it, historically, an analog procedure, if you're going to do full arch, that can be eight, nine visits. And basically what we're saying, if you do a digital, soup to nuts, it's a big change.

And the other thing it really does is it gives the clinician a lot more confidence because you can share the digital images simultaneously with a lab partner back and forth. So, there's some good conversation.

All right. Andrea, why don't we go into endo? One more. ProTaper Ultimate, I hope none of you ever need this product. By and large, the only thing I want to use, if any, of Dentsply Sirona is the hygiene stuff or cleaning your teeth. But ProTaper Ultimate, we've always done really well in files and we have come up with an incredibly simple file system, much better shaping. It basically takes the number of files from seven to three.

More importantly, if you talk about that powered GP user as well as an endodontic, most of them are using three to four systems in their office. This is the only system you need. And that's what they're telling us. I mean, we've actually had this out in parts of Europe for a little while. And you're just – make life simple. If you basically take ProTaper Ultimate, it works really, really well.

Activator, it's an area of weakness for us. We now have something that will give you a really thorough cleaning in 90 seconds. So one of the concerns about – compared to say, like, a Sonendo, a physical file, you're going to have little roots and things coming off it. With an activator here using 90 seconds, the cleaning power is remarkable. And then, that product's coming out in the first quarter. Right now, we also are introducing a biosymmetric sealer for obturation, which we think is as good a fit as gutta-percha, but it sets in 60% faster.

So, when we go to the clinicians, we're saying, hey guys, first, it's easier to use, it's faster. So, in our world, we'd love to think ProTaper Ultimate is something that the general practitioner will get more comfortable using and we know the endos like it. And when you do something that's easy to use as our biosymmetric sealer, it just gives the clinician a lot more confidence. And it's all based off this digital diagnosis.

So, I think that's it, right, Andrea? So, we'd like to open that up to questions and answers. And are you going to moderate or how are we going to do that?



# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

Corrected Transcript
23-Sep-2021

# QUESTION AND ANSWER SECTION

**Andrea Daley**
*Vice President-Investor Relations, Dentsply Sirona, Inc.*



Yes. So, we have a number of folks in the room. We're going to open it up. We've got about 30 minutes for question – for Q&A. And what we can do here is we'll take some questions from the group we have in the room. And then for the folks on the live webcast, there is a function there for you to submit a question via the chat feature. So, please go ahead and do that if you have a question. But we'll start with the folks that are here in the room.

[ph] Julianne (00:53:29)? And if you can please wait for the mic just to make sure everyone can hear you. And wait for them to sit down.

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

No. No. And, by the way, we're expecting huge props for the uniform coordination here. And I will tell you it's actually getting very hot, so this is a sacrifice, one way or another. But we are really glad. Actually, we haven't seen our colleague physically since January pre-COVID, so we're very happy Walter is here. Who's got the mic, [ph] Andrew (00:54:09)?

Jeff.

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*



Jeff.

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*



Thanks, Don. Good afternoon. Thanks for having us all. And thanks for calling me out on the digital dentures. I don't know if I'm the most gray here in the room or what got the call out there. But two things. One, just because it is timely, and I've been getting a lot of questions, I'm sure everyone else in the room has. There is a little talk about some seasonality right now and things like that. I don't want to take away from the big event here that's focused on the longer term. But just what do you see in seasonality? How should we think about third quarter relative to maybe the last couple of quarters you saw? And then I do have one bigger picture question. Thanks.

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

Yeah. I'll start. I think you're going directly to the aligners. I mean dentistry doesn't seem to be all that seasonal, but aligners tend to be a little bit more seasonal. We're seeing good growth, but you've heard from a few of the other players in the market that there's going to be some seasonality associated. We're seeing a little bit of that. The thing, and I think that we had said it pretty well, Jeff, we're pretty early stage though. I mean, so we're not

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

Corrected Transcript
23-Sep-2021

---

working off – in the case of Byte, we don't have two years of data. So we're going to see, but there's a little bit of seasonality there.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

And from that, I'd assume you're saying you're not really seeing a whole lot of seasonality in the rest of your business, the core business.

---

### Cord F. Stähler
*Chief Technology Officer & Senior Vice President, Dentsply Sirona, Inc.*

A

I think we have talked about this before. Typically if look historically, go back five years, typically the third quarter is somewhat slower than the second quarter. The majority of that is actually driven by Europe and the July-August shutdown. So I think there is an element of seasonality across all categories, not only aligners, mainly related to that. I don't think what we're seeing this year is that different from what we have seen before.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Fair enough. Thank you. And Don, you kind of talked about SureSmile there. You wrapped up that you're early stage there. But you did put up a number 160,000 SureSmile cases. I know when we talked to some docs, the ASP is probably somewhere around $1,000, maybe a little less for some of your bigger users. I think last quarter it was pretty clear, Byte is on a $200 million plus run rate already at least using the last quarter's numbers. So you put that together, we're over $350 million. You've been talking about a $300 million run rate. So you're well above that. How should we think about the growth for just your clear aligner business over the next year or two? Thanks.

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

[indiscernible] (00:56:42) next. I'll let Chidam and Neeraj comment.

---

### Chidambaram A. Chidambaram
*Chief Digital Officer & Senior Vice President, Dentsply Sirona, Inc.*

A

So two things, the...

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

I will let you comment.

---

### Chidambaram A. Chidambaram
*Chief Digital Officer & Senior Vice President, Dentsply Sirona, Inc.*

A

Oh, sorry. I think you...

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

No, the – just to set the table, Jeff, look, we gave you a $300 million number. We like the $300 million number. If we get – if we're better than the $300 million number, great. I mean, one of the challenges, I think, Jorge has mentioned that – I think he mentioned this last week when you were doing some of the other work. There's still a pandemic floating around. I mean, it doesn't look like it out there. But there's a pandemic. We're just trying to work

---

# Dentsply Sirona, Inc. *(XRAY)*
## Business Update Call

our way through it. I mean we're happy with how these things are both growing. And we'll stand by the $300 million. If we deliver upside, we're happy.

### Chidambaram A. Chidambaram
*Chief Digital Officer & Senior Vice President, Dentsply Sirona, Inc.*



I don't have anything more to say what Don just said. The 160,000 plus cases that we saw there was a combination of the two brands, not just SureSmile.

### Vik Chopra
*Analyst, Credit Suisse Securities (USA) LLC*

Q

Hi, Vik Chopra, Credit Suisse. I had a couple of questions on clear aligners, first on Byte. Help us understand how you're driving awareness for the product and what success would look like for you with your UK launch?

### Neeraj Gunsagar
*Chief Executive Officer, Byte, Dentsply Sirona, Inc.*

A

Well, building awareness is mainly digital today, right? So, we use a combination of what most folks use, which is just Facebook, Instagram on the social side. We're doing stuff with TikTok as well. And then, on the Google side, we're obviously just playing with the brand and non-brand world. But we do spend a lot of time on the review sites as well because – when you have an early category like this, unless you're going to go spend a tremendous amount of money on, let's say, upper funnel marketing, TV, radio, digital, you've got to get the digital piece of the consumer experience right first.

And so, we've seen competitors run and spend a tremendous amount of money on upper funnel marketing, you know the same players that I do. What happens is, is like I mentioned earlier, it's nonlinear. So, we are going to spend more time focusing on quality of traffic. And as we build quality of traffic and have that – we believe we have the highest conversions in the industry from a UV all the way to kind of aligner purchase.

But as we focus on that number more and more, we're very responsible on how to spend dollars. I'm very much focused on what the LTV/CAC of each incremental customer is. And when we see that start to broaden and broaden, we pump more money in the upper funnel. My goal is, is we're doing an internal branding exercise on what's the differentiation of Byte, how can we go attack that? And next year, I think we'll be making a much bigger push in regards to upper funnel marketing to drive awareness for Byte. But there's a lot of still awareness in the category in the aligners, right? So this underserved market is not nearly as educated in the content of being able to get your teeth straightened doing that home product or even like we mentioned earlier, with BytePro, we want to be able to funnel the right conversions to class 2, class 3, once we have that integrated solution, so it's still early, right? I just want to make sure, we're not going to spend $100 million on a TV campaign because the math of that doesn't work. So that's kind of how we think about branding for the category.

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*



In UK.

### Neeraj Gunsagar
*Chief Executive Officer, Byte, Dentsply Sirona, Inc.*

A

Oh, in UK. So UK success is, I think, launching and then making sure the customer experience. Same thing we did in Australia is just making sure that we have the best customer experience out there. And at that point, by the end of the year, if we know from the review sites perspective and our conversion map is there that we'll figure that

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

as success for 2022 and then we'll pump in dollars in that category. Once again, it's not spending a bunch of dollars in the country and then having horrible customer experiences. Because we've known some of our competitors that are in UK and Germany, their experiences haven't been subpar and they might still generate revenue. But the reality is this quality of revenue is just as important to us as revenue growth is. So we're very cognizant of like when we want to like really push the pedal to the metal in certain markets like Australia is doing extremely well and we want to follow the similar path in the UK.

---

**Vik Chopra**
*Analyst, Credit Suisse Securities (USA) LLC*



Great. Thank you. And just one more on SureSmile, if I could. You recently announced a partnership with 3Shape. Help us understand the rationale for that and when you expect to see some sort of benefit from that partnership? Thank you.

---

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah. The 3Shape partnership was a function of – they, obviously aligners isn't taking 3Shape anymore, so they needed aligner because if you're trying to sell an oral scanner right now and you're boxed out of having aligner, that's some of the functionality. And we're committed to open – we're absolutely committed to open. So actually, with SureSmile, we're validated with 3Shape. We're actually going to validate Primescan with other aligners as well because, again, one of the things we constantly hear from the dentist is you guys need to derisk our equipment assumptions because if everything gets closed off, it'll actually slow down digital equipment adoption.

---



[ph] Jon (01:01:23)?

---

Q

I think I got the mic. Hey, guys. Just maybe on 2022, just at a high level, it seems like you guys have a lot of tailwinds. Byte would arguably circle into organic growth. That could be 100 or 150 bps. You've got a brand-new implant platform that you'll be catching up closer to growth, which that might at the industry mid-single digits, new endo. So, I think when I speak to investors, they hear the 4% to 5% and they think the upper end or even north of that. Just talk to us about the tailwinds that I identify, but what are we missing from a headwind that might keep it in that mid-single-digit range or the variables that I mentioned? Should we think 2022 is possibly a little bit more robust?

---

**Jorge M. Gomez**
*Executive Vice President and Chief Financial Officer, IT & Transformation Office, Dentsply Sirona, Inc.*



I think at this point, the targets that we have either reflect our views on tailwinds and headwinds. There isn't a major headwind that we can think of. I think the health of the business is good across the board. We will be in a position to give more specifics about 2022 and fine-tune some assumptions pretty soon in a couple of months when we give guidance for 2022. But I don't – we are not seeing at this point. Obviously, there's COVID, but I think with the vaccine and other things, we'll get to a better place soon. But other than that, we're not seeing any major headwind, and there's investments that we have to make is not only about – I think Neeraj said something really important, which is not every single dollar of growth is the same, and we want to make sure that we make investments to improve the customer experience. We want to make sure that we don't get ahead of ourselves in

---

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

certain markets where we like to do a lot more than what we do today. But we want to do it at the right pace so that when we go, it's going to sustainable. And that is very important for us.

Q

Okay. Great. And then maybe just a quick follow-up. Don, in the presentation there, I think you mentioned DTC for clear aligners, which was really interesting. And was that specific to the SureSmile platform to be clear? If it was, why now? Would that be TV? And then, maybe to just flip over to Byte, Neeraj, we've heard a lot of stuff about Apple iOS, the new platform and the headwinds that it's created for some companies that are heavily reliant on digital and you guys have done a great job. How are you navigating if you are in avoiding some of those pitfalls? Thanks, guys.

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Let's start with the DTC. Yeah, that was 100% going at SureSmile. If you look at the evolution, [ph] Jon (01:03:55), first, we had to get Mexicali up. And second, we want to be in a position where we have a broader range of products. So, when you start talking about HyperByte, by the way, we will strike the Theragun for your mouth, if you guys ever done the Theragun. A Theragun in the mouth would be a little brutal. But our thought processes when we get HyperByte and get whitening and a few other things and get our manufacturing to the point where we feel it's a strategic advantage, that gives us the opportunity to do it.

And again, we're going to do it in a measured fashion. I mean, tomorrow morning, don't expect a SureSmile Super Bowl ad. But in our budget, we have a program. DTC, a lot of it tends to be social. Because one of the things we hear from dentists is we want to make sure people have at least heard of SureSmile. So, that should [indiscernible] (01:04:39) in the process of rolling that out now. And look for that if it works that way we hope it works, that'll be expanded in 2022.

Neeraj, you can talk to the iOS.

### Neeraj Gunsagar
*Chief Executive Officer, Byte, Dentsply Sirona, Inc.*



Yeah. No. No. It's a great question. So, yesterday, you probably read that Facebook came out and talked about lowering their numbers. The reality is that you want to play the digital marketing game a little bit differently because there's a CPM rise that Facebook drives that they try to play and manipulate advertising rate. So, CPMs will go up on Instagram and Facebook. What we constantly navigate is just the efficacy and the efficiencies of those marketing channels. So, we might move very quickly off Facebook and Instagram because of the high CPMs on the higher cost CPCs on Google, for example, like, so we could go by competitor terms because the math model works on that.

So, you have to be in tune with these channels in real time. And one of the things I think we're all learning here in folks at Dentsply is like it's a trading desk on our side, like we're moving every single minute. I mean, weekends are not off, Saturdays and Sundays. My teams are always managing these things, and we've got that experience because auto is so heavily marketed and we're bringing that same expertise here.

So, there's definitely issues because I mean, you probably guys have all done it on your iOS, like I don't want that app following me. I don't want that app following me. So, the cross-app thing is more of a targeting thing. So, it's more about like Facebook will try to sell you audiences, right? So, that audience is a lookalike like this based on

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

 Corrected Transcript
23-Sep-2021

---

all these tracking things that they have. You're having issues on that. But we're able to quickly navigate those things based on our internal data or our quiz data and retargeting our quizzes and stuff like that. But other companies will. If you don't have this kind of expertise internally on a digital perspective, you're going to deal with these issues.

---

### John Kreger
*Analyst, William Blair & Co. LLC*

Q

I guess I'm next. John Kreger. Could you guys just maybe dig in a little bit more to the implants restart that you're doing? I guess sort of two-part question. One, kind of let's step back, what didn't you do well over the last 5 or 10 years, really since the Astra purchase? And then, looking forward, it seems to me like Straumann has consistently kind of out-executed everyone else in implant. What do you think you have that can sort of systematically claw back some share from Straumann?

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Sure. John, I actually think if you look at our history in the implant business, it almost tracks to the history of Dentsply Sirona. I mean there was Astra, Astra EV, Ankylos, and Xive. I remember literally one of the first rides I did with an implant rep, she was very aggressively assuring me she was an Ankylos rep. And I was like do you – what else do you sell? She goes, I'm Ankylos. It's the Ferrari. It's the best anterior implant thing.

So, for instance, in the US, we have four different sales forces, one for each. And when you don't operate at scale, which is why you keep seeing us put that in our values and whatnot, you don't have a common R&D. A common R&D in implants is 18 months old now. So, okay, that's the first thing we have to do. Dan has been able to rationalize manufacturing, which should give us a fair amount of opportunities to improve the cost position. But from a marketing perspective, the number of dentists that are actually able to identify Ankylos, Xive, and Astra with Dentsply Sirona is very, very low. And the amount of people that can identify something like a Atlantis with Dentsply Sirona is, you're talking in the 20s and 30s. So our thought process is the biggest asset we have is our name and the biggest asset we have is our installed digital base. So we've spent in the last 18 to 24 months working pretty aggressively to actually make these workflows go. I mean, one of the things in [ph] five two (01:08:31), when we keep talking about the edentulous full arch scan. I mean, that's like magic. So we had to get that set first. Second, we had to make decisions like, I talk about Simplant. So we're picking, we're picking things.

And Walter, you've actually got some history on implants. And I know you're a huge advocate of what we're finally doing on implants. Maybe you could offer some perspective.

---

### Walter Petersohn
*Chief Commercial Officer & Senior Vice President, Dentsply Sirona, Inc.*

A

Yeah.

---

A

How about we wait for the...

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

For the people who aren't here, Walter.

---

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

**Corrected Transcript**
23-Sep-2021

### Walter Petersohn
*Chief Commercial Officer & Senior Vice President, Dentsply Sirona, Inc.*

A

Yeah. I hope it's on.

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah.

### Walter Petersohn
*Chief Commercial Officer & Senior Vice President, Dentsply Sirona, Inc.*

A

Is it on? Yeah. Like, Don, you described implant being kind of four, five separate companies internally, and it was run commercially very similar. Every implant was separate. The teams were separate. Now, we are, A, brought implants together as one team and same on the commercial side; and B, in all our big markets, we formed these pod teams where they interact with – on a regional – on a territory level – with their peers so that they can cross-leverage the contact. So, we basically stopped the isolated go-to market and made it a unified, synchronized effort. And that works.

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah. And the last thing I'd add, John, is we were big advocates on parallel wall. I mean, if you actually go through Astra, Astra EV and Ankylos and Xive, we saw a parallel wall, and the markets really moved the other way. And there was a lot of conversation within our organization about the appropriateness of moving to immediate level, and we've kind of gotten around that – we've gotten over that. So, the steps that we're taking is, okay, recognize what our advantage should be versus Straumann, big installed digital base part one; part two, get your products up to speed, which we now feel that we're in a very competitive position, bring in ancillaries that are really important.

I mean, I'll stack Atlantis up to anybody's custom abutment program in the marketplace on a global basis, add something that's – Eric Bruno would be the first to tell you it's a door opener, I mean, with Ossixx right now. It is a really awesome bone growth factor that we're excited about. And then as over time, when we begin to aggregate things up to Dentsply Sirona, that's the same people who we're bringing CEREC and other things. We think it gives you a lot more leverage. I'm not sure, you're going to be able to quite to do it today, but I'd – give us some a month, John, and go on the site and really look through the continuing education. It's now – there's going to be a substation within Dentsply Sirona called Implants – Dentsply Sirona Implants.

Today, if you wanted to go search how to do a multi-tooth replacement, you could come up with an Ankylos, Xive, Astra or an MIS version scattered throughout because it was organized by brand as opposed to organize how a clinician might do it. So, again, I mean, we're – I think Straumann has done a wonderful job. I've done some things really well. If you look at the institute, you look at the fact they've got premium and value, we feel very good that premium – we have a great premium and a great value offering. We're now going to put them together and we're going to leverage it under a single brand name.

### Elizabeth Anderson
*Analyst, Evercore*

Q

Hi, everybody. Elizabeth Anderson from Evercore. Just a follow-up maybe on the implant side of things. How do you see the transition for a new person to some of these digital-based implant solutions like, is it something that you have to go out there and have people sort of train and play – is it just something that people can plug and

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

Corrected Transcript
23-Sep-2021

play? I'm just trying to think about how you – the ramp when somebody would be converting to this product and sort of what that looks like over time?

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah. And, Liz, let me build on the question and actually finish off a question with [ph] John (01:12:17). Look, our immediate goal is we've been losing share of wallet. If somebody has got a Brand X and Brand Y and then us, because we didn't have the product and a few other things, we were losing share of wallet. We feel we can stop that now which in my mind that – Walter's guys were out filling in the bucket, but there was a leaky – it was a leaky bucket, if you will. So, look, the journey that – first, we feel we've got a very good offering for specialist and we're going to hold – we want to hold serve with specialists. We do, however, and you heard it again and again every dentist that got up and talk today. It was talking about practice expansion where you're trying to increase revenue per hour that the dentist is going to spend.

So we would say the best way to approach things is if you're a general dentist in a DSO, you're going to learn single-tooth implants and then it's the digital technology where you're going to get a surgical guide and you're going to be able to talk to a lab by virtue of the fact they're looking at the same thing. You'll start the progression up. We would tell you it's got to start with CE theory and then invariably and we're pretty well set up for this. You're going to go do physical training. Like, I'll go to Dr. Gomez and I'll actually place three or four of these implants. Once you've placed single tooth, the march up is really your confidence level.

The second big thing that was mentioned here that I feel we're starting to gain momentum is patient activation. A general dentist going to patient Gomez here, hey, you really need an implant and it's going to be $3,000 to $4,000 to $5,000. They get very nervous about patient activation. The digital tools, Elizabeth, are absolutely essential in having that conversation, which is why we want to anchor things in digital.

So I would tell you, we've identified people who should be on that journey. Single tooth to multi tooth, multi tooth to full arch. Filling in the funnel, it actually starts with didactic where it's going to be online learning. Then you go to these activation if you saw the DS Activate program where you're going to go get hands-on training. And then ultimately you're going to spend time and we're pretty well set up on a global basis with KOLs, which will do hands-on.

It's not a light switch that goes on. But our best target, I would tell you, is somebody who left a DSO, hung out a shingle, and she realizes that drilling and filling isn't going to pay for my dental school and to buy the practice.

**Elizabeth Anderson**
*Analyst, Evercore*

Q

Got it. Okay. So, a couple of questions from that. One, so it's launching globally, yes?

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah.

**Elizabeth Anderson**
*Analyst, Evercore*

Q

At the same time, okay. And then, two, do you feel like in terms of the, well, I guess, is there a COVID impact to like doing these in-person trainings or is that something that we shouldn't really worry about too much like if I have

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

**C** Corrected Transcript

23-Sep-2021

to go, you said that, as she said, with a single implants and I have to go train with Dr. Gomez, like is that a COVID impacted activity or not so much?

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

No. It's not as much. I mean...

### Elizabeth Anderson
*Analyst, Evercore*

Q

Okay.

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

...you know, that I think it's what you see outside and you can hear it. You know, dentists have gotten pretty comfortable that they can manage aerosols. So that we haven't seen a die-down in physical training. The amount of hands-on training, Elizabeth, you do from single to multi-tooth is de minimis. It's really get that first kind of experience with single tooth.

I mean if you guys want to comment Matt or Walter, that's fine.

### Walter Petersohn
*Chief Commercial Officer & Senior Vice President, Dentsply Sirona, Inc.*

A

Yeah. I mean, in terms of training, physical training, things have come up to an almost normal levels. I mean, you have to keep spacing, so courses can't be that full. But we see all around the world a lot of activities and doctors feel safe. So, that's going full speed. And there is an element of us training our reps, too, because this whole digital journey really means a big expansion of what the rep used to do selling bridges from selling solutions. So, suddenly the implant rep needs to understand our digital devices, our software, which is another step of education and training. So, there is that taking place on our own website and then with our customers.

### Elizabeth Anderson
*Analyst, Evercore*

Q

And the last question, do you feel like you have the whole portfolio you need at this point in terms of your ability to do it, new product launches or these launches? Or is it these launches are kind of one of those things where you would also look to supplement it with maybe some inorganic expansion, maybe on the value side, geographies, or something like that?

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

I would answer that question, Elizabeth, 100% we feel our portfolio is competitive today. There's nothing that's on our shopping list right now to say, boy, that's really going to hold us back. Getting Prime approved in every country around the world and registered and getting omni approved in every country around the world. It takes a little while. So, you got to roll it there.

But in terms of like OSSIX, Atlantis, the continuing education, Simplant, that's – we feel really good that we're good to go. I think MIS, I mean, it's – in our mind like the two jewels in the implant portfolio were actually MIS and

# Dentsply Sirona, Inc. *(XRAY)*
## Business Update Call

**Corrected Transcript**
23-Sep-2021

Atlantis. And so we feel like from a custom abutment perspective and from a bone growth perspective that has been outpacing the category.

---

### Elizabeth Anderson
*Analyst, Evercore*

Q

Thanks.

---

### Jason Bednar
*Analyst, Piper Sandler & Co.*

Q

Jason Bednar with Piper. Don, I wanted to ask on the supply chain challenges you brought up or at least alluded to in some of your opening remarks. I mean, this isn't unique to your business by any means, but I guess just wondering if there's anything you can talk to about whether there's certain business lines within Dentsply Sirona that maybe aren't seeing the same level of pressure or those that – maybe you're seeing an outsized level of pressure. And then, the follow-up to that would be, any line of sight to some of those pressures alleviating?

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah, sure, I'll start and then Dan Key sitting a couple of feet away from you. The businesses we worry the most about right now are chip-related. We feel very good that we have adequate supply, but where we might have been holding 180 days, we're now trying to hold more just because we keep hearing from the car industry and other stuff that there's going to be chip challenges. Medical-grade plastic is something that we see a little bit of a push on. But again, one of the reasons I actually wanted to have our supply chain people is because it comes up and I think they've done a heck of a job. Right now, we don't have anything that that's blinking yellow or red. I mean, Dan, did I miss anything there?

---

### Dan Key
*Chief Supply Chain Officer, Dentsply Sirona, Inc.*

A

No, you didn't miss. I don't think this is on.

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

It is. It's on.

---

### Dan Key
*Chief Supply Chain Officer, Dentsply Sirona, Inc.*

A

Okay. All right. I didn't – no, Don, you hit everything correctly. Yeah. So if you look at supply chain across the world, there's the chips, but then there's the containers. There's 70 ships sitting outside Los Angeles to be unloaded still. We're able to, with our procurement team and logistics teams, we've been able to find ways around that and they've been extremely creative. And I think that's the advantage as Don said earlier of a centralized supply chain leveraging scale. So we've been able to find ways around and continue to keep the supply coming in and be creative with our suppliers. And that's helped us through all this. And so there's nothing right now that is red blinking light to – for the rest of this year, end of next year at this point.

---

### Cord F. Stähler
*Chief Technology Officer & Senior Vice President, Dentsply Sirona, Inc.*

A

---

# Dentsply Sirona, Inc. *(XRAY)*
## Business Update Call

**C** Corrected Transcript

23-Sep-2021

Jason, just to add some – some flavor to your question. I think so clearly from a supply disruption perspective, we are fine. But it is clear that there is inflation in some places. Costs are going up. Shipping cost is much higher now than what it was 12 months ago, right. Some of the raw material prices have gone up as well. Dan and the team have done a great job trying to offset some of that. We have other savings in our part of the – of the enterprise that we're using to offset some of that. So, I just don't want that point to be missed because it is real.

---

### Jason Bednar
*Analyst, Piper Sandler & Co.*

**Q**

Yeah. Thank you all. That's super helpful. Maybe to transition over to the implant business or back to the implant business. Don, I think you've mentioned you're now consolidating everything under Dentsply Sirona including MIS. And that's a little bit of a unique strategy, you're different from maybe what your peers have done. So, I guess, just maybe expand a little bit more on that go-to-market decision. Why is that the right decision with MIS? And then, I just want to make sure I understand, right, if I'm right on that point, is it just implicit then in the price that the docs are paying that that's for the level of service that they're going to get higher price, higher service, lower price, lower service?

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

**A**

First, if you go on to any place on our websites or anything, even our e-commerce site, MIS literally has no relationship anywhere. Continuing education and stuff like that. So, that's getting pushed together and it's not going to be MIS from Dentsply Sirona, but it will be marketed under the same umbrella, if you will. It varies by country like right now in the US, we still have two separate sales forces. But Walter, we've consolidated MIS and...

---

### Walter Petersohn
*Chief Commercial Officer & Senior Vice President, Dentsply Sirona, Inc.*

**A**

It's largely consolidated because we just learned that doctors use different systems. Doctors use different systems at value brand depending also on the price availability of the customer. So, it makes perfect sense to bring it together in one bag and that that did grow sales.

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

**A**

Yeah. And what we've seen is that the doctors kind of understand if I'm going to pay this for a value abutment, do not expect that a rep is like the following, oh, I don't have a driver. You know, you better go hustle one of those over. They're pretty good about that. So, to answer your direct question, we don't see erosion in the countries where we put it under one back.

---

### Jason Bednar
*Analyst, Piper Sandler & Co.*

**Q**

Okay. Great. Sorry. Just one quick follow up just on ProTaper since that was the other focal point today. I understand that the simplification using fewer files, can you talk about maybe procedure time cut down that maybe quantify, if you can? You know, what an average root canal now looks like for a ProTaper Ultimate versus maybe gold previously?

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

**A**

I don't think we – [ph] Eric (01:22:34), we didn't push the number out, did we?

A

We didn't push the number out but the second and third steps [indiscernible] (01:22:36-01:22:42).

A

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah. We'll get in a minute there. We – I just want to – we've been hyper careful about what numbers we're putting out clinically because our lawyers were reviewing everything, but it's a significant – it just is going from seven files to three. Basically right now, if you're going to do a chemical clean of the tooth, that's 15 minutes, this is 90 seconds. So, if – we'll get – literally, when we – I hope you're going to do the tour. When we do the tour, John West is going to be there, we'll give you a number when we...

**Jason Bednar**
*Analyst, Piper Sandler & Co.*

Q

[indiscernible] (01:23:14)

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah. Yeah. The disinfection with the activators is a big deal.

**Jason Bednar**
*Analyst, Piper Sandler & Co.*

Q

Got it. Thank you.

**Andrea Daley**
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

A

We do have a question that came in from the virtual audience. There's...

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Do you have the microphone, Andrea?

**Andrea Daley**
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

A

I have a mic right here.

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Okay. Very good.

**Andrea Daley**
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

A

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

Yes. So the question is around – there's some interest around Byte Pro and specifically what that experience might be like or initial thoughts on that, would that experience would be like on the dentist side as they think about workflow?

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*



Matt, you want to take that one with the microphone?

---

### Matthew Coggin
*Chief Strategy & Business Development Officer, Dentsply Sirona, Inc.*

Yeah. Listen, it's still very, very early on, but I think Neeraj touched upon it really well. There's going to be sort of a non-linear approach. Well, we don't want Byte Pro to be perceived as is just a legion tool, right? We know others have tried it, it doesn't really work. So there's other things that we're building on the back end of it. But essentially, if you think about it, what is really instrumental to a dentist is we were talking about incrementality before, it's this concept of new patient's drive growth.

Well, if you think of the consumerism that's happening in dentistry and a lot of it's around the aesthetics of dentistry, right, [indiscernible] (01:24:24) or whatever, that was a main narrative around acquiring something like Byte, is if we could capture that patient, begin educating that patient, whether they go through a Byte journey or they go through the professional journey, we'll meet them where they choose to be meet or met. But I think if you think of that as a real patient acquisition, patient engagement tool, it becomes really critical because that's that dentist wants, right? We saw some commentary earlier today as if we could put engagement tools in front of patients to get them to accept cases, it grows categories. And that's what you're essentially doing here with a lot of underserved patients.

But one thing not to overlook, Byte, yes, there is an aspect of price sensitivity in patients engaging DTC platforms, but also remember think of us as people as well or as your consumers in dentistry, there's a fear of going to a dentist. So as you start educating that patient, getting them comfortable again with going to the dentist, we really believe it drives a significant amount of new patients into the dental practice.

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*



I always boil it down, because Matt and Neeraj are much smarter than the CEO. So, when I listen to how excited they get about stuff, I have to simplify it. It's basically, if you're not eligible for Byte Class 2, Class 3, we can give you names of dentists, and we will create websites with the names of those dentists and we will give them marketing tools to help them attract the Byte patient. And we're obviously going to drive them to places where there's a Prime scan.

And as Neeraj always corrects me. It's a curated dental experience. It's not going to anybody. It's going to be somebody who's got a great patient experience because, literally, the biggest differentiator in Byte is the patient experience. And to the point, we've seen other people try and build in the DTC space, try and build a professional relationship. And it's transactional as opposed to part of a continuum that we believe Dentsply Sirona is bringing new solutions.

---

### Andrea Daley
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

---

Copyright © 2001-2021 FactSet CallStreet, LLC

# Dentsply Sirona, Inc. *(XRAY)*
Business Update Call

Corrected Transcript
23-Sep-2021

And then, we have one other question that came in from the line regarding the idea of the number of doctors doing SureSmile today and how we think about that penetration in terms of growth.

---

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Yeah. That's – I mean, we're not going to give you guys a number on – number of dentists. I mean, obviously, we track it. To us, it's less important the number of dentists doing it than the number of dentists having gotten through their, what, should on their fifth case or sixth case. It's basically you need to get them through five. So, if we gave you a number of 100 but only 10 of them have done 5, it's – we think that that number is not particularly useful. So in our mind, we can do a better job than we will trying to give you a kind of number of cases that can do it. And in our case, because our strategy is so intricately linked to Primescan, in our mind, it's number of Primescan dentists that are doing SureSmile is the – is a key number for us.

---

**Andrea Daley**
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

A

Any other questions in the room? Let's wait – if you would wait for the mic, please.

---

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*

Q

Sorry. One last one. Hey, Don, I was interested on the clinical application suite and just thinking about your move to software and digitization in that. You charge right now some CEREC data streaming fees, things like that. As you move this into some other areas, do you monetize this in a software, like SaaS model where you could charge monthly fees? Is this just going to be bring this all together, have this cloud-based AI kind of stuff to sell more consumables and equipment, just – is it drive consumables and equipment sales? Is there a way to monetize at a nice software margin over time, a SaaS-like model? Thanks.

---

**Donald M. Casey Jr.**
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

It's both, Jeff. I mean, look, there – we're spending a ton of time on looking at how the business model may evolve as the cloud-based machines come in. When we think about it, there's – we would tell you that in the future, we believe there's going to be a service component or software component to what would be T&E today. How we generate growth over time, though, is really making sure that we're coming up with value-added services that they haven't necessarily seen today.

Just to tell you why we're confident about this, SureSmile is basically you're selling a treatment plan. I mean, if you look at Atlantis, you know its custom milling, but it's really a treatment plan there. And actually, we do sell CDOCS. I mean, there is a software upgrade program that's a revenue producer today. So, the dentists are comfortable with that. But as you look out, two to three to four years, we would expect that there's going to be a lot more emphasis on software and services now, whether it's transactional, whether it's SaaS or whether it's on a transaction. There's a lot to be learned. And if you look across the category, there's a lot of examples about how. But we tend to look at that as that's going to be an evolution as opposed to one day we all wake up and the model shifted.

---

**John Kreger**
*Analyst, William Blair & Co. LLC*

Q

A follow-up question, Don, I know you've talked a lot about the key strategy is sort of integrated digital solutions, I think. So, number one, are there, I think that means as you drive that, you end up getting a lot better kind of

---

# Dentsply Sirona, Inc. *(XRAY)*
## Business Update Call

consumable. So can you talk about categories where you think you're sort of undersized and you're not getting your fair share? What those might be of sort of consumable streams? And then I guess the other question is, five years from now, is there another key part of the sort of equipment landscape that you think you're going to try to convince dentists to add on top of the sort of imaging and scanner, and CEREC, is there another thing like 3D printing or something that we should be thinking about?

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*



Jorge – there's just two questions in there, John, and then Jorge jump in. I'll start. You know, are – is 3D printing going to be a much more prevalent feature in the category in five years? A 100%, yes. You know, and look, I mean, we got asked, what, two quarters ago. People had actually seen patent work around some of the work we've been doing. And when we introduced stuff like Lucitone, look, we're interested in the 3D printing market. But we want to make sure when we come up with a 3D printer, it's got a killer app and is ready to rock and roll, you know. So when it's appropriate to talk about that, we'll talk about that.

You know, just on a macro basis. You know, I tend to think that if we can get. And I was borrowing [ph] Eric Bruno's (01:31:18) slide. There was one slide. It was like a little quadrant. And it was showing an arrow. The amount of consumables, if you're just a consumable user, we quantify that. That's a couple thousand dollars a year that you buy from us. If you buy one piece of equipment, that number is 2 to 3x. If you buy two pieces of equipment like our home run which, by the way, the penetration in this, John, is really tiny. But if we had a DI and a CBRI in that are the amount of consumables goes up dramatically.

And so, our thought process is where are we under – where we'd like to be today. I'll start right with implants. I go to implants. I think it's going to propel our resto business. You know, we think endo is dramatically underdiagnosed in this country and around the world. And then I'm quite confident that as [indiscernible] (01:32:17) best friends are all his Primescan brand buddies because those are the best customers we have for SureSmile. And Jorge, you've got...

---

### Jorge M. Gomez
*Executive Vice President and Chief Financial Officer, IT & Transformation Office, Dentsply Sirona, Inc.*

A

No. I think you've covered that.

---

### John Kreger
*Analyst, William Blair & Co. LLC*

Q

Okay. Thanks.

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

A

Thanks.

---

### Andrea Daley
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

Any other questions in the room? Okay. Any...

---

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

---

All right.

### Andrea Daley
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

Any closing comments or anything that...

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

No. Agenda-wise, I think we're going to go out and walk the floor?

### Unverified Participant

Yeah. Just going to walk us through the plan.

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

Good. Before Andrea walks you through the plan, so Andrea's been with us for how long now?

### Andrea Daley
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

Since May.

### Donald M. Casey Jr.
*Chief Executive Officer & Director, Dentsply Sirona, Inc.*

Since May. And I'll tell you what, we – I hope you're enjoying her as much as we are, but she's – we're super happy you're part of the team, Andrea, and you and Colleen and Julia. These guys work real hard to hopefully you guys find coming to DS World worth it, even if it's not just to see Gwen, so anyway.

### Andrea Daley
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

All right. That concludes our live webcast.

**Dentsply Sirona, Inc.** *(XRAY)*
Business Update Call

Corrected Transcript
23-Sep-2021

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.



# EXHIBIT 3

**S&P Global**
Market Intelligence

# DENTSPLY SIRONA Inc. NasdaqGS:XRAY FQ3 2021 Earnings Call Transcripts

## Thursday, November 04, 2021 12:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2021- | | | -FQ4 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.65 | 0.68 | ▲4.62 | 0.81 | 2.88 | 3.22 |
| **Revenue (mm)** | 1024.70 | 1069.00 | ▲4.32 | 1166.21 | 4285.36 | 4501.17 |

Currency: USD
Consensus as of  Nov-01-2021 12:46 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2020** | 0.64 | 0.87 | ▲1 35.94 % |
| **FQ1 2021** | 0.56 | 0.72 | ▲2 28.57 % |
| **FQ2 2021** | 0.66 | 0.71 | ▲3 7.58 % |
| **FQ3 2021** | 0.65 | 0.68 | ▲4 4.62 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ....................................................................... 3

Presentation ....................................................................... 4

Question and Answer ....................................................................... 10

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Andrea Daley**
*Vice President of Investor Relations*

**Donald M. Casey**
*CEO & Director*

**Jorge M. Gomez**
*Executive VP & CFO*

## ANALYSTS

**Allen Charles Lutz**
*BofA Securities, Research Division*

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

**Jeffrey D. Johnson**
*Robert W. Baird & Co. Incorporated, Research Division*

**Justin Lin**
*William Blair & Company L.L.C., Research Division*

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research Division*

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

**Thomas M. Stephan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Tycho W. Peterson**
*JPMorgan Chase & Co, Research Division*

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Presentation

**Operator**

Good day, everyone, and welcome to the Q3 2021 Dentsply Sirona Earnings Conference Call. [Operator Instructions]

As a reminder, this conference call is being recorded for replay purposes. Now it is my pleasure to hand the conference over to Andrea Daley, VP, Investor Relations. You may proceed.

**Andrea Daley**
*Vice President of Investor Relations*

Thank you, Brian, and good morning, everyone. Welcome to our third quarter 2021 earnings conference call. I'd like to remind you that an earnings call press release and slide presentation related to the call are available in the Investors section of our website at www.dentsplysirona.com.

Before we begin, please take a moment to read the forward-looking statements in our earnings press release. During today's call, we make certain predictive statements that reflect our current views about future performance and financial results. We base these statements and certain assumptions and expectations on future events that are subject to risks and uncertainties. Our most recent Form 10-K lists some of the most important risk factors that could cause actual results to differ from our predictions.

In today's conference call remarks will be based on non-GAAP financial results. We believe that non-GAAP financial measures provide investors with useful supplemental information about financial performance of our business, enable the comparison of financial results between periods where certain items may vary independently of business performance and allow for greater transparency with respect to key metrics used by management in operating our business.

Please refer to our press release for the reconciliation between GAAP and non-GAAP results. And with that, I'd now like to turn the call over to Don Casey, our Chief Executive Officer.

**Donald M. Casey**
*CEO & Director*

Thank you, Andrew, and thank all of you for joining us this morning for Dentsply Sirona's third quarter earnings call. Overall, we continue to be pleased with the recovery in the dental market, how we are operating and our prospects for growth in the future. During this quarter, our top line showed strong growth versus both 2020 and importantly, against the pre-pandemic level in 2019. This growth was seen across most business units and regions.

And looking at the remainder of the year, we have good momentum, but are mindful that the pandemic remains a key variable. Before we get into the details of the quarter, I did want to acknowledge the entire Dentsply Sirona team. Throughout the pandemic and now in the recovery phase, they have remained focused on delivering for the customer, disciplined in how they operate and committed to making progress against our strategic goals. It is a privilege to be part of this group.

Moving now to Slide 6. As I mentioned, our financial performance in the third quarter was quite strong with revenues reaching $1.069 billion. This represents a robust 21% increase on an organic basis. Our operating margin was 20.2% versus 22% in the prior year as SG&A and R&D investments increased to reflect the recovery in the market as well as our commitment to innovation. Adjusted non-GAAP EPS was $0.68, that is an increase versus $0.67 a year ago.

Cash flow was $172 million for the quarter. To provide more details around the quarter, I will now turn the call over to our CFO, Jorge Gomez.

**Jorge M. Gomez**
*Executive VP & CFO*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Don. Good morning, and thanks to all of you for joining us to discuss another strong quarter in our fiscal year 2021. As a reminder, my remarks today will be based on non-GAAP financial results unless otherwise noted. Please refer to the reconciliation tables at the back of the press release and slides, both of which are posted in the Investors section of our website.

In the third quarter, we delivered strong revenue growth across the business in both consumables and T&E. The business delivered organic revenue growth of 21.1% and reported growth of 19.4%. Because the pandemic makes it difficult to gauge growth, I want to point out that we also posted robust organic sales growth versus 2019 pre-COVID levels.

Compared to the third quarter of 2019, reported sales grew 11.1% and organic sales grew 10.7%, driven by growth in both segments and across all regions. This performance against the 2019 baseline confirms the steady recovery trend we have seen in 2021. Gross profit was $624 million or 58.4% of sales. Our margin rate remained steady, reflecting a balanced contribution from all of our businesses and a more normalized mix.

Looking back, we have delivered 150 basis points of gross margin expansion since Q3 2019, the pre-COVID baseline, attributed to portfolio optimization and our efforts to simplify the organization over the last few years. As you all know, the global supply chain environment continues to be a challenge in terms of cost, availability of components and labor across industries. So far, we have been able to meet demand at a normal pace and continue to work on various operational strategies to minimize the impact to our customers and to our P&L.

Now turning to SG&A. In the third quarter, we had expenses of $373 million or 34.9% of sales. This ratio remains below pre-COVID 2019 levels, reflecting the benefits from our efficiency improvement initiatives. Quarter-over-quarter, SG&A increased as we ramped planned SG&A investments, particularly in sales and marketing to support our growth plans in strategic areas, including clear aligners, implants and digital capabilities.

Q3 spending on R&D was up 31.6% year-over-year to $35 million. We expect this level of increased investment to continue as we are committed to delivering innovation and great solutions to our customers. As a result of the heightened emphasis on R&D over the last few years, we are pleased to see a much healthier solutions pipeline, as Don will discuss later.

Turning now to profitability. Operating profit grew to $216 million versus $197 million last year. Operating margin was 20.2%. Looking back, we have delivered 230 basis points of operating margin expansion since Q3 2019, the pre-COVID baseline. We have expanded margins and we have also made meaningful investments in our business, which are essential to fund sustainable long-term growth initiatives.

Net interest and other expense increased versus last year mainly due to the impact from foreign exchange fluctuations. Regarding taxes in the quarter, our effective tax rate increased to 23.4% from 20.3% in the prior year quarter, primarily due to the geographic mix of pretax income and our continued business recovery from COVID.

Turning to earnings. EPS was $0.68 versus $0.67 in the prior year quarter. Moving to segment performance. Versus the third quarter of 2020, Consumables and Technologies & Equipment grew 15.9% and 25.3%, respectively. Both segments posted a strong growth across all product categories. The Consumables segment had sales of $440 million, an organic increase of 15.9% versus the prior year.

Overall growth was strong across all regions and in all categories, most notably within the endo and resto parts of our portfolio, which represent strategic priorities for our business. This quarter, we launched ProTaper Ultimate, the first major endodontic platform innovation launched in our endo business in more than 5 years.

Market reactions thus far have been very positive. Additionally, the rebound in the preventative business, particularly in the U.S., continued in Q3. The Consumables market has been resilient, and our teams are executing well through the recovery. Currency favorably impacted consumable sales by 1.3%, offset by a reduction of 4.8% due to divestitures and discontinued products.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving on to Technologies & Equipment segment results. T&E organic sales grew 25.3% versus the prior year with a strong overall growth in all regions and product categories. Growth was most notably driven by the digital category and implants. There continues to be a strong momentum on increasing digital capabilities within dental offices. Demand is high for digital devices such as Primescan and imaging equipment such as our new Axeos unit.

We are seeing a growing trend in dental offices upgrading from 2D to 3D units, and we are observing this trend in all global markets. Our Clear Aligners franchise drove a strong year-over-year growth this quarter. The aligners market continues to grow faster than most categories, and the aligners business is a key contributor to our growth strategy.

In the dentist directed channel, SureSmile continues its expansion domestically and internationally. In addition, the new software we recently launched has been positively received by the market due to its significant user experience enhancements. The upcoming launch of VPro will be another key differentiator for our SureSmile offering. As you may recall, when we acquired Propel, earlier in the year, we indicated our intention to utilize it for SureSmile as well.

SureSmile is on track to meet our run rate goal for the year. After a very strong first half in 2021, the DTC channel experienced softness in Q3. We believe this is largely attributed to COVID recovery dynamics and seasonality. Given the run rate we are seeing for Byte in the second half of this year, there is a possibility we may not fully achieve the annualized run rate goal for this year. DTC is an exciting new category in the dental industry and Byte is strategically positioned for growth with its focus on customer experience and key differentiators such as HyperByte and high engagement with customers through the entire aligner journey.

Lastly, within T&E, currency favorably impacted sales by 1.2% as well as a benefit from acquisitions of 7.7%, offset by a reduction of 9.4% due to divestitures and discontinued products. Now turning to financial performance by region during the third quarter.

U.S. sales were $399 million, a growth of 25.3% versus last year. Organic sales growth was 20.1%. U.S. dental sales volumes remain at close to normal levels in both segments despite COVID variants that spiked late in the quarter. European sales were also $399 million, a growth of 13.6% versus last year. Organic growth was 17.8%. Similar to the U.S. sales, the majority of product lines in Consumables and T&E are running at pre-COVID levels or better.

Rest of the World sales were $271 million, a growth of 20.1% versus last year. Organic sales growth was 27.8%, reflecting recovery in demand across Consumables and T&E. The APAC region has delivered continued growth for our business throughout the entire fiscal year 2021.

Next, I'd like to cover cash flow. In the third quarter of 2021, we generated operating cash flow of $172 million and free cash flow of $137 million. During this quarter, we paid our regular dividend and repaid long-term debt of $296 million, which mature in July. We finished the quarter with cash on hand of $281 million. Year-to-date, we have generated $435 million in operating cash flow and $334 million in free cash flow.

On a year-to-date basis, we have deployed more than $248 million to fund strategic acquisitions, including Datum and Propel Orthodontics. We have also returned a total of $158 million to shareholders through dividends and share buybacks. Our financial position and balance sheet remain strong. We are well positioned to continue to deploy capital strategically.

Now let me provide an update on our financial expectations for 2021. Based on the solid performance of our business year-to-date and the current market trends, we are increasing our estimates for 2021 as follows. We are tightening our revenue outlook by increasing the bottom of our range. We now expect revenues to be in the $4.25 billion to $4.3 billion range.

With respect to EPS, we are increasing and narrowing our estimates for fiscal year 2021. The new EPS outlook range is now $2.87 to $2.92. This range is based on a new assumption for the euro to USD rate of 1.16. This is lower than the fiscal year '21 budget assumption of 1.22 and lower than last quarter's assumption for the second half of the year of 1.18.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Given our long euro exposure, a weaker euro represents a net headwind to our P&L. Overall, we are very pleased with the current momentum in our business and our new 2021 outlook for revenue and earnings reflects that confidence.

To close my remarks, we are proud to share the progress we're making in our sustainability journey. As you may remember, we indicated a few months ago that we were taking substantive steps to advance sustainability. I am happy to report that just a few weeks ago, we share our sustainability strategy with a broad range of stakeholders at DS World, and also publish our 2020 Sustainability Report and our 2025 Goals.

It is our commitment to be transparent and accountable with respect to our strategy and goals. Going forward, we will measure our progress within 3 sustainability verticals, healthy planet, healthy smiles and Healthy Business. To support our Healthy Smiles pillar, this quarter, we entered into a 5-year partnership with SmileTrain and committed $5 million to the organization. SmileTrain is a nonprofit organization that provides corrective surgery for children with cleft lips and palates across the world.

We're excited by the opportunity to help improve oral health for children worldwide. I encourage you to visit the Sustainability Hub on our website to check out our metrics and actions within each of our sustainability verticals. We are convinced that our commitment to sustainability will deliver long-term value to our stakeholders.

With that, I will now turn the call back to Don.

**Donald M. Casey**
*CEO & Director*

Thank you, Jorge. Moving on, I wanted to provide some additional perspective around our strategy and priorities going forward. Moving to Slide 17 in the presentation. Our priorities have remained consistent over the last few years, which has allowed us to stay very focused on delivering consistent results. These priorities are to grow revenues 4% to 5% long term through a combination of organic and inorganic activities.

The second is to drive our margin to 22% by 2022. Essential to these efforts is the third priority, simplifying the organization to better leverage our scale as one of the largest companies in the dental space. When we meet these goals, we deliver consistent and sustainable double-digit EPS growth.

Moving to Slide 18 to detail some of the progress we've made against those priorities. Growth is our overriding priority with the objective being to deliver 4% to 5% top line increases long term. We've made important progress against this goal. In addition to the 21% growth for the quarter. Year-to-date, we have delivered an increase of [ 35.9% ] versus 2020.

It is also worth noting that for the entire year 2019, the last period prior to the pandemic, organic growth was 6.1%. This kind of performance gives us confidence in our growth strategy and our priorities. We will keep driving growth by focusing on 4 areas: They include building on our leading role in digital dentistry; accelerating our rapidly growing clear aligner franchise; delivering major innovations in critical areas; and building out our capabilities in faster-growing parts of the world.

Our portfolio moves over the last few years also reflect these priorities and have resulted in increasing our exposure to faster-growing areas of the dental markets. Turning to the next priority around margin expansion. We are confident that we will deliver the 22% margin goal by the end of 2022. We are realizing the benefits of a 3-year restructuring plan as well as portfolio reshaping efforts. Our team also continues working on simplifying the organization, both structurally as well as how we work.

A great example of this is our comprehensive enterprise modernization program under Jorge's leadership that increases the use of automation and digital tools across the company to improve efficiency and the customer experience. These efforts have helped us deliver significant headcount efficiencies, and we are on track to deliver the $250 million in savings that we outlined in 2018.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Looking out to the future, our strategy outlined on Page 19, is to develop superior integrated workflows built on diagnostic excellence, easy-to-use treatment planning and essential products that improve outcomes for patients and dental practices. On Page 20, Dentsply Sirona's impressive digital foundation is outlined. It starts with a large global footprint in imaging with major brands like Schick, Orthophos, Gallileos and our newest addition, Axeos.

Our large CEREC franchise that includes both chairside and DI is another critical component in our robust digital foundation. As Jorge noted, coming out of the pandemic, both of these digital businesses have strong momentum as dentists globally are looking to upgrade their practices. By adding these more powerful diagnostic tools like Primescan and 3D imaging, they can incorporate more complex procedures into their practice with competence.

Adding these more sophisticated diagnostic tools also creates an opportunity to take advantage of treatment planning for complex cases like implants and clear aligners. Treatment planning helps the dentists map out the entire procedure. This increases their efficiency while elevating their confidence, which can lead to better results for the patients.

Dentsply Sirona is one of the largest providers of treatment planning in all of dentistry with brands like Sidexis, CEREC, Atlantis, Simplant and SureSmile. We look at this digital foundation as one of our most important assets, and this area is a major investment priority for us. These will drive faster innovation, expanded treatment planning capabilities and accelerated progress in the areas of artificial intelligence.

These efforts are now supported by over 500 software engineers within Dentsply Sirona today, that are helping us continue leading the digital dental revolution. Moving to Page 21. Innovation is our lifeblood, and we have delivered several innovations in 2021 in key areas like implants and endo. At DS World, several of our major innovations were on display. Rather than just launching products, our customers could see our approach is based on simplifying critical workflows from diagnosis to delivering the final treatment in ways that can transform their practices.

Our ability to work across the entire procedure is truly unique to Dentsply Sirona. The fact that we address so many of the key procedures gives us a real advantage as we look to become the essential partner to the practice. A great example of this was the comprehensive restage of our implant businesses announced last month. For us, it's not just about launching a new screw and abutment. It is about rethinking the entire implant workflow and bringing all the assets of Dentsply Sirona together to help simplify things for the dentist.

It starts with moving to one brand name, Dentsply Sirona implants. It includes adding tools to Primescan that actually allow for edentulous scanning, a real breakthrough, while also advancing innovative multi and single tooth replacement capabilities. It includes a Simplant treatment planning refresh and a comprehensive continuing education program to support a digital approach to implants.

It allows us to deploy Lucitone to enhance performance of digital ventures. We have a best-in-class bone growth product with OSSIX. The team here is also really excited about the launch of PrimeTaper. This is an immediate load self-tapping product that is built off a well-known procedure. The system has launched in the U.S. and EMEA to excellent initial reviews. And this is the kind of integrated innovation across a critical procedure that we believe transforms dentistry.

We're also adding new products to our MIS value implant business to continue building momentum in this rapidly growing franchise. At DS World, we also launched ProTaper Ultimate in the endodontic space, as Jorge mentioned, representing a major innovation in this important therapeutic area. It's more than a file, and it includes a great cleaning product as well as a new obturation system that includes a new bioceramic sealant. Early users of the system, which we call the trifecta, are really excited about the ProTaper Ultimate system as it simplifies the procedure significantly.

We have also launched a major software upgrade in CEREC called 5.2 as well as SureSmile 7.6. CEREC 5.2 is so powerful that it makes Primescan feel like a totally new product. And it takes its category-leading speed and accuracy to new levels. SureSmile 7.6 makes major progress around our user interface. We also have a full slate of news for our clear aligner franchise. As we have 2 brands, we are maximizing the

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

investment in both R&D and manufacturing by offering the innovations across both the SureSmile and the Byte businesses.

Innovations in this space include our vibration technology, VPro, and HyperByte for improved comfort. We also are launching new whitening products in the near term. To finish the discussion around innovation, there was major progress in 2021 that will pay dividends going forward.

I would also note that we have a very robust pipeline going forward that we will bring to the market in the future. Moving now to Slide 22. To summarize, our strong performance year-to-date gives us confidence going forward for the remainder of 2021. We have good momentum leading into the future. Our results reflect the underlying resilience of the dental market and our team's disciplined performance against our operational goals and progress against our key strategic priorities. Based on this, as Jorge said, we are raising our '21 earnings outlook. Going beyond the quarter-to-quarter discussion, we also believe that Dentsply Sirona is well positioned to transform dentistry and deliver sustainable growth going forward. And with that, we will now open the call to questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question will come from the line of Elizabeth Anderson with Evercore.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

I was just wondering if you could go into a little bit of detail perhaps on the T&E segment at what your -- what's implied in your guidance for the fourth quarter? I know off of some of the people were -- had some questions about when revenues were getting recognized off of DS World and some delays in shipments in some equipment, et cetera. So I just wanted -- installation. So I just want to make sure I'm understanding that portion of it.

**Jorge M. Gomez**
*Executive VP & CFO*

Elizabeth. Thanks for the question. Yes, what we're seeing for T&E going into the fourth quarter is along the lines of what we said in our prepared remarks, which is, we have great momentum. There is great demand for Primescan, great demand for Axeos and imaging in general. The timing of sales relative to DS World, most of those sales actually happened in the fourth quarter. We -- there was a lot of great excitement.

And so in our guidance for the fourth quarter, we are including pretty substantial growth for CAD/CAM, for imaging in general. So the performance in that business -- that part of the business continues to be strong.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Okay. That's helpful. And maybe just switch over to the clear aligner. I know you said that maybe there was a slight amount of weakness in sort of the DTC market. Can you go into maybe what you think is driving that? And then maybe contrast it to how you're seeing SureSmile.

**Donald M. Casey**
*CEO & Director*

Yes, Elizabeth, thank you for the question. the DTC segment obviously benefited from the pandemic. And as we are kind of entering this recovery phase, we're seeing across not just the DTC clear aligner space, but a number of consumer businesses. Consumers have choices in terms of where they're spending discretionary income. And all of a sudden, people are going on vacations and other things.

So we think we're seeing a little bit of seasonality, and we're seeing some competition for discretionary spending among our core target audience. What we think going forward, first is that, look, we think clear aligners -- our clear aligner strategy is predicated on, look, we've got a DTC space, and we -- DTC entry, and we have obviously a directed dentist entry.

And we'll look to see growth in both of those segments. As what we saw in Q3, again, a little bit of seasonality. We think this is a little bit of consumers looking at other discretionary spending. I would tell you, we were -- obviously, when we sit down and prepare all this stuff, we were reflected on the fact that in basically, the second quarter 2018, we had 0 sales in clear aligners. And today, we've got a -- if it was an independent SBU, it would be one of our more significant franchises. And one that we expect to continue providing a lot of growth into the future.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That -- and that those comments you said, I know that you focused mostly on the DTC market. But with SureSmile, would you say you're seeing similar type trends? Or do those diverge anywhere?

**Donald M. Casey**
*CEO & Director*

No, they're a little bit divergent. SureSmile, it continues to perform as we thought. It's demonstrated very, very consistent results. We're optimistic as we begin to push that outside the U.S., and we have made progress doing that, that we expect to see continued growth on SureSmile.

The plans for Byte are also to begin to pick that up. I mean we're looking at Byte in a couple of different ways. I mean the first is we have new products that are coming in that direction, Part 1; Part 2 is we believe that there's opportunity to expand this outside the U.S. We think the DTC channel in places in Asia and other areas is doing pretty well.

So we really think that we've got a great product and want to participate in those regions. And then one of the things that we remain optimistic about is we really think that Byte is going to play a role with our relationships with the professional. Obviously, when people come in to Byte, not everybody is eligible for Byte, they can be referred over to Dennis, that we believe that would have Primescan and other things and go right into SureSmile.

So the Byte to us is a strategic play that gives us opportunities to grow in a number of different areas.

**Operator**

Our next question will come from the line of Tycho Peterson with JPMorgan.

**Tycho W. Peterson**
*JPMorgan Chase & Co, Research Division*

Don, I hate to nitpick after a beat and raise quarter. But just following up on the last question. You did have targets out there for the clear aligners $300 million for the year. So where are you trending on Byte versus that $200 million Byte target that you've laid out? And how do you know it's not a competitive issue? Obviously, the DTC channel has gotten pretty competitive.

**Donald M. Casey**
*CEO & Director*

A couple of things, Tycho. We're not going to give you the exact numbers on Byte, but it's a little bit soft. I mean we're not talking a major issue. We want to be as transparent as we possibly can. So we're telling you guys what we're seeing. We don't think it's a competitive issue that's where we feel like we're losing ground to other entries based on a lot of different things. Obviously, we're surveying in the market.

We obviously pulse and watch what's going on with unique visitors. We -- our process involves somebody coming into the franchise, buying a diagnostic kit and then hopefully buying aligners. So we have an opportunity to really talk to people and see where they're departing the funnel. And at this point, we really don't feel that there has been a significant change in the momentum of getting people from what kind of the purchasing, the diagnostic kit to actually purchasing diagnostics. We feel that it's much more of a narrowing of the funnel than losing people to competitors in the funnel.

**Tycho W. Peterson**
*JPMorgan Chase & Co, Research Division*

Okay. And then follow up on supply chain, obviously, topic. I'm just curious what you're seeing in the channel in terms of inventory levels, are dealers starting to stockpile? Are you running the new shortages? Are you able to pass on higher shipping costs? Can you maybe just give us a little bit of a walk-through on what you're seeing on the supply chain side right now?

**Jorge M. Gomez**
*Executive VP & CFO*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Tycho, I'll take that question. Yes, as I indicated in my remarks, there are challenges. So far, I also said this so far for us, we have not been impacted in terms of our ability to manufacture products or to supply our distributors is something that we are monitoring very closely. The supply chain team is doing a great job because the reality is, it is harder now to find certain components.

It is more expensive in some cases to procure certain materials. We have managed all of that so far. So with respect to what we're seeing in the inventory pipeline or channel, we haven't seen any major disruptions. Any changes really of material significance at this point. But as you know, this is a global situation, and it's something that is hard to predict at this point. But so far, we -- our financials are not -- have not been impacted by the supply chain issues in a material way other than some elevated costs that we have been able to offset or in some cases, for example, we did a price increase. We announced a price increase effective October 1. Some of that helps offset some of the incremental costs that we are facing.

**Tycho W. Peterson**
*JPMorgan Chase & Co, Research Division*

Okay. And then on the cost side, has wage inflation and kind of the hiring challenges changed your kind of customer view on automation digitization. I mean everyone is having a tough time staffing these days. Is that kind of driven more towards digital in your perspective? Or is it too early?

**Jorge M. Gomez**
*Executive VP & CFO*

No, I think we think so. Certainly, there are shortages of labor in many, many spaces, many industries and dental is one of them. Staffing issues, as you said, in dentist offices are becoming a little bit challenging. And all of that motivates our customers to think about ways of improving the automation, the efficiency and their practices.

And I think that is reflected on the strong momentum that we have seen in all of our digital equipment, including digital scanners and 3D units. So I think that is happening. I think that is accelerating that trend. And it's something that is going to really expedite this digital transformation that we have been talking about for a little while now.

**Operator**

Our next question will come from the line of Jon Block of Stifel.

**Thomas M. Stephan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

This is Tom Stephan on for Jon. Sorry to belabor this, but I want to go back to Byte. Can you guys just elaborate a bit on the macro headwinds you called out. Maybe specifically, how they look today versus what you saw in 3Q. Are those headwinds maybe abating a bit relative to 3Q? And then as a tack on, did the Apple iOS changes have any impact on Byte results? And if so, do you believe you're starting to navigate those challenges?

**Donald M. Casey**
*CEO & Director*

Yes, I'll answer -- thanks, Tom, for the question. I'll answer the second part first and the first part second. Look, the Apple change obviously impacts how Facebook and other things are purchased and how we interact with that. We -- one of the reasons we bought Byte was they have a really, really good team that is very sophisticated in how we go about creating demand and how we use different aspects of like the digital mix, whether like search engine optimization, whether it's social media, whether it's doing things like affiliates or insurance or other things.

So we've worked our way through that. In terms of what headwinds are we seeing in Q3 that are different than Q2. Q3 is vacation time. I mean, look, you had -- our feeling is, and we've looked at this and we've talked to a number of our customers or potential customers and people -- we get them in, "Hey, look,

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you've spent $20 with us to get the diagnostic kit, why aren't you taking the next step?" And literally, people were talking about, well, we're taking our first vacation since the pandemic and other things.

So statistically, we -- basically, we think there's seasonality associated with people going on vacation, people heading into school. And then it is somewhat confounded by what's going on in the kind of the pandemic where you've got pent-up demand for consumer spending in other areas. And the thing that we're still trying to quantify and we're going to continue to watch it and work through it is, obviously, there was a change in the third quarter about government payment related to pandemic recovery things.

So we're working through a bunch of the stuff. But I really -- I think Tycho just said it well. I do want to point out that we just posted pretty significant growth in the quarter and were raised. And one of the things that we look about, we have a broad-based portfolio, and we think that we're growing in the majority of it, and we're optimistic that we're going to grow Byte in the future.

**Thomas M. Stephan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great. That's really helpful. And then just on the 2021 top line guidance, the implied 4Q, I think suggests maybe a modest sequential growth. In T&E sounds like it will be very strong just due to DS World. So on the other side of that, how should we think about consumables? Are there any puts and takes on the end markets or just in general growth and the trajectory there?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes, Tom, I'll take that question. I think there is a good increase from Q3 to Q4 sequentially. So when you do the math, I mean, the sequential growth implied is several percentage points, probably 4 to 5 percentage points. So that is a good jump. There is -- specifically with respect to your question about consumables, there's always between quarters, there's always the possibility of timing, situations.

And I indicated before, we announced a price increase for October 1. And this is the annual price increase that we normally put in place. Every time we do -- we make these announcements, there is probably a movement of revenue from month-to-month or quarter-to-quarter. And so there's a possibility that there was some acceleration, probably not material, but some acceleration of consumable sales from Q4 into Q3 in anticipation of the price increase.

And there is a couple of other things like that, that are timing related. But the macro point is there is sequential growth, the organic growth rate that we are indicating for total 2021, I mean if you look at the range, from 22% to 25%, and it's closer to 25% organic growth, total top line revenue growth versus last year. Those are strong numbers.

**Operator**

And our next question will come from the line of Jeff Johnson with Baird.

**Jeffrey D. Johnson**
*Robert W. Baird & Co. Incorporated, Research Division*

Don, you sound pretty optimistic about the implant business in the third quarter. That business has been lagging the market. Would be interested to hear not just year-over-year when that business might have still been pressured a bit last year. But just how do you feel like you're performing relative to the market in the third quarter, that's ahead of the PrimeTaper launch? And just maybe the expectations then over the next several quarters for that business?

**Donald M. Casey**
*CEO & Director*

Yes, Jeff, thanks for the question. On imaging, we had a good quarter, and we feel like we've got some pretty good momentum going on in for a number of reasons. I mean I actually mentioned MIS for the first time today. If you look at our value segment, we're seeing good progress there, Part 1. Part 2 is obviously

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

getting ready for the restage. We had spent a ton of time out with KOLs and we feel pretty good that, that was starting to have a positive effect.

So I think we're growing exactly at category. I think we're probably a little bit lighter than the category. But as we did the restage, we feel very good that we'll have an opportunity to -- I've always said, first, we want to grow, then we want to grow with the category. I think what you saw this quarter is we're growing. And now with the restructuring and restage, we feel confident that we're going to get -- it's not going to happen tomorrow morning, but we feel in the very foreseeable future, we'll be growing at the category level.

**Jeffrey D. Johnson**
*Robert W. Baird & Co. Incorporated, Research Division*

Yes. Fair enough. And then I guess we each have to ask our own Byte questions, so I apologize for that. But when thinking about that product line, you probably have at least 3 or 4 weeks of visibility, I would assume from the time those test gets are ordered and maybe something converts over to a case into revenue in that.

So just any update on fourth quarter. You've probably got 2 out of the 3 months of decent visibility and all that. Just relative to 3Q or we continue to see some sequential step down of 3Q sequential stability versus 3Q? Just any kind of color relative to that third quarter number would be helpful.

**Jorge M. Gomez**
*Executive VP & CFO*

Jeff, I'm going to stay away from giving numbers for Q4. But I think we have been pretty transparent with respect to the softness that we saw in Q3 and the fact that because of that softness in Q3, we think there is a chance we were going to miss our $200 million goal for the year run rate for Byte. So that basically explains what we are seeing right now in -- with Byte.

**Jeffrey D. Johnson**
*Robert W. Baird & Co. Incorporated, Research Division*

Yes. And Jorge, I mean, just to follow up on that. I've got you right now at about $260 million, $265 million run rate of the third quarter just kind of continues in the fourth quarter. Is that at least ballpark kind of how we should be thinking about it?

**Jorge M. Gomez**
*Executive VP & CFO*

I think I said SureSmile is very much on track to meet or exceed the $100 million run rate. And then yes, Byte is a little bit behind. So I think ballpark, you're probably close.

**Operator**

Our next question will come from the line of Yi Chen with H.C. Wainwright.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Could you comment on how long you think the supply chain issue can persist? And whether you expect the issue to involve both on the manufacturing side and on the logistics side?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Thanks for the question. Listen, it's hard to predict how long the supply chain issues are going to last because again, this is not something unique to the dental industry. This is impacting pretty much all manufacturing industries globally. So we are a relatively small piece of that big, big equation.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We are taking a lot of actions to minimize the impact. Procurement doing a lot of great work trying to identify new sources for certain components. We are renegotiating certain contracts ensuring that we have access to supply for some key components on a predictable basis. So that's all short-term things that we're doing.

I think there are some more long-term solutions that are somewhat related to the supply chain issues, but also related to our desire to be more efficient and improve the margins of our products. So for example, in many cases, we are harmonizing certain products or components that we were sourcing from different source -- from multiple sources. We are now trying to consolidate. We're trying to harmonize the design of these components and that should help us improve the reliability of the supply.

And then we're trying to make sure that we look at the balancing of our manufacturing operations, ensuring that we have at the right time, the right components to ensure that the lines are working efficiently for predictable periods of time as opposed to stop and starting based on unpredictable patterns of supply. So there's a lot of things going on. And the -- as I said before, the supply chain team is doing a great job. And that's why, so far, we have not impacted our ability to manufacture products.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Got it. Do you expect your inventory level to increase in the coming quarters?

**Jorge M. Gomez**
*Executive VP & CFO*

I don't think so. No, we watch inventory very closely, our internal inventory, inventory in the channel. And our objective at all times is to ensure that our manufacturing process is smooth. And the worst thing that you can do for any manufacturing process is to move inventory levels too drastically from period to period.

So our goal, at all times, is to keep inventory levels relatively stable. And our actually long-term goal is frankly to decrease days of inventory, and that's a key internal goal that we track and measure very closely.

**Operator**

And our next question will come from the line of Jason Bednar with Piper Sandler.

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research Division*

This is Korinne on for Jason. So first on SureSmile. And, I guess, the clear aligner business more broadly. Can you provide some more color on some of your marketing and DTC plans here for the remainder of the year and into next year? What level of investment should we expect here? And just any color there would be helpful.

**Donald M. Casey**
*CEO & Director*

Sure. On SureSmile, the program that we're running today is about how we see it. We're looking at pulling some different -- slightly different levers in SureSmile, that will include some DTC. But from an overall P&L construct, nothing radically different about that. On Byte, Byte, there's a lot of levers. I mean, obviously, paid social is a big deal, and we obviously follow that very closely. But one of the things we've done since acquiring Byte is really helping them look at search engine optimization and how do you do a better job, creating content that's really meaningful to potential customers.

We have a very aggressive affiliate marketing program, and we continue to have a pretty good program to aimed at insurers. So as we think about that, the level of marketing within Byte is we don't expect it to change. We've been very disciplined like we're not going to go chase unprofitable volume, and that's been a key thing for us. But the also -- the other thing that we're very mindful of, we think it's got a really good runway in front of it.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And let's make it less reliant on a single way paid social and let's broaden its exposure to anybody looking for to do a DTC clear aligner through other means. So again, within the overall construct of both the clear aligner P&L, total franchise P&L as well as the individual products, we don't see radical changes coming, as this quarter or as we look out over in the next couple of years.

**Korinne N. Wolfmeyer**
*Piper Sandler & Co., Research Division*

Helpful. And then just one last one for us. Can you speak to some of the early impacts you've been seeing from DS Activate? I mean, I know it's early, but can you share how many docs have taken advantage of this program? And is there any pull-through that you've been seeing so far from that?

**Donald M. Casey**
*CEO & Director*

Yes. DS, we've been really happy with DS Activate, really happy. And part of DS Activate is we actually have people come in and physically attend our academy. And you know it's going well when you can't find a parking place prior to your earnings call because the doctors are all here for a Thursday activates.

So without giving you specific numbers. We believe -- and that program is principally North America, it's going well.

**Operator**

Our next question will come from the line of Justin Lin with William Blair.

**Justin Lin**
*William Blair & Company L.L.C., Research Division*

Just a quick question for me. So the high end of the organic growth target of 22% to 25% you gave for the full year, I think, implies essentially flat year-over-year growth in Q4, if that is correct? Just trying to understand the puts and takes here. I initially thought it might have something with a softer T&E quarter, given early orders pulled into Q3, but that doesn't sound like the case base on what you said earlier. So any color you can give here would be awesome.

**Jorge M. Gomez**
*Executive VP & CFO*

Justin, thank you for the question. No, I think our -- if you go to the 25% end of the range, actually, from an organic growth perspective, the implied growth would be close to 5%.

**Justin Lin**
*William Blair & Company L.L.C., Research Division*

Okay. Okay. Maybe just to check a map here. And second question for me would just be any update on what you're seeing in other regions outside the U.S. in terms of patient volume and spend. Just trying to think about what you're including in your guidance from a geographic perspective.

**Jorge M. Gomez**
*Executive VP & CFO*

There is nothing really major to highlight about regional performance other than what I said earlier, which is, for example, in the third quarter, all regions performed really, really well. And we are not seeing any deviation from that. COVID continues to be a little bit of a shadow there. Do you see a few small markets, for example, Australia, New Zealand, parts of China, where there are lockdowns.

But honestly, those lockdowns have not affected our sales in a material way because those markets are small for us. So the -- our expectation in the fourth quarter from a regional standpoint is a continuation of what we saw in Q3.

**Operator**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our next question will come from the line of Michael Cherny with Bank of America.

**Allen Charles Lutz**
*BofA Securities, Research Division*

This is Allen in for Mike. I guess going to the operating margin, our target for '22 at 22%, can you talk about some of the swing factors there sort of rank order? You mentioned investments in SG&A by implant rebranding, labor, supply chains, how should we think about the rank order of those themes?

**Jorge M. Gomez**
*Executive VP & CFO*

Thank you. I think there is -- there needs to be a good contribution from all areas of the P&L to reach that goal, and we feel good about all of them. So starting with the top line, we have certain targets that we want to hit. And we have been explicit about our 4% to 5% target for revenue growth. So that is an important factor. And then keeping the stability from a gross margin perspective, we have been trending very well, very steady, from a gross margin perspective.

And then there are further opportunities for cost savings, both in COGS as well as in SG&A that we are actively pursuing and implementing. And a lot of them have to do with what we call our enterprise modernization program that includes process harmonization and centralization. That's something that we still have a long ways to go. I think there is tons of opportunities from an automation perspective that should improve our cost base.

And then further possibilities to optimize our footprint, both in terms of manufacturing as well as facilities in general. I think as we learn how to live with the post pandemic or new ways of doing business post pandemic, I think that there are some interesting ideas to rationalize our footprint as well. So there is tons of things. And the last thing I would mention is from a product design perspective, the teams continue to do great work trying to improve the cost of materials, trying to improve the design.

So that is cheaper to manufacture and more efficient overall. So those are all important levers that we are actively pursuing. And when you add out of them together, that's where we will get about the 22% target.

**Operator**

And our next question will come from the line of Nathan Rich with Goldman Sachs.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Jorge, maybe a high-level question. You've highlighted a lot of the product opportunities. I guess as we think about going forward, how do you think about maybe investing more aggressively to go after some of those opportunities. You now obviously also have the kind of the added dynamic of inflation cost pressures.

I guess has that changed how you're thinking about the historical balance that you've seen between reinvesting in the business, but also being on the path to 22% margins. It'd be great to kind of get your sense of kind of how you're thinking about that dynamic as we head into 2022.

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Thanks, Nathan. I don't think our thinking has changed pretty substantially. I think what we are facing right now is reinforcing a lot of the beliefs that we had going into this pandemic. And so that reinforcement is translating into our strong desire to invest more and move faster with respect to a lot of ideas that we have in the pipeline.

And Don and I have indicated how we are really proud of the increased R&D activity that we have, what is coming out of that work. And we have a number of great ideas that we expect to bring to the market in the near future, and they are reflective of some of the important macro trends of digitization, changes in behaviors from consumers and things like that.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So I think this is just again, reinforcing the idea that we had before, and it's just pushing us to move faster, and we're really excited about the opportunities, frankly. I mean, there are great opportunities, and we are really excited about trying to do all of these things faster.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Makes sense. And just a very quick follow-up. Have you seen -- I think you touched on this a little bit earlier, but I just wanted to kind of revisit. Have you seen stock in by the distributors. I know there's a lot of focus on inflation and the price increases that could be coming. Do you feel like inventory levels at all -- have changed at all with your distribution partners?

**Jorge M. Gomez**
*Executive VP & CFO*

We don't think so. We track that closely and we manage our inventory levels in a disciplined way. And so we are not seeing that at this point.

**Operator**

This concludes our question-and-answer session for today. So now it's my pleasure to hand the conference over to Don Casey, Chief Executive Officer, for closing comments and remarks.

**Donald M. Casey**
*CEO & Director*

Yes. Thanks so much, and thanks for all the time you guys gave us today and great questions as always. Look, I'd summarize by saying we feel really good about a quarter. It's -- we've been doing this a long time. It's rare that you get to talk about a 20% plus organic with a beat and raise.

And there's some stuff that we're very, very excited about. Jeff, really appreciate the question on implants. And when you're seeing double-digit implant growth is something we haven't seen in a long time. We feel there's tremendous momentum on our T&E business. And consumables, which is a question we typically get is, we feel that we've innovated across a broad platform. So we feel good about that.

And I would just pull back a little bit out of the quarter-to-quarter discussion. It was almost 3 years ago to the day when we announced the restructuring. Basically, since then, we feel that we're really on track in terms of growth. I mean, if you look at what we did in '19 and then as we get into this kind of recovery phase of the pandemic, we were hitting the margin targets that we put out. We've already delivered the headcount.

We feel very good about the fact that we've created not only a more simple organization but one that's much more functional. And our team in here is really excited about the future. For those of you guys got to attend DS World, you could kind of see how we're laying things out from a procedure perspective and why we think Dentsply Sirona is really well positioned to become the essential partner in dentist practices all over the world. So I'll close it out and say thank you all and look forward to catching up in some of the one-on-one sessions.

**Operator**
Thank you. Everyone, this concludes our webcast and conference call for today. You may now disconnect. Everyone, have a good day.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 4

**S&P Global**
Market Intelligence

# DENTSPLY SIRONA Inc. NasdaqGS:XRAY

# Company Conference Presentation

## Thursday, November 11, 2021 9:20 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 5

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Donald M. Casey**
*CEO & Director*

**ANALYSTS**

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Listen, thanks so much for joining us. Sorry, apologies for the late start. I'm very pleased to have the team from Dentsply with us this afternoon. And I'm going to turn it over to Don for some initial comments, and then we'll go into Q&A.

**Donald M. Casey**
*CEO & Director*

Great. Thanks, Matt. Look, my comments, I'll keep it brief so we can do as many questions as appropriate.

Look, over the last 3.5 years, our story at Dentsply Sirona was coming in and trying to get the organization kind of cleaned up. We had offered a restructuring in -- almost 3 years ago to the day where we said our target would be 3% to 4% growth. We could hit certain headcount targets looking at a 6% to 8% headcount reduction, saving $225 million that was -- we later raised to $250 million, delivering margin improvement to 22%, 2022 and deliver double-digit EPS.

We've made progress against all those goals, and we have, in our opinion, demonstrated a fair amount of consistency in reaching those goals. If you look at the growth number coming off '19 versus '18 and how we feel coming out of the pandemic, we said we think we can raise that long-term target to 4% to 5%. And as we sit here today, we're pretty optimistic that our growth prospects are good and that 4% to 5% is definitely attainable.
And we put together, I think, a team that's very focused on the next phase of Dentsply Sirona, which is really about how do we grow, how do we build off our very strong digital base and key workflows by becoming the essential player, essential partner of dentists? So we're excited about the future, and I can't wait for questions to talk about how we want to grow the business.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Sounds great. So maybe the way I've started most of the sessions this meeting -- this conference is with sort of just a review of the environment that you experienced in Q3 and your expectations for what that looks like into Q4. Dental as a whole, has done, I think, it's generally better than many of the other markets we cover.

But maybe if you could spend a few minutes just characterizing what you're seeing both in terms of COVID or procedural or spending trends as well as, if applicable, any kind of staffing or personnel challenges that you or your customers are facing.

**Donald M. Casey**
*CEO & Director*

Yes. I mean the general recovery over time has been starts and stops in different parts of the world where I would say we are operating today and most of the world is close to the 2019. There's a few places around the world that we're still seeing lockdowns without huge impacts on dental, but I wouldn't say across the world, we're 100% back versus what I would consider more normal 2019 levels.

The challenges our customers, who are dentists, have been facing seem to be ameliorating somewhat, but they're still around basically coming out of COVID particularly when there was question about aerosols, airborne aerosols and which is a lot of the hygiene work and there were disincentives to work. You saw some hiring challenges. That's really -- we hear more and more dentists are able to get people back to work, and we'll be able to operate at full capacity.

As we go into the fourth quarter, we're optimistic that things get closer and closer to normal. Obviously, the supply chain is impacting all of us. When you talk about -- in our case, it's -- we look at distribution costs are accelerating. To date, we've been able to manage through a lot of that. And as we look out, we have a few key products that there's obviously going to be constraints around we're a heavily chip-oriented business. To date, we've been able to make everything we need to make. But as we jump out 6, 8, 12 months, we expect to see pressure on that.

We have a terrific supply chain. One of the advantages of the structure we put in place over the last 2 years is a centralized supply chain with a pretty sophisticated procurement group, and that's helped us through it. But we're also -- we took price in the -- at the very end of the third quarter, with the idea that we want to get in front of inflation.

If inflation moves a little bit faster and harder, we would look to do another price increase probably accelerate that up from -- typically, we do that third and fourth quarter, but we could accelerate that. We've been pretty happy. It's very, very early, but we've been happy that the price increase that we pushed through in October is sticking.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Great. And then just -- I think there's been some questions around consumer spend, consumer priority, shifting of spending from things to experiences or activity-based spending among consumers. What are you seeing there? What are your expectations there for the rest of the year?

**Donald M. Casey**
*CEO & Director*

Yes. Thanks for the -- that's a good question, Matt. In -- where we have the most exposure to that would be kind of aesthetic dentistry, which would be think about implants and Clear Aligners. The implant business as a whole has -- coming out of COVID has shown excellent strength. A lot of people have looked at the pandemic as an opportunity to improve aesthetics. On the Clear Aligner space, the direct to dentist side remains very positive and strong. We have seen some changes in the DTC side of the house, direct-to-consumer, that in our case, that would be Byte.

We -- as we look at the process of getting somebody from a visitor to actually purchasing aligners, we're pretty good at converting. But to your exact words, Matt, people are spending -- right now, there's a couple of things on a macro

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

basis that have narrowed the size of the funnel, not the shape of the funnel. And that is customers are going on vacation. There's a little bit of inflation, government check stopped.

So when we look at this economic group that we target with Byte and Bytes-only in North America today and I should note that outside North America, the DTC space continues to be very healthy. And long term, we think it will be very healthy in the U.S. But in the short term, we're competing against experiences and concerns about inflation and some other things.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Yes, I think there's been some sort of segmentation commentary around how the macro environment is affecting different segments, up market, down market, premium priced or sort of middle market offerings. And I guess you'd say by this feeling that pain a little bit, but you'd characterize it as something that recovers. Any feeling for when that starts to sort of normalize?

**Donald M. Casey**
*CEO & Director*

It's kind of out of our control in terms of what the structural category looks like. What we're focused on is how do we grow Byte and whether it's in the current environment or in an improving environment. And a couple of comments on that. We really bought Byte because it was strategic to us. We felt that our CAD/CAM line, our CEREC line would benefit significantly from having a presence of a Clear Aligner. Dentists often are choosing these kind of scanners on the basis of what can it do? Obviously, Invisalign has been successful with pushing out iTeros associated with Invisalign.

We got into the business about 2.5 years ago with the purchase of OraMetrix, which was much more of an orthodontist company, but it came with a Clear Aligner. Subsequent to that, we were able to expand SureSmile. As we looked at that 18 months in, we began to feel that we were subscale. So while we had committed to a manufacturing facility in Mexicali, we had built treatment planning in Costa Rica. We have an R&D unit we felt that if we could get more scale, that would be appropriate. So that's why we went for Byte.

It obviously, essentially doubles the size of our Clear Aligner franchise, which is obvious positive impact on the franchise -- cost of managing that franchise. And we're early stages in terms of -- today, Byte is basically in the U.S. and Australia. We think it has a real role to play in other countries around the world. And we look at if we can export Byte to another country or SureSmile, you can bring the other one along because, again, you're creating critical mass. So we feel global expansion is an opportunity.

As we run Byte in our mind, okay, if there's less people considering Clear Aligners, then it has to become a share gain and we're very focused on changing how we go about getting share with competitive claims, things like HyperByte, which aid in comfort and other things, we think is a differentiator. And then over time, we've kind of moved away from a pure-play social media demand generation activity, which was all social media, which there's been an impact as Apple changed some privacy settings that's impacted social media, well, that certainly impacted the business.

But we have been looking to diversify the demand creation levers by focusing more on insurance, what we call affiliate marketing. How are you in Bride Magazine? For lack of a better term. And then how do you create more content that's going to be valuable from a search engine optimization perspective where people are going to go and get content from you.

So our aspiration over time is to diversify Byte across a number of different levels. So that, hey, look, if this -- if the paid social media environment seems to be a lot more rugged, there's still, we think, significant opportunities to expand the funnel whether it's through driving share or looking at alternative means of demand creation.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Fair enough. Fair enough. So maybe if we could talk a little bit about the equipment side. The numbers have been solid. You've talked about the sort of supply chain that you've built out, not feeling the sort of pressure in terms of being able to get the supplies and semiconductors and materials that go into your equipment offerings. I guess what does Q4 look like? What does Q1 look like? Is this a seasonal quarter? Have we seen investment ahead of normal seasonality? Maybe talk a little bit about equipment trends, if you could.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Donald M. Casey**
*CEO & Director*

Yes. And then I want to be really careful about getting too detailed on Q4. I can comment on macro trends. We feel pretty good that the level of investment that we've seen trending coming out of the pandemic where dentists were investing in more sophisticated diagnostic treatments. If you look at the penetration of 3D or CBCT, cone beam type imaging, and we launched into that with a product called Axeos, it's been positive.

If you look at what's going on with the intraoral scanning business as more and more dentists in big markets, U.S. and Germany, it's gone from kind of us pushing to all of a sudden dentists are beginning to realize it's a competitive disadvantage if they're not offering that kind of level of diagnostic. And then coming with the intraoral scanners comes a connectivity to specialists. So the specialists can be looking at the same image at the same time or you tie in with labs. And labs are beginning to push pretty hard that say, hey, look, we would much rather have digital images sent to us than physical models that are a ton more expensive.

And as some of those labs have offshore manufacturing, the opportunity to take a really accurate digital scan from something like a Primescan and push that directly to their offshore, it really has an advantage to labs. So they've been very supportive of the digital transition. So you've got 2 really good trends there.

In our business, kind of T&E, our T&E section, which may be different than others, implants reports into that and Clear Aligners reports into that. So we feel good that our traditional technology and equipment business has been on a good trend for a while. And then 2 of our big growth initiatives, implants as well as Clear Aligners report out in that section. And again, we feel that, that offers us a significant opportunity to grow the business in the future.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Okay. So yes, you mentioned implants a couple of times, and that's one of the sort of -- it sounded like it was one of the strong bright spots of Q3. Can you talk about how sustainable some of that demand is given what we talked about just a little bit earlier in terms of the shifting cross-currents of consumer spending currently?

**Donald M. Casey**
*CEO & Director*

Yes. We haven't seen a change in implants. And by the way, just for the record, on the direct-to-dentist side of Clear Aligners, we haven't seen a significant change either. So kind of the dentist-initiated aesthetic treatment categories, Clear Aligners and implants continue to show very, very good progress.

In our case, we just restaged our entire implant business, a pretty comprehensive program that started with actually beginning to market everything under the Dentsply Sirona name as opposed to some of the smaller brands we used to do that under. It has a great new product called PrimeTaper, a self-tapping immediate load screw and abutment system, which we think puts us in a very, very competitive place within the category.

Unique to us is we think digital workflows are absolutely essential. So we did a lot of work on Primescan 5.2 software that allows all the way up to in dental scanning, which is a real advantage. And not only in the dental scanning, you have multiple tooth replacement, single tooth replacement, bringing the power of our digital diagnostic, whether it's imaging, or whether that's the scanning side of the house, we work long and hard on that, and it's -- we think it's a differentiator.

We -- some businesses that people don't have as much familiarity with, we have a custom abutment business where it does design planning and can grind custom abutments that are essential in some -- particularly in the front, aesthetic places. Nice business. We have a value-oriented implant business called MIS, which again, is showing good progress.

So in aggregate, we had a very, very strong third quarter. We think that business going forward is sustainable as we bring these new products in. The acquisition of Datum gives us OSX, which is a bone growth factor. Things like MIS and Atlantis give us reason to believe that we -- and I keep saying, I want to get us to grow, then I need to get us to the point we're at the category.

And then sure, we'd love to be taking share I think the journey that will go on over the next 18 months as we get into 2022, it goes more from can we consistently grow versus prior year to are we growing at the level of the category, which we tend

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to peg 5 to 7 on a global basis. Different people have different numbers, but that's how we look at it. And we're optimistic that we can get to the point where we're going to be able to grow at least at the category level.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Okay. That's helpful. So maybe to that point about the next 18 months, you've put some targets out there. You sort of reiterated some targets around growth and margins on the third quarter call, 22% operating income by the end of '22. Can you talk about where maybe -- I'm sure you've talked about this before, but maybe just an update or overview on where that -- where the opportunity is for leverage and expansion across the P&L?

**Donald M. Casey**
*CEO & Director*

Yes. Sure, Matt. I mean, obviously, it all starts with sales. So good revenue in higher-margin areas is important to us. And if you look at some of the portfolio work we've done over the last 2 years getting out of traditional ortho, getting out of analog lab, there's been -- we've been trimming in certain areas that don't necessarily bubble up.

But we've been very committed to, okay, let's exit businesses where we don't have a long-term competitive advantage, that are deleterious to both our margin as well as our aggregate growth level. So we feel that, that's been a benefit.

The second, we want to add categories or invest in categories that are going to give us higher margin, higher growth rates. So in our mind, that's kind of the CAD/CAM imaging implants, Clear Aligners. Our Endo business is really important. We just had a major launch there first time in 5 years that we've had a new endodontic platform called ProTaper Ultimate. So that gives us momentum in a very important category for us.

And over the last 18 months, we've kind of redone our restorative business with Surefil one, updates in some of our blocks. We launched a product called the Tessera Blocks which is a good product for crowns. And if you look at Palodent, Palodent 360, so we feel that, again, it starts with growth.

The second thing is we spent a lot of time, talent and treasure working through the restructuring which is -- we targeted $250 million, well, just because that ends doesn't mean the efficiencies of a leaner headcount organization, more efficient workflows stops. So we'll benefit from work that we were doing in '21 and into '22 as we go forward.

Third area is supply chain. Now supply chain is going to be a little bit more challenging as there's potential pressure on distribution costs in other areas. But if you look at where we were, say, 2.5, 3 years ago, we were 40-plus facilities, and we bought some facilities with the acquisitions along the way. Yet today, we're operating in under 30 facilities.

So we think we've got opportunities to continue doing that. And then in the call, I mentioned what we call our EMP program, enterprise modernization, which is how do we bring tools and workflows, whether it's things like digital tools or whether it's automation in certain areas that will allow us to not only improve the customer experience but drive significant efficiencies in the organization or at least move some of that activity from kind of a high-cost labor location to a low-cost labor location.

So that's how we look at it, 2 sides. It's how do you get your revenue in higher margin, higher growth areas? How do you drive costs through efficiencies throughout the organization?

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Okay. And sort of maybe to what degree is mix, part of that equation as well? New products, I don't know, new segments. If you could talk a little bit about where the mix opportunities are for next year.

**Donald M. Casey**
*CEO & Director*

Without commenting too deeply on what our pipeline looks like in '22, I'd make a comment when we launched something brand new Endo platform, a new implant platform on September 27, I mean the real benefit to that start showing up in '22. And both Endo and implant are significantly higher-margin businesses. So that's important to us. And as we go through 2022, I'm pretty comfortable that we will have a very strong set of new products.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Again, Matt, it's a little bit challenging for us because the minute we say something in technology and equipment, the following day, you stopped selling something, oh, okay, you're coming out with a new treatment center. Well, I'm going to wait.

So obviously, we play it a little bit versus back in the J&J days when I was there, we'd tell you everything on the pipeline here. The minute you tell it the dentist see it and say, whoa, hang on a second, I'm not going to -- so if you're not launching it the following day, you don't give as much advanced notice.

But we've got -- in my mind, we have a pretty good pipeline. And Matt, just to kind of cobble things together. If you sit there and you say, okay, again, we're going to benefit from growth in higher growth segments that happen to be higher margin. We're launching new products into those higher-margin areas like implants, resto, CAD/CAM and others.

We did take a price increase. For the first time we put all of Dentsply Sirona together and we did a global price increase. The bulk of that is sitting on the Consumables side. But we were able to do that, which I realize we have inflation, but that's certainly a tailwind that we were able to push into the business and then keep driving costs. Keep driving costs but you have to be very, very disciplined in how you operate.

And particularly coming out of COVID, with the words we use internally are COVID keeper. That's a COVID keeper, like what is the role of future participation in dental shows? We're cutting that way back. I mean if we're going to maintain a commercial selling organization, sales and marketing of 5,000 people, and if we're going to really go hard on clinical education and build like the Dentsply Sirona Academy, which we happen to be sitting a few floors above that have over 75 dentists today sitting down on our fourth floor.

Yes, okay, we're not going to invest in other things. So COVID taught us things. We got to make sure we keep that discipline and really look at where we can spend to get the maximum value of demand creation.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

That's helpful. Maybe with some of the time we have left here, you've talked a lot about sort of digital dentistry and use of AI. It's certainly something that has just -- and it seems like it's been on the verge of being more pervasive for a decade, but in the last 2 years across a whole bunch of different markets, different companies are putting these technologies to use and to drive all sorts of benefits. And I'd just love to hear what's at the center of that strategy? And what benefits are you talking about bringing to customers?

**Donald M. Casey**
*CEO & Director*

Yes. It was funny, we were at DS World in Las Vegas and somebody used that exact phraseology, Matt. They were sitting there saying, digital dentistry is like Dippin' Dots, the ice cream of the future. It's been the ice cream of the future for 60 years, but I really think a couple of things changed. With this current generation of intraoral scanners, if you look at iTero, if you look at what's come out of 3Shape, you look at what we've come out, it's really fast, really accurate. We think we're kind of a cut above everything.

And the digital workflow efficiencies, cost efficiencies, consumer preference and now the treatment planning that's starting to come off these things, has changed. And it's different market to market, like in the U.S., it's now prevalent enough, penetration is high enough, where if you don't have one, the dentist -- if the dentist down the street doesn't have one, she's going to feel she needs one because she's got to be competitive for patient acquisition.

And then if you look at things that have been built off it, Clear Aligners really, really benefit from an intraoral scan versus a physical model because -- due to the whole cost structure changes dramatically. And then with the pandemic, you saw so many dentists basically saying, "Hey, look, if I'm going to see a reduction in patient volume, I have to increase the revenue per patient and a more sophisticated diagnostic thing." I mentioned 2D, 3D giving way to really 3D CBCT, and you see the penetration of that actually begin to move because you can diagnose and do a much better job if you want to add implants to your practice.

So in my mind, the ease of use of the products, the sophistication and now the treatment planning that's really beginning to incorporate a lot of AI has made it different. It's now gone from nice to have to you have to have it. And in our prepared remarks, Matt, we talked about the fact that we're one of the few -- easily the biggest company that's both -- that has both x-ray imaging and intraoral scanning and the opportunities for us to begin to harmonize how that works together. It's

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

one of the reasons in our prepared remarks, 2 quarters in a row, we've talked about the fact that we have 500 software engineers, which is double where we were 3 years ago, and I would expect that number to continue increasing.

And when we talk about we want to spend 4% to net in R&D or if it has to go higher, so much of that is going to go into AI machine learning that's going to really make it almost impossible for the dentist to do without. We would really like to be that essential diagnostic and treatment planning partner for the dentist.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Fair enough. Okay. Well, we're just about at time here. I, again, apologize for the late start, but is there anything that you'd like to close with in terms of forward-looking comments or things that we didn't quite touch on enough here in the discussion?

**Donald M. Casey**
*CEO & Director*

Yes. I mean, of course, Matt, we're not going to issue forward-looking comments. I should have had somebody read the safe harbor. But we're -- I've been here 3.5 years, and I think our team has done a very good job on positioning the company really well for the kind of the next generation of Dentsply Sirona, which, again, as I mentioned upfront, I think our -- we have an incredibly valuable, large digital installed base between imaging, treatment centers and intraoral scanning, one of the best names in dentistry with CEREC.

And as we look out of the future, the opportunity to integrate workflows in the faster-growing, higher-margin categories like Clear Aligners, implants, Resto and Endo gives us confidence that we think we can grow this business and continue improving the fundamentals underneath when we talk about margin and other things.

So we're probably more optimistic about the business today than we were 2 weeks ago. And if you look at where we were 2 weeks ago, we were certainly more optimistic as time goes on. So there's a pretty fired up team here at Dentsply Sirona.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Great to hear. Listen, thank you very much for spending the time with us. Thanks, everyone, for joining us, and I hope you have a good rest of your day.

**Donald M. Casey**
*CEO & Director*
Great. Thanks, Matt.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 5

**S&P Global**
Market Intelligence

# DENTSPLY SIRONA Inc. NasdaqGS:XRAY

# Company Conference Presentation

## Wednesday, December 01, 2021 6:00 PM GMT

**S&P Global**

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ........................................................................................ 3

Presentation .............................................................................................. 4

Question and Answer ............................................................................... 5

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Andrea Daley**
*Vice President of Investor Relations*

**Donald M. Casey**
*CEO & Director*

## ANALYSTS

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities,
Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Hi, everybody. Thanks so much for joining us. Good morning, and good afternoon. I'm Elizabeth Anderson. I am the health care technology and distribution and dental analyst here at Evercore. I am delighted to be joined by CEO, Don Casey, and I -- we are super excited to see you guys. I know that you guys have been on the road out and exciting this week. So I appreciate the time in your busy schedule today.

And on a quick administrative note, I have a bunch of questions. There's always lots to talk about with XRAY. But if people listening online, have questions, feel free to put them in the chat box, and I can use them in spec. So welcome.

**Donald M. Casey**
*CEO & Director*
Thank you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Awesome. Well, I know earlier this week, you were up in New York City at Greater New York. And I was just curious, maybe to kick it off, what your biggest takeaways from there were?

**Donald M. Casey**
*CEO & Director*

Actually, was that I did not go to Greater New York. So Jorge was up. Jorge and Andrea were up, but...

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Andrea, I assumed you were there too. You weren't there.

**Donald M. Casey**
*CEO & Director*

No, no. I was doing [indiscernible] the end of this week, but did not go.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

All right. So you have no takeaways. Andrea, do you have takeaway? Did you -- what were your takeaways?

**Andrea Daley**
*Vice President of Investor Relations*

Yes, I think it was good. It was great. It was my first time at Greater New York Dental meeting. I think we had really good engagement opportunity to showcase some of our workflows and digital products. We had a KOL with us. She was able to talk about some of the clinical aspects and new parts of her practice that she's been able to extend into in recent past and some of our digital adoption. So, all in all, a really good turnout and a good opportunity for us to showcase some of our new innovations as well in endo and implants.

SureSmile gotten upgrade, we're able to showcase some of that too. So all in all, it was good.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Awesome. That's helpful. So maybe turning to other exciting or unexciting things that have happened in the past week. We obviously have a new COVID variant. And that is not well understood at this point, which I think many of us appreciate. But just in terms of your early thoughts on any potential impact or how you're even kind of framing the potential impact in the business at this point on. I know it's kind of an unfair question, but it's probably one of the questions you get most frequently. So I'd be curious to hear your early thoughts there.

**Donald M. Casey**
*CEO & Director*

Elizabeth, then you cover dental. And I think that's one of the things that we learned about dental when the original COVID pandemic broke out. In the United States, for instance, we have 190,000 dentists who are individual entrepreneurs. And they have found a way to manage through Delta and now Omicron, and they do it in such a way that, hey, let's start with the premise of let's keep everybody safe, dentistry because they started with the HIV crisis has managed blood-borne pathogens with far more lethality associated with it than what we're seeing with this potential variance. So they're used to dealing with that.

And then I think a COVID learning across the board, and so we're seeing manifested in how our sales are tracking. They basically learned, look, if there's going to be a patient flow restriction, I've got to make every hour of office time more productive. And that means digitization. And if you were to give me one of the surprises of 2021, it's really been the

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

strength of our imaging business of anything where, look, clear aligners and implants have been kind of pillars of growth for us and other people in the category.

But if you look at the much sharper move into CBCT and more advanced scanning, I think that's emblematic of the fact that dentists are really looking to digitize their practice, to allow them to get into higher dollar value procedures as a way of mitigating risk associated with potential restrictions in patient volume.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Yes. No, I agree. I think that's been one of the surprises for all of us throughout this pandemic is that kind of the investment that sort of shut down late investment cycle as opposed to a pullback or something else that we might see there.

As we -- just in terms of maybe talking through a few other shorter-term issues before -- look talking about some bigger picture stuff. Can you provide an update on what you're seeing in terms of any supply chain issues at this point or freight costs? Are you having trouble getting a hold of anything? Are you seeing any kind of shipping delays or anything at this point?

**Donald M. Casey**
*CEO & Director*

Yes. So the supply chain, I break it out into 2 things, Elizabeth, distribution and logistics. We're not seeing huge delays. We're seeing increased costs associated with that. And that's obviously a headwind as we go forward. The second issue is are we having problems getting anything, we're basically -- what we're learning is we can get stuff. It just takes a lot more effort because it might not be as easy to get.

And look, as we go forward, and obviously, we're not counting -- we're not commenting on the fourth quarter. But as we go forward, our expectation is we'll be able to get everything we need, whether it happens exactly when we think that's going to happen. Look, long lead time stuff like chips, screens and other stuff.

I feel very good that we're going to be able to get what we need to get, whether it comes on -- if you think it's coming on the first and it comes on the 15th, I think we're going to have to work through some of that. But to date, labor perspective, we've been able to keep everything running, logistics and distribution, we've got things moving. We haven't had a problem getting things say out of Europe into the U.S. or other things. It's just more expensive. And then look, shortage in or as a potential delay than a not get.

So ultimately, that's how we're kind of thinking about it.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Yes. And obviously, you talked about how you pass through the price increase at the end of the third quarter. Have you sort of seen any pushback to the price increases or sort of product swapping on the back of that as we think about sort of potential impacts or people have been broadly like, yes, we get it, like move on.

**Donald M. Casey**
*CEO & Director*

It's been more the latter, Elizabeth. It's -- look, at the -- what we did differently about price this year, we took price globally at the core as opposed to regionally by SBU. So a lot of that would have been mitigated. Our thought -- and we communicated with our partners and whatnot. And obviously, in our direct business, which represents 30% of the business and stuff like SureSmile, stuff like Implants, and endo. We don't necessarily have to worry about that on the more commodity-oriented areas, which is we call preventive resto, endo and lab.

We've seen the price increase go through. I think people are given that we're not in a transitory inflationary period, they've been pretty open to taking price increases. And look, we're very happy with how it worked. We're also relatively comfortable saying that, look, if inflation becomes a consistent or persistent problem, we would have the ability to take price earlier than we've done typically.

**Elizabeth Hammell Anderson**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Evercore ISI Institutional Equities, Research Division*

Yes. No, that makes sense. The most often way I hear it is continued transitory inflation. So you can add that to your book [ gallery ]. So in that sense, do you think -- is that kind of -- obviously, before you said you had done price increases by SBU or by region and things like that. Is that sort of like centralized price taking that you did this year, some of emblematic of sort of the bringing together of other SBU elements like parts of sales and parts and other things.

And so that would be kind of like a go-forward basis? Or was this kind of just like a one-off thing because of the degree of inflation, and we wouldn't necessarily think that, that would repeat going forward.

**Donald M. Casey**
*CEO & Director*

No, I think it's much more emblematic of the company. If you go back 3 years when we set out kind of the restructuring goals. One of the discussion points with simplifying the organization. And by simplifying, we mean anything that's not customer-based facing where there's an opportunity to create scale we're creating scale. So stuff like what we call our enterprise modernization program and sales force effectiveness programs are done at the core now and price is one of those. So we actually now consolidate, we created the capability, and that's how we want to go forward. But that would be one of probably 20 examples where we really said, "Hey, look, if it's customer-facing and about customer intimacy will let the small business unit continue to be the front-facing side, but in back of that, there's now going to be Dentsply Sirona.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Yes. No, that's good. And I don't know how much you warned their salesperson, the booth. But he -- one of your prime mill salespeople was like repeated almost for beta on what you just said. So the message is getting -- it's good. Okay. So maybe switching over to orthodontics. I think one of the concerns people had coming out of the third quarter where maybe the results on the bright side and just kind of some of the dynamics going on there? And sort of like what you sort of see as the puts and takes that might be drivers as we think about that business on a go-forward basis?

**Donald M. Casey**
*CEO & Director*

Yes. And listen, you might get a slightly longer answer on this one, but I appreciate the question. When we bought Byte coming up on a year ago, we made the announcement. One of the things we did is we moved our growth aspirations from 3 to 4 to 4 to 5. And people absolutely associated that with, okay, well, Byte, when it becomes part of your organic growth rate in 2022 is going to be the principal way of generating that 1% growth.

In retrospect, it's probably unfortunate we did that because what we were effectively seeing across the business, we're pretty optimistic about what's going on with implants with iOS, and we thought that Primemill was coming out. And by lumping those 2 together, now the growth rate is intrinsically associated with short-term Byte results. So I just don't think that that's accurate. So that's on us, and we've got to do a better job of communicating that. Second point about Byte.

If you -- and I know you follow the category and are one of the most knowledgeable people. I mean one of the things that's gone on in the last couple of years is that the digitization of the office around intraoral scanners has become a real driving force across the board. And some of that is being driven by a line basically saying, "Hey, we're not going to take physical models anymore. Therefore, you have to go buy an iTero.

Obviously, we think Primescan and the new generation of technology is leading to a real revolution in basically iOS becoming a de facto standard across dentistry. Our concern was that if we didn't have -- and the reason for all this digitization is that lets you do more complex procedures and it lets you link directly with the lab. Well, if you go back to 2018, we didn't have a clear aligner. And so we went out and bought our metrics, which had in this little teeny clear aligner, which we've now grown to as we talk about $100 million-plus business.

And -- but we still didn't feel we were at scale. One of the ways that we could go get scale is get to Bytes. So look, we had said there was a run rate of $300 million, we say we're going to be slightly below that. So you can get to kind of the size of Byte. And all of a sudden, if you've got that business, whether it's $250, $300 million somewhere in between there, you've more than doubled the size of the business, which gives you immediate scale in things like treatment planning in things like R&D, you can take something like a hyperByte and move it over to SureSmile.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

You can take SureSmile, whiter move it to fight creating scale. We're creating scale. We built an absolutely outstanding world-class facility down in Mexicali that can produce clear aligners for the world. It was all about scale. And SureSmile by itself is we think it's a great business. We're very excited about it. The Dentsply Sirona Clear aligner franchise now has considerable bulk, which allows us, in my opinion, to operate at scale in critical areas that are not necessarily customer-facing.

So in essence, we really believe that protect -- to protect and expand our digital leadership footprint we have to have scaled assets, so we believe that Byte was an important part of scale. Now if you go specifically into Byte a couple of points. The first is Byte is performing ahead of what the business plan that we put together to do the acquisition internally. And we did the acquisition with the idea that, look, whether it's this quarter or next quarter, there are a couple of growth levers that are important for us to get done around Byte. The first is BytePro, how do we basically take the potential patient traffic from Byte and move it into a curated network of Dentsply Sirona dentists all with Primescan and SureSmile.

We think that's important. We think globalizing this business look clear aligners, DTC clear aligners is really important in China. We think that we want to have the ability to go both ways. And as of such, right now, we have Byte in Australia. But we really haven't globalized that. We're in the process long term of how do we push that business well beyond. The last issue and some of the stuff we're working on internally that we think is going to benefit not just Byte, but SureSmile as well as other things that we're doing in the dentist office.

They're building out patient experience apps that are going to be really relevant as the dentist looks to interact with patients and that one of the things I think, aligned us extremely well. They drive traffic to dentist office. So as we begin to look at some of the patient-facing capabilities that we bought with Byte. Again, we thought it was just -- we thought it was and believe even more firmly a year later that this was an important strategic acquisition for us.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Got it. And maybe just to touch on each one of those points in a little bit more. As we think about BytePro and sort of the development of that portion of it, where would you say we are in that? And sort of how do you expect that to enroll out over the next maybe 12 plus months?

**Donald M. Casey**
*CEO & Director*

I think you almost need to look at the big levers we're going to pull. So BytePro, globalization and kind of patient activation levers. They're all going to roll out over the next 18 months. I mean, look, on BytePro, there's obviously precedent in the category of DTC brands trying to work with dentists with mixed results. Our -- we think because we actually have a very significant dental sales force. We have close to 1,000 people in the field that can bring this message to dentists. We think we -- first, there's some changes that we want to make and how dentists perceived DTC as opposed to this is an enemy.

Now this is a potential way for you to take Class I patients and interact with them, build them as a permanent patient what led us run kind of the day in and day out monitoring and customer questions that come in. So we think there's a different way to do that. We're in the process of testing it and expect to expand that out over the next 12, 18 months. Same with globalization.

We've identified the countries where we have to -- it's different rules in different countries about what kind of permission you need to do, what kind of relationship you have to have with the dentist or an orthodontist network, how you practice medicine remotely. But we feel that we've got line of sight into big, important countries to get that done, and that kind of happened at the same time.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Okay. That all makes sense to me. So I guess maybe just in summary, like it seems like there was some transitory issues in that business in the third quarter. We might -- we sort of see that coming through maybe a little bit in the fourth quarter, but showing the improvement. And then over the next 18 months, we have all of these drivers that you just mentioned. Is that like a fair summary?

**Donald M. Casey**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**DENTSPLY SIRONA INC. COMPANY CONFERENCE PRESENTATION  DEC 01, 2021**

Yes.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Got it. Okay. So maybe moving to other product categories unless there's something that you want to touch upon on SureSmile.

I was going to ask about the sort of Astra feedback, how that's going and sort of how we should think about the path back to sort of that industry level for plus percent growth.

**Donald M. Casey**
*CEO & Director*

Yes. And Elizabeth with you were nice enough to forward the questions, and it was the Astra. I was going to help Andrea help you. It's really -- we're moving away from the idea that there's an Astra, ANKYLOS, XiVE business. It's really Dentsply Sirona implants. So well, PrimeTaper is actually -- was developed in combination with the -- our team in Israel and our team in Mölndal.

So actually -- and we're moving to a new prosthetic that's that goes beyond. But it has some flavor of an after procedure that people understand. But we think our overall restage of our implant business is going pretty well. First, a little bit evidence because we were out really working with KOLs, creating a lot of news around the restage coming. We had a pretty darn good third quarter on implants. And as a matter of fact, since I've been here, it's the best quarter we've had.

And I attribute a lot of that to the fact that we now have our sales forces in for training. We're now focusing them on. The biggest news we've had in implants in a long period of time. So we feel that the product, the workflows that we put together, the fact that there's now a dental scanning on Primescan 5.2, the fact that we really simplified our treatment planning around the SIMPLANT treatment planning methodology, we feel very, very good. The reaction -- it's principal in the U.S. right now. It's in -- it's kind of lead market into Europe. Feedback has been really good, tracking along as we hoped.

And I think Elizabeth's one of the opportunities we have is to do a better job of also talking about different parts of our implant franchise. So our Atlantis business, which is a custom abutment business that's global doing very, very well. If you look at our MIS business, which is our value entry. Again, we've owned that for close to 5 years, but we've seen really good momentum and it really gives us a viable play in both the premium and now the value segment.

And we actually announced a fair amount of innovation on the MIS business simultaneous to the Dentsply Sirona launch. So we feel very good about that. And then we purchased Datum, which is a bone region company out of Israel and One of the reasons we did that, if you're going to go heavier to an immediate load screw, packing that in some bone growth factor we think is very, very important. Well, that business is doing very, very well. So I think a lot of the attention on our attention has been, hey, look, we have a very comprehensive offering with implants by not prior to this marketing it together as a solution and building off the digital base, we are suboptimizing the effectiveness of those assets.

Now we really feel like we've got an excellent umbrella. We've got an excellent message. And really, if you talk about single tooth, multitude or even in dental kind of full tooth replacement, our combination of products, things like custom abutments, bone growth factors, we feel extremely competitive. And what we have been focusing on internally is, look, let's actually post growth on implants, which we, again, not talking about the fourth quarter, but we feel pretty good about we will grow our implant business this year.

Part 1, Part 2 is we look at as missing rolls around. And if you think the implant business, the base implant business 5, 6, 7, 8, somewhere in there, depending on how you look at it. We expect to be competing at category levels as we exit 2022. So it's not going to happen tomorrow morning, but we feel 2022 gets us not only growing our implant business versus prior, it gets us much more competitive with the category.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Got it. And are there any holes that you would point out at this point as you think about your implant portfolio?

**Donald M. Casey**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO & Director*

Not really. I think the areas that we're going to work on are actually not product related, Elizabeth, is much more training related if -- and we tend to focus a little bit more on the GP, the general dentist. Look, we have a terrific specialty business and training is not as important there. But as you talk to kind of large group practices, kind of smaller DSOs, the number one thing they'll tell you is they want hands-on training. And we do a ton of CE. I would say that's the area that we're working on globally to make sure that we've got enough training, physical training facilities to accommodate what we think is going to be a pretty high level of interest.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Okay. That makes sense. And maybe from like from a broad perspective, obviously, with new project launches and accelerating that has been one of your hallmark programs of your tenure at Dentsply. And so I was thinking as we go into 2022, is this kind of like a sort of catch-up here to make up maybe for sort of COVID and things like that? And then maybe sort of see some small product launches or something like that and then really see like the real next step in innovation coming as sort of we -- I don't know, go into 2023 and get IDS back and things like that.

Do you see this kind of like as a relatively lower level from that new product launching? Or is it just kind of a continued cycle and we should continue to expect like the same sort of cadence that we've seen over the last few years.

**Donald M. Casey**
*CEO & Director*

Yes. Well, obviously, look, you mentioned 10 years so we're coming up on 4 years, gosh.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Crazy.

**Donald M. Casey**
*CEO & Director*

I know. It is crazy. But -- look, 2018, not a whole lot going on. 2019 pretty good. COVID 2020. Obviously, we didn't launch anything. But -- We've been trying to do 2 things with the R&D program is one, repair some of the consumable business. So -- And while implants shows up in technology and equipment, it tends to behave a lot more like a consumable. If you look at what we've done on Endo Resto implants, we feel good. Now we are continuing I think we've got in the next 18 months, a pretty good cadence of innovation, both of what we've now launched, but then globalizing it. On the T&E side, Elizabeth, the challenges and you mentioned IDS.

IDS was in 2018 -- actually 2019, right? 2019 was one of the great learnings. We roll out Primescan, and we're shocked that we stopped selling Omnicam in Asia. So one of the learnings we have is we tend to keep our technology and equipment. Launch is pretty close to the best, which would be different than what you would do if you were working at Medtronic or J&J or something like that, where you can show the technology platform. I'll tell you that 2022, we feel that we've got a very strong technology and equipment pipeline without going into a whole bunch of detail, you'll see it as we roll through the cadence.

But our -- we really kind of focus on what's the next 18 months. I -- obviously, a 3- to 5-year pipeline. But next 18 months, I think we're going to have pretty much as aggressive a launch schedule in T&E as we've had since I've been here. So I don't view it as a catch-up. But I think on the T&E side, the cadence of physical products will be about the same. I think the cadence around software will accelerate.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Okay. That's helpful perspective. So if we think about intraoral scanners, which obviously is one of your flagship products, that penetration has obviously come up in many markets in the U.S. into the sort of 20%-ish type of range. Like where are we in terms of that adoption curve, right? Because if you hear different things in terms of you have to do, I don't know, 15 crowns a month to make it worthwhile, like are different perspectives. And obviously, it's different for Primescan versus prime scan plus Primemill. But how do you think of where we are in terms as for lapping almost year 2 of COVID?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Donald M. Casey**
*CEO & Director*

I tend to think that -- Let's take a little bit of a step back, Elizabeth and let's talk about digital penetration. So I think there's 2 trends that are going on that have accelerated because of COVID, and I think it's hitting important threshold. So particularly around CBCT and very more aggressive imaging diagnostics. I mean we're seeing that -- the interest level in that area really outpaced what you've seen over the last couple of years, driven by the fact that they want to get into more advanced aesthetic or more complicated procedures.

The same thing is kind of going on with iOS. And you threw the 20% penetration out. I think the 20% penetration is always what we talk about on full chair side. I think we made an important distinction, and we will continue to make that distinction coming out of 2019. When we kind of went with -- there's a prime scan that comes obviously with Primemill and its full chairside, and you're right. I mean, if you do -- well, it's not 15 crowns. If you do 5 to 6 crowns a month, which, by the way, some of our advanced dentists doing a day you can actually pay for full chairside. But an important distinction for us is iOS is going to become the de facto standard of care in every dental office. If for no other reason that labs are starting to say, "I don't want to take physical models anymore.

The -- and the labs are absolutely an incredibly important partner to the dentists. And also if you're going from, I'm going to do physical models and it's going to be a 3-week process to -- you can get stuffed on overnight now or if the lab wants to offshore something to Vietnam, China, some other place, having that digitized becomes an important piece of the dental practice.

So I think intraoral scanning, penetration in the U.S., I think it's gone -- we use the phrase -- It's gone from push, i.e., we have to sell you on digitizing your office and then why to buy a Primescan. Now it's no longer an issue, Hey, Andrea, you -- are you thinking about digitizing your office? The answer is yes. And now it becomes which scanner. And in our mind, the physical attributes of the scanner, but more importantly, what is associated with that in terms of what procedures does that facilitate become the driver. So I would say U.S. as far as out front.

I think Europe is 18 months behind that. Pockets in Asia are tied with the U.S., if not ahead of the U.S., you look at Australia. You look at the interest now that's going on in China and Japan, it's really -- it's kind of entering that tatoring point where then if you as a dentist do not have an iOS and you're still relying on "Hey, I'm going to put a little goop in your mouth and 4 days later, you're still picking it out of your teeth versus bank, it's an internal scan.

I think we're kind of hitting that important inflection point in this market. And I would go iOS in our mind when we made that bifurcation chairside it versus iOS we're now competing aggressively and just plain iOS DI, digital imaging. And it's a short -- what we're learning is it's a very short walk from there to get them involved in chairside because once they get comfortable with the digitization and I'm going to develop a scan, I mean with Primescan 5.2, I mean, this thing is pretty, pretty straightforward. We would be in great shape to get them to move into full chairside in the not-too-distant future. So I think we're early stages. I think 20% might be generous.

If you look at all the dental offices around the world, where they are in digitization. But I tell you what, I think that number is -- it's going to start moving in 2s and 3s and 4s versus 1% going forward.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Yes. No, that makes sense. Two questions there. Is there a feeling there has to be something that has to change in order to continue to drive that? Or is this just kind of like increased awareness, people working through COVID and that kind of thing and doing that. So it's just more of an execution of the current plan versus something new. Is that -- What would you say there?

**Donald M. Casey**
*CEO & Director*

I think it's more executing. I mean, the argument -- The biggest barrier to a dentist right now going to digitizing their office is actually taking the time to redo their workflows. If you're a busy dentist, she's going to have to spend 3 or 4 days training the staff and doing this.

And I get the sense coming out of COVID people are running flat out. So when you're talking to her and you're saying, "Hey, you need to digitize. She's like, done. I need to catch up after COVID, but we're seeing -- again, the interest in

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CBCT and the interest in roll scanning. I mean at DS World, people are literally walking out with them and the commitment to actually spending the time and training. I don't think it's a big price barrier. I don't think it's an ease-of-use barrier.

I don't think it's -- we're not connected with lab barrier. I think it's realistically the dentist commitment to spending the time to rework their office workflows.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Makes sense. I didn't see any next to anyone at the slot machine. So ...

**Donald M. Casey**
*CEO & Director*

There you go.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

There you go. Why is Australia like the test market for everything?

**Donald M. Casey**
*CEO & Director*

Why is it or isn't it?

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

I feel like everybody you tell me like, is it just like small English-speaking kind of thing? Or is there something that makes Australia a great, like dental test market?

**Donald M. Casey**
*CEO & Director*

It's a great market. I mean, for us, it's a really, really good market. And it does stuff that's just different than every place else. I mean that is the most advanced place in the world for us where you sell to your technology base, you don't try and create the consumable business and then bring in the digital business. It's the opposite.

And it's got some other features. But Australia is small, it's English-speaking. Stuff like DTC aligners works there. So you can -- it is a low risk in terms of size, place to do stuff that you might not want to roll out to your largest market first.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Got it. No, that makes sense.

**Donald M. Casey**
*CEO & Director*

Elizabeth, I think you clearly should be looking for a trip to Australia to explore the wonders of the dental world there.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

I heard that's where you're holding your Investor Day. [indiscernible]

**Donald M. Casey**
*CEO & Director*

Yes, -- We'll be coming to you live from Australia. That's anyone's joining us.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I don't know if they're letting people in. So maybe it's a moot point right now. So -- okay. So as we think about -- I mean, one of the things you said about dental offices running flat out. Is -- Where are we in terms of labor shortages, I guess it's like a 2-part question. One is, internally, are you seeing any changes there that you would highlight, obviously, a more difficult hiring environment, et cetera.

But then on the second side, are you seeing on the client -- on the doctor side, are they having issue in terms of getting more staff. Some of the things I've heard recently include like just meeting more hygienists to like work in office just because of general staffing issues and turnover and things like that. So I just wanted to just sort of hear what you're thinking on those 2 points.

**Donald M. Casey**
*CEO & Director*

Our ability to hire has -- I think you said it well, it's more challenging. But look, bulk of our manufacturing is ex U.S., which kind of came out of the pandemic differently than we did with stimulus and whatnot. So it's not the easiest environment, but we're not as reliant on U.S. manufacturing as others. And what we have here, we've been -- so far, we've been -- and again, our supply chain, Dan Key, who leads our supply chain does a great job. And we're working harder to get the same results, but we're getting the results.

I would tell you, universally, Elizabeth, if you were to go out and survey 1,000 dentists, I bet you 50% of them would tell you that they're having a problem getting adequate staffing, particularly at the hygienes level. I think the pandemic kind of knocked the people off their game. And it's coming back.

Everyone would -- I don't know if everyone -- most people would tell you it's getting better but it's still not where it needs to be. And look, the kind of the dip when hygiene went away, Hygiene did not come back, obviously, as fast because of to concern about air board pathogens. So they might have been down instead of 1 or 2 quarters for dental, they were down for a longer period of time. It's been slower coming back. Any dentist office and I've been doing a fair amount of field work in the last kind of month. They'll tell you if we need more agents. But -- and I will tell you, it's getting better, but they need more -- But it's a constraint.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Yes. You also think about sort of from a demographic perspective, that's like broadly speaking, not that all high same demographic, but like, broadly speaking, what are the labor force groups that's been hit most with sort of school closures and current things like that, too. So...

**Donald M. Casey**
*CEO & Director*

Exactly right. I mean when schools go out and moms at home, that's a problem. And Hygienists are overwhelmingly younger. They tend to be a younger female demographic.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Yes, absolutely. So maybe as we think about the 2022 on sort of a high-level perspective, what do you see as the biggest margin opportunities as we move through that year?

**Donald M. Casey**
*CEO & Director*

In '22, 3 kind of disparate points, but I'll answer the question. I mean, first, we're locked on to '22 and '22. I mean that's the last commitment we want to make. Beyond that, Elizabeth, then it really becomes a discussion internally about how much margin do we want to do versus invest for accelerated growth.

And obviously, 4% to 5%, we think, is a good growth rate. But I'd rather be 5% to 6%, 6% to 7%. And what's the trade in terms of margin expansion versus growth? And that's a pretty active set of dialogues that's going on internally here. We think we're going to be able to do both. But we might not be coming out with the '22 to -- '23 and '23, '24 and '24, '25 and '25 plan as much as to sit there and say, we may be a little bit more focused on accelerating aggregate revenue growth with improvements in margin, but probably not at the -- where we were pretty much knocking off 100 bps a year.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I would say there are opportunities. They come from mix. What is the mix of what we're selling. And we think we've been pretty aggressive around portfolio management, managing assets out, buying what we think are profitable, faster-growing assets, Part 1, Part 2, how do we make sure that we're looking at country mix and let's focus on growing where we're going to benefit there.

So that's Part 1, Part 2, we're still -- I think we did the low-hanging fruit organizational simplification work. over the last 3 years. I mean it didn't feel simple when we were doing it. But kind of as we think about our next-generation E&P and shared services around customer service and automation in that area. We still think we've got pretty significant runway there. And then supply chain, we had worked so hard to go from 42 down to 29 that we go by a few things. I still think we're probably going to be in a position where we can streamline our supply chain more aggressively as we go forward.

So -- and again, Elizabeth, some of it is how much is that going to offset inflation? How much of that is to allow us to invest more aggressively in R&D and revenue appreciation versus how much is that margin. But I would tell you our internal goal is to deliver 4 to 5 and push that, continue to deliver margin improvement, albeit probably at a little bit of a lower pace to allow for a little bit more revenue than margin expansion.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Got it. And I think just because you sort of mentioned it tangentially, are there any geographies where you feel like you have outsized sort of bang for your kind of opportunities as you see things now?

**Donald M. Casey**
*CEO & Director*

Yes. I mean, because we're coming up at the end of the year and writing end of the year evaluation type stuff. I pulled out 2018. And at the time, our business was about 15% in what we would call rest of world, Asia Pacific and Latin America. That number is pushed 20% right now. And I think the -- we've made investments and they're starting to pay off. But if you look at particularly like clear aligners in Asia and Latin America, very early stage. And obviously, we think that's a profitable business for us. DI is like not even in the first inning. It's like the batter is walking up, while the picture is still warming up. So very early stage there. So 2 of our relatively profitable businesses have disproportionate growth in areas that are growing very, very quickly. And look, our implant business, particularly our MIS value business has done well in more rapidly growing countries that we just talked about. So I would tell you that we're excited about the Asia Pacific. And we -- I think our Latin America team has done a really, really nice job in focusing on profitable growth.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Got it. Okay. And then maybe one other area in terms of how are you thinking about capital deployment right now? As you sort of -- yes, let's just go -- Let's take it.

**Donald M. Casey**
*CEO & Director*

Yes. [indiscernible] It hasn't changed in the time I've been here. It's we want to invest in growth. We're going to invest more in R&D. There's some capital that comes along with that. We're not going to accumulate a huge amount of cash. So there is obviously opportunities for repo. Obviously, Elizabeth, if you look at us from 2018 to 2021, we've become a much more efficient cash generator. We don't talk about it a lot. But -- so if we can get into that $750 billion EBITDA range, that also allows us to do some tuck-in acquisitions that should allow us to accelerate growth. So again, our priority has been how do we grow the business internally investment opportunities. Will we look at acquisitions? Absolutely. Is there -- are we going to buy something as big as us? That's not the plan right now. It's focused on tuck-ins that will accelerate growth in key areas. And then we're not going to accumulate cash to accumulate cash. And we've got a pretty consistent track record of returning cash to shareholders.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

No, for sure. How are you thinking -- I mean, how are you finding valuations in the dental space in sort of smaller assets more broadly? I mean we've had just a better operating environment for the past couple of years and all sorts of things going on. So I'd just be curious how you're seeing that from your perspective now.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**DENTSPLY SIRONA INC. COMPANY CONFERENCE PRESENTATION  DEC 01, 2021**

**Donald M. Casey**
*CEO & Director*

Unfortunately, Elizabeth I'm as old as Derek, and I remember valuations being frothy for the last 25 years. So obviously, as a buyer and a seller, there's rarely is the mine meeting. But look, in critical areas, like if you want to augment places like an implant, you can find stuff. I mean, if you want to talk about like buying regional distributors that are critical for a specialty product, you can find that. I think some of the super big like scanners, 3D printers, monitoring, stuff like that, that tends to -- the valuations might be a little frothy. So we'll see.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

So okay. That probably makes sense. Okay. I think we have about 2 more minutes. I just didn't know is there any other -- what do you think is most misunderstood about Dentsply right now?

**Donald M. Casey**
*CEO & Director*

I'll make 2 points in 2 areas, Elizabeth. I mean one of the frustrating things for us in November of '18, we went out and said, we're going to do a couple of things. We said we're going to grow. We're going to get margin expansion. We're going to do organizational simplification. We're going to deliver double-digit EPS. That COVID kind of screwed around with that. But non-COVID years. 2019, we grew at 6% plus. This year, depending on -- clearly, you're going to do better than 6-plus against 2020. And we're going to post some pretty heavy growth versus 2019. So you sit there and say, "Go check, we're operating the company today if you take out the acquisitions. We actually drove as an example of simplification headcount efficiencies because I came in, we were operating at 16.5%. We're effectively operating the company non-Byte related at [ 14.6, 14.7. ] delivered that. We said $250 million in savings. We're going to hit that in early 2022. We're delivering the double-digit EPS. And I think the consistency of, hey, we said we're going to do something, we're doing something over the last 3 years, I think we've been relatively consistent, and that's not reflected in what I think has been some relatively volatile movement around the stock. So that would be Part 1. Part 2, on Byte, Byte to us, it's a strategic acquisition that we always said was going to be a 5- to 10-year journey as we look to strengthen our overall participation in the clear aligner business. And I think people trying to draw a straight line between a relatively minor miss in 1 quarter to -- which is as a percentage of the company is well under 5%, even if wildest aspirations were achieved, to really see a whole bunch of margin -- excuse me, multiple compression associated with a small part of the company missing a small number, as I think is probably overdone. But in my mind, if you look at the future, I think Dental is a nice place to be. We weathered the pandemic. We've got entrepreneurs who will continue weathering the pandemic. In our case, I love the fact that our technology base is in the best shape it's ever been, love where our pipeline is going to be and feel like we're really hitting on good implants, good clear aligners. Our endo business, we're super excited about, and Resto has always been a key area for us. So as we look forward the next 3 to 5 years, I'm pretty optimistic.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Makes sense. Well, that sounds like a good place to end. So thank you very much, Don. Thank you, Andrea. It's a pleasure as always. Look forward to catching up with you guys again soon.

**Donald M. Casey**
*CEO & Director*

Sure. Midwinter, right?

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

We're going to be there. [indiscernible] right?

**Donald M. Casey**
*CEO & Director*
Yes. Hopefully, just bring your coat because you still have the best winter coat.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 6

**S&P Global**
Market Intelligence

# DENTSPLY SIRONA Inc. NasdaqGS:XRAY FQ4 2021 Earnings Call Transcripts

## Monday, February 28, 2022 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2021- | | | -FQ1 2022- | -FY 2021- | | | -FY 2022- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.79 | 0.76 | ▼ (3.80 %) | 0.72 | 2.89 | 2.87 | ▼ (0.69 %) | 3.19 |
| Revenue (mm) | 1129.03 | 1088.00 | ▼ (3.63 %) | 1041.97 | 4292.16 | 4251.00 | ▼ (0.96 %) | 4426.80 |

Currency: USD
Consensus as of  Feb-28-2022 1:03 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise     ▼ Negative EPS Normalized surprise     ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2021 | 0.56 | 0.72 | ▲ 28.57 % |
| FQ2 2021 | 0.66 | 0.71 | ▲ 7.58 % |
| FQ3 2021 | 0.65 | 0.68 | ▲ 4.62 % |
| FQ4 2021 | 0.79 | 0.76 | ▼ (3.80 %) |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................ | 3 |
| Presentation | ................................................................ | 4 |
| Question and Answer | ................................................................ | 11 |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Andrea Daley**
*Vice President of Investor Relations*

**Donald M. Casey**
*CEO & Director*

**Jorge M. Gomez**
*Executive VP & CFO*

## ANALYSTS

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

**Erin Elizabeth Wilson Wright**
*Morgan Stanley, Research Division*

**Jeffrey D. Johnson**
*Robert W. Baird & Co. Incorporated, Research Division*

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Kevin Caliendo**
*UBS Investment Bank, Research Division*

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

**Michael Aaron Cherny**
*BofA Securities, Research Division*

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and thank you for standing by for 2021 Dentsply Sirona Earnings Conference Call. [Operator Instructions] please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker today, Ms. Andrea Daley. The floor yours.

**Andrea Daley**
*Vice President of Investor Relations*

Thank you, Chris, and good morning, everyone. Welcome to our Fourth Quarter and Full Year 2021 Earnings Call. Joining me for today's call is Don Casey, our Chief Executive Officer; and Jorge Gomez, our Chief Financial Officer.

I'd like to remind you that an earnings call press release and slide presentation related to the call are available in the Investors section of our website at www.dentsplysirona.com.

Before we begin, please take a moment to read the forward-looking statements in our earnings press release. During today's call, we make certain predictive statements that reflect our current views about future performance and financial results. We base these statements and certain assumptions and expectations on future events that are subject to risks and uncertainties. Our Form 10-K lists some of the most important risk factors that could cause actual results to differ from our predictions.

In today's conference call, our remarks will be based on non-GAAP financial results. We believe that non-GAAP financial measures provide investors with useful supplemental information about financial performance of our business, enable the comparison of financial results between periods where certain items may vary independently of business performance and allow for greater transparency with respect to key metrics used by management in operating our business. Please refer to our press release for the reconciliation between GAAP and non-GAAP results.

And with that, I'd like to turn the call over to Don Casey.

**Donald M. Casey**
*CEO & Director*

Thank you, Andrea, and thank all of you for joining us this morning for the Dentsply Sirona Fourth Quarter and Full Year 2021 Earnings Call.

There's a lot to cover today. Before getting into the discussion though, I want to thank our team at Dentsply Sirona.

Looking at the challenges through the last 2 years, there have been a few constants. The first is that dentists have shown tremendous perseverance and creativity throughout the pandemic, underscoring the resilience of the dental industry. The other is our team at Dentsply Sirona. Every day, they continue to demonstrate unwavering commitment to our customers and our mission of transforming dentistry.

Across the entire company, our thoughts are also with the people and our colleagues in Ukraine. We have a great team there, and we will continue to support them however possible.

Moving on today. We will cover 4 items, starting with an overview of 2021, then Jorge will cover our Q4 financials and provide our '22 outlook. I will finish by providing a strategic operating update.

We are proud of our performance in 2021. Dentsply Sirona delivered robust organic sales and EPS growth as well as solid cash generation. There was also significant progress against our critical strategic initiatives. An excellent example of that progress were the 2 announcements we made last week. Those included a strategic collaboration with Google Cloud and the launch of a 3D printer later this year. Both of these represent important milestones and highlight our commitment to transforming digital dentistry.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving now to Slide 6. As I mentioned, our financial performance through 2021 was strong with revenues reaching $4.25 billion. This represents a robust 24.6% increase on an organic basis versus 2020. That would also represent an organic growth rate of 4.9% versus 2019.

Our operating margin was 20.5% with SG&A and R&D investments increasing over the year with the pace of the recovery. Adjusted EPS was $2.87, and on a full year basis, we generated strong operating cash flow of $657 million.

To provide more details on our financial performance, I will now turn the call over to Jorge.

**Jorge M. Gomez**
*Executive VP & CFO*

Thank you, Don. Good morning, and thanks to all of you for joining us. Today, I will cover fourth quarter results, fiscal year '21 performance, our current outlook for '22 and an update on our capital allocation policy.

As a reminder, my remarks today will be based on non-GAAP financial results, unless otherwise noted. Please refer to the reconciliation tables at the back of the press release and slides, both of which are posted in the Investors section of our website.

In the fourth quarter, we delivered revenue of $1.088 billion with organic sales growth of 1.8% and reported growth of 0.6%. Our clear aligners, implants and CAD/CAM businesses posted a strong growth in the quarter. In line with our expectations, consumables declined versus last year.

In the quarter, we also experienced more acute supply chain and COVID-related constraints, which we estimate to have suppressed our total company organic growth by approximately 2 to 3 points. We view this as a temporary headwind but anticipate that our supply chain will be -- will remain challenging for at least 1 or 2 quarters in 2022.

Gross profit was $627 million or 57.7% of sales. Our margin rate increased 100 basis points year-over-year driven by benefits from portfolio optimization and efficiency improvements offset by inflationary cost pressures.

SG&A expenses were $351 million or 32.3% of sales. SG&A as a percent of sales increased 290 basis points year-over-year, primarily due to commercial investments in growth areas, including clear aligners, implants and digital capabilities. Additionally, SG&A ran at a lower rate in the prior year quarter as we were still ramping back up to our normal pace of operations.

R&D spend was $59 million, an increase of 32.2% year-over-year. This increase reflects our focus on innovation and a $10 million onetime reclass of R&D expenses reflected as SG&A in the first 3 quarters of the year. The reclass was the result of further centralization of R&D processes and has no impact on our operating profit or net income numbers.

Operating income was $217 million, down 13.7% versus last year due to increased investments in R&D and selling and marketing. Operating margin of 20% was below our target exit rate of 21% primarily as a result of weaker volume in the quarter. EPS was $0.76 versus $0.87 in the prior year quarter.

Turning to segment performance. In Q4, Technologies & Equipment organic sales grew 6.5%, while Consumables declined 4.6%. T&E segment organic sales expansion was led by double-digit growth in clear aligners, CAD/CAM and implants. The T&E segment posted a strong growth despite difficult supply chain conditions.

Up until the third quarter, the majority of our supply chain challenges were cost related due to inflationary pressures. In the fourth quarter, we started to face significant component shortages impacting the production of imaging equipment and treatment centers. We estimate this impact to have reduced the T&E segment growth rate by at least 4 points.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We ended the quarter with a higher-than-normal backlog in imaging, and our team will continue to manage the supply chain situation as effectively as possible over the next few quarters. Similar to many other industries, the availability of electronic components in dental is inconsistent at the moment.

On the Consumables side, organic sales declined primarily due to the strong sales levels seen in Q4 2020 as office capacity and patient traffic were returning to pre-COVID levels. We expect the same difficult year-on-year comparison in Q1 '22. We also estimate that the price increase we implemented on October 1 pulled a portion of sales forward into Q3.

Now turning to financial performance by region during the fourth quarter. U.S. sales were $385 million. Organic sales increased slightly year-on-year.

In the U.S., we had growth in implants, aligners and CAD/CAM. Our Consumables performance was roughly in line with our expectations. European sales were $437 million with organic growth of 1.8% and product category performance, similar to the U.S.

Rest of the world sales were $266 million, representing organic growth of 4% with growth across Consumables and T&E. This region was unfavorably impacted, particularly in APAC, by increased government restrictions associated with COVID variants primarily in China.

Now turning to the full year 2021 performance. In '21, we delivered organic sales growth of 24.6%, near the top of our outlook range. Reported sales were $4.25 billion. Due to a weaker euro to U.S. dollar exchange rate, reported sales came in at the lower end of our outlook range.

Fiscal year 2021 was a year of progress on our key growth vectors. Digital diagnostic devices such as Primescan, Axeos and Orthophos had a strong year. In 3 years, we scaled our clear aligners from having no presence in this space to a business that generated $274 million in 2021.

In the fourth quarter, SureSmile exceeded our $100 million annual run rate goal. Byte came in short of expectations for the reasons we have indicated before, such as changes in consumer spending patterns and shifts in digital customer engagement tools. However, we believe Byte will contribute to our growth in aligners in the second half of 2022.

Despite the challenges in DTC, we achieved sequential growth in total aligner shipments in Q4. Our implants business finished the year strong, and our intention is to keep improving our platform to achieve market growth rates consistently. Full year gross profit margin of 58.6% represent an expansion of 120 basis points since 2019.

SG&A expenses for the full year were 34% of sales. This ratio remains below pre-COVID 2019 levels, reflecting the benefits from our efficiency improvement initiatives. We finished the year with R&D at 4% of revenue. R&D will continue to be core to our growth strategy.

Turning now to profitability. Operating margin was 20.5% in line with our expectations to deliver greater than 20% for the full year. Looking back, we have delivered over 200 basis points of operating margin expansion since 2019 and approximately 500 basis points since 2018.

The effective tax rate was 23% versus 20.9% in the prior year. The increase was primarily due to geographic mix of pretax income and our continued business recovery from COVID.

Turning to full year earnings. We delivered EPS of $2.87 versus $1.79 in the prior year. In 2021, we generated EBITDA of approximately $1 billion. EBITDA is an objective scorecard to measure improvements in operational execution and cash flow generation.

Our operating cash flow was $657 million and free cash flow exceeded $500 million. We returned approximately $300 million in cash to shareholders, including dividends and share repurchases. We also completed acquisitions totaling $248 million and finished the year with cash on hand of $339 million.

Now let me provide an overview of our financial expectations for fiscal 2022. We expect organic sales to be in the 4% to 5% range. This equates to a net sales range of $4.3 billion to $4.4 billion. Our assumption

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

for our biggest FX exposure is the euro to U.S. dollar exchange rate of 1.14, which is lower than the FY '21 average of 1.19.

From a revenue perspective, market demand remains strong despite COVID variant challenges in certain markets. The R&D pipeline is generating new exciting products to meet the most pressing needs of our end customers and channel partners. We expect strong contributions to growth from clear aligners, CAD/CAM, implants and imaging. Our expectation is that operating profit margin will be over 21% in the second half of 2022 and exit the year at the 22% target margin rate in the fourth quarter.

Our efficiency improvement and portfolio optimization initiatives will continue in 2022 while managing through supply chain challenges. We estimate the effective tax rate to be between 23% and 24%.

Our estimate for share count is approximately 219 million.

EPS is expected to be in the range of $3.05 to $3.25. We anticipate growth to be more heavily weighted to the back half of the year. We're projecting organic growth in the low single digits in the first half and mid-single digits or higher in the second half.

Due to the revenue cadence, supply chain constraints and inflationary pressures, earnings in the first half are expected to be approximately 40% to 45% of the total annual projection.

As a reminder, Q1 typically has the lowest quarterly sales of the year, and as a result, operating income margin also tends to be lower. This January, we observed slower patient traffic in certain markets due to COVID.

During the first half of the year, we will continue to be impacted by the ongoing shortage of electronic components, particularly in the imaging and treatment center businesses. These shortages are now impacting the availability of electronic boards for Primemill as well. We are allocating the reduced quantity of boards first to fulfill spare parts needs of mills already owned by end customers and secondarily to units in production.

The retail demand for Primemill is solid, and our dealer partners in the U.S. have sufficient inventory to meet that demand. In the short term, this trade-off will reduce our wholesale volume of Primemills but is the right thing to do for our customers.

Finally, we are projecting our clear aligner franchise to grow sequentially each quarter in 2022. Byte will likely post a year-on-year decline in the first half but is expected to be a contributor to overall 2022 growth.

I want to echo Don's words and express my support and sympathy to my colleagues impacted by the evolving geopolitical events in Eastern Europe. Our teams in the region are doing a terrific job and have grown our commercial presence substantially in the last several years. Our local sales in Russia and Ukraine represented about 3% of total company revenue in 2021. Given the fluidity of the situation, it is hard to measure the potential impact of the ongoing conflict on our financials. We will continue to monitor and assess options available to minimize the impact to our 2022 outlook.

Switching gears to our capital allocation framework for 2022. First, reinvesting in the business for profitable growth continues to be our #1 priority. We plan to invest at least 4% of revenue in R&D and about 4% in capital expenditures.

Our cash flow generation also gives us the ability to provide a consistent and meaningful return of cash to our shareholders. For the next 2 years, we plan to return at least 50% of our free cash flow through dividends and share repurchases.

Similar to last year, today, we are announcing a double-digit increase to our dividend. The remaining balance to reach 50% or more of free cash flow returns will be accomplished through the use of opportunistic share buybacks throughout the year.

Overall, we are confident that the progress we are making in key growth areas, combined with the resilience of the dental market, will allow us to continue to expand revenue and earnings over time.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Additionally, the strength of our EBITDA generation enable the funding of our investment priorities and the funding of a very competitive cash flow yield to our shareholders.

To close my remarks, I'd like to highlight 2 important sustainability initiatives we have underway. First, in collaboration with our strategic partners Smile Train and FDI, we are developing the first global standard for cleft treatment protocols that include digital clinical workflows. Second, we're sponsoring the 2022 World Oral Health campaign to promote the importance of oral health for every person's overall well-being. This awareness is aligned with our mission to empower millions of customers by creating innovative solutions for healthy smiles.

With that, I will now turn the call back to Don.

**Donald M. Casey**
*CEO & Director*

Thank you, Jorge. Moving on, I want to provide some perspective on our strategy and priorities going forward.

In late 2018, we had outlined a program to accelerate growth, improve margin and to simplify the organization. Despite challenges, we have largely achieved the targets that we had laid out. Just as important, our team has also sharpened our strategy while improving our innovation capabilities. As Jorge said, going forward, we expect to build on those capabilities to deliver reliable 4% to 5% growth in revenue, continuous improvement in our margins and double-digit earnings growth. We believe our strategy of delivering superior integrated workflows in critical procedures will allow Dentsply Sirona to become the indispensable digital partner to the dentist.

On Slide 24, we outlined that strategy, which calls for us to build on our large installed digital base, whether it's Primescan, Orthophos or Axeos. All of these offer dentists among the best-in-class diagnostic capabilities that are so essential as dentists globally look to enhance their ability to do more dentistry.

These diagnostic capabilities feed into our outstanding treatment planning offerings in 4 of the essential dental workflows. Those areas include implants, clear aligners, restorations and endodontics. All of this helps make Dentsply Sirona a real leader in shaping the future.

I'd like now to outline progress in each of these areas, starting with digital dentistry. There was strong progress within the CEREC franchise during 2021. In addition to a record number of DI cameras sold, we were able to launch major software innovations with CEREC 5.2 and SureSmile 7.6. There is also good progress on Primemill. Our higher-end CBCT imaging systems also saw robust demand. This stems from dentists looking to add more sophisticated diagnostic tools that will allow them to incorporate more complex procedures like implants and clear aligners to the practices.

As Jorge mentioned, there are supply chain constraints impacting imaging. These challenges have slowed our ability to meet customer demand starting late last year, and we are seeing those challenges continuing in 2022.

Another area that is important to accelerating our digital portfolio is in software development. We have spent significant resources over the last 18 months to overhaul our entire approach in this area. Instead of developing individual software for different devices and totally separate initiatives for all the treatment planning offerings, we are building a single platform that will support all of our devices and our extensive treatment planning portfolio.

This creates advantages for the customer as we will have a single user interface and a single easy-to-learn operating system. For Dentsply Sirona, it gives us major cost and speed advantages while also allowing us to create scale around AI and machine learning.

Our recently announced collaboration with Google Cloud will accelerate these efforts. Dentsply Sirona will bring its decades of experience in digital dentistry to the collaboration. Google will bring scale and expertise in multiple areas. The fruits of this partnership will give the dentist opportunity to digitize their entire practice while improving efficiency, cost, security and connectivity.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We also announced the introduction of Primeprint last week and look forward to our virtual event this Friday to talk more about this amazing innovation. This medical grade, highly automated 3D printer is a great opportunity for the dentist to improve workflows and practice efficiency. It is very easy to use and lets the dentist delegate many of the tasks around 3D printing to their staff.

Primeprint also offers complete integration with the CEREC system and will allow the dentist to produce things like night guards, surgical guides and full-scale models quickly and inexpensively. This launch will also come with a complete service package that will let the dentist have Dentsply Sirona or one of our many lab partners do the actual design work, saving the dentist time.

Moving now to implants. We're really encouraged by the early results of our implant restage which centered around the PrimeTaper introduction. We are approaching implants as a single Dentsply Sirona brand building off our expertise in digital workflows.

The reception of PrimeTaper has been excellent, and we've been happy to see supporting products like the value brand, MIS, OSSIX Biologics and Atlantis custom abutments driving positive growth as well. In the fourth quarter, the implant business grew double digits versus the prior year. As PrimeTaper moves into Europe and the rest of the world in early 2022, we look to see continued improvement performance across our implant franchise.

There was also clear progress on clear aligners in 2021, and we are optimistic that progress will continue in 2022 and beyond. As Jorge mentioned, SureSmile hit its run rate objective of $100 million and grew 60% during the year. The Byte acquisition also provided important scale to our clear aligner business. While that scale has been important in areas like manufacturing and R&D, there have also been significant changes in the last year around the DTC aligner business.

As the pandemic lifted, there have been increased competition for discretionary consumer spending. The iOS privacy change further altered the landscape. As we saw across a range of DTC brands in multiple spaces, this combination negatively impacted sales of many products, including Byte.

We continue to believe, though, that Byte is reaching a large underserved population that is not accessing dental care today. We have a clear plan on how we can build off this need and drive growth going forward. Based on these plans, we expect Byte to grow sequentially across the quarters during the year. Clear aligners are an essential part of our digital strategy and increase our exposure to one of the fastest-growing areas in dentistry. We are committed to this market and believe we are well positioned to compete long term.

Our resto business is also a key pillar to our overall strategy. Virtually every procedure finishes with a restoration, including implants and root canals. Our Class II restoration brands like Palodent have shown good momentum. Our new milling material, Tessera, also lets Dentsply Sirona compete more effectively in that space by offering Primemill customers a more competitive product.

While we see good growth in these priority areas, that is offset by corresponding declines in parts of the portfolio like impression material as digital impressions take off.

And finally, our endo franchise has a strong position in yet another critical workflow, root canal therapy. Our recent launch of ProTaper Ultimate is off to a solid start. The companion products and operation and sealers that were part of this launch are also making Dentsply Sirona a lot more competitive in important adjacencies.

In order to provide increased investment in areas like R&D and demand generation, while improving margins, the team is committed to driving cost and efficiencies throughout the organization. We're focused on identifying and executing against additional opportunities for centralization and enterprise modernization.

A few closing comments. While we report earnings on a quarter-to-quarter basis, our team is focused on creating value for the long term. Over the past few years, there has been sustained progress against developing a focused strategy that takes advantage of Dentsply Sirona's position in the market.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

All this has been done against the complexity and uncertainty of the pandemic. We have delivered progress on accelerating growth, driving margin and simplifying our organization. The company has a strong balance sheet and has improved our cash generation capabilities. There have been significant portfolio moves that have increased our exposure to segments where digital dentistry is critical and that grow faster than other parts of the dental market. There have also been portfolio moves that eliminated business that do not fit our future vision or growth aspirations. We expect that portfolio evolution to continue. We've also improved our innovation pipeline that can be sold across a truly global commercial footprint. All this will serve us well as we look to become the indispensable digital partner to dentists around the world.

Looking over the past 3 years, the progress we've made is visible and steady. All this makes us confident that despite short-term ups and downs, Dentsply Sirona is well positioned. Indeed, our team is very excited about our mission and our future.
And with that, I will open it up to questions.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Elizabeth Anderson of Evercore.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

I guess my first question, I just want to make sure I fully understand the Omicron impact on fourth quarter results? And then I think you commented qualitatively that they impacted January results. But as we sit here, sort of on the last day of February, it would be helpful if you could just provide any more color around the progression across sort of December, January and February.

**Jorge M. Gomez**
*Executive VP & CFO*

Good morning, Elizabeth. Yes. The last week or 2 in December became more complicated for dental practices in many markets primarily as a result of staffing shortages, and as a result, volume tended to go down a little bit again in the last couple of weeks in December in a lot of markets.

We had also situations like China where many provinces still have the zero COVID policy and, as a result, are in major lockdowns, which restricts substantially patient traffic. So those are probably the 2 main constraints we were facing from a volume -- from a demand perspective. Some of that went over into January. And as we look at volumes in the month of January, we observed a slower-than-normal volume.

And that's -- based on what you can see with respect to COVID infection curves, clearly, in the U.S., the situation has improved. I would say Europe is probably a couple of weeks behind. They -- meaning they picked up later than we did in the U.S. And the situation in Asia Pac, particularly China, is still fluid because a lot of cities remain in lockdown.

So we -- I think there is an expectation that over the next few weeks, things will become more normalized. But it's -- as you all know, the volatility has been high with respect to those type of reactions to the spread of Omicron.

**Elizabeth Hammell Anderson**
*Evercore ISI Institutional Equities, Research Division*

Got it. That's helpful. And then you obviously talked about the launch of the new Primeprint product. I was wondering if you could talk about sort of the commercial launch calendar for the various regions and sort of how you expect sales to contribute to 2022 results there.

**Donald M. Casey**
*CEO & Director*

Yes, Elizabeth. Let me start, and I'll let Jorge comment specifically on the sales cadence.

Our expectation is towards the end of the second quarter, we'll roll print. It will be a global launch, but principally focused in kind of our DACH and North American regions. It's -- right now, the -- we're very, very excited, and I'd urge everyone to hit our virtual event on Friday. Without things like Chicago midwinter, you kind of have to create virtual events.

But the -- we're really excited about Primeprint. We've had it in alpha and beta testing now for close to a year, and the reaction from the dentists is really positive. The cadence will literally go North America and mostly Central Europe first. It will be global pretty much by the third quarter.

There's a couple of components to it, Elizabeth, that I'd draw your attention to in the prepared remarks. I mean, obviously, there's a lot of follow-on stuff like the printing ink. And we're also committed to offering

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a service package, which would let a dentist actually kind of outsource the treatment planning and the design work for using the printer, which we're pretty excited about as well.

But Jorge, you may want to comment on the specific revenue.

### Jorge M. Gomez
*Executive VP & CFO*

Yes. Don, I think you explained the cadence from a geographical standpoint. Just to reemphasize, U.S. first and a few selected markets in Europe. We plan to do that sometime in the third quarter. There are a few things that we still need to finish and to firm up, including -- I mentioned in my prepared remarks, there are supply chain constraints with electronic components, that is a consideration for us. And then we have to fine-tune pricing and the overall economics of the printer.

So we have incorporated in our financials for '22 some contribution from Primeprint. We will -- we have a range and it's included in our guidance. we will fine-tune those estimates as we get closer to the summer and as we get closer to the actual launch date for the product.

### Operator

Our next question comes from the line of Nathan Rich of Goldman Sachs.

### Nathan Allen Rich
*Goldman Sachs Group, Inc., Research Division*

Maybe I wanted to start with the supply chain disruption that you mentioned and the impact on imaging and some of the other categories within the equipment portfolio. I guess Don and Jorge, I'd be curious just to get your sense of how much visibility you have on the -- your ability to kind of get the components that you need and how you're assuming that plays out over the course of the year? And also what impact that might have on the cost of production? And have you seen any indications that those supply constraints have started to ease in the first couple of months of this year?

### Jorge M. Gomez
*Executive VP & CFO*

Good morning, Nathan. Let me take that. So the amount of visibility into electronic components shortages, it's complicated not only for us but in all industries. We have compared notes with multiple other companies that actually use the same type of electronic components. And the supply of those products is very inconsistent. And some people believe that the issues will ease sometime in the first half of the year. Other people believe that the situation could last longer. So it's really hard to predict not only for us, but for many industries.

One thing that we had been experiencing before this quarter, and I mentioned this a couple of times, we were able to have access to all the components we needed albeit at a higher price. So the impact had been only from a cost perspective. That cost impact is reflected in our gross margin and is impacting our gross margin and will continue to impact our gross margin for some time. Our team is doing a terrific job trying to procure these components from multiple sources, and they will continue to do so.

In the fourth quarter, we had issues with, as I said before, especially 3D imaging and treatment centers. And the impact was roughly between $12 million, $14 million, $15 million across all products. And as we go into 2022 and the guidance that we have provided, we are contemplating those challenges to continue for some time. So it is, to a large extent, is captured there.

The only one caveat is we have seen situations where certain components totally dry up in the supply chain for periods of a few days or a few weeks. So managing inventory levels, inventory levels in the network and ensuring that the production lines are balanced is a challenge for the team and will continue to be a challenge for some time. But as I said, a lot of that risk is already captured in our numbers and our projections.

### Nathan Allen Rich

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Goldman Sachs Group, Inc., Research Division*

Okay. Great. That's helpful. And maybe just to clarify. So the $12 million to $15 million of impact, that might be the rough ballpark to use for the first couple of quarters of the year, and then hopefully, the supply eases beyond that.

And Jorge, just if I could kind of tie in my follow-up to that, just how are you thinking about kind of the cadence of margins over the balance of the year? I understand you're kind of working to get to 22% by the fourth quarter. Can you maybe kind of talk about how that plays out over the balance of the year? And also, if you have any kind of updated thoughts on beyond 2022, what we should expect in terms of annual margin expansion from the business.

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Nate, one thing on the $12 million to $15 million, I would ask you not to extrapolate because those numbers fluctuate all the time. So that was the impact specifically in Q4. The impact in Q1 could be similar, it could be less, it could be more. So it's always a range. So I would not extrapolate.

We -- our projections show our expectations from supply chain is that we should be able to recover in the next couple of quarters, but that situation could change. So that's a fluid situation.

Your second question about cadence of margins, I indicated in my prepared remarks we expect the first half to be lower, and a number of factors come into consideration here. One, as you know, Q1 is always a low quarter from a volume perspective and that results in lower margins. We also have the mathematical effect of Byte. So Byte, we expect to be to -- decline in the first half versus last year. And so that is a headwind. And then we have some of the supply chain issues that I talk about that. So that's going to depress margins in the first half.

As we go into the second half, then there are tailwinds. For example, Byte, we expect to be a contributor to growth in the second half. We expect the acceleration of product launches to gain traction. We are pretty excited about the progression we are seeing with ProTaper Ultimate, PrimeTaper and CEREC. Those products are reduction, they began in Q4, and they progressed throughout the year. That is going -- those are going to be important contributors to growth in the second half. Primeprint, although not very significant, is also another improvement in the second half.

And the last point I would indicate is pricing. So in Q4, actually on October 1, 2021, as you know, we implemented a price increase that is going to start annualizing now. So that helps '22 in the first 3 quarters. And then we have the opportunity and we will monitor the market and we'll potentially do more price increases throughout 2022.

The inflationary environment is real. It's happening. Costs are going up and pricing is also something that we can use to offset some of those incremental costs and hopefully have a net positive impact from pricing. So hopefully, that helps with respect to the cadence for '22.

Beyond '22, good question. We talked about this before. I think we always -- once we are at the level of 22% operating profit margin rate, for us, it's going to be really important to balance growth, top line growth with further margin expansion. I think a 22% margin rate is reasonable. Can we do more? I think we can do more. But at that point, our biggest priority, our higher priority is going to be making sure that the top line starts to grow in faster than we have seen so far.

**Operator**

And next, we have Michael Cherny of Bank of America.

**Michael Aaron Cherny**
*BofA Securities, Research Division*

Thanks for all the details so far. So I want to get back a little bit to the cadence dynamic over the course of the year and particularly into the second half. As you think about Byte in particular, think about the

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

supply chain shortages, as you target second half growth of mid-single digit organic or better, what are the areas that are potentially the most concern that won't let you get there? And is that -- or better side, what's going better to get you to that more better part?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. I think the things that concern me the most are things that are beyond our control. And so what happens with supply chain throughout the year is an important consideration. And I think we are trying to be conservative and factoring the situation the best we can see it today. So that's a challenge.

In terms of things that can actually provide upside, I think new products is a possibility for upside. I think the traction, the potential acceleration of the traction we have in important businesses like clear aligners and implants is another source of upside. But I think, overall, what we are providing in our guidance reflects a balanced view of both downside and upside. So we think -- and that's why we're sharing those numbers. We think those are the likely outcomes. And we are confident about that range at this point.

**Michael Aaron Cherny**
*BofA Securities, Research Division*

And then I guess one other question on the mix in the portfolio. You did mention that portfolio evolution is likely expected to continue. Obviously, you've made a lot of changes the last couple of years. How do you think about identifying specific areas that might make sense within the portfolio, not in the portfolio? And as we go forward, especially given some moving pieces you've had, should we be thinking about anything of scale that is potentially make sense within the go-forward Dentsply?

**Donald M. Casey**
*CEO & Director*

Yes. Thanks for the question, Michael. Over the last 3 years, if you think about it, we got out of analog lab and we got out of traditional ortho, and there's been some dribs and drabs there. We've also added exposure to clear aligners, which we're excited about. At this point, we don't see any massive needs or any -- tomorrow morning, we're going to get out of preventive. So we continue to look at stuff. And our criteria is, is it growth-accretive; is it margin accretive; is there a place that we can add real value through R&D; and is it essential to our digital -- kind of our digital workflows.

And if it meets those criteria, we'll keep and invest them. And if it doesn't, we'll look to harvest them whether harvesting means look to maximize profit on those businesses or potentially divest them. We'll make those decisions. But I think the scale of the activity you've seen is kind of what we look at going forward.

**Operator**

And next, we have Kevin Caliendo of UBS.

**Kevin Caliendo**
*UBS Investment Bank, Research Division*

Great. First one is just on Ukraine and Russia and obviously, knowing how sensitive it is. But what have you sort of contemplated for it? How -- where are you in terms of like trying to understand the impact to your business at this point or what it might be? And how did you contemplate it? I know it's low single-digit part of your total revenues but it's still meaningful enough to impact things.

**Jorge M. Gomez**
*Executive VP & CFO*

Good morning, Kevin. Yes, it is small, but meaningful, as you said. At this point, in our guidance for 2022, we are not contemplating any major disruptions with respect to our commercial cadence in those geographies.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so the reason for that is it's still early on and it is not very clear what is going to happen with the actual markets in the local geographies. We have no indication yet that, for example, patient traffic has slowed down as a result of this conflict, particularly in Russia. Ukraine is a lot smaller for us.

And from a regulatory standpoint, potential sanctions and capital flows, we don't know yet. And we're trying to assess that. We will all learn more in the next few weeks. But at this point, we have decided not to capture any downside because it is really hard to quantify at this time.

### Kevin Caliendo
*UBS Investment Bank, Research Division*

Got it. Okay. That's helpful. And just maybe a broader question, strategy question. A lot of your long-term targets and guidance that you provided sort of culminated in 2022. Is there a plan at some point this year to update sort of long-term margin targets and/or cost saving programs or even the revenue guidance, which I think has been in place for a bit?

### Donald M. Casey
*CEO & Director*

Yes, Kevin, the intent right now is to -- we want to get through Q4 and talk about the year and then get through our initial discussion about 2022, but we owe you guys an Investor Day, which we're planning on doing. And at that point, we'll update where we see long-term revenue and how we're thinking about margin, how we're thinking about earnings per share as well as our capital allocation strategy.

So the -- I would tell you one of the interesting things from my perspective is we outlined a 4-year plan. We've been operating against the 4-year plan. And there's obviously ups and downs and pandemics and all that kind of fun stuff. But we're pretty happy that we're on path to complete what we said we're going to complete on a timely basis. And we're optimistic that when we do an Investor Day probably in the middle of the year, we're looking forward to identifying what we think our future targets are.

### Operator

Our next question comes from Jeff Johnson of Baird.

### Jeffrey D. Johnson
*Robert W. Baird & Co. Incorporated, Research Division*

Maybe I'll start with a 2-part on the clear aligner business. One, you're talking about kind of sequential growth for Byte throughout the year and year-over-year growth in the back half of the year. It looks like to us Byte revenue may be down a couple of million in fourth quarter versus third quarter. So what are you seeing kind of that gives you confidence we might be at that bottom and be able to grow off that?

And number two, your SureSmile business, you said, hit that $100 million run rate. It looked like to us, at least by our numbers, that you were over $100 million for the full year as well, so not just a run rate number in SureSmile. So how are you thinking about the growth outlook for that business in '22? It seems like that 60% growth number, maybe not sustainable, obviously, but very solid outlook in '22.

### Donald M. Casey
*CEO & Director*

Yes, Jeff, on SureSmile, you got it exactly right. And then on Byte, it did, in fact, decline in Q4. Our sense is -- and literally, we get stuff that we look at on a daily and weekly monthly basis, we're seeing improvements.

There are a couple of things going on there. Obviously, within the DTC category, there were changes on the competitive landscape around some of the other brands, and we're -- we've been kind of sticking to our knitting, focused on how do we build more capabilities around things like search engine optimization, affiliate marketing, insurance things that we think put Byte on a much more stable growth platform.

And then we're anxious to implement what we refer to as Byte pro, which is, again, we think we've got this large underserved population that's really not accessing dentists today and how do we use Byte as a

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

potential traffic generator that go into the dental office and whether they -- exactly how we look forward to using Primescan and SureSmile is stuff that we'll talk about in the middle of the year.

**Jeffrey D. Johnson**
*Robert W. Baird & Co. Incorporated, Research Division*

All right. That's helpful. And Jorge, I just want to understand on the operating margin. You made a comment about 22% and then you'll see from there where it goes. Were you saying you still expect or you would expect to get to that 22% operating margin in '23? Or were you just saying as you get there, then it will be a top line versus trade-off to margin expansion discussion from there?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes, Jeff. No, we expect to exit 2022 at the 22% margin rate. And listen, structurally, when we look at the progression over the last several years, despite some quarterly fluctuations, we are operating substantially above the margin rates the company had in the past.

So in '21, for example, we indicated at the beginning of the year that we would be over 20% throughout the year, and we did that. And as we go into '22, we should be above the 21% level structurally and exit at 22%. So through all the changes we are making to our infrastructure, the changes in the mix, new products, we think in '23, we should be operating structurally at a 22% operating profit level.

And then beyond that, that was my comment was what happens then? At that point, the trade-off between investments for higher top line growth versus continuing to expand margins will be a topic of continuous debate internally to make sure that we move levers in the most effective way to create shareholder value.

**Operator**

And next, we have John Kreger of Blair.

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

Wanted to follow up on the supply chain issue. Jorge, you've mentioned a couple of brands, but it sounds like are being most impacted. Can you just review that again as you think about the '22 guide, what are the product categories that you think will be most constrained by the supply chain shortages?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes, John, thank you for the question. It is primarily imaging equipment. So one of our best-selling products today is Orthophos. Axeos has been doing really well in the market. Those products are impacted by the shortages of electronic components.

In addition to that, treatment centers, which are not that relevant in the U.S. but there is a big market for treatment centers in Europe and Asia Pac, and we are having challenges with that. Those are the 2 main lines. And then there is a number of random components that impact some other categories. But those are the 2 main ones, electronic components kind of around the high-voltage type of electronic components.

**John Charles Kreger**
*William Blair & Company L.L.C., Research Division*

Great. And then my follow-up, kind of same topic, what drives the confidence that hopefully, this situation is better in the second half, such as sort of feedback you're getting from suppliers? Or are you pursuing perhaps other changes in sourcing?

**Jorge M. Gomez**
*Executive VP & CFO*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, it's all of the above. So we actually, in '21, as we started to face challenges, the procurement team went out and sourced products from places that we had not bought components from in the past, that activity will continue. We are obviously having tons of conversations with our suppliers. We're talking to many other companies. And -- some people believe that the situation will begin to ease sometime in -- towards the end of the first half. In some areas, I've heard directly from other companies where they actually have experienced in certain components already some sort of improvement, but it's really fluid.

So overall, we are not banking on a substantial improvement in the second half. We are -- what we're modeling is a slight improvement, but we are not bank on a complete solution of the supply challenges related to imaging products.

**Operator**

And next, we have Jon Block of Stifel.

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Maybe just a couple of follow-ups on some topics already discussed. But -- just to go back to Byte for a moment, guys. I believe you said growth for full year '22, I think that was specific to Byte. Maybe what level of growth, modest growth, any color commentary there?

And then maybe more importantly, Don, how do you see the long-term outlook for the DTC market? You've had this asset for 12 months. What about also the level of accretion? I think at the time you guys acquired the asset, you talked about ramping accretion into the out years. Maybe if you could just provide some color there, and then I'll just ask a quicker follow-up.

**Donald M. Casey**
*CEO & Director*

Yes. So Jon, specifically, yes, we do expect Byte to post growth '22 versus '21. It's driven off the back half. If you look at the revenue cycle of Byte the first 2 quarters when we were kind of in the pandemic pre-iOS change, they were bigger quarters. But we expect Byte to grow. That's part one.

Part two is what do we expect for the DTC market. I can't answer completely for other competitors in the market. We've always looked at it as an opportunity to reach kind of this underserved population. And our strategy was to sit there and say, look, the total clear aligner business is absolutely critical to us from a digital dentistry perspective because dentists are making choices about scanners and other things based on their ability to access things like clear aligners or implants or other things. So we felt that being in the clear aligner business is offensive as well as defensive.

We thought Byte was going to -- and we have seen it -- Byte's going to give us critical mass in terms of manufacturing, R&D, stuff like treatment planning and whatnot.

The other thing that we really felt that we needed to do is have the ability to create traffic for the dentists. And again, we're tapping into a population that just does not access dental care at the same rate as a traditional population.

So the challenge for us and one that we're optimistic, hence, why we talk about Byte growing is that we can, in fact, begin to build Byte's reputation and capabilities so that it does, in fact, increase patient traffic at the dentists. And obviously, those would be dentists that we believe are going to offer a Primescan and SureSmile type solution.

So -- and then in the out years around accretion, look, we believe our total clear aligner business will be accretive from a growth perspective. We're not going to talk specifically about the individual brands. But we like where we are with clear aligners. We like the profit profile of that business. We think we're scaled today in a place that will give us an opportunity to be very, very competitive over the long term. And it's important, as we build a digital dentistry ecosystem, that having access to important procedures where we believe our treatment planning, stuff like SureSmiles, stuff like SIMPLANT and other things, really is going to mesh well with what we believe we're creating.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it. That was very helpful. And also a lot of great color on the call and a great slide deck as well. So I shout out to Andrea and the team.

But maybe just a quick second question. Supply chain challenges -- look, I know it's difficult to figure out how long it lasts. But maybe just from our end, most importantly, are you where there's sort of a breaking point where if you're not able to fill that backlog that's building, you start to see any leakage? Is that possible? Is that a late 1H, an early 2H? I'm just curious, like your conviction that it's more, hey, it's in the backlog, and it's just when we're able to service it versus if this drags on, where people might seek an alternative solution?

**Donald M. Casey**
*CEO & Director*

Yes. Thanks, Jon. And Andrea totally is beaming over here. So we're going to have to just try and keep her down for the rest of the day.

But look, on -- back orders are rolling back orders. It's not as if there is no availability, full stop. What Jorge and we've been trying to describe is sometimes, there are components and sometimes, there are not, and they're complex. You might wind up getting the chips you need, but the high-voltage capacitors aren't there.

So our thought -- I would just tell you what we're modeling is that there is movement on the backlog of orders. It's not happening as fast as we would like. If we have a backlog of x number of weeks, it doesn't mean that there's not any imaging. But obviously, look, if something -- if somebody places an order for something and we're going to deliver it 18 months later, that's a problem.

What we have been doing is we go out and if we have an order from Dr. Gomez, and we're out maintaining that relationship. And look, a lot of our imaging business is replacement of our old imaging business who tend to be a very loyal customer base. They've gotten very used to using the treatment planning of stuff like Sidexis, which comes kind of only with our equipment.

So look, would I like to see this situation resolved in the first quarter? Absolutely. What we're telling you to try and be realistic is we think it's going to flow through the year. It does move. There is movement. It's not as if we have stopped shipping imaging products. And it's really incumbent on us to maintain contact with that customer to reduce the -- some of the friction that might result in them saying, "Hey, look, I can't wait x number of weeks, I'm going to go to a competitor." Remember, going to that competitor involves learning a whole new software set of things, building a whole new software set of contacts with labs and other things. So we think there's an inherent advantage of our software and other things.

**Jorge M. Gomez**
*Executive VP & CFO*

Don, the other thing that I would add is our -- the components that we are having challenges with are not unique components or components that we own that are very specific to our devices. I mean these are, to a large extent, generic electronic components. And so the shortages are general. This is not just for us.

**Operator**

And next, we have Matt Miksic of Credit Suisse.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Great. So we covered a lot here. I won't go back into supply chain, although I do understand it sounds like, Jorge, from your comments, that if there's an unknown risk to the back half or late in the year, it sounds like that is sort of like a -- it's hard to predict, and so that's sort of out there.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But on pricing, I'd love to understand if you could maybe give an update as to some of the price increases you talked about and began late last year and what -- how we should think about maybe the contribution to this year? And then just one follow-up.

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Thank you for the question, Matt. So on price, I think we are seeing good price realization relative to the October 1 price increase. And it is the first phase of price increases. I think, at this point, I can tell you, we probably had a benefit that if you annualize it into '22 based on this price increase, we are probably -- we're going to have probably a contribution of $40 million to $50 million in price increases. And then we probably will do something beyond that.

So it has happened, price realization is good, and there should be other opportunities in the next few quarters, few months to do more price increases in certain geographies where we haven't rolled those out or on certain products where we haven't increased prices yet.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Okay. And just to be clear, you haven't -- didn't sound like you've taken any so far this year.

**Jorge M. Gomez**
*Executive VP & CFO*

Correct.

**Matthew Stephan Miksic**
*Crédit Suisse AG, Research Division*

Okay. And then if I could -- that's super helpful. And then just on implants. I understand one of the bright spots in the quarter, it sounded like. Can you talk a little bit about share or opportunity to sort of carve out share or growth or mix maybe around some of the new product launches that you've talked about, PrimeTaper, et cetera. Just -- I know share is hard to measure in this environment with all the ups and downs regionally, but it would be super helpful to get some color if you could provide it.

**Donald M. Casey**
*CEO & Director*

Yes. Thanks, Matt. Look, our strategy that we've articulated has been, okay, let's get the business in a position to compete. We feel that we've got a pretty good portfolio of premium brands as well as a value brand. And then we think we have important supportive businesses, if you look at our biologic and things like custom abutment.

Our strategy was like, okay, let's get competitive so that we can grow at the category rate, which we think is kind of mid- to high single digit, which we think we actually gained share a little bit in the fourth quarter.

As Jorge said in his prepared remarks, our expectation around implants over the course of 2022 is that we will grow at market rate. Over time, our aspiration is to take share. And again, we really -- we kind of do implants a little bit differently where, for us, it's about the digital workflows.

So given that we just talked about like Orthophos and Axeos and all that stuff, a lot of the treatment planning and software that goes into that imaging equipment and things like we did with Primescan 5.2, which gives us enhanced capabilities of looking at intraoral scanning as another kind of diagnostic viewpoint for the dentist, we feel if we start with our digital base and we create really easy-to-use solutions and then our products built right in, we'd like to be able to take share.

Specific bright spots, I would tell you, PrimeTaper, we're very excited about, obviously. But MIS, it's a value business that doesn't get as much recognition because it tends to be a little bit more of an ex U.S. oriented brand. And when we bought the company, Datum, which is OSSIX, we really felt that we got a

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

best-in-class bone growth factor that we're getting good traction with. So our aspiration is to gain share in our implant business. And the launch of PrimeTaper as well as kind of an aggregate restage of our implant business has a kind of a pull-through effect on the entire business.

So the specific contribution of PrimeTaper is not going to be in 2022 in the tens of millions, but the idea that there is a comprehensive restage that we're actually offering a complete solution is very important because implant dentists tend to pick systems, and they want to know that you're committed and they want to know you offer the full breadth of solutions.

**Andrea Daley**
*Vice President of Investor Relations*

We have time to take one last question, please.

**Operator**

Our last question then comes from Erin Wright of Morgan Stanley.

**Erin Elizabeth Wilson Wright**
*Morgan Stanley, Research Division*

I had a quick question on Primeprint and 3D printing. And how would you characterize the level of demand that you anticipate across the 3D printing solutions that are out there? And how does it fit into the broader high-tech equipment offering that you have? And what sort of investments maybe that you need to make in and around that initiative with other ancillary products?

**Donald M. Casey**
*CEO & Director*

Yes, Erin. As Jorge said, we kind of built it in the back half of our projections. But 3D printers are starting to gain traction in the marketplace. Our sense of it is there were some solutions. There are some good competitors out there. None of them offer the level of automation, the level of ease of use, some safety and some other things. We really feel that we started from a, what does the dentist need and go there.

A lot of this, Erin, is also going to be about getting real estate. Right now, there's some great apps that you can do on the 3D printer, night guard, surgical guides. A lot of people do 3D modeling, which is important. But ultimately, where this is going to go is we think there's going to be an opportunity as the inks get more sophisticated that you're going to be able to do permanent implants. I think the race is on for the ability to print that first aligner, and digital dentures is clearly something that we believe ultimately will be 3D printed, whether it's done in the office or in the lab.

So in our mind, we think we've got a really good product that gives us a technology base that will allow us to continue to expand applications. We're -- again, the reaction of -- we've kind of had a beta cohort for a while, and they really talk about how transformative this is.

In terms of investments, Erin, what we need to do, a lot of this is going to be about developing inks either internally or with partners that give the capabilities in some of kind of the future applications around aligners and permanent implants and dentures as well. So whether those are investments or partnerships, it's not clear right now.

**Erin Elizabeth Wilson Wright**
*Morgan Stanley, Research Division*

Okay. Great. And then you mentioned the headwind from preventative products. I guess, can you break out what you're embedding in your guidance for preventative products in 2022 and how we should be thinking about that impacting broader consumables growth?

**Donald M. Casey**
*CEO & Director*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, Erin. I don't think we've called out preventive specifically. I mean I think the consumable discussion is it was -- you're up against a tough comp as dentistry reopened. And I think I mentioned in my prepared remarks, stuff like our Palodent and other things tend to grow, but there's parts of the portfolio as digital imaging goes up and up and up, stuff like Aquasil is going to go down. But I don't think we called out specific prevention.

All right. Well, thanks, Chris. Let me just close out by saying, again, we appreciate the time you spent with us. I know that we covered a lot of things. One of the discussions that we've had with a lot of you guys is when are we going to do an Investor Day. Right now, we're targeting June because there's lots of stuff. And to be honest, we're optimistic to talk about after the restructure where are we going into the future and describe why we're so excited about Dentsply Sirona. So with that, I hope everyone has a great day. Thank you.

**Operator**
This concludes today's conference call. Thank you all for participating. You may now disconnect. Have a good day.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.

# EXHIBIT 7

**S&P Global**
Market Intelligence

# DENTSPLY SIRONA Inc. NasdaqGS:XRAY
# Company Conference Presentation
## Wednesday, June 09, 2021 2:40 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ........................................................................ 3

Presentation ........................................................................ 4

Question and Answer ........................................................................ 5

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Jorge M. Gomez**
*Executive VP & CFO*

**ANALYSTS**

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research
Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Good morning, everyone. Thanks for joining this session with Dentsply Sirona. My name is Nathan Rich, and I cover the Dental Space here at Goldman Sachs. Today, we're joined by Jorge Gomez, Dentsply Sirona's CFO; and Andrea Daley from Investor Relations.

Before we jump into the Q&A, I just wanted to remind the audience that if anyone would like to ask a question during the course of this presentation, you can either send me an e-mail directly to nathan.rich@gs.com, or you can use the ask a question function through the webinar.
So Jorge, thanks so much for joining us and for your time today. I think we'll just jump right into questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Maybe starting at a high level with the long-term revenue guidance, the company has kind of guided to long-term revenue growth of 4% to 5%. That was following the acquisition of BYTE. That's faster than the dental industry has historically grown. I know you've ramped up your investments in some of the faster-growing areas within the space, specifically clear aligners as well as implants. I guess, how should investors think about building to that 4% to 5% revenue growth target?

**Jorge M. Gomez**
*Executive VP & CFO*

Thanks, Nathan, and good morning, everybody. Happy to be here, and thank you for we're starting with that question, which is probably the topic of the theme that we spend the most time with at the company. And it is a function of a number of things. There's no one single lever. There's a -- is an entire commercial strategy and business strategy that will -- is fueling that type of growth rate. And let me start by talking about infrastructure. The company, as you know, has a pretty broad portfolio. The breadth of our services and products is pretty extensive. But for many years, the company didn't use those assets well. And so the first ingredient for -- to deliver this type of top line growth is what I would describe as operational excellence from a commercial standpoint. And we have been talking about this for a number of years and sales force effectiveness is one of the levers.

So within commercial excellence, sales force effectiveness using metrics that really drive behaviors, the right behaviors, having the right infrastructure in terms of territories and how we have organized our sales forces. The company used to be very decentralized, very complex, in terms of its go-to-market strategy, Don and the team have simplified that organization a lot. Going from about 11 sales forces to about 4 to 6, depending on the geography. We have injected tools like CRM and other metrics to drive better execution.

We have thrown in more sophisticated and strategic incentive plans. We went from doing a lot of incentives with our dealer partners, and we have redirected those dollars mostly to the end customer. And so trying to match end-customer demand with our sales. That is a very important thing. So we're bringing all of these things together. We are also bringing a greater strategic focus. The company has a lot of SKUs, a lot of products, we're trying to simplify the portfolio, making sure that we go after the segments that really grow. And so that's part of the mix change, which is another element that we have been pursuant as we have disposed off of a number of businesses that were either not growing and not very profitable.

And we have added assets that have a very different profile, both from a top line perspective as well as from a profitability perspective. And so that brings me to the second point. So first is operation execution and operational excellence. The mix of the portfolio, very important lever for us. And I think we're doing a good job. We have invested in a, probably the fastest-growing area in dentistry right now, clear aligners. And now we're creating a pretty cohesive ecosystem within aligners that starts actually with the scanner, with the intraoral scanner, the launch of Primescan opened a bunch of new possibilities for us, and that is complemented by a strong software powering clinical treatments and treatment applications.

Now we have a multi-channel approach. We have the in-office space with SureSmile. We have the direct-to-consumer space with BYTE we are finding now synergies between those 2 channels, direct and traffic from direct-to-consumer to in office, and that brings a lot of benefits for the dentists in terms of more aligners cases that they can deliver in the office. Also the pull-through from other basic treatments that people in the direct-to-consumer channel bring to that space because 1 thing we have found, for example, is that in the BYTE case, 80% of our customers have not visited a dentist in a long time. So whenever we can shift a customer from that channel to the in-office channel, that creates a lot of opportunities for the dentist and for us as well.

Also with respect to mix, there are areas where we already had very strong presence, but we have underperformed the market. And we have been very clear about, for example, our performance in the implants business. Implants is a great space within dentistry, grows mid- to high single digits, and we have not been growing at that level. We're doing a lot of work integrating all the assets that we have with an implant from premium brands to value implants, software with

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ATLANTIS, we have now added data in the bone regeneration space. All of those assets are now being integrated in a cohesive way such that we can go to the customer with a kind of integrated workflow.

Lifting the growth rate in implants is also going to be an important lever for our long-term growth. And then performing well with consumables, especially the specialty consumables business, is also -- it provides a great foundation from a growth perspective. I mean those spaces don't grow more than low single digits, but achieving a sustainable low single-digit growth in consumables with the good margins that it has -- it creates a good foundation, and you put on top of that aligners, implants our CAD/CAM business, and all of that brings up the top line to the level that we're projecting it between 4% and 5%.

And the last ingredient, the last lever that I would mention is from a geographic expansion perspective, we still have -- despite the fact that we're very global, and we've been around for a long time, there are certain pockets of significance from a value perspective from a critical mass perspective that we are probably under index right now. And I'm talking about places, for example, in Eastern Europe or the new Europe. We are beginning to make interest in inroads in those markets. And those markets are growing substantially faster than Western Europe, for example. And that's an area of emphasis for us. We're going strong into those markets with the old parts of the portfolio, but now we are launching SureSmile aligners outside the U.S., and we're going into those markets. There's China. China is always is a huge market. It's a tricky market. There's a lot of constraints and difficulties performing in China, but that is one area where we should do better and we'll do better.

And there's probably a couple of other pockets. One developed market that I think has a lot of upside for us is Japan, and we are also trying to make important changes in those spaces. So geographical expansion, is the last element of this recipe that we're putting together to deliver the 4% to 5% top line growth.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

And so yes, I mean, that definitely kind of shows the breadth of what you're working on. At the same time, you're also working to kind of expand margins. It seems like based on recent performance, kind of well on track to hitting the 22% margin level that you're targeting by the end of 2022. But I guess, just how do you think about making sure that you are investing enough to kind of go after these opportunities, while also expanding margins at the same time? And can you kind of talk about how you're thinking about that trade-off?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. That's a very good question. And as you said, is it trade-off. But to some extent, those 2 things are not inconsistent. And I think the one word that comes to mind is -- and we talk about this strategically, simplifying the organization. The more we simplify, the more we focus R&D and focus commercial efforts and investments into the areas that really matter. We can do both things, we can actually accelerate the top line growth while improving margins. One of the historical issues with the company was the level of complexity trend to tackle a lot of things at the same time, and we were not effective that way.

Now we are reducing the scope. We are increasing critical mass. We are centralizing a lot of our capabilities and operations. By doing so, we can be more effective from a margin perspective. We can eliminate a lot of duplication that we have all of the P&L, starting with COGS, for example, the number of manufacturing sites and distribution centers that we have. It's still a large number, but it's coming down pretty substantially. When Don Casey got here about 3 years ago, the number of sites that we were actively working with were over 40. Now we are just under 30 or 29 day because we have added a couple of businesses lately, but we have reduced that footprint by about 20%, 25% from an SG&A perspective. We talk about the simplification of sales force, going from 11 to 4 to 6, that generates economic benefits from a margin perspective. The support functions. We were totally decentralized. Each business segment had their own infrastructure. Now we have fewer people doing more. And so those 2 things are -- they allow us to reduce costs, and at the same time, free up investment that we can deploy into the areas that matter.

And so that's why as you can -- as you have seen in the last several years, we went from mid-teens in the operating profit margin to over 20%, and we are confident we feel good about the trajectory to the 22% next year.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then the company has talked about potentially being able to accelerate top line growth over time. You've obviously gone through a lot of what you're working on. I guess, what do you need to do that to go after growth above 5%? And do you feel like your current category mix as it stands today would support growth at that level longer term? Or are there further changes that you have to make or pruning that you have to do to kind of position the overall business to hit either the high end of 4 to 5 or something better than that longer term?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Nathan, first thing I would say is, for now, we want to get into the 4% to 5% sustainable growth. That is primarily 1, 2 and 3. Obviously, in the back of our heads, we're thinking, okay, what could happen beyond that? I think from a conceptual standpoint, all the things that you mentioned will be important. There's never like 1 single thing. And so I think the mix of the portfolio is always a lever that you have, better return on investment in R&D is important. All the other levers that I talk about in terms of geographical expansion, that could give you more. But for now, we have a relatively clear road map for the 4 to 5. Next year, we will be updating -- next year is already '22. So it's going to be about time for us to update on the long-term targets. And at that point, we will probably have a better idea of what the potential is, what the next level is for us. And -- but we'll do that once we have more specifics around those numbers.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

I wanted to get to some of the specific product opportunities that you mentioned, but maybe a couple of questions on just the dental market first. I think that what surprised a lot of investors has just been the resiliency of the industry. It's something that you and many of your peers have been talking about really since the middle of last year. I guess as we look forward and beyond the pandemic, do you think anything has changed structurally with the industry either from the side of the consumer and then their just overall demand for dental services or maybe it's a dentist driving more procedures. Anything that could be more durable from a market standpoint coming out of this pandemic relative to where we were before?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. We believe there are some fundamental changes happening in the industry structurally. And to some extent, I think dentistry has been lagging and a number of years, the overall health care space, right? Dentistry was kind of a dormant industry for a while. And I think we're seeing pretty dramatic changes, both from a supply perspective and from a demand perspective. And so let me start with the supply side. I think the developments that we've seen from a technology perspective, including imaging technologies, software, clinical treatments, artificial intelligence.

Those type of advancements are creating our created offerings there are a lot more conducive for the dentists to do more things. They are changing price points. They are changing the pace of treatments. With outcomes seeing a lot faster. They are improving the accuracy of the procedures. So on the supply side, I think we've seen an acceleration of that. And I think software, primarily in digital technologies are actually really, really feeling a new wave of offerings that are really attractive for the customer and is changing price points.

And then on the demand side, I think the acceleration in aesthetics and aesthetics applications, I think there's a lot more demand or implants, for clear aligners, for those type of things that historically where somewhat of niche products is still significant, but they were probably within a limited space, mostly performed -- procedures performed by specialists. Now because of the supply side of the new technologies and software, general practitioner, GPs, are able to expand their practices and offer a lot of things that were not available to patients before.

So I think that combination is creating a sustainable new trajectory for dentistry that is going to be around for a long time. And then you put as a foundation the general trends that we have seen for a long time, which is aging of the population, improving income levels, penetration of dentistry in certain markets where is still really underpenetrated. And even in developing markets -- in developed markets, implants, for example, in the U.S. alone, there's hundreds of millions of missing teeth and people have not have the access to solutions for that at a large scale, and that is changing.

So we are very bullish on the overall industry and that's why we are excited about increasing investments because I think the demand is going to be there.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Great. And maybe if I could ask one on the revenue guidance for this year. I think you said that first half revenue is usually 47% of the full year. This year would be a little bit higher than that. I think historically looking back, you've actually seen a nice step-up from 1Q to 2Q in revenue. The guidance doesn't seem to imply if we're using that kind of 47%, 48%, 49% first half revenue versus second half guidance.

For the second quarter, it seems like you're not going to see that same type of sequential step up. And so I guess what I'm asking, you kind of talked in on the first quarter call about there, maybe being some replenishment benefit of -- in 1Q, maybe that could shift some sales. But could you maybe just talk us through how you're thinking about revenue cadence between the first quarter and the second quarter and then into the back half of the year as well?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Nathan, we talked about this. I think in Q1, Q2, I mean, we're in the middle of Q2. We're not going to talk about Q2, and we don't provide quarterly guidance, more at a higher level first half versus second half, you're correct. I mean, historically, you go back, lease -- I've gone back at least 5 years. And you see that type of a 47% first half, 53% second half cadence within certain margin, but very consistent. This year, first of all, we still have COVID around, right? And there's still a lot of conflicting data points in terms of volume, revenue per visit, the rate of recovery, setbacks with respect to COVID.

So this is not a good time to be -- to try to be too precise about quarterly trends because there's still a lot of noise in this system. We -- when we model fiscal '21, we thought that the ramp from Q4 to Q1 was going to be more gradual, kind of lower, slow than what it turned out to be. The endpoint, actually, we're still modeling kind of the same end point at the end of '21 but how we get there, the shape of that curve has changed from our perspective as we have modeled the numbers. And so what we experienced in Q1 was a faster recovery. And that drove a significant amount of volume, not because people talk about pent-up demand, and it's really hard to understand or to measure pent-up demand. But in a more simplistic way, what we saw was with the reopening of the economies with the greater level of optimism driven by higher rates of vaccination, people started to plan, volumes started to go up and people, in general, across the supply chain, manufacturers, distributors, providers, started to gear up for higher volumes going forward or getting back to that kind of normal level faster.

And that drove a significant amount of demand in the first quarter. And the term that we would like to use is we experienced a replenishment across the entire supply chain, which is not to confuse with higher inventory levels in the biller network. A lot of people jump into that is not about higher levels of inventory in the dealers, is all the participants across the value chain, we're adding production because demand was a lot higher. And so that step-up explains why we think Q1 -- first half to second half ramp is going to be a little bit less than what we thought initially when we model '21.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

That's helpful. Maybe shifting to your strategy and clear aligners. Could you just talk at a high level just kind of about the strategy of SureSmile kind of which has been targeted at the GP so far. Earlier this year, you bought BYTE, which is a direct-to-consumer aligner business. Why is this the right approach for Dentsply? And kind of how are you thinking about the growth of these 2 channels that you're in within the overall aligner space?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Obviously, it's a category. Aligners is a category that is growing extremely fast, 20%, 25% plus and with still a low level of penetration. So there's a lot of space where to go and tap markets. And we want to be in spaces where we think we are strong and we have good access to. We have the right capabilities. And we have come up with this strategy that has 2 or 3 prongs, and we are executing on that. And at the core of that strategy is the focus on GPs and consumers that is important to us. I think that is material to us. It doesn't mean that other spaces are not important. But we think we have now critical mass and the right capabilities to take advantage of those markets.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And I think we talked about this before with the in-office strategy, the direct-to-consumer, we can cover a lot of ground and actually cross-pollinate those 2 spaces. I think have been growing our brands, directing traffic from the direct-to-consumer market into the in-office market, we talked about that before. That is very important. We have added capabilities like Propel that is a pretty distinct product that is going to help us. It is helping us today with BYTE. So every time we ship a BYTE product, Propel is part of that.

Now we have the opportunity to deploy that technology into the in-office SureSmile business. And so that is going to be really important for us in the future. And then now we're taking deployment of capabilities that was mostly in the U.S. Now we want to go outside the U.S., and we are launching SureSmile and BYTE in Europe and in other geographies.

And then as part of this strategy, we want to take advantage of a large install of digital scanners in the marketplace, either scanners that were manufactured by us or by somebody else. And so grabbing that market share early on is very important. The partnership with 3Shape is a lot about that. And it's a great partnership because it's a win-win, clear win-win for both companies. For us, it gives us access to, again, this large installed base and number of dentists that is not natural for them to choose SureSmile. Now with the seamless integration of the softwares of 3Shape and Dentsply Sirona for those dentists that use their scanners, SureSmile is going to be their aligner of choice.

And then for them, it gives their customers, the customers that buy their scanners, access to a great product, a great aligner product that is second to none in terms of clinical efficacy and just the overall power of the software and the quality of the outcomes with that business. So it's a great space. There's a lot of opportunities for a number of players. We have great assets. We're integrating them well. We are partnering with others. And so as a result of that, I mean, we're going from almost 0 revenue in aligners 2.5 years ago, 3 years ago, to $300 million, at least $300 million annual run rate by the end of this year. So that's a pretty significant ramp, and we are excited about what could happen after that.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

And I think 1 of the other interesting things is that, at least based on your comments on BYTE, the company was also profitable. I don't think you've commented on SureSmile. But as you grow to that $300 million of aligner revenue, can you do that profitably? And do you feel like you've kind of built-in the sales and marketing dollars and the capacity investments that you might need to make as you kind of ramp up and scale that business?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Good question. And the answer is yes. We -- that's what we have factored in the guidance. That's what we have factored in our long-term guidance for operating profit margin. Let me talk about BYTE first. One of the things that we like about BYTE from the beginning. And we started talking to the BYTE people more than a year ago, like early in 2020. And then because of COVID, things got delayed. But we have followed that company for a while. And it was really interesting from the beginning, the mentality of the founders and the owners in terms of for them, not every -- not all type of profit was good. They were interested in profitable growth from the beginning. And that company became profitable very early on relative to other start-up companies, it's pretty amazing how they got to breakeven and to profitable levels early in the stage of development.

And that mentality has continued, and it will, for sure, continue under our ownership. And we said when we did the acquisition, that BYTE was going to be accretive to us from a top line perspective, from a gross margin perspective and from a bottom line perspective. It's not accretive to us in the short-term from an operating profit margin perspective. But bottom line, for sure, is accretive. And in our guidance for this year, or margin profile for next year, we're capturing lots of investments. We are -- as we deploy, for example, BYTE outside the U.S., there will be some marketing spend that has to be added as we grow in the U.S., the key ingredient for BYTE from a cost perspective is digital marketing cost. And we are contemplating substantial increases there from a manufacturing capacity both businesses are growing really fast, and we have invested a lot of money in manufacturing for clear aligners, BYTE has sourced aligners from third parties, and we're going to bring that manufacturing in house. We are in the process of doing that, that investment is included in our projections.

And we believe we should be able to sustain a very interesting margin profile for both SureSmile and BYTE. It is a competitive market cost for, for example, for digital marketing, fluctuates, goes up and down, but there are choices and levers and channels. And part of the great thing about BYTE is, we are very pleased, and we -- this was a -- was heavy emphasis during due diligence, understanding their knowledge of digital marketing space. We don't have that knowhow

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

here. We are actually learning a lot from their capabilities. They are very good at that. We're beginning to apply that to our e-commerce platform as we keep investing in e-commerce for the rest of the company, digital marketing capabilities, managing customer acquisition cost is something that is complicated. They have the know-how. Now we have it as a company.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Great. And then the last one on this topic is, what does the integration of this -- the D2C channel and the doctor-directed channel look like? You kind of talked about the BYTE pro model, kind of how do you see that evolving as you kind of integrate both of the businesses?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. It's -- think about it as a playbook in terms of the -- our commercial organizations, making sure that we have complete visibility over this large pool of potential patients and then having clear protocols and actions and hands-off in terms of -- if I have a customer here approaching BYTE and BYTE is not the right solution for that patient. Making sure that we have the right mechanism to in a compliant way, direct that patient to the right place.

And so that involves, for example, having a pretty clear curated network of dentists in multiple areas around the country that will be available for that patient to go and choose from that pool of dentists and have -- and for that dentist to actually be able to attract that patient. And then do whatever that patient requires, both in terms of aligner solutions and hopefully -- or in many cases, potentially other potential procedures that, that patient may need to need. So it's a combination of commercial strategy, data, ability to create visibility for this network and that has all been worked out under the umbrella BytePro, which will be launched in the next several months, but we want to make -- we want to get it right and make sure that is high -- the output and the efficiency is really high with that program. And we're talking to a lot of doctors right now in that space and there is a lot of appetite for that model to be launched.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Great. I wanted to move over to the -- to Primescan and the CAD/CAM business. I guess a couple of questions to start. Do you feel like there's pent-up demand for practices to invest in digital equipment generally? It seems like the equipment business lagged last year, you're also cycling the Primescan launch, so the comparisons made is difficult to really tease out. But do you feel like practices are kind of back on their front foot, want to invest in digital equipment. You also talked about, they see this as a tool to kind of increase the scope of procedures that they can do.

And then on Primescan specifically, kind of where are we with the kind of maybe launch or upgrade cycle obviously got interrupted by COVID, but just kind of where do things stand now? And what's the incremental opportunity from here?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. So Nathan, let me tackle that in 2 parts. One, just kind of industry trends and market demand, in general for digital technologies. Going back to one of your prior questions and my description of general trends. Forget about COVID, in respect of COVID, I think there is the uptake for digital technology, digital scanners, powerful software connecting end-to-end procedures is gaining traction, right? And yes, it was disrupted by COVID. But one interesting thing that happened during COVID was at the front end of the crisis, a lot of people were arguing in this type of situations, equipment demand drops dramatically, and it takes a while to come back. We actually didn't see that. And yes, equipment went down with everything else, but it went down together and is rebounding together with everything else, which confirms the point of there is a macro trend for higher demand for those technologies that is really -- is different.

And the installed base of digital technology is still relatively low. And digital scanners, intraoral scanners, there's still a lot of room for penetration. So that's number one. Specifically for us, we have seen a good rebound of our sales in CAD/CAM in general and is happening pretty much across all of the categories within equipment. I think we're seeing great recovery and imaging across the board, CAD/CAM. And we feel frankly, in some places, we are probably gaining share. At a minimum, we are tracking with a fast market growth rate. And dentists, I don't think they have changed their approach to invest in. They are -- they continue to invest based on the numbers that we are seeing.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The launch of Axeos for us, for example, in a difficult market environment, that business -- that product is doing really well. It's a great advanced product and is going well. So across that entire ecosystem, we've seen good recovery, good progress. And so both short-term rebound is good. And then long-term trend, this is part of a good trend, and we're excited about that business. And I think the potential is there for us and for all.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Makes sense. And I guess, how do you feel like the open platform has been received by customers? I know that, that was always one of the things that we felt like was maybe holding Omnicam in the previous versions back. I mean, do you feel like with Primescan now, that's kind of allowed you to appeal to a wider base of practices just because like the utility of the product, I think, is greater than maybe what past versions of it was?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. I mean, philosophically, we subscribe to the principle of open architecture for digital equipment. We believe that the interoperability of this product is extremely beneficial for the customer. And so we are very committed to that type of approach from an IT architectural perspective. The partnership with 3Shape is a confirmation of that approach. 3Shape believes in the same approach. And now we're going to create a lot of opportunities for a number of customers, dentists that could choose this equipment and that aligner. And that's -- if that's good for them, that is good for us, we still believe we can compete effectively with our DI and imaging equipment in general, even in an open architecture environment.

And so that's now we are even more convinced than that. I think a lot of the feedback that we get from dentists in that regard is positive. And frankly, we kind of took that approach because that's what we peer customers want. And so at this point, we are very much committed to that approach.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Okay. Just a couple of questions in the time we have left. I did want to hit on implants. It's an area where, Jorge, as you said earlier, you kind of struggled to grow with the market. I guess, what's the strategy to improve that business? And how do you feel like you're going to position the portfolio? Is it more of a premium strategy? Do you want to have offerings in both the premium and more value segment? Could you just maybe talk about what changes you're making there to improve the growth for that business?

**Jorge M. Gomez**
*Executive VP & CFO*

Yes. Thank you for that question, Nathan. We have underperformed the influence market, which is actually extremely disappointing because from a product offering perspective, we have great assets. We have, to your point, we have premium implant. We have value inputs, which is a category that is growing really fast. But premium implants is still a pretty big business, and it grows. We have a great software capability with ATLANTIS, which is used by labs to for us to manufacture custom abutment. Now we have added data in the bone regeneration space, which is critical for faster healing and better outcomes in implants.

So our issue and our focus right now is about the improvement, the commercial execution of kind of an end-to-end workflow for implants. Bringing together all of those capabilities into one cohesive offering with the right commercial approach from an incentives perspective, from a go-to-market perspective, and making it really easy for the customer to take whatever they need for their procedures.

Your question about premium versus value. I think both markets are very relevant. We have a great asset with MIS on the value space. There's a lot of growth there, both in the specialist area as well as for very small -- for very simple cases in the GP area. And with great software and clinical education, that is a pretty important market that we are tapping. So this is -- this issue for us is not about having the right portfolio. We have the right portfolio. We have the right assets. It's about integrating it well and executing well from a commercial standpoint, and we are really excited about some of the changes. We have an internal project, which is not a secret name, but we call it Phoenix. And there's a lot of resources and people working on these projects right now. And in the last few quarters, we've seen important progress in some of these areas.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And our ambition is to be able to approach over time, the growth of the implant market, and that's an important lever for us to achieve our 4% to 5% top line target.

**Nathan Allen Rich**
*Goldman Sachs Group, Inc., Research Division*

Great. I think we're at time, so let's stop there. Jorge and Andrea, thanks so much for your time. I really appreciate the detailed discussion, and everyone, have a great time at the rest of the conference. Take care.

**Jorge M. Gomez**
*Executive VP & CFO*
Thank you, Nate. Bye.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# EXHIBIT 8

C Corrected Transcript

15-Sep-2021

# Dentsply Sirona, Inc. (XRAY)

**Baird Global Healthcare Conference**



1-877-FACTSET    www.callstreet.com

Total Pages: 11

Copyright © 2001-2021 FactSet CallStreet, LLC

# Dentsply Sirona, Inc. *(XRAY)*
Baird Global Healthcare Conference

**C** Corrected Transcript
15-Sep-2021

# CORPORATE PARTICIPANTS

**Jorge M. Gomez**
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**Andrea Daley**
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

# OTHER PARTICIPANTS

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*

# MANAGEMENT DISCUSSION SECTION

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*

All right. It looks like we're all here and Jorge and Andrea, I see you're well-centered there, so you're good. So why don't we get started? So, good afternoon, everyone. My name is Jeff Johnson. I'm the senior medical technology analyst at Baird and our next presentation this afternoon is from Dentsply Sirona, a leading manufacturer of dental consumables and equipment products across the globe.

With us today from XRAY or from Dentsply Sirona, we're happy to have CFO, Jorge Gomez; and VP of Investor Relations, Andrea Daley. Jorge, I'll turn it over to you. I think you have a couple slides to go through and then we'll go straight into Q&A. So, thanks for being here.

**Jorge M. Gomez**
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

Sounds good, Jeff, and on behalf of Andrea and myself, thank you for joining today. We're very happy to be able to share some thoughts and answer questions.

So, let me go briefly through a couple of pages and starting with a description of the company. A lot of you are familiar with us, but just let me remind you about the company and the industry. Clearly, the dental industry continues to be a resilient industry, has been tested heavily through this COVID transition and has actually recovered well and is doing well right now. So, it's great for all of us to know that we are part of a growing industry.

There are a lot of macroeconomic trends that are really constructive for this industry, including the aging of the population. As you know, there's growing demand for aesthetics. Aesthetics-related products is creating a pretty significant tailwind for all of us and there is also interesting growth coming from many parts of the world. Dentistry continues to be an underpenetrated space in healthcare and we remain pretty bullish about the upside from an industry and market perspective.

# Dentsply Sirona, Inc. *(XRAY)*
Baird Global Healthcare Conference

 Corrected Transcript

15-Sep-2021

Clearly COVID continues to be a wild card right now. While volumes are back to probably normal levels as measured by what we saw in 2019, there is still some uncertainty that we all have to deal with. But as of now, we feel comfortable with how the industry is trending.

Our business, we continue to be the broadest manufacturer – largest manufacturer of professional grade, high-quality dental products and technologies. We have a comprehensive end-to-end suite of solutions that we are trying to actually integrate even more and the concept of integrated workflows, end-to-end procedures is something that from a technology perspective and from a go-to-market perspective is that we are emphasizing a lot internally and with our customers.

As you know, we report in two segments, Technology & Equipment (sic) [Technologies & Equipment] (02:57) as well as Consumables. And both segments represent significant amount of cash flows for the company. So, we are well-balanced between T&E and Consumables.

Let me make sure that – going to stop here for a second and go into the presentation. And so going into the presentation, starting with – let's see. Can you help me with – let me start with the strategy of the company and the things that we are doing today. And on this strategy statement, I think that we capture really well what we're trying to do as a business and let me start by saying that integrated workflows built on diagnostic excellence is the key foundation for our strategy today.

As you know, we have a great heritage and tradition of being a great manufacturer of high-tech equipment for diagnostics. And now, the integration of that footprint of great equipment integrated with treatment plans, with the right delivery mechanisms and products to generate great outcomes for our patients and dentists is what we're trying to do.

And when you kind of peel back the onion and you look at what we have within our business, if you start with diagnostics, we have great imaging brands: Schick, Orthophos, Axeos, Galileos. We have the best digital scanners in the marketplace: Primescan, Omnicam. We have great CEREC capabilities for basically one-visit dentistry.

And then, we have something we haven't talked about a lot in the last several years is our software capabilities. We have a pretty large table of treatment plans and software capabilities. On this page, on the right-hand side, you see a lot of the brands that we have, Sidexis, CEREC, Simplant, Atlantis, M-Guide, SureSmile. Those are all powerful software capabilities that are enabling a lot of dental professionals to really expand their practices and by doing so, we're able to actually increase our market presence up, share of wallet and just our overall growth.

So, this digital footprint with the right equipment and software is really going to be the foundation for us as we think about the next five years of the company. We are investing heavily in digital technologies. We have – as we see here on this page, we have over 500 software engineers within the company that are developing really powerful tools that our dentists are beginning to be more mindful about. We need to do a better job of simplifying how we go to our customers and how we explain, how we segment the market so that we go with each of those solutions to the right place. So, that is very important.

And if we do this well, as I said before, we're well balanced between Technology and Consumables. So, we believe that the – our ability to increase the share of wallet with our customers by having this end-to-end approach is going to generate value over the years for us.

If we go to our specific priorities, you have seen this page a few times before, but we want to be boring about this. These are our goals, our targets and we are delivering on those. We want to grow revenues into 4% to 5% range, long term. We – our margin expansion has been documented already. We went from being mid-teens from an operating profit margin perspective in 2018, and we are already over 20%. We plan to exit this year by – with an operating profit margin of about 21%, and we continue to commit to a 22% operating profit target by the end of 2022.

All of this has been enabled by a great simplification of the organization cost savings. We achieved already just under $200 million. We expect to be over that $200 million mark when we go into the first quarter of next year. And this should result in a double-digit EPS growth, complemented by great cash flow. We have – we've been really efficient with our cash flow generation.

If you look at the EBITDA trends for us, if you look at Q2, for example, our EBITDA was over $250 million, which put us on a more than $1 billion annual run rate for EBITDA. So P&L, balance sheet, cash flows are all working on tandem. That cash flow generation obviously is something that we're proud of and that we are trying to be really mindful of how we use those funds. And so, we have a capital deployment strategy that is well balanced. Our primary focus is obviously investment in the business for organic growth and we are increasing the amounts that we spend in R&D, capital expenditures, and just simplification and modernization of the infrastructure of the company to improve the customer experience.

Beyond that, we are also making sure that we deploy capital in a disciplined way to M&A. And we have invested just over $1.2 billion in the last 12 months to M&A into assets that are exactly in the sweet spot of our strategic priorities, aligners and implants. So if we do more M&A in the future, you should expect to see investments in those areas or other strategic areas like digital equipment and things like that. There aren't that many targets out there, so I don't think we'll be very active in that regard, but we are open to those possibilities.

And we will return cash to shareholders to the extent that we have excess cash. We're now going to sit on cash. We have increased our dividend by 10% last quarter and we have – we will tap our share repurchase program as needed or as opportunistic as it can be. Our board of directors increased our share repurchase authorization last quarter from just under $300 million to $1 billion. So, we have the capacity to do that from a governance perspective and we have the balance sheet to be able to do that.

So let me stop there, Jeff, and that's kind of a quick overview we wanted to provide. And then, we can jump into whatever questions you want us to address.

# QUESTION AND ANSWER SECTION

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah. No, that's perfect. I think we've got about 20 minutes left. So, let me – I've got a couple short-term questions that I apologize in advance for, but it's kind of what I have to do because I've got investors who are asking me to ask the short-term stuff. Then, we'll ask some more interesting longer-term strategy questions and that. But I want to go back actually to one of the last things you said there, Jorge, on not a whole lot of targets out there, increasing the dividend, increasing the commitment to share buybacks or taking up at least the allocation or the share buyback authorization. I find that a little interesting. Is that a little bit of a change in positioning there? From an M&A standpoint, you're going to rely more on organic? We thought in the past, there's maybe value dental implants in specific geographies, maybe a little more you could do on orthodontics technologically, but it sounds to me like maybe you're looking a little more internally focused here in the near term than maybe I thought you were.

**Jorge M. Gomez**
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*



A

Yeah. I would not say that our approach is changing. I think we have a number of organic opportunities that we haven't maximized. So we feel good about our exposure to growing areas in dentistry, including CAD/CAM, digital dentistry, implants, clear aligners. Those are very important categories that are growing really fast. And in consumables, things like resto.

What – the opportunity for us is mostly related to how we actually maximize the assets that we have already in those franchises. So, let's start for example with aligners. Aligners three years ago, we didn't have any revenues from aligners as a company. If you fast forward to this, say, Q4, we have indicated our commitment is to be at the $300 million annual run rate. So, that's a pretty significant improvement. And we still have a lot of opportunity, because as you know, that space is growing 20%-plus. There are regions of the world where we don't have any exposure. And so, right now, we're in the process of investing in places in Europe and some places in Asia-Pacific to expand our clear aligners business.

The same concept applies to some of the other businesses. For example, implants is a big business in China. For us, it's still a small piece of our portfolio, although implants as a whole for us is a big business, but in China, our presence is pretty limited. So, there are some geographical opportunities for expansion that we still – that we can still maximize. And in the case of digital dentistry, our pipeline is good. We have great products already in the marketplace. We will do more. So we want to fund that organic pipeline, and if we do that well, I think that gives us a great foundation to grow at a healthy pace.

Now, if along the way, we find accretive opportunities to do inorganic investments, we will do that, but we want to have a balanced portfolio between – of investments between organic, inorganic and cash return to shareholders. But the pecking order is that is investing in the business first organically and inorganically and then returning cash to shareholders.

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*

Q

# Dentsply Sirona, Inc. *(XRAY)*
Baird Global Healthcare Conference

Okay. That's helpful. And then, just to focus on the short term here for a second, so we've talked to a lot of different companies over the last two days of our conference. Those that function in hospital settings, they're definitely seeing impacts from COVID and Delta variant. Aesthetic companies and it sounds like clear aligners and that, still powering through nicely. But as I think about not just your clear aligner business but your overall business, have you seen over the last month or two any kind of incremental headwinds from COVID or kind of like dentistry last year recovered so much faster than we thought it was going to? Has it been able to just kind of power through given these visits take place in kind of standalone dental offices that don't seem as impacted?

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**A**

No. We have not seen any material impact, any significant changes in trends relative to the last two quarters, which I think are more representative. And you hear some noise in certain pockets. There's some places in Asia-Pac, for example, where you hear a lot of noise, but those are really small markets. So, for the most part, I think, we are not seeing any significant changes with respect to trends. I think the market is operating back to 2019 levels.

Speaking of short term, I want to remind everybody, the third quarter, there's some seasonality in the third quarter. If you go back and look at – third quarter is always lower than the second quarter. And I don't think this year is going to be different than what it has been in the past. But relative to Delta, we have not seen any significant impact yet. But it's fluid...

[indiscernible] (15:30)

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

**Q**

Yes. Yes. No, it makes sense. One other question on that is you guys are in a little bit of a tough spot from the standpoint of we all are judging people right now by two-year growth rates. And obviously, in 2019, you guys had a fantastic second half of that year with some of the – especially on the US growth and what have you. So, for getting – well, I would assume is it fair to think that your two-year growth rates could still come down a little bit because of those tough comps in the second half of 2019, but at the end markets, it sounds like you're saying are still pretty stable from where they've been, it just might be a comp-related issue? Is that a fair kind of assessment?

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**A**

I think so. And I mean our guidance for the rest of the year is very clear from an EPS perspective, I mean operating profit margin perspective. So, you can do the math in a real optically transparent way. But your macro point about how we feel about the end market is we agree. We feel good about how the markets are performing.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

**Q**

Okay. And then, when I...

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**A**

[indiscernible] (16:33).

---

Copyright © 2001-2021 FactSet CallStreet, LLC

# Dentsply Sirona, Inc. *(XRAY)*
Baird Global Healthcare Conference

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

**Q**

Yeah. And when I do look at your margin guidance for the rest of the year, to your point, the 21%, I think you were up closer to 22% in the first half. It kind of implies closer to 20% in the second half. How much of that is conservatism versus how much is T&E and other kind of travel? And I know we've got DS World coming up here in a couple – or next week, things like that. So, what are the drivers of that second half margin coming down maybe a point or two below where the first half margin was?

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**A**

Yeah. I think I would not call it conservative. I think we are trying to be very transparent and a few times where we – numbers have come in probably much better than what people were expecting. We have been very clear as to what the reasons for that. And so, if you take Q1, when the operating profit margin was very high, we talk about two specific things. One, from a revenue or end market perspective, the market came back really strong in the first quarter. The mix was really good. The replenishment of the consumables kind of pipeline between distributors and dentists, it came back really fast. Mix was really good. That really drove a very healthy gross margin level.

We also said that from a spend rate perspective, two things happen. One, some normal expenses relative to commercial operations and other parts of the company, they were still very constrained because of the uncertainty that we were having in Q4 and when we did the budget. So, we really constrained that, remained at very low levels in Q1. And then, there were a couple of important infrastructure projects that got delayed and pushed back to second, third quarter, fourth quarter. So, we – I remember we mentioned, I think, about an impact of about $0.05 of expenses moving from the first quarter to the back half of the year.

So, the combination of all of those things created a pretty strong operating profit margin in the second half. We still believe in the trend and we like the trend of our operating profit margin, but we need to be mindful of the timing of those things. We expect to exit the year at 21% or better and trending into the 22% for next year.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

**Q**

Yeah. Okay. That's helpful. And then, with DS World coming up next week, how is response to that? We've seen some of the promotions now that you put out there on the trade-ins for both Primescan and Primemill that the dealers are running. Those look very similar to what we saw maybe 6 or 12 months ago when Primescan was out there on that. So, is there anything new from a promotional standpoint or that $15,000 each on the trade-in for Primescan and Primemill, are those relatively consistent with past promotions? How to think about that? And again, what's the tenant shaping up to be like for DS World?

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**A**

Yeah. No, we're very excited about the possibility of meeting in person, meeting with tons of our customers, distributors, clients. The people really want to attend the event. We are surprised actually with the number of people that have signed up, that already paid to attend the event. So, the number is not as high as it was in 2019, but we're talking about over 4,000 people that have already signed up for the show. So, I think what is important about that number is I think it gives you a good proxy for the confidence level of dentists and their ability to practice and to have their offices open. So, that is really encouraging, not only for us, but for the overall industry. So that's point number one for us.

## Dentsply Sirona, Inc. *(XRAY)*
Baird Global Healthcare Conference

As point number two, we have a few key objectives with this show. One of them is continuing momentum with our digital dentistry and the promotions that you talk about. Primescan continues to do well. Selling cameras alone is doing really well. CEREC is also doing well. So, the momentum in that business has continued and I remember when COVID began how concerned we were all about – well, equipment in general and these type of situations tends to go down faster and it stays low for a long time. I don't think we saw that. And so, I think our digital business – digital dentistry business continues to be strong and we have more things coming down the pike.

The second point that we want to emphasize is the revamping of our implants business. Implants, we have been very transparent about this. We have been really disappointed about our performance in the implants business. We have not been growing at the market rates which have been really healthy and there's a number of steps that we're taking across the enterprise to revamp our implants business not only by launching new products, which we will. And we have a great product coming up to market that is already being used by over 150 dentists, KOLs and others and the feedback that we're getting in terms of the technical quality of that product is fantastic.

From a commercial standpoint, we are investing more. We're integrating better our clinical education, our customer segmentation. We're trying to – as you know, we're targeting GPs big time in that space and there's a number of tools that we are creating and we believe these changes are going to help us move in the direction of the market. I'm not saying we'll get to market rates – market growth rates next month, but we are going to change the trend in our implants business.

Software, I mentioned at the beginning during my opening remarks, software, we have great software capabilities within implants and we haven't maximized the potential for that. So that is going to be the focus for us in Las Vegas next week.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Okay. No, that's helpful. I want to make sure we carve out a little time here for SureSmile and for Byte. Obviously, some really strong growth we've seen on those combined product lines. Any surprises you've seen in the nine months or so now that you've owned Byte? Are the cost synergies of owning those two assets developing the way you thought? Anything surprising you on the customer acquisition cost side for Byte, response from your GP dentists, things like that? Just any updates there would be helpful.

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Yeah. No, I would say the acquisition is tracking with the business case. We have, from a cost synergies perspective, if you remember, the synergies we're talking about are more back office-related, manufacturing-related. So, we're consolidating the production and manufacturing of the aligners and that is very much on track.

Other than that, the synergies are not that big because it's a different channel and it's a business that is well run. They have great capabilities from a digital marketing perspective. So, to your point about CAC, CAC is – it moves all the time and it changes every day. We track it very closely. Even Don and I are looking at data reports on CAC these days and it moves quite a bit but one thing that we always liked about Byte was their digital marketing capabilities and how able they are to navigate supply and demand dynamics related to access to social media and other channels for digital marketing.

So, they do a good job of redeploying resources in the most effective way possible and the outcome of that is demonstrated by the fact that year-to-date, when we look at, on average, our CAC is trending within a pretty narrow band around our business case assumptions. So, there are months or days when the number is really

---

Copyright © 2001-2021 FactSet CallStreet, LLC

# Dentsply Sirona, Inc. *(XRAY)*
Baird Global Healthcare Conference

**C** Corrected Transcript
15-Sep-2021

outside of that band but then they don't spend too much money there. They go spend money somewhere else. So, they are managing that and as a result, I think our revenue and profitability is again within the framework of the business case.

The response from dentists, it has been as we were expecting. It has been very minor. For sure there are a few dentists potentially or probably more like orthos that – complaining a little bit about direct-to-consumer channels in general not just about that but in general about that channel. But that has not been a major headwind for us and on the flip side, actually one of the synergies for the future is how we integrate Byte and insurance modeling in terms of our [ph] BytePro (25:54) capabilities, in terms of directing traffic of complicated cases that cannot be handled by Byte...

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah.

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

...and trying to move those into SureSmile. So that is work in progress.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Okay, that's helpful. And then the Aspen deal, what's early feedback, anything there? And this tray one on day one seems like an interesting proposition from them. Is that technology that you sell? Is that stuff that they're using to make that first SureSmile tray in the office there? Is that coming from you or just how to think about that offering?

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Well, with respect to that specific program, Jeff, I would recommend that you ask Aspen directly. But as we have indicated in the past, we are the source of the clear aligners that they are using so it is our technology. The commercial go-to-market program you're talking about, they are probably in a better position to give you more details.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Okay. And then we did see you recently trademark a name, [ph] MyTime, (26:59) and it had a description of clear aligners. Any clarification there on what that is? Is there going to be a new kind of heading of your clear aligner business, anything there?

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Nothing at this time. I mean we trademark names regularly and we have a pretty active pipeline and clear aligners is a key priority for us. So, we're working on a number of ideas to expand that offering and to – trying to fuel growth. And so there's a number of things in the works but nothing – at the right time, we will spell out what's going on with some of those offerings.

# Dentsply Sirona, Inc. *(XRAY)*
Baird Global Healthcare Conference

 Corrected Transcript
15-Sep-2021

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Okay. Fair enough. We're down to just one minute so I guess I'll skip over a couple things here. You talked about digitization and your kind of commitment there in some other parts of the business but you feel good. It sounds like getting to that kind of sustainable 4% to 5% organic growth. I don't want to put words in your mouth but you feel good on getting to that level here in the next year or two, I would assume.

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Yes. We think we have the levers. I think the market is healthy in many areas where we have exposure. We are making investments in areas where we are underindexed and so we think we have a very good shot at being able to deliver that type of growth rate sustainably, which is something that the company has not done in many, many years.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah. And last one I have, just on DSOs, how have the relationships been there? Is there an opportunity to increase your positioning within some of those DSOs going forward? We hear more and more about DSOs outside the US as well. Is that a good opportunity as well?

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

It is and we have good relationships with a few of them. All our manufacturers have also their own relationships. I think DSOs, in general, for us are a positive part of the industry to your point and some other markets are probably – they are growing as well. But nothing has really changed in a dramatic way in the last 6, 12 months. We continue to be good partners with a number of them and work well. They give us an opportunity to do a lot of things with one customer and that's sufficient for all of us. So, no, nothing really negative happening on that front.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Yeah. No, good. Well, I think our time is up so thank you both. Very helpful overview here. I'll see you hopefully next weekend in Vegas. I look forward to that.

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

Very good. Look forward to see you there.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Yeah. Great. As a reminder, the next presentation set to begin at 3:10 Eastern Time include Harpoon Therapeutics, Leap Therapeutics, T-Cure Biosciences and Hanger. Thanks, guys.

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

Thank you, guys.

# Dentsply Sirona, Inc. *(XRAY)*
## Baird Global Healthcare Conference

**Corrected Transcript**

15-Sep-2021

## Andrea Daley
*Vice President-Investor Relations, Dentsply Sirona, Inc.*

Thank you.

## Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Take care. Bye.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.



# EXHIBIT 9

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

XRAY.OQ - DENTSPLY SIRONA Inc at JPMorgan Healthcare Conference (Virtual)

EVENT DATE/TIME: JANUARY 12, 2022 / 4:15PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



## CORPORATE PARTICIPANTS

**Donald M. Casey** *DENTSPLY SIRONA Inc. - CEO & Director*

**Jorge M. Gomez** *DENTSPLY SIRONA Inc. - Executive VP & CFO*

## CONFERENCE CALL PARTICIPANTS

**Tycho W. Peterson** *JPMorgan Chase & Co, Research Division - Senior Analyst*

## PRESENTATION

**Tycho W. Peterson** *- JPMorgan Chase & Co, Research Division - Senior Analyst*

Good morning, everybody. I'm Tycho Peterson from the Life Science team. It's my pleasure to introduce our next company this morning, DENTSPLY SIRONA. Just a reminder, you can submit questions through the website. And with that, let me turn it over to Don.

---

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Thanks so much, Tycho, and thanks, everyone, for the time. As it's a self-guided presentation, I'll refer to pages as I kind of go through it. But again, welcome to DENTSPLY SIRONA. I'd just start off asking everyone to glance at our forward-looking statement, associated risks as we go forward, that give you a second to read through that.

Today, what we'd like to discuss is our industry and company fundamentals. I'll talk a little bit about dentistry and why we believe XRAY is really well positioned, our progress we've made to date in a number of strategic areas and talk about some of the rework that we've done to build the company and then talk about what we're doing going forward.

If you are not familiar with dental, why don't we start with some of the fundamentals, and that would be on Page 5 of our presentation. Oral health has been really important and has been recognized as more important than overall health, and there's a lot of reasons to believe that it will be a tailwind as we recognize study after study that continues to show that when you have got good oral health, it's a precursor to good overall health.

The pandemic has really demonstrated that the industry is resilient. If you go back to where we were in Q2 of 2020, where the industry was effectively shut down, we believe the industry has come back. Is it exactly where it was in 2019? Depending on where you are around the world, but it's -- by and large, it's come back. And in many ways, there's been some learning from the pandemic that we believe will be positive tailwinds for DENTSPLY SIRONA going forward.

Among those is when there was patient traffic, kind of a little bit lower than what they were used to, many dentists began to explore what could digital dentistry do to help them approach more complex cases, particularly in the aesthetic areas of clear aligners and implants. And as there were staff shortages as part of 2020 and even into 2021, the advantages of digital dentistry and the efficiency that it could create became very apparent.

And the industry, by and large, has some very good fundamentals, demographics as people age, and that's going on all over the world. There tends to be a need for more dental care. We're seeing the rapid globalization of technology, and that's one of the things we're very proud of the DENTSPLY SIRONA. We have a strong R&D pipeline that we can globalize very, very quickly.

And then demand for aesthetics, and we believe we're well positioned in some of those categories, like implants and clear aligners. And then we believe we have an opportunity to transform how digital dentistry is driven throughout the world.

Moving to our Page 5 -- excuse me, Page 6 on this presentation, I just want to level set people on what DENTSPLY SIRONA looks like. We report in 2 segments, the Technology & Equipment segment, which includes things like our best-in-class CAD/CAM. I happen to have a Primescan right next to me in case people didn't know what that was.

2

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



JANUARY 12, 2022 / 4:15PM, XRAY.OQ - DENTSPLY SIRONA Inc at JPMorgan Healthcare Conference (Virtual)

Our high-end imaging franchise in the 2D, 3D and CBCT areas has done very well. We've got critical mass in clear aligners. I'd point out in the second half of 2018 is when we really got in that business. And you can see it's now showing up as one of our larger franchises, and it certainly exposes us to a high-margin, high-growth area.

And then implants is reported out as part of Technology & Equipment, and we're very happy with what -- the work we've been doing on our Implant business to overhaul that. We recently introduced what we believe is the first digital implant company.

And by that, I mean integrated workflows from both an X-ray and intraoral scanning side, coupled with PrimeTaper, which we believe is an outstanding immediate load screw as well as really supporting technologies like Datum, which is a company we purchased, to give us a bone growth factor, and things like Atlantis, which is a custom abutment company. And we also have a strong value brand with MIS.

Consumables, which tend to be more of the foundation of most dental offices, about 40% of our portfolio, they tend to be a more steady grower, less capital intensive. We believe it's essential for us to do well in consumables as that really forms the basis of virtually every workflow. And you will hear us talk a lot about workflows, but every single workflow finishes with a consumable.

And 2 highlights here: Restorative, which is basically anything that goes with drilling and filling or putting things like a crown on; and Endodontics, which is a large profitable franchise, where we've seen significant innovation.

If you move to Page 7, you can see how we break out regionally. We define Rest of World as basically Asia-Pacific and Latin America, the U.S. and Europe, roughly about the same size. But one of the advantages of the global footprint we put together is that we can pick up innovation and move it globally through a well-established commercial network throughout the world.

Just some highlights as we go forward. The U.S. has done a really good job in terms of coming out with the OneDS promotion. That's a promotion where we ask customers to look at adding consumables to their technology and equipment purchases, and it gives them an advantage from a cost perspective. Things like clinical accelerators, where we're actually working hard to train people in how digital dentistry could impact their practice. And things like DS Activate, which is a program where we actually sell equipment and sell training kind of at the same time.

Europe, we are making excellent progress on many fronts, including we've just launched our Endo, our implant restages now into Europe, and we're very happy in 2021 with the progress we were making on SureSmile. And then the Rest of World, think about those as some very, very significant markets, whether it's China, Brazil, places like Japan and Australia, are important to DENTSPLY SIRONA.

If you look at Page 8, that's our pipeline that we've launched in the last 18 months. It's been a very productive 18 months from a software perspective. Our CEREC 5.2 basically takes a machine, and because the software is so powerful, think of this as almost like your Apple Watch, where it's going to go to a whole new generation. And this has been extremely well received because it actually dramatically improves the performance in terms of time and accuracy.

Our SureSmile 7.6 software is very important in the clear aligner category. In fact, the -- our 7.6 is a real step-up. And our practitioners, who are using the product, really feel the user interface and the ease of use across the entire procedure works really well.

We launched Axeos, which is a wide field of view, 3D CBCT product, and it's been terrific. We've had a very, very positive reception to that. And that balances off kind of our middle entry, which is our Orthophos line as well.

I've mentioned our implant program, and we have underperformed the market in implants in 2018, '19 and into 2020. We feel this restage gives us an opportunity to capitalize on what DENTSPLY SIRONA does very well, which is starting with digital basis, on digital workflows, and I'll go into that a little bit more. But we're going to be what -- DENTSPLY SIRONA can be really a leader, and that is starting with digital workflows.

We've got a great Atlantis business, which is a CAD/CAM custom abutment business. Our MIS value line has shown excellent progress. We're very happy with our acquisition around Datum, which is a bone growth factor. And I've mentioned our PrimeTaper launch.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



In moving to Endodontics, we launched the first major platform in close to 5 years, which is our ProTaper Ultimate line. And instead of launching strictly files, and by the way, these are terrific files that actually saves time and saves a number of files, but we're now looking to move into adjacencies in obturation as well as sealing. This trifecta has been very well received in the market of the KOLs, and now it's moved into the endodontic space and high-performing GPs, who do a lot of endo work.

SureSmile, we're very happy with the -- not only the software launch, but we've introduced VPro, which is a vibration technology, which can aid in comfort and speed of the clear aligner treatment process. And that's just in the last 18 months.

Looking forward, while we're not going to detail a lot of things today, I would tell you that our pipeline coming out over the next 18 months, we're extremely excited about.

If you move to our Slide 9, this is what we refer to as kind of our priorities and it's almost our strategy at a glance. We believe, again, that digitally-enhanced workflows are really important. By that, we mean how do you start with a CAD/CAM or an X-ray, use treatment planning to really help do a better job of looking at how these complex cases should be managed between a specialist and the generalist or a generalist in a lab? How does that team work together? How do you give great patient outcomes?

And where we believe there's digitally-enhanced workflows that we're advantaged, we list them as ortho, which is where clear aligners are, our Implant business, our Restorative business, where -- that's actually where single-unit crowns and our new products, like Teserra, or things like digital dentures show up. And Endo, which is obviously endodontic and I just mentioned.

It starts in our mind with a very large installed base. If you look at the fact that we have Schick, Orthophos, Galileos and Axeos, we believe we're a very strong player in the imaging market. Obviously, our CEREC and with the introduction of Primescan, we believe we're competitive not only in DI, but we're the leaders in chairside dentistry. So that's a big installed base. And once practitioners get comfortable using that installed base and the technology there, it becomes very sticky with those.

I mentioned our R&D engine, which we're very proud of. We're committed long term to targeting 4% R&D spending because we believe that we've hit on a good formula of how to innovate and really focus on these digital workflows. And again, because we're global, we can pick up these innovations and quickly move them around the world to get scale.

Moving to our Slide 10, the -- it's a very important slide for us because we're trying to really differentiate what analog dentistry versus digital dentistry looks like. The advantage of digital dentistry, if you think about diagnosis, it's basically you're doing it digitally. So you're creating a data stream that can be shared, whether that's with a specialist or with long-term AI and machine learning.

The fact that you can literally have a conversation with a specialist looking at the same set of data, which is instantly translated. And that contrasts with where dentistry was 10 years ago, where you might be looking at physical models.

We believe between Schick, Orthophos, Galileos, Axeos, with CEREC and Primescan, there's no company that offers as comprehensive approach to diagnosis, whether that's X-ray or scanning. Treatment planning is then how do you basically take that data and, rather than having a dentist work on something in the office, whether it's on a piece of paper or something or working back and forth at a lab. Basically, we can do this virtually and where a company or other experts can assist.

And this treatment planning, when you begin to move it out of the dentist's office where, say, something like a SureSmile, you transport images to us, we basically put that into Costa Rica, where we have a large treatment planning software group. And we are able to give the dentist very quickly a treatment plan.

That allows the dentist to spend more time with the patient, whether that's activating the patient or providing therapy as opposed to seeing hours, where they're not actually creating revenue by providing treatment because they're off doing treatment planning.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



JANUARY 12, 2022 / 4:15PM, XRAY.OQ - DENTSPLY SIRONA Inc at JPMorgan Healthcare Conference (Virtual)

And then treatment delivery. As you begin to see more and more digital treatment going, the idea of custom abutment, custom implants, obviously aligners are customed, you really see that you're practicing dentistry at a higher level.

So when we talk about digital dentistry transforming it, we believe the fact that you're going to see more sophisticated diagnosis, software that enables a dentist to approach a patient and activate the patient because they can see things, obviously, you can show a patient something right on a screen.

And whether it allows them to approach something they haven't done, whether it's a single tooth implant, multi-tooth implant or root canal therapy, because you can provide guidelines and point-by-point training for that dentist, we believe digital dentistry is key.

We have -- if you look at our Slide 11, a slide that we've used before, we do have a large installed base where you can see 400 million-plus X-rays taken. You can see the amount of intraoral scanning and the number of treatment planning cases that are done with some of our software like Sidexis and CEREC. So that's kind of our fundamentals and our strategy.

If you move to Slide 13, we've been on a journey since late 2018 when we announced a comprehensive restructuring of DENTSPLY SIRONA with the objective of improving revenues and getting that growth to 4% to 5%, which is our target today, getting our margins, which at the time were in the mid -- in the mid-teens up to 22% in 2022, which we're comfortable saying we're going to achieve in the time that we set out.

And simplifying the organization by generating between $200 million to $250 million in savings and driving headcount efficiencies of between 6% and 8%, all of which we've achieved. And as you can see, that allows us to deliver double-digit EPS. And we've delivered across all of these.

If you look at our revenue improvement, our margin improvement, EPS improvement and operating cash flow, which, if you look at Page 14, Jorge Gomez and our team and across all DENTSPLY SIRONA, have really been focusing on generating and improving our cash flow performance. And you can see both on a percentage and an absolute basis, we've made significant progress in that cash generation, and we look forward to continuing that over time.

Going forward, and again, if you want to follow along on our presentation, moving to Slide 16. We continue to believe that we're going to consistently and be able to deliver 4% to 5% growth. We believe that the margin will hit 22% in 2022, and then we will strategically deploy capital.

As we talk about accelerating growth, whether it's through organic innovation, as we've outlined through R&D, some of the free cash flow could be deployed to doing acquisitions that might accelerate some of our strategic initiatives and continue to invest in areas like commercial excellence and other things that should allow us to deliver that 4% to 5% growth.

We get asked all the time, is it 4 to 5? Is that at the top? Look, we aspire to delivering category-leading growth in many of the areas in which we compete. And we aspire to improve on 4 to 5, but we really feel that the journey we've been on, if you go back to where we were in 2018 and 2019, delivering the 4 to 5 has been an important milestone for the company to achieve.

And as we look forward, going in terms of margin, there's a lot of conversation we have internally about how much margin accretion should there be versus growth. We tend to be biased towards focusing on growth, while looking, if we can continue driving efficiencies, how do we invest that in growth? And I'd point out a few things. If you look at our capital deployed year-to-date through Q3, it's over $500 million, 70% of that's been growth, whether that's acquisitions, stuff like Datum or Propel.

But we've also done share repo and dividend, and we expect to continue that. A statistic on that page, which people might not be aware of, since Q4 of 2018, we've returned approximately $750 million through share repo and -- excuse me, in total cash to shareholders since 2018.

So just to summarize, look, we feel we've been on an important journey at DENTSPLY SIRONA. Our -- we believe that we've created a scaled efficient company that has very strong positions in most cases, either 1, 2 or 3, in really key areas that we believe will be high growth, high margin within the dental industry.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



We've spent a lot of time, talent and treasure building what we believe is a very scaled efficient organization. And whether you look at the improvements in R&D or our ability to drive commercial excellence on a global basis, we feel that we've created a growth engine here at DENTSPLY SIRONA.

And as we look at '22 and beyond, we feel the industry fundamentals are strong. We feel that we are extremely well positioned in digital dentistry, and that we believe our broad global footprint allows us to learn from innovation and deploy our innovation very, very rapidly. And as such, we're excited about our future at DENTSPLY SIRONA. So with that, Tycho, I'll conclude my prepared remarks.

## QUESTIONS AND ANSWERS

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

Great. Good presentation, Don. Thanks. Maybe just jumping into current market dynamic. Obviously, Omicron flaring up. Can you just talk on what you're seeing in the channel today?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Tycho, we're kind of in a quiet period. So I want to be careful about talking about Q4 or Q1. Obviously, our industry is affected by same things that every other industry is impacted by. I would say that some of the learning, though, that we saw a year ago at this time, if you look back in where we were in 2020, actually, a little bit more than a year ago, people have done a pretty good job.

How are you going to manage infection control? How do you keep the dental office open? How do you focus on higher value procedures, like clear aligners and implants as a way? By the way, Tycho, Jorge is joining us. So look, in general, we believe dentistry has proven to be pretty resilient.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

Yes. 3Q, obviously, you had a little bit of noise around the DTC channel pressure, but you did kind of talk down some of the near-term targets. Can you maybe just talk on what you've learned coming out of 3Q on that channel? And how you're thinking about Byte going forward?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. Tycho, and if you indulge me for a second on just clear aligners in general. One of the charts we showed is actually what -- where orthodontics, which is the vast majority of that is clear aligners, fits in our franchise. We went from 0 to -- we're targeting $300 million kind of in this time period around clear aligners.

And we believe that was critical for 2 reasons. First, we want exposure to our higher value, high-growth category, like clear aligners, Part 1. Part 2 is we really feel part of what dentists are going to be deciding when they make digital dentistry decisions and digital diagnosis decisions about, do I want a Primescan and do I want an Axeos is going to be based off the ecosystem that we have. And the ecosystem, in our mind, is benefited from the fact we've got a great implant business, and now we've got a great clear aligner business.

What Byte did for us and why we are less concerned quarter-to-quarter is how the DTC market playing out was it gave us critical mass. And by that, we're in the process of pulling Byte, which is twice as large as SureSmile, or approximately twice as large as SureSmile. And we're putting that on our manufacturing. We now have a scaled R&D organization where if you look at something like VPro, which we're launching on SureSmile, that actually came from Byte.

As you look at where we go with whitening and other critical technologies and treatment planning, we're now doing that on scale. And then when we bought Byte, they had a treatment planning center group. That's the people actually developed the treatment plant in Costa Rica, there's one

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



on SureSmile. You combine those over time, and again, you're operating on a single treatment plan with a single center, you create scale. So in our mind, that's scale.

As we look at Byte -- there's been some changes in the marketplace, obviously, with the Apple iOS privacy change. There's been some challenges in terms of how you target and that obviously created some noise around the discussion. And people seem to be very focused on quarter -- month-to-month, scrapes and whatnot.

I would just tell you this, we believe that Byte will be an important part of our growth plan for a couple of reasons. First, we think that we can change the mix of how Byte has operated. We thought of that a year ago when we bought it to be a little less reliant on social media and more reliant on search engine optimization, part one. We believe that new products is going to be an important part of that, and we have a good pipeline coming across our clear aligner franchise.

We are going to globalize Byte. If you look at places like Brazil and China and others, you're seeing the DTC space grow very, very quickly, and where -- we believe we're going to be able to take Byte because we have a scaled asset and move that around the world if the market tends to be a little bit more DTC and not.

And just the last point I'd clarify, even if the DTC side doesn't grow as fast as the direct to dentist side, if you say that's -- the direct to dentist side might be 20 plus. And if the DTC side comes below that, suppose it comes into the mid-teens, it's still faster growing than virtually any category that we compete in. So in terms of our ability to participate in a category that offers attractive growth rates over time, we feel Byte is an important part of that.

---

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

I mean, I guess, if we were to go out 3 to 5 years, do you think Byte is still larger than SureSmile? Or do you think SureSmile becomes a more dominant product within the clear aligner channel?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

That's a great question, Tycho. It's -- we're almost indifferent as to which way that goes. Our -- I would tell you that some of the fastest-growing markets tend to be the DTC side. Obviously, SureSmile has made real progress. At this point, we're probably in 10 countries around the world. We look forward to moving that into probably 15 to 20.

Byte right now is basically only in the U.S. and Australia, and we have an opportunity to push that out. So the pace of that global expansion is probably going to ride that. But our thought process is, we believe we created a portfolio that lets us approach a market, which we -- and by the way, we think clear aligners is still early days in terms of the application of that technology and penetration, we think, is under 10%.

So we want to be able to -- okay, if the market develops as a DTC side, we want to play. And if it's going to grow on the direct to dentist side, we're fine with that.

---

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

And are you guys committed to kind of transparency in that business? Like will you guide for clear aligners in 2022? Or was that kind of a one-off in '21?

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

We'll get there in 6 weeks, Tycho. And look, one of the things we consistently hear from our investors is we want to try and provide a little bit more transparency because our business is hard to understand. I mean -- and the chart we put together here, where we're starting to show, how do we think about these digital workflows is kind of a step toward that direction.

Whether we get to the point of guiding specifically to -- this is how big instruments is or something like that, it's less relevant to us and we think less relevant to how you should be evaluating DENTSPLY SIRONA than showing our priorities and what kind of benchmarks we're achieving on those priorities. So we'll give you more detail on the priority areas, whether we guide to an SBU or not, not a decision we've made.

---

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

You've had good growth in Technology & Equipment, right? I mean you're up 25% organic in the third quarter or obviously, comps help there. But talk a little bit about where you're seeing the strongest growth on the T&E side? And then which areas are still kind of lagging?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. I would tell you, Tycho, that we've been really happy with CAD/CAM. Our CAD/CAM business is, if you look, we've kind of evolved with that, just in terms of -- we used to be just full chairside. And now with the -- as we have a DI product and introducing things like mill, we've been very happy with that. If you look at clear aligners, obviously, it's off a small base, but that's been growing, and we're very, very happy with that.

Our imaging business has really come back. If you look at where we might have been 3 years ago, 4 years ago, where we were trying to compete against too broad a framework, we've really focused on high-end, things like 3D CBCT, where Sydexis is going to make a difference. I would tell you that's what's -- gets us excited.

Some areas like treatment centers and instruments tend to be -- people have been investing more in like high-tech digital than kind of a little bit more of the mundane technology and equipment.

---

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

Yes. And then maybe we could just spend a minute on the implant reboot strategy. I mean you talked about digital workflows, leveraging Atlantis. You talked about leveraging Datum. I mean talk about how, I guess, externally, we can kind of track success of that reboot strategy?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Sure, Tycho. We'll -- as we get into '22, we'll provide a little bit more detail on how we look at what we're measuring. Here's what I'd tell you about where we are on implants.

Look, we rolled it out in very late third quarter. But it was great that we had all our KOLs in North America. We're able to start seeing some growth on implants in part because we're out making noise. We -- in the fourth quarter, we rolled that out to Europe, and we're in the process of completing that rollout. And where we are in certain areas in Asia, some places like China, it takes a little longer to go through the regulatory pathway.

We're very happy with how the PrimeTaper portion of that is performing. What we're hearing from the dentists that are using it. It performs extremely well. It's a procedure that they understand. They've -- we feel it is highly competitive, and I would stack that up against [BLS or N-One] because we feel the features and the benefits that we offer are significant.

Things like Atlantis, if you look at the MIS portion, which is our value business, which is a significant part of our implant business, Atlantis and Datum, they've been growing at above category levels. And we feel that will continue in the future.

8

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



And basically, what we felt was we were not as competitive as we needed to be in the premium immediate load screw area. We've kind of checked that box. And where -- in North America, we've got a little bit more data. It's tracking where we thought it would be.

And we're very optimistic that this is going to, over the next 2 years, Tycho, get us from where I think we're losing share. And I've been public about this. I think we were losing share in '19 and '20. And I really think this puts us in a position where we'd like to be outpacing the category within 2 years.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

And are you able to remind us of your split value versus premium for implants?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

I don't think we've broken that out. We're still -- premium is significantly bigger than the value segment. But the value segment -- again, people -- MIS tends to be a little bit more of an ex-U.S. brand. So you don't quite see as much of it here. But no, MIS is growing rapidly. We're very -- it's growing above category levels.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

And I guess, how much should we be focused on innovation on the implant side? I mean are you taking up R&D? Are we going to see kind of a whole new suite of product rollout over the next couple of years?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

You will. We feel very good about our pipeline. PrimeTaper was not a one-and-done for us. And things -- and Tycho, I brought all the toys. I brought a Primescan, not that I'm going to scan anybody, but stuff like digital dentures where you can do a [post and for] through our Atlantis things and whatnot.

We're excited that our innovation is now focusing on, okay, we filled some gaps. But now how do we take procedures that things like in [Dentalis] where you're going to do a full upper arch or full lower arch? And how do we combine the digital technologies with things that we do uniquely well? And again, you'll see a pretty broad portfolio.

Because if you look at with an implant, whether it's in dental, multi tooth, single tooth, whether it's you're doing repair work and bone growth factors, whether you need to go back in and clean something up with a custom abutment, we feel we've got a very effective portfolio to deliver against that, and we'll innovate in each of those segments.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

Got it. Since you mentioned Primescan, can you just talk a little bit about where we are in the cycle? It's been out a couple of years. And to what degree that's still catalyzing incremental CEREC placements?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

A couple of things, Tycho. First, remember, Primemill is reported out in there. So mill has provided a -- and we're in very early stages. Obviously, we launched mill heading right into COVID. So that kind of put that a year later than what you would normally see.

9

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



But CAD/CAM is -- we're excited about it. And I would say there's something different going on, Tycho, because you've followed us for a long time. I mean, obviously, is where are you on the next CEREC, and where are you on chairside? What's the penetration? And how many of the dentists have converted from one thing to the other?

Really, what's going on in the category is that scanners have become kind of a utility tool. And that if you think about scanning, if I picked up this scan right here, I can send it to a specialist, so I can send it to my lab. And all of a sudden, you've got like Glidewell, NDX, DDS and other of these labs, basically asking their dentists to start scanning things and sending electronically.

When you start doing things, like if you're a general practitioner looking at doing implants and literally, we can send you a treatment plan built off CEREC, it's kind of changing the dynamics. So first, you're seeing a pretty sharp acceleration of -- North America is leading the pack right now of DI becoming a standard within the dental office, part 1.

Part 2 is we really think it's going to be how are dentists making those decisions? Do you want to go with a closed system that's really optimized for one workflow, say, clear aligners? Or do you want a really versatile scanner that offers outstanding performance, but that can do clear aligners, implants and it can go all the way up to chairside?

So we think the ecosystem characteristics of being complete and open are going to be critical to us because the market has really gone from -- is it chairside? Is it DI? No, you need a scanner now because the labs and specialists who are your teammates are really demanding it.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

And maybe a couple of follow-ups there. What's your view of overall intraoral scanner market in terms of penetration? And then there's been a fair amount of M&A recently, right? Envista just picked up the Carestream business. So do any of these kind of change your view on competitive dynamics?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

We think in pure-play intraoral scanners, Tycho. If you look at a global number, we think it's still below 30%, but you could probably frame that 25% to 35%. In terms of what Envista -- obviously, we'll let Amir describe what he did. But that product has been out in the market. So it's not as if, oh okay, there's a brand-new competitor there. It's a product that's well understood, and it's going to be marketed by somebody else.

I do think it validates, in some cases, what we've been talking about though, Tycho, because, look, we're the largest scaled company that's got X-ray and intraoral scanning. And if you look at where we expect software and services to develop over time, having both of those and putting that on a common user interface and have that user interface be able to address things like clear aligners, implants and other things, that's kind of the new slide we put in there today.

You can see why we think it's really important to have both of those build it off a common software platform that really will enable bigger data lakes, more AI, more machine learning and easier clicking back and forth between those technologies between the dentist and a lab and a specialist.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

Curious if you could touch on the pricing environment. We did hear Henry Schein mention pricing pressure on equipment recently. What are you kind of seeing on the pricing side?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Jorge, you got that one?

10

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

Yes. Tycho, I can start off. From our perspective, as we indicated last quarter, we put through a price increase that was planned. It was what we normally do for a number of categories. The reception in the marketplace was, as we expected. Meaning, there was no challenges there.

We have a plan to do a rollout of these price increases throughout the year and through regions and by product category. The first wave was in October. Obviously, the inflation pressures and just concerns about pricing in general in the marketplace, frankly, creates an opportunity for manufacturers, including ourselves and many other companies, to be active on the pricing side and, not only active, but react in a very -- on a real-time basis.

And this is something we're watching, we're monitoring. We want to make sure that we balance short-term and long-term relationships and profitability. But the inflation concerns are real. And this is a lever that can help us offset that or hopefully more than offset that and create some incremental value for us. It changes, it's different by country, by category, in some areas really hard to take prices up, in other places or regions or products it's just the norm.

And so we are -- we have a centralized strategic pricing team that is watching out these things. They are doing a lot of analytics and making sure that we would consider all the variables, price elasticity and things like that. So it is -- I think we're becoming very active in that space and more coordinated globally.

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

Yes. It's a slightly different question that I was asking, it was more on pricing pressure, right, because Henry Schein mentioned pricing pressure in equipment recently. So I'm just curious if you're seeing anything in the market on more pricing pressure?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Obviously, the markets are competitive. If you look at like X-ray and CAD/CAM, they're competitive. But we really believe that we're selling higher end stuff. And we believe the premiums that we're getting on CAD/CAM and our X-rays are deserved by the performance that we provide. So I would just say we haven't seen it.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

Okay. Don, your comment on margins beyond 2022, I mean you're balancing reinvestment, growing the top line. I guess what's the high-level message you want us to take? You're committed to margin expansion? Or you're willing to sacrifice margin to reinvest?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

I would say we're going to have a bias toward growth, Tycho. So look, do we think there's opportunities to improve the margin over time? Yes. But we're probably not going to be marching at the same clip that we have because we think the opportunity to create value for the shareholders is more on the growing revenue side of the house than trying to push margins up.

11

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



So it's -- if you -- and again, you know us pretty well. If you look at where we were in '18 to where we were in '22, we've been at a pretty aggressive margin clip. We think there's opportunities for efficiency in the organization, but we'll probably be biased toward reinvesting versus driving margins at the same pace that we have.

We'll look to improve margins over time. But if we can get our growth rate significantly above where it is today, there's obviously efficiencies that flow to the P&L that would have benefits on the margin side.

---

**Tycho W. Peterson** *- JPMorgan Chase & Co, Research Division - Senior Analyst*

And Don, do you want to spend a minute on capital deployment, M&A? How you're kind of thinking about the current environment? What the funnel looks like and maybe priority areas?

---

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Yes. We don't have a new story on our capital deployment. I mean our first priority is how do we do innovation. And if you look at the chart we actually provided in our presentation, we're doing organic growth and then inorganic growth. We've deployed (technical difficulty) capital this year on acquisitions, data and some other small tuck-ins.

The other thing that we're spending money on, Tycho, is we run a pretty big global manufacturing organization. So we're going to spend $150 million, $160 million in capital to update that. And that number may move over time because as we get more software intensive, that's something that would show up as potential capital.

And then we're committed. We're not going to sit on cash. I mean, first, I do want to congratulate Jorge and his team, they've done a good job on improving our cash generation capabilities. But I think you'd probably be surprised if you look at total return to shareholders since late '18 of over 500 -- excuse me, close to $750 million. It's -- we're not going to sit on cash, we're going to return it back to shareholders.

But our bias right now, and if you were going to ask me what is the one message, Tycho, is, look, we've got through the restructuring. And we think we've done a pretty good job creating a scaled company. The entire focus of our activity right now is how do we continue accelerating top line growth as a way of creating value for our shareholders.

---

**Tycho W. Peterson** *- JPMorgan Chase & Co, Research Division - Senior Analyst*

I want to follow up because I got a couple of questions coming in on -- back to margins for a minute. Should we expect to see a new long-range framework for margins post 2022? Or is that something you'll just do annually?

---

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Jorge, do you want to take that one?

---

**Jorge M. Gomez** *- DENTSPLY SIRONA Inc. - Executive VP & CFO*

We are in the process of developing and finalizing our internal long-term targets, financial targets, similar to what we did back in 2018. And I think it's highly likely that sometime this year, we will communicate what the new long-term financial targets are. This conversation we just had about a trade-off between margins and top line growth. That is an equation that we're trying to figure out what is in the best interest of our shareholders to -- how to balance that.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



And as we kind of finalize that analysis, then we'll share with all of you, hey, these are our views for the next few years, how we plan to target the top line, how we balance margins. And also to your earlier question about capital deployment, that also ties to our views on how we're going to return cash to shareholders and things like that.

So I think stay tuned, sometime this year we will refresh those. And it may not look exactly the same way we did it last time, but it's going to have a similar flavor that hopefully gives good milestones for investors to measure how we create value for our shareholders.

**Tycho W. Peterson** - *JPMorgan Chase & Co, Research Division - Senior Analyst*

Perfect. We're out of time. So I think we're going to leave it at that. Good to see you guys, and we'll talk to you soon.

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Thanks so much, Tycho.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2022, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference

EVENT DATE/TIME: DECEMBER 01, 2021 / 6:00PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**DECEMBER 01, 2021 / 6:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference**

## CORPORATE PARTICIPANTS

**Andrea Daley** *DENTSPLY SIRONA Inc. - VP of IR*

**Donald M. Casey** *DENTSPLY SIRONA Inc. - CEO & Director*

## CONFERENCE CALL PARTICIPANTS

**Elizabeth Hammell Anderson** *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

## PRESENTATION

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Hi, everybody. Thanks so much for joining us. Good morning, and good afternoon. I'm Elizabeth Anderson. I am the health care technology and distribution and dental analyst here at Evercore. I am delighted to be joined by CEO, Don Casey, and I -- we are super excited to see you guys. I know that you guys have been on the road out and exciting this week. So I appreciate the time in your busy schedule today.

And on a quick administrative note, I have a bunch of questions. There's always lots to talk about with XRAY. But if people listening online, have questions, feel free to put them in the chat box, and I can use them in spec. So welcome.

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Thank you.

## QUESTIONS AND ANSWERS

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Awesome. Well, I know earlier this week, you were up in New York City at Greater New York. And I was just curious, maybe to kick it off, what your biggest takeaways from there were?

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Actually, was that I did not go to Greater New York. So Jorge was up. Jorge and Andrea were up, but...

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Andrea, I assumed you were there too. You weren't there.

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

No, no. I was doing (inaudible) the end of this week, but did not go.

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

All right. So you have no takeaways. Andrea, do you have takeaway? Did you -- what were your takeaways?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Andrea Daley** - *DENTSPLY SIRONA Inc. - VP of IR*

Yes, I think it was good. It was great. It was my first time at Greater New York Dental meeting. I think we had really good engagement opportunity to showcase some of our workflows and digital products. We had a KOL with us. She was able to talk about some of the clinical aspects and new parts of her practice that she's been able to extend into in recent past and some of our digital adoption. So, all in all, a really good turnout and a good opportunity for us to showcase some of our new innovations as well in endo and implants.

SureSmile gotten upgrade, we're able to showcase some of that too. So all in all, it was good.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Awesome. That's helpful. So maybe turning to other exciting or unexciting things that have happened in the past week. We obviously have a new COVID variant. And that is not well understood at this point, which I think many of us appreciate. But just in terms of your early thoughts on any potential impact or how you're even kind of framing the potential impact in the business at this point on. I know it's kind of an unfair question, but it's probably one of the questions you get most frequently. So I'd be curious to hear your early thoughts there.

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Elizabeth, then you cover dental. And I think that's one of the things that we learned about dental when the original COVID pandemic broke out. In the United States, for instance, we have 190,000 dentists who are individual entrepreneurs. And they have found a way to manage through Delta and now Omicron, and they do it in such a way that, hey, let's start with the premise of let's keep everybody safe, dentistry because they started with the HIV crisis has managed blood-borne pathogens with far more lethality associated with it than what we're seeing with this potential variance. So they're used to dealing with that.

And then I think a COVID learning across the board, and so we're seeing manifested in how our sales are tracking. They basically learned, look, if there's going to be a patient flow restriction, I've got to make every hour of office time more productive. And that means digitization. And if you were to give me one of the surprises of 2021, it's really been the strength of our imaging business of anything where, look, clear aligners and implants have been kind of pillars of growth for us and other people in the category.

But if you look at the much sharper move into CBCT and more advanced scanning, I think that's emblematic of the fact that dentists are really looking to digitize their practice, to allow them to get into higher dollar value procedures as a way of mitigating risk associated with potential restrictions in patient volume.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. No, I agree. I think that's been one of the surprises for all of us throughout this pandemic is that kind of the investment that sort of shut down late investment cycle as opposed to a pullback or something else that we might see there.

As we -- just in terms of maybe talking through a few other shorter-term issues before -- look talking about some bigger picture stuff. Can you provide an update on what you're seeing in terms of any supply chain issues at this point or freight costs? Are you having trouble getting a hold of anything? Are you seeing any kind of shipping delays or anything at this point?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. So the supply chain, I break it out into 2 things, Elizabeth, distribution and logistics. We're not seeing huge delays. We're seeing increased costs associated with that. And that's obviously a headwind as we go forward. The second issue is are we having problems getting anything, we're basically -- what we're learning is we can get stuff. It just takes a lot more effort because it might not be as easy to get.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.


REFINITIV

And look, as we go forward, and obviously, we're not counting -- we're not commenting on the fourth quarter. But as we go forward, our expectation is we'll be able to get everything we need, whether it happens exactly when we think that's going to happen. Look, long lead time stuff like chips, screens and other stuff.

I feel very good that we're going to be able to get what we need to get, whether it comes on -- if you think it's coming on the first and it comes on the 15th, I think we're going to have to work through some of that. But to date, labor perspective, we've been able to keep everything running, logistics and distribution, we've got things moving. We haven't had a problem getting things say out of Europe into the U.S. or other things. It's just more expensive. And then look, shortage in or as a potential delay than a not get.

So ultimately, that's how we're kind of thinking about it.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. And obviously, you talked about how you pass through the price increase at the end of the third quarter. Have you sort of seen any pushback to the price increases or sort of product swapping on the back of that as we think about sort of potential impacts or people have been broadly like, yes, we get it, like move on.

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

It's been more the latter, Elizabeth. It's -- look, at the -- what we did differently about price this year, we took price globally at the core as opposed to regionally by SBU. So a lot of that would have been mitigated. Our thought -- and we communicated with our partners and whatnot. And obviously, in our direct business, which represents 30% of the business and stuff like SureSmile, stuff like Implants, and endo. We don't necessarily have to worry about that on the more commodity-oriented areas, which is we call preventive resto, endo and lab.

We've seen the price increase go through. I think people are given that we're not in a transitory inflationary period, they've been pretty open to taking price increases. And look, we're very happy with how it worked. We're also relatively comfortable saying that, look, if inflation becomes a consistent or persistent problem, we would have the ability to take price earlier than we've done typically.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. No, that makes sense. The most often way I hear it is continued transitory inflation. So you can add that to your book [gallery]. So in that sense, do you think -- is that kind of -- obviously, before you said you had done price increases by SBU or by region and things like that. Is that sort of like centralized price taking that you did this year, some of emblematic of sort of the bringing together of other SBU elements like parts of sales and parts and other things.

And so that would be kind of like a go-forward basis? Or was this kind of just like a one-off thing because of the degree of inflation, and we wouldn't necessarily think that, that would repeat going forward.

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

No, I think it's much more emblematic of the company. If you go back 3 years when we set out kind of the restructuring goals. One of the discussion points with simplifying the organization. And by simplifying, we mean anything that's not customer-based facing where there's an opportunity to create scale we're creating scale. So stuff like what we call our enterprise modernization program and sales force effectiveness programs are done at the core now and price is one of those. So we actually now consolidate, we created the capability, and that's how we want to go forward. But that would be one of probably 20 examples where we really said, "Hey, look, if it's customer-facing and about customer intimacy will let the small business unit continue to be the front-facing side, but in back of that, there's now going to be Dentsply Sirona.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



DECEMBER 01, 2021 / 6:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. No, that's good. And I don't know how much you warned their salesperson, the booth. But he -- one of your prime mill salespeople was like repeated almost for beta on what you just said. So the message is getting -- it's good. Okay. So maybe switching over to orthodontics. I think one of the concerns people had coming out of the third quarter where maybe the results on the bright side and just kind of some of the dynamics going on there? And sort of like what you sort of see as the puts and takes that might be drivers as we think about that business on a go-forward basis?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. And listen, you might get a slightly longer answer on this one, but I appreciate the question. When we bought Byte coming up on a year ago, we made the announcement. One of the things we did is we moved our growth aspirations from 3 to 4 to 4 to 5. And people absolutely associated that with, okay, well, Byte, when it becomes part of your organic growth rate in 2022 is going to be the principal way of generating that 1% growth.

In retrospect, it's probably unfortunate we did that because what we were effectively seeing across the business, we're pretty optimistic about what's going on with implants with iOS, and we thought that Primemill was coming out. And by lumping those 2 together, now the growth rate is intrinsically associated with short-term Byte results. So I just don't think that that's accurate. So that's on us, and we've got to do a better job of communicating that. Second point about Byte.

If you -- and I know you follow the category and are one of the most knowledgeable people. I mean one of the things that's gone on in the last couple of years is that the digitization of the office around intraoral scanners has become a real driving force across the board. And some of that is being driven by a line basically saying, "Hey, we're not going to take physical models anymore. Therefore, you have to go buy an iTero.

Obviously, we think Primescan and the new generation of technology is leading to a real revolution in basically iOS becoming a de facto standard across dentistry. Our concern was that if we didn't have -- and the reason for all this digitization is that lets you do more complex procedures and it lets you link directly with the lab. Well, if you go back to 2018, we didn't have a clear aligner. And so we went out and bought our metrics, which had in this little teeny clear aligner, which we've now grown to as we talk about $100 million-plus business.

And -- but we still didn't feel we were at scale. One of the ways that we could go get scale is get to Bytes. So look, we had said there was a run rate of $300 million, we say we're going to be slightly below that. So you can get to kind of the size of Byte. And all of a sudden, if you've got that business, whether it's $250, $300 million somewhere in between there, you've more than doubled the size of the business, which gives you immediate scale in things like treatment planning in things like R&D, you can take something like a hyperByte and move it over to SureSmile.

You can take SureSmile, whiter move it to fight creating scale. We're creating scale. We built an absolutely outstanding world-class facility down in Mexicali that can produce clear aligners for the world. It was all about scale. And SureSmile by itself is we think it's a great business. We're very excited about it. The Dentsply Sirona Clear aligner franchise now has considerable bulk, which allows us, in my opinion, to operate at scale in critical areas that are not necessarily customer-facing.

So in essence, we really believe that protect -- to protect and expand our digital leadership footprint we have to have scaled assets, so we believe that Byte was an important part of scale. Now if you go specifically into Byte a couple of points. The first is Byte is performing ahead of what the business plan that we put together to do the acquisition internally. And we did the acquisition with the idea that, look, whether it's this quarter or next quarter, there are a couple of growth levers that are important for us to get done around Byte. The first is BytePro, how do we basically take the potential patient traffic from Byte and move it into a curated network of Dentsply Sirona dentists all with Primescan and SureSmile.

We think that's important. We think globalizing this business look clear aligners, DTC clear aligners is really important in China. We think that we want to have the ability to go both ways. And as of such, right now, we have Byte in Australia. But we really haven't globalized that. We're in the process long term of how do we push that business well beyond. The last issue and some of the stuff we're working on internally that we think is going to benefit not just Byte, but SureSmile as well as other things that we're doing in the dentist office.

5

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



They're building out patient experience apps that are going to be really relevant as the dentist looks to interact with patients and that one of the things I think, aligned us extremely well. They drive traffic to dentist office. So as we begin to look at some of the patient-facing capabilities that we bought with Byte. Again, we thought it was just -- we thought it was and believe even more firmly a year later that this was an important strategic acquisition for us.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. And maybe just to touch on each one of those points in a little bit more. As we think about BytePro and sort of the development of that portion of it, where would you say we are in that? And sort of how do you expect that to enroll out over the next maybe 12 plus months?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

I think you almost need to look at the big levers we're going to pull. So BytePro, globalization and kind of patient activation levers. They're all going to roll out over the next 18 months. I mean, look, on BytePro, there's obviously precedent in the category of DTC brands trying to work with dentists with mixed results. Our -- we think because we actually have a very significant dental sales force. We have close to 1,000 people in the field that can bring this message to dentists. We think we -- first, there's some changes that we want to make and how dentists perceived DTC as opposed to this is an enemy.

Now this is a potential way for you to take Class I patients and interact with them, build them as a permanent patient what led us run kind of the day in and day out monitoring and customer questions that come in. So we think there's a different way to do that. We're in the process of testing it and expect to expand that out over the next 12, 18 months. Same with globalization.

We've identified the countries where we have to -- it's different rules in different countries about what kind of permission you need to do, what kind of relationship you have to have with the dentist or an orthodontist network, how you practice medicine remotely. But we feel that we've got line of sight into big, important countries to get that done, and that kind of happened at the same time.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Okay. That all makes sense to me. So I guess maybe just in summary, like it seems like there was some transitory issues in that business in the third quarter. We might -- we sort of see that coming through maybe a little bit in the fourth quarter, but showing the improvement. And then over the next 18 months, we have all of these drivers that you just mentioned. Is that like a fair summary?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. Okay. So maybe moving to other product categories unless there's something that you want to touch upon on SureSmile.

I was going to ask about the sort of Astra feedback, how that's going and sort of how we should think about the path back to sort of that industry level for plus percent growth.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



REFINITIV

DECEMBER 01, 2021 / 6:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. And Elizabeth with you were nice enough to forward the questions, and it was the Astra. I was going to help Andrea help you. It's really -- we're moving away from the idea that there's an Astra, ANKYLOS, XiVE business. It's really Dentsply Sirona implants. So well, PrimeTaper is actually -- was developed in combination with the -- our team in Israel and our team in Mölndal.

So actually -- and we're moving to a new prosthetic that's that goes beyond. But it has some flavor of an after procedure that people understand. But we think our overall restage of our implant business is going pretty well. First, a little bit evidence because we were out really working with KOLs, creating a lot of news around the restage coming. We had a pretty darn good third quarter on implants. And as a matter of fact, since I've been here, it's the best quarter we've had.

And I attribute a lot of that to the fact that we now have our sales forces in for training. We're now focusing them on. The biggest news we've had in implants in a long period of time. So we feel that the product, the workflows that we put together, the fact that there's now a dental scanning on Primescan 5.2, the fact that we really simplified our treatment planning around the SIMPLANT treatment planning methodology, we feel very, very good. The reaction -- it's principal in the U.S. right now. It's in -- it's kind of lead market into Europe. Feedback has been really good, tracking along as we hoped.

And I think Elizabeth's one of the opportunities we have is to do a better job of also talking about different parts of our implant franchise. So our Atlantis business, which is a custom abutment business that's global doing very, very well. If you look at our MIS business, which is our value entry. Again, we've owned that for close to 5 years, but we've seen really good momentum and it really gives us a viable play in both the premium and now the value segment.

And we actually announced a fair amount of innovation on the MIS business simultaneous to the Dentsply Sirona launch. So we feel very good about that. And then we purchased Datum, which is a bone region company out of Israel and One of the reasons we did that, if you're going to go heavier to an immediate load screw, packing that in some bone growth factor we think is very, very important. Well, that business is doing very, very well. So I think a lot of the attention on our attention has been, hey, look, we have a very comprehensive offering with implants by not prior to this marketing it together as a solution and building off the digital base, we are suboptimizing the effectiveness of those assets.

Now we really feel like we've got an excellent umbrella. We've got an excellent message. And really, if you talk about single tooth, multitude or even in dental kind of full tooth replacement, our combination of products, things like custom abutments, bone growth factors, we feel extremely competitive. And what we have been focusing on internally is, look, let's actually post growth on implants, which we, again, not talking about the fourth quarter, but we feel pretty good about we will grow our implant business this year.

Part 1, Part 2 is we look at as missing rolls around. And if you think the implant business, the base implant business 5, 6, 7, 8, somewhere in there, depending on how you look at it. We expect to be competing at category levels as we exit 2022. So it's not going to happen tomorrow morning, but we feel 2022 gets us not only growing our implant business versus prior, it gets us much more competitive with the category.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. And are there any holes that you would point out at this point as you think about your implant portfolio?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Not really. I think the areas that we're going to work on are actually not product related, Elizabeth, is much more training related if -- and we tend to focus a little bit more on the GP, the general dentist. Look, we have a terrific specialty business and training is not as important there. But as you talk to kind of large group practices, kind of smaller DSOs, the number one thing they'll tell you is they want hands-on training. And we do a ton of CE. I would say that's the area that we're working on globally to make sure that we've got enough training, physical training facilities to accommodate what we think is going to be a pretty high level of interest.

7

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

 REFINITIV

DECEMBER 01, 2021 / 6:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Okay. That makes sense. And maybe from like from a broad perspective, obviously, with new project launches and accelerating that has been one of your hallmark programs of your tenure at Dentsply. And so I was thinking as we go into 2022, is this kind of like a sort of catch-up here to make up maybe for sort of COVID and things like that? And then maybe sort of see some small product launches or something like that and then really see like the real next step in innovation coming as sort of we -- I don't know, go into 2023 and get IDS back and things like that.

Do you see this kind of like as a relatively lower level from that new product launching? Or is it just kind of a continued cycle and we should continue to expect like the same sort of cadence that we've seen over the last few years.

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. Well, obviously, look, you mentioned 10 years so we're coming up on 4 years, gosh.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Crazy.

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

I know. It is crazy. But -- look, 2018, not a whole lot going on. 2019 pretty good. COVID 2020. Obviously, we didn't launch anything. But -- We've been trying to do 2 things with the R&D program is one, repair some of the consumable business. So -- And while implants shows up in technology and equipment, it tends to behave a lot more like a consumable. If you look at what we've done on Endo Resto implants, we feel good. Now we are continuing I think we've got in the next 18 months, a pretty good cadence of innovation, both of what we've now launched, but then globalizing it. On the T&E side, Elizabeth, the challenges and you mentioned IDS.

IDS was in 2018 -- actually 2019, right? 2019 was one of the great learnings. We roll out Primescan, and we're shocked that we stopped selling Omnicam in Asia. So one of the learnings we have is we tend to keep our technology and equipment. Launch is pretty close to the best, which would be different than what you would do if you were working at Medtronic or J&J or something like that, where you can show the technology platform. I'll tell you that 2022, we feel that we've got a very strong technology and equipment pipeline without going into a whole bunch of detail, you'll see it as we roll through the cadence.

But our -- we really kind of focus on what's the next 18 months. I -- obviously, a 3- to 5-year pipeline. But next 18 months, I think we're going to have pretty much as aggressive a launch schedule in T&E as we've had since I've been here. So I don't view it as a catch-up. But I think on the T&E side, the cadence of physical products will be about the same. I think the cadence around software will accelerate.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Okay. That's helpful perspective. So if we think about intraoral scanners, which obviously is one of your flagship products, that penetration has obviously come up in many markets in the U.S. into the sort of 20%-ish type of range. Like where are we in terms of that adoption curve, right? Because if you hear different things in terms of you have to do, I don't know, 15 crowns a month to make it worthwhile, like are different perspectives. And obviously, it's different for Primescan versus prime scan plus Primemill. But how do you think of where we are in terms as for lapping almost year 2 of COVID?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



DECEMBER 01, 2021 / 6:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

I tend to think that -- Let's take a little bit of a step back, Elizabeth and let's talk about digital penetration. So I think there's 2 trends that are going on that have accelerated because of COVID, and I think it's hitting important threshold. So particularly around CBCT and very more aggressive imaging diagnostics. I mean we're seeing that -- the interest level in that area really outpaced what you've seen over the last couple of years, driven by the fact that they want to get into more advanced aesthetic or more complicated procedures.

The same thing is kind of going on with iOS. And you threw the 20% penetration out. I think the 20% penetration is always what we talk about on full chair side. I think we made an important distinction, and we will continue to make that distinction coming out of 2019. When we kind of went with -- there's a prime scan that comes obviously with Primemill and its full chairside, and you're right. I mean, if you do -- well, it's not 15 crowns. If you do 5 to 6 crowns a month, which, by the way, some of our advanced dentists doing a day you can actually pay for full chairside. But an important distinction for us is iOS is going to become the de facto standard of care in every dental office. If for no other reason that labs are starting to say, "I don't want to take physical models anymore.

The -- and the labs are absolutely an incredibly important partner to the dentists. And also if you're going from, I'm going to do physical models and it's going to be a 3-week process to -- you can get stuffed on overnight now or if the lab wants to offshore something to Vietnam, China, some other place, having that digitized becomes an important piece of the dental practice.

So I think intraoral scanning, penetration in the U.S., I think it's gone -- we use the phrase -- It's gone from push, i.e., we have to sell you on digitizing your office and then why to buy a Primescan. Now it's no longer an issue, Hey, Andrea, you -- are you thinking about digitizing your office? The answer is yes. And now it becomes which scanner. And in our mind, the physical attributes of the scanner, but more importantly, what is associated with that in terms of what procedures does that facilitate become the driver. So I would say U.S. as far as out front.

I think Europe is 18 months behind that. Pockets in Asia are tied with the U.S., if not ahead of the U.S., you look at Australia. You look at the interest now that's going on in China and Japan, it's really -- it's kind of entering that tatoring point where then if you as a dentist do not have an iOS and you're still relying on "Hey, I'm going to put a little goop in your mouth and 4 days later, you're still picking it out of your teeth versus bank, it's an internal scan.

I think we're kind of hitting that important inflection point in this market. And I would go iOS in our mind when we made that bifurcation chairside it versus iOS we're now competing aggressively and just plain iOS DI, digital imaging. And it's a short -- what we're learning is it's a very short walk from there to get them involved in chairside because once they get comfortable with the digitization and I'm going to develop a scan, I mean with Primescan 5.2, I mean, this thing is pretty, pretty straightforward. We would be in great shape to get them to move into full chairside in the not-too-distant future. So I think we're early stages. I think 20% might be generous.

If you look at all the dental offices around the world, where they are in digitization. But I tell you what, I think that number is -- it's going to start moving in 2s and 3s and 4s versus 1% going forward.

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. No, that makes sense. Two questions there. Is there a feeling there has to be something that has to change in order to continue to drive that? Or is this just kind of like increased awareness, people working through COVID and that kind of thing and doing that. So it's just more of an execution of the current plan versus something new. Is that -- What would you say there?

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

I think it's more executing. I mean, the argument -- The biggest barrier to a dentist right now going to digitizing their office is actually taking the time to redo their workflows. If you're a busy dentist, she's going to have to spend 3 or 4 days training the staff and doing this.

9

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



DECEMBER 01, 2021 / 6:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference

And I get the sense coming out of COVID people are running flat out. So when you're talking to her and you're saying, "Hey, you need to digitize. She's like, done. I need to catch up after COVID, but we're seeing -- again, the interest in CBCT and the interest in roll scanning. I mean at DS World, people are literally walking out with them and the commitment to actually spending the time and training. I don't think it's a big price barrier. I don't think it's an ease-of-use barrier.

I don't think it's -- we're not connected with lab barrier. I think it's realistically the dentist commitment to spending the time to rework their office workflows.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Makes sense. I didn't see any next to anyone at the slot machine. So ...

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

There you go.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

There you go. Why is Australia like the test market for everything?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Why is it or isn't it?

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

I feel like everybody you tell me like, is it just like small English-speaking kind of thing? Or is there something that makes Australia a great, like dental test market?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

It's a great market. I mean, for us, it's a really, really good market. And it does stuff that's just different than every place else. I mean that is the most advanced place in the world for us where you sell to your technology base, you don't try and create the consumable business and then bring in the digital business. It's the opposite.

And it's got some other features. But Australia is small, it's English-speaking. Stuff like DTC aligners works there. So you can -- it is a low risk in terms of size, place to do stuff that you might not want to roll out to your largest market first.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. No, that makes sense.

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Elizabeth, I think you clearly should be looking for a trip to Australia to explore the wonders of the dental world there.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**DECEMBER 01, 2021 / 6:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference**

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

I heard that's where you're holding your Investor Day. (inaudible)

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes, -- We'll be coming to you live from Australia. That's anyone's joining us.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

I don't know if they're letting people in. So maybe it's a moot point right now. So -- okay. So as we think about -- I mean, one of the things you said about dental offices running flat out. Is -- Where are we in terms of labor shortages, I guess it's like a 2-part question. One is, internally, are you seeing any changes there that you would highlight, obviously, a more difficult hiring environment, et cetera.

But then on the second side, are you seeing on the client -- on the doctor side, are they having issue in terms of getting more staff. Some of the things I've heard recently include like just meeting more hygienists to like work in office just because of general staffing issues and turnover and things like that. So I just wanted to just sort of hear what you're thinking on those 2 points.

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Our ability to hire has -- I think you said it well, it's more challenging. But look, bulk of our manufacturing is ex U.S., which kind of came out of the pandemic differently than we did with stimulus and whatnot. So it's not the easiest environment, but we're not as reliant on U.S. manufacturing as others. And what we have here, we've been -- so far, we've been -- and again, our supply chain, Dan Key, who leads our supply chain does a great job. And we're working harder to get the same results, but we're getting the results.

I would tell you, universally, Elizabeth, if you were to go out and survey 1,000 dentists, I bet you 50% of them would tell you that they're having a problem getting adequate staffing, particularly at the hygienes level. I think the pandemic kind of knocked the people off their game. And it's coming back.

Everyone would -- I don't know if everyone -- most people would tell you it's getting better but it's still not where it needs to be. And look, the kind of the dip when hygiene went away, Hygiene did not come back, obviously, as fast because of to concern about air board pathogens. So they might have been down instead of 1 or 2 quarters for dental, they were down for a longer period of time. It's been slower coming back. Any dentist office and I've been doing a fair amount of field work in the last kind of month. They'll tell you if we need more agents. But -- and I will tell you, it's getting better, but they need more -- But it's a constraint.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. You also think about sort of from a demographic perspective, that's like broadly speaking, not that all high same demographic, but like, broadly speaking, what are the labor force groups that's been hit most with sort of school closures and current things like that, too. So...

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Exactly right. I mean when schools go out and moms at home, that's a problem. And Hygienists are overwhelmingly younger. They tend to be a younger female demographic.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes, absolutely. So maybe as we think about the 2022 on sort of a high-level perspective, what do you see as the biggest margin opportunities as we move through that year?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

In '22, 3 kind of disparate points, but I'll answer the question. I mean, first, we're locked on to '22 and '22. I mean that's the last commitment we want to make. Beyond that, Elizabeth, then it really becomes a discussion internally about how much margin do we want to do versus invest for accelerated growth.

And obviously, 4% to 5%, we think, is a good growth rate. But I'd rather be 5% to 6%, 6% to 7%. And what's the trade in terms of margin expansion versus growth? And that's a pretty active set of dialogues that's going on internally here. We think we're going to be able to do both. But we might not be coming out with the '22 to -- '23 and '23, '24 and '24, '25 and '25 plan as much as to sit there and say, we may be a little bit more focused on accelerating aggregate revenue growth with improvements in margin, but probably not at the -- where we were pretty much knocking off 100 bps a year.

I would say there are opportunities. They come from mix. What is the mix of what we're selling. And we think we've been pretty aggressive around portfolio management, managing assets out, buying what we think are profitable, faster-growing assets, Part 1, Part 2, how do we make sure that we're looking at country mix and let's focus on growing where we're going to benefit there.

So that's Part 1, Part 2, we're still -- I think we did the low-hanging fruit organizational simplification work. over the last 3 years. I mean it didn't feel simple when we were doing it. But kind of as we think about our next-generation E&P and shared services around customer service and automation in that area. We still think we've got pretty significant runway there. And then supply chain, we had worked so hard to go from 42 down to 29 that we go by a few things. I still think we're probably going to be in a position where we can streamline our supply chain more aggressively as we go forward.

So -- and again, Elizabeth, some of it is how much is that going to offset inflation? How much of that is to allow us to invest more aggressively in R&D and revenue appreciation versus how much is that margin. But I would tell you our internal goal is to deliver 4 to 5 and push that, continue to deliver margin improvement, albeit probably at a little bit of a lower pace to allow for a little bit more revenue than margin expansion.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. And I think just because you sort of mentioned it tangentially, are there any geographies where you feel like you have outsized sort of bang for your kind of opportunities as you see things now?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. I mean, because we're coming up at the end of the year and writing end of the year evaluation type stuff. I pulled out 2018. And at the time, our business was about 15% in what we would call rest of world, Asia Pacific and Latin America. That number is pushed 20% right now. And I think the -- we've made investments and they're starting to pay off. But if you look at particularly like clear aligners in Asia and Latin America, very early stage. And obviously, we think that's a profitable business for us. DI is like not even in the first inning. It's like the batter is walking up, while the picture is still warming up. So very early stage there. So 2 of our relatively profitable businesses have disproportionate growth in areas that are growing very, very quickly. And look, our implant business, particularly our MIS value business has done well in more rapidly growing countries that we just talked about. So I would tell you that we're excited about the Asia Pacific. And we -- I think our Latin America team has done a really, really nice job in focusing on profitable growth.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



DECEMBER 01, 2021 / 6:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Evercore ISI HealthCONx Virtual Conference

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. Okay. And then maybe one other area in terms of how are you thinking about capital deployment right now? As you sort of -- yes, let's just go -- Let's take it.

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. (inaudible) It hasn't changed in the time I've been here. It's we want to invest in growth. We're going to invest more in R&D. There's some capital that comes along with that. We're not going to accumulate a huge amount of cash. So there is obviously opportunities for repo. Obviously, Elizabeth, if you look at us from 2018 to 2021, we've become a much more efficient cash generator. We don't talk about it a lot. But -- so if we can get into that $750 billion EBITDA range, that also allows us to do some tuck-in acquisitions that should allow us to accelerate growth. So again, our priority has been how do we grow the business internally investment opportunities. Will we look at acquisitions? Absolutely. Is there -- are we going to buy something as big as us? That's not the plan right now. It's focused on tuck-ins that will accelerate growth in key areas. And then we're not going to accumulate cash to accumulate cash. And we've got a pretty consistent track record of returning cash to shareholders.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

No, for sure. How are you thinking -- I mean, how are you finding valuations in the dental space in sort of smaller assets more broadly? I mean we've had just a better operating environment for the past couple of years and all sorts of things going on. So I'd just be curious how you're seeing that from your perspective now.

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Unfortunately, Elizabeth I'm as old as Derek, and I remember valuations being frothy for the last 25 years. So obviously, as a buyer and a seller, there's rarely is the mine meeting. But look, in critical areas, like if you want to augment places like an implant, you can find stuff. I mean, if you want to talk about like buying regional distributors that are critical for a specialty product, you can find that. I think some of the super big like scanners, 3D printers, monitoring, stuff like that, that tends to -- the valuations might be a little frothy. So we'll see.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

So okay. That probably makes sense. Okay. I think we have about 2 more minutes. I just didn't know is there any other -- what do you think is most misunderstood about Dentsply right now?

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

I'll make 2 points in 2 areas, Elizabeth. I mean one of the frustrating things for us in November of '18, we went out and said, we're going to do a couple of things. We said we're going to grow. We're going to get margin expansion. We're going to do organizational simplification. We're going to deliver double-digit EPS. That COVID kind of screwed around with that. But non-COVID years. 2019, we grew at 6% plus. This year, depending on -- clearly, you're going to do better than 6-plus against 2020. And we're going to post some pretty heavy growth versus 2019. So you sit there and say, "Go check, we're operating the company today if you take out the acquisitions. We actually drove as an example of simplification headcount efficiencies because I came in, we were operating at 16.5%. We're effectively operating the company non-Byte related at [14.6, 14.7.] delivered that. We said $250 million in savings. We're going to hit that in early 2022. We're delivering the double-digit EPS. And I think the consistency of, hey, we said we're going to do something, we're doing something over the last 3 years, I think we've been relatively consistent, and that's not reflected in what I think has been some relatively volatile movement around the stock. So that would be Part 1. Part 2, on Byte, Byte to us, it's a strategic acquisition that we always said was going to be a 5- to 10-year journey as we look to strengthen our overall participation in the clear aligner business. And I think people trying to draw a straight line between a relatively minor miss in 1 quarter to -- which is as a percentage of the company is well under 5%, even if wildest aspirations were achieved, to really see a whole bunch of margin -- excuse me, multiple compression associated with a

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.


REFINITIV

small part of the company missing a small number, as I think is probably overdone. But in my mind, if you look at the future, I think Dental is a nice place to be. We weathered the pandemic. We've got entrepreneurs who will continue weathering the pandemic. In our case, I love the fact that our technology base is in the best shape it's ever been, love where our pipeline is going to be and feel like we're really hitting on good implants, good clear aligners. Our endo business, we're super excited about, and Resto has always been a key area for us. So as we look forward the next 3 to 5 years, I'm pretty optimistic.

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Makes sense. Well, that sounds like a good place to end. So thank you very much, Don. Thank you, Andrea. It's a pleasure as always. Look forward to catching up with you guys again soon.

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Sure. Midwinter, right?

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

We're going to be there. (inaudible) right?

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Yes. Hopefully, just bring your coat because you still have the best winter coat.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2021, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



# REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

XRAY.OQ - DENTSPLY SIRONA Inc at Piper Sandler Healthcare
Conference (Virtual) - Pre-Recorded

EVENT DATE/TIME: NOVEMBER 22, 2021 / 3:00PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written
consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



NOVEMBER 22, 2021 / 3:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Piper Sandler Healthcare Conference (Virtual) - Pre-Recorded

## CORPORATE PARTICIPANTS

**Jorge M. Gomez** *DENTSPLY SIRONA Inc. - Executive VP & CFO*

## CONFERENCE CALL PARTICIPANTS

**Jason M. Bednar** *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

## PRESENTATION

**Jason M. Bednar** *- Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

All right. Hello. Thanks for joining Piper Sandler's 33rd Annual Healthcare Conference, again, in a virtual setting here this year. Hopefully, we can be back together again in person next year. This is Jason Bednar, Piper's Medtech team. And I'm pleased to have with me today from Dentsply Sirona, Executive Vice President and Chief Financial Officer, Jorge Gomez as well as Vice President of Investor Relations, Andrea Daley. Jorge, Andrea, welcome, and thanks for joining us today. I'll turn it over to you if you have any quick introductory remarks you'd like to make, and then we can dive into Q&A. Again, thanks for joining us today.

---

**Jorge M. Gomez** *- DENTSPLY SIRONA Inc. - Executive VP & CFO*

Thank you, Jason, and good morning. We appreciate the invite. It's good to be with you today. Yes, let me start by providing a quick, I guess, overview of the market and what is going on with the company. So first, I would tell you, we continue to be very excited about the dental industry. Overall, demand is very high despite the fact that there is still some COVID dynamic going on in certain pockets of the markets.

But the trends are very good in general in all of the markets, major markets where we operate. Having that great demand, market demand as a backdrop is great particularly when we look at our internal R&D pipeline and product launches, we feel really good about the health of that pipeline. I think, Jason, you and investors have seen how in the last several quarters and years the level of activity in terms of launches and successful launches that we have brought to market has increased.

We just had a great wave of products that we share with the market that when we had our DS World last September. And when we look at the pipeline for the future, we continue to make good investments. We continue to exercise more discipline around the areas of focus from an R&D perspective. We're trying to increase the pace at which we bring products to market. And we're trying to do that by simplifying and putting more money into scalable products. So that is really exciting for us.

We continue to make good progress across all of our strategic priorities and operational priorities. Top line, again, aided by this strong R&D pipeline, all the work that we've done from a sales force effectiveness perspective continues to pay off. And then in terms of simplifying the organization, expanding margins, we continue to make progress in that direction of the targets that we set for ourselves, financial targets that we set for ourselves about 3 years ago.

We have accomplished those so far. We expanded margins to the 21% level. We believe we have a good shot at getting to 22% level next year, the top line is moving in the right direction. We have also simplified the organization in a very substantial way. So that is good progress there on those key priorities for us. The overall portfolio, we have made progress optimizing the portfolio. We like the exposure we have to key categories like implants, aligners, CAD/CAM, Resto and endo. Those are very healthy categories and in dental, and we have a good exposure and a good set of offerings that positions us well to compete effectively in those markets.

So a lot of great positive things. I think from a macro perspective in terms of challenges, in addition to COVID still being there, supply chain is something that we have to watch going forward. I think this is impacting not only dental but all industries, and we are seeing challenges around supply shortages of certain components, labor shortages as well, and we are beginning to experience some inflation. That we are managing through a lot of good work in terms of pursuing efficiencies. There are some pricing activities that we're rolling out that could also help offset some of those challenges. So overall, we feel good about the space.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.


REFINITIV

NOVEMBER 22, 2021 / 3:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Piper Sandler Healthcare Conference (Virtual) - Pre-Recorded

# QUESTIONS AND ANSWERS

**Jason M. Bednar** - *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

Thanks so much. That's a great introduction and a lot of different topics there that I want to touch on myself. So maybe why don't we start at the top line here, Jorge. Yes, I want to get to some of the items from the third quarter here a bit later and some recent developments. But just bigger picture. I mean you and Don do have the 4% to 5% revenue growth target out there. How do you think about the buildup of that growth profile when we consider contributions from things like pricing and volumes. And then I mean we can weave in there, it's just a similar question, but a buildup on the growth profile when we think about U.S., Europe, rest of world?

**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

Yes. Good question. I think the buildup of that target, let me start with something I mentioned before, which is the exposure to certain categories and certain markets, right? So we have right now scaled businesses in the areas of CAD/CAM. We continue to be leaders in a lot of areas in imaging as well.

Then we have aligners, which is a business that is very important from a growth perspective, is a business that, if you go back 3 years, we didn't have any aligners in our portfolio. Now we have a substantial business with SureSmile and Byte combined. So exposure to that space is extremely important from a growth perspective. Implants is a very large business for us, very profitable. We had not grown that business in any meaningful way in the last several years, but there's a lot of things that we're doing organizationally from a product perspective, from a workflow perspective, to start moving implants to approach the growth of the category.

So that's a very important element of being able to get to the 4% to 5% growth rate. And then finally, I mentioned endo and resto, we have strong franchises there. It's a business that -- consumables in general, as you know, they don't grow that fast. It's probably low single digits. But those are 2 businesses where we have competitive advantages, and we can do well. So focusing on those 4 or 5 areas is very important.

Geographically, one area that for us has kind of grown under the radar a little bit is rest of world and is a business that is becoming really meaningful now. The growth rates in some markets in rest of world is pretty substantial. And we are counting on that geographic expansion to make some important contributions to our top line growth. The U.S. and EMEA, overall, they have similar growth profiles. And again, what happens in those 2 geographies is going to be a function of how we -- how well we do with our most important growth priorities that I mentioned before.

Price volume. I think when you have an inflationary environment like the one we are facing as a global economy, it gives you an opportunity to move price a little bit faster than in a more stable environment. And so we are now implementing or rolling out new pricing strategies more from the standpoint of being more coordinated globally. And so for some of our products, we announced and implemented a price increase effective October 1. The difference with that implementation is simply that we have coordinated this well. In the past, those activities were more localized and certain markets would pick the time, the magnitude of those rollouts.

Now we are going for a more global approach. It doesn't mean that we're doing everything at once, but we have a plan for the next several quarters in terms of opportunities that we have to implement price increases. And so in terms of the contribution to our top line, I would say, going into '22, that contribution could be probably a little bit more meaningful than what it has been in the past from a growth perspective. I don't think it's going to be substantially or twice as much as the contribution we had in the past, but we are aiming for something that is a little bit higher than we had done in the past. Depending on how inflation continues to perform throughout the year is something we will be monitoring. We'll be watching.

You mentioned competitors, how competitors react to that is an important data point in the categories where we normally implement annual price increases, some places in consumables, for example, typically, we lead the way and competitors follow. And -- but we'll do what we think is the most beneficial for us. And as it is the case with price increases, you have to watch many, many things.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



The last point is, I think, I would say the biggest contributor to our growth rate is going to be the quality and the acceptance and the success of our pipeline going forward. We have stated several times that we are -- we intend to spend more money on R&D. We're doing that. And that would be the most important engine of growth for us in the foreseeable future.

**Jason M. Bednar** - *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

All right. Very helpful. Very helpful. Maybe staying on the pricing topic here, just quick. I guess 2 follow-ups to what you mentioned there. The first, I mean, do you anticipate that you'll have some pricing power on the equipment side. I mean we're all usually focused on the consumables piece, I think it's naturally a little more doable to pass along the price increases there.

But what do you think on the equipment, things like CAD/CAM, Imaging and whatnot. And then again, correct me if I'm wrong here, but I would think that the price increases you're passing along maybe are a little bit less than some of the inflationary pressures we've seen out there. And maybe this is something where we see these -- of these price increases that you're instituting they take the form of multiyear price increases. We phase in these price increases rather than push them on to the customer all in one fell swoop. Is that the right way to characterize it or not?

**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

So on -- let me start with your last point about multiyear price increases. Again this is what we're doing right now is looking at the entire set of markets where we operate, look at what is happening from a competitive standpoint, inflation perspective. And then we're taking a point of view in terms of what is doable throughout the year. In the consumables side, the historical practice has been to look at this annually. So this is not -- we're taking a price increase for the next 2 or 3 years. It's more like this is what we think we can afford, the market can afford in the next 12 months or so, and then we'll revisit again, a year from now, that has been historically what we have done.

I think this year, there is going to be possibility of looking at these things more than once a year because of the fluid dynamic of inflation and other costs. So that is that. With respect to pricing power on CAD/CAM and equipment versus consumables. Yes, historically, it has been a little bit different. At the end of the day, price increases are a function mostly of product differentiation.

Do you have a product that can command a better price in the marketplace than the alternative products. And so the more we invest in R&D, the better the new products that we launch, the higher the likelihood of having more pricing power in the marketplace. We have a number of great products in CAD/CAM and Imaging that are premium products. And that has been, to some extent -- to a large extent, kind of the history of the -- of our CAD/CAM equipment in general. We have premium products that we believe can deliver a much better service for our customers. And if we -- if the business case for that investment is very clear, our customers are willing to pay premium prices for premium services.

And so that's how we approach equipment is, can we deliver the best possible product for our customers so that they can have a more -- a healthier practice, a more profitable practice, expanded practice. And if we do that, I think we have the ability to command a better pricing. So we look at each product individually. And we believe we have the ability to price some of these products at a premium level.

**Jason M. Bednar** - *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

Got it. That makes sense. And maybe one more subtopic on this broader topic. But how do you anticipate offices, your customers responding to price increases from you and from others out there in the market? I mean on one hand, dental consumables aren't a big part of the office budget, but offices are also dealing with rising expenses elsewhere, [things like wages]. And they haven't really seen a rise in reimbursement over time.

So maybe another 2-parter here. I guess how do you expect offices to respond? And are you hearing anything from a reimbursement perspective that would suggest that they're going to be maybe receiving inflationary adjusted higher payment here over time.

4

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

Yes. The key for us with our customers is -- it's not we're going to just increase prices. For us, the work with them starts much earlier. And as a company, our purpose, our mission, we really want to help practices become healthier by lowering their operating costs through greater efficiencies given by our products and services. And two, to actually expand their revenue base. So if we are able to do those things, if we -- if our products and solutions help our customers expand their revenue base and it helps them do more with less, for example, in the area of automation.

You mentioned labor shortages and wage inflation. A lot of our solutions actually help tremendously and create a lot of efficiencies for practices to improve their cost base. So with those 2 things, if we're able to accomplish those 2 things, a 1% price increase, 1.5% price increase becomes not a discussion point. Now if all we do is increase prices without improving the quality of our offerings without helping them expand the revenue base or lower the cost, then that becomes a problem. But we try to focus on those things that actually are going to move the needle for them, not on the 1% price increase that we can push through their consumables.

---

**Jason M. Bednar** - *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

Okay. And then anything, sorry, on the reimbursement side that you're hearing at least as we think forward to next year and out years?

---

**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

No. I mean it's not a topic that is getting a lot of attention right now. I think if and when inflation really materializes, that is going to become probably more -- a topic for more debate. But at this point, it's not -- we're not getting a lot of feedback in that regard at this point.

---

**Jason M. Bednar** - *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

Okay. All right. Fair enough. Okay. So maybe shifting gears here a little bit. I'd like to talk a little bit about DS World. It was, by all accounts, a pretty successful show, especially considering the environment, pretty good equipment sales leads in -- coming out of the show. And you made the comment, Henry Schein made the comment, I'm sure we'll hear that from the other distribution partner here soon.

I guess how did this show stack up maybe relative to your internal expectations? Some of the feedback that you maybe you got at the show, coming out of the show. And I'd love to hear maybe some of the early, again, call it, feedback or color on some of the new product launches that you introduced at the show or use the show as you're coming out platform?

---

**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

Yes, we felt really, really happy about the outcome and what we were able to accomplish at DS World given the circumstances, it was great for -- to have so many people live. Again, I think our customers were very happy about that. In fact, we held DS World in person to a large extent because our customers wanted that. And it was good to have close to 4,000 people, a much lower number than what we normally have, but certainly a pretty large number given the circumstances. So relative to our expectations, I'd say we met all of our expectations and probably came in a little bit better than that.

Really satisfied with what we're able to share and deliver to our customers during the event. I think the reception about our approach regarding integrated workflows was very good. We got feedback from very important customers and KOLs regarding the integrated workflow approach and how that is definitely the future of dentistry and great feedback about the fact that we have all the pieces to make that a reality. And I think what we did with the restaging of inputs is probably the best example of an integrated workflow.

It's not just about new products, which we actually launch a new product implants that has been really well received. But it was that plus talking about the workflow from the beginning with that great diagnostic equipment that we have like Axeos and Primescan and other devices like that. And then putting that into an ecosystem with powerful software, which is something that we have -- we made this -- we cited this stat a few weeks

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



ago. We have over 600 engineers, software engineers in the company working on multiple software platforms that now we are harmonizing and with an implants, we have 2 or 3 powerful software solutions that we are now bringing together to our customers to, again, move from diagnostics to treatment planning, to the actual delivery of the appliance or an abutment or what have you from an impact perspective.

So that approach has been very, very well received. And I think we have trained our sales forces with that mentality in mind, customers, dentists, they are beginning to speak that language. And we believe that approach is going to produce pretty significant benefits for us. Our dealer partners were also very satisfied with the outcomes of the event for them. The demand for equipment in general was very, very strong, and that sets us well for not only -- it's more than a quarter. It's just the momentum that we have in that business is good and that makes us optimistic about '22. So for -- by all measures, we thought the engagement was very high, the receptivity to the new ideas and products was very good.

**Jason M. Bednar** - *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

Excellent. And you brought Axeos there, and that was actually what I wanted to tease out a bit more. I mean that product has been out there in the market now, I believe, for a little over a year, but it just seems to be killing it. It really does. I think you guys have made the comment in the past that you -- every unit you make is going out the door immediately, which is great to hear.

I guess what's the growth tail look like on Axeos going forward? I mean can this still be a growth contributor even against what's been a really strong and a first year out of the box for that system. And then is this going into -- to the extent you have the detail, is this going into new accounts that are brand new to Dentsply, this is a door opener? or is this going mostly into existing accounts where you have already a pretty good relationship?

**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

Yes. Good question. And we're still trying to tease out the actual numbers, but I think there is a -- first, there is an important shift in the market with going from 2D equipment to 3D equipment. So that is something that is happening. And so that is driving a lot of our existing customers to upgrade. So as you know, we have a very large installed base of equipment across all geographies. And so when we go to our customers, that is essentially our first target market for us is our installed base.

But because in general, practices want to have more sophisticated diagnostic equipment to be able to expand the range of their practices, new customers are also getting interested in Axeos. But the majority of the volume so far has come or is coming from upgrades in our installed base. The product has been really, really well received. And I can't tell you exactly like what is the tail going into '22. But it's -- I think those macro trends, again, moving from 2D to 3D, they're going to go on for a little while because that -- the penetration with 3D equipment is still low. So that still has some legs.

**Jason M. Bednar** - *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

Sure. Okay. That makes sense. Maybe pivot over to one of the more topical items from the most recent call here with Byte. I know this is a newer business for Dentsply. Maybe review quick. What didn't go right with that business? Or maybe it's just investors' expectations, sell-side expectations that are misplaced. But I guess from your perspective, is there anything that didn't go right in the quarter relative to a business that was really seemed to be cooking earlier this year?

I hear you and Don say about vacationing with your core customer base and maybe some more pronounced seasonality there than may have come out. But that -- because that's consistent with what some other orthodontic companies have talked about that seasonality point or more traditional seasonality point. But I also hear SmileDirectClub out there saying that they're talking about challenges with consumer sensitivity of their core customer base with respect to inflation.

So I guess the question, it's a long kind of on preamble, but the question is, can you help investors get comfortable with the visibility and confidence level you have in the business as we think forward to 2022 and 2023 and beyond? Can this be adding 50 to 100 basis points to revenue growth when we think about some of those years?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

Yes. I think let me start first at a very high level, which is with respect to the aligners category. Obviously, it's a great category. Within aligners, there is -- there are 2 channels, dentists directed and direct-to-consumer. Byte clearly in the direct-to-consumer, new category, but one that has a lot of potential for many reasons.

One, aligners as a category continues to be underpenetrated. There is a price point dynamic as well between dentists directed and direct-to-consumer with a direct-to-consumer price point being much lower with -- which is attractive to a large part of the population that cannot afford going to a dentist and pay $5,000 to $8,000 for a clear aligner treatment. So it's a segment of the population that is more price sensitive and that has pros and cons.

But overall, is a segment of the population that is growing and is a segment of the population that probably has been more affected by the macro shifts that we've seen in the last probably 2 years since the beginning of COVID. So we have a segment of the population -- well, actually, most people went into their homes and being come out for 12 months, right? Some people we're able to redirect income or spending patterns from travel and going out to the restaurants and things like that into some other spend, aligners and other aesthetic categories or fitness categories, for example, were substantially benefited by that shift.

Well, as we come out of the pandemic and people start going back to their normal levels of spend and just normal levels of lifestyles, we believe that a direct-to-consumer aligners, that category was affected by that. And so when we look at what happened in Q3, I don't think for us, seasonality is the #1 item.

For us, based on the analysis we've done, we believe these changes in spending patterns and discretionary spend is probably what really affected that space more than anything else. So that's number one. Number two, there's another element that happened in the third quarter, which was the Apple iOS shift that also impacted direct-to-consumer categories across the board. The ability to engage with the consumer was dislocated to some extent.

And so from a digital marketing perspective, companies have been forced to go from certain type of engagements to alternative forms of engagement like working with affiliate publications, working with -- investing more money in SEO. In the case of Byte, for example, we are doing a lot more work trying to penetrate the market with insurance companies.

So that has been another issue that impacted the business in the third quarter. And then third, I would put seasonality. But to me, that was a really minor one. And more importantly, honestly, we don't have enough data because the business is very new for us. Aligners is very new. I don't have -- we don't have enough data to go back 5 years and say, yes, in the third quarter, there is seasonality, more pronounced than other quarters. I think a number of companies have mentioned that there is a possibility that, that happened, people trying to go take vacations a lot more because they were at home for 18 months. Maybe there is some element of that, but I would not overemphasize that point.

**Jason M. Bednar** - *Piper Sandler & Co., Research Division - VP & Senior Research Analyst*

All right. Got it. Got it. Very helpful. I'm sure a lot of other questions that I do have that I can't -- don't have time to get to because we are actually at time here.

So great. We covered a lot of ground here just over the past half hour. Very informative and helpful discussion as always Jorge. I really look forward to seeing how the next year plays out. And of course, looking forward to when we can get back and see each other and all in person. So thanks, everybody, for tuning in, and have a great day.

**Jorge M. Gomez** - *DENTSPLY SIRONA Inc. - Executive VP & CFO*

Thank you, Jason. Appreciate the invite. Have a good day.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



NOVEMBER 22, 2021 / 3:00PM, XRAY.OQ - DENTSPLY SIRONA Inc at Piper Sandler Healthcare Conference (Virtual) - Pre-Recorded

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2021, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

XRAY.OQ - DENTSPLY SIRONA Inc at Credit Suisse Healthcare Conference (Virtual)

EVENT DATE/TIME: NOVEMBER 11, 2021 / 9:20PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



## CORPORATE PARTICIPANTS

**Donald M. Casey** *DENTSPLY SIRONA Inc. - CEO & Director*

## CONFERENCE CALL PARTICIPANTS

**Matthew Stephan Miksic** *Crédit Suisse AG, Research Division - Senior Research Analyst*

## PRESENTATION

**Matthew Stephan Miksic** *- Crédit Suisse AG, Research Division - Senior Research Analyst*

Listen, thanks so much for joining us. Sorry, apologies for the late start. I'm very pleased to have the team from Dentsply with us this afternoon. And I'm going to turn it over to Don for some initial comments, and then we'll go into Q&A.

---

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Great. Thanks, Matt. Look, my comments, I'll keep it brief so we can do as many questions as appropriate.

Look, over the last 3.5 years, our story at Dentsply Sirona was coming in and trying to get the organization kind of cleaned up. We had offered a restructuring in -- almost 3 years ago to the day where we said our target would be 3% to 4% growth. We could hit certain headcount targets looking at a 6% to 8% headcount reduction, saving $225 million that was -- we later raised to $250 million, delivering margin improvement to 22%, 2022 and deliver double-digit EPS.

We've made progress against all those goals, and we have, in our opinion, demonstrated a fair amount of consistency in reaching those goals. If you look at the growth number coming off '19 versus '18 and how we feel coming out of the pandemic, we said we think we can raise that long-term target to 4% to 5%. And as we sit here today, we're pretty optimistic that our growth prospects are good and that 4% to 5% is definitely attainable.

And we put together, I think, a team that's very focused on the next phase of Dentsply Sirona, which is really about how do we grow, how do we build off our very strong digital base and key workflows by becoming the essential player, essential partner of dentists? So we're excited about the future, and I can't wait for questions to talk about how we want to grow the business.

---

## QUESTIONS AND ANSWERS

**Matthew Stephan Miksic** *- Crédit Suisse AG, Research Division - Senior Research Analyst*

Sounds great. So maybe the way I've started most of the sessions this meeting -- this conference is with sort of just a review of the environment that you experienced in Q3 and your expectations for what that looks like into Q4. Dental as a whole, has done, I think, it's generally better than many of the other markets we cover.

But maybe if you could spend a few minutes just characterizing what you're seeing both in terms of COVID or procedural or spending trends as well as, if applicable, any kind of staffing or personnel challenges that you or your customers are facing.

---

**Donald M. Casey** *- DENTSPLY SIRONA Inc. - CEO & Director*

Yes. I mean the general recovery over time has been starts and stops in different parts of the world where I would say we are operating today and most of the world is close to the 2019. There's a few places around the world that we're still seeing lockdowns without huge impacts on dental, but I wouldn't say across the world, we're 100% back versus what I would consider more normal 2019 levels.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



NOVEMBER 11, 2021 / 9:20PM, XRAY.OQ - DENTSPLY SIRONA Inc at Credit Suisse Healthcare Conference (Virtual)

The challenges our customers, who are dentists, have been facing seem to be ameliorating somewhat, but they're still around basically coming out of COVID particularly when there was question about aerosols, airborne aerosols and which is a lot of the hygiene work and there were disincentives to work. You saw some hiring challenges. That's really -- we hear more and more dentists are able to get people back to work, and we'll be able to operate at full capacity.

As we go into the fourth quarter, we're optimistic that things get closer and closer to normal. Obviously, the supply chain is impacting all of us. When you talk about -- in our case, it's -- we look at distribution costs are accelerating. To date, we've been able to manage through a lot of that. And as we look out, we have a few key products that there's obviously going to be constraints around we're a heavily chip-oriented business. To date, we've been able to make everything we need to make. But as we jump out 6, 8, 12 months, we expect to see pressure on that.

We have a terrific supply chain. One of the advantages of the structure we put in place over the last 2 years is a centralized supply chain with a pretty sophisticated procurement group, and that's helped us through it. But we're also -- we took price in the -- at the very end of the third quarter, with the idea that we want to get in front of inflation.

If inflation moves a little bit faster and harder, we would look to do another price increase probably accelerate that up from -- typically, we do that third and fourth quarter, but we could accelerate that. We've been pretty happy. It's very, very early, but we've been happy that the price increase that we pushed through in October is sticking.

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

Great. And then just -- I think there's been some questions around consumer spend, consumer priority, shifting of spending from things to experiences or activity-based spending among consumers. What are you seeing there? What are your expectations there for the rest of the year?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. Thanks for the -- that's a good question, Matt. In -- where we have the most exposure to that would be kind of aesthetic dentistry, which would be think about implants and Clear Aligners. The implant business as a whole has -- coming out of COVID has shown excellent strength. A lot of people have looked at the pandemic as an opportunity to improve aesthetics. On the Clear Aligner space, the direct to dentist side remains very positive and strong. We have seen some changes in the DTC side of the house, direct-to-consumer, that in our case, that would be Byte.

We -- as we look at the process of getting somebody from a visitor to actually purchasing aligners, we're pretty good at converting. But to your exact words, Matt, people are spending -- right now, there's a couple of things on a macro basis that have narrowed the size of the funnel, not the shape of the funnel. And that is customers are going on vacation. There's a little bit of inflation, government check stopped.

So when we look at this economic group that we target with Byte and Bytes-only in North America today and I should note that outside North America, the DTC space continues to be very healthy. And long term, we think it will be very healthy in the U.S. But in the short term, we're competing against experiences and concerns about inflation and some other things.

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

Yes, I think there's been some sort of segmentation commentary around how the macro environment is affecting different segments, up market, down market, premium priced or sort of middle market offerings. And I guess you'd say by this feeling that pain a little bit, but you'd characterize it as something that recovers. Any feeling for when that starts to sort of normalize?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

It's kind of out of our control in terms of what the structural category looks like. What we're focused on is how do we grow Byte and whether it's in the current environment or in an improving environment. And a couple of comments on that. We really bought Byte because it was strategic to us. We felt that our CAD/CAM line, our CEREC line would benefit significantly from having a presence of a Clear Aligner. Dentists often are choosing these kind of scanners on the basis of what can it do? Obviously, Invisalign has been successful with pushing out iTeros associated with Invisalign.

We got into the business about 2.5 years ago with the purchase of OraMetrix, which was much more of an orthodontist company, but it came with a Clear Aligner. Subsequent to that, we were able to expand SureSmile. As we looked at that 18 months in, we began to feel that we were subscale. So while we had committed to a manufacturing facility in Mexicali, we had built treatment planning in Costa Rica. We have an R&D unit we felt that if we could get more scale, that would be appropriate. So that's why we went for Byte.

It obviously, essentially doubles the size of our Clear Aligner franchise, which is obvious positive impact on the franchise -- cost of managing that franchise. And we're early stages in terms of -- today, Byte is basically in the U.S. and Australia. We think it has a real role to play in other countries around the world. And we look at if we can export Byte to another country or SureSmile, you can bring the other one along because, again, you're creating critical mass. So we feel global expansion is an opportunity.

As we run Byte in our mind, okay, if there's less people considering Clear Aligners, then it has to become a share gain and we're very focused on changing how we go about getting share with competitive claims, things like HyperByte, which aid in comfort and other things, we think is a differentiator. And then over time, we've kind of moved away from a pure-play social media demand generation activity, which was all social media, which there's been an impact as Apple changed some privacy settings that's impacted social media, well, that certainly impacted the business.

But we have been looking to diversify the demand creation levers by focusing more on insurance, what we call affiliate marketing. How are you in Bride Magazine? For lack of a better term. And then how do you create more content that's going to be valuable from a search engine optimization perspective where people are going to go and get content from you.

So our aspiration over time is to diversify Byte across a number of different levels. So that, hey, look, if this -- if the paid social media environment seems to be a lot more rugged, there's still, we think, significant opportunities to expand the funnel whether it's through driving share or looking at alternative means of demand creation.

---

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

Fair enough. Fair enough. So maybe if we could talk a little bit about the equipment side. The numbers have been solid. You've talked about the sort of supply chain that you've built out, not feeling the sort of pressure in terms of being able to get the supplies and semiconductors and materials that go into your equipment offerings. I guess what does Q4 look like? What does Q1 look like? Is this a seasonal quarter? Have we seen investment ahead of normal seasonality? Maybe talk a little bit about equipment trends, if you could.

---

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. And then I want to be really careful about getting too detailed on Q4. I can comment on macro trends. We feel pretty good that the level of investment that we've seen trending coming out of the pandemic where dentists were investing in more sophisticated diagnostic treatments. If you look at the penetration of 3D or CBCT, cone beam type imaging, and we launched into that with a product called Axeos, it's been positive.

If you look at what's going on with the intraoral scanning business as more and more dentists in big markets, U.S. and Germany, it's gone from kind of us pushing to all of a sudden dentists are beginning to realize it's a competitive disadvantage if they're not offering that kind of level of diagnostic. And then coming with the intraoral scanners comes a connectivity to specialists. So the specialists can be looking at the same image at the same time or you tie in with labs. And labs are beginning to push pretty hard that say, hey, look, we would much rather have digital images sent to us than physical models that are a ton more expensive.

4

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



And as some of those labs have offshore manufacturing, the opportunity to take a really accurate digital scan from something like a Primescan and push that directly to their offshore, it really has an advantage to labs. So they've been very supportive of the digital transition. So you've got 2 really good trends there.

In our business, kind of T&E, our T&E section, which may be different than others, implants reports into that and Clear Aligners reports into that. So we feel good that our traditional technology and equipment business has been on a good trend for a while. And then 2 of our big growth initiatives, implants as well as Clear Aligners report out in that section. And again, we feel that, that offers us a significant opportunity to grow the business in the future.

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

Okay. So yes, you mentioned implants a couple of times, and that's one of the sort of -- it sounded like it was one of the strong bright spots of Q3. Can you talk about how sustainable some of that demand is given what we talked about just a little bit earlier in terms of the shifting cross-currents of consumer spending currently?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. We haven't seen a change in implants. And by the way, just for the record, on the direct-to-dentist side of Clear Aligners, we haven't seen a significant change either. So kind of the dentist-initiated aesthetic treatment categories, Clear Aligners and implants continue to show very, very good progress.

In our case, we just restaged our entire implant business, a pretty comprehensive program that started with actually beginning to market everything under the Dentsply Sirona name as opposed to some of the smaller brands we used to do that under. It has a great new product called PrimeTaper, a self-tapping immediate load screw and abutment system, which we think puts us in a very, very competitive place within the category.

Unique to us is we think digital workflows are absolutely essential. So we did a lot of work on Primescan 5.2 software that allows all the way up to in dental scanning, which is a real advantage. And not only in the dental scanning, you have multiple tooth replacement, single tooth replacement, bringing the power of our digital diagnostic, whether it's imaging, or whether that's the scanning side of the house, we work long and hard on that, and it's -- we think it's a differentiator.

We -- some businesses that people don't have as much familiarity with, we have a custom abutment business where it does design planning and can grind custom abutments that are essential in some -- particularly in the front, aesthetic places. Nice business. We have a value-oriented implant business called MIS, which again, is showing good progress.

So in aggregate, we had a very, very strong third quarter. We think that business going forward is sustainable as we bring these new products in. The acquisition of Datum gives us OSX, which is a bone growth factor. Things like MIS and Atlantis give us reason to believe that we -- and I keep saying, I want to get us to grow, then I need to get us to the point we're at the category.

And then sure, we'd love to be taking share I think the journey that will go on over the next 18 months as we get into 2022, it goes more from can we consistently grow versus prior year to are we growing at the level of the category, which we tend to peg 5 to 7 on a global basis. Different people have different numbers, but that's how we look at it. And we're optimistic that we can get to the point where we're going to be able to grow at least at the category level.

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

Okay. That's helpful. So maybe to that point about the next 18 months, you've put some targets out there. You sort of reiterated some targets around growth and margins on the third quarter call, 22% operating income by the end of '22. Can you talk about where maybe -- I'm sure you've

5

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



NOVEMBER 11, 2021 / 9:20PM, XRAY.OQ - DENTSPLY SIRONA Inc at Credit Suisse Healthcare Conference (Virtual)

talked about this before, but maybe just an update or overview on where that -- where the opportunity is for leverage and expansion across the P&L?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. Sure, Matt. I mean, obviously, it all starts with sales. So good revenue in higher-margin areas is important to us. And if you look at some of the portfolio work we've done over the last 2 years getting out of traditional ortho, getting out of analog lab, there's been -- we've been trimming in certain areas that don't necessarily bubble up.

But we've been very committed to, okay, let's exit businesses where we don't have a long-term competitive advantage, that are deleterious to both our margin as well as our aggregate growth level. So we feel that, that's been a benefit.

The second, we want to add categories or invest in categories that are going to give us higher margin, higher growth rates. So in our mind, that's kind of the CAD/CAM imaging implants, Clear Aligners. Our Endo business is really important. We just had a major launch there first time in 5 years that we've had a new endodontic platform called ProTaper Ultimate. So that gives us momentum in a very important category for us.

And over the last 18 months, we've kind of redone our restorative business with Surefil one, updates in some of our blocks. We launched a product called the Tessera Blocks which is a good product for crowns. And if you look at Palodent, Palodent 360, so we feel that, again, it starts with growth.

The second thing is we spent a lot of time, talent and treasure working through the restructuring which is -- we targeted $250 million, well, just because that ends doesn't mean the efficiencies of a leaner headcount organization, more efficient workflows stops. So we'll benefit from work that we were doing in '21 and into '22 as we go forward.

Third area is supply chain. Now supply chain is going to be a little bit more challenging as there's potential pressure on distribution costs in other areas. But if you look at where we were, say, 2.5, 3 years ago, we were 40-plus facilities, and we bought some facilities with the acquisitions along the way. Yet today, we're operating in under 30 facilities.

So we think we've got opportunities to continue doing that. And then in the call, I mentioned what we call our EMP program, enterprise modernization, which is how do we bring tools and workflows, whether it's things like digital tools or whether it's automation in certain areas that will allow us to not only improve the customer experience but drive significant efficiencies in the organization or at least move some of that activity from kind of a high-cost labor location to a low-cost labor location.

So that's how we look at it, 2 sides. It's how do you get your revenue in higher margin, higher growth areas? How do you drive costs through efficiencies throughout the organization?

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

Okay. And sort of maybe to what degree is mix, part of that equation as well? New products, I don't know, new segments. If you could talk a little bit about where the mix opportunities are for next year.

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Without commenting too deeply on what our pipeline looks like in '22, I'd make a comment when we launched something brand new Endo platform, a new implant platform on September 27, I mean the real benefit to that start showing up in '22. And both Endo and implant are significantly higher-margin businesses. So that's important to us. And as we go through 2022, I'm pretty comfortable that we will have a very strong set of new products.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**REFINITIV**

Again, Matt, it's a little bit challenging for us because the minute we say something in technology and equipment, the following day, you stopped selling something, oh, okay, you're coming out with a new treatment center. Well, I'm going to wait.

So obviously, we play it a little bit versus back in the J&J days when I was there, we'd tell you everything on the pipeline here. The minute you tell it the dentist see it and say, whoa, hang on a second, I'm not going to -- so if you're not launching it the following day, you don't give as much advanced notice.

But we've got -- in my mind, we have a pretty good pipeline. And Matt, just to kind of cobble things together. If you sit there and you say, okay, again, we're going to benefit from growth in higher growth segments that happen to be higher margin. We're launching new products into those higher-margin areas like implants, resto, CAD/CAM and others.

We did take a price increase. For the first time we put all of Dentsply Sirona together and we did a global price increase. The bulk of that is sitting on the Consumables side. But we were able to do that, which I realize we have inflation, but that's certainly a tailwind that we were able to push into the business and then keep driving costs. Keep driving costs but you have to be very, very disciplined in how you operate.

And particularly coming out of COVID, with the words we use internally are COVID keeper. That's a COVID keeper, like what is the role of future participation in dental shows? We're cutting that way back. I mean if we're going to maintain a commercial selling organization, sales and marketing of 5,000 people, and if we're going to really go hard on clinical education and build like the Dentsply Sirona Academy, which we happen to be sitting a few floors above that have over 75 dentists today sitting down on our fourth floor.

Yes, okay, we're not going to invest in other things. So COVID taught us things. We got to make sure we keep that discipline and really look at where we can spend to get the maximum value of demand creation.

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

That's helpful. Maybe with some of the time we have left here, you've talked a lot about sort of digital dentistry and use of AI. It's certainly something that has just -- and it seems like it's been on the verge of being more pervasive for a decade, but in the last 2 years across a whole bunch of different markets, different companies are putting these technologies to use and to drive all sorts of benefits. And I'd just love to hear what's at the center of that strategy? And what benefits are you talking about bringing to customers?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. It was funny, we were at DS World in Las Vegas and somebody used that exact phraseology, Matt. They were sitting there saying, digital dentistry is like Dippin' Dots, the ice cream of the future. It's been the ice cream of the future for 60 years, but I really think a couple of things changed. With this current generation of intraoral scanners, if you look at iTero, if you look at what's come out of 3Shape, you look at what we've come out, it's really fast, really accurate. We think we're kind of a cut above everything.

And the digital workflow efficiencies, cost efficiencies, consumer preference and now the treatment planning that's starting to come off these things, has changed. And it's different market to market, like in the U.S., it's now prevalent enough, penetration is high enough, where if you don't have one, the dentist -- if the dentist down the street doesn't have one, she's going to feel she needs one because she's got to be competitive for patient acquisition.

And then if you look at things that have been built off it, Clear Aligners really, really benefit from an intraoral scan versus a physical model because -- due to the whole cost structure changes dramatically. And then with the pandemic, you saw so many dentists basically saying, "Hey, look, if I'm going to see a reduction in patient volume, I have to increase the revenue per patient and a more sophisticated diagnostic thing." I mentioned 2D, 3D giving way to really 3D CBCT, and you see the penetration of that actually begin to move because you can diagnose and do a much better job if you want to add implants to your practice.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



So in my mind, the ease of use of the products, the sophistication and now the treatment planning that's really beginning to incorporate a lot of AI has made it different. It's now gone from nice to have to you have to have it. And in our prepared remarks, Matt, we talked about the fact that we're one of the few -- easily the biggest company that's both -- that has both x-ray imaging and intraoral scanning and the opportunities for us to begin to harmonize how that works together. It's one of the reasons in our prepared remarks, 2 quarters in a row, we've talked about the fact that we have 500 software engineers, which is double where we were 3 years ago, and I would expect that number to continue increasing.

And when we talk about we want to spend 4% to net in R&D or if it has to go higher, so much of that is going to go into AI machine learning that's going to really make it almost impossible for the dentist to do without. We would really like to be that essential diagnostic and treatment planning partner for the dentist.

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

Fair enough. Okay. Well, we're just about at time here. I, again, apologize for the late start, but is there anything that you'd like to close with in terms of forward-looking comments or things that we didn't quite touch on enough here in the discussion?

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Yes. I mean, of course, Matt, we're not going to issue forward-looking comments. I should have had somebody read the safe harbor. But we're -- I've been here 3.5 years, and I think our team has done a very good job on positioning the company really well for the kind of the next generation of Dentsply Sirona, which, again, as I mentioned upfront, I think our -- we have an incredibly valuable, large digital installed base between imaging, treatment centers and intraoral scanning, one of the best names in dentistry with CEREC.

And as we look out of the future, the opportunity to integrate workflows in the faster-growing, higher-margin categories like Clear Aligners, implants, Resto and Endo gives us confidence that we think we can grow this business and continue improving the fundamentals underneath when we talk about margin and other things.

So we're probably more optimistic about the business today than we were 2 weeks ago. And if you look at where we were 2 weeks ago, we were certainly more optimistic as time goes on. So there's a pretty fired up team here at Dentsply Sirona.

**Matthew Stephan Miksic** - *Crédit Suisse AG, Research Division - Senior Research Analyst*

Great to hear. Listen, thank you very much for spending the time with us. Thanks, everyone, for joining us, and I hope you have a good rest of your day.

**Donald M. Casey** - *DENTSPLY SIRONA Inc. - CEO & Director*

Great. Thanks, Matt.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



NOVEMBER 11, 2021 / 9:20PM, XRAY.OQ - DENTSPLY SIRONA Inc at Credit Suisse Healthcare Conference (Virtual)

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2021, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



# EXHIBIT 10

C Corrected Transcript

17-Jun-2021

# Dentsply Sirona, Inc. (XRAY)

**Baird Healthcare ESG Symposium**

Total Pages: 11

Copyright © 2001-2021 FactSet CallStreet, LLC

**Dentsply Sirona, Inc.** *(XRAY)*
Baird Healthcare ESG Symposium

Corrected Transcript
17-Jun-2021

# CORPORATE PARTICIPANTS

**Jorge M. Gomez**
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

# OTHER PARTICIPANTS

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*

# MANAGEMENT DISCUSSION SECTION

**Jeff D. Johnson**
*Analyst, Robert W. Baird & Co., Inc.*

We are excited to welcome you to Baird's inaugural healthcare ESG Symposium. We have over 135 attendees joining us virtually on today's platform and we hope you find the content informative and useful. Our next presentation from today is from Dentsply Sirona, a leading manufacturer of dental consumables and equipment products. And with us today from Dentsply, we are happy to have Chief Financial Officer, Jorge Gomez and Vice President of Investor Relations, Andrea Daley. So, Jorge, I'm going to open the floor to you for a few minutes if you want to start with maybe a few prepared comments and then I thought we would move straight into Q&A. So, thanks for joining as Jorge and the floor is yours.

**Jorge M. Gomez**
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

Thanks, Jeff and good morning, everybody. Thanks for the invite. We are very happy to be here for multiple reasons, one, Andrea and I, CFO and head of IR, we actually double hat and have a big responsibility within the company for ESG. So, I'm the executive sponsor at Dentsply Sirona and then with Andrea plus a few other leaders of the company, we have a steering committee that is leading the efforts around ESG and so it's great to have the opportunity to share that with you and with investors some of the great things that we have going on.

The most interesting thing about ESG for me so far has been the fact that across the company, across the globe all of our employees are embracing ESG and in fact, they are helping us to drive these efforts in a way that is very natural and that hopefully is becoming part of how we run the business, how we go about our days. And so that's – is great to have that type of environment because it makes the progress faster and complying with a lot of new regulations and standards and things that will be coming out, I think is going to be a lot easier because we will have participation from everybody. So again very happy to be here, happy to answer any questions that you may have between Andrea and I will do our best to share our journey so far.

# QUESTION AND ANSWER SECTION

**Jeff D. Johnson**                                                                        Q
*Analyst, Robert W. Baird & Co., Inc.*

Great. Well, thank you. And just for background for investors who might want to ask a question, please know I think you can type that question into – you should have a question box on your screen I believe, although I have a different screen, so maybe I'm wrong on that. If I am wrong, feel free to e-mail me directly. I have my e-mail up. It is J-D as in Dale, jdjohnson@rwbaird.com. So with that, Jorge why don't we jump in right into questions.

Some recent news from you on ESG last month, you announced that I think it was with GSK's consumer healthcare group and Colgate and TP, you were partnering with the FDI World Dental Foundation (sic) [Federation] trying to promote FDI's Sustainability and Dentistry Initiative. When I look into that initiative, it's focused on reducing collective carbon dioxide footprint of dentistry, targeting practitioners, patients, supply chain using a variety of sustainability tools that you expect to introduce.

So that's the description anyway that I pull off a press release. But maybe you can give us some color about who FDI is, why you chose to partner with them on this initiative and kind of what should we expect from it over the next couple years? That would be helpful.

**Jorge M. Gomez**                                                                        A
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

Sure. No, thanks for starting with that question. And just let me start by saying that philosophically the way we want to tackle ESG is we believe this is a massive effort that will take participation not only from people inside the company, but I think in the spaces – industrial spaces. We'll have to work together to make meaningful progress. So partnerships is a key element of our strategy and this is one of a number of examples of partnerships that we are in the process of building, specifically FDI. FDI is a global organization, the world's, I guess, main industry organization that brings together dentist practices across the globe and they work on a lot of protocols and ways of conducting the dental business.

And so they have great influence in all the continents and working with other companies like GSK and a few other important multinational corporations, we believe that we have a great opportunity to do many things within dentistry. Specifically some of the objectives that we have include we want to create protocols that dentists in multiple geographies can use, so they can improve their practice from a sustainability perspective. I think at a high level, a lot of people understand the environmental, the social and the governance pieces of ESG, but we want to bring this down a level or two and specifically for example come up with a code of good practice for sustainability and dentistry, allowing dentists or empowering dentists with toolkits to help their practices improve from a sustainability perspective.

I think in general, dentistry is a clean industry relative to many other industries, but we still have a lot of waste. And there are things that we need to be mindful of and it's going to be a lot more powerful if we tackle this across the space of dentistry. We want to do it as a company, we want to do it with our peers, we want to do it with dentists. And if we all work together to figure out what are the key priorities and then develop plans to tackle those key priorities, we're going to make progress a lot faster. And so, that is the intention that we are pursuing with this partnership with other multinational corporations and FDI.

# Dentsply Sirona, Inc. *(XRAY)*
Baird Healthcare ESG Symposium

**Corrected Transcript**

17-Jun-2021

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

**Q**

Okay. Well, that's helpful. And maybe it's a good segue then just into your 2020 sustainability factsheet, I think, that was just recently published. I know you're structuring your disclosures around the sustainability accounting standards, you're trying to align many of your efforts with the UN Sustainability – or, Sustainable Development Goals. But maybe as a softball question, but what would you consider to be one or two of the most important revelations, if you will, from that new report that was just recently released?

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**A**

No, there is one that for sure has been a really eye-opening for the management team and for everybody within the company that is the clear correlation and the significant overlap between ESG priorities and business strategy. That to me has been a revelation because when we set out to formalize the journey within the company, this was kind of a side project where a few people were driving it and trying to summarize and to clarify what we wanted to do.

And then, as we went deeper, as we got smarter about the SASB framework, the TCFD framework, CDP all of these things, on the social side we're talking about that gender participation or representation. All of those aspects, we – at some point we stop and we look at all of this things and we established a very clear correlation with a lot of business priorities. For example, take the E part of ESG and impact on the environment. That clearly ties to our business strategy of simplifying our footprint.

As you know, Jeff we talk about this multiple times, we are simplifying our footprint. We have consolidated from 42 manufacturing facilities down to 29 or 30 right now. That is important from a cost perspective, it is important from a quality perspective and it reduces the impact that we have on the environment so – very clearly. Switching to the S part of ESG, D&I and gender diversity and just diversity in general, it is extremely important from an engagement perspective. When we do engagement service, those are very important aspects that matter to people.

As you know, there are many academic studies that show that greater diversity correlates better with better financial performance. And so, working on all of those things, now ESG is part of our mainstream operating model, is something that we talk about in monthly business reviews, quarterly reviews as part of the ongoing discussions with the board. So that has been amazing. This is now part of who we are and how we operate. To me, that was really, really important. The last point I would say is one of the key aspects of ESG is managing risks and it ties perfectly into our enterprise risk management process which from a governance perspective, as you know, is extremely important. So all of those things are coming together really nicely and that has been really interesting and I wasn't expecting to get that close – to get all of these things that closely together.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

**Q**

Yeah. No, that's interesting. So maybe even a couple follow-ups. You pointed to the E side of ESG. I also noticed you stop selling amalgam at the end of 2020. I would assume that's an environmentally-driven decision but maybe you can kind of walk us through how even something like that bubbles up to the surface and you make that decision?

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**A**

# Dentsply Sirona, Inc. *(XRAY)*
Baird Healthcare ESG Symposium

Corrected Transcript
17-Jun-2021

Perfect example of the symbiotic relationship between ESG and business strategy. It's interesting. So from an environmental perspective, there are issues with amalgams, right? And so that was something that the medical – the clinicians within the company were dealing with and trying to figure out how we solved that issue and made the decision to exit that business. So as a company, we made the decision to exit that business. In parallel, we develop a product Surefil one that actually we think is better and actually from a sales perspective has a much better profile, just economically much better for us. So again great, great combination of business strategy, ESG coming together. And so that's why we made that decision and it makes a lot of sense for the business going forward.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah. Okay. And again if I just kind of tick through some of the points you made on the diversity side, I think 42% gender diversity is the number I saw in your report. What are the efforts maybe to increase that although that's already kind of at a high level relative to some of the other companies that we've looked into, but – and I think for example, it's single-digit percentage of the overall workforce is black or African-American, I mean, just what are some efforts maybe that you're taking there?

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Yeah. The first thing I would say is that personally for me and for the CEO of the company, for Don Casey, diversity in general is extremely important personally. We believe in it. We have been working together on that space for many, many years here and at other companies. And so we are totally committed to tackling diversity in all aspects of it, not only gender, not only race but all aspects of diversity. So that's number one. And we are talking about this in all management forums, town hall meetings, having the data, been public right now, in front of all of our employees and stakeholders is extremely important.

Interestingly enough, in one aspect of diversity, Dentsply Sirona is very diverse. We are truly a global company. We have direct presence in over 100 countries. We just had a couple of days of meetings, virtual meetings with people from all over, all over, all sorts of accents, cultural backgrounds. So diversity is something that is natural to this organization. Now we have to expand that and there are concepts of diversity that are specific to certain countries [indiscernible] (13:08) globally.

Gender diversity is something that is really, really important across the globe and something that we are committed to. And I'll tell you, in a couple of years, we have made already a lot of progress on that front. It was not something that the company was used to talking about openly. It was not a key priority. Now, it's absolutely a key priority. Diversity, ethnicity in the US has a very specific definition which is different from how you talk about ethnicity in Asia Pacific or in Europe.

And so, we are defining goals, targets and programs to improve ethnicity representation in the US. So this is – it has a lot of work streams, all of them important and – but we have – I think we have a great foundation. One of the great things that ESG does is by having baseline data, it makes you accountable, so it doesn't matter what I tell you today. If we are having this conversation next year and you look at the numbers and the numbers have not improved, we are not doing a good job. Beyond the absolute numbers, what is really important from an ESG perspective is trending. And so, we now have baselines for all areas of ESG and our commitment now is that we will make progress over time in all of them. Diversity is front and center for us.

---

# Dentsply Sirona, Inc. *(XRAY)*
Baird Healthcare ESG Symposium

**Corrected Transcript**

17-Jun-2021

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah, good. Good. So maybe one more on the environment and this is – I'm going to show my age and how old I am here. But I can remember literally back in the early 2000s, when I first started covering dental, talking with investors about how great it was that we were going from, the example I used to always use was mixing up dental cement with a mortar and pestle and instead going to single use vials or kind of the two vials with the stopper that you depress in single use, you throw it away and that was great for margins, that was great for revenues for companies like Dentsply, things like that.

But the flipside is when we think about environmentally, these single use consumables in that do generate probably more waste than the buy in bulk kind of things. You kind of talked about it a little bit with FDI, but interesting to hear maybe from you. Are there things that can be done from a waste perspective, from a packaging perspective, things like that from an environmental perspective?

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Absolutely. But let me reemphasize the fact that we need to tackle this as an industry. So I think there's three layers of this process. One is how we handle this as an industry, making sure that our customers understand the importance of the need for change, right? Because if one company alone tries to do this, it is not going to make a real dent. We are committed to making changes. And in fact internally we have, within the supply chain team, we have a group that is working on next generation package for a lot of these products. But it is going to take some time. It is expensive and we need to make sure that there is good customer adoption for those changes.

And working on customer adoption is something we need to do as an industry. Again educating the dentist, making sure they understand the opportunities that we have and that we want to move in a direction where we change how things are done today. And the other layer of this is as we train or as universities train new dentists, right, one of the things that we do from an ESG perspective and from a clinical education perspective is we partner with many schools, dental schools.

As part of those partnerships now, we want to start including the topic of ESG and specifically things like from a packaging perspective we need to figure out better ways of doing things. So it takes a village. This is a, as I said before, is a major initiative, it takes a village, it takes the industry as a whole, individual contributions from companies, education of the dentist and then having organization like FDI being kind of neutral parties that are going to make sure that everybody tries to follow the same protocols.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah. And I obviously talk to one of your manufacturing peers quite frequently, a couple of the others that maybe aren't publicly traded I talk to sometimes, but do you feel like from a top five manufacturer or top seven and I don't want to single anybody out, so keep it as broad as you need to, but are people starting to line up and all pull on that same oar and kind of move in that same direction in taking kind of ESG as an initiative that they would on the product packaging side and some of these other things, kind of all move in that direction?

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Jeff, I would not be able to tell you with certainty because at least in the efforts that we're conducting with FDI, it's still very early stages.

---



# Dentsply Sirona, Inc. *(XRAY)*
Baird Healthcare ESG Symposium

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah. Yeah.

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

So, I can talk about the efforts that we're doing internally. But, I think what you're describing that collaboration across the industry I believe is going to start happening relatively soon. But, as of now I'm not aware of that.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah. Understood. Sorry about that on the phone there. But, one other question on supply chain, you brought that up and you build-out kind of a broad and complex supply chain. I know there's efforts underway to actually simplify that supply chain and I think that's probably a good cost opportunity for Dentsply over the next few years.

But, as you talk about kind of risk assessment that you do and you perform each year on the supply chain, have you ever uncovered a risk that you are uncomfortable with that caused you to change or even end a supplier relationship? Just kind of wondering do the efforts actually bear fruit or kind of reduce your risk over time because you uncovered something maybe at a supplier.

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Absolutely. And this process of risk assessment with suppliers and our own risk assessments in our plants, they always yield a lot of good information and as it relates to third-party suppliers, it helps us filter and reduce the relationships that we have, and going with the people that are more progressive with suppliers that are applying best standards. One thing that we have in mind as we do assessment of suppliers is at some point we'll have to be reporting a Scope 3 impact on the environment, emissions and other stuff. And in order to do that, there is going to be a significant need for data exchange for a great understanding of who your partners are, and so all of that is underway.

So we have our internal process which is essentially we do an annual risk assessment and we look at a number of things. It's a pretty long questionnaire and process, it includes site visits and interviews and a lot of exchange of information. And every year there are actions that come out of that. They may not be major in some cases but certainly as we rank and rate our suppliers, that is an important input into our sourcing decisions and we make decisions that have that as a critical input. We also make sure that we share with them that we are always in touch with respect to new regulations.

And as you know, there's a lot of things in some parts of the world that are pretty difficult to comply with, but they make sense over time. And so we – for example, we make sure that our suppliers comply with The California Transparency in Supply Chain (sic) [Chains] Act of 2010. There is the UK Modern Slavery Act, conflict minerals. I mean, there are so many regulations that are used as frameworks to assess the performance of the suppliers. We also have – we always make sure that our code of ethics and business conduct applies to our suppliers. So we have a rigorous code of ethics and business conduct program and they need to understand that. They need to read it. They need to live by that as if they were employees of the company.

---

Copyright © 2001-2021 FactSet CallStreet, LLC

# Dentsply Sirona, Inc. *(XRAY)*
Baird Healthcare ESG Symposium

Corrected Transcript
17-Jun-2021

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Interesting. So how many investors ask you about ESG efforts in your conversation? Has that changed in the past year or two? I can remember back, again now not showing quite as much age, but four, five years ago, I get a call every now and then from a European investor especially who, hey, we've got a sustainability fund or something. But it happened maybe a few times a year and it seemed and maybe I'm wrong on that, but it seemed like it would be a European investor that was in a sustainability fund or something. But I think call volume on my end has gone up. People at least asking some cursory questions. Are you seeing it on your end? Does it come up more on your meetings at all on the investor side?

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Yeah, very much so and I've seen actually a significant change in the last 12 months. I would say when I first joined the company in August of 2019 like the first few quarters here, there was actually one or two investors that would ask questions about ESG and that was it. And then, probably as a function of more people are talking about ESG and we as a company are talking more about ESG, that combination results and we're having a lot more conversations with investors. And for example, Andrea and I in the last two weeks we have had meetings with three or four investors with the sole purpose of talking about ESG. So, they have asked for time and we have scheduled half hour, 45 minutes with about four investors that want to understand our program, our objectives. And we have also, in addition to that, some of our larger investors. They have well-structured processes within the firms.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah.

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

And they have specialists and we have had long conversations with them. They look at a lot of details of our program. I'll tell you and I really – as part of the management team here, we are proud of the progress we're making and the feedback that we have gotten from large investors with respect to where we are in this journey recognizing that it's early for us. The feedback has been really good.

We have been disciplined about choosing the right frameworks, SASB, TCFD, CDP and all of that stuff. We are bringing the rigor of data integrity to the data collection from day one which is something that obviously as a CFO I care a lot about data integrity and so we are applying the same standards. Essentially, we're going to apply the same standards to ESG data as we apply to financial data. We are going to treat all of this data with the same level of integrity and to that effect, we're working on implementing technology and systems to be able to track it in a pretty rigorous way.

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

And I think, value and we could talk about returns on that, I'm sure from a long-term perspective we're very good. What are the costs involved in this? Is there a demonstrable impact to margin, to earnings, is it something that's in numbers now? How should we think about it just more from a P&L perspective even if we're willing, I think we should be willing to accept a little dilution or a little bit of pressure for the good of society so to speak, but what are the costs involved?

## Dentsply Sirona, Inc. *(XRAY)*
### Baird Healthcare ESG Symposium

Corrected Transcript
17-Jun-2021

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

Jeff, I would say, so far the cost, the actual cost has been really minimal. I mean, it is not – I cannot blame anything on the P&L as a result of initiatives that we are taking from an ESG perspective. I think medium term, as I said before, I think one thing that is really important is for us to make sure that ESG is part of our operating model that is not something different or on the side.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Yeah.

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

A

If we do that, then the cost is going to be really manageable.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Q

Okay. And then, when I think back historically on Dentsply, there was a period when the company was being run by a CEO and the chairman of the board and maybe morale wasn't as high as I'd seen in prior years at Dentsply. How does ESG maybe help morale? I would assume now there's kind of this unifying and you kind of discussed this earlier but almost this unifying effort underway that probably gives everybody a good collegial feeling of pulling on that same work so to speak and things like that. So, anything you can say from internally on morale with these efforts?

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*



It's hard to measure at this point because it's early. Anecdotally, I would say that people seem to be really, really embracing ESG. We had in the last couple of days, yesterday and the day before, we had a global meeting with the top leaders of the company, several layers of management and the topic of sustainability came up often. We were talking about culture and defining our operating principles and values or refreshing them for the future. And in all the conversations sustainability came up. And as something that people want, as something that people want to be part of.

The fact that now we are providing them with a framework and we are demonstrating progress and that we care as a management team, I think is creating a level of engagement that will be very, very positive for the morale of people across the globe. As you know, ESG is a big, big deal in Europe for example. So we have our – and as you know 40% of our business is European. The excitement that we have created with our people in Europe is great. In the US, it's happening too, in Asia Pacific, everywhere. So I think this is going to have a tremendous positive impact. And we should be able to measure that more tangibly in the next one or two years.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*



Great. And I'm down to my last question. We have 6 minutes left. So again if there's anyone else who would like to ask a question, none have come in so far, but please either e-mail me directly as we discussed previously or hopefully there's a question box on your screen. So, Jorge not necessarily an ESG-related question, but I did see

# Dentsply Sirona, Inc. *(XRAY)*
Baird Healthcare ESG Symposium

**C** Corrected Transcript
17-Jun-2021

in that 2020 report you've trained over a million – or, you trained over a million dental professionals in 2020. Without context, like you said, maybe it's hard to have a real feel for what that might be.

But when I look at that trending data a couple years prior in 2018 and 2019, the number of dentists trained in each of those prior years was half of that and even less than half of that, 400,000 to 500,000. So how much of that sizable increase in docs that you've trained last year, how much of that was tied to COVID? These guys were just sitting around, more guys and women were just sitting around more and had more time to train during some downtime. Or how much of that is, obviously you've grown your efforts, you've developed those 60 dental training facilities and showrooms across the globe. So how much is tied to each of those and how sustainable is that big number going forward?

## Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

**A**

Yeah, no, very important topic for us and I would tell you clinical education in general is a strategic area for us. When you believe in integrated workflows and a lot of the new technologies that were used in software, training is incredibly important. Empowering dentists to perform at the top of their license is something that strategically is very important for us and clinical education is clearly enabling that. So as you indicated, I think as a company, we have a good tradition of having implemented tools and resources to provide clinical education to our customers and COVID actually accelerated that journey.

And to your point, we double, more than double the participants in 2020. Obviously, COVID had a lot to do with that for a number of months. Clinicians, dentists in general had more time at their disposal because they were not seeing patients or seeing fewer patients. And they – for the most part, they used that time well. We were ready when that demand showed up very quickly during COVID, we had the right content and the right technological tools to meet that demand.

I think some of that probably is now going to continue as people go back closer to their normal routines and volumes. So there's going to be less opportunities for them to spend time on clinical education. However, I think it is not going to go back down to the levels pre-COVID. I think it is going to be higher than that because people are now more comfortable with virtual training. In the past, as you know, a lot of this training was in person. Now, there is great technology. People are more comfortable with the technology and specifically Dentsply Sirona, we keep working harder and harder on having a good clinical education offering because we believe as a strategic part of our business.

## Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

All right. Well, that's a great way to end the conversation I think. So thank you, Jorge and Andrea for the interesting discussion, kind of insight into your growing ESG efforts. As a reminder for listeners, our next presentation is from Castle Biosciences. That presentation can be accessed by clicking on the Castle link on the symposium website. So Andrea, Jorge, thank you for joining us today. I've enjoyed the conversation and for everybody on the web stream here, have a great rest of your day. Thanks.

## Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

Thanks, Jeff. Appreciate the invite.

# Dentsply Sirona, Inc. *(XRAY)*
## Baird Healthcare ESG Symposium

**Corrected Transcript**

17-Jun-2021

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Yeah. Thanks.

---

### Jorge M. Gomez
*Executive Vice President & Chief Financial Officer, Dentsply Sirona, Inc.*

Have a good day. Bye.

---

### Jeff D. Johnson
*Analyst, Robert W. Baird & Co., Inc.*

Yeah. You too. Bye.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.