# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SAN ANTONIO FIRE AND POLICE :    Civil Action No. 1:22-cv-06339-AS
PENSION FUND, CITY OF BIRMINGHAM :    (Consolidated)
RETIREMENT AND RELIEF SYSTEM, EL :
PASO FIREMEN & POLICEMEN'S :    <u>CLASS ACTION</u>
PENSION FUND, and WAYNE COUNTY :
EMPLOYEES' RETIREMENT SYSTEM, :
*Individually and on Behalf of All Others* :
*Similarly Situated*, :
                             :
                 Plaintiff, :
                             :
      vs. :
                             :
DENTSPLY SIRONA INC., DONALD M. :
CASEY, JR., and JORGE GOMEZ, :
                             :
                 Defendants. :
                             :

---------------------------------------------------------------x

## DEFENDANT DONALD M. CASEY, JR.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR ADMISSION

Defendant Donald M. Casey, Jr. ("Casey"), by and through his undersigned counsel, hereby provides his responses and objections (the "Responses") pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure ("FRCP") and Rule 26.3 of the Local Rules of the United States District Court for Southern District of New York (the "Local Rules") to Lead Plaintiffs City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System's (collectively, "Plaintiffs") Requests for Admission to Dentsply, dated June 27, 2025 (the "Requests," and each a "Request") as follows:

## GENERAL OBJECTIONS

Each of Casey's Responses is subject to the following General Objections (the "General Objections") to the Responses, and each such General Objection is incorporated by reference in Casey's Responses to each and every Request for Admission as if fully set forth therein and, therefore, any failure to repeat the General Objections in any Response shall not be deemed a waiver.

The Responses are made to the best of Casey's knowledge at the present time, and Casey explicitly reserves the right to revise, amend, correct, supplement or clarify the Responses.

1.      Casey objects to all definitions, instructions and each and every Request that purports to impose obligations beyond those required or permitted by the FRCP, the Local Rules, the Court's rules or orders, or any other applicable law or rule (the "Governing Rules").

2.      Casey objects to each and every Request, including the definitions and instructions contained therein, to the extent it is vague, ambiguous, overbroad, unduly burdensome, harassing, oppressive, redundant, unreasonable in scope, not relevant to any claim or defense, or not proportional to the needs of the case.  Casey further objects to each and every Request to the extent

it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case, or is likely to impose significant and disproportionate burden or inconvenience on Casey. On May 1, 2024, the Honorable Arun Subramanian issued an Opinion and Order granting in part and denying in part Defendants' motion to dismiss (ECF No. 106) (the "Order"). Pursuant to the Court's Order, and relevant to Casey, Plaintiffs failed to state claims as to paragraphs 100–102, 108, 114, 120, 147–148, and 181–183 and portions of paragraphs 105, 111, 114, 120, and 143 of the Complaint. Order at 18. As such, Casey will only provide Responses, if any, that relate to the claims that were not dismissed in the Court's Order (the "Remaining Claims").

3.      Casey objects to each and every Request as vague and ambiguous to the extent that the terms or phrases used therein are undefined, would require Casey to speculate as to their intended meaning, and/or fail to meaningfully distinguish between similar, but not identical, terms and phrases used elsewhere in the Requests.

4.      Casey objects to each and every Request to the extent it seeks information not presently in the possession of Casey, but rather in the possession of third parties or separate legal entities. Casey will only propound Responses regarding information that is within his possession, custody or control.

5.      Casey objects to each and every Request, including the definitions and instructions, to the extent that they purport to require Casey to draw legal conclusions or is predicated on legal conclusions or arguments. Subject to and without waiver of his objections, Casey states that any Response or provision of information in response to the Requests is not intended to provide, and shall not constitute or be construed as acceptance of, a legal conclusion or an admission concerning any of the terms used in the Requests.

3

6.          Casey objects to each and every Request, including the definitions and instructions contained therein, to the extent it is premature and requires propounding a Response concerning a subject matter as to which Casey's investigation is ongoing, and Casey expressly reserves the right to supplement and amend his Response to each and every Request pursuant to Federal Rule 26(e) based on the results of the investigation and further discovery in this action.

7.          Casey objects to each and every Request to the extent it calls Defendants to propound Responses regarding information already in the possession of the Plaintiffs, or otherwise available from public sources or documents that are on file with the Court.  Such a Request is beyond the scope of permissible discovery, would impose an undue burden on Casey, and is an attempt to require Casey to prepare Plaintiffs' case.

8.          Casey objects to each and every Request, including the definitions and instructions contained therein, to the extent it expressly or impliedly seeks information protected from disclosure by the attorney-client privilege, the work product doctrine, Federal Rule of Evidence 408, a joint defense or common interest privilege, or any other applicable privilege, immunity, or protection from discovery or whose disclosure is otherwise prohibited by the Governing Rules. Information covered by such privileges is not subject to disclosure and, therefore, the Requests will not be construed to seek such information.  Any inadvertent disclosure of any information protected by such privileges shall not be deemed or construed as a waiver of any privilege, immunity, protection, or right of Casey.

9.          Casey objects to each and every Request, including the definitions and instructions contained therein, to the extent that it calls for the disclosure of confidential or proprietary or non-public information, trade secrets, research, development, commercial or financial information, or any other completely sensitive information, the release of which could cause competitive or

commercial harm to Casey or a third party, or cause harm to the public.  Casey will provide any such non-privileged, relevant, and responsive information subject to the terms and conditions of the Protective Order entered in this case (ECF No. 120).

10.    The objection, failure to object, or any indication herein that Casey will propound Responses regarding the matters set forth in any Request does not constitute a representation by Casey that such information exists or is within his knowledge, possession, custody, or control.  To the extent that Casey propounds Responses to the Requests, Casey does so without conceding the propriety, relevance, competency, privilege, materiality, confidentiality, authenticity, or admissibility of any such Response, or information that may be responsive to such Request.

11.    Casey objects to each and every Request, definition, and instruction contained in the Request to the extent that any such Request, definition, or instruction contains inaccurate, incomplete or misleading descriptions of the facts, persons, relationships, events, and pleadings underlying this action.  The production of any information or the propounding of Responses to such Request, shall not constitute Casey's agreement with or acquiescence to any such description.

Casey incorporates the foregoing General Objections into the specific objections and Responses to each Request and thus does not restate each therein.

### OBJECTIONS TO DEFINITIONS

1.    Casey objects to each definition to the extent it is vague, ambiguous, overbroad, overinclusive, would result in undue burden and expense, includes information that is not relevant to any party's claims or defenses, would encompass information that is outside Casey's custody or control, seeks information from outside the relevant time period as defined in the Requests (the "Relevant Time Period"), or imposes duties on Casey that differ from or exceed those imposed by the Governing Rules.

2.        Casey objects to the definition of "Complaint" to the extent that it includes claims and allegations that were dismissed by the Court.  In responding to these Requests, Casey will construe the term "Complaint" to include only the "Remaining Claims."

3.        Casey objects to the definition of "Employee(s)" because it is vague, ambiguous, overbroad, overinclusive, and would result in undue burden and expense.  Casey further objects to the definition to the extent it purports to require Casey to make subjective determinations and undertake highly burdensome investigations to identify "any person who at any time . . . purported to act on [Defendants'] behalf or under [Defendants'] supervision, direction or control[.]"  Casey further objects to this definition to the extent it purports to require Casey to propound Responses including information protected from disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  In responding to these Requests, Casey will construe the term "Employee(s)" in its ordinary use as context requires.

