**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ<br><br><br>Defendants. | Civil Action No. 22-cv-06339-AS<br><br>CLASS ACTION<br><br>Hon. Arun Subramanian |

## NOTICE OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and upon the accompanying (i) Memorandum of Law in Support of Their Motion for Partial Summary Judgment, dated November 3, 2025; (ii) Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Partial Summary Judgment; (iii) the Declaration of Victoriya Levina dated November 3, 2025 in Support of Defendants' Motion for Partial Summary Judgment and all exhibits thereto; (iv) the Declaration of Donald M. Casey, Jr., dated November 3, 2025; (v) the Declaration of Jorge M. Gomez, dated November 3, 2025; and all prior proceedings and papers in this action, the undersigned Defendants hereby move this Court, before the Honorable Arun Subramanian at the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, Courtroom 15A, at a date and time to be

determined   by the Court, for an Order granting Defendants' Motion for Partial Summary Judgment with prejudice pursuant to Federal Rule of Civil Procedure 56(b), and for such other relief as the Court deems just and proper.  Defendants respectfully request that  the Court hold oral argument regarding this motion.

Dated: November 3, 2025
       New York, New York

Respectfully submitted,

*/s/ Roger A. Cooper*

Roger A. Cooper
racooper@cgsh.com
Andrew Weaver
aweaver@cgsh.com
CLEARY GOTTLIEB
STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2283

Angela L. Dunning
adunning@cgsh.com
CLEARY GOTTLIEB
STEEN & HAMILTON LLP
1841 Page Mill Rd
Palo Alto, CA 94304
T: 650-815-4131

Tom Bednar
tbednar@cgsh.com
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
T: 202-974-1836

*Counsel for Defendant Dentsply Sirona Inc.*

/s/ Meredith D. Karp

Bryce L. Friedman
Craig S. Waldman
Meredith D. Karp
Isabel R. Mattson
SIMPSON THACHER
& BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
isabel.mattson@stblaw.com

*Counsel for Defendant Donald M. Casey, Jr.*

/s/ Chad P. Albert

Seth L. Levine
Chad P. Albert
Adam M. King
slevine@levinelee.com
calbert@levinelee.com
aking@levinelee.com
LEVINE LEE LLP
1500 Broadway, Suite 2501
New York, NY 10036
T: 212-223-4400

*Counsel for Defendant Jorge M. Gomez*

3