**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ<br><br>Defendants. | Civil Action No. 22-cv-06339-AS<br><br>(Consolidated)<br><br>CLASS ACTION<br><br>Hon. Arun Subramanian |

**DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Dentsply Sirona Inc. ("Dentsply" or the "Company"), Donald M. Casey, Jr. ("Casey"), and Jorge Gomez ("Gomez"), by and through their undersigned attorneys, respectfully submit this statement, pursuant to Rule 56.1 of the Local Civil Rules of this Court, of the material facts as to which there is no genuine issue to be tried.[1]

## I.    Dentsply's Business

1.    From June 9, 2021 through November 13, 2022 (the "Class Period") underlying the allegations in the Amended Complaint (the "AC"), ECF 72 at 5, Dentsply was the "world's largest manufacturer of professional dental products and technologies."  Ex. C14 at 3 (Fiscal Year 2021 ("FY21") Annual Report on Form 10-K ("10-K"), filed with the U.S. Securities and Exchange Commission ("SEC") on Mar. 1, 2022 ("FY21 10-K")).

2.    Headquartered in Charlotte, North Carolina, Dentsply conducted business across the United States ("U.S.") and in "over 150 foreign countries, principally through its foreign subsidiaries."  Ex. C14 at 3 (FY21 10-K).

3.    During the Class Period, the Company had two business segments: (1) technologies and equipment ("T&E") and (2) consumables.  See Ex. C14 at 3 (FY21 10-K).

4.    The T&E segment comprised 59.4% of the Company's global net revenues in 2021, and consisted of five product categories:  dental equipment and instruments, implants, dental computer-aided design/computer-aided manufacturing ("CAD/CAM"), orthodontics, and healthcare.  See Ex. C14 at 3–5 (FY21 10-K).

5.    Dentsply's CAD/CAM products included a ceramic dentistry offering called Chairside Economical Restoration of Esthetic Ceramics ("CEREC"), digital impressions intraoral scanners, such as Primescan, and mills, such as Primemill.  See Ex. C14 at 71 (FY21

---

[1] Unless otherwise indicated, all citations to "Ex." are to exhibits attached to the Declaration of Victoriya Levina in Support of Defendants' Motion for Partial Summary Judgment, submitted herewith.

10-K).

6.      The consumables segment, which consisted of endodontic and restorative products, and other consumables product categories, comprised 40.6% of global net revenues in 2021.  *See* Ex. C14 at 5 (FY21 10-K).

7.      Dentsply distributed many of its products through third-party distributors, the largest of which in North America were Patterson Companies, Inc. ("Patterson") and Henry Schein, Inc. ("Schein").  *See* Ex. C14 at 6, 15 (FY21 10-K).

8.      In FY21, Patterson and Schein together accounted for approximately 13% of the Company's annual revenue, and neither distributor individually accounted for more than 10% of the Company's total consolidated net sales.  *See* Ex. C14 at 6, 15 (FY21 10-K).

9.      In Fiscal Year 2022 ("FY22"), Patterson and Schein together accounted for approximately 17% of the Company's annual revenue, and Schein accounted for 11% of the Company's consolidated net sales.  *See* Ex. C24 at 6, 21 (FY22 Annual Report on Form 10-K, filed with the SEC on Mar. 1, 2023 ("FY22 10-K")).

10.      During the Class Period, PricewaterhouseCoopers LLP ("PwC"), served as Dentsply's independent registered public accounting firm.  *See* Ex. C14 at 51 (FY21 10-K); Ex. C23 at 43 (FY21 Amended and Restated Annual Report on Form 10-K/A ("10-K/A"), filed with the SEC on Nov. 7, 2022 ("FY21 10-K/A")); Ex. C24 at 61 (FY22 10-K).

11.      Casey served as Dentsply's Chief Executive Officer ("CEO") and as a member of the Company's Board of Directors (the "Board") from February 12, 2018 until April 19, 2022. *See* Ex. C1 at 2 (Current Report on Form 8-K ("8-K"), filed with the SEC on Jan. 17, 2018);[2] Ex. C17 at 2 (Apr. 19, 2022 8-K).

---

[2] Hereinafter, citations to a current report on Form 8-K will be referred to as "8-K" preceded by the date on which it was filed with the SEC.

12. Gomez served as Dentsply's Chief Financial Officer ("CFO") from August 12, 2019 until May 6, 2022.  *See* Ex. C4 at 2 (Jul. 8, 2019 8-K); Ex. C16 at 2 (Apr. 11, 2022 8-K).

13. Ranjit Chadha ("Chadha") served as the Company's Chief Accounting Officer ("CAO") from August 31, 2020 until September 2, 2022.  *See* Ex C7 at 2 (Aug. 31, 2020 8-K); Ex. C20 at 2 (Aug. 9, 2022 8-K).



14.

15.

## II.   Dentsply's Performance Expectations for 2021

16.

17.

18.

█████████████

19.     According to a report from the American Dental Association, "national dental expenditures increased by 11% from $146 billion in 2020 to $162 billion in 2021." Ex. D13 at 1 (American Dental Association Report).

20.     ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

21.     ████████████████████████████████████████████████████████████████████████████████████████████████████████████

22.     ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

23.     ██████████████████████████████████████████████████████████

24.     ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

25.

26.

27.

### III.   Dentsply's Performance In First Half of 2021 ("1H21")

28.     In 1Q21, Dentsply's net sales were $1,027M, an 8.5% increase compared to $946.2M in net sales in 1Q19.  *See* Ex. C9 at 3 (1Q21 Form 10-Q ("10-Q"));[3] Ex. C3 at 3 (1Q19 10-Q).

29.     In 1Q21, Dentsply's net sales were $1,027M, a 17.5% increase compared to $874M in net sales in the first quarter of 2020 ("1Q20").  *See* Ex. C9 at 3 (1Q21 10-Q).

30.     In 1Q21, Dentsply's net sales for T&E were $597M, a 14.6% increase compared to $520.8M in net sales for T&E in 1Q19.  *See* Ex. C9 at 13 (1Q21 10-Q); Ex. C3 at 16 (1Q19 10-Q).

31.     In 1Q21, Dentsply's net sales for T&E were $597M, a 14.8% increase compared

---

[3] Hereinafter, citations to a current report on Form 10-Q will be referred to as "10-Q" preceded by the quarter for which it was filed with the SEC.

to $520M in net sales for T&E in 1Q20.  *See* Ex. C9 at 13 (1Q21 10-Q).

32.  ███████████████████████████████████████████████████

███████████████████████████████████████████████████

33.  In the second quarter of 2021 ("2Q21"), Dentsply's net sales were $1,067M, a 5.7% increase compared to $1,009.4M in net sales in the second quarter of 2019 ("2Q19").  *See* Ex. C10 at 3 (2Q21 10-Q); Ex. C5 at 3 (2Q19 10-Q).

34.  In 2Q21, Dentsply's net sales were $1,067M, a 117.3% increase compared to $491M in net sales in the second quarter of 2020 ("2Q20").  *See* Ex. C10 at 3 (2Q21 10-Q).

35.  In 2Q21, Dentsply's net sales for T&E were $622M, an 11.4% increase compared to $558.4M in 2Q19.  *See* Ex. C10 at 15 (2Q21 10-Q); Ex. C5 at 18 (2Q19 10-Q).

