**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

                Plaintiffs,

      v.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ

                Defendants.

Civil Action No. 22-cv-06339-AS

CLASS ACTION

Hon. Arun Subramanian

---

### DECLARATION OF VICTORIYA LEVINA IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Victoriya Levina, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.    I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Dentsply Sirona Inc. ("Dentsply") in the above-captioned action. I am admitted to practice in the State of New York and the Southern District of New York.[1] I submit this declaration in support of Defendants' Motion for Partial Summary Judgment.

2.    **Exhibit A1** attached hereto is a chart specifying the misstatements alleged in Plaintiffs' Amended Complaint (ECF 72) as to which Defendants now move for summary judgment.

---

[1] Exhibits that were designated as Confidential or Highly Confidential under the Stipulated Protective Order (ECF 120) will not be filed publicly.

3.      **Exhibit B1** attached hereto is the certified declaration of Donald M. Casey ("Casey"), dated November 3, 2025.

4.      **Exhibit B2** attached hereto is the certified declaration of Jorge M. Gomez ("Gomez"), dated November 3, 2025.

5.      **Exhibit C1** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated January 17, 2018, as filed with the Securities and Exchange Commission ("SEC").

6.      **Exhibit C2** attached hereto is a true and correct copy of Dentsply's Form 10-K for FY 2018, dated March 8, 2019, as filed with the SEC.

7.      **Exhibit C3** attached hereto is a true and correct copy of Dentsply's Form 10-Q for Q1 2019, dated May 3, 2019, as filed with the SEC.

8.      **Exhibit C4** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated July 8, 2019, as filed with the SEC.

9.      **Exhibit C5** attached hereto is a true and correct copy of Dentsply's Form 10-Q for Q2 2019, dated August 2, 2019, as filed with the SEC.

10.     **Exhibit C6** attached hereto is a true and correct copy of Dentsply's Form 10-Q for Q3 2019, dated November 7, 2019, as filed with the SEC.

11.     **Exhibit C7** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated August 31, 2020, as filed with the SEC.

12.     **Exhibit C8** attached hereto is a true and correct copy of Dentsply's Form 10-K for FY 2020, dated March 1, 2021, as filed with the SEC.

13.     **Exhibit C9** attached hereto is a true and correct copy of Dentsply's Form 10-Q for Q1 2021, dated May 6, 2021, as filed with the SEC.

14.     **Exhibit C10** attached hereto is a true and correct copy of Dentsply's Form 10-Q

2

for Q2 2021, dated August 5, 2021, as filed with the SEC.

15.     **Exhibit C11** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated August 5, 2021, as filed with the SEC.

16.     **Exhibit C12** attached hereto is a true and correct copy of Dentsply's Form 10-Q for Q3 2021, dated November 4, 2021, as filed with the SEC.

17.     **Exhibit C13** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated November 4, 2021, as filed with the SEC.

18.     **Exhibit C14** attached hereto is a true and correct copy of Dentsply's Form 10-K for FY 2021, dated March 1, 2022, as filed with the SEC.

19.     **Exhibit C15** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated February 28, 2022, as filed with the SEC.

20.     **Exhibit C16** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated April 11, 2022, as filed with the SEC.

21.     **Exhibit C17** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated April 19, 2022, as filed with the SEC.

22.     **Exhibit C18** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated May 10, 2022, as filed with the SEC.

23.     **Exhibit C19** attached hereto is a true and correct copy of Dentsply's Form 12-b-25, dated May 10, 2022, as filed with the SEC.

24.     **Exhibit C20** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated August 9, 2022, as filed with the SEC.

25.     **Exhibit C21** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated November 1, 2022, as filed with the SEC.

3

26.     **Exhibit C22** attached hereto is a true and correct copy of Dentsply's Form 10-Q/A for Q3 2021, dated November 7, 2022, as filed with the SEC.

27.     **Exhibit C23** attached hereto is a true and correct copy of Dentsply's Form 10-K/A for FY 2021, dated November 7, 2022, as filed with the SEC.

28.     **Exhibit C24** attached hereto is a true and correct copy of Dentsply's Form 10-K for FY 2022, dated March 1, 2023, as filed with the SEC.

29.     **Exhibit C25** attached hereto is a true and correct copy of Dentsply's Form 8-K, dated October 14, 2025, as filed with the SEC.

30.     **Exhibit D1** attached hereto is a true and correct copy of a transcript from Dentsply's June 9, 2021 company conference presentation at the Goldman Sachs Global Healthcare Conference.

31.     **Exhibit D2** attached hereto is a true and correct copy of a transcript from Dentsply's earnings conference call for Q2 2021, dated August 5, 2021.

32.     **Exhibit D3** attached hereto is a true and correct copy of Dentsply's earnings conference call presentation for Q2 2021, dated August 5, 2021.

