# EXHIBIT A1

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| | **June 9, 2021 (Goldman Sachs Global Healthcare Conference)**<br>Transcript:  Ex. D1[2] | |
| 111 | On June 9, 2021, Dentsply presented to investors at the Goldman Sachs Global Healthcare Conference. During the presentation, Gomez assured investors that Dentsply's digital sales – specifically its CAD/CAM sales – were performing well and quickly recovering after the pandemic:<br><br>"Specifically for us, ***we have seen a good rebound of our sales in CAD/CAM in general*** and is happening pretty much across all of the categories within equipment. ***I think we're seeing great recovery*** and imaging across the board, ***CAD/CAM.***  And we feel frankly, in some places, we are probably gaining share.  ***At a minimum, we are tracking with a fast market growth rate***. . . .<br>. . . ***So across that entire ecosystem, we've seen good recovery, good progress.  And so both short-term rebound is good.  And then long-term trend***, this is part of a good trend, and we're excited about that business.  And I think the potential is there for us and for all." | Falsity<br>Puffery<br>Opinion |
| 119 | On June 9, 2021, Dentsply presented at the Goldman Sachs Global Healthcare Conference. There, Gomez represented that:<br><br>"We have thrown in more sophisticated and strategic incentive plans. We went from doing a lot of incentives with our dealer partners, and we have redirected those dollars mostly to the end customer. ***And so trying to match end-customer demand with our sales. That is a very important thing***." | Falsity |

---

[1] Capitalized terms not defined in this Exhibit shall have the meanings as in Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Partial Summary Judgment.

[2] References to "Ex." are to exhibits to the Declaration of Victoriya Levina in Support of Defendants' Motion for Partial Summary Judgment, submitted herewith.

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| | **August 5, 2021 (2Q21 Results)** <br> 2Q21 10-Q: Ex. C10 <br> Press Release:  Ex. C11 <br> Transcript:  Ex. D2 <br> Slide Deck:  Ex. D3 | |
| 137 | On August 5, 2021, Dentsply issued a press release discussing the Company's 2Q21 results. In the release, Casey was quoted as stating: <br><br> "Our financial results reflect the resilience of the dental market and demonstrate our team's ability to execute operationally and financially. As we turn our attention to investing for future growth, *we are confident that the underlying fundamentals of our business are strong and that we are well positioned*. Additionally, we remain committed to completing our restructuring goals on time and on budget." | Puffery <br> Opinion <br> Scienter <br> Forward-Looking |
| 138 | Also on August 5, 2021, Dentsply convened a conference call with analysts and investors to discuss the Company's results for 2Q21. In his prepared remarks, Casey reiterated the Company's 2021 outlook and assured investors that Dentsply was "well positioned" to deliver "sustainable growth": <br><br> "We are reaffirming our 2021 outlook. The dental market continues to show resilience as well as strong underlying fundamentals. *We believe that Dentsply Sirona is well positioned to deliver sustainable growth in the future*." | Puffery <br> Opinion <br> Scienter <br> Forward-Looking |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| 153 | During the Class Period, Dentsply's quarterly and annual financial results were reported on Forms 10-Q and 10-K. Specifically:<br><br>• On August 5, 2021, Dentsply issued its Form 10-Q for 2Q21, which was signed by Casey and Gomez;<br>• On November 4, 2021, Dentsply issued its Form 10-Q for 3Q21, which was signed by Casey and Gomez; and<br>• On March 1, 2022, Dentsply issued its Form 10-K for 2021, which was signed by Casey, Gomez, and Chadha<br><br>Dentsply's 2Q21 and 3Q21 Forms 10-Q falsely represented that the financial statements contained therein "have been prepared in accordance with accounting principles generally accepted in the United States of America" and "the rules of the [SEC]," while its 2021 Form 10-K falsely represented "[t]he preparation of the Company's consolidated financial statements in conformity with . . . GAAP." | Scienter |
| 155 | August 5, 2021 press release announcing Dentsply's financial results for 2Q21:<br><br>"Second quarter net sales of $1,067 million increased 117.3%, compared to $491 million in the second quarter of 2020. Net income for the second quarter of 2021 was $99 million, or $0.45 per diluted share, compared to a net loss of ($95) million, or ($0.44) per diluted share in the second quarter of 2020. Non-GAAP net earnings per diluted share increased to $0.71 compared to ($0.18) in the second quarter of 2020." | Scienter<br>No Material Omission |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| | **September 15, 2021 (Robert W. Baird Global Healthcare Conference)** Transcript: Ex. D4 | |
| 112 | On September 15, 2021, at a Robert W. Baird Global Healthcare Conference, Gomez continued to hype the Company's digital business, assuring investors that it "continue[d] to be strong" and was experiencing continued momentum:<br><br>"[W]e have a few key objectives with this year.  One of them is continued momentum with our digital dentistry and the [end-user] promotions that you talk about. ***Primescan continues to do well. Selling cameras alone is doing really well. CEREC is also doing well. So that – the momentum in that business has continued*** . . . . ***And so I think our digital business – digital dentistry business continues to be strong and we have more things coming down the pike***." | Falsity<br>Opinion |
| 139 | Later in the Class Period, Dentsply presented at the September 15, 2021 Robert W. Baird Global Healthcare Conference, where an analyst asked Gomez whether he believed the Company could achieve a 4%-5% growth target in the next one to two years, Gomez unequivocally confirmed:<br><br>"***Yes***. We think we have the levers. ***I think the market is healthy in many areas where we have exposure***. We are making investments in areas where we are under indexed. ***And so we think we have a very good shot at being able to deliver that type of growth rate sustainably***, which is something that the company has not done in many, many years." | Falsity<br>Opinion<br>Scienter<br>Forward-Looking |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| | **November 4, 2021 (3Q21 Results)**<br>3Q21 10-Q:  Ex. C12<br>Press Release:  Ex. C13<br>Transcript:  Ex. D6<br>Slide Deck:  Ex. D7 | |
| 121[3] | On that same call, an analyst directly asked Defendants: "Do you feel like inventory levels at all – have changed at all with your distribution partners?" Gomez responded: "***We don't think so. We track that very closely and we manage our inventory levels in a disciplined way. And so we are not seeing that at this point***." | Falsity<br>Opinion |
| 122[4] | Another analyst asked Defendants, "[d]o you expect your inventory level to increase in the coming quarters?" Gomez again responded:<br><br>"***I don't think so.  No, we watch inventory very closely, our internal inventory, inventory in the channel***. And our objective at all times is to ensure that our manufacturing process is smooth. And the worst thing that you can do for any manufacturing process is to move inventory levels too drastically from period to period.<br><br>So our goal, at all times, is to keep inventory levels relatively stable. And our actually long-term goal is frankly to decrease days of inventory, and that's a key internal goal that we track and measure very closely." | Falsity<br>Opinion<br>Forward-Looking |

---

[3] Plaintiffs incorrectly identified this statement in the AC as from the August 5, 2021 2Q21 earnings call, when it is from the November 4, 2021 3Q21 earnings call.

[4] This statement is also from the November 4, 2021 3Q21 earnings call.  *See* footnote 3.

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| 140 | On November 4, 2021, Defendants issued a press release announcing Dentsply's financial results for 3Q21. The release discussed Dentsply's increased FY21 guidance, which was based on the Company's strong 3Q21 results:<br><br>"***Based on the results of the third quarter and the continued gradual recovery of the global dental market, we are raising our fiscal year 2021 earnings outlook and tightening our revenue outlook to the top of the previous range***. We expect revenues to be in the $4.25 billion to $4.3 billion range, up approximately 27-30% on a reported basis and 22-25% on an organic basis. Our Non-GAAP EPS outlook for FY2021 is now $2.87 to $2.92." | Falsity<br>Forward-Looking |
| 142 | On the same call, Gomez discussed the Company's increased FY21 guidance and strong potential for future growth:<br><br>"Now let me provide an update on our financial expectations for 2021. ***Based on the solid performance of our business year-to-date and the current market trends, we are increasing our estimates for 2021 as follows***. We are tightening our revenue outlook by increasing the bottom of our range. We now expect revenues to be in the $4.25 billion to $4.3 billion range.<br><br>With respect to EPS, we are increasing and narrowing our estimates for fiscal year 2021. The new EPS outlook range is now $2.87 to $2.92. This range is based on a new assumption for the euro to USD rate of 1.16. This is lower than the fiscal year '21 budget assumption of 1.22 and lower than last quarter's assumption for the second half of the year of 1.18. . . . Overall, we are very pleased with the current momentum in our business and our new 2021 outlook for revenue and earnings reflects that confidence." | Falsity<br>Forward-Looking |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| 156 | On November 4, 2021, Defendants issued a press release announcing Dentsply's financial results for 3Q21. The release reported:<br><br>"Third quarter net sales of $1,069 million increased 19.4%, compared to $895 million in the third quarter of 2020. Net income for the third quarter of 2021 was $103 million, or $0.47 per diluted share, compared to $53 million, or $0.25 per diluted share in the third quarter of 2020. Non-GAAP net earnings per diluted share increased to $0.68 compared to $0.67 in the third quarter of 2020." | Scienter<br>No Material Omission |
| **November 11, 2021 (Credit Suisse Healthcare Conference)**<br>Transcript:  Ex. D8 | | |
| 105[5] | Casey continued this false narrative halfway through 4Q21, stating at a November 11, 2021 Credit Suisse Healthcare Conference:<br><br>"~~*As we go into the fourth quarter, we're optimistic that things get closer and closer to normal.*~~ Obviously, the supply chain is impacting all of us. When you talk about – in our case, it's – we look at distribution costs are accelerating. To date, we've been able to manage through a lot of that. And as we look out, we have a few key products that there's obviously going to be constraints around we're a heavily chip-oriented business. *To date, we've been able to make everything we need to make*. But as we jump out 6, 8, 12 months, we expect to see pressure on that.<br><br>*We have a terrific supply chain*. One of the advantages of the structure we put in place over the last 2 years is a centralized supply chain with a pretty sophisticated procurement group, and that's helped us through it. But we're also – we took price in the – at the very end of the third quarter, with the idea that we want to get in front of inflation." | Falsity<br>Puffery |

---

[5] The stricken-through statement was dismissed.  *See* ECF 106 ("MTD Order").

7

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| 143[6] | On November 11, 2021, Casey attended the Credit Suisse Healthcare Conference, where he touted the Company's 3Q21 results and represented that the Company's success was sustainable:<br><br>"If you look at the growth number coming off '19 versus '18 and how we feel coming out of the pandemic, *we said we think we can raise that long-term target to 4% to 5%. And as we sit here today,* ~~*we're pretty optimistic that our growth prospects are good*~~ *and that 4% to 5% is definitely attainable*.<br>***<br>So in aggregate, *we had a very, very strong third quarter. We think that business going forward is sustainable* as we bring these new products in." | Falsity<br>Opinion<br>Forward-Looking |
| **December 1, 2021 (Evercore ISI HealthCONX Conference)**<br>Transcript: Ex. D9 | | |
| 106 | And two-thirds of the way through 4Q21, on December 1, 2021, when the Company presented at Evercore ISI HealthCONX Conference, Casey again repeated:<br><br>"Yes. So the supply chain, I break it out into 2 things, Elizabeth, distribution and logistics. *We're not seeing huge delays. We're seeing increased costs associated with that*. And that's obviously a headwind as we go forward. The second issue is *are we having problems getting anything, we're basically – what we're learning is we can get stuff*. It just takes a lot more effort because it might not be as easy to get." | Falsity |

---

[6] The stricken-through statement was dismissed.  *See* ECF 106 ("MTD Order").

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| | **February 28, 2022 (Q421 and FY21)**<br>Press Release: Ex. C15<br>Transcript: Ex. D10<br>Slide Deck: Ex. D11 | |
| 107 | Finally, when the Company held its conference call on February 28, 2022 to discuss its results for 4Q21 and FY21, Defendants continued to downplay their ongoing supply chain issues, even as they began to admit that supply chain disruptions had constrained growth in 4Q21. For example, in his prepared remarks, Gomez finally conceded that supply chain issues had inhibited Dentsply's 4Q21 growth, but indicated that they would resolve within the next one to two quarters:<br><br>In the quarter, we also experienced more acute supply chain and COVID-related constraints, which we estimate to have suppressed our total company organic growth by approximately 2 to 3 points. We view this as a ***temporary headwind*** but anticipate that our supply chain will be – will remain challenging for at least ***1 or 2 quarters in 2022***. | Falsity<br>Forward-Looking |
| 116 | On the same call, Gomez stated:<br><br>***The retail demand for Primemill is solid, and our dealer partners in the U.S. have sufficient inventory to meet that demand. In the short term, this tradeoff will reduce our wholesale volume of Primemills but is the right thing to do for our customers***. | Falsity |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| 132 | In the February 28, 2022 press release announcing Dentsply's 4Q21 and FY21 results, Casey was quoted discussing the Company's 2021 success, the reasons for that success, and the Company's optimism for the future:<br><br>"***Our 2021 performance reflects the resilience of the dental market, the strength of our global portfolio, and our team's ability to execute well in an environment still impacted by the pandemic***. We delivered strong results with ***organic sales growth of nearly 25%, double-digit EPS growth, and solid cash flow generation***. We made meaningful progress on the commitments we set three years ago to strengthen the foundation of the business and position it for long-term sustainable growth . . . . We are optimistic about our future. We have a healthy innovation pipeline, ***a well-positioned portfolio***, and new strategic partnerships to accelerate our growth." | Falsity<br>Opinion |
| 133 | During the Company's February 28, 2022 earnings call regarding Dentsply's results for 4Q21 and FY21, Gomez misrepresented the two main constraints the Company was facing from a demand and volume perspective:<br><br>***The last week or 2 in December became more complicated for dental practices in many markets primarily as a result of staffing shortages***, and as a result, volume tended to go down a little bit again in the last couple of weeks in December in a lot of markets.<br><br>***We had also situations like China where many provinces still have the zero COVID policy*** and, as a result, are in major lockdowns, which restricts substantially patient traffic. ***So those are probably the 2 main constraints we were facing from a volume – from a demand perspective***. | Falsity |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| 157 | On February 28, 2022, Defendants issued a press release announcing Dentsply's financial results for 4Q21 and FY21, which reported:<br><br>Fourth quarter 2021 net sales of $1,088 million increased 0.6%, compared to $1,082 million in the fourth quarter of 2020. Net income was $102 million, or $0.47 per diluted share, compared to $99 million, or $0.45 per diluted share in the fourth quarter of 2020. Adjusted earnings per diluted share decreased to $0.76 compared to $0.87 in the fourth quarter of 2020.<br><br>It also reported the following results for FY21: Full year 2021 net sales of $4,251 million increased 27.2%, compared to $3,342 million for the full year of 2020. Net income was $421 million, or $1.91 per diluted share, compared to a loss of ($83) million, or ($0.38) per diluted share for the full year of 2020. Adjusted earnings per diluted share grew to $2.87 compared to $1.79 in 2020. | Falsity<br>Scienter<br>No Material Omission |
| **March 1, 2022 (FY21 10-K)**<br>FY21 10-K:  Ex. C14 | | |
| 149 | The 2021 Form 10-K also directed investors to Dentsply's Code of Ethics and Business Conduct:<br><br>The Company has a Code of Ethics and Business Conduct that applies to the Chief Executive Officer, Chief Financial Officer, Chief Accounting Officer and the Board of Directors and substantially all of the Company's management level employees. A copy of the Code of Ethics and Business Conduct is available in the Investor Relations section of the Company's website at www.dentsplysirona.com. | Falsity |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| 171 | In Dentsply's 2021 Form 10-K, the Company disclosed its significant accounting policy for revenue recognition, which falsely stated that "[r]evenue is measured as the amount of consideration the Company expects to receive in exchange for transferring goods or services in accordance with ASC 606-10, Revenues from Contracts with Customers." Dentsply also represented in its 2021 Form 10-K that, with respect to its accounting for revenues:<br><br>The Company exercises judgment in estimating variable consideration, which primarily includes volume discounts, sales rebates, and product returns. The Company adjusts the estimate of revenue at the earlier of when the most likely amount of consideration can be estimated, the amount expected to be received changes, or when the consideration becomes fixed. The Company estimates volume discounts by evaluating specific inputs and assumptions, including the individual customer's historical and estimated future product purchases. Discounts are deducted from revenue at the time of sale or when the discount is offered, whichever is later. In estimating sales rebates, the Company evaluates inputs such as customer-specific trends, terms of the customers' contracted rebate program, historical experience, and the forecasted performance of a customer and their expected level of achievement within the rebate programs. The accruals for these rebate programs are updated as actual results and updated forecasts impact the estimated achievement for customers within the rebate programs. When the Company gives customers the right to return eligible products and receive credit, returns are estimated based on an analysis of historical experience. However, returns of products, excluding warranty-related returns, are not material. To the extent the transaction price includes variable consideration, the Company applies judgment in constraining the estimated variable consideration due to factors that may cause reversal of revenue recognized. The Company evaluates constraints based on its historical and projected experience with similar customer contracts. | Scienter |
| 175 | First, in determining the transaction price of each sale to a customer under ASC 606, Dentsply was required to consider, among other items, "variable consideration" – things such as discounts, rebates, refunds, credits, price concessions, incentives, performance bonuses, penalties, and other similar items associated with a given deal. Dentsply's revenue recognition accounting policy as disclosed in its 2021 Form 10-K stated that the relevant | Scienter |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| | variable consideration Dentsply considered "primarily include[d] volume discounts, sales rebates, and product returns." | |
| 176 | ASC 606 requires that companies estimate the amount of variable consideration for a given deal as a deduction from the transaction price, using either the "expected value" or the "most likely amount" method.  Dentsply told investors in its 2021 Form 10-K that it adjusted its "estimate of revenue at the earlier of when the most likely amount of consideration can be estimated, the amount expected to be received changes, or when the consideration becomes fixed."  Under ASC 606, Dentsply was required to update its estimates of revenue quarterly, including any changes to an overall transaction price from the amount of variable consideration offered in connection with the sale, in order "to represent faithfully the circumstances present at the end of the reporting period and the changes in circumstances during the reported period."  Dentsply did not follow this principle during the Restatement periods. | Scienter |
| **"Throughout the Class Period"** Dentsply Code of Ethics & Business Compliance:  Ex. D14 | | |
| 150 | Dentsply's Code of Ethics and Business Conduct, which was available on Dentsply's website throughout the Class Period, assured investors that, among other things: <br>• "Dentsply Sirona demonstrates an unwavering commitment to performance with integrity." <br>• "We ask that all members of the Dentsply Sirona community – employees, officers, directors and business partners - comply not only with these policies, but also use good judgment and integrity in all situations that may not be specifically addressed in the Dentsply Sirona Code." <br>• "Our Dentsply Sirona business leaders are responsible for their own actions and for fostering a culture consistent with our Code of Ethics and Business Conduct, policies and | Falsity |

| AC¶[1] | AC Text | Summary Judgment Basis |
|---|---|---|
| | applicable laws. Leaders are expected to address employees' concerns about appropriate conduct promptly and with care and respect." <br>• "We think and act with positive intent and the highest integrity." <br>• "It is Dentsply Sirona's policy and must also be every employee's commitment to comply with the law everywhere we do business." <br>• "The tone from the top is important in creating a foundation for a culture of integrity but then leaders at all levels must live those values and demonstrate unwavering integrity in everything we do." <br>• "All managers must": "Implement control measures, such as appropriate financial controls to identify and prevent fraud and other violations[;] . . . Encourage employees to speak up and report integrity or compliance issues[; and] Promptly implement corrective action to fix identified compliance weaknesses." <br>• "Retaliation Violates Our Policy[:] Dentsply Sirona absolutely prohibits retaliation against anyone who in good faith raises or helps to address an ethics, integrity or a compliance concern. Retaliation is grounds for discipline up to and including dismissal." <br>• "Internal Controls and Accurate Record Keeping[:] Dentsply Sirona maintains internal controls to comply with legal, accounting, tax, and other regulatory requirements. Keeping accurate records instills trust in Dentsply Sirona by its employees, customers, patients, investors, and business partners. Accurate recordkeeping allows us to make strategic, commercial, and operational decisions. It is critically important that our books, records, accounts, and financial statements be maintained in reasonable detail. 'Off the books' accounts, transactions, and assets are prohibited." | |

14