# EXHIBIT B1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ<br><br>            Defendants. | Civil Action No. 22-cv-06339-AS<br><br>CLASS ACTION<br><br>Hon. Arun Subramanian |

**DECLARATION OF DONALD M. CASEY, JR. IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Donald M. Casey, Jr., declare:

1. I am a defendant in the above-captioned matter. I make this declaration in support of Defendants' motion for summary judgment. I have personal knowledge of the matters stated herein and, if called as a witness, could testify competently thereto.

2. From February 12, 2018 to April 19, 2022, I served as Chief Executive Officer of Dentsply Sirona, Inc. ("Dentsply" or the "Company").

**I.    The Public Statements**

3. During my time at the Company, Dentsply maintained a disclosure process involving input and review from various individuals and committees across the Company. I believed that the individuals and committees involved in the disclosure process were competent

and possessed sufficient experience, training, and education to prepare Dentsply's public statements. I also believed that the process was well-designed to ensure that the Company's public statements were prepared accurately. Moreover, I believed that Dentsply employed competent and reputable outside auditors, PricewaterhouseCoopers, whose audits or reviews helped further ensure the accuracy and integrity of Dentsply's public statements.

4. I believed that the Company's public statements, reflected in filings with the Securities and Exchange Commission which I signed, in the press releases the Company released, as well as in the statements that I made on earnings calls and during various conferences, some of which are cited in Plaintiffs' Amended Complaint, were materially true and did not contain material misstatements or omissions. I relied in good faith on the processes and professionals described above with respect to the preparation of Dentsply's public statements, including the statements I made on earnings calls and during conferences. I believed that these professionals appropriately discharged their duties. At no time did I come to the view that the public statements at issue in this matter were not materially true.

5. Because of the foregoing, I did not intentionally or recklessly make any material misstatements or conceal material information from the market.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2025.

Donald M. Casey, Jr.