# EXHIBIT B2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

     Plaintiffs,

  v.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ

     Defendants.

Civil Action No. 22-cv-06339-AS

CLASS ACTION

Hon. Arun Subramanian

## DECLARATION OF JORGE M. GOMEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Jorge M. Gomez, declare:

1. I am a defendant in the above-captioned matter. I make this declaration in support of Defendants' motion for summary judgment. I have personal knowledge of the matters stated herein and, if called as a witness, could testify competently thereto.

2. From August 12, 2019 to May 6, 2022, I served as Chief Financial Officer of Dentsply Sirona, Inc. ("Dentsply" or the "Company").

## I. The Public Statements

3. During my time at the Company, Dentsply maintained a disclosure process involving input and review from various individuals and committees across the Company. I believed that the individuals and committees involved in the disclosure process were competent

and possessed sufficient experience, training, and education to prepare Dentsply's public statements. I also believed that the process was well-designed to ensure that the Company's public statements were prepared accurately. Moreover, I believed that Dentsply employed competent and reputable outside auditors, PricewaterhouseCoopers, whose audits or reviews helped further ensure the accuracy and integrity of Dentsply's public statements.

4.      I believed that the Company's public statements, reflected in filings with the Securities and Exchange Commission which I signed, in the press releases the Company released, as well as in the statements that I made on earnings calls and during various conferences, some of which are cited in Plaintiffs' Amended Complaint, were materially true and did not contain material misstatements or omissions. I relied in good faith on the processes and professionals described above with respect to the preparation of Dentsply's public statements, including the statements I made on earnings calls and during conferences. I believed that these professionals appropriately discharged their duties. At no time did I come to the view that the public statements at issue in this matter were not materially true.

5.      Because of the foregoing, I did not intentionally or recklessly make any material misstatements or conceal material information from the market.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2025.

_____
Jorge M. Gomez