UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ─────────────────────────── x <br> SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, <br><br>　　　　　　　　Defendants. <br> ─────────────────────────── x | : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 1:22-cv-06339-AS (Consolidated) <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF JOSEPH CAVARETTA |

4907-5445-0295.v1

PLEASE TAKE NOTICE that Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System (collectively, "Plaintiffs") will and do hereby move this Court for an order excluding certain expert testimony of Joseph Cavaretta.  In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Hillary B. Stakem, and a [Proposed] Order.

| | |
|---|---|
| DATED:  November 7, 2025 | ROBBINS GELLER RUDMAN <br>    & DOWD LLP <br> SCOTT H. SAHAM (admitted *pro hac vice*) <br> LUKE O. BROOKS (admitted *pro hac vice*) <br> DARRYL J. ALVARADO (admitted *pro hac vice*) <br> CHRISTOPHER D. STEWART (admitted *pro hac vice*) <br> HILLARY B. STAKEM (admitted *pro hac vice*) <br> NICOLE Q. GILLILAND (admitted *pro hac vice*) <br> JESSICA E. ROBERTSON (admitted *pro hac vice*) <br> MEGAN M. SONNEY (admitted *pro hac vice*) |
| | s/ Hillary B. Stakem <br> HILLARY B. STAKEM |
| | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br> scotts@rgrdlaw.com <br> lukeb@rgrdlaw.com <br> dalvarado@rgrdlaw.com <br> cstewart@rgrdlaw.com <br> hstakem@rgrdlaw.com <br> ngilliland@rgrdlaw.com <br> jrobertson@rgrdlaw.com <br> msonney@rgrdlaw.com |

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiffs