UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

                  Plaintiffs,

    vs.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ,

                 Defendants.

---

Civil Action No. 1:22-cv-06339-AS
(Consolidated)

CLASS ACTION

DECLARATION OF HILLARY B. STAKEM
IN SUPPORT OF PLAINTIFFS' MOTION
TO EXCLUDE CERTAIN EXPERT
TESTIMONY OF JOSEPH CAVARETTA

4938-6162-3160.v1

I, HILLARY B. STAKEM, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Expert Report of Joseph Cavaretta, dated October 6, 2025 (**FILED UNDER SEAL**);

Exhibit 2:      Transcript of the Videotaped Deposition of Joseph Cavaretta, dated October 30, 2025 (**FILED UNDER SEAL**);

Exhibit 3:      Expert Report of Zal Phiroz, Ph.D., dated September 5, 2025 (**FILED UNDER SEAL**);

Exhibit 4:      Transcript of Videotaped Deposition of Ken Ciulla, dated May 23, 2025 (**FILED UNDER SEAL**);

Exhibit 5:      Transcript of the Videotaped Deposition of Zal Phiroz, Ph.D., dated October 28, 2025 (**FILED UNDER SEAL**); and

Exhibit 6:      "Inflection Point: The Impact of COVID-19 on oral health and dental benefits," *Guardian Life Insurance* (2021), *available at* https://www.guardianlife.com/s3fs-public/2021-09/Inflection_Point_DENTAL_REPORT_BROKER.pdf.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 7, 2025, at San Diego, California.

s/ Hillary B. Stakem
HILLARY B. STAKEM

- 1 -

4938-6162-3160.v1