UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SAN ANTONIO FIRE AND POLICE             :    Civil Action No. 1:22-cv-06339-AS
PENSION FUND, CITY OF BIRMINGHAM        :    (Consolidated)
RETIREMENT AND RELIEF SYSTEM, EL        :
PASO FIREMEN & POLICEMEN'S              :    CLASS ACTION
PENSION FUND, and WAYNE COUNTY          :
EMPLOYEES' RETIREMENT SYSTEM,           :    DECLARATION OF LUKE O. BROOKS IN
Individually and on Behalf of All Others :   SUPPORT OF PLAINTIFFS' MOTION TO
Similarly Situated,                     :    EXCLUDE CERTAIN EXPERT
                                        :    TESTIMONY AND OPINIONS OF DR.
                    Plaintiffs,         :    ALLEN FERRELL
                                        :
        vs.                             :
                                        :
DENTSPLY SIRONA INC., DONALD M.         :
CASEY, JR., and JORGE GOMEZ,            :
                                        :
                    Defendants.         :
                                        :
———————————————————— x

4918-5287-5896.v1

I, LUKE O. BROOKS, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Expert Report of Matthew D. Cain, Ph.D., dated September 5, 2025 (**FILED UNDER SEAL**);

Exhibit 2:      Expert Report of Allen Ferrell, Ph.D., dated October 6, 2025 (**FILED UNDER SEAL**);

Exhibit 3:      Transcript of the Videotaped Deposition of Frank Allen Ferrell, Ph.D., dated October 22, 2025 (**FILED UNDER SEAL**);

Exhibit 4:      Transcript of the Videotaped Deposition of Leslie F. Varon, dated July 29, 2025 (**FILED UNDER SEAL**);

Exhibit 5:      Defendants' Responses and Objections to Lead Plaintiffs' First Set of Interrogatories, dated December 6, 2024;

Exhibit 6:      Defendants' Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories (Nos. 12 and 21), dated August 18, 2025; and

Exhibit 7:      Defendants' Second Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories (No. 12), dated October 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 7, 2025, at San Diego, California.

s/ Luke O. Brooks
_____
LUKE O. BROOKS

- 1 -

4918-5287-5896.v1