# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAN ANTONIO FIRE AND POLICE PENSION
FUND, CITY OF BIRMINGHAM RETIREMENT
AND RELIEF SYSTEM, EL PASO FIREMEN &
POLICEMEN'S PENSION FUND, and WAYNE
COUNTY EMPLOYEES' RETIRMENT SYSTEM,
*Individually and on behalf of all others similarly
situated*,

       Plaintiffs,

  v.

DENTSPLY SIRONA INC., DONALD M. CASEY,
JR., and JORGE GOMEZ,

       Defendants.

           22 cv. 6339 (AS)

---

## DEFENDANTS' SECOND AMENDED RESPONSES AND OBJECTIONS TO LEAD PLAINTIFFS' FIRST SET OF INTERROGATORIES (NO. 12)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("FRCP") and Rules 26.2, 26.3, and 33.3 of the Local Rules of the United States District Court for Southern District of New York (the "Local Rules"), Defendants Dentsply Sirona Inc. ("Dentsply" or the "Company"), Donald M. Casey, Jr., and Jorge Gomez (the "Individual Defendants," and together with Dentsply, "Defendants"), by and through their undersigned counsel, hereby amend and restate their prior responses and objections (the "Responses") to certain of Lead Plaintiffs City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System's (collectively, "Lead Plaintiffs") First Set of Interrogatories (No. 12), dated October 30, 2024 (the "Interrogatories," and each an "Interrogatory"), as follows:

1

## GENERAL OBJECTIONS

Defendants fully incorporate their General Objections to the Interrogatories (including the Objections to Definitions and Instructions) and their reservation of rights contained in Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories dated December 6, 2024 and Defendants' Amended Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 12 and 21) dated August 18, 2025 (together, the "R&Os").

## SPECIFIC RESPONSES AND OBJECTIONS

Defendants fully incorporate their Specific Objections to Interrogatory No. 12 contained in the R&Os.  Accordingly, Defendants make the following amended and restated response:

## INTERROGATORY NO. 12:

Identify each individual referenced in the following statement from Dentsply's 2021 Form 10-K/A: "[t]ermination of certain members of senior management as well as non-executive employees for violations of the Code of Ethics and Business Conduct," and for each individual, describe each "violation[] of the Code of Ethics and Business Conduct" referenced in Dentsply's 2021 Form 10-K/A.

## SECOND AMENDED RESPONSE TO INTERROGATORY NO. 12:

Defendants object to the Interrogatory as beyond the scope permitted by L.R. 33.3(a) and Paragraph 5(b) of the Scheduling Order. By seeking a description of each individual's referenced violation, the Interrogatory exceeds the scope of L.R. 33.3(a) and the Scheduling Order.

Defendants further object to the Interrogatory because the information it seeks is more practically obtained through other means of discovery. L.R. 33.3(b).

The Individual Defendants further object to the Interrogatory because it seeks information that is not within their possession, custody or control.

Subject to and without waiving the foregoing General and Specific objections, Dentsply responds that the list of individuals described in the quoted portion of Dentsply's 2021 Form 10-

2

K/A are:

Scott Shepard;

Ken Ciulla;

Walter Petersohn;

Ivan Zeljkovic;

Henning Mueller;

Joerg Daehn;

Ethan Cui; and

Marco Liu.

Dated: October 21, 2025
      New York, New York

Respectfully submitted,

*/s/ Andrew Weaver*

Roger A. Cooper
Andrew Weaver
racooper@cgsh.com
aweaver@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Counsel for Defendant Dentsply Sirona Inc.*

*/s/ Meredith Karp*

Bryce L. Friedman
Craig S. Waldman
Meredith Karp
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212-455-2000
F: 212-455-2502

*Counsel for Defendant Donald M. Casey, Jr.*

*/s/ Chad. P. Albert*

Seth L. Levine
Chad P. Albert
Adam M. King
slevine@levinelee.com
calbert@levinelee.com
aking@levinelee.com
LEVINE LEE LLP
400 Madison Avenue
New York, NY 10017
T: 212-223-4400

*Counsel for Defendant Jorge Gomez*

4