**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ<br><br><br>    Defendants. | Civil Action No. 22-cv-06339-AS<br><br>Hon. Arun Subramanian |

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE**
**TESTIMONY IN WHOLE OR IN PART BY PLAINTIFFS' EXPERTS**

**PLEASE TAKE NOTICE** that, upon Defendants' accompanying Memorandum of Law in Support of Their Motion to Exclude Testimony in Whole or in Part by Plaintiffs' Experts, dated November 7, 2025, the Declaration of Andrew Weaver, dated November 7, 2025 and accompanying exhibits filed therewith, and the prior pleadings, filings, and proceedings herein, Dentsply Sirona Inc. ("Dentsply"), Donald Casey, and Jorge Gomez (collectively, the "Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Arun Subramanian, at the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, Courtroom 15A, at a time

determined by the Court, for an order requiring the exclusion of testimony in whole or in part by Plaintiffs' experts.


Dated: November 7, 2025
       New York, New York

Respectfully submitted,

*/s/ Roger A. Cooper*

Roger A. Cooper
racooper@cgsh.com
Andrew Weaver
aweaver@cgsh.com
CLEARY GOTTLIEB
STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2283

Angela L. Dunning
adunning@cgsh.com
CLEARY GOTTLIEB
STEEN & HAMILTON LLP
1841 Page Mill Rd
Palo Alto, CA 94304
T: 650-815-4131

Thomas A. Bednar
tbednar@cgsh.com
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
T: 202-974-1836

*Counsel for Defendant Dentsply Sirona Inc.*

*/s/ Meredith D. Karp*

Bryce L. Friedman
Craig S. Waldman
Meredith D. Karp
Isabel R. Mattson
SIMPSON THACHER
& BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
isabel.mattson@stblaw.com

*Counsel for Defendant Donald M. Casey, Jr.*

*/s/ Seth L. Levine*

Seth L. Levine
Chad P. Albert
Adam M. King
slevine@levinelee.com
calbert@levinelee.com
aking@levinelee.com
LEVINE LEE LLP
400 Madison Avenue
New York, NY 10017
T: 212-223-4400

*Counsel for Defendant Jorge Gomez*