**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 22-cv-06339-AS  CLASS ACTION  Hon. Arun Subramanian |

Plaintiffs,

v.

DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ

Defendants.

---

**DECLARATION OF ANDREW WEAVER IN SUPPORT OF**
**<u>DEFENDANTS' MOTION TO EXCLUDE TESTIMONY IN WHOLE OR IN PART BY</u>**
**<u>PLAINTIFFS' EXPERTS</u>**

I, Andrew Weaver, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Dentsply Sirona Inc. ("<u>Dentsply</u>") in the above-captioned action. I am admitted to practice in the State of New York and the Southern District of New York.[1] I submit this declaration in support of Defendants' Motion to Exclude Testimony In Whole or In Part By Plaintiffs' Experts.

2. **Exhibit A** attached hereto is a true and correct copy of the expert report of Dr. Zal Phiroz, dated September 5, 2025, designated Confidential pursuant to the Protective Order in this action.

---

[1] Exhibits that were designated as Confidential or Highly Confidential under the Stipulated Protective Order (ECF120) will not be filed publicly.

3.      **Exhibit B** attached hereto is a true and correct copy of the transcript of the deposition of Dr. Zal Phiroz held on October 28, 2025, designated Confidential pursuant to the Protective Order in this action.

4.      **Exhibit C** attached hereto is a true and correct copy of the expert report of Karyl M. Van Tassel, dated September 5, 2025, designated Confidential pursuant to the Protective Order in this action.

5.      **Exhibit D** attached hereto is a true and correct copy of the expert report of Joseph Cavaretta, dated October 6, 2025, designated Confidential pursuant to the Protective Order in this action.

6.      **Exhibit E** attached hereto is a true and correct copy of the expert report of John M. Lacey, dated October 6, 2025, designated Confidential pursuant to the Protective Order in this action.

7.      **Exhibit F** attached hereto is a true and correct copy of the transcript of the deposition of Karyl M. Van Tassel held on October 30, 2025, designated Confidential pursuant to the Protective Order in this action.

8.      **Exhibit G** attached hereto is a true and correct copy of the transcript of the deposition of John M. Lacey held on October 31, 2025, designated Confidential pursuant to the Protective Order in this action.

9.      I declare under penalty of perjury that the foregoing is true and correct.


Executed on the 7th day of November, 2025.

Andrew Weaver