# EXHIBIT A

## [Filed Under Seal]

Case 1:22-cv-06339-AS     Document 195-1     Filed 11/07/25     Page 1 of 1