UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : | Civil Action No. 1:22-cv-06339-AS (Consolidated)<br><br>CLASS ACTION<br><br>DECLARATION OF HILLARY B. STAKEM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY IN WHOLE OR IN PART BY PLAINTIFFS' EXPERTS |
| Plaintiffs, | : : : | |
| vs. | : : : | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, | : : : : | |
| Defendants. | : : : | |
| | x | |

4897-4393-3569.v1

I, HILLARY B. STAKEM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Expert Report of Scott Moritz, CFE, dated October 6, 2025 (**FILED UNDER SEAL**);

Exhibit 2: July 16, 2025 Deposition Transcript of Barbara Wilson Bodem (**FILED UNDER SEAL**);

Exhibit 3: October 30, 2025 Deposition Transcript of Joseph Cavaretta (**FILED UNDER SEAL**);

Exhibit 4: May 23, 2025 Deposition Transcript of Ken Ciulla (**FILED UNDER SEAL**);

Exhibit 5: July 31, 2025 Deposition Transcript of Brian Gorman (**FILED UNDER SEAL**);

Exhibit 6: May 13, 2025 Deposition Transcript of Todd Mack (**FILED UNDER SEAL**);

Exhibit 7: October 27, 2025 Deposition Transcript of Scott Mortiz, CFE (**FILED UNDER SEAL**);

Exhibit 8: July 29, 2025 Deposition Transcript of Christine Mullen (**FILED UNDER SEAL**);

Exhibit 9: *In the Matter of Dentsply Sirona, Inc.*, Admin. Proc. File No. 3-20170, Exchange Act Release No. 90681, Order Instituting Cease-and-Desist Proceedings (Dec. 16, 2020) (Deposition Ex. 542) (**FILED UNDER SEAL**);

- 1 -

Exhibit 10:    February 2021 Dentsply PowerPoint presentation (DS_SAF_00861054-DS_SAF_00861071) (**FILED UNDER SEAL**);

Exhibit 11:    July 2021 Dentsply PowerPoint presentation (DS_SAF_00032612-DS_SAF_00032644) (**FILED UNDER SEAL**);

Exhibit 12:    August 6, 2021 email Christof Bissdorf, et al. (DS_SAF_00088175) (**FILED UNDER SEAL**);

Exhibit 13:    September 16, 2021 email from Cynthia Dew to Daniel Shoemaker, et al. (Deposition Ex. 291) (**FILED UNDER SEAL**);

Exhibit 14:    October 14-18, 2021 email exchange between Adam Bergan, Dane Baumgardner, and Ranjit Chadha (Deposition Ex. 672) (**FILED UNDER SEAL**);

Exhibit 15:    November 29-30, 2021 email exchange between Walter Petersohn, Eric Bruno, and Patricio Aycinena (Deposition Ex. 52) (**FILED UNDER SEAL**);

Exhibit 16:    December 5, 2021 Dentsply PowerPoint presentation (DS_SAF_00198096-DS_SAF_00198105) (**FILED UNDER SEAL**);

Exhibit 17:    February 2, 2022 Dentsply PowerPoint presentation (DS_SAF_00027111-DS_SAF_00027123) (**FILED UNDER SEAL**);

Exhibit 18:    July 25, 2022 memorandum from Michael O'Hara and Mary Calabro to PwC Assurance – Dentsply Sirona 2022 Audit File (PwC_DSI_SDNY_00100437-PwC_DSI_SDNY_00100437_006) (**FILED UNDER SEAL**);

Exhibit 19:    August 17, 2022 memorandum from Kevin Czerney and Brian Gorman to Technical Files (DS_SAF_01971171-DS_SAF_01971190) (**FILED UNDER SEAL**);

Exhibit 20:    September 13, 2022 memorandum from Kevin Czerney and Brian Gorman to Technical Files (DS_SAF_01971199-DS_SAF_01971218) (**FILED UNDER SEAL**);

Exhibit 21:    October 11, 2022 PwC Consultation Memo (Deposition Ex. 633) (**FILED UNDER SEAL**);

Exhibit 22:    October 31, 2022 Interoffice Memorandum from SEC Reporting Team to The Accounting Files (Deposition Ex. 591) (**FILED UNDER SEAL**);

Exhibit 23:    Dentsply Sirona Inc. Form 8-K, filed with the U.S. Securities and Exchange Commission on November 1, 2022;

4897-4393-3569.v1

Exhibit 24:    November 4, 2022 memorandum from Charles Reddin and Michael O'Hara to PwC Assurance – Dentsply Sirona Inc. 2022 Audit File (Deposition Ex. 628) (**FILED UNDER SEAL**);

Exhibit 25:    November 5, 2022 email from John McKune to Brian Gorman, et al. (DS_SAF_01975855-DS_SAF_01975856) (**FILED UNDER SEAL**);

Exhibit 26:    Excerpt on Channel Stuffing from the *Fraud Examiners Manual* (Deposition Ex. 714);

Exhibit 27:    September 29, 2025 letter from Kimberly L. Frederick, Assistant Director of the U.S. Securities and Exchange Commission, Division of Enforcement to Dentsply Sirona Inc. (DS_SAF_02016266) (**FILED UNDER SEAL**);

Exhibit 28:    Curriculum vitae of Zal Phiroz, Ph.D. (PHIROZ0000154-PHIROZ0000156) (**FILED UNDER SEAL**); and

Exhibit 29:    Procedures Relating to the Commencement of Enforcement Proceedings and Termination of Staff Investigations, SEC Release No. 336 (Sep. 27, 1972).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2025, at San Diego, California.

s/ Hillary B. Stakem
HILLARY B. STAKEM

- 3 -

4897-4393-3569.v1