# EXHIBITS 24-25
# [Filed Under Seal]