# EXHIBIT 26

Manipulating the allocation of performance obligation satisfaction among the individual components of a multiple-element arrangement to accelerate revenue recognition (by allocating more to the components to be recognized early and less to components that must be deferred to future periods) could lead to improper revenue recognition.

### Channel Stuffing

A challenging area of revenue recognition is *channel stuffing*. This term refers to the sale of an unusually large quantity of a product to distributors who are encouraged to overbuy using deep discounts or extended payment terms. This practice is especially attractive to industries with high gross margins—such as tobacco, pharmaceuticals, perfume, soda concentrate, and branded consumer goods—because it can increase short-term earnings. The problem, however, is that stealing from future periods' sales makes it more difficult to achieve sales goals in those future periods. The pressure to meet sales goals can, in turn, lead to increasingly disruptive levels of channel stuffing and, ultimately, to a restatement. Although orders are received, the terms of the order might raise questions about the collectibility of the accounts receivable, and any existing side agreements that grant a right of return might, effectively, turn the sales into consignment sales. Also, there might be a greater risk of returns for certain products if they cannot be sold before their shelf life ends.

This is particularly a problem for pharmaceuticals because retailers will not accept drugs that have a short shelf life remaining. As a result, channel stuffing should be viewed skeptically because in certain circumstances it may constitute fraud. For example, the SEC filed a complaint against Bausch & Lomb, indicating that the company's internal estimates showed that it might take distributors up to two years to sell the quantity of contact lenses the company was trying to get them to purchase in the last two weeks of its fiscal year.

### Recording Expenses in the Wrong Period

The timely recording of expenses is often compromised due to pressures to meet budget projections and goals or due to lack of proper accounting controls. As the expensing of certain costs is pushed into periods other than the ones in which they occur, they are not properly matched against the income that they help produce. For example, revenue might be recognized on the sale of certain items, but the cost of goods and services that went into the items sold might not be recorded intentionally in the accounting system until the following period. This might make the sales revenue from the transaction almost pure profit, inflating earnings. In the next period, earnings would have fallen by a similar amount.

Exhibit
Plaintiff 714

27th Oct 2025