UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

       Plaintiffs,

   vs.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ,

       Defendants.

———————————————————— x

: Civil Action No. 1:22-cv-06339-AS
: (Consolidated)
:
: <u>CLASS ACTION</u>
:
: PLAINTIFFS' RESPONSE TO
: DEFENDANTS' RULE 56.1 STATEMENT
: AND ADDITIONAL MATERIAL FACTS
: THAT PRECLUDE SUMMARY
: JUDGMENT FOR DEFENDANTS
:

**[REDACTED]**

4924-2152-6399.v2

Pursuant to Local Civil Rule 56.1(b), Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System (collectively, "Plaintiffs") submit this response to each numbered paragraph in Dentsply Sirona Inc., Donald M. Casey, Jr., and Jorge Gomez's (collectively, "Defendants") Local Civil Rule 56.1 statement (ECF 174) (the "Statement"), and additional material facts that preclude summary judgment for Defendants.

## GENERAL OBJECTIONS

The following General Objections are incorporated into each specific response below as if fully set forth at length therein.

1. Plaintiffs object to Defendants' inclusion of numerous immaterial purported "facts" in their Statement. Defendants impermissibly seek to present this Court with facts relating to matters other than those on which it seeks summary judgment.

2. Plaintiffs object to Defendants' inclusion of alleged facts that contradict, disclaim, mischaracterize, or otherwise alter the plain meaning of sworn testimony given by any party or third party in this action, any retained or unretained expert, or any documents and pleadings in this action. Plaintiffs also object to Defendants' selective use of text quoted from witnesses or documents out of context. Thus, the words "disputes," "dispute," and "disputed" used herein should not be understood to mean that Defendants have properly stated a material fact as to which it contends there is no genuine issue to be tried as called for by Local Civil Rule 56.1, and any response to Defendants' mischaracterizations should be understood only to correct the mischaracterizations.

3. The words and phrases "do not dispute," "undisputed," and "not disputed" shall not be construed as a concession or admission by Plaintiffs that a statement is: (a) material; (b)

- 1 -

complete; (c) supported by documents or exhibits cited in a particular paragraph; (d) not objectionable; (e) admissible at trial; or (f) otherwise relevant.

4.    Nothing in this response shall be construed as an admission by Plaintiffs as to the qualifications of any of Defendants' witnesses as experts and Plaintiffs hereby object to, and challenge the admissibility of, all testimony in Defendants' Statement that purports to provide expert testimony.

5.    Where Plaintiffs do not dispute the facts in a particular paragraph, they do so for purposes of the motion for summary judgment only, and Plaintiffs reserve all other objections, including, but not limited to, the right to object to or contest each of Defendants' assertions of fact at the appropriate time, including the right to challenge each assertion of fact as to admissibility at trial and to cross examine Defendants on the assertions.

6.    Plaintiffs object to Defendants' submission of unsubstantiated facts to the extent that some of the statements of "fact" are actually not facts at all, but are rather inadmissible "conclusions of law," and thus should not be considered.

7.    Plaintiffs object to Defendants' submission of unsubstantiated facts that are not supported by citation to admissible evidence, as required by Federal Rule of Civil Procedure 56(c) and Local Civil Rule 56.1(d).

8.    Plaintiffs object to Defendants' cited exhibits to the extent they are not complete, are mischaracterized, and otherwise fail as to authenticity, foundation, and admissibility.

**OBJECTIONS AND RESPONSES TO DEFENDANTS' STATEMENTS**

- 2 -

4924-2152-6399.v2



4924-2152-6399.v2



- 4 -



4924-2152-6399.v2



- 6 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 12 -



- 13 -



- 14 -



- 15 -



4924-2152-6399.v2



4924-2152-6399.v2



- 18 -





4924-2152-6399.v2



- 21 -



- 22 -



- 23 -



- 24 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 28 -



4924-2152-6399.v2





4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 35 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 39 -



- 40 -



4924-2152-6399.v2



- 42 -



4924-2152-6399.v2



- 44 -



4924-2152-6399.v2







- 48 -



4924-2152-6399.v2



4924-2152-6399.v2



- 51 -



4924-2152-6399.v2



- 53 -



- 54 -



4924-2152-6399.v2



4924-2152-6399.v2



- 57 -



- 58 -



4924-2152-6399.v2



4924-2152-6399.v2



- 61 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 67 -



- 68 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 73 -



- 74 -



- 75 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 79 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2





- 88 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 107 -



4924-2152-6399.v2



- 109 -



- 110 -



- 111 -



4924-2152-6399.v2



- 113 -



4924-2152-6399.v2



- 115 -



- 116 -





4924-2152-6399.v2



4924-2152-6399.v2



- 120 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 124 -

4924-2152-6399.v2



- 125 -



- 126 -



- 127 -



4924-2152-6399.v2



4924-2152-6399.v2



- 130 -



- 131 -

4924-2152-6399.v2



- 132 -



- 133 -





- 135 -



4924-2152-6399.v2



- 137 -



## ADDITIONAL MATERIAL FACTS THAT PRECLUDE SUMMARY JUDGMENT FOR DEFENDANTS

4924-2152-6399.v2



- 139 -



- 140 -

4924-2152-6399.v2



4924-2152-6399.v2



- 142 -



- 143 -



4924-2152-6399.v2



4924-2152-6399.v2



- 146 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 151 -



4924-2152-6399.v2



4924-2152-6399.v2



- 154 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2





4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 165 -



4924-2152-6399.v2



- 167 -



- 168 -

4924-2152-6399.v2

4924-2152-6399.v2





4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 177 -



- 178 -



- 179 -



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



4924-2152-6399.v2



- 185 -



4924-2152-6399.v2



4924-2152-6399.v2



- 188 -



- 189 -



DATED: December 19, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM (admitted *pro hac vice*)
LUKE O. BROOKS (admitted *pro hac vice*)
DARRYL J. ALVARADO (admitted *pro hac vice*)
CHRISTOPHER D. STEWART (admitted *pro hac vice*)
HILLARY B. STAKEM (admitted *pro hac vice*)
NICOLE Q. GILLILAND (admitted *pro hac vice*)
JESSICA E. ROBERTSON (admitted *pro hac vice*)
MEGAN M. SONNEY (admitted *pro hac vice*)


                    s/ Christopher D. Stewart
              CHRISTOPHER D. STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
cstewart@rgrdlaw.com
hstakem@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com
msonney@rgrdlaw.com

- 190 -

4924-2152-6399.v2

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiffs

4924-2152-6399.v2