Case 1:22-cv-06339-AS    Document 211    Filed 12/19/25    Page 1 of 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,<br><br>      Defendants. | Civil Action No. 22-cv-06339-AS<br><br>CLASS ACTION<br><br>Hon. Arun Subramanian |

**DECLARATION OF ANDREW WEAVER IN SUPPORT OF DEFENDANTS'**
**MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS'**
**MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY**
**<u>AND OPINIONS OF DR. ALLEN FERRELL</u>**

I, Andrew Weaver, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.      I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Dentsply Sirona Inc. ("<u>Dentsply</u>") in the above-captioned action.  I am admitted to practice in the State of New York and the Southern District of New York.  I submit this declaration in support of Defendants' Memorandum of Law in Opposition of Plaintiffs' Motion to Exclude Certain Expert Testimony and Opinions of Dr. Allen Ferrell.

2.      **Exhibit 1** attached hereto is a true and correct copy of the Declaration of Frank Allen Ferrell, Ph.D., in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Certain Expert Testimony and Opinions of Dr. Frank Allen Ferrell, dated November 25, 2025.

3.      **Exhibit 2** attached hereto is a true and correct copy of Bradford Cornell & R. Gregory Morgan, *Using Finance Theory to Measure Damages in Fraud On The Market Cases*, 37 UCLA L. Rev. 883 (1990).

4.      **Exhibit 3** attached hereto is a true and correct copy of Jon Koslow, *Estimating Aggregate Damages in Class-Action Litigation Under Rule 10b-5 for Purposes of Settlement*, 59 Fordham L. Rev. 811 (1991).

5.      **Exhibit 4** attached hereto is a true and correct copy of Allen Ferrell & Atanu Saha, *The Loss Causation Requirement for Rule 10b-5 Causes of Action: The Implications of Dura Pharmaceuticals v. Broudo*, 63 Bus. L. 163 (Nov. 2007).

6.      **Exhibit 5** attached hereto is a true and correct copy of Barbara Black, *Reputational Damages in Securities Litigation*, 35 J. Corp. L. 169 (Aug. 2009).

7.      **Exhibit 6** attached hereto is a true and correct copy of Bradford Cornell & James C. Rutten, *Collateral Damage and Securities Litigation*, 3 Utah L. Rev. 717 (2009).

8.      **Exhibit 7** attached hereto is a true and correct copy of Michael Barclay & Frank C. Torchio, *A Comparison of Trading Models Used for Calculating Aggregate Damages in Securities Litigation*, 64 L. & Contemp. Probs. 105 (2001).

9.      **Exhibit 8** attached hereto is a true and correct copy of Frederick C. Dunbar & Arun Sen, *Counterfactual Keys to Causation and Damages in Shareholder Class–Action Lawsuits*, 2009 Wis. L. Rev. 199 (2009).

10.     **Exhibit 9** attached hereto is a true and correct copy of Janet Alexander, *The Value of Bad News in Securities Class Actions*, 41 UCLA L. Rev. 1421 (Aug. 1994).

11.     **Exhibit 10** attached hereto is a true and correct copy of Andrew R. Gray, et al., *Counterfactuals in Securities Class Actions—An Illustration Using Third-Party Corrective*

2

*Disclosures*, 23 Hous. Bus. & Tax L. J. 104 (Jan. 2023).

12.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of December, 2025.

/s/ *Andrew Weaver*
Andrew Weaver