# EXHIBIT 1

**[Redacted]**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ <br><br><br> Defendants. | Civil Action No. 1:22-cv-06339-AS <br><br> CLASS ACTION <br><br> Hon. Arun Subramanian |

**DECLARATION OF FRANK ALLEN FERRELL, PH.D. IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY AND OPINIONS OF DR. FRANK ALLEN FERRELL**

I, Frank Allen Ferrell, declare:

1. I submitted an expert report on behalf of Defendant Dentsply Sirona Inc. ("Dentsply") and was deposed by Plaintiffs' counsel in the above-captioned matter on October 22, 2025. I have personal knowledge of the matters stated herein and, if called as a witness, could testify competently thereto.

2. During my deposition, I testified that my understanding that ███████ ███████████████████████████████████████████████████ ████. In other words, ███████████████████████████████. Plaintiffs' counsel asked me ███████████████████████████, and I responded, ███████████████

2

███████████████████████████████████████████ Plaintiffs'

counsel then asked, ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████ . There

was nothing more ████████████████████ that related to ████████████ I could have

testified about.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 25, 2025
        Cambridge, Massachusetts

_____
Frank Allen Ferrell, Ph.D.

2