**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,<br><br>   Defendants. | Civil Action No. 22-cv-06339-AS<br><br>CLASS ACTION<br><br>Hon. Arun Subramanian |

**DECLARATION OF ANGELA L. DUNNING IN SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL
SUMMARY JUDGMENT**

I, Angela L. Dunning, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.  I am a partner at Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Dentsply Sirona Inc. ("Dentsply") in the above-captioned action, and have been admitted *pro hac vice* to practice before this Court.[1]  I submit this declaration in support of Defendants' Response to Plaintiffs' Statement of Undisputed Material Facts in Support of Plaintiffs' Motion for Partial Summary Judgment.

2.  **Exhibit 1** attached hereto is a true and correct copy of a transcript from Dentsply's January 12, 2022 company conference presentation at the JPMorgan Healthcare Conference.

---

[1] Exhibits that have been designated as Confidential or Highly Confidential under the Stipulated Protective Order (Dkt. No. 120) will not be filed publicly.

3.      **Exhibit 2** attached hereto is a true and correct copy of the transcript of the deposition of Gerard J. Grysko, testifying on behalf of Wayne County Employees' Retirement System, held on December 4, 2024, designated Confidential pursuant to the Protective Order in this action.

4.      **Exhibit 3** attached hereto is a true and correct copy of the transcript of the deposition of Tyler Grossman, testifying on behalf of the El Paso Firemen & Policemen's Pension Fund, held on December 5, 2024, designated Confidential pursuant to the Protective Order in this action.

5.      **Exhibit 4** attached hereto is a true and correct copy of the transcript of the deposition of Jay Turner, testifying on behalf of the City of Birmingham Retirement & Relief System, held on December 10, 2024, designated Confidential pursuant to the Protective Order in this action.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of December, 2025.

> _/s/ Angela L. Dunning_____
> Angela L. Dunning

2