4.        Casey objects to the definition of "Internal Investigation" because it is vague, ambiguous, overbroad, and overinclusive.  In responding to these Requests, Casey will construe "Internal Investigation" to mean the Audit and Finance Committee's Internal Investigation as discussed in Dentsply Sirona Inc.'s November 1, 2022 Form 8-K.

5.        Casey objects to the definition of "Persons" because it is vague, ambiguous, overbroad and overinclusive, and would result in undue burden and expense.  In responding to these Requests, Casey will construe "Persons" in a manner consistent with the Governing Rules.

### OBJECTIONS TO INSTRUCTIONS

1.        Casey objects to each instruction to the extent it is vague, ambiguous, overbroad, overinclusive, would result in undue burden and expense, purports to require the propounding of Responses regarding information that is not relevant to any party's claims or defenses, would encompass information that is outside Casey's possession, custody or control, seeks information

6

from outside the Relevant Time Period, or imposes duties on Casey that differ from or exceed those imposed by the Governing Rules.  Casey further objects to each instruction to the extent it purports to require Casey to propound Responses regarding information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.

2.      Casey objects to Instruction Nos. 6 and 7 to the extent they purport to impose burdens and obligations that exceed the requirements of the Governing Rules, including the FRCP.

3.      Casey objects to Instruction No. 7 to the extent it purports to impose on Casey an obligation to supplement and amend that exceeds the requirements of FRCP 26(e)(1)(A).  Casey will supplement and amend his Responses in accordance with FRCP 26(e)(1)(A) and any other applicable rule or law.

### RESERVATION OF RIGHTS

1.      Casey reserves all objections to the use of these Responses and of any information he produces.  Casey may interpose all such objections at the time of trial or as otherwise required by the applicable rules or order of the Court.

2.      Casey reserves the right to amend, supplement, or withdraw his Responses and objections to the Requests in accordance with FRCP 26(e).

3.      Insofar as the intentional propounding of Responses by Casey pursuant to the Requests may be deemed to be a waiver of any privilege or right, such waiver shall be deemed to be a limited waiver with respect only to the particular information contained in such Response.

4.      Nothing in Casey's Responses and objections herein shall be construed as a waiver of Casey's rights to (i) object on the grounds of competency, relevance, materiality, hearsay, or any other proper grounds, to the use of any information provided in these Responses for any purpose, in whole or in part, in any subsequent stage or proceeding in this or any other action; (ii) object on any and all grounds, at any time, during any discovery procedure related to the subject

7

matter of these documents; or (iii) assert the attorney-client privilege, the work product doctrine, joint defense privilege, or any other privilege or right.

**SPECIFIC RESPONSES AND OBJECTIONS**

Casey incorporates by reference the foregoing General Objections, Objection to Definitions, Objections to Instructions, and Reservation of Rights in each of the following specific Responses and objections as if fully set forth therein. To the extent specific objections appear in the response to a particular Request, they so appear because they are particularly applicable to that specific Request; this is not to be construed as a waiver or limitation of any General Objection applicable to such Request. Casey makes the following Responses and objections:

**REQUEST NO. 1:**

Admit that Dentsply's common stock traded in an Efficient Market throughout the Class Period.

**RESPONSE TO REQUEST NO. 1:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request to the extent it calls for a legal conclusion. Casey cannot admit or deny the matters set forth in the Request.

**REQUEST NO. 2:**

Admit that the SEC instituted cease-and-desist proceedings against Dentsply on or about December 16, 2020.

**RESPONSE TO REQUEST NO. 2:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 3:**

Admit that the cease-and-desist proceedings against Dentsply were instituted pursuant to §21C of the Securities Exchange Act of 1934 ("Exchange Act").

**RESPONSE TO REQUEST NO. 3:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 4:**

Admit that, on or about December 16, 2020, the SEC imposed the Cease and Desist Order on Dentsply.

**RESPONSE TO REQUEST NO. 4:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 5:**

Admit that the Cease and Desist Order ordered Dentsply to cease and desist from committing or causing any violations and any future violations of §13(a) of the Exchange Act and Rules 12b-20 and 13a-13 thereunder.

**RESPONSE TO REQUEST NO. 5:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 6:**

Admit that Dentsply consented to the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 6:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "consented" on the grounds that it is vague and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and

9

Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply consented to the entry of the Cease and Desist Order.

**REQUEST NO. 7:**

Admit that you consented to the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 7:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "consented" on the grounds that it is vague and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 8:**

Admit that Gomez consented to the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 8:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "consented" on the grounds that it is vague and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 9:**

Admit that you signed the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 9:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 10:**

Admit that Gomez signed the Cease and Desist Order.

10

**RESPONSE TO REQUEST NO. 10:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 11:**

Admit that you did not read the Cease and Desist Order prior to signing it.

**RESPONSE TO REQUEST NO. 11:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 12:**

Admit that the Cease and Desist Order was a result of Dentsply knowingly selling more of its dental technologies equipment to its U.S. distributor, Patterson Companies, Inc. ("Patterson"), than Patterson could timely sell to retail purchasers.

**RESPONSE TO REQUEST NO. 12:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 13:**

Admit that, in the Cease and Desist Order, the SEC found that Dentsply violated the reporting provisions of §13(a) of the Exchange Act.

**RESPONSE TO REQUEST NO. 13:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

11

**REQUEST NO. 14:**

Admit that, in the Cease and Desist Order, the SEC found that Dentsply violated Rules 12b-20 and 13a-13 of §13(a) of the Exchange Act.

**RESPONSE TO REQUEST NO. 14:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 15:**

Admit that, as of September 30, 2021, no new policies had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 15:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters the matters set forth in the Request insofar as the term "policies" refers to formal written policies and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 16:**

Admit that, as of September 30, 2021, no new procedures had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 16:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous.  Subject to and without waiving the General

12

Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 17:**

Admit that, as of September 30, 2021, no new practices had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 17:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 18:**

Admit that, as of September 30, 2021, you had not made any changes to Dentsply's policies as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 18:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request insofar as the term "policies" refers to a formal written policies but denies

13

any characterization that imputes individual responsibility to any individual to make changes to Dentsply's policies and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 19:**

Admit that, as of September 30, 2021, Gomez had not made any changes to Dentsply's policies as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 19:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's policies and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 20:**

Admit that, as of September 30, 2021, you had not made any changes to Dentsply's procedures as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 20:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General

14

Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 21:**

Admit that, as of September 30, 2021, Gomez had not made any changes to Dentsply's procedures as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 21:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 22:**

Admit that, as of September 30, 2021, you had not made any changes to Dentsply's practices as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 22:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set

15

forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 23:**

Admit that, as of September 30, 2021, Gomez had not made any changes to Dentsply's practices as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 23:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 24:**

Admit that, as of December 31, 2021, no new policies had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 24:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems

in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 25:**

Admit that, as of December 31, 2021, no new procedures had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 25:**

In addition to the General Objections, Casey specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 26:**

Admit that, as of December 31, 2021, no new practices had been put into place at Dentsply as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 26:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 27:**

17

Admit that, as of December 31, 2021, you had not made any changes to Dentsply's policies as a result of Cease and Desist Order.

**RESPONSE TO REQUEST NO. 27:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request insofar as the term "policies" refers to a formal written policies but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's policies and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 28:**

Admit that, as of December 31, 2021, Gomez had not made any changes to Dentsply's policies as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 28:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "policies" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request but denies any characterization that imputes individual responsibility to any individual to make changes to Dentsply's policies and avers that Dentsply was continually updating and expanding

18

its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 29:**

Admit that, as of December 31, 2021, you had not made any changes to Dentsply's procedures as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 29:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 30:**

Admit that, as of December 31, 2021, Gomez had not made any changes to Dentsply's procedures as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 30:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "procedures" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and

19

2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 31:**

Admit that, as of December 31, 2021, you had not made any changes to Dentsply's practices as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 31:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

**REQUEST NO. 32:**

Admit that, as of December 31, 2021, Gomez had not made any changes to Dentsply's practices as a result of the Cease and Desist Order.

**RESPONSE TO REQUEST NO. 32:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the terms "practices" and "as a result of" on the grounds that they are vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request and avers that Dentsply was continually updating and expanding its systems in 2021 and 2022 in an effort to ensure compliance with applicable laws and regulations, including those of the SEC.

20

**REQUEST NO. 33:**

Admit that, in 2021, you violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 33:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 34:**

Admit that, in 2022, you violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 34:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 35:**

Admit that, in 2021, Gomez violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 35:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 36:**

Admit that, in 2022, Gomez violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 36:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 37:**

Admit that, in 2021, Ranjit S. Chadha ("Chadha") violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 37:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 38:**

Admit that, in 2022, Chadha violated provisions of Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 38:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 39:**

Admit that, in 2021, you did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 39:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 40:**

22

Admit that, in 2022, you did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 40:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 41:**

Admit that, in 2021, Gomez did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 41:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 42:**

Admit that, in 2022, Gomez did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 42:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 43:**

Admit that, in 2021, Chadha did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 43:**

23

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 44:**

Admit that, in 2022, Chadha did not maintain an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 44:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 45:**

Admit that, in 2021, you did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 45:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 46:**

Admit that, in 2022, you did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 46:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 47:**

Admit that, in 2021, Gomez did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 47:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 48:**

Admit that, in 2022, Gomez did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 48:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 49:**

Admit that, in 2021, Chadha did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 49:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 50:**

Admit that, in 2022, Chadha did not promote an appropriate control environment focused on compliance in areas of Dentsply's business.

**RESPONSE TO REQUEST NO. 50:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 51:**

Admit that, in 2021, you did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 51:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 52:**

Admit that, in 2022, you did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 52:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 53:**

Admit that, in 2021, Gomez did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

26

**RESPONSE TO REQUEST NO. 53:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 54:**

Admit that, in 2022, Gomez did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 54:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 55:**

Admit that, in 2021, Chadha did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 55:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

27

**REQUEST NO. 56:**

Admit that, in 2022, Chadha did not sufficiently promote adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 56:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently promote" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 57:**

Admit that, in 2021, you did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 57:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 58:**

Admit that, in 2022, you did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 58:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague,

28

overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 59:**

Admit that, in 2021, Gomez did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 59:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 60:**

Admit that, in 2022, Gomez did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 60:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 61:**

Admit that, in 2021, Chadha did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

29

**RESPONSE TO REQUEST NO. 61:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 62:**

Admit that, in 2022, Chadha did not sufficiently monitor adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 62:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently monitor" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 63:**

Admit that, in 2021, you did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 63:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

30

**REQUEST NO. 64:**

Admit that, in 2022, you did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 64:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO. 65:**

Admit that, in 2021, Gomez did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 65:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 66:**

Admit that, in 2022, Gomez did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 66:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague,

31

overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 67:**

Admit that, in 2021, Chadha did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 67:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 68:**

Admit that, in 2022, Chadha did not sufficiently enforce adherence to the Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 68:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "sufficiently enforce" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 69:**

Admit that, in 2021, you created a culture where Dentsply employees did not feel comfortable raising concerns without fear of retaliation.

32

**RESPONSE TO REQUEST NO. 69:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "retaliation" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO. 70:**

Admit that, in 2022, you created a culture where Dentsply employees did not feel comfortable raising concerns without fear of retaliation.

**RESPONSE TO REQUEST NO. 70:**

In addition to the General Objections and Objections to Definitions and Instructions, Dentsply specifically objects to the use of the term "retaliation" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO. 71:**

Admit that, in 2021, Gomez created a culture where Dentsply employees did not feel comfortable raising concerns without fear of retaliation.

**RESPONSE TO REQUEST NO. 71:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "retaliation" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 72:**

33

Admit that, in 2022, Gomez created a culture where Dentsply employees did not feel comfortable raising concerns without fear of retaliation.

**RESPONSE TO REQUEST NO. 72:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "retaliation" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 73:**

Admit that, in 2021, you maintained an inappropriate tone at the top at Dentsply.

**RESPONSE TO REQUEST NO. 73:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "tone at the top" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO. 74:**

Admit that, in 2022, you maintained an inappropriate tone at the top at Dentsply.

**RESPONSE TO REQUEST NO. 74:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "tone at the top" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO. 75:**

Admit that, in 2021, Gomez maintained an inappropriate tone at the top at Dentsply.

**RESPONSE TO REQUEST NO. 75:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "tone at the top" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 76:**

Admit that, in 2022, Gomez maintained an inappropriate tone at the top at Dentsply.

**RESPONSE TO REQUEST NO. 76:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "tone at the top" on the grounds that it is vague, overbroad, and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 77:**

Admit that Dentsply restated its financial statements for the three months ended September 30, 2021.

**RESPONSE TO REQUEST NO. 77:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 78:**

35

Admit that Dentsply restated its financial statements for the nine months ended September 30, 2021.

**RESPONSE TO REQUEST NO. 78:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 79:**

Admit that Dentsply restated its financial statements for the fiscal year ended December 31, 2021.

**RESPONSE TO REQUEST NO. 79:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 80:**

Admit that the Restatement corrected material errors in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 80:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 81:**

Admit that the Restatement corrected material errors in Dentsply's 2021 Form 10-K.

**RESPONSE TO REQUEST NO. 81:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 82:**

36

Admit that, as of September 30, 2021, Dentsply had ineffective disclosure controls and procedures.

**RESPONSE TO REQUEST NO. 82:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 83:**

Admit that, as of December 31, 2021, Dentsply had ineffective disclosure controls and procedures.

**RESPONSE TO REQUEST NO. 83:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 84:**

Admit that, as of September 30, 2021, Dentsply had material weaknesses in its internal control over financial reporting.

**RESPONSE TO REQUEST NO. 84:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 85:**

Admit that, as of December 31, 2021, Dentsply had material weaknesses in its internal control over financial reporting.

**RESPONSE TO REQUEST NO. 85:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 86:**

Admit that Dentsply's 2021 Form 10-K/A included restated and revised financial statements for each of the quarterly periods of 2021.

**RESPONSE TO REQUEST NO. 86:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits that, as stated in the Company's 2021 Form 10-K/A, Dentsply restated financial statements for the fiscal year ended December 31, 2021 and presented "corresponding restatements and revisions to each of the quarters of 2021" and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 87:**

Admit that, during the Class Period, Dentsply utilized incorrect accounting and assumptions in the determination of estimates related to Dentsply's sales returns provisions.

**RESPONSE TO REQUEST NO. 87:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 88:**

Admit that, during the Class Period, Dentsply utilized incorrect accounting and assumptions in the determination of estimates related to Dentsply's warranty reserve provisions.

**RESPONSE TO REQUEST NO. 88:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 89:**

Admit that, during the Class Period, Dentsply utilized incorrect accounting and assumptions in the determination of estimates related to Dentsply's variable consideration.

**RESPONSE TO REQUEST NO. 89:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 90:**

Admit that Dentsply identified misstatements for the three months ended September 30, 2021 in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 90:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits that the Company's Form 10-Q/A for the quarterly period ended September 30, 2021 states that Dentsply's Audit and Finance Committee "identified misstatements for the three and nine months ended September 30, 2021" and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 91:**

Admit that Dentsply identified material misstatements for the three months ended September 30, 2021 in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 91:**

39

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the undefined term "material misstatements" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 92:**

Admit that Dentsply identified misstatements for the nine months ended September 30, 2021 in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 92:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits that the Company's Form 10-Q/A for the quarterly period ended September 30, 2021 states that Dentsply's Audit and Finance Committee "identified misstatements for the three and nine months ended September 30, 2021" and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 93:**

Admit that Dentsply identified material misstatements for the nine months ended September 30, 2021 in Dentsply's 3Q21 Form 10-Q.

**RESPONSE TO REQUEST NO. 93:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the undefined term "material misstatements" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

40

**REQUEST NO. 94:**

Admit that Dentsply identified misstatements for the fiscal year ended December 31, 2021 in Dentsply's 2021 Form 10-K.

**RESPONSE TO REQUEST NO. 94:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits that the Company's Form 10-K/A for the fiscal year ended December 31, 2021 states that Dentsply's Audit & Finance Committee's Internal Investigation "identified misstatements for . . . the fiscal year ended December 31, 2021" and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 95:**

Admit that Dentsply identified material misstatements for the fiscal year ended December 31, 2021 in Dentsply's 2021 Form 10-K.

**RESPONSE TO REQUEST NO. 95:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the undefined term "material misstatements" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 96:**

Admit that the incentive-related sales to Patterson and Henry Schein, Inc. ("Schein") in 3Q21 allowed Dentsply to meet internal financial targets for the three months ended September 30, 2021.

**RESPONSE TO REQUEST NO. 96:**

41

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the basis the term "allowed to meet" is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 97:**

Admit that material misstatements in Dentsply's financial reporting allowed Dentsply to meet external financial analyst expectations for the three months ended September 30, 2021.

**RESPONSE TO REQUEST NO. 97:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the basis that the Request impermissibly calls for a legal conclusion. Casey also objects to the use of the term "allowed to meet" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 98:**

Admit that meeting financial targets for 3Q21 allowed you to receive approximately $7.5 million in stock compensation pursuant to Dentsply's 2019 Operating Margin Transformation Incentive Plan.

**RESPONSE TO REQUEST NO. 98:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the basis that the Request impermissibly calls for a legal conclusion. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers

42

that Casey received $7.5 million in stock due to the Company meeting the 21% operation margin PRSU target set by the Board of Directors.

**REQUEST NO. 99:**

Admit that meeting financial targets for 3Q21 allowed Gomez to receive approximately $5.25 million in stock compensation pursuant to Dentsply's 2019 Operating Margin Transformation Incentive Plan.

**RESPONSE TO REQUEST NO. 99:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the basis that the Request impermissibly calls for a legal conclusion.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 100:**

Admit that the Internal Investigation commenced in March 2022.

**RESPONSE TO REQUEST NO. 100:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 101:**

Admit that Dentsply first publicly disclosed the Internal Investigation on May 10, 2022.

**RESPONSE TO REQUEST NO. 101:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits the matters set forth in the Request.

**REQUEST NO. 102:**

Admit that Dentsply offered incentives to Patterson to purchase more products in 3Q21.

**RESPONSE TO REQUEST NO. 102:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more products" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 103:**

Admit that Dentsply offered incentives to Patterson to purchase more products in 4Q21.

**RESPONSE TO REQUEST NO. 103:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more products" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 104:**

Admit that Dentsply offered incentives to Schein to purchase more products in 3Q21.

**RESPONSE TO REQUEST NO. 104:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more products" is compared. Subject to and without waiving the General

Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks

knowledge or information sufficient to form a belief as to the truth of the matters set forth in the

Request.

**REQUEST NO. 105:**

Admit that Dentsply offered incentives to Schein to purchase more products in 4Q21.

**RESPONSE TO REQUEST NO. 105:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey

specifically objects to the Request on the grounds that it is vague and ambiguous for failure to

specify to what "more products" is compared.  Subject to and without waiving the General

Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks

knowledge or information sufficient to form a belief as to the truth of the matters set forth in the

Request.

**REQUEST NO. 106:**

Admit that Dentsply offered Patterson incentives to purchase products in order for

Dentsply to meet internal sales targets in 3Q21.

**RESPONSE TO REQUEST NO. 106:**

Subject to and without waiving the General Objections, Objections to Definitions and

Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form

a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 107:**

Admit that Dentsply offered Patterson incentives to purchase products in order for

Dentsply to attempt to meet internal sales targets in 4Q21.

**RESPONSE TO REQUEST NO. 107:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 108:**

Admit that Dentsply offered Schein incentives to purchase products in order for Dentsply to meet internal sales targets in 3Q21.

**RESPONSE TO REQUEST NO. 108:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 109:**

Admit that Dentsply offered Schein incentives to purchase products in order for Dentsply to attempt to meet internal sales targets in 4Q21.

**RESPONSE TO REQUEST NO. 109:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 110:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 3Q21 contributed to higher levels of Patterson inventory at the end of 3Q21.

**RESPONSE TO REQUEST NO. 110:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

46

**REQUEST NO. 111:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 4Q21 contributed to higher levels of Patterson inventory at the end of 4Q21.

**RESPONSE TO REQUEST NO. 111:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 112:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 3Q21 contributed to higher levels of Schein inventory at the end of 3Q21.

**RESPONSE TO REQUEST NO. 112:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 113:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 4Q21 contributed to higher levels of Schein inventory at the end of 4Q21.

**RESPONSE TO REQUEST NO. 113:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 114:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 3Q21 contributed to lower sales by Dentsply to Patterson in 1Q22.

47

**RESPONSE TO REQUEST NO. 114:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 115:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 3Q21 contributed to lower sales by Dentsply to Patterson in 2Q22.

**RESPONSE TO REQUEST NO. 115:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 116:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 4Q21 contributed to lower sales by Dentsply to Patterson in 1Q22.

**RESPONSE TO REQUEST NO. 116:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 117:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 4Q21 contributed to lower sales by Dentsply to Patterson in 2Q22.

**RESPONSE TO REQUEST NO. 117:**

48

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 118:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 3Q21 contributed to lower sales by Dentsply to Schein in 1Q22.

**RESPONSE TO REQUEST NO. 118:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 119:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 3Q21 contributed to lower sales by Dentsply to Schein in 2Q22.

**RESPONSE TO REQUEST NO. 119:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 120:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 4Q21 contributed to lower sales by Dentsply to Schein in 1Q22.

**RESPONSE TO REQUEST NO. 120:**

49

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 121:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 4Q21 contributed to lower sales by Dentsply to Schein in 2Q22.

**RESPONSE TO REQUEST NO. 121:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 122:**

Admit that the sales made pursuant to the incentives Dentsply offered to Patterson in 3Q21 enabled Dentsply to meet external financial analyst expectations in 3Q21.

**RESPONSE TO REQUEST NO. 122:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "enabled" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 123:**

Admit that the sales made pursuant to the incentives Dentsply offered to Schein in 3Q21 enabled Dentsply to meet external financial analyst expectations in 3Q21.

**RESPONSE TO REQUEST NO. 123:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "enabled" on the grounds that it is vague and ambiguous. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 124:**

Admit that "extended payment terms" – as that phrase is used in the 2021 Form 10-K/A – includes the 180-day payment terms Dentsply offered to Patterson in 3Q21.

**RESPONSE TO REQUEST NO. 124:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 125:**

Admit that "extended payment terms" – as that phrase is used in the 2021 Form 10-K/A – includes the 180-day payment terms Dentsply offered to Patterson in 4Q21.

**RESPONSE TO REQUEST NO. 125:**

In addition to the General Objections, Casey specifically objects to Request No. 125 on the grounds that it is vague and ambiguous for failure to specify to what "more product" is compared. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 126:**

51

Admit that, in 3Q21, Dentsply offered Patterson 180-day payment terms to incentivize Patterson to buy more product.

**RESPONSE TO REQUEST NO. 126:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the grounds that it is vague and ambiguous for failure to specify to what "more product" is compared.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 127:**

Admit that, in 4Q21, Dentsply offered Patterson 180-day payment terms to incentivize Patterson to buy more product.

**RESPONSE TO REQUEST NO. 127:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 128:**

Admit that, in 3Q21, Gomez was aware that Dentsply had offered Patterson 180-day payment terms on product sales to Patterson in 3Q21.

**RESPONSE TO REQUEST NO. 128:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 129:**

Admit that, in 4Q21, Gomez was aware that Dentsply had offered Patterson 180-day payment terms on product sales to Patterson in 4Q21.

**RESPONSE TO REQUEST NO. 129:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 130:**

Admit that, in 3Q21, Gomez approved Dentsply's offer of 180-day payment terms on product sales to Patterson in 3Q21.

**RESPONSE TO REQUEST NO. 130:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST FOR ADMISSION NO. 131:**

Admit that, in 4Q21, Gomez approved Dentsply's offer of 180-day payment terms on product sales to Patterson in 4Q21.

**RESPONSE TO REQUEST NO. 131:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 132:**

Admit that, in conjunction with the 2021 audit of Dentsply's consolidated financial statements, PricewaterhouseCoopers, LLP was not informed of the incentive arrangements referenced in Request Nos. 102-123.

**RESPONSE TO REQUEST NO. 132:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the Request on the grounds that it is vague and ambiguous, because Requests Nos. 102–123 reference a range of incentives. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 133:**

Admit that Dentsply processed returns and/or exchanges that were not in accordance with the return and/or exchange provisions contained in existing distributor agreements and sales contracts in China.

**RESPONSE TO REQUEST NO. 133:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 134:**

Admit that members of Dentsply's local commercial team in China violated Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 134:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 135:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization violated Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 135:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 136:**

Admit that members of Dentsply's local commercial team in China did not maintain an appropriate control environment in certain areas of Dentsply's business focused on compliance.

**RESPONSE TO REQUEST NO. 136:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 137:**

Admit that Gomez did not maintain an appropriate control environment in certain areas of Dentsply's China business focused on compliance.

**RESPONSE TO REQUEST NO. 137:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 138:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not maintain an appropriate control environment in certain areas of Dentsply's business focused on compliance.

**RESPONSE TO REQUEST NO. 138:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 139:**

Admit that members of Dentsply's local commercial team in China did not promote an appropriate control environment in certain areas of Dentsply's business focused on compliance.

**RESPONSE TO REQUEST NO. 139:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 140:**

Admit that Gomez did not promote an appropriate control environment in certain areas of Dentsply's China business focused on compliance.

**RESPONSE TO REQUEST NO. 140:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 141:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not promote an appropriate control environment in certain areas of Dentsply's business focused on compliance.

**RESPONSE TO REQUEST NO. 141:**

56

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 142:**

Admit that members of Dentsply's local commercial team in China did not sufficiently promote adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 142:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 143:**

Admit that Gomez did not sufficiently promote adherence to Dentsply's Code of Ethics and Business Conduct in China.

**RESPONSE TO REQUEST NO. 143:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 144:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not sufficiently promote adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 144:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 145:**

Admit that members of Dentsply's local commercial team in China did not sufficiently monitor adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 145:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 146:**

Admit that Gomez did not sufficiently monitor adherence to Dentsply's Code of Ethics and Business Conduct in China.

**RESPONSE TO REQUEST NO. 146:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 147:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not sufficiently monitor adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 147:**

58

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 148:**

Admit that members of Dentsply's local commercial team in China did not sufficiently enforce adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 148:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 149:**

Admit that Gomez did not sufficiently enforce adherence to Dentsply's Code of Ethics and Business Conduct in China.

**RESPONSE TO REQUEST NO. 149:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 150:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization did not sufficiently enforce adherence to Dentsply's Code of Ethics and Business Conduct.

**RESPONSE TO REQUEST NO. 150:**

59

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 151:**

Admit that members of Dentsply's local commercial team in China committed intentional wrongdoing.

**RESPONSE TO REQUEST NO. 151:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 152:**

Admit that the former head of Dentsply's Asia-Pacific commercial organization committed intentional wrongdoing.

**RESPONSE TO REQUEST NO. 152:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 153:**

Admit that Dentsply terminated your employment on or about April 17, 2022.

**RESPONSE TO REQUEST NO. 153:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits that Dentsply's termination of Casey's

employment was communicated to him on April 17, 2022 and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 154:**

Admit that Dentsply terminated your employment the day after you were interviewed by Hogan Lovells LLP in connection with the Internal Investigation.

**RESPONSE TO REQUEST NO. 154:**

Casey objects to the Request on the basis that the Request impermissibly assumes a cause-and-effect relationship between the Audit and Finance Committee's Internal Investigation and Casey's termination. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and avers that Casey was interviewed by Hogan Lovells LLP on April 15, 2022.

**REQUEST NO. 155:**

Admit that Dentsply terminated your employment less than one week after Dentsply announced your renomination as a member of Dentsply's Board of Directors.

**RESPONSE TO REQUEST NO. 155:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits that Casey's renomination as a member of Dentsply's Board of Directors was announced in its proxy statement dated April 13, 2022, and that Dentsply's termination of Casey's employment was communicated to him on April 17, 2022.

**REQUEST NO. 156:**

Admit that Dentsply terminated Chadha's employment.

**RESPONSE TO REQUEST NO. 156:**

61

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 157:**

Admit that you verbally "beat up" Dentsply employees.

**RESPONSE TO REQUEST NO. 157:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO. 158:**

Admit that you called a Dentsply employee a "lesbo."

**RESPONSE TO REQUEST NO. 158:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO. 159:**

Admit that you threatened to punch another Dentsply employee in the face.

**RESPONSE TO REQUEST NO. 159:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request and avers that, in the context of an inside joke related to a shared prior supervisor, Casey joked to Eric Bruno in a meeting that he was going to "punch him in the face."

**REQUEST NO. 160:**

Admit that you repeatedly used the F-word in addressing Dentsply employees.

**RESPONSE TO REQUEST NO. 160:**

62

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO 161:**

Admit that you referred to another Dentsply employee as a "dick."

**RESPONSE TO REQUEST NO. 161:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters asserted in the Request.

**REQUEST NO. 162:**

Admit that Gomez called Dentsply a "piece of freaking crap."

**RESPONSE TO REQUEST NO. 162:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST FOR ADMISSION NO. 163:**

Admit that Dentsply did not issue a Legal Hold Notice to you prior to your departure from Dentsply in 2022.

**RESPONSE TO REQUEST NO. 163:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits that Dentsply did not issue a Legal Hold Notice in connection with this action to Casey prior to Casey's departure from the Company in April 2022.

**REQUEST FOR ADMISSION NO. 164:**

Admit that Dentsply did not issue a Legal Hold Notice to you following your departure from Dentsply in 2022.

**RESPONSE TO REQUEST NO. 164:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey admits that Dentsply did not issue a Legal Hold Notice in connection with this action to Casey following Casey's departure from Dentsply in April 2022.

**REQUEST NO. 165:**

Admit that Dentsply did not issue a Legal Hold Notice to Gomez prior to Gomez's departure from Dentsply in 2022.

**RESPONSE TO REQUEST NO. 165:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 166:**

Admit that Dentsply did not issue a Legal Hold Notice to Gomez following Gomez's departure from Dentsply in 2022.

**RESPONSE TO REQUEST NO. 166:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST FOR ADMISSION NO. 167:**

Admit that on August 5, 2021, during Dentsply's earnings call for 2Q21, Gomez made the following statement:

> Yes. Nathan. And just to clarify, we, financially, we have been able to manage the challenges really well. The supply chain team has done an outstanding job of managing situations like, for example, we talked last quarter about some risks of

64

supply disruption relative to certain electronic components, right?  And the team has done a great job doing that.  We are seeing inflationary pressures on the shipping cost side.  And the team has handled those well.

And overall, with COVID, there's always concerns about – there are certain suppliers and certain parts of the economy that are not back to normal levels from a production standpoint.  And so those are things that we are watching closely.  And all of our projections, the guidance include the risk as we see it.  And – but again, for the most part, the team so far has done a great job of managing those things.  But we think it was – we thought it was worthwhile mentioning because it's happening across the board.

**RESPONSE TO REQUEST NO. 167:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 168:**

Admit that on September 23, 2021, during the Investment Community Session at Dentsply Sirona World 2021, you made the following statement:

The reason Dan actually has no hair anymore is, in fact, because the supply chain is a challenge.  There are pieces and chunks that remain to be – we're working through it, chips, among other things.  And we're very comfortable that we're going to be able to deliver what our customers need, but it's certainly taking a lot more effort.

**RESPONSE TO REQUEST NO. 168:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey

denies the matters set forth in the Request and refers to the transcript of the Investment Community

Session at Dentsply Sirona World 2021 on September 23, 2021, a genuine copy of which is

attached as Exhibit 2 to the Company's Responses and Objections to Plaintiffs' Requests for

Admission, in its entirety for its true and correct contents.  Casey denies any characterizations

inconsistent with the contents of the referenced document.

**REQUEST NO. 169:**

Admit that on September 23, 2021, during the Investment Community Session at Dentsply

Sirona World 2021, you made the following statement:

> The businesses we worry the most about right now are chip-related.  We feel very
> good that we have adequate supply.  But where we might have been holding 180
> days, we're now trying to hold more just because we keep hearing from the car
> industry and other stuff that there's going to be chip challenges.

> Medical grade plastic is something that we see a little bit of a push on. But again,
> one of the reasons I actually wanted to have our supply chain people is because it
> comes up, and I think they've done a heck of a job.  Right now, we don't have
> anything that's blinking yellow or red.

**RESPONSE TO REQUEST NO. 169:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey

objects to the Request because it purports to request information concerning quoted language that

is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the

General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey

denies the matters set forth in the Request and refers to the transcript of the Investment Community

Session at Dentsply Sirona World 2021 on September 23, 2021, a genuine copy of which is

attached as Exhibit 2 to the Company's Responses and Objections to Plaintiffs' Requests for

Admission, in its entirety for its true and correct contents.  Casey denies any characterizations

inconsistent with the contents of the referenced document.

**REQUEST NO. 170:**

66

Admit that on September 23, 2021, during the Investment Community Session at Dentsply Sirona World 2021, Gomez made the following statement:

> Jason, just to add some flavor to your question. I think, so clearly from a supply disruption perspective, we are fine. But it is clear that there is inflation in some places. Costs are going up.

**RESPONSE TO REQUEST NO. 170:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 171:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> Yes, as I indicated in my remarks, there are challenges. So far, I also said this so far for us, we have not been impacted in terms of our ability to manufacture products or to supply our distributors is something that we are monitoring very closely. The supply chain team is doing a great job because the reality is, it is harder now to find certain components.
>
> It is more expensive in some cases to procure certain materials. We have managed all of that so far. So with respect to what we're seeing in the inventory pipeline or channel, we haven't seen any major disruptions. Any changes really of material significance at this point. But as you know, this is a global situation, and it's something that is hard to predict at this point. But so far, we – our financials are not – have not been impacted by the supply chain issues in a material way other than some elevated costs that we have been able to offset or in some cases, for example, we did a price increase.

**RESPONSE TO REQUEST NO. 171:**

67

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 172:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> And the – as I said before, the supply chain team is doing a great job.  And that's why, so far, we have not impacted our ability to manufacture products.

**RESPONSE TO REQUEST NO. 172:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 173:**

Admit that on November 11, 2021, during the Credit Suisse Healthcare Conference, you made the following statement:

> As we go into the fourth quarter, we're optimistic that things get closer and closer to normal.  Obviously, the supply chain is impacting all of us.  When you talk about – in our case, it's – we look at distribution costs are accelerating.  To date, we've been able to manage through a lot of that.  And as we look out, we have a few key products that there's obviously going to be constraints around we're a heavily chip-

68

oriented business.  To date, we've been able to make everything we need to make.  But as we jump out 6, 8, 12 months, we expect to see pressure on that.

We have a terrific supply chain.  One of the advantages of the structure we put in place over the last 2 years is a centralized supply chain with a pretty sophisticated procurement group, and that's helped us through it.  But we're also – we took price in the – at the very end of the third quarter, with the idea that we want to get in front of inflation.

**RESPONSE TO REQUEST NO. 173:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of the Credit Suisse Healthcare Conference on November 11, 2021, a genuine copy of which is attached as Exhibit 4 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its true and correct contents.  Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 174:**

Admit that on December 1, 2021, during the Evercore ISI HealthCONx Virtual Conference, you made the following statement:

Yes.  So the supply chain, I break it out into 2 things, Elizabeth, distribution and logistics.  We're not seeing huge delays.  We're seeing increased costs associated with that.  And that's obviously a headwind as we go forward.  The second issue is are we having problems getting anything, we're basically – what we're learning is we can get stuff.  It just takes a lot more effort because it might not be as easy to get.

**RESPONSE TO REQUEST NO. 174:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that

69

is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of the Evercore ISI HealthCONx Virtual Conference on December 1, 2021, a genuine copy of which is attached as Exhibit 5 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its true and correct contents. Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 175:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> In the quarter, we also experienced more acute supply chain and COVID- related constraints, which we estimate to have suppressed our total company organic growth by approximately 2 to 3 points. We view this as a temporary headwind but anticipate that our supply chain will be – will remain challenging for at least 1 or 2 quarters in 2022.

**RESPONSE TO REQUEST NO. 175:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 176:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

70

Up until the third quarter, the majority of our supply chain challenges were cost related due to inflationary pressures. In the fourth quarter, we started to face significant component shortages impacting the production of imaging equipment and treatment centers. We estimate this impact to have reduced the T&E segment growth rate by at least 4 points.

We ended the quarter with a higher-than-normal backlog in imaging, and our team will continue to manage the supply chain situation as effectively as possible over the next few quarters. Similar to many other industries, the availability of electronic components in dental is inconsistent at the moment.

## RESPONSE TO REQUEST NO. 176:

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

## REQUEST NO. 177:

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

One thing that we had been experiencing before this quarter, and I mentioned this a couple of times, we were able to have access to all the components we needed albeit at a higher price. So the impact had been only from a cost perspective.

## RESPONSE TO REQUEST NO. 177:

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey

71

lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 178:**

Admit that on June 9, 2021, during the Goldman Sachs Global Healthcare Conference, Gomez made the following statement:

> Specifically for us, we have seen a good rebound of our sales in CAD/CAM in general and is happening pretty much across all of the categories within equipment. I think we're seeing great recovery and imaging across the board, CAD/CAM. And we feel frankly, in some places, we are probably gaining share.  At a minimum, we are tracking with a fast market growth rate. . . .
>
> . . . So across that entire ecosystem, we've seen good recovery, good progress.  And so both short-term rebound is good.  And then long-term trend, this is part of a good trend, and we're excited about that business.  And I think the potential is there for us and for all.

**RESPONSE TO REQUEST NO. 178:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 179:**

Admit that on September 15, 2021, during the Robert W. Baird Global Healthcare Conference, Gomez made the following statement:

> [W]e have a few key objectives with this year. One of them is continued momentum with our digital dentistry and the promotions that you talk about.  Primescan continues to do well.  Selling cameras alone is doing really well.  CEREC is also doing well.  So that – the momentum in that business has continued. . . .

And so I think our digital business – digital dentistry business continues to be strong and we have more things coming down the pike.

**RESPONSE TO REQUEST NO. 179:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 180:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

There continues to be a strong momentum on increasing digital capabilities within dental offices. Demand is high for digital devices such as Primescan and imaging equipment such as our new Axeos unit.

**RESPONSE TO REQUEST NO. 180:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 181:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

73

Yes, what we're seeing for T&E going into the fourth quarter is along the lines of what we said in our prepared remarks, which is, we have great momentum. There is great demand for Primescan, great demand for Axeos and imaging in general. The timing of sales relative to DS World, most of those sales actually happened in the fourth quarter. We – there was a lot of great excitement.

And so in our guidance for the fourth quarter, we are including pretty substantial growth for CAD/CAM, for imaging in general. So the performance in that business – that part of the business continues to be strong.

**RESPONSE TO REQUEST NO. 181:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 182:**

Admit that on January 12, 2022, during the JPMorgan Healthcare Conference, you made the following statement:

[W]e've been really happy with CAD/CAM. Our CAD/CAM business is, if you look, we've kind of evolved with that, just in terms of – we used to be just full chairside. And now with the – as we have a DI product and introducing things like mill, we've been very happy with that.

**RESPONSE TO REQUEST NO. 182:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of the JPMorgan Healthcare

74

Conference on January 12, 2022, a genuine copy of which is attached as Exhibit 9 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its true and correct contents. Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 183:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> Our clear aligners, implants and CAD/CAM businesses posted a strong growth in the quarter.

**RESPONSE TO REQUEST NO. 183:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 184:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> T&E segment organic sales expansion was led by double-digit growth in clear aligners, CAD/CAM and implants. The T&E segment posted a strong growth despite difficult supply chain conditions.

**RESPONSE TO REQUEST NO. 184:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that

is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 185:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, you made the following statement:

> There was strong progress within the CEREC franchise during 2021.  In addition to a record number of DI cameras sold, we were able to launch major software innovations with CEREC 5.2 and SureSmile 7.6. There is also good progress on Primemill.  Our higher-end CBCT imaging systems also saw robust demand.  This stems from dentists looking to add more sophisticated diagnostic tools that will allow them to incorporate more complex procedures like implants and clear aligners to the practices.

**RESPONSE TO REQUEST NO. 185:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of Dentsply's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its true and correct contents.  Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 186:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

76

The retail demand for Primemill is solid, and our dealer partners in the U.S. have sufficient inventory to meet that demand.  In the short term, this trade-off will reduce our wholesale volume of Primemills but is the right thing to do for our customers.

**RESPONSE TO REQUEST NO. 186:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 187:**

Admit that on June 9, 2021, during the Goldman Sachs Global Healthcare Conference, Gomez made the following statement:

We have thrown in more sophisticated and strategic incentive plans.  We went from doing a lot of incentives with our dealer partners, and we have redirected those dollars mostly to the end customer.  And so trying to match end-customer demand with our sales.  That is a very important thing.

**RESPONSE TO REQUEST NO. 187:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 188:**

Admit that on August 5, 2021, during Dentsply's earnings call for 2Q21, you made the following statement:

> In terms of dealer inventory, first, we've been super happy with our dealer partners, I mean, both the large and small. They've done a really good job, in our opinion, on helping us buffer some pretty radical supply chain swing – not supply chain swings, demand swings. . . .
>
>  . . . I would tell you, they've been challenged to maintain inventory.

**RESPONSE TO REQUEST NO. 188:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of Dentsply's Q2 2021 earnings call on August 5, 2021, a genuine copy of which is attached as Exhibit 1 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its true and correct contents. Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 189:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> We don't think so. We track that closely and we manage our inventory levels in a disciplined way. And so we are not seeing that at this point.

**RESPONSE TO REQUEST NO. 189:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the

78

General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey

lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in

the Request.

**REQUEST NO. 190:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made

the following statement:

> I don't think so.  No, we watch inventory very closely, our internal inventory, inventory in the channel.  And our objective at all times is to ensure that our manufacturing process is smooth.  And the worst thing that you can do for any manufacturing process is to move inventory levels too drastically from period to period.

> So our goal, at all times, is to keep inventory levels relatively stable.  And our actually long-term goal is frankly to decrease days of inventory, and that's a key internal goal that we track and measure very closely.

**RESPONSE TO REQUEST NO. 190:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey

objects to the Request because it purports to request information concerning quoted language that

is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the

General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey

lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in

the Request.

**REQUEST NO. 191:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year

2021, Gomez made the following statement:

> The last week or 2 in December became more complicated for dental practices in many markets primarily as a result of staffing shortages, and as a result, volume tended to go down a little bit again in the last couple of weeks in December in a lot of markets.

79

We had also situations like China where many provinces still have the zero COVID policy and, as a result, are in major lockdowns, which restricts substantially patient traffic.  So those are probably the 2 main constraints we were facing from a volume – from a demand perspective.

**RESPONSE TO REQUEST NO. 191:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 192:**

Admit that on August 5, 2021, during Dentsply's earnings call for 2Q21, you made the following statement:

We are reaffirming our 2021 outlook.  The dental market continues to show resilience as well as strong underlying fundamentals.  We believe that Dentsply Sirona is well positioned to deliver sustainable growth in the future.

**RESPONSE TO REQUEST NO. 192:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of Dentsply's Q2 2021 earnings call on August 5, 2021, a genuine copy of which is attached as Exhibit 1 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its true and

80

correct contents.    Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 193:**

Admit that on September 15, 2021, during the Robert W. Baird Global Healthcare Conference, Gomez made the following statement:

> Yes.  We think we have the levers.  I think the market is healthy in many areas where we have exposure.  We are making investments in areas where we are under indexed.  And so we think we have a very good shot at being able to deliver that type of growth rate sustainably, which is something that the company has not done in many, many years.

**RESPONSE TO REQUEST NO. 193:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 194:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, you made the following statement:

> Overall, we continue to be pleased with the recovery in the dental market, how we are operating and our prospects for growth in the future.

**RESPONSE TO REQUEST NO. 194:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the

General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey

denies the matters set forth in the Request and refers to the transcript of Dentsply's Q3 2021

earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3 to the

Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its

true and correct contents.  Casey denies any characterizations inconsistent with the contents of the

referenced document.

**REQUEST NO. 195:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, you made the

following statement:

> To summarize, our strong performance year-to-date gives us confidence going forward for the remainder of 2021.  We have good momentum leading into the future.  Our results reflect the underlying resilience of the dental market and our team's disciplined performance against our operational goals and progress against our key strategic priorities.  Based on this, as Jorge said, we are raising our '21 earnings outlook.  Going beyond the quarter-to-quarter discussion, we also believe that Dentsply Sirona is well positioned to transform dentistry and deliver sustainable growth going forward.

**RESPONSE TO REQUEST NO. 195:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey

objects to the Request because it purports to request information concerning quoted language that

is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the

General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey

denies the matters set forth in the Request and refers to the transcript of Dentsply's Q3 2021

earnings call on November 4, 2021, a genuine copy of which is attached as Exhibit 3 to the

Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its

true and correct contents.  Casey denies any characterizations inconsistent with the contents of the

referenced document.

**REQUEST NO. 196:**

Admit that on November 4, 2021, during Dentsply's earnings call for 3Q21, Gomez made the following statement:

> Now let me provide an update on our financial expectations for 2021. Based on the solid performance of our business year-to-date and the current market trends, we are increasing our estimates for 2021 as follows. We are tightening our revenue outlook by increasing the bottom of our range. We now expect revenues to be in the $4.25 billion to $4.3 billion range.
>
> With respect to EPS, we are increasing and narrowing our estimates for fiscal year 2021. The new EPS outlook range is now $2.87 to $2.92. This range is based on a new assumption for the euro to USD rate of 1.16. This is lower than the fiscal year '21 budget assumption of 1.22 and lower than last quarter's assumption for the second half of the year of 1.18.
>
> . . . Overall, we are very pleased with the current momentum in our business and our new 2021 outlook for revenue and earnings reflects that confidence.

**RESPONSE TO REQUEST NO. 196:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST FOR ADMISSION NO. 197:**

Admit that on November 11, 2021, during the Credit Suisse Healthcare Conference, you made the following statement:

> If you look at the growth number coming off '19 versus '18 and how we feel coming out of the pandemic, we said we think we can raise that long-term target to 4% to 5%. And as we sit here today, we're pretty optimistic that our growth prospects are good and that 4% to 5% is definitely attainable.

**RESPONSE TO REQUEST NO. 197:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of the Credit Suisse Healthcare Conference on November 11, 2021, a genuine copy of which is attached as Exhibit 4 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its true and correct contents. Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 198:**

Admit that on November 11, 2021, during the Credit Suisse Healthcare Conference, you made the following statement:

> So in aggregate, we had a very, very strong third quarter. We think that business going forward is sustainable as we bring these new products in.

**RESPONSE TO REQUEST NO. 198:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of the Credit Suisse Healthcare Conference on November 11, 2021, a genuine copy of which is attached as Exhibit 4 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety

84

for its true and correct contents.  Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 199:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> Now let me provide an overview of our financial expectations for fiscal 2022.  We expect organic sales to be in the 4% to 5% range.  This equates to a net sales range of $4.3 billion to $4.4 billion. . . .
>
> From a revenue perspective, market demand remains strong despite COVID variant challenges in certain markets.  We expect strong contributions to growth from clear aligners, CAD/CAM, implants and imaging.

**RESPONSE TO REQUEST NO. 199:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 200:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, Gomez made the following statement:

> Overall, we are confident that the progress we are making in key growth areas, combined with the resilience of the dental market, will allow us to continue to expand revenue and earnings over time.  Additionally, the strength of our EBITDA generation enable the funding of our investment priorities and the funding of a very competitive cash flow yield to our shareholders.

**RESPONSE TO REQUEST NO. 200:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 201:**

Admit that on February 28, 2022, during Dentsply's earnings call for 4Q21 and fiscal year 2021, you made the following statement:

> In late 2018, we had outlined a program to accelerate growth, improve margin and to simplify the organization. Despite challenges, we have largely achieved the targets that we had laid out. Just as important, our team has also sharpened our strategy while improving our innovation capabilities. As Jorge said, going forward, we expect to build on those capabilities to deliver reliable 4% to 5% growth in revenue, continuous improvement in our margins and double-digit earnings growth. We believe our strategy of delivering superior integrated workflows in critical procedures will allow Dentsply Sirona to become the indispensable digital partner to the dentist.

**RESPONSE TO REQUEST NO. 201:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request and refers to the transcript of the Company's Q4 2021 earnings call on February 28, 2022, a genuine copy of which is attached as Exhibit 6 to the Company's Responses and Objections to Plaintiffs' Requests for Admission, in its entirety for its true and correct contents. Casey denies any characterizations inconsistent with the contents of the referenced document.

**REQUEST NO. 202:**

Admit that on June 17, 2021, during the Robert W. Baird Healthcare ESG Symposium, Gomez made the following statement:

> The most interesting thing about ESG for me so far has been the fact that, across the company, across the globe, all of our employees are embracing ESG.

**RESPONSE TO REQUEST NO. 202:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 203:**

Admit that on June 17, 2021, during the Robert W. Baird Healthcare ESG Symposium, Gomez made the following statement:

> The last point I would say is one of the key aspects of ESG is managing risks. And it ties perfectly into our enterprise risk management process, which, from a governance perspective, as you know, is extremely important. So all of these things are coming together really nicely. . . .

**RESPONSE TO REQUEST NO. 203:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request. Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 204:**

Admit that Dentsply's Code of Ethics and Business Conduct was available on Dentsply's website throughout the Class Period.

**RESPONSE TO REQUEST NO. 204:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey specifically objects to the use of the term "available" on the grounds that it is vague, overbroad, and ambiguous.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey lacks knowledge or information sufficient to form a belief as to the truth of the matters set forth in the Request.

**REQUEST NO. 205:**

Admit that you violated the following provision of Dentsply's Code of Ethics and Business Conduct:

> As a leader, you must act to cultivate this culture of compliance in your respective organizations and assure that your employees understand their responsibilities and feel comfortable raising concerns without fear of retaliation.  This means encouraging ethical conduct and compliance with the law by personally demonstrating and promoting Dentsply Sirona's Core Values, considering compliance efforts when evaluating and rewarding employees, and ensuring that employees understand that business results must be achieved while complying with Dentsply Sirona policies and all applicable laws.

**RESPONSE TO REQUEST NO. 205:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 206:**

Admit that you violated the following provision of Dentsply's Code of Ethics and Business Conduct:

> Our Dentsply Sirona business leaders are responsible for their own actions and for fostering a culture consistent with our Code of Ethics and Business Conduct,

88

policies and applicable laws.  Leaders are expected to address employees' concerns about appropriate conduct promptly and with care and respect.

**RESPONSE TO REQUEST NO. 206:**

Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

**REQUEST NO. 207:**

Admit that you violated the following provision of Dentsply's Code of Ethics and Business Conduct: "All managers must take steps to build an infrastructure to prevent, detect and respond to compliance issues . . . ."

**RESPONSE TO REQUEST NO. 207:**

In addition to the General Objections and Objections to Definitions and Instructions, Casey objects to the Request because it purports to request information concerning quoted language that is inaccurate and incomplete as set forth in the Request.  Subject to and without waiving the General Objections, Objections to Definitions and Instructions, and Reservation of Rights, Casey denies the matters set forth in the Request.

Dated: August 11, 2025

SIMPSON THACHER & BARTLETT LLP

By: */s/ Meredith D. Karp*

Bryce L. Friedman
Craig S. Waldman
Meredith D. Karp
Isabel R. Mattson
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000

89

Facsimile: (212) 455-2502
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
isabel.mattson@stblaw.com


*Counsel to Defendant Donald M. Casey, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via email to all counsel of record on this 11th day of August, 2025.

By:    */s/ Meredith D. Karp*

Meredith D. Karp
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
meredith.karp@stblaw.com

91