36.  In 2Q21, Dentsply's net sales for T&E were $622M, a 104.6% increase compared to $304M in 2Q20.  *See* Ex. C10 at 15 (2Q21 10-Q).

37.  ███████████████████████████████████████████████████

███████████████████████████████████████████████████

38.  ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████

39.  In a press release announcing the Company's 2Q21 financial results, Casey was quoted as stating, "[o]ur second-quarter performance closes out a strong first half of the fiscal year."  Ex. C11 at 4 (Aug. 5, 2021 8-K).

**IV. Dentsply's Efforts To Resolve Product Quality Issues and Supply Chain Issues**

40.  ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████

41. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████

42. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████

43. During 2021, Dentsply disclosed that "the Company ha[d] experienced supply chain constraints [that] impacted its ability to timely produce and deliver certain products." Ex. C14 at 35 (FY21 10-K); *see also* Ex. C12 at 32–33 (Third Quarter of 2021 ("3Q21") 10-Q).

44. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████

## V. Eric Bruno and His North America Commercial Team Negotiate Incentives with Patterson and Schein in 3Q21

45. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

46.   ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

47.   ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████

48.   ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

49.   ████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████

50.   ████████████████████████████████████████████

51. ███████████████████████████

52. ███████████████████████████

53. ███████████████████████████

54. ███████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████

55. ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

56. ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██

57. ███████████████████████████████████████████

█████████████████████████████████████████████████████

58. ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████

59. ███████████████████████████████████████████

██████████████████████████████████████

     i.   ██████████████████████████████████████

           ██████████████████████████████████████

11



ii. ████████████████████████████

60. ████████████████████████████

61. ████████████████████████████

62. ████████████████████████████

63.

64.

65.

66.

Case 1:22-cv-06339-AS   Document 177   Filed 11/04/25   Page 14 of 55

67. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

68. Dentsply's 3Q21 net sales increased 8% as compared to its third quarter of 2019 ("3Q19"), from $962.1M to $1.040B. *See* Ex. C22 at 10 (3Q21 Quarterly Report on Form 10-Q/A, filed with the SEC on November 7, 2022 ("3Q21 10-Q/A")); Ex. C6 at 18 (3Q19 10-Q).

69. Dentsply's 3Q21 T&E net sales increased 14.5% as compared to 3Q19, from $534.5M to $612M. *See* Ex. C22 at 14 (3Q21 10-Q/A); Ex. C6 at 18 (3Q19 10-Q).

**VI. Eric Bruno and His North America Commercial Team Negotiate Incentives with Patterson and Schein in 4Q21**

70. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14

71.     In 2021, DSW occurred from September 23 through September 25.  *See* Ex. D5 (Oct. 5, 2021 Press Release).

72.     ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████

73.     ████████████████████████████████████████



74.     ████████████████████████████████████████

████████████████████████████████████

        i.





79.

80.

## VII.  Disclosure Preparation Process During the Class Period

81.

82.

83.

84.

17

85. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

86. ███████████████████████████████████████████████████████████████████████████████████████████████████████

87. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

88. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

89. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

██████████████████

90.   ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████

91.   ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████

## VIII.   3Q21 10-Q

92.   On November 4, 2021, Dentsply filed its 3Q21 10-Q. *See* Ex. C12 (3Q21 10-Q).

93.   In the 3Q21 10-Q, Dentsply disclosed the following:

> The accompanying unaudited interim consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("US GAAP") and the rules of the U.S. Securities and Exchange Commission ("SEC").

Ex. C12 at 9 (3Q21 10-Q).

94.   In the 3Q21 10-Q, Dentsply also disclosed that it had "experienced in supply chain related costs including freight and shipping rates during the first nine months of 2021" and was "continu[ing] to monitor the impact of global supply chain issues related to the pandemic." Ex. C12 at 32 (3Q21 10-Q).

## IX.   FY21 10-K

95.   On March 1, 2022, Dentsply filed its FY21 10-K. *See* Ex. C14 (FY21 10-K).

19

The FY21 10-K provided in part:

> The preparation of the Company's consolidated financial statements in conformity with US GAAP requires the Company to make estimates and assumptions about future events that affect the amounts reported in the consolidated financial statements and accompanying notes.

*Id.* at 42 (FY21 10-K).

> Revenue is measured as the amount of consideration the Company expects to receive in exchange for transferring goods or services in accordance with ASC 606-10, *Revenues from Contracts with Customers*.

*Id.* at 65 (FY21 10-K).

> The Company exercises judgment in estimating variable consideration, which primarily includes volume discounts, sales rebates, and product returns. The Company adjusts the estimate of revenue at the earlier of when the most likely amount of consideration can be estimated, the amount expected to be received changes, or when the consideration becomes fixed. The Company estimates volume discounts by evaluating specific inputs and assumptions, including the individual customer's historical and estimated future product purchases. Discounts are deducted from revenue at the time of sale or when the discount is offered, whichever is later. In estimating sales rebates, the Company evaluates inputs such as customer-specific trends, terms of the customers' contracted rebate program, historical experience, and the forecasted performance of a customer and their expected level of achievement within the rebate programs. The accruals for these rebate programs are updated as actual results and updated forecasts impact the estimated achievement for customers within the rebate programs. When the Company gives customers the right to return eligible products and receive credit, returns are estimated based on an analysis of historical experience. However, returns of products, excluding warranty-related returns, are not material.
>
> To the extent the transaction price includes variable consideration, the Company applies judgment in constraining the estimated variable consideration due to factors that may cause reversal of revenue recognized. The Company evaluates constraints based on its historical and projected experience with similar customer contracts.

*Id.* at 65 (FY21 10-K); *see also* AC¶171.

> The Company has a Code of Ethics and Business Conduct that applies to the Chief Executive Officer, Chief Financial Officer, Chief Accounting Officer and the Board of Directors and substantially all of the Company's management level employees. A copy of the Code of Ethics and Business Conduct is available in the Investor Relations section of the Company's website at www.dentsplysirona.com. The Company intends to disclose any amendment to its Code of Ethics and Business Conduct that relates to any element enumerated in Item 406(b) of Regulation S-K,

and any waiver from a provision of the Code of Ethics and Business Conduct granted to any director, principal executive officer, principal financial officer, principal accounting officer, or any of the Company's other executive officer, principal financial officer, principal accounting officer, or any of the Company's other executive offices, in the Investor Relations section of the Company's website at www.dentsplysirona.com, within four business days following the date of such amendment or waiver.

Ex. C14 at 124 (FY21 10-K); *see also* AC¶149.

96.     Dentsply included the following disclosure regarding dealer inventory in the FY21 10-K:

> The Company's business is subject to quarterly fluctuations in net sales and operating income. Price increases, promotional activities, as well as changes in inventory levels at distributors contribute to this fluctuation. The Company typically implements most of its price increases in January or October of a given year across most of its businesses. Distributor inventory levels tend to increase in the period leading up to a price increase and decline in the period following the implementation of a price increase. Required minimum purchase commitments under agreements with key distributors may increase inventory levels in excess of retail demand. Changes in dealer inventory levels have impacted the Company's consolidated net sales in the past, and may continue to do so in the future. In addition, the Company may from time to time, engage in new distributor relationships that could cause fluctuations of consolidated net sales and operating income. Distributor inventory levels may fluctuate, and may differ from the Company's projections, resulting in the Company's forecast of future results being different than expected.
>
> There can be no assurance that the Company's dealers and customers will maintain levels of inventory or patterns of build and liquidation timing in accordance with the Company's predictions or past history. As of December 31, 2021, certain dealers' inventory of the Company's CAD/CAM products was higher than at the end of the prior year, by approximately $50 million. These higher levels of dealer inventory are due to lower-than-expected retail sales in the fourth quarter and may pose headwinds to the Company's net sales for these products in 2022.
>
> The Company anticipates that inventory levels may continue to fluctuate as dealers and customers manage the effects of COVID-19 and supply chain constraints on their businesses. Any of these fluctuations could be material to the Company's consolidated financial statements.

Ex. C14 at 36–37 (FY21 10-K).

97.     ████████████████████████████████████████████



98. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████

99. ███████████████████████████████████████████

█████████████████████████████████████████

## X. CAD/CAM Inventory Burn In 1Q22

100. █████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████

## XI. Certain Alleged Misstatements

101.    ***June 9, 2021 Statements***.  On June 9, 2021, at the Goldman Sachs Global Healthcare Conference, Gomez was asked by a research analyst, "[H]ow should investors think about building to that 4% to 5% revenue growth target?"  Ex. D1 at 5 (June 9, 2021 Goldman

Sachs Global Healthcare Conf. Tr.); *see also* AC¶119.

102.    Gomez responded, in part:

> We have thrown in more sophisticated and strategic incentive plans. We went from doing a lot of incentives with our dealer partners, and we have redirected those dollars mostly to the end customer. And so trying to match end-customer demand with our sales. That is a very important thing.

Ex. D1 at 5 (June 9, 2021 Goldman Sachs Global Healthcare Conf. Tr.).

103.    ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████

104.    Gomez was also asked by a research analyst, "Do you feel like there's pent-up demand for practices to invest in digital equipment generally?" Ex. D1 at 10 (June 9, 2021 Goldman Sachs Global Healthcare Conf. Tr.); *see also* AC¶111.

105.    Gomez responded, in part:

> And the installed base of digital technology is still relatively low. And digital scanners, intraoral scanners, there's still a lot of room for penetration. So that's number one. Specifically for us, we have seen a good rebound of our sales in CAD/ CAM in general and is happening pretty much across all of the categories within equipment. I think we're seeing great recovery and imaging across the board, CAD/CAM. And we feel frankly, in some places, we are probably gaining share. At a minimum, we are tracking with a fast market growth rate. And dentists, I don't think they have changed their approach to invest in. They are – they continue to invest based on the numbers that we are seeing.
>
> The launch of Axeos for us, for example, in a difficult market environment, that business – that product is doing really well. It's a great advanced product and is going well. So across that entire ecosystem, we've seen good recovery, good progress. And so both short-term rebound is good. And then long-term trend, this is part of a good trend, and we're excited about that business. And I think the potential is there for us and for all.

Ex. D1 at 10–11 (June 9, 2021 Goldman Sachs Global Healthcare Conf. Tr.).

106.    ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████

107.    ***August 5, 2021 Statements.***  On August 5, 2021, Dentsply issued a press release announcing the Company's 2Q21 results, which stated in part:

> Second quarter net sales of $1,067 million increased 117.3%, compared to $491 million in the second quarter of 2020.  Net income for the second quarter of 2021 was $99 million, or $0.45 per diluted share, compared to a net loss of ($95) million, or ($0.44) per diluted share in the second quarter of 2020. Non-GAAP net earnings per diluted share increased to $0.71 compared to ($0.18) in the second quarter of 2020."

Ex. C11 at 4 (Aug. 5, 2021 8-K); *see also* AC¶155.

108.    In the same press release, Casey was quoted as stating in part:

> Our financial results reflect the resilience of the dental market and demonstrate our team's ability to execute operationally and financially.  As we turn our attention to investing for future growth, we are confident that the underlying fundamentals of our business are strong and that we are well positioned.  Additionally, we remain committed to completing our restructuring goals on time and on budget.

Ex. C11 at 4 (Aug. 5, 2021 8-K); *see also* AC¶137.

109.    Also on August 5, 2021, while speaking to analysts and investors, Casey made the following statement during the Company's earnings call on its 2Q21 results:

> Moving to Slide 23.  In summary, we had a strong first half as the market recovered and the company made progress on key strategic goals.  We are reaffirming our 2021 outlook.  The dental market continues to show resilience as well as strong underlying fundamentals.  We believe that Dentsply Sirona is well positioned to deliver sustainable growth in the future.

Ex. D2 at 10 (Aug. 5, 2021 Earnings Call Tr.); *see also* AC¶138.

110.    █████████████████████████████████



███████████████████████████████████████████████

███████████████████████████████████████████████

111.    The press release and the slide deck accompanying the presentation included language identifying the statements made therein as forward-looking:

All statements in this press release that do not directly and exclusively relate to historical facts constitute "forward-looking statements." These statements represent current expectations and belief, and no assurance can be given that the results described in such statements will be achieved. Such statements are subject to numerous assumptions, risks, uncertainties and other factors that could cause actual results to differ materially from those described in such statements, many of which are outside of our control. Furthermore, many of these risks and uncertainties are currently amplified by and may continue to be amplified by or may, in the future, be amplified by, the novel coronavirus ("COVID-19") pandemic and the impact of varying private and governmental responses that affect our customers, employees, vendors and the economies and communities where they operate. For a written description of these factors, see the section titled "Risk Factors" in Dentsply Sirona's Annual Report on Form 10-K for the fiscal year ended December 31, 2020 and any updating information in subsequent SEC filings including the Company's Quarterly Report on Form 10-Q for the quarterly period ending June 30, 2021. No assurance can be given that any expectation, belief, goal or plan set forth in any forward-looking statement can or will be achieved, and readers are cautioned not to place undue reliance on such statements which speak only as of the date they are made. We do not undertake any obligation to update or release any revisions to any forward-looking statement or to report any events or circumstances after the date of this press release or to reflect the occurrence of unanticipated events.

Ex. C11 at 7 (Aug. 5, 2021 8-K); Ex. D3 at 2 (Aug. 5, 2021 Earnings Presentation); *see also* Ex. C8 at 14–30  (Fiscal Year 2020 ("FY20") Annual Report on Form 10-K, filed with the SEC on Mar. 1, 2021 ("FY20 10-K")).

112.    The slide deck accompanying Casey's presentation also stated, "Strong H1 performance," "Reaffirming 2021 outlook with confidence H2 is on track to hit financial goals," and "Dental market is resilient, and our team has executed very well through the recovery." Ex. D3 at 23 (Aug. 5, 2021 Earnings Presentation).

113.    Also on August 5, 2021, the Company released its 2Q21 10-Q.  The 2Q21 10-Q

provided in part:

> The accompanying unaudited interim consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("US GAAP") and the rules of the U.S. Securities and Exchange Commission ("SEC").

Ex. C10 at 8 (2Q21 10-Q); *see also* AC¶153.

114.    ***September 15, 2021 Statements.***  On September 15, 2021, Gomez presented at the Robert W. Baird Global Healthcare Conference.  During that conference, Gomez was asked by a research analyst:

> [W]ith [DSW] coming up next week, how is response to that?  We've seen some of the promotions now that you put out there on the trade-ins for both Primescan and Primemill that the dealers are running.  Those look very similar to what we saw maybe 6 or 12 months ago when Primescan was out there in that.  So is there anything new from a promotional standpoint or that $15,000 each on the trade-in for Primescan and Primemill?  Are those relatively consistent with past promotions?  How to think about that?  And again, what's the tenant [*sic*] shaping up to be like for DSW].

Ex. D4 at 7–8 (Sep. 15, 2021 Robert W. Baird Global Healthcare Conf. Tr.).

115.    Gomez responded, in part:

> For us, as point number two, the – we have a few key objectives with this year. One of them is continued momentum with our digital dentistry and the promotions that you talk about.  Primescan continues to do well.  Selling cameras alone is doing really well.  CEREC is also doing well.  So that – the momentum in that business has continued.  And I remember when COVID began, how concerned we were all about.  Well, equipment in general in this type of situation tends to go down faster, and it stays low for a long time.  I don't think we saw that.  And so I think our digital business – digital dentistry business continues to be strong and we have more things coming down the pike.

Ex. D4 at 8 (Sep. 15, 2021 Robert W. Baird Global Healthcare Conf. Tr.); *see also* AC¶112.

116.    Gomez was also asked by a research analyst:

> You talked about digitization and your kind of commitment there and some other parts of the business. But you feel good, it sounds like on getting to that kind of sustainable 4% to 5% organic growth. I don't want to put words in your mouth, but you feel good on getting to that level here in the next year or 2, I would assume.

26

Ex. D4 at 9 (Sep. 15, 2021 Robert W. Baird Global Healthcare Conf. Tr.).

117.    Gomez responded:

> Yes.  We think we have the levers.  I think the market is healthy in many areas where we have exposure.  We are making investments in areas where we are underindexed.  And so we think we have a very good shot at being able to deliver that type of growth rate sustainably, which is something that the company has not done in many, many years.

Ex. D4 at 10 (Sep. 15, 2021 Robert W. Baird Global Healthcare Conf. Tr.); *see also* AC¶139.

118.

119.    At that point in 2021, the 2Q21 earnings release stated net sales in the Company's T&E sector "were $622 million, up 104.6% versus prior year" with "[s]ales across all product categories [having] rebounded in the quarter."  Ex. C11 at 5 (Aug. 5, 2021 8-K).

120.    ***November 4, 2021 Statements.***  On November 4, 2021, Dentsply issued a press release discussing the Company's 3Q21 results.  The release reported that:

> Third quarter net sales of $1,069 million increased 19.4%, compared to $895 million in the third quarter of 2020.  Net income for the third quarter of 2021 was $103 million, or $0.47 per diluted share, compared to $53 million, or $0.25 per diluted share in the third quarter of 2020.  Non-GAAP net earnings per diluted share increased to $0.68 compared to $0.67 in the third quarter of 2020.

Ex. C13 at 4 (Nov. 4, 2021 8-K); *see also* AC¶156.

121.    The press release also reported that:

> Based on the results of the third quarter and the continued gradual recovery of the global dental market, we are raising our fiscal year 2021 earnings outlook and tightening our revenue outlook to the top of the previous range.  We expect revenues to be in the $4.25 billion to $4.3 billion range, up approximately 27-30% on a reported basis and 22-25% on an organic basis.  Our Non-GAAP EPS outlook for FY21 is now $2.87 to $2.92.

27

Ex. C13 at 5 (Nov. 4, 2021 8-K); *see also* AC¶140.

122.    During the Company's earning call on its 3Q21 results, Casey stated in his

prepared remarks:

> To summarize, our strong performance year-to-date gives us confidence going forward for the remainder of 2021.  We have good momentum leading into the future.  Our results reflect the underlying resilience of the dental market and our team's disciplined performance against our operational goals and progress against our key strategic priorities.  Based on this, as Jorge said, we are raising our '21 earnings outlook.  Going beyond the quarter-to-quarter discussion, we also believe that Dentsply Sirona is well positioned to transform dentistry and deliver sustainable growth going forward.

Ex. D6 at 9 (Nov. 4, 2021 Earnings Call Tr.).

123.    Gomez said in his prepared remarks:

> Now let me provide an update on our financial expectations for 2021.  Based on the solid performance of our business year-to-date and the current market trends, we are increasing our estimates for 2021 as follows.  We are tightening our revenue outlook by increasing the bottom of our range.  We now expect revenues to be in the $4.25 billion to $4.3 billion range.

> With respect to EPS, we are increasing and narrowing our estimates for fiscal year 2021.  The new EPS outlook range is now $2.87 to $2.92.  This range is based on a new assumption for the euro to USD rate of 1.16.  This is lower than the fiscal year '21 budget assumption of 1.22 and lower than last quarter's assumption for the second half of the year of 1.18.  Given our long euro exposure, a weaker euro represents a net headwind to our P&L.  Overall, we are very pleased with the current momentum in our business and our new 2021 outlook for revenue and earnings reflects that confidence.

Ex. D6 at 6–7 (Nov. 4, 2021 Earnings Call Tr.); *see also* AC¶142.

124.    A research analyst asked Gomez on the earnings call: "Do you expect your

inventory level to increase in the coming quarters?"  Ex. D6 at 15 (Nov. 4, 2021 Earnings Call

Tr.).

125.    Gomez responded:

> I don't think so.  No, we watch inventory very closely, our internal inventory, inventory in the channel.  And our objective at all times is to ensure that our manufacturing process is smooth.  And the worst thing that you can do for any

28

manufacturing process is to move inventory levels too drastically from period to period. So our goal, at all times, is to keep inventory levels relatively stable. And our actually long-term goal is frankly to decrease days of inventory, and that's a key internal goal that we track and measure very closely.

Ex. D6 at 15 (Nov. 4, 2021 Earnings Call Tr.); *see also* AC¶122.

126. Gomez was also asked by another research analyst on the same earnings call:

Have you seen stock in by the distributors. I know there's a lot of focus on inflation and the price increases that could be coming. Do you feel like inventory levels at all – have changed at all with your distribution partners?

Ex. D6 at 18 (Nov. 4, 2021 Earnings Call Tr.).

127. Gomez responded:

We don't think so. We track that closely and we manage our inventory levels in a disciplined way. And so we are not seeing that at this point.

Ex. D6 at 18 (Nov. 4, 2021 Earnings Call Tr.); *see also* AC¶121.

128.



129. The press release and the slide deck accompanying the presentation included language identifying the statements made therein as forward-looking:

29

All statements in this presentation that do not directly and exclusively relate to historical facts constitute "forward-looking statements." These statements represent current expectations and beliefs, and no assurance can be given that the results described in such statements will be achieved. Such statements are subject to numerous assumptions, risks, uncertainties and other factors that could cause actual results to differ materially from those described in such statements, many of which are outside of our control. Furthermore, many of these risks and uncertainties are currently amplified by and may continue to be amplified by or may, in the future, be amplified by, the novel coronavirus ("COVID-19") pandemic and the impact of varying private and governmental responses that affect our customers, employees, vendors and the economies and communities where they operate. For a written description of these factors, see the section titled "Risk Factors" in Dentsply Sirona's Annual Report on Form 10-K for the fiscal year ended December 31, 2020 and any updating information in subsequent SEC filings including the Company's Quarterly Report on Form 10-Q for the quarterly period ending September 30, 2021. No assurance can be given that any expectation, belief, goal or plan set forth in any forward-looking statement can or will be achieved, and readers are cautioned not to place undue reliance on such statements which speak only as of the date they are made. We do not undertake any obligation to update or release any revisions to any forward-looking statement or to report any events or circumstances after the date of this press release or to reflect the occurrence of unanticipated events.

Ex. C13 at 7 (Nov. 4, 2021 8-K); Ex. D7 at 2 (Nov. 4, 2021 Earnings Presentation); *see* Ex. C8 at 13 (FY20 10-K).

130. ***November 11, 2021 Statements***. On November 11, 2021, Casey presented at the Credit Suisse Healthcare Conference. In his initial remarks, Casey stated:

Look, over the last 3.5 years, our story at Dentsply Sirona was coming in and trying to get the organization kind of cleaned up. We had offered a restructuring in – almost 3 years ago to the day where we said our target would be 3% to 4% growth. We could hit certain headcount targets looking at a 6% to 8% headcount reduction, saving $225 million that was – we later raised to $250 million, delivering margin improvement to 22%, 2022 and deliver double-digit EPS. We've made progress against all those goals, and we have, in our opinion, demonstrated a fair amount of consistency in reaching those goals. If you look at the growth number coming off '19 versus '18 and how we feel coming out of the pandemic, we said we think we can raise that long-term target to 4% to 5%. And as we sit here today, we're pretty optimistic that our growth prospects are good and that 4% to 5% is definitely attainable. And we put together, I think, a team that's very focused on the next phase of Dentsply Sirona, which is really about how do we grow, how do we build off our very strong digital base and key workflows by becoming the essential player, essential partner of dentists? So we're excited about the future, and I can't wait for questions to talk about how we want to grow the business.

30

Ex. D8 at 4 (Nov. 11, 2021 Credit Suisse Healthcare Conf. Tr.); *see also* AC¶143.

131.   Casey was asked by a research analyst on the same call:

[M]aybe if you could spend a few minutes just characterizing what you're seeing both in terms of COVID or procedural or spending trends as well as, if applicable, any kind of staffing or personnel challenges that you or your customers are facing.

Ex. D8 at 5 (Nov. 11, 2021 Credit Suisse Healthcare Conf. Tr.).

132.   Casey responded, in part:

As we go into the fourth quarter, we're optimistic that things get closer and closer to normal. Obviously, the supply chain is impacting all of us. When you talk about – in our case, it's – we look at distribution costs are accelerating. To date, we've been able to manage through a lot of that. And as we look out, we have a few key products that there's obviously going to be constraints around we're a heavily chip-oriented business. To date, we've been able to make everything we need to make. But as we jump out 6, 8, 12 months, we expect to see pressure on that.

We have a terrific supply chain. One of the advantages of the structure we put in place over the last 2 years is a centralized supply chain with a pretty sophisticated procurement group, and that's helped us through it. But we're also – we took price in the – at the very end of the third quarter, with the idea that we want to get in front of inflation.

Ex. D8 at 5 (Nov. 11, 2021 Credit Suisse Healthcare Conf. Tr.); AC¶105.

133.

134.   Casey was also asked by a research analyst on the same call:

Okay. So yes, you mentioned implants a couple of times, and that's one of the sort of – it sounded like it was one of the strong bright spots of Q3. Can you talk about how sustainable some of that demand is given what we talked about just a little bit earlier in terms of the shifting cross-currents of consumer spending currently?

Ex. D8 at 7 (Nov. 11, 2021 Credit Suisse Healthcare Conf. Tr.).

31

135.   Casey responded:

Yes.  We haven't seen a change in implants.  And by the way, just for the record, on the direct-to-dentist side of Clear Aligners, we haven't seen a significant change either.  So kind of the dentist-initiated aesthetic treatment categories, Clear Aligners and implants continue to show very, very good progress.  In our case, we just restaged our entire implant business, a pretty comprehensive program that started with actually beginning to market everything under the Dentsply Sirona name as opposed to some of the smaller brands we used to do that under.  It has a great new product called PrimeTaper, a self-tapping immediate load screw and abutment system, which we think puts us in a very, very competitive place within the category.  Unique to us is we think digital workflows are absolutely essential.  So we did a lot of work on Primescan 5.2 software that allows all the way up to in dental scanning, which is a real advantage.  And not only in the dental scanning, you have multiple tooth replacement, single tooth replacement, bringing the power of our digital diagnostic, whether it's imaging, or whether that's the scanning side of the house, we work long and hard on that, and it's -- we think it's a differentiator.  We – some businesses that people don't have as much familiarity with, we have a custom abutment business where it does design planning and can grind custom abutments that are essential in some – particularly in the front, aesthetic places.  Nice business.  We have a value-oriented implant business called MIS, which again, is showing good progress.  So in aggregate, we had a very, very strong third quarter.  We think that business going forward is sustainable as we bring these new products in.

Ex. D8 at 7 (Nov. 11, 2021 Credit Suisse Healthcare Conf. Tr.).

136.   ***December 1, 2021 Statements***.  On December 1, 2021, Casey presented at the

Evercore ISI HealthCONX Conference. During that conference, a research analyst asked:

Can you provide an update on what you're seeing in terms of any supply chain issues at this point or freight costs?  Are you having trouble getting a hold of anything?  Are you seeing any kind of shipping delays or anything at this point?

Ex. D9 at 6 (Dec. 1, 2021 Evercore ISI HealthCONX Conf. Tr.).

137.   Casey responded:

Yes.  So the supply chain, I break it out into 2 things . . . distribution and logistics.  We're not seeing huge delays.  We're seeing increased costs associated with that.  And that's obviously a headwind as we go forward.  The second issue is are we having problems getting anything, we're basically – what we're learning is we can get stuff.  It just takes a lot more effort because it might not be as easy to get.

And look, as we go forward, and obviously, we're not counting – we're not commenting on the fourth quarter.  But as we go forward, our expectation is we'll

be able to get everything we need, whether it happens exactly when we think that's going to happen. Look, long lead time stuff like chips, screens and other stuff.

I feel very good that we're going to be able to get what we need to get, whether it comes on – if you think it's coming on the first and it comes on the 15th, I think we're going to have to work through some of that. But to date, labor perspective, we've been able to keep everything running, logistics and distribution, we've got things moving. We haven't had a problem getting things say out of Europe into the U.S. or other things. It's just more expensive. And then look, shortage in or as a potential delay than a not get.

Ex. D9 at 6 (Dec. 1, 2021 Evercore ISI HealthCONX Conf. Tr.); *see also* AC¶106.

138.



139. ***February 28, 2022 statements.*** On February 28, 2022, Dentsply issued a press release discussing the Company's FY21 results. The press release reported:

> Full year 2021 net sales of $4,251 million increased 27.2%, compared to $3,342 million for the full year of 2020. Net income was $421 million, or $1.91 per diluted share, compared to a loss of ($83) million, or ($0.38) per diluted share for the full year of 2020. Adjusted earnings per diluted share grew to $2.87 compared to $1.79 in 2020. Adjusted EBITDA for the full year of 2021 was $992 million, compared to $666 million in 2020.
>
> . . .
>
> Fourth quarter 2021 net sales of $1,088 million increased 0.6%, compared to $1,082 million in the fourth quarter of 2020. Net income was $102 million, or $0.47 per diluted share, compared to $99 million, or $0.45 per diluted share in the fourth quarter of 2020. Adjusted earnings per diluted share decreased to $0.76 compared to $0.87 in the fourth quarter of 2020.

Ex. C15 at 1 (Feb. 28, 2022 8-K); *see also* AC¶157.

140. In the release, Casey was quoted as stating:

> Our 2021 performance reflects the resilience of the dental market, the strength of

33

> our global portfolio, and our team's ability to execute well in an environment still impacted by the pandemic.  We delivered strong results with organic sales growth of nearly 25%, double-digit EPS growth, and solid cash flow generation.  We made meaningful progress on the commitments we set three years ago to strengthen the foundation of the business and position it for long-term sustainable growth.

Ex. C15 at 1 (Feb. 28, 2022 8-K); *see also* AC¶132.

141.    Casey was also quoted as stating:

> We are optimistic about our future.  We have a healthy innovation pipeline, a well-positioned portfolio, and new strategic partnerships to accelerate our growth.  Dental is an attractive market and we will lead transformation in digital dentistry supporting our mission to create innovative solutions for healthy smiles.

Ex. C15 at 1 (Feb. 28, 2022 8-K).

142.    During the Company's earnings call on its FY21 results, the Company pointed investors to "the forward-looking statements in our earnings press release," and noted, "[o]ur Form 10-K lists some of the most important risk factors that could cause actual results to differ from our predictions."  Ex. D10 at 2 (Feb. 28, 2022 Earnings Call Tr.).

143.    During that earnings call, Gomez said the following during his introductory remarks:

> In the quarter, we also experienced more acute supply chain and COVID-related constraints, which we estimate to have suppressed our total company organic growth by approximately 2 to 3 points.  We view this as a temporary headwind but anticipate that our supply chain will be – will remain challenging for at least 1 or 2 quarters in 2022.

Ex. D10 at 3 (Feb. 28, 2022 Earnings Call Tr.); *see also* AC¶107.

144.    Gomez later remarked:

> The retail demand for Primemill is solid, and our dealer partners in the U.S. have sufficient inventory to meet that demand.  In the short term, this trade-off will reduce our wholesale volume of Primemills but is the right thing to do for our customers.

Ex. D10 at 5 (Feb. 28, 2022 Earnings Call Tr.); *see also* AC¶116.

145.    ███████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████

146.    Gomez was asked by a research analyst on the same February 28, 2022 call:

I guess my first question, I just want to make sure I fully understand the Omicron impact on fourth quarter results?  And then I think you commented qualitatively that they impacted January results.  But as we sit here, sort of on the last day of February, it would be helpful if you could just provide any more color around the progression across sort of December, January and February.

Ex. D10 at 8 (Feb. 28, 2022 Earnings Call Tr.).

147.    Gomez responded, in part:

The last week or 2 in December became more complicated for dental practices in many markets primarily as a result of staffing shortages, and as a result, volume tended to go down a little bit again in the last couple of weeks in December in a lot of markets.  We had also situations like China where many provinces still have the zero COVID policy and, as a result, are in major lockdowns, which restricts substantially patient traffic.  So those are probably the 2 main constraints we were facing from a volume – from a demand perspective.  Some of that went over into January.  And as we look at volumes in the month of January, we observed a slower-than-normal volume.

And that's – based on what you can see with respect to COVID infection curves, clearly, in the U.S., the situation has improved.  I would say Europe is probably a couple of weeks behind.  They – meaning they picked up later than we did in the U.S.  And the situation in Asia Pac, particularly China, is still fluid because a lot of cities remain in lockdown.

So we – I think there is an expectation that over the next few weeks, things will become more normalized. But it's – as you all know, the volatility has been high with respect to those type of reactions to the spread of Omicron.

Ex. D10 at 8 (Feb. 28, 2022 Earnings Call Tr.); *see also* AC¶133.

148.    ████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

35

149.

150.

151.    The press release and the slide deck accompanying the presentation included language identifying the statements made therein as forward-looking:

> All statements in this presentation that do not directly and exclusively relate to historical facts constitute "forward-looking statements." These statements represent current expectations and beliefs, and no assurance can be given that the results described in such statements will be achieved. Such statements are subject to numerous assumptions, risks, uncertainties and other factors that could cause actual results to differ materially from those described in such statements, many of which are outside of our control. Furthermore, many of these risks and uncertainties are currently amplified by and may continue to be amplified by or may, in the future, be amplified by, the novel coronavirus ("COVID-19") pandemic and the impact of varying private and governmental responses that affect our customers, employees, vendors and the economies and communities where they operate. For a written description of these factors, see the section titled "Risk Factors" in Dentsply Sirona's Annual Report on Form 10-K for the fiscal year ended December 31, 2020 and any updating information in subsequent SEC filings including the Company's Quarterly Report on Form 10-Q for the quarterly period ending September 30, 2021. No assurance can be given that any expectation, belief, goal or plan set forth in any forward-looking statement can or will be achieved, and readers are cautioned not to place undue reliance on such statements which speak only as of the date they are made. We do not undertake any obligation to update or release any revisions to any forward-looking statement or to report any events or circumstances after the date of this press release or to reflect the occurrence of unanticipated events.

Ex. C15 at 5 (Feb. 28, 2022 8-K); Ex. D11 at 2 (Feb. 28, 2022 Earnings Presentation).

152.    ***Code of Ethics and Business Compliance.***    During the Class Period, Dentsply also posted its Code of Ethics & Business Compliance on its website.  *See* Ex. I2 at 109 (Dentsply's Responses and Objections to Plaintiffs' RFAs).  Ex. D14 (Dentsply Code of Ethics

& Business Compliance).  That Code stated, in part:

> Dentsply Sirona demonstrates an unwavering commitment to performance with integrity.
>
> . . .
>
> We ask that all members of the Dentsply Sirona community – employees, officers, directors and business partners – comply not only with these policies, but also use good judgment and integrity in all situations that may not be specifically addressed in the Dentsply Sirona Code.
>
> . . .
>
> Our Dentsply Sirona business leaders are responsible for their own actions and for fostering a culture consistent with our Code of Ethics and Business Conduct, policies and applicable laws.  Leaders are expected to address employees' concerns about appropriate conduct promptly and with care and respect.
>
> . . .
>
> It is Dentsply Sirona's policy and must also be every employee's commitment to comply with the law everywhere we do business.
>
> . . .
>
> The *tone from the top* is important in creating a foundation for a culture of integrity but then leaders at all levels must live those values and demonstrate unwavering integrity in everything we do.
>
> . . .
>
> It is the responsibility of our pillar leadership (Product Groups, RCO's, Supply Chain and Corporate Functions) at all levels to assure that the various polices and processes which constitute the Dentsply Sirona Ethics and Compliance program are fully and effectively administered in their respective areas of responsibility.
>
> . . .
>
> All managers must:  Implement control measures, such as appropriate financial controls to identify and prevent fraud and other violations; . . . [e]ncourage employees to speak up and report integrity or compliance issues; [and] [p]romptly implement corrective action to fix identified compliance weaknesses.
>
> . . .

37

Retaliation Violates Our Policy:  Dentsply Sirona absolutely prohibits retaliation against anyone who in good faith raises or helps to address an ethics, integrity or a compliance concern.  Retaliation is grounds for discipline up to and including dismissal.

. . .

Internal Controls and Accurate Record Keeping:  Dentsply Sirona maintains internal controls to comply with legal, accounting, tax, and other regulatory requirements.  Keeping accurate records instills trust in Dentsply Sirona by its employees, customers, patients, investors, and business partners.  Accurate recordkeeping allows us to make strategic, commercial, and operational decisions. It is critically important that our books, records, accounts, and financial statements be maintained in reasonable detail.  'Off the books' accounts, transactions, and assets are prohibited.

*Id.* at 2, 5–6, 8–9 (Dentsply Code of Ethics & Business Compliance).

## XII.   The Internal Investigation

153.    In March 2022, the Audit and Finance Committee of the Board (the "AFC") initiated an internal investigation.  *See* Ex. C19 at 2–3 (Form 12b-25 ("12b-25"), filed with the SEC on May 10, 2022 ("May 10, 2022 12b-25")).

154.    The Company was "therefore unable to file the [1Q22] Form 10-Q on a timely basis."  Ex. C19 at 3 (May 10, 2022 12b-25).

155.    The Company publicly announced the internal investigation on May 10, 2022. Ex. C19 at 2–3 (May 10, 2022 12b-25).

156.    The Company disclosed that the internal investigation "focused on the Company's use of incentives to sell products to distributors in the third and fourth quarters of 2021 and whether those incentives were appropriately accounted for and the impact of those sales was adequately disclosed in the Company's periodic reports filed with the Securities and Exchange Commission," "allegations regarding certain financial reporting matters," and "allegations that certain former and current members of senior management directed the Company's use of these incentives and other actions to achieve executive compensation targets in 2021" (the "Internal

38

Investigation"). Ex. C19 at 3 (May 10, 2022 12b-25).

157.    That same day, the Company also announced its first quarter of 2022 ("1Q22") earnings and FY22 earnings guidance. *See* Ex. C18 at 4–5 (May 10, 2022 8-K).

158.    The AFC "retained independent outside counsel," ███████████████████ ██████████████████████████  Ex. C19 at 3 (May 10, 2022 12b-25); ██████ ████████████████████████████████████████



159.    ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████

160.    █████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████

## XIII.   Gomez and Casey's Departures

161.    On April 11, 2022, the Company announced that Gomez had resigned, effective May 6, 2022, to assume a position as CFO of another publicly traded company. *See* Ex. C16 at 2, 4 (Apr. 11, 2022 8-K).

162.    █████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████

163.    On April 19, 2022, the Company announced that it had terminated Casey as CEO, effective immediately.  *See* Ex. C17 at 2, 23 (Apr. 19, 2022 8-K).

## XIV.    Internal Investigation Findings

164.    Dentsply disclosed the findings of the Internal Investigation on November 1, 2022.  *See* Ex. C21 at 2–4 (Nov. 1, 2022 8-K).

165.    The Company disclosed that "the Audit and Finance Committee determined that certain former members of senior management, including [Casey] and [Gomez], violated provisions of the Company's Code of Ethics and Business Conduct."  Ex. C21 at 3 (Nov. 1, 2022 8-K).

166.    The Company disclosed that "these former members of senior management did not maintain and promote an appropriate control environment focused on compliance in areas of the Company's business, nor did they sufficiently promote, monitor or enforce adherence to the Code of Ethics and Business Conduct."  Ex. C21 at 3 (Nov. 1, 2022 8-K).

167.    The Company disclosed that "these certain former members of senior management, including [Casey] and [Gomez] created a culture where employees did not feel comfortable raising concerns without fear of retaliation."  Ex. C21 at 3 (Nov. 1, 2022 8-K).

168.    The Company disclosed that the Internal Investigation "substantiated certain allegations regarding inappropriate tone at the top by [Casey] and [Gomez]."  Ex. C21 at 3 (Nov. 1, 2022 8-K).

169.    The Company disclosed that the Internal Investigation "did not find evidence that [Casey] and [Gomez] specifically directed the Company's use of incentives to achieve executive compensation targets in 2021."  Ex. C21 at 3 (Nov. 1, 2022 8-K).

170.    The Company also disclosed that "the Audit and Finance Committee concluded that there was no evidence of intentional wrongdoing or fraud," including on behalf of Casey and

40

Gomez.  Ex. C21 at 4 (Nov. 1, 2022 8-K).

## XV.  Accounting Review

171.    In addition to the Internal Investigation, the Company also conducted "a separate but concurrent review . . . of the accounting for various customer incentive arrangements unrelated to the transactions subject to the internal investigation" (the "Accounting Review"). Ex. C21 at 2 (Nov. 1, 2022 8-K).

172.    The Accounting Review analysis of the "incentives [offered to Patterson and Schein in 3Q21 and 4Q21] and related sales, which included examination of documents supporting the accounting and revenue recognition for both the incentives and related sales, identified two insignificant accrual errors."  Ex. C21 at 3 (Nov. 1, 2022 8-K).

173.    ***Historical Accounting Errors.***  The Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 606, *Revenue from Contracts with Customers* ("ASC 606"), "establishes principles for reporting useful information to users of financial statements about the nature, amount, timing, and uncertainty of revenue and cash flows arising from the entity's contracts with customers."  Ex. D12 (ASC 606-10-05-2).

174.    Under ASC 606, companies with variable consideration must follow a five-step process for determining the amount and timing of revenue a company can recognize from selling its products or services.  *See* Ex. D12 (ASC 606-10-05-4).

175.    The Company adopted ASC 606 on January 1, 2018.  *See* Ex. C2 at 91 (Fiscal Year 2018 ("FY18") Annual Report on Form 10-K, filed with the SEC on Mar. 8, 2019 ("FY18 10-K")).

176.    ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

177.

178.

179.

180.

43



181.

182.

183.

184.



185.

186.

187.

188.

189.

190.

44

191. ███████████████████████████████████
███████████████████████████████████████████
██████████████████████████

192. ███████████████████████████████████
█████████████████████████████████████████

193. ███████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████

194. █████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████

195. █████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████

196. ███████████████████████████████████
████████████████████████████████████

45



204.    The Accounting Review also analyzed "product shipments and corresponding

incentive arrangements [between] the Company and its distributors and determined that, with the exception of the [two insignificant accrual errors], sales were properly recorded in each of the respective periods in accordance with ASC 606, *Revenue from Contracts with Customers*." Ex. C21 at 3 (Nov. 1, 2022 8-K).

205. ***Accounting Errors For End-User Incentives In 4Q21.***



206.

207.

208. ***Accounting Errors For Rights of Return In China In 3Q21.*** The AFC

47

"determined that the scope of the [I]nternal [I]nvestigation should be expanded to analyze the increase in returns of products in China during the fourth quarter of 2021." Ex. C21 at 3 (Nov. 1, 2022 8-K).

209.   The Company disclosed that it "processed returns and/or exchanges that were not in accordance with the return and/or exchange provisions contained in existing distributor agreements and sales contracts in China." Ex. C21 at 3 (Nov. 1, 2022 8-K).

210.   The Company disclosed that "members of the Company's local commercial team in China failed to provide information requested by the Company's local accounting organization in connection with the return and/or exchange of products in China during the fourth quarter of 2021." Ex. C21 at 3 (Nov. 1, 2022 8-K).

211.   The Company disclosed that certain employees in its China entity "committed intentional wrongdoing by failing to provide requested information to the Company's local accounting organization, by obstructing the work of the accounting team, and by lacking truthfulness in providing information" to Dentsply and the AFC during the Internal Investigation. Ex. C21 at 3 (Nov. 1, 2022 8-K).

212.   █████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████

213.   █████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████

214.   The Company found an accounting error in China, resulting in an "overstatement

of [n]et sales in the third quarter of 2021 of approximately $4 million which should have been recorded in the fourth quarter of 2021." Ex. C21 at 3–4 (Nov. 1, 2022 8-K); ███████████████

██████████████████████████████████████████████████

███████████████████

## XVI.    Accounting Review Findings

215. ██████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

216.    Dentsply disclosed the findings of the Accounting Review on November 1, 2022. *See* Ex. C21 at 2–4 (Nov. 1, 2022 8-K).

217.    The Company disclosed that as a result of the Accounting Review, "management identified errors related to certain customer incentive programs" and "determined that the Company utilized incorrect accounting and assumptions in the determination of estimates related to its sales returns provisions, warranty reserve provisions and variable consideration." Ex. C21 at 2 (Nov. 1, 2022 8-K).

218.    The Company disclosed that it "has determined that it is appropriate to correct the misstatements in the Company's previously issued financial statements by amending its Quarterly Report on Form 10-Q for the fiscal quarter ended September 30, 2021 . . . and its Annual Report on Form 10-K for the fiscal year ended December 31, 2021." Ex. C21 at 2 (Nov. 1, 2022 8-K).

219.    As a result of the accounting errors found in the Accounting Review, the Company had overstated its net sales and net income for the nine month period ended September

49

30, 2021 by approximately $35M and $27M, respectively. *See* Ex. C22 at 9 (3Q21 10-Q/A).

220. ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

221. As a result of the accounting errors found in the Accounting Review, the Company had overstated its net sales and net income for FY21 by approximately $20M and $10M, respectively. *See* Ex. C23 at 53 (FY21 10-K/A).

222. The Company disclosed that "the correction of errors pertaining to periods prior to 2019 required an adjustment to opening retained earnings at January 1, 2019 of $38 million . . . Those errors related primarily to the timing, recognition, and estimation of variable consideration associated with certain sales orders in the historical periods." Ex. C23 at 53 (FY21 10-K/A).

**XVII.  Stock Price Movement on November 1, 2022**

223. ████████████████████████████████████

████████████████████████████████████

224. ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████

**XVIII.  Restatement**

225. On November 7, 2022, Dentsply issued its amended 10-Q for the quarter ended September 30, 2021, Ex. C22 (3Q21 10-Q/A), and amended 10-K for the fiscal year ended December 31, 2021, Ex. C23 (FY21 10-K/A) (collectively, the "Restatement").

50

226. ████████████████████████████████████████████████████████

████████████████████████████████████████████████████

227. ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████

228.    In FY21, Dentsply's net sales were $4,231M, a 26.7% increase compared to $3,339M in FY20, with organic sales up 24.1% in FY21 versus FY20.  *See* Ex. C23 at 30 (FY21 10-K/A).

229.    In FY21, Dentsply's net sales for T&E were $2,504M, a 28.2% increase compared to $1,954M in FY20, with T&E organic sales up 22.5% in FY21 versus FY20.  *See* Ex. C23 at 30 (FY21 10-K/A).

230.    In FY21, Dentsply's net sales for consumables were $1,727M, a 24.6% increase compared to $1,385M in FY20, with consumables organic sales up 26.3% in FY21 versus FY20. *See* Ex. C23 at 30 (FY21 10-K/A).

231.    In FY21, Dentsply's net cash provided by operating activities was $657M, versus $649M in FY20 and $639M in FY19.  *See* Ex. C23 at 51 (FY21 10-K/A).

232.    In FY21, Dentsply's basic earnings per share ("EPS") was $1.88 versus negative $0.33 for FY20 and $1.15 for FY19.  *See* Ex. C23 at 70 (FY21 10-K/A).

233. ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████

████

234.    With respect to distributor sales incentives, Dentsply revised its 3Q21 10-Q/A to attribute its net sales increase that quarter in part to "a timing-related increase of sales to dealers in the United States" as a result of "incremental pricing incentives."  Ex. C22 at 45 (3Q21 10-Q/A).

235.    Dentsply revised the MD&A in its FY21 10-K/A, noting that "[t]hese higher levels of dealer inventory [we]re due to lower-than-expected retail sales in the fourth quarter, as well as timing-related purchases by dealers due primarily to incremental pricing incentives in the second half of the year."  Ex. C23 at 29 (FY21 10-K/A).

236.    With respect to financial reporting and accounting practices, Dentsply amended management's assessment of the Company's internal control over financial reporting and its disclosure controls and procedures to reflect that there were "material weaknesses" at the end of FY21 and adjusted "substantially all of [its] accounts and disclosures for the interim and annual periods related to 2019, 2020, and 2021."  Ex. C23 at 42 (FY21 10-K/A).

237.    ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████

## XIX.    SEC Investigation

238.    The Company "voluntarily contacted the SEC [in May 2022] to advise it that an

internal investigation [wa]s underway" "of allegations regarding certain financial reporting matters submitted by current and former employees."  Ex. C19 at 2–3 (May 10, 2022 12b-25).

239.    The Company was "continuing to cooperate" with the SEC investigation through 2025.  Ex. C21 at 4 (Nov. 1, 2022 8-K); *see* Ex. C25 at 2 (Oct. 14, 2025 8-K).

240.    On September 29, 2025, the SEC "concluded the investigation as to Dentsply," stating it did "not intend to recommend an enforcement action by the Commission." ███████

███████████████████████████; *see also* Ex. C25 at 2 (Oct. 14, 2025 8-K) (announcing that "the Division of Enforcement of the [SEC] has concluded its investigation of the Company commenced in May 2022 . . . and does not intend to recommend any enforcement action against the Company.").

Dated: November 3, 2025
     New York, New York

         Respectfully submitted,

         */s/ Roger A. Cooper*

         Roger A. Cooper
         racooper@cgsh.com
         Andrew Weaver
         aweaver@cgsh.com
         CLEARY GOTTLIEB
         STEEN & HAMILTON LLP
         One Liberty Plaza
         New York, New York  10006
         T: 212-225-2283

         Angela L. Dunning
         adunning@cgsh.com
         CLEARY GOTTLIEB
         STEEN & HAMILTON LLP
         1841 Page Mill Rd
         Palo Alto, CA 94304
         T: 650-815-4131

         Tom Bednar
         tbednar@cgsh.com
         CLEARY GOTTLIEB STEEN
         & HAMILTON LLP
         2112 Pennsylvania Avenue, NW
         Washington, D.C. 20037
         T: 202-974-1836

         *Counsel for Defendant Dentsply Sirona Inc.*

         */s/ Meredith D. Karp*

         Bryce L. Friedman
         Craig S. Waldman
         Meredith D. Karp
         Isabel R. Mattson
         SIMPSON THACHER
         & BARTLETT LLP
         425 Lexington Avenue
         New York, New York 10017-3954
         Telephone: (212) 455-2000

Facsimile: (212) 455-2502
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
isabel.mattson@stblaw.com

*Counsel for Defendant Donald M. Casey, Jr.*

/s/ Chad P. Albert

Seth L. Levine
Chad P. Albert
Adam M. King
slevine@levinelee.com
calbert@levinelee.com
aking@levinelee.com
LEVINE LEE LLP
1500 Broadway, Suite 2501
New York, NY 10036
T: 212-223-4400

*Counsel for Defendant Jorge M. Gomez*

55