33.     **Exhibit D4** attached hereto is a true and correct copy of a transcript from Dentsply's September 15, 2021 company conference presentation at the Robert W. Baird Global Healthcare Conference.

34.     **Exhibit D5** attached hereto is a true and correct copy of an October 5, 2021 press release, *Dentsply Sirona World 2021 – expectations exceeded as dental professionals travel to Las Vegas for highly anticipated return from the 'Ultimate Dental Experience.'*

35.     **Exhibit D6** attached hereto is a true and correct copy of a transcript from Dentsply's earnings conference call for Q3 2021, dated November 4, 2021.

36.    **Exhibit D7** attached hereto is a true and correct copy of Dentsply's earnings conference call presentation for Q3 2021, dated November 4, 2021.

37.    **Exhibit D8** attached hereto is a true and correct copy of a transcript from Dentsply's November 11, 2021 company conference presentation at the Credit Suisse Healthcare Conference.

38.    **Exhibit D9** attached hereto is a true and correct copy of a transcript from Dentsply's December 1, 2021 company conference presentation at the Evercore ISI HealthCONX Conference.

39.    **Exhibit D10** attached hereto is a true and correct copy of a transcript from Dentsply's earnings conference call for Q4 2021, dated February 28, 2022.

40.    **Exhibit D11** attached hereto is a true and correct copy of Dentsply's earnings conference call presentation for Q4 2021, dated February 28, 2022.

41.    **Exhibit D12** attached hereto is a true and correct copy from the Financial Accounting Standards Board's Accounting Standards Certification, *606 Revenue from Contracts with Customer*s:  *05 Overview and Background*, as excerpted on November 2, 2025.

42.    **Exhibit D13** attached hereto is a true and correct copy of a report from the American Dental Association, titled *U.S. Dental Spending Up in 2021*, as excerpted on November 3, 2025.

43.    **Exhibit D14** attached hereto is a true and correct copy of Dentsply's Code of Ethics and Business Compliance.

44.    **Exhibit E1** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00077775, designated Confidential pursuant to the Protective Order in this action.

45.     **Exhibit E2** attached hereto is a true and correct copy of a document produced by Leslie Varon, Bates stamped VARON_SAF_00003714, designated Confidential pursuant to the Protective Order in this action.

46.     **Exhibit E3** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00079750, designated Confidential pursuant to the Protective Order in this action.

47.     **Exhibit E4** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00027849, designated Confidential pursuant to the Protective Order in this action.

48.     **Exhibit E5** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00718285, designated Confidential pursuant to the Protective Order in this action.

49.     **Exhibit E6** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01351390, designated Confidential pursuant to the Protective Order in this action.

50.     **Exhibit E7** attached hereto is a true and correct copy of a document produced by Casey, Bates stamped CASEY_SAF_00000850, designated Confidential pursuant to the Protective Order in this action.

51.     **Exhibit E8** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00029190, designated Confidential pursuant to the Protective Order in this action.

52.     **Exhibit E9** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00029196, designated Confidential pursuant to the Protective

Order in this action.

53.     **Exhibit E10** attached hereto is a true and correct copy of a document produced by Casey, Bates stamped CASEY_SAF_00000861, designated Confidential pursuant to the Protective Order in this action.

54.     **Exhibit E11** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00027987, designated Confidential pursuant to the Protective Order in this action.

55.     **Exhibit E12** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01862127, designated Confidential pursuant to the Protective Order in this action.

56.     **Exhibit E13** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00941392, designated Confidential pursuant to the Protective Order in this action.

57.     **Exhibit E14** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00022890, designated Confidential pursuant to the Protective Order in this action.

58.     **Exhibit E15** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00022891, designated Confidential pursuant to the Protective Order in this action.

59.     **Exhibit E16** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00022895, designated Confidential pursuant to the Protective Order in this action.

60.     **Exhibit E17** attached hereto is a true and correct copy of a document produced by

Patterson Companies, Inc. ("Patterson"), Bates stamped PCI_00023792, designated Confidential pursuant to the Protective Order in this action.

61.    **Exhibit E18** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00028436, designated Confidential pursuant to the Protective Order in this action.

62.    **Exhibit E19** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00029378, designated Confidential pursuant to the Protective Order in this action.

63.    **Exhibit E20** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00028451, designated Confidential pursuant to the Protective Order in this action.

64.    **Exhibit E21** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00941625, designated Confidential pursuant to the Protective Order in this action.

65.    **Exhibit E22** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00041240, designated Confidential pursuant to the Protective Order in this action.

66.    **Exhibit E23** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00028628, designated Confidential pursuant to the Protective Order in this action.

67.    **Exhibit E24** attached hereto is a true and correct copy of a document produced by Casey, Bates stamped CASEY_SAF_00000913, designated Confidential pursuant to the Protective Order in this action.

68.    **Exhibit E25** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00028799, designated Confidential pursuant to the Protective Order in this action.

69.    **Exhibit E26** attached hereto is a true and correct copy of a document produced by Gomez, Bates stamped GOMEZ00000266, designated Confidential pursuant to the Protective Order in this action.

70.    **Exhibit E27** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01897470, designated Confidential pursuant to the Protective Order in this action.

71.    **Exhibit E28** attached hereto is a true and correct copy of a document produced by Patterson, Bates stamped PCI_00000024, designated Confidential pursuant to the Protective Order in this action.

72.    **Exhibit E29** attached hereto is a true and correct copy of a document produced by Casey, Bates stamped CASEY_SAF_00000858, designated Confidential pursuant to the Protective Order in this action.

73.    **Exhibit E30** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00033134, designated Confidential pursuant to the Protective Order in this action.

74.    **Exhibit E31** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00026762, designated Confidential pursuant to the Protective Order in this action.

75.    **Exhibit E32** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00052014, designated Confidential pursuant to the Protective

Order in this action.

76.     **Exhibit E33** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00057991, designated Confidential pursuant to the Protective Order in this action.

77.     **Exhibit E34** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00066125, designated Confidential pursuant to the Protective Order in this action.

78.     **Exhibit E35** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00081488, designated Confidential pursuant to the Protective Order in this action.

79.     **Exhibit F1** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01747848, designated Confidential pursuant to the Protective Order in this action.

80.     **Exhibit F2** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00022667, designated Confidential pursuant to the Protective Order in this action.

81.     **Exhibit F3** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00026498, designated Confidential pursuant to the Protective Order in this action.

82.     **Exhibit F4** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01839072, designated Confidential pursuant to the Protective Order in this action.

83.     **Exhibit F5** attached hereto is a true and correct copy of a document produced by

Dentsply, Bates stamped DS_SAF_00554780, designated Confidential pursuant to the Protective Order in this action.

84.    **Exhibit F6** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00939482, designated Confidential pursuant to the Protective Order in this action.

85.    **Exhibit F7** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00345922, designated Confidential pursuant to the Protective Order in this action.

86.    **Exhibit F8** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01900880, designated Confidential pursuant to the Protective Order in this action.

87.    **Exhibit F9** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_02012986, designated Confidential pursuant to the Protective Order in this action.

88.    **Exhibit F10** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01845168, designated Confidential pursuant to the Protective Order in this action.

89.    **Exhibit F11** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01903982, designated Confidential pursuant to the Protective Order in this action.

90.    **Exhibit F12** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00028986, designated Confidential pursuant to the Protective Order in this action.

91.     **Exhibit F13** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00080512, designated Confidential pursuant to the Protective Order in this action.

92.     **Exhibit F14** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00934384, designated Confidential pursuant to the Protective Order in this action.

93.     **Exhibit F15** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00483631, designated Confidential pursuant to the Protective Order in this action.

94.     **Exhibit F16** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00511066, designated Confidential pursuant to the Protective Order in this action.

95.     **Exhibit F17** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01035544, designated Confidential pursuant to the Protective Order in this action.

96.     **Exhibit F18** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01910565, designated Confidential pursuant to the Protective Order in this action.

97.     **Exhibit F19** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00079675, designated Confidential pursuant to the Protective Order in this action.

98.     **Exhibit F20** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01816376, designated Confidential pursuant to the Protective

Order in this action.

99.     **Exhibit F21** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF 00557422, designated Confidential pursuant to the Protective Order in this action.

100.    **Exhibit F22** attached hereto is a true and correct copy of a document produced by PricewaterhouseCoopers, LLP ("PwC"), Bates stamped PwC_DSI_SDNY_00003164, designated Confidential pursuant to the Protective Order in this action.

101.    **Exhibit F23** attached hereto is a true and correct copy of a document produced by PwC, Bates stamped PwC_DSI_SDNY_00004875, designated Confidential pursuant to the Protective Order in this action.

102.    **Exhibit F24** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF 00092725, designated Confidential pursuant to the Protective Order in this action.

103.    **Exhibit F25** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped PwC_DSI_SDNY_00004872, designated Confidential pursuant to the Protective Order in this action.

104.    **Exhibit F26** attached hereto is a true and correct copy of a document produced by PwC, Bates stamped PwC_DSI_SDNY_00025239, designated Confidential pursuant to the Protective Order in this action.

105.    **Exhibit F27** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00092737, designated Confidential pursuant to the Protective Order in this action.

106.    **Exhibit F28** attached hereto is a true and correct copy of a document produced by

Dentsply, Bates stamped DS_SAF_01816792, designated Confidential pursuant to the Protective Order in this action.

107.    **Exhibit F29** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01816805, designated Confidential pursuant to the Protective Order in this action.

108.    **Exhibit F30** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_02016266, designated Confidential pursuant to the Protective Order in this action.

109.    **Exhibit G1** attached hereto is a true and correct copy of the transcript of the deposition of Eric Bruno held on July 23, 2025, designated Confidential pursuant to the Protective Order in this action. [2]

110.    **Exhibit G2** attached hereto is a true and correct copy of the transcript of the deposition of Matthew D. Cain held on October 28, 2025, designated Confidential pursuant to the Protective Order in this action.

111.    **Exhibit G3** attached hereto is a true and correct copy of the transcript of the deposition of Tandi Card held on August 4, 2025, designated Confidential pursuant to the Protective Order in this action.

112.    **Exhibit G4** attached hereto is a true and correct copy of the transcript of the deposition of Donald M. Casey Jr., held on August 18, 2025, designated Confidential pursuant to the Protective Order in this action.

113.    **Exhibit G5** attached hereto is a true and correct copy of the transcript of the deposition of Kevin J. Czerney held on August 14, 2025, designated Confidential pursuant to the

---

[2] Pursuant to Rule 8(I)(V) of this Court's Individual Practices in Civil Cases, Dentsply is providing the Court with complete electronic, text-searchable copies of all deposition transcripts on which it relies.

Protective Order in this action.

114.    **Exhibit G6** attached hereto is a true and correct copy of the transcript of the deposition of Cynthia Dew held on June 17, 2025, designated Confidential pursuant to the Protective Order in this action.

115.    **Exhibit G7** attached hereto is a true and correct copy of the transcript of the deposition of Jorge M. Gomez held on August 22, 2025, designated Confidential pursuant to the Protective Order in this action.

116.    **Exhibit G8** attached hereto is a true and correct copy of the transcript of the deposition of Brian Gorman held on July 31, 2025, designated Confidential pursuant to the Protective Order in this action.

117.    **Exhibit G9** attached hereto is a true and correct copy of the transcript of the deposition of Matthew R. Keffer held on August 30, 2025, designated Confidential pursuant to the Protective Order in this action.

118.    **Exhibit G10** attached hereto is a true and correct copy of the transcript of the deposition of Josh Killian held on June 18, 2025, designated Confidential pursuant to the Protective Order in this action.

119.    **Exhibit G11** attached hereto is a true and correct copy of the transcript of the deposition of Christopher Little held on May 30, 2025, designated Confidential pursuant to the Protective Order in this action.

120.    **Exhibit G12** attached hereto is a true and correct copy of the transcript of the deposition of Benjamin F. Loop held on May 9, 2025, designated Confidential pursuant to the Protective Order in this action.

121.    **Exhibit G13** attached hereto is a true and correct copy of the transcript of the

deposition of Christine Mullen held on July 29, 2025, designated Confidential pursuant to the Protective Order in this action.

122.    **Exhibit G14** attached hereto is a true and correct copy of the transcript of the deposition of Lauren Seymour held on May 21, 2025, designated Confidential pursuant to the Protective Order in this action.

123.    **Exhibit G15** attached hereto is a true and correct copy of the transcript of the deposition of Scott Shepard held on April 29, 2025, designated Confidential pursuant to the Protective Order in this action.

124.    **Exhibit G16** attached hereto is a true and correct copy of the transcript of the deposition of Leslie F. Varon held on July 29, 2025, designated Confidential pursuant to the Protective Order in this action.

125.    **Exhibit H1** attached hereto is a true and correct copy of the expert report of Matthew  D. Cain, dated September 5, 2025, designated Confidential pursuant to the Protective Order in this action.

126.    **Exhibit H2** attached hereto is a true and correct copy of the expert report of Karyl M. Van Tassel, dated September 5, 2025, designated Confidential pursuant to the Protective Order in this action.

127.    **Exhibit H3** attached hereto is a true and correct copy of the expert report of Allen Ferrell, dated October 6, 2025, designated Confidential pursuant to the Protective Order in this action.

128.    **Exhibit H4** attached hereto is a true and correct copy of the expert report of John M. Lacey, dated October 6, 2025, designated Confidential pursuant to the Protective Order in this action.

129.     **Exhibit I1** attached hereto is a true and correct copy of Dentsply's Response to 30(b)(6) Topics 7-11, 18, dated August 20, 2025, designated Confidential pursuant to the Protective Order in this action.

130.     **Exhibit I2** attached hereto is a true and correct copy of Dentsply's Responses and Objections to Plaintiffs' Requests for Admissions, dated August 11, 2025, designated Confidential pursuant to the Protective Order in this action.

131.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of November, 2025.

/s/ Victoriya Levina

Victoriya Levina

17