# EXHIBIT 3

## [Redacted]

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -x
SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM,
EL PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All
Others Similarly situated,

                    Plaintiffs,

          vs.

DENTSPLY SIRONA INC., DONALD
M. CASEY, JR., and JORGE GOMEZ,
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - -x

          Remote deposition of EL PASO FIREMEN &
POLICEMEN'S PENSION FUND, by Tyler Grossman, taken
pursuant to Notice, was held via videoconference,
commencing December 5, 2024, at 10:17 a.m., on the
above date, before Amanda McCredo, a Court Reporter
and Notary Public in the State of New York.

Page 2

APPEARANCES: (via videoconference)

Appearing on behalf of the plaintiffs:

HILLARY B. STAKEM, ESQ.
STEPHANIE SCHRODER, ESQ.
JESSICA E. ROBERTSON ESQ.
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, California 92101
hstakem@rgrdlaw.com
stephs@rgrdlaw.com
jrobertson@rgrdlaw.com
619.231.1058

Appearing on behalf of the defendants:

ANDREW WEAVER, ESQ.
AMIRA PERRYMAN, ESQ.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
aweaver@cgsh.com
aperryman@cgsh.com
212.225.2000

and

ADAM M. KING, ESQ.
Levine Lee LLP
400 Madison Avenue, 8th Floor
New York, New York 10017
aking@levinlee.com
212.257.5597

Appearing on behalf of DONALD M. CASEY, JR.:

ISABEL R. MATTSON, ESQ.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
isabel.mattson@stblaw.com
212.455.2484

ALSO PRESENT:  Joshua Bostic - Veritext concierge

Page 3

I N D E X

WITNESS          EXAMINATION BY          PAGE
Tyler Grossman     Mr. Weaver          4

EXHIBITS

EXHIBIT                              PAGE
Exhibit 1    Defendants' Amended Notice of     9
             Videotaped Deposition to Lead
             Plaintiff El Paso Firemen &
             Policemen's Pension Fund
             Pursuant to Rule 30(b)(6)
Exhibit 2    Declaration of Tyler C. Grossman   22
             in Support of Plaintiffs' Motion
             for Class Certification
Exhibit 3    ELPASO0000707 through 747    35
Exhibit 4    Lead Plaintiffs' Amended Initial   44
             Disclosures Pursuant to Fed. R.
             Civ. P. 26(a)(1)
Exhibit 5    ELPASO0000501 through 513    47
Exhibit 6    ELPASO0000607 through 621    50
Exhibit 7    Certification Pursuant to      51
             Federal Securities Laws

Exhibit 8    ELPASO0000340 through 412    53

Exhibit 9    ELPASO0000001 through 74    56

REQUESTS FOR PRODUCTION

DESCRIPTION                          PAGE
List of cases in the possession of the witness   33
   during the deposition

Page 4

T. Grossman

TYLER GROSSMAN, the witness herein, after having

been first duly sworn by a Notary Public

of the State of New York, was examined and

testified as follows:

EXAMINATION BY

MR. WEAVER:

Q    Mr. Grossman, my name is Andrew Weaver.  I am a lawyer at Cleary Gottlieb, counsel to defendant Dentsply Sirona in this matter.

As you can tell, we are taking this deposition remotely today over Zoom.

So can you just please confirm that you're able to see and hear me clearly.

A    Yes, I can.

Q    And where are you physically located?

A    Right now?

Q    Yes.

A    I'm in an office building here at Firmspace, in a conference room.  I don't know the exact address, sorry.

Q    That's fine.

In what town?

A    Austin, Texas.

Q    Is anyone else in the room with you?

Page 5

T. Grossman

A    No.

Q    During the course of this day, I would just ask, while we're on the record, that you not communicate with anyone else via phone, chat, or anything like that.  Your counsel is virtually here in the deposition with us as we're here.

A    Okay.

Q    If you have any technical issues today, just please let me know.  We'll pause and straighten them out.  Any more technical issues, I should say.

But hopefully things will go relatively smoothly from here.

Can you please state and spell your name for the record?

A    Tyler Grossman.  T-Y-L-E-R; Grossman, G-R-O-S-S-M-A-N.

Q    What is your business address?

A    It is 909 East San Antonio, El Paso, Texas 79901.

Q    Mr. Grossman, have you ever been deposed before?

A    Yes.

Q    How many times?

A    Probably about maybe seven, eight times.

2 (Pages 2 - 5)

Page 6

T. Grossman

Q   In what capacity have you been deposed before?

A   As an executive director of the Pension Fund and as a police officer and as a civilian, I guess you would say.

Q   Of those seven, how many have been in your role as executive director of the Pension Fund?

A   This would be my third -- I take that back. Fourth.

Q   And when were the prior three?

MS. STAKEM:  Objection to form.

You can go ahead and answer, Tyler.

A   The first one was in 2015.  I don't remember the exact month.

And then I did one in August of this year.

And the previous was, I want to say, in 2021.  I don't remember the exact month.

BY MR. WEAVER:

Q   Do you remember which cases you testified in as the executive director of the Pension Fund?

A   Yes.

Q   Which cases were they?

A   The first one in '15 was in a lawsuit with the Fund versus a spouse of a member.  Actually,

Page 7

T. Grossman

they were suing us, so it was for the court.

The other two were -- one was a securities litigation against GreenSky.

And the one in August was a securities litigation with InnovAge.

Q   And in the two securities litigations, were you deposed as a 30(b)(6) witness?

A   As a witness.  I'm not sure.

Q   Fair enough.  We'll come to that in just a minute.

Let me just refresh you on some of the ground rules today, although it sounds like you have some experience with depositions.

We do have Amanda here as the court reporter who is taking down everything we say while we're on the record.  So it is important that you allow me time to finish my question, and I'll allow you time to finish your answer, so that we don't speak over each other and Amanda is able to get everything down clearly and easily today.

Is that okay?

A   Yes.

Q   To the extent you don't understand one of my questions, please let me know, and I'll attempt

Page 8

T. Grossman

to rephrase it.

If you answer a question today, I will assume that you understand the question.

Is that okay?

A   Yes.

Q   Is there any reason today that you cannot testify truthfully?

A   No.

Q   Is there any reason today or anything affecting your memory such that you cannot provide accurate testimony today?

A   No.

Q   And you understand that you are testifying under oath?

A   Yes.

Q   We'll take breaks today.  But if at any point today you need a break, just let me know, I'm happy to pause the deposition.  I just ask that if a question is pending, that you answer the question unless it requires you to consult with counsel on an issue of privilege.

Okay?

A   Okay.

Q   And, as you've already heard, your counsel

Page 9

T. Grossman

may interrupt with some objections today.  Unless you're instructed not to answer, please proceed to answer the question.

A   Okay.

Q   Just so we're clear, if I, today, refer to "Dentsply," I'm referring to Dentsply Sirona Inc., unless I say otherwise.

Is that okay?

A   Yes.

Q   And if I say the "Pension Fund," unless I say otherwise, I'm referring to the El Paso Firemen and Policemen's Pension Fund.

Is that okay?

A   Yes.

Q   Unless I say otherwise, when I say "Robbins Geller," I mean Robbins Geller Rudman & Dowd.

Is that okay?

A   Yes.

Q   Let's see if this works.  I'd like to go to our first exhibit, which is Exhibit 1.

(Defendants' Amended Notice of Videotaped Deposition to Lead Plaintiff El Paso Firemen & Policemen's Pension Fund

3 (Pages 6 - 9)

Page 10

T. Grossman

Pursuant to Rule 30(b)(6) was marked as Exhibit 1 for identification, as of this date.)

BY MR. WEAVER:

Q   So you should be able to click on it and open it as a local document, but let us know when you've done so.

A   Okay.

Q   For the record, this is Defendants' Amended Notice of Videotaped Deposition to Lead Plaintiff El Paso Firemen and Policemen's Pension Fund Pursuant to Rule 30(b)(6).

Is that the document you have in front of you, sir?

A   I believe so.

Q   Have you seen this document before?

A   Yes.

Q   And I believe there is a button to zoom in, if necessary, if you need to expand the PDF.

A   Okay.

Q   Is this the notice pursuant to which you are testifying here today?

A   Yes.

Page 11

T. Grossman

Q   If you'll turn -- I guess scroll -- to page 7 of the document.

A   Okay.

Q   You'll see at the bottom there is a heading "Matters on Which Examination Is Requested."

A   Yes.

Q   And you'll see that starting there through the end of the document is a list of 19 topics.

Do you see that?

A   Yes.

Q   And you've reviewed this document before today, correct?

A   Yes.

Q   And are you aware that counsel for the Pension Fund submitted objections -- responses and objections to these topics?

A   Yes.

Q   And have you seen those?

A   Yes.

Q   And are you aware that counsel for the Pension Fund and counsel for the defendants had further discussions about the scope of the topics listed in Exhibit 1?

A   Yes.

Page 12

T. Grossman

Q   Subject to the responses and objections and those further negotiations, are you prepared to testify on the topics listed in Exhibit 1?

A   Yes.

Q   Are there any topics listed in Exhibit 1 you are not prepared to testify on?

A   Not that I know of, no.

Q   Is there anyone at the Pension Fund more knowledgeable about the topics in Exhibit 1?

MS. STAKEM:  Objection to form.

A   No.

BY MR. WEAVER:

Q   You can put that document away or close it.

Mr. Grossman, what is your role at the Pension Fund?

A   I am the executive director and chief investment officer.

Q   What are your responsibilities?

A   I'm responsible for supervising a staff of nine in their day-to-day operations and handling the administration of the Pension Fund, as well as working with our consultants and board of trustees in monitoring and evaluating the due diligence on our investments within the fund.

Page 13

T. Grossman

Q   How do you monitor the investments in the Fund?

A   Through different monthly, quarterly, and yearly reports that are developed by our consultants and by our money managers.

We do yearly meetings with each of our managers.  We also do -- every five years, we do due diligence, as well, with each of our managers that we have under management.

Q   Anything else you do to monitor your investments?

A   Also, our consultants, they'll give us quarterly reports, as well, on how our investments are doing and on money managers.

Q   Do you have more than one investment consultant?

A   Yes, we do.

Q   How many do you have?

A   Two.

Q   Who are they?

A   Mariner -- they handle our general investments.  And then Meketa handles all of our private equity investments.

Q   The investments are divided into two

4 (Pages 10 - 13)

Page 14

T. Grossman

baskets --

MS. STAKEM: Objection to form.

Q -- is that correct?

A I'm sorry, I didn't hear Hillary.

MR. WEAVER: Hillary, if you let me finish the question before jumping in, I would appreciate it.

MS. STAKEM: Absolutely. I'm sorry, I jumped the gun there.

BY MR. WEAVER:

Q Are the investments of the Pension Fund divided into two baskets?

A Not two baskets, no.

Q Do you have --

MS. STAKEM: I'll pose my objection to form.

Please go ahead.

BY MR. WEAVER:

Q You noted that you have general investments?

A Yes.

Q And you have private equity investments?

A Yes.

Q Do you have any other categories of

Page 15

T. Grossman

investments?

A I guess, when I say "general," I mean everything but private equity.

Q Okay.

A So there would be large cap, small cap, international, fixed income; those are all under our what I consider "general investments." We just do private equity with Meketa.

Q So what are the categories under your general investments?

MS. STAKEM: Object to form.

A We have domestic equities, international equities, fixed income, real estate, real assets, are all with Mariner.

BY MR. WEAVER:

Q How long have you been the executive director of the Pension Fund?

A For nine years.

Q And, prior to that, did you have a role at the Pension Fund?

A Yes.

Q What was that role?

A I was a trustee on the pension board for 14 years.

Page 16

T. Grossman

Q Any other roles prior to that at the Pension Fund?

A No. Three of those 14 years I was the chair. But no other roles, no.

Q Who do you report to as the executive director?

A Board of trustees.

Q How many members are there on the board of trustees?

A Eleven.

Q How are they appointed?

MS. STAKEM: Objection to form.

A There are three elected appointed firefighters, three elected active police officers, two appointees by the city manager of El Paso, and two -- I mean three appointees of the mayor of El Paso.

BY MR. WEAVER:

Q And you said that you're also the chief investment officer for the Pension Fund?

A Yes, sir.

Q Do you have any different reporting obligations other than to the board as the chief investment officer?

Page 17

T. Grossman

MS. STAKEM: Objection to form.

A No.

BY MR. WEAVER:

Q Have you been a chief investment officer for the past nine years?

A No.

Q How long have you been the chief investment officer?

A Since 2020, February of 2020.

Q Who was the chief investment officer before you?

A There was none.

Q Who is responsible at the Pension Fund for supervising this litigation?

A The board of trustees, delegated to myself.

Q Is that delegation in some formal writing?

MS. STAKEM: Objection to form.

A When the board voted to be a -- or seek lead plaintiff status, then they gave that authority to me.

BY MR. WEAVER:

Q So the board voted to seek lead plaintiff status in this case?

A Yes.

5 (Pages 14 - 17)

Page 18

T. Grossman

Q    And how do you exercise the delegated authority to supervise this litigation?

MS. STAKEM:  Objection to form.

A    (No verbal response.)

BY MR. WEAVER:

Q    What do you do to supervise this litigation?

A    I work with the other two leads on this case and with Robbins Geller.

Q    When you say "work with the other two leads on this case," what does that mean?

A    The other two lead plaintiffs, co-lead plaintiffs, which is the City of Birmingham Retirement System and Wayne -- sorry, Wayne County Retirement System.

Q    When you say "work with them," what do you mean?

A    As far as supervise this class action suit, and working with them as far as coming to an agreement on different items that pertain to the case.

Q    Do you have regular meetings with the other lead plaintiffs?

A    Not regular meetings, no.

Page 19

T. Grossman

Q    Do you have regular communications with the other lead plaintiffs?

A    Not regular, no, other than through email.

Q    Do you have regular email communications with the other lead plaintiffs?

A    Not regular.  I would say every now and then depending on the communication with Robbins Geller.

Q    And you said you work with counsel Robbins Geller to supervise litigation.

What does that mean?

A    We oversee Robbins Geller in this case to make sure that we, as the lead plaintiff, are doing our best to handle the case for all other plaintiffs in the case, the rest of the class.

Q    And how do you make sure you do that?

A    By overseeing Robbins Geller, providing any documents, and reviewing documents, as necessary, and providing any discovery that is necessary for the case.

Q    Anything else?

A    Not to my knowledge.

Q    Mr. Grossman, what did you do to prepare for today's deposition?

Page 20

T. Grossman

A    I reviewed different documents supplied by our counsel and had a meeting with our counsel, as well, going over documents that are involved in this case, as well.

Q    And did you review any documents independent of your meeting with counsel?

MS. STAKEM:  Objection to form.

A    You mean in the past?

BY MR. WEAVER:

Q    In --

A    Yes, as they would be sent to me.  I'm sorry.

Q    In preparation for this deposition, did you review any documents on your own, independent of counsel?

A    No, I did not.

Q    How often did you meet with counsel to prepare for this deposition?

A    I met with counsel once.

Q    When was that?

A    Yesterday.

Q    For how long?

A    Approximately three hours, I would say.

Q    Who was there?

Page 21

T. Grossman

A    Stephanie and Hillary.

Q    Anyone else?

A    No.

Q    Did you meet with anyone at the Pension Fund to prepare for today's deposition?

A    No.

Q    Did you talk to any board members in preparation for today's deposition?

A    No.

Q    Does the board know that you're being deposed today?

A    Yes.

Q    And how do they know that?

A    I verbally told them at our last board meeting in November.

Q    When you met with counsel yesterday, are you aware of whether you looked at any documents that were not produced within this litigation or a part of the public docket?

A    I do not believe I looked at any documents that were not a part of this case.

Q    Let's see if the technology works.

MR. WEAVER:  Amira, if we could post tab 13 as Exhibit 2.

6 (Pages 18 - 21)

Page 22

T. Grossman

(Declaration of Tyler C. Grossman in Support of Plaintiffs' Motion for Class Certification was marked as Exhibit 2 for identification, as of this date.)

BY MR. WEAVER:

Q   Do you see that?

A   The first page says "Exhibit 12"; is that right?

Q   That's right.

For the record, Exhibit 2 is Exhibit 12 to the Plaintiffs' Motion for Class Certification, and specifically the Declaration of Tyler C. Grossman in Support of Plaintiffs' Motion for Class Certification.

Mr. Grossman, have you seen this document before?

A   Yes.

Q   If you scroll to page 3 of the declaration, is that your electronic signature there?

A   Yes, sir.

Q   If you go back with me to paragraph 4 on page 1, it states that "El Paso purchased tens of

Page 23

T. Grossman

thousands of shares of Dentsply Sirona Inc. common stock during the period June 9, 2021, through November 13, 2022 (the 'Class Period'), and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action."

What was the basis for your statement that El Paso had suffered a substantial loss as a result of the alleged violations to the federal securities laws in this action?

MS. STAKEM:  And, Mr. Grossman, I would just like to caution you not to reveal any communications with counsel.

But to the extent that you can answer without disclosing information provided by counsel, please go ahead.

████████████████████████

consider that the substantial loss.

BY MR. WEAVER:

Q   And how was that loss calculated?

A   That was calculated by our counsel.

Q   So does the Pension Fund have any information independent from that of counsel to

Page 24

T. Grossman

support the statement of the substantial loss as a result of the alleged violations of the federal securities laws?

MS. STAKEM:  Objection to form.

A   Not that I'm aware of.

BY MR. WEAVER:

Q   If you look down at paragraph 6, it says, "As a Lead Plaintiff, El Paso has reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd, and it will continue to do so if appointed as a class representative."

When you stated that "El Paso has reviewed and monitored the progress of this litigation," what did you mean?

A   By reviewing the documents that are provided by Robbins Geller and keeping those documents for future reference in this case.

Q   Anything else?

A   Providing discovery, as well.

Q   Anything else?

A   Not to my knowledge.

Q   Were you involved in the process of providing discovery in this case?

Page 25

T. Grossman

A   I assisted, but I did not pull the documents myself.

Q   Who pulled the documents?

A   We connected Robbins Geller with our IT so that they could have direct access to our network and be able to pull those documents, all the documents that were necessary.

Q   How did you assist in that process?

A   How did I assist?

Q   Yes.

A   Just by providing Robbins Geller access to our IT professionals.

Q   Anything other than providing access to the IT professionals?

MS. STAKEM:  Objection to form.

A   No.

BY MR. WEAVER:

Q   Do you know if anyone else at the Pension Fund assisted in the collection of documents in discovery for this case?

MS. STAKEM:  Objection to form.

A   No.

BY MR. WEAVER:

Q   If you turn to page 2, paragraph 7, it says

7 (Pages 22 - 25)

Page 26

T. Grossman

that "El Paso has received and reviewed key documents in this case," and it lists a number of documents.

Pointing you to subpart (f), it says "the Court's Order denying defendants' motion to dismiss."

Did you review the Court's Order denying the motion to dismiss?

A   I reviewed it, yes.

Q   Did the judge grant part of defendants' motion to dismiss?

A   The judge denied, I believe, most of the motions from the defense.

Q   Do you know what part of the motion to dismiss the judge granted?

A   Not off the top of my head, no.

Q   Mr. Grossman, what is the Pension Fund's understanding of the allegations asserted in this action?

A   Our understanding is that Dentsply -- while CEO Casey and CFO Gomez were in charge -- started to use, I guess, pressure tactics on their own staff in order to what they call, I guess, channel stuffing, as far as having them provide discounts and

Page 27

T. Grossman

incentives for their vendors to buy stock, I guess, that they normally would not keep and have them -- give them incentives and huge discounts but not account for those discounts. But they would account for those sales, thus, showing that the revenues were higher than they should be, obviously hurting their future sales.

And in the case for Casey and Gomez, in our opinion, committed fraud in order to obtain their bonuses and such.

And then, obviously, those statements, those quarterly reports had to be reversed in 2022 because of those misstatements and, thus, leading to a downfall in the stock price, which caused our loss ███████████████████████

Q   Anything additional as to the allegations in the complaint?

A   No.

Q   And you said that "in the case of Casey and Gomez, in our opinion, committed fraud in order to obtain their bonuses and such," what's the basis for the Pension Fund's opinion?

MS. STAKEM:  Objection to form.

A   The documents provided by our counsel,

Page 28

T. Grossman

investigation by our counsel.

BY MR. WEAVER:

Q   Did the Pension Fund conduct any investigation into the allegations found in the complaint?

A   No.

Q   Did the Pension Fund review any information regarding Dentsply as a basis for the allegations in the complaint independent of what was provided by counsel?

MS. STAKEM:  Objection to form.

A   No.

BY MR. WEAVER:

Q   What is the Pension Fund's understanding of the class asserted in this litigation?

MS. STAKEM:  Objection to form.

A   The class is the plaintiffs that were harmed during the class period, which includes ourselves.

BY MR. WEAVER:

Q   And what is the class period?

A   From June of '21 to November of '22, June 9th and November 13th.

Q   Other than the other two lead plaintiffs,

Page 29

T. Grossman

has the Pension Fund communicated with other potential plaintiffs with regard to this litigation?

A   No.

Q   You testified earlier that the board voted to seek to become a lead plaintiff in this case, correct?

A   Yes.

Q   What is the process at the Pension Fund for the board to consider petitioning to become a lead plaintiff in a securities class action?

MS. STAKEM:  Objection to form.

And, Mr. Grossman, I would just caution you not to reveal any communications that you or the Fund had with the attorneys.

A   The Pension Fund has different securities litigation monitoring counsel who will notify the Pension Fund if we have suffered a loss over $200,000.

Usually the board will not take action on any lead plaintiff status unless that loss is over $500,000. If it is, then it is placed on the agenda for them to consider seeking lead plaintiff.

████████████████████████████████ approximately, and, therefore, it was placed on the

8 (Pages 26 - 29)

Page 30

T. Grossman

agenda and the board -- it was discussed with the board, and the board made a motion to seek lead plaintiff and gave me delegation to follow through with that.

BY MR. WEAVER:

Q   You said it was discussed with the board. Who discussed it with the board?

A   I did.

Q   Did anyone else assist you in discussing it with the board?

A   No.

Q   Did you make a presentation to the board?

A   Yes, a presentation was made.

Q   Did you create the presentation?

A   No, I did not.

Q   Who created the presentation?

A   Robbins Geller created the presentation.

Q   Are there minutes of the board meetings?

A   Yes, there is.

Q   Do you know whether this discussion regarding becoming a lead plaintiff in this action is reflected in those minutes?

MS. STAKEM:  Objection to form.

A   Yes.  The board did take action to seek

Page 31

T. Grossman

lead plaintiff, yes.

BY MR. WEAVER:

Q   Is there a formal motion that was made before the board to seek lead plaintiff status?

A   Yes.

Q   Is there a resolution or some other type of writing that reflects the board's vote?

A   It would be in our minutes for that meeting.

Q   Has the Pension Fund worked with Robbins Geller on prior securities class actions?

A   Yes.

Q   How many?

Page 32

T. Grossman

MS. STAKEM:  Objection to form.  Outside the scope.

Go ahead and answer.

A   As far as lead plaintiff, this is the only one that's active.

We've submitted to be lead with Robbins Geller, but we were not selected.

BY MR. WEAVER:

Q   In which case was that?

A   I have a list here.  Syneos Health Inc. That one was dismissed.

And Butterfly.  It's not active.  We did not get lead.

And with Discover, and we did not get lead on that one, as well.

Q   Mr. Grossman, are you reading from a document there in the room?

A   Yes, I am.

Q   What are you reading from?

A   It's from our federal securities litigation from November 19 to November of '24.

Q   Is that all that's on the document?  Is it a letter?  I'm just kind of curious what it is.

A   It's just a piece of paper.

Page 33

T. Grossman

Q   Do you have any other pieces of paper there with you?

A   I have the responses and objections, the one you had showed me earlier.

Q   Any other documents in the room with you?

A   No.

Q   Can you just hold up the other document -- the first one, I'm sorry, the list.

A   (Witness complies.)

MR. WEAVER:  Counsel, we just ask for a copy of that be provided.

MS. STAKEM:  That's no problem.  I'll represent to you that the cases listed are the same cases that we have disclosed to defendants and it just contains reference to counsel and then the case status.

So information that's public record.  But we can produce that, as well.

MR. WEAVER:  Thank you.

BY MR. WEAVER:

Q   Mr. Grossman, you referenced in some of the cases the Pension Fund was not selected as lead plaintiff?

MS. STAKEM:  Objection to form.

9 (Pages 30 - 33)

Page 34

T. Grossman

A   Yes.

BY MR. WEAVER:

Q   Do you know why?

A   I don't recall.

Q   Did you know at the time?

A   I'm sure I did.

Q   Does the Pension Fund have a document retention policy?

A   We do not have a policy.  We follow state law.

Q   How long do you retain documents and communications?

A   Depends on the schedule, as per the law.

Q   Are you familiar with the schedule?

A   Not by heart, no.

Q   Does the Pension Fund have automatic deletion of its emails?

A   No, it does not.

Q   Does the Pension Fund have any rules as to the platforms on which business communications must take place?

MS. STAKEM:  Objection to form.  Outside the scope.

You can answer, Mr. Grossman.

Page 35

T. Grossman

A   When you say -- what do you mean by "rules"?  As far as, like, through email?  Is that what you're asking?

BY MR. WEAVER:

Q   Correct.

Are business communications required to be done on email or particular message platforms?  Are there any prohibitions on doing business communications on messaging platforms?

A   We do have messaging platforms.  We have email, and then we have a secure portal through our email system, Microsoft, for sensitive documents.

Q   Are employees permitted to conduct business of the Pension Fund over text message?

A   No.

Q   Is there a specific prohibition to using text messages?

MS. STAKEM:  Objection to form and outside the scope.

A   No.  As far as doing business, no.

MR. WEAVER:  Amira, if you could post tab 3 as Exhibit 3.

(ELPASO0000707 through 747 was marked as Exhibit 3 for

Page 36

T. Grossman

identification, as of this date.)

BY MR. WEAVER:

Q   Do you see it, Mr. Grossman?

A   I got it.

Q   For the record, Exhibit 3 is the El Paso Firemen and Policemen's Pension Fund Statement of Investment Policy, revision 5, September 2020, bearing Bates number ELPASO0000707 through 747.

Mr. Grossman, are you familiar with this document?

A   Yes.

Q   What is it?

A   It is our statement of investment policy.

Q   What is the purpose of this document?

MS. STAKEM:  Objection to form.

A   To set the groundwork on how we monitor our investments and select our investments.

BY MR. WEAVER:

Q   If you will turn to the -- or scroll to the first page of the document after the table of

Do you see that?

Page 37

T. Grossman

A   Yes.

Does the Pension Fund have a specific investment strategy to achieve these objectives?

MS. STAKEM:  Objection to form.

A   Not a specific strategy, per se.

BY MR. WEAVER:

Q   Does it have a general investment strategy to achieve these objectives?

MS. STAKEM:  Objection to form.

A   If I understand your question correctly, then the Fund does an asset liability study every five years to determine which assets the Fund will

10 (Pages 34 - 37)

Page 38

T. Grossman

invest in and not invest in, and then we adjust our portfolio accordingly.

BY MR. WEAVER:

Q    When you say "assets," what do you mean?

A    The money located in the Fund.

Q    Does that look at specific equity securities that are held by the Pension Fund?

MS. STAKEM:  Objection to form.

A    Not specific equities, but specific allocations, as in large cap value or large cap growth or small cap value, or small cap growth.

BY MR. WEAVER:

Q    But that five-year assessment does not assess individual equity securities; is that correct?

MS. STAKEM:  Objection to form.

A    We do not look at individual equities, no.

BY MR. WEAVER:

Q    Does the Pension Fund -- how does the Pension Fund effectuate its investment decisions?

MS. STAKEM:  Objection to form.

A    Our investment decisions are based off of the managers that we hire.  And then those managers are then given the task to use the money that's

Page 39

T. Grossman

invested with them to properly develop a portfolio -- in this case, domestic equities -- according to their guidelines and our guidelines.

But we manage the managers.  We don't manage the actual equities in that particular fund.

BY MR. WEAVER:

Q    If you'll turn to the fourth page of this document, Bates number 712.

A    Yes.

Do you see that?

A    Yes.

Q    Who is on the investment committee?

MS. STAKEM:  Objection to form.

Page 40

T. Grossman

And sorry to interject, Andrew, but just so the record is clear, do you mean right now?

MR. WEAVER:  I do mean right now.

MS. STAKEM:  Okay.

A    There are members of the board of trustees that are on that committee.

BY MR. WEAVER:

Q    So is it a subgroup of the board of trustees?

A    Yes, it is.

Q    What does the investment committee do?

A    The investment committee reviews all things that have to do with our investments, whether it be through due diligence or new asset liability study. Anything that has to do with our investments usually the committee reviews and makes a determination of what will be done prior to the full board making the decision.

Q    Does the investment committee assess specific investments made by investment managers?

MS. STAKEM:  Objection to form.

A    No, they do not.

BY MR. WEAVER:

Page 41

A    Options would be what's determined in our asset liability study as far as domestic equities and international equities, private equity, real estate, real assets, fixed income.

Q    Who conducts the asset liability study?

MS. STAKEM:  Objection to form.  Outside the scope.

A    Mariner, the investment consultant.

BY MR. WEAVER:

Does the board communicate -- strike that.

Who is the board communicating with regarding those responsible for investment results?

MS. STAKEM:  Objection to form.

A    It would be communicating with our investment consultant and the investment manager.

BY MR. WEAVER:

Q    So the board of trustees does communicate directly with the investment managers?

11 (Pages 38 - 41)

Page 42

T. Grossman

A    Not verbally.  We get documents.  When I say "communicating," through documents, as well, not just verbal.

Is that delegation limited in any way?

MS. STAKEM:  Objection to form.

A    No, not to my -- it is -- they have to follow our investment policy.  They were given our investment policy, and they have to follow the guidelines that we provide them.

But they are delegated the management of the asset.  They have fiduciary responsibility to the Fund.

BY MR. WEAVER:

Does that paragraph accurately describe your roles and responsibilities at the Fund?

A    Yes.

Q    Is there anything you would add?

Page 43

T. Grossman

A    No.

Q    Turn to page 8, Bates number 716.

A    Yes.

Do you agree they have full discretionary investment authority?

MS. STAKEM:  Object to form.

A    They do have full discretionary investment authority and the rest of the sentence that's there, consistent with our mandate, yes.

BY MR. WEAVER:

Q    Are you aware of any situation or circumstance when an investment manager has sought the board's approval of a specific equity investment?

MS. STAKEM:  Objection to form.

A    No.

Page 44

T. Grossman

MR. WEAVER:  We've gone just over an hour.  Do you want to take a five-minute break and we can organize ourselves for the next section?  Does that work?

MS. STAKEM:  Sounds good.

(Recess taken.)

BY MR. WEAVER:

MR. WEAVER:  Amira, can you please post tab 9 as Exhibit 4.

(Lead Plaintiffs' Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was marked as Exhibit 4 for identification, as of this date.)

BY MR. WEAVER:

Q    It should be posted.

A    Yes, I got it.

Q    For the record, Exhibit 4 is Lead Plaintiffs' Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a)(1).

Mr. Grossman, have you seen this document before?

A    Yes.

Page 45

T. Grossman

Q    If you will turn with me to page 4, you'll see section C, "Investment Managers and Advisors."

A    Yes.

Q    If you turn to page 5, at the top of the page, it says "For El Paso Firemen and Policemen's Pension Fund," and it lists Mariner Institutional, LLC, and Cooke & Bieler.

Who is Mariner Institutional, LLC?

MS. STAKEM:  Objection to form.

A    They are our investment consultant.

BY MR. WEAVER:

Q    Are they your investment consultant company today?

A    Yes, they are.

Q    Were they during the class period?

A    Yes, they were.  They were named AndCo at the time.

Q    Yes, formerly known as AndCo.

How long has Mariner f/k/a AndCo been the Pension Fund's investment consultant?

A    Since 2019.

Q    Who is Cooke & Bieler?

MS. STAKEM:  Objection to form.

A    Cooke & Bieler is one of our money

12 (Pages 42 - 45)

Page 46

T. Grossman

managers.

BY MR. WEAVER:

Q   Are they currently a money manager?

A   Yes.

Q   Were they during the class period?

A   Yes, they were.

Q   How long has Cooke & Bieler been a money manager for the fund?

A   We have two products with them.  The Large Cap Value product, we hired them back in 2005, I believe.

And we have a Small Cap Value investment with them, too, and I believe that one was in 2014.

Q   Was Cooke & Bieler responsible for the purchase and sale of Dentsply securities on behalf of the Pension Fund during the class period?

A   The Large Cap Value fund was, yes.

Q   Were there any purchases in the Small Cap Value fund during the class period?

A   No.

Q   Were there any other money managers responsible for purchasing or selling Dentsply securities on behalf of the Pension Fund during the class period?

Page 47

T. Grossman

A   No, not to my knowledge.

MR. WEAVER:  Amira, if we could post tab 4 as Exhibit 5.

(ELPASO0000501 through 513 was marked as Exhibit 5 for identification, as of this date.)

BY MR. WEAVER:

Q   It should be there.

A   Yes.

Q   For the record, this document is entitled "Investment Management Agreement," bearing Bates number ELPASO0000501 through 513.

Mr. Grossman, are you familiar with this document?

A   Yes.

Q   What is it?

A   It's our investment management agreement between the Fund and Cooke & Bieler for our Large Cap Value fund.

Q   This is specific to the Large Cap fund?

A   Yes, it is.

Page 48

Does that mean that Cooke & Bieler can buy and sell securities without authority -- I'm sorry, without seeking permission from the board?

MS. STAKEM:  Objection to form.

A   As long as they stay within our investment policy, yes.

BY MR. WEAVER:

Does the investment manager provide the

Page 49

T. Grossman

Pension Fund with monthly appraisals for the portfolio?

MS. STAKEM:  Objection to form.

A   Yes, they do.

BY MR. WEAVER:

Q   Who do they send those appraisals to?

A   They send them to me.

Q   Do you review them?

A   Yes, I do.

Q   Each month?

A   Yes, briefly.

Q   I'm sorry, I apologize.

A   It's all right.  Yes, I do.  Not cover to cover, but I do review.

Q   If you do not read it cover to cover, what do you review?

A   Mostly I check their monthly, quarterly, year to date, the performance since inception.

Q   So your review of the reports focuses on the performance metrics?

A   Yes.

Q   Do you review any of the specific transactions as described in the reports?

A   No, I do not.

13 (Pages 46 - 49)

Page 50

T. Grossman

Q   Where are those reports maintained?

MS. STAKEM:  Objection to form.

A   They're maintained on our cloud server.

BY MR. WEAVER:

Q   Does anyone else receive those reports?

MS. STAKEM:  Objection to form.

A   My executive assistant is also on that email.

BY MR. WEAVER:

Q   Anyone else?

A   Mariner.  That would be the only other ones, I believe.

MR. WEAVER:  Amira, if we could post tab 5 as Exhibit 6.

(ELPASO0000607 through 621 was marked as Exhibit 6 for identification, as of this date.)

BY MR. WEAVER:

Q   Do you have it, Mr. Grossman?

A   Yes.

Q   For the record, Exhibit 6 is the document entitled "Investment Management Agreement," bearing Bates number ELPASO0000607 through 621.

Page 51

T. Grossman

Mr. Grossman, are you familiar with this document?

A   Yes, I am.

Q   What is it?

A   This is an investment management agreement between the Fund and Cooke & Bieler with our Small Cap Value fund.

Q   Under the terms of this agreement, Cooke & Bieler had the same discretionary authority for investments, as we just discussed, as to the prior agreement?

A   Yes, they do.

Q   Do they provide you similar reports pursuant to this agreement as we just discussed as to the Large Cap?

A   Yes, they do.

Q   Do you review those in the same manner?

A   I do.

MR. WEAVER:  Amira, if you could post tab 10 as Exhibit 7.

(Certification Pursuant to Federal Securities Laws was marked as Exhibit 7 for identification, as of this

Page 52

T. Grossman

date.)

BY MR. WEAVER:

Q   Let me know when you have it, Mr. Grossman.

A   It's up.

Q   For the record, Exhibit 7 is the Certification Pursuant to Federal Securities Laws filed August 1, 2023, pages 136 and 137.

Mr. Grossman, are you familiar with this document?

A   Yes, I am.

Q   And, at the bottom of the first page, is that your electronic signature?

A   Yes, it is.

Q   And there is a schedule on the second page of the document, "Securities Transactions"?

A   Yes, I see it.

Q   What does that schedule represent?

A   I believe it represents securities transactions with Dentsply by Cooke & Bieler.

Q   Is every transaction here in Schedule A completed by Cooke & Bieler?

A   I believe so.

Q   What was the source of the information to create Schedule A?

Page 53

T. Grossman

MS. STAKEM:  Objection to form.

A   It was provided by counsel.

BY MR. WEAVER:

Q   Do you know where they source the data from?

A   I do not.

MR. WEAVER:  Amira, if you could post tab 18 as Exhibit 8.

(ELPASO0000340 through 412 was marked as Exhibit 8 for identification, as of this date.)

BY MR. WEAVER:

Q   It should be there.  Let me know when it's loaded for you.

A   Okay.

Q   For the record, it is a document dated October 15, 2021, bearing Bates number ELPASO0000340 through 412.

Mr. Grossman, are you familiar with this document?

A   Yes.

Q   What is it?

A   This is a quarterly report from Cooke &

14 (Pages 50 - 53)

Page 54

T. Grossman

Bieler.

Q    Is this consistent with the reports we were discussing earlier required under their management agreement?

MS. STAKEM:  Objection to form.

A    Yes, they do it on a quarterly basis, yes.

BY MR. WEAVER:

Q    Do you receive it on a monthly basis?

MS. STAKEM:  Objection to form.

A    No, not this report.

BY MR. WEAVER:

Q    Did you review this report when you received it?

A    I would have looked over it, yes.

Q    And would you have been looking at the performance metrics in this report?

A    Yes.

Q    Would you have read it cover to cover?

A    No.

Q    If you'll turn or scroll down to page bearing Bates number 409?

A    Okay.

Q    You see the title of the page Large Cap Value Equity?

Page 55

T. Grossman

A    Yes.



Page 56

Do you see that?

A    Yes, I do.

Q    Do you believe you would have read this paragraph when you received this report in 2021?

MS. STAKEM:  Objection to form.

A    No.

BY MR. WEAVER:

Q    We might flip back to that, but if we could post tab 8 as Exhibit 9.

(ELPASO0000001 through 74 was marked as Exhibit 9 for identification, as of this date.)

Page 57

T. Grossman

BY MR. WEAVER:

Q    Do you have it?

A    Yes.

Q    For the record, this is a document dated January 17, 2023, bearing Bates number ELPASO0000001 through 74.

Mr. Grossman, are you familiar with this document?

A    Yes.

Q    What is it?

A    It is a quarterly report from Cooke & Bieler.

Q    Does this cover both the Large Cap and Small Cap Value portfolios?

A    I believe so, yes.

Q    Did you review this report when you received it?

A    I did review it, yes.

Q    Did you review it specific to the performance metrics in the report?

MS. STAKEM:  Objection to form.

A    Yes, I did.

BY MR. WEAVER:

Q    If you will, turn to page ending in Bates

15 (Pages 54 - 57)



Page 58

T. Grossman

number 73, so it's the second-to-last page.

A   Okay.

Q   You'll see this is the Small Cap Value Equity, correct?

A   Yes.

Page 59

A   Yes, I see that.

Q   When you received this report, did you have any understanding of the circumstances surrounding the change in management at Dentsply Sirona?

MS. STAKEM:  Objection to form. lacks foundation.

A   Not new management, no.

Page 60

T. Grossman

BY MR. WEAVER:

MS. STAKEM:  Objection to form.  Lacks foundation, calls for speculation.

A   I had no discussions with Cooke & Bieler in reference to Dentsply on this matter.

BY MR. WEAVER:

MS. STAKEM:  Objection to form.  Lacks foundation, calls for speculation.

A   You're asking my opinion or...

BY MR. WEAVER:

Q   Yeah.

Page 61

MS. STAKEM:  Same objections.

A   We normally don't look at individual stocks, so they must have had a reason for doing so. But I don't know the exact reasons.

BY MR. WEAVER:

Q   You've never discussed it with them?

A   No, I have not.

Q   When the Pension Fund decided to seek to become lead plaintiff in this case, did the Pension Fund discuss that with Cooke & Bieler?

A   No, we did not.

Q   Did it discuss it with its investment consultant?

A   No, we did not.

Q   Have you had any discussions with Cooke & Bieler about their investments into Dentsply Sirona?

A   No, we have not.

MR. WEAVER:  Let me take a five-minute break.

MS. STAKEM:  Okay.

(Recess taken.)

16 (Pages 58 - 61)



Page 62

T. Grossman

BY MR. WEAVER:

Q   Mr. Grossman, I want to turn back to Exhibit 9, if you could find that and pull it up.

MS. STAKEM:  Tab 8?

MR. WEAVER:  Exhibit 9.  Tab 8 is what we call it, but it's Exhibit 9.

MS. STAKEM:  Right.

BY MR. WEAVER:

Q   Do you have it?

A   Is it the Cooke & Bieler quarterly report from 12/31/2022?

Q   Yes.

A   Yes, I have it.

Q   I believe, correct me if I'm wrong, that you testified earlier that you did not believe there had been any purchases or sales of Dentsply securities in the Small Value Cap fund; is that correct?  Small Cap Value Equity fund, excuse me.

A   No, I do not.  Not during the class period, no, I do not.

MS. STAKEM:  I'm sorry, Andrew, to interrupt.  I'm looking at Exhibit 9, and it's the January 17, 2023, report.

MR. WEAVER:  That's the cover letter.  If

Page 63

T. Grossman

you turn the page, it's the quarterly 12/31.

MS. STAKEM:  I'm sorry about that.

BY MR. WEAVER:

Q   Mr. Grossman, I want to make sure we're clear.

It's your understanding there were no purchases or sales during the class period in the Small Cap Value Equity fund, correct?

A   Correct.

Q   Okay.

In this document, if you could turn to page ending in Bates number 38.

Let me know when you're there.

A   Yes.

A   Yes.

Q   And when does the class period end?

A   November 13th.

Q   And do you know what the ticker symbol is for Dentsply?

A   I believe it's XRAY.

Page 64

Q   Correct.

MR. WEAVER:  Mr. Grossman, I have no other questions for you today.  Thank you for your time.  I think we can close the record.

(Time adjourned: 11:51 a.m.)

Page 65

CERTIFICATE

I, AMANDA McCREDO, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn, and that such examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

_____
AMANDA McCREDO

17 (Pages 62 - 65)

Page 66

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:      San Antonio Fire and Police
                Pension Fund et al. v. Dentsply
                Sirona Inc. et al.
Dep. Date:      December 5, 2024
Deponent:       Tyler Grossman

CORRECTIONS:

Pg.  Ln.  Now Reads      Should Read     Reason
___  ___  _____    _____    _____
___  ___  _____    _____    _____
___  ___  _____    _____    _____
___  ___  _____    _____    _____
___  ___  _____    _____    _____
___  ___  _____    _____    _____
___  ___  _____    _____    _____
___  ___  _____    _____    _____
___  ___  _____    _____    _____
___  ___  _____    _____    _____

                _____
                Signature of Deponent
SUBSCRIBED AND SWORN BEFORE ME
THIS___DAY OF_____, 20_
_____
(Notary Public)  MY COMMISSION EXPIRES:_____

Page 67

ACKNOWLEDGMENT OF DEPONENT
I,                , do hereby
certify that I have read the foregoing
pages, and that the same is a correct
transcription of the answers given by me
to the questions therein propounded,
except for the corrections or changes in
form or substance, if any, noted in the
attached Errata Sheet.


        _____
            TYLER GROSSMAN

Subscribed and sworn to
before me on this_____ day
of _____, _____.
_____
Notary Public

18 (Pages 66 - 67)

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400

**[& - 714]**

**&**

**&** 1:6,17 2:5,12
2:21 3:9 9:17
9:24 24:12
45:8,23,25
46:8,15 47:20
48:7 51:7,9
52:20,22 53:25
55:8,22 57:12
58:14 60:3,10
61:14,19 62:11

**1**

**1** 3:8,15 9:21
10:3 11:24
12:4,6,10
22:25 44:13,22
52:8
**1.4** 23:19 27:16
29:24
**10** 51:21
**10006** 2:13
**10017** 2:18,22
**10:17** 1:20
**11** 64:7
**11:51** 64:19
**12** 22:10,13
**12/31** 63:2
**12/31/2022**
62:12
**13** 21:24 23:4
**136** 52:8
**137** 52:8

**13th** 28:24
63:21
**14** 15:24 16:4
**15** 6:24 53:19
**17** 57:6 62:24
**18** 53:9
**19** 11:9 32:22
**1900** 2:6

**2**

**2** 3:11 21:25
22:6,13 25:25
**20** 66:23
**200,000** 29:19
**2005** 46:11
**2014** 46:14
**2015** 6:14
**2019** 45:22
**2020** 17:10,10
36:9
**2021** 6:18 23:3
53:19 56:15
**2022** 23:4
27:13
**2023** 52:8 57:6
59:2 62:24
**2024** 1:20 66:5
**21** 28:23
**212.225.2000**
2:14
**212.257.5597**
2:19
**212.455.2484**
2:23

**22** 3:11 28:23
**24** 32:22
**26** 3:15 44:13
44:22
**28363** 65:17

**3**

**3** 3:13 22:21
35:22,23,25
36:7 39:11
48:14
**3.1.** 39:15
**3.13** 40:25
**3.16** 41:14 43:5
**3.2** 42:5
**3.8** 42:20
**30** 3:10 7:8
10:2,14
**33** 3:24
**35** 3:13
**38** 63:13

**4**

**4** 3:4,14 22:24
44:10,14,20
45:2 47:3,25
**400** 2:17
**409** 54:22
**412** 3:19 53:10
53:20
**425** 2:22
**44** 3:14
**47** 3:16

**5**

**5** 1:20 3:16
36:9 45:5 47:4
47:6 48:15
50:14 66:5
**50** 3:17
**500,000** 29:22
**502** 47:25
**503** 48:14
**51** 3:18
**513** 3:16 47:5
47:14
**53** 3:19
**56** 3:20

**6**

**6** 3:10,17 7:8
10:2,14 24:8
42:20 50:15,17
50:23
**619.231.1058**
2:9
**621** 3:17 50:16
50:25
**655** 2:6

**7**

**7** 3:18 11:3
25:25 51:21,24
52:6 63:25
**709** 36:23
**712** 39:9
**714** 42:20

**[716 - asserted]**

Page 2

| | | | |
|---|---|---|---|
| **716** 43:3 | **accurately** 42:22 | 51:6,9,12,15 54:5 | 34:25 |
| **73** 58:2 | **achieve** 37:7,16 37:21 | **ahead** 6:13 14:18 23:17 32:4 | **answers** 67:6 |
| **74** 3:20 56:21 57:7 | **acknowledg...** 67:2 | **aking** 2:18 | **antonio** 1:5 5:19 66:3 |
| **747** 3:13 35:24 36:10 | **action** 18:19 23:7,11 26:20 29:11,20 30:22 30:25 65:12 | **al** 66:3,4 | **aperryman** 2:14 |
| **79901** 5:20 | **actions** 31:23 | **allegations** 26:19 27:17 28:5,9 | **apologize** 49:13 |
| **8** | **active** 16:15 24:11 32:6,13 | **alleged** 23:5,10 24:3 | **appearing** 2:3 2:10,20 |
| **8** 3:19 43:3 53:9,11 56:20 62:5,6 64:5 | **actual** 39:6 | **allocations** 38:11 | **appears** 58:17 58:21 64:2,12 |
| **8th** 2:17 | **actually** 6:25 | **allow** 7:18,18 | **appoint** 39:18 |
| **9** | **adam** 2:16 | **amanda** 1:21 7:15,20 65:4 65:18 | **appointed** 16:12,14 24:13 |
| **9** 3:8,20 23:3 44:10 56:20,22 62:4,6,7,23 | **add** 42:25 | **amended** 3:8 3:14 9:22 10:11 44:11,21 | **appointees** 16:16,17 |
| **909** 5:19 | **additional** 27:17 | **amira** 2:11 21:24 35:22 44:9 47:3 50:14 51:20 53:8 | **appraisals** 48:19 49:2,7 |
| **92101** 2:7 | **address** 4:21 5:18 | | **appreciate** 14:8 |
| **9th** 28:24 64:14 | **adjourned** 64:19 | | **approach** 31:11 |
| **a** | **adjust** 38:2 | **andco** 45:17,19 45:20 | **appropriate** 41:2,3 |
| **a.m.** 1:20 64:19 | **administration** 12:22 | **andrew** 2:11 4:8 40:2 62:22 | **approval** 43:22 |
| **able** 4:14 7:20 10:7 25:7 | **advisors** 45:3 | | **approximate** 27:16 |
| **above** 1:21 | **affecting** 8:11 | **answer** 6:13 7:19 8:3,20 9:3 9:4 23:15 31:16 32:4 | **approximately** 20:24 23:19 29:25 |
| **absolute** 48:4 48:24 | **agenda** 29:22 30:2 | | **asking** 35:4 60:20 |
| **absolutely** 14:9 | **agree** 43:13 | | **asserted** 26:19 28:16 |
| **access** 25:6,12 25:14 | **agreement** 18:21 42:9 47:13,19 50:24 | | |
| **account** 27:5,5 | | | |
| **accurate** 8:12 | | | |

**assess** 38:15 40:20

**assessment** 38:14

**asset** 37:24 40:15 41:6,9 42:17

**assets** 15:14 37:10,25 38:5 39:20 41:8 42:6 43:10

**assist** 25:9,10 30:10

**assistant** 50:8

**assisted** 25:2 25:20

**assume** 8:4

**attached** 67:10

**attempt** 7:25

**attorneys** 29:15

**attractively** 56:9

**august** 6:16 7:5 52:8

**austin** 4:24

**authority** 17:20 18:3 43:9,14 43:17 48:8 51:10

**authorized** 42:6

**automatic** 34:17

**avenue** 2:17,22

**aware** 11:15,21 21:18 24:6 43:20

**aweaver** 2:13

**b**

**b** 2:4 3:10 7:8 10:2,14

**back** 6:9 22:24 46:11 56:19 62:3

**bartlett** 2:21

**based** 38:23

**basis** 23:8 27:22 28:9 41:15 54:7,9 55:17

**baskets** 14:2,13 14:14

**bates** 36:10,23 39:9 42:20 43:3 47:13,24 48:14 50:25 53:19 54:22 57:6,25 63:13

**bearing** 36:10 47:13 50:24 53:19 54:22 57:6

**becoming** 30:22

**behalf** 1:8 2:3 2:10,20 46:16

46:24

**believe** 10:17 10:20 21:21 26:13 31:20,20 46:12,14 50:13 52:19,23 56:3 56:14 57:16 58:25 62:15,16 63:24

**beneficiary** 37:13

**best** 19:15

**bieler** 45:8,23 45:25 46:8,15 47:20 48:7 51:7,10 52:20 52:22 54:2 55:8,23 57:13 58:14 60:4,10 61:14,20 62:11

**birmingham** 1:5 18:14

**blackmar** 31:20

**blood** 65:12

**board** 12:23 15:24 16:8,9 16:24 17:16,19 17:23 21:8,11 21:15 29:5,10 29:20 30:2,3,3 30:7,8,11,13,19 30:25 31:5 37:7 39:14,17

39:21 40:6,9 40:18,25 41:14 41:17,18,24 42:5 43:12 48:9

**board's** 31:8 43:22

**bonuses** 27:11 27:22

**bostic** 2:25

**bottom** 11:5 52:12 58:7

**break** 8:18 44:3 61:23

**breaks** 8:17

**briefly** 49:12

**broadway** 2:6

**building** 4:19

**business** 5:18 34:21 35:7,9 35:14,21 48:20 56:7

**butterfly** 32:13

**button** 10:20

**buy** 27:2 48:7

**c**

**c** 2:2 3:11 22:2 22:15 45:3 65:2,2

**calculated** 23:22,23

**california** 2:7

**[call - consider]**

| | | | |
|---|---|---|---|
| **call** 26:24 62:7 | **caution** 23:13 29:13 | **civil** 44:22 | **common** 23:2 |
| **calls** 60:9,19 | **ceo** 26:22 | **civilian** 6:5 | **communicate** 5:5 41:17,24 |
| **cap** 15:6,6 38:11,11,12,12 46:11,13,18,19 47:21,22 51:8 51:16 54:24 55:10,24 57:14 57:15 58:4,15 58:20 60:5,6 60:14,16 62:18 62:19 63:9,17 64:10 | **certification** 3:12,18 22:5 22:14,17 51:22 52:7 | **class** 3:12 18:19 19:16 22:4,14,16 23:4 24:13 28:16,18,19,22 29:11 31:23 45:16 46:6,17 46:20,25 62:20 63:8,20 64:11 64:13 | **communicated** 29:2 |
| | **certify** 65:6,11 67:4 | | **communicates** 41:14 |
| | **cfo** 26:22 | | **communicating** 41:18,21 42:3 |
| | **cgsh.com** 2:13 2:14 | | **communication** 19:8 |
| **capacity** 6:2 | **chair** 16:5 | **clear** 9:6 40:3 56:10 63:6 | **communicati...** 19:2,5 23:14 29:14 34:13,21 35:7,10 |
| **case** 17:24 18:10,12,22 19:13,15,16,21 20:5 21:22 24:19,25 25:21 26:3 27:9,20 29:6,24 31:13 32:10 33:17 39:3 61:13 66:3 | **change** 59:22 61:2 | **clearly** 4:14 7:21 | |
| | **changes** 67:8 | **cleary** 2:12 4:9 | **company** 45:13 |
| | **channel** 26:24 | **click** 10:7 | **compared** 60:15 |
| | **characterizati...** 59:4 | **close** 12:14 64:18 | **complaint** 27:18 28:6,10 |
| | **charge** 26:22 | **cloud** 50:4 | **completed** 52:22 |
| | **chat** 5:5 | **collection** 25:20 | **complies** 33:10 |
| | **check** 49:18 | **come** 7:10 | **concierge** 2:25 |
| **cases** 3:24 6:20 6:23 33:14,15 33:23 | **chief** 12:17 16:20,24 17:5 17:8,11 | **coming** 18:20 | **conduct** 28:4 35:14 |
| | **cio** 42:21 | **commencing** 1:20 | **conducts** 41:9 |
| **casey** 1:12 2:20 26:22 27:9,20 | **circumstance** 43:21 | **commission** 66:25 | **conference** 4:20 |
| | **circumstances** 59:21 | **committed** 27:10,21 | **confirm** 4:13 |
| **cash** 58:23 | **city** 1:5 16:16 18:14 | **committee** 39:18,24 40:7 40:12,13,17,20 | **connected** 25:5 |
| **categories** 14:25 15:10 | | | **consider** 15:8 23:20 29:10,23 |
| **caused** 27:15 | **civ** 3:15 44:13 | | |

considers  39:19
consistent
  43:11,18 54:3
consult  8:21
consultant
  13:17 41:12,22
  45:11,13,21
  48:23 61:17
consultants
  12:23 13:5,13
consultation
  48:6
contains  33:16
  58:18
contents  36:23
continue  24:12
conversion
  58:24
cooke  45:8,23
  45:25 46:8,15
  47:20 48:7
  51:7,9 52:20
  52:22 53:25
  55:8,22 57:12
  58:14 60:3,10
  61:14,19 62:11
copy  33:12
correct  11:13
  14:4 29:7 35:6
  38:16 58:5,11
  59:10 62:15,19
  63:9,10,18
  64:15 67:5

corrections
  66:8 67:8
correctly  37:23
counsel  4:9 5:6
  8:21,25 11:15
  11:21,22 19:10
  20:3,3,7,16,18
  20:20 21:17
  23:14,17,23,25
  24:11 27:25
  28:2,11 29:17
  31:11 33:11,16
  53:3
county  1:7
  18:15
course  5:3
court  1:2,21
  7:2,15
court's  26:6,8
cover  49:14,15
  49:16,16 54:19
  54:19 57:14
  62:25
create  30:15
  52:25
created  30:17
  30:18
curious  32:24
currently  46:4
custodial  42:9
custodian  42:8

d

d  3:2
data  53:5
date  1:21 10:5
  22:7 36:3
  44:16 47:8
  49:19 50:19
  52:2 53:13
  56:24 66:5
dated  53:18
  57:5
day  5:3 12:21
  12:21 48:20
  66:23 67:16
december  1:20
  66:5
decided  60:6
  61:12
decision  40:19
decisions  38:21
  38:23
declaration
  3:11 22:2,15
  22:21
defendant  4:9
defendants
  1:13 2:10 3:8
  9:22 10:11
  11:22 26:6,11
  33:15
defense  26:14
delegate  42:6

delegated
  17:16 18:2
  42:16 48:23
delegation
  17:17 30:4
  42:10
deletion  34:18
denied  26:13
dentsply  1:11
  4:10 9:7,7 23:2
  26:21 28:9
  46:16,23 52:20
  55:20,23 58:10
  58:15 59:10,18
  59:22 60:4,6
  60:11 61:20
  62:17 63:23
  64:10 66:3
denying  26:6,8
dep  66:5
department
  37:5,6
depending  19:8
depends  34:14
deponent  66:6
  66:21 67:2
deposed  5:21
  6:2 7:8 21:12
deposition  1:17
  3:8,24 4:12 5:7
  8:19 9:23
  10:12 19:25
  20:14,19 21:6
  21:9

**[depositions - elpaso0000707]**                                     Page 6

depositions 7:14

describe 42:22

described 49:24

description 3:23 55:9 59:17

determination 40:17

determine 37:25

determined 41:5

develop 39:2

developed 13:5

diego 2:7

different 13:4 16:23 18:21 20:2 29:16

diligence 12:24 13:9 40:15

direct 25:6 42:7

directly 41:25

director 6:4,8 6:21 12:17 15:18 16:7 42:21

disclosed 33:15

disclosing 23:16

disclosures 3:14 44:12,21

discounts 26:25 27:4,5

discover 32:15

discovery 19:20 24:21,25 25:21

discretion 43:5 48:4,24

discretionary 43:9,13,16 51:10

discuss 61:14 61:16

discussed 30:2 30:7,8 51:11 51:15 61:10

discussing 30:10 54:4

discussion 30:21 60:3

discussions 11:23 60:10 61:19

dismiss 26:7,9 26:12,16

dismissed 32:12

district 1:2,3

divided 13:25 14:13

docket 21:20

document 10:8 10:15,18 11:3 11:9,12 12:14

22:18 32:18,23 33:8 34:8 36:12,16,22 39:9 44:23 47:12,16 50:23 51:3 52:10,16 53:18,22 57:5 57:9 59:5 60:23 63:12

documents 19:19,19 20:2 20:4,6,15 21:18,21 24:17 24:19 25:3,4,7 25:8,20 26:3,4 27:25 33:6 34:12 35:13 42:2,3

doing 13:15 19:14 35:9,21 61:7

domestic 15:13 39:3 41:6

donald 1:11 2:20

dowd 2:5 9:17 24:12

downfall 27:15

due 12:24 13:8 40:15

duly 4:3 65:8

duties 39:12 47:25

**e**

e 2:2,2,5 3:2 5:16 65:2,2

earlier 29:5 33:5 54:4 62:16

easily 7:21

east 5:19

effectuate 38:21

eight 5:25

el 1:6,17 3:9 5:19 9:12,24 10:12 16:16,18 22:25 23:9 24:9,14 26:2 36:7 45:6

elected 16:14 16:15

electronic 22:22 52:13

eleven 16:11

elpaso0000001 3:20 56:21 57:6

elpaso0000340 3:19 53:10,19

elpaso0000501 3:16 47:5,14

elpaso0000607 3:17 50:16,25

elpaso0000707 3:13 35:24

**[elpaso0000707 - form]**                                              Page 7

36:10
**email**  19:4,5
  35:3,8,12,13
  50:9
**emails**  34:18
**employ**  37:8
**employees**  1:7
  35:14 37:5
**enact**  58:22
**entitled**  47:12
  50:24
**equipped**  58:22
**equities**  15:13
  15:14 38:10,18
  39:3,6 41:6,7
**equity**  13:24
  14:23 15:4,9
  38:7,15 41:7
  43:22 54:25
  55:10,24 58:5
  58:16 60:14
  62:19 63:9
  64:11
**errata**  66:2
  67:10
**esq**  2:4,4,5,11
  2:11,16,21
**estate**  15:14
  41:8
**et**  66:3,4
**evaluating**
  12:24
**exact**  4:21 6:15
  6:18 61:8

**examination**
  3:3 4:6 11:6
  65:7,9
**examined**  4:4
**except**  67:8
**excuse**  62:19
**executive**  6:4,8
  6:21 12:17
  15:17 16:6
  42:21 50:8
**exercise**  18:2
**exhibit**  3:7,8,11
  3:13,14,16,17
  3:18,19,20
  9:21,21 10:3
  11:24 12:4,6
  12:10 21:25
  22:6,10,13,13
  35:23,25 36:7
  44:10,14,20
  47:4,6 50:15
  50:17,23 51:21
  51:24 52:6
  53:9,11 56:20
  56:22 62:4,6,7
  62:23
**exhibits**  3:6
**exists**  37:3
**expand**  10:21
**experience**  7:14
**expires**  66:25
**extent**  7:24
  23:15

**f**

**f**  26:5 45:20
  65:2
**factors**  59:9
**fair**  7:10
**familiar**  34:15
  36:11 47:15
  51:2 52:9
  53:21 57:8
**far**  18:19,20
  26:25 32:5
  35:3,21 41:6
**february**  17:10
**fed**  3:14 44:13
**federal**  3:18
  23:6,10 24:3
  32:21 44:22
  51:23 52:7
**fiduciary**  39:12
  42:17 47:25
**filed**  52:8
**find**  62:4
**fine**  4:22
**finest**  37:8
**finish**  7:18,19
  14:6
**fire**  1:5 37:5
  66:3
**firefighters**
  16:15
**firemen**  1:6,17
  3:9 9:12,24
  10:13 36:8

45:6
**firms**  31:19
**firmspace**  4:20
**first**  4:3 6:14
  6:24 9:21
  22:10 33:9
  36:22,23 52:12
  55:6,9,19,23
  58:14 60:24
  61:4
**five**  13:8 37:25
  38:14 44:3
  61:22
**fixed**  15:7,14
  41:8
**flip**  56:19
**floor**  2:17
**flow**  58:23
**focused**  56:7
**focuses**  49:20
**follow**  30:4
  34:10 42:13,14
**follows**  4:5
**foregoing**  67:4
**form**  6:12
  12:11 14:3,17
  15:12 16:13
  17:2,18 18:4
  20:8 24:5
  25:16,22 27:24
  28:12,17 29:12
  30:24 31:14
  32:2 33:25
  34:23 35:19

**[form - growing]**

36:17 37:17,22 38:9,17,22 39:25 40:22 41:10,20 42:11 43:15,24 45:10 45:24 48:10 49:4 50:3,7 53:2 54:6,10 55:11,25 56:16 57:22 59:3,11 59:23 60:8,18 67:9

**formal** 17:17 31:4

**formerly** 45:19

**forth** 43:7 65:8

**found** 28:5

**foundation** 56:2 59:12,24 60:9,19

**fourth** 6:10 39:8

**fraud** 27:10,21

**free** 58:23

**front** 10:15

**full** 40:18 43:9 43:13,16

**fund** 1:5,7,18 3:9 6:5,8,21,25 9:11,13,25 10:13 11:16,22 12:9,16,22,25 13:3 14:12 15:18,21 16:3

16:21 17:14 21:6 23:18,24 25:20 28:4,8 29:2,9,15,16,18 31:12,22 33:23 34:8,17,20 35:15 36:8,24 37:3,11,15,24 37:25 38:6,8 38:20,21 39:6 39:19 42:18,23 43:9 45:7 46:9 46:17,18,20,24 47:20,21,22 48:18,22 49:2 51:7,8 55:10 55:24 58:16 61:4,12,14 62:18,19 63:9 63:17 64:11 66:3

**fund's** 26:18 27:23 28:15 42:8 45:21

**fundamental** 58:22

**funds** 37:13

**furnish** 48:18

**further** 11:23 12:3 65:11

**future** 24:19 27:8 37:13

**g**

**g** 5:17

**geller** 2:5 9:17 9:17 18:10 19:9,11,13,18 24:11,18 25:5 25:12 30:18 31:23 32:8

**general** 13:22 14:20 15:3,8 15:11 37:20

**generate** 37:12

**give** 13:13 27:4

**given** 38:25 42:13 43:11 65:10 67:6

**go** 5:12 6:13 9:20 14:18 22:24 23:17 32:4 56:5

**goal** 37:7,11

**going** 20:4

**gomez** 1:12 26:22 27:9,21

**good** 44:6

**gottlieb** 2:12 4:9

**grant** 26:11

**granted** 26:16

**greensky** 7:4

**grossman** 1:18 3:4,11 4:1,2,8 5:1,16,16,21

6:1 7:1 8:1 9:1 10:1 11:1 12:1 12:15 13:1 14:1 15:1 16:1 17:1 18:1 19:1 19:24 20:1 21:1 22:1,3,15 22:18 23:1,12 24:1 25:1 26:1 26:18 27:1 28:1 29:1,13 30:1 31:1 32:1 32:17 33:1,22 34:1,25 35:1 36:1,5,11 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1,23 45:1 46:1 47:1,15 48:1 49:1 50:1 50:21 51:1,2 52:1,4,9 53:1 53:21 54:1 55:1 56:1 57:1 57:8 58:1 59:1 60:1 61:1 62:1 62:3 63:1,5 64:1,16 66:6 67:13

**ground** 7:13

**groundwork** 36:18

**growing** 56:9

**growth** 38:12 38:12 56:11 58:23
**guess** 6:6 11:2 15:3 26:23,24 27:2
**guidelines** 39:4 39:4 42:15 43:6
**gun** 14:10

**h**

**half** 58:7
**hamilton** 2:12
**handle** 13:22 19:15
**handles** 13:23
**handling** 12:21
**happy** 8:19
**harmed** 28:19
**head** 26:17
**heading** 11:5 39:11
**health** 32:11
**hear** 4:14 14:5
**heard** 8:25
**heart** 34:16
**held** 1:19 38:8
**help** 56:10
**hereinbefore** 65:8
**higher** 27:7
**hillary** 2:4 14:5 14:6 21:2

**hire** 38:24
**hired** 46:11
**hold** 33:8
**hopefully** 5:12
**hour** 44:2
**hours** 20:24
**hstakem** 2:7
**huge** 27:4
**hurting** 27:7

**i**

**identification** 10:4 22:6 36:2 44:15 47:7 50:18 51:25 53:12 56:23
**implants** 56:10
**important** 7:17
**improved** 56:11
**improvements** 58:22
**improving** 56:8
**incentives** 27:2 27:4
**inception** 49:19
**includes** 28:19
**income** 15:7,14 37:4 41:8
**independent** 20:7,15 23:25 28:10
**indicate** 55:22

**indicates** 58:14
**individual** 38:15,18 61:6
**individually** 1:8
**information** 23:16,25 28:8 33:18 52:24 58:19
**initial** 3:14 44:12,21
**initiate** 60:6,14 60:25
**initiated** 60:4 60:16 61:3
**initiation** 59:10 59:17
**initiations** 55:3 55:5,15 58:8
**innovage** 7:6
**inorganically** 56:9
**institutional** 45:7,9
**instructed** 9:3
**interested** 65:13
**interject** 40:2
**international** 15:7,13 41:7
**interrupt** 9:2 62:23
**invest** 38:2,2

**invested** 39:2
**investigation** 28:2,5
**investing** 56:8
**investment** 12:18 13:16 16:21,25 17:5 17:8,11 36:9 36:15 37:9,12 37:16,20 38:21 38:23 39:18,19 39:24 40:12,13 40:20,21 41:2 41:4,12,16,19 41:22,22,25 42:7,13,14 43:5,8,8,10,14 43:16,21,23 45:3,11,13,21 46:13 47:13,19 48:2,3,11,17,23 48:25 50:24 51:6 60:25 61:16
**investments** 12:25 13:2,12 13:14,23,24,25 14:12,21,23 15:2,8,11 36:19,19 40:14 40:16,21 42:8 48:5 51:11 61:20

**involved** 20:4 24:24
**isabel** 2:21
**isabel.mattson** 2:23
**issue** 8:22
**issues** 5:9,11 39:19
**items** 18:21

**j**

**january** 57:6 62:24
**jessica** 2:5
**jorge** 1:12
**joshua** 2:25
**jr** 1:12 2:20
**jrobertson** 2:8
**judge** 26:11,13 26:16
**jumped** 14:10
**jumping** 14:7
**june** 23:3 28:23 28:24

**k**

**k** 45:20
**keep** 27:3
**keeping** 24:18
**key** 26:2
**kind** 32:24
**king** 2:16
**know** 4:20 5:10 7:25 8:18 10:8 12:8 21:11,14

25:19 26:15 30:21 34:4,6 52:4 53:5,15 61:8 63:14,22
**knowledge** 19:23 24:23 47:2
**knowledgeable** 12:10
**known** 45:19

**l**

**l** 5:16
**lacks** 55:25 59:11,23 60:8 60:18
**large** 15:6 38:11,11 46:10 46:18 47:20,22 51:16 54:24 55:10,24 57:14 58:20 60:5,16
**law** 31:19 34:11,14
**laws** 3:18 23:6 23:11 24:4 51:23 52:7
**lawsuit** 6:24
**lawyer** 4:9
**lead** 3:8,14 9:23 10:12 17:20,23 18:13 18:13,24 19:3 19:6,14 24:9

24:11 28:25 29:6,10,21,23 30:3,22 31:2,5 31:12 32:5,7 32:14,15 33:23 44:11,20 61:13
**leading** 27:14
**leads** 18:9,11
**lee** 2:17
**letter** 32:24 62:25
**levine** 2:17
**levinlee.com** 2:18
**lexington** 2:22
**liability** 37:24 40:15 41:6,9
**liberty** 2:12
**limited** 42:10
**liners** 56:10
**list** 3:24 11:9 32:11 33:9
**listed** 11:24 12:4,6 33:14 55:19
**lists** 26:3 45:7
**litigation** 7:4,6 17:15 18:3,8 19:11 21:19 24:10,15 28:16 29:3,17 32:21
**litigations** 7:7
**llc** 45:8,9

**llp** 2:5,12,17,21
**ln** 66:9
**loaded** 53:16
**local** 10:8
**located** 4:16 38:6
**long** 15:17 17:8 20:23 34:12 45:20 46:8 48:11
**look** 24:8 38:7 38:18 48:14 55:15 61:6 63:25
**looked** 21:18 21:21 54:15 58:19
**looking** 54:16 58:18,20 60:23 62:23
**loss** 23:5,9,18 23:20,22 24:2 27:15 29:18,21 29:24
**losses** 23:18

**m**

**m** 1:12 2:16,20 5:17
**made** 30:3,14 31:4 40:21
**madison** 2:17
**maintained** 50:2,4

**make**  19:14,17 30:13 63:5

**makes**  39:20 40:17

**making**  40:18

**manage**  39:5,6

**management** 13:10 42:6,16 47:13,19 50:24 51:6 54:4 56:7 58:21 59:10,18 59:22,25 60:5 60:7,15,17 61:2

**manager**  16:16 41:22 42:7 43:8,10,21 46:4,9 48:2,4 48:17,25 60:25

**managers**  13:6 13:8,9,15 38:24,24 39:5 40:21 41:25 45:3 46:2,22

**mandate**  43:12 43:18

**manner**  48:18 51:18

**mariner**  13:22 15:15 41:12 45:7,9,20 50:12

**marked**  10:3 22:5 35:25

44:14 47:6 50:17 51:24 53:11 56:22

**marriage**  65:13

**matter**  4:10 60:11 65:14

**matters**  11:6

**mattson**  2:21

**mayor**  16:17

**mccredo**  1:21 65:4,18

**mean**  9:17 15:3 16:17 18:12,18 19:12 20:9 24:16 35:2 38:5 40:3,4 41:3 48:7

**means**  55:5

**meet**  20:18 21:5

**meeting**  20:3,7 21:16 31:10

**meetings**  13:7 18:23,25 30:19

**meketa**  13:23 15:9

**member**  6:25

**members**  16:9 21:8 39:14,17 40:6

**memory**  8:11

**message**  35:8 35:15

**messages**  35:18

**messaging** 35:10,11

**met**  20:20 21:17

**metrics**  49:21 54:17 57:21

**microsoft** 35:13

**million**  23:19 27:16 29:24

**minute**  7:11 44:3 61:22

**minutes**  30:19 30:23 31:9

**misstatements** 27:14

**money**  13:6,15 38:6,25 45:25 46:4,8,22

**monitor**  13:2 13:11 36:18

**monitored** 24:10,15

**monitoring** 12:24 29:17

**month**  6:15,18 48:20 49:11

**monthly**  13:4 48:18 49:2,18 54:9

**motion**  3:11 22:4,14,16 26:6,9,12,15

30:3 31:4

**motions**  26:14

**n**

**n**  2:2 3:2 5:17

**name**  4:8 5:14 66:3

**named**  45:17

**necessary** 10:21 19:19,20 25:8

**need**  8:18 10:21

**negotiations** 12:3

**network**  25:6

**never**  61:10

**new**  1:3,22 2:13 2:13,18,18,22 2:22 4:4 40:15 58:21 59:10,18 59:25 60:7,15 65:5

**nine**  12:21 15:19 17:6

**normally**  27:3 61:6

**notary**  1:22 4:3 65:5 66:25 67:19

**note**  56:5 59:8 60:15

**noted**  14:20 60:5,7 61:3 67:9

**[notes - paso]**

**notes** 39:14 59:18

**notice** 1:19 3:8 9:22 10:12,23

**notify** 29:17

**noting** 59:9

**november** 21:16 23:4 28:23,24 32:22 32:22 63:21,25 64:5,7,14

**number** 26:3 36:10,23 39:9 42:20 43:3 47:14,24 50:25 53:19 54:22 57:6 58:2 63:13

**o**

**o** 5:17

**oath** 8:15

**object** 15:12 43:15

**objection** 6:12 12:11 14:3,16 16:13 17:2,18 18:4 20:8 24:5 25:16,22 27:24 28:12,17 29:12 30:24 31:14 32:2 33:25 34:23 35:19 36:17 37:17,22

38:9,17,22 39:25 40:22 41:10,20 42:11 43:24 45:10,24 48:10 49:4 50:3,7 53:2 54:6,10 55:11 55:25 56:16 57:22 59:3,4 59:11,23 60:8 60:18

**objections** 9:2 11:16,17 12:2 33:4 61:5

**objectives** 36:24 37:16,21

**obligations** 16:24

**obtain** 27:10,22

**obviously** 27:7 27:12

**october** 53:19

**office** 4:19

**officer** 6:5 12:18 16:21,25 17:5,9,11

**officers** 16:15

**okay** 5:8 7:22 8:5,23,24 9:5,9 9:14,18 10:10 10:22 11:4 15:5 40:5 53:17 54:23 58:3 61:24

63:11

**old** 60:16

**once** 20:20

**ones** 50:13

**ongoing** 41:15

**open** 10:8

**operations** 12:21

**opinion** 27:10 27:21,23 60:20

**optimize** 37:12

**options** 41:2,4 41:5

**order** 26:6,8,24 27:10,21 37:12

**organic** 56:11 58:23

**organically** 56:8

**organize** 44:4

**outcome** 65:14

**outside** 31:14 32:2 34:23 35:19 41:10

**overall** 37:11

**oversee** 19:13

**overseeing** 19:18

**own** 20:15 26:23

**p**

**p** 2:2,2 3:15 44:13

**page** 3:3,7,23 11:3 22:10,21 22:25 25:25 36:22,24 39:8 42:20 43:3 45:2,5,6 47:24 48:14 52:12,15 54:21,24 57:25 58:2,7 63:2,12 63:16

**pages** 52:8 67:5

**paper** 32:25 33:2

**paragraph** 22:24 24:8 25:25 42:22 56:6,15 58:18 59:2

**part** 21:20,22 26:11,15 39:11 55:23 59:9

**participation** 24:11

**particular** 35:8 39:6

**parties** 39:12 65:12

**paso** 1:6,17 3:9 5:19 9:12,24 10:13 16:16,18 22:25 23:9 24:9,14 26:2 36:7 45:6

**past** 17:6 20:9
**pause** 5:10 8:19
**payments** 37:14
**pdf** 10:21
**pending** 8:20
**pension** 1:5,7 1:18 3:9 6:4,8 6:21 9:11,13 9:25 10:13 11:16,22 12:9 12:16,22 14:12 15:18,21,24 16:3,21 17:14 21:5 23:24 25:19 26:18 27:23 28:4,8 28:15 29:2,9 29:16,18 31:11 31:22 33:23 34:8,17,20 35:15 36:8 37:15 38:8,20 38:21 45:7,21 46:17,24 49:2 61:12,13 66:3
**performance** 48:20 49:19,21 54:17 57:21
**period** 23:3,4 28:19,22 45:16 46:6,17,20,25 62:20 63:8,20 64:11,13

**permission** 48:9
**permitted** 35:14
**perryman** 2:11
**personnel** 37:9
**pertain** 18:21
**petitioning** 29:10
**pg** 66:9
**phone** 5:5
**physically** 4:16
**piece** 32:25
**pieces** 33:2
**place** 34:22
**placed** 29:22,25
**plaintiff** 3:9 9:24 10:12 17:20,23 19:14 24:9 29:6,11 29:21,23 30:4 30:22 31:2,5 31:12 32:5 33:24 61:13
**plaintiffs** 1:9 2:3 3:11,14 18:13,14,24 19:3,6,15 22:4 22:14,16 28:18 28:25 29:3 44:11,21
**platforms** 34:21 35:8,10 35:11

**plaza** 2:12
**please** 4:13 5:10,14 7:25 9:3 14:18 23:17 44:9
**point** 8:18
**pointing** 26:5
**police** 1:5 6:5 16:15 37:5 66:3
**policemen's** 1:6 1:18 3:9 9:13 9:25 10:13 36:8 45:6
**policies** 43:7
**policy** 34:9,10 36:9,15 42:13 42:14 43:8 48:12
**portal** 35:12
**portfolio** 38:3 39:3 48:19 49:3
**portfolios** 57:15
**pose** 14:16
**positively** 55:12
**possession** 3:24
**possible** 37:9
**post** 21:24 35:22 44:9 47:3 50:14 51:20 53:8

56:20
**posted** 44:18
**potential** 29:3
**potentially** 31:12
**powers** 47:25
**preparation** 20:14 21:9
**prepare** 19:24 20:19 21:6
**prepared** 12:3 12:7
**present** 2:25 37:13
**presentation** 30:13,14,15,17 30:18
**pressure** 26:23
**previous** 6:17
**previously** 61:3
**price** 27:15
**prior** 6:11 15:20 16:2 31:23 40:18 48:6 51:11
**private** 13:24 14:23 15:4,9 41:7
**privilege** 8:22
**probably** 5:25
**problem** 33:13
**procedure** 44:22

proceed  9:3
process  24:24
  25:9 29:9
produce  33:19
produced
  21:19
product  46:11
production
  3:22
products  46:10
  56:9
professionals
  25:13,15
profitability
  56:8 58:23
progress  24:10
  24:15
prohibition
  35:17
prohibitions
  35:9
properly  39:2
propounded
  67:7
provide  8:11
  26:25 42:15
  48:25 51:14
  55:8
provided  23:16
  24:18 27:25
  28:10 33:12
  53:3
provides  48:3

providing
  19:18,20 24:21
  24:25 25:12,14
  37:4
provisions  42:9
public  1:22 4:3
  21:20 33:18
  65:5 66:25
  67:19
pull  25:2,7 62:4
pulled  25:4
purchase  46:16
  64:2,5,7
purchased
  22:25 55:23
  58:15 64:12
purchases
  46:19 48:5,21
  55:9 62:17
  63:8,16 64:10
purchasing
  46:23 55:6
purpose  36:16
  36:24 37:4
pursuant  1:19
  3:10,14,18
  10:2,13,23
  44:12,21 51:15
  51:22 52:7
put  12:14

**q**

quarterly  13:4
  13:14 27:13

49:18 53:25
  54:7 55:16
  57:12 62:11
  63:2
question  7:18
  8:3,4,20,20 9:4
  14:7 37:23
  59:13
questions  7:25
  64:17 67:7

**r**

r  2:2,21 3:14
  5:16,17 44:13
  65:2
ranges  41:2
read  49:16
  54:19 56:14
  58:25 59:6
  66:9 67:4
reading  32:17
  32:20
reads  66:9
real  15:14,14
  41:7,8
really  55:18
reason  8:7,10
  61:7 66:9
reasons  61:8
recall  34:5
receive  50:6
  54:9 55:16
received  26:2
  54:14 56:15

57:18 59:2,20
recess  44:7
  61:25
recollection
  64:9
recommendat...
  39:20
record  5:4,15
  7:17 10:11
  22:13 33:18
  36:7 40:3
  44:20 47:12
  50:23 52:6
  53:18 57:5
  64:18 65:9
refer  9:6
reference  24:19
  33:16 60:11
referenced
  33:22
referring  9:7
  9:12 60:16
reflected  30:23
reflects  31:8
refresh  7:12
  64:9
regard  29:3
regarding  28:9
  30:22 41:19
regular  18:23
  18:25 19:2,4,5
  19:7
related  39:19
  65:11

| | | | |
|---|---|---|---|
| **relatively** 5:12 | **requires** 8:21 | 49:15,17,20,23 | **rules** 7:13 |
| **relief** 1:6 | **resolution** 31:7 | 51:18 54:13 | 34:20 35:3 |
| **remember** 6:15 | **respect** 42:8 | 57:17,19,20 | 44:22 |
| 6:18,20 | 48:5 | **reviewed** 11:12 | **s** |
| **remote** 1:17 | **response** 18:5 | 20:2 24:9,14 | |
| **remotely** 4:12 | **responses** | 26:2,10 | **s** 2:2 5:17,17 |
| **repeat** 59:13 | 11:16 12:2 | **reviewing** | 42:7 |
| **rephrase** 8:2 | 33:4 | 19:19 24:17 | **sale** 46:16 |
| **report** 16:6 | **responsibilities** | **reviews** 40:13 | **sales** 27:6,8 |
| 53:25 54:11,13 | 12:19 42:23 | 40:17 | 48:6,21 62:17 |
| 54:17 55:16 | **responsibility** | **revision** 36:9 | 63:8,16 |
| 56:15 57:12,17 | 42:17 43:11 | **rgrdlaw.com** | **san** 1:5 2:7 5:19 |
| 57:21 59:2,8 | **responsible** | 2:7,8,8 | 66:3 |
| 59:20 62:11,24 | 12:20 17:14 | **right** 4:17 | **says** 22:10 24:8 |
| **reporter** 1:21 | 39:12 41:15,19 | 22:11,12 40:3 | 25:25 26:5 |
| 7:16 65:4 | 46:15,23 | 40:4 49:14 | 40:25 41:14 |
| **reporting** | **rest** 19:16 | 62:8 | 45:6 48:17 |
| 16:23 | 43:17 | **robbins** 2:5 | 56:6 58:21 |
| **reports** 13:5,14 | **result** 23:5,9 | 9:16,17 18:10 | **schedule** 34:14 |
| 27:13 48:15,22 | 24:3 | 19:8,10,13,18 | 34:15 52:15,18 |
| 49:20,24 50:2 | **results** 37:12 | 24:11,18 25:5 | 52:21,25 |
| 50:6 51:14 | 41:16,19 | 25:12 30:18 | **schroder** 2:4 |
| 54:3 | **retain** 34:12 | 31:22 32:7 | **scope** 11:23 |
| **represent** | **retained** 43:8 | **robertson** 2:5 | 31:15 32:3 |
| 33:14 52:18 | **retention** 34:9 | **role** 6:8 12:15 | 34:24 35:20 |
| **representative** | **retired** 37:4 | 15:20,23 | 41:11 |
| 24:13 | **retirement** 1:6 | **roles** 16:2,5 | **scroll** 11:2 |
| **represents** | 1:7 18:15,16 | 42:23 | 22:21 36:21 |
| 52:19 63:16 | **reveal** 23:13 | **room** 4:20,25 | 54:21 |
| **requested** 11:6 | 29:14 | 32:18 33:6 | **scv** 63:17 |
| 48:22 | **revenues** 27:6 | **rudman** 2:5 | **se** 37:18 |
| **requests** 3:22 | **reversed** 27:13 | 9:17 24:12 | **second** 47:24 |
| **required** 35:7 | **review** 20:6,15 | **rule** 3:10 10:2 | 52:15 58:2,10 |
| 54:4 | 26:8 28:8 49:9 | 10:14 | |

| | | | |
|---|---|---|---|
| **section** 43:6 44:4 45:3 47:25 48:3,15 55:15 | **selected** 32:8 33:23 | **sir** 10:16 16:22 22:23 | 38:10,10 40:21 43:22 47:22 49:23 57:20 |
| **secure** 35:12 | **selects** 40:25 | **sirona** 1:11 4:10 9:7 23:2 55:20,23 58:11 58:15 59:22 61:20 66:4 | **specifically** 22:15 |
| **securities** 3:18 7:3,5,7 23:6,10 24:4 29:11,16 31:23 32:21 38:8,15 46:16 46:24 48:8 51:23 52:7,16 52:19 62:18 | **sell** 48:8 | | **speculation** 60:9,19 |
| | **selling** 46:23 | | |
| | **send** 49:7,8 | | **spell** 5:14 |
| | **sensitive** 35:13 | **sitting** 60:23 | **spouse** 6:25 |
| | **sent** 20:12 | **situated** 1:8 | **spur** 56:10 |
| | **sentence** 43:17 56:6 58:21 59:16 | **situation** 43:20 | **staff** 12:20 26:23 |
| | | **small** 15:6 38:12,12 46:13 46:19 51:7 57:15 58:4,15 60:6,14 62:18 62:19 63:9,17 64:10 | **stakem** 2:4 6:12 12:11 14:3,9,16 15:12 16:13 17:2,18 18:4 20:8 23:12 24:5 25:16,22 27:24 28:12,17 29:12 30:24 31:14 32:2 33:13,25 34:23 35:19 36:17 37:17,22 38:9 38:17,22 39:25 40:5,22 41:10 41:20 42:11 43:15,24 44:6 45:10,24 48:10 49:4 50:3,7 53:2 54:6,10 55:11,25 56:16 57:22 59:3,11 |
| **security** 55:19 58:10 | **september** 36:9 | | |
| | **server** 50:4 | | |
| | **serving** 31:12 | | |
| **see** 4:14 9:20 11:5,8,10 21:23 22:9 36:5,25 39:11 39:22 45:3 48:14 52:17 54:24 55:19 56:12 58:4,7 59:16,19 64:3 | **set** 36:18 43:7 65:8 | | |
| | **seven** 5:25 6:7 | **smoothly** 5:13 | |
| | **shares** 23:2 | **sole** 48:4,23 | |
| | **sheet** 66:2 67:10 | **sorry** 4:21 14:5 14:9 18:15 20:13 33:9 40:2 48:8 49:13 59:13 62:22 63:3 | |
| | **shorthand** 65:4 | | |
| | **showed** 33:5 | | |
| | **showing** 27:6 | | |
| | **signature** 22:22 52:13 65:17 66:21 | | |
| **seek** 17:19,23 29:6 30:3,25 31:5 61:12 | | **sought** 43:21 | |
| | **similar** 51:14 58:19 | **sounds** 7:13 44:6 | |
| **seeking** 29:23 48:9 | **similarly** 1:8 | **source** 52:24 53:5 | |
| | **simplifying** 56:7 | | |
| **seen** 10:18 11:19 22:18 44:23 | | **southern** 1:3 | |
| | **simpson** 2:21 | **speak** 7:20 | |
| **select** 36:19 | **single** 55:12 | **specific** 35:17 37:15,18 38:7 | |

59:23 60:8,18 61:5,24 62:5,8 62:22 63:3
**started** 26:22
**starting** 11:8
**state** 1:22 4:4 5:14 34:10 65:5
**stated** 24:14
**statement** 23:8 24:2 36:8,15 43:7
**statements** 27:12
**states** 1:2 22:25 37:3 39:17 42:5 43:5
**status** 17:20,24 29:21 31:5 33:17
**stay** 48:11
**stblaw.com** 2:23
**steen** 2:12
**stephanie** 2:4 21:2
**stephs** 2:8
**stock** 23:3 27:2 27:15 55:7 61:2
**stocks** 55:9 61:7
**straighten** 5:10

**strategy** 37:16 37:18,20
**strike** 41:17
**study** 37:24 40:15 41:6,9
**stuffing** 26:24
**subgroup** 40:9
**subheading** 55:3
**subject** 12:2 43:6
**submitted** 11:16 32:7
**subpart** 26:5
**subscribed** 66:22 67:15
**substance** 67:9
**substantial** 23:5,9,18,20 24:2
**suffered** 23:4,9 29:18
**sufficient** 37:13
**suing** 7:2
**suit** 18:19
**suite** 2:6
**summary** 48:21
**supervise** 18:3 18:7,19 19:11 37:9
**supervising** 12:20 17:15
**supplied** 20:2

**support** 3:11 22:3,16 24:2
**sure** 7:9 19:14 19:17 34:7 59:15 63:5
**surprise** 60:13 60:24
**surrounding** 59:21
**sworn** 4:3 65:8 66:22 67:15
**symbol** 63:22
**syneos** 32:11
**system** 1:6,7 18:15,16 35:13

**t**

**t** 4:1 5:1,16 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1

55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:2,2
**tab** 21:24 35:22 44:10 47:3 50:14 51:21 53:9 56:20 62:5,6
**table** 36:22
**tabulations** 48:21
**tactics** 26:23
**take** 6:9 8:17 29:20 30:25 34:22 44:3 61:22
**taken** 1:18 44:7 61:25
**talk** 21:8
**task** 38:25
**technical** 5:9 5:11
**technology** 21:23
**tell** 4:11
**tens** 22:25
**terms** 51:9
**testified** 4:5 6:20 29:5 62:16
**testify** 8:8 12:4 12:7

| | | | |
|---|---|---|---|
| **testifying** 8:14 10:24 | **together** 48:20 | **tyler** 1:18 3:4 3:11 4:2 5:16 6:13 22:2,15 31:16 66:6 67:13 | **valued** 48:19 |
| **testimony** 8:12 65:10 | **told** 21:15 | | **vendors** 27:2 |
| **texas** 4:24 5:19 | **top** 26:17 45:5 | | **verbal** 18:5 42:4 |
| **text** 35:15,18 | **topic** 36:23 | | **verbally** 21:15 42:2 |
| **thacher** 2:21 | **topics** 11:9,17 11:23 12:4,6 12:10 | **type** 31:7 | **veritext** 2:25 |
| **thank** 33:20 64:17 | **town** 4:23 | **u** | **versus** 6:25 |
| **things** 5:12 40:13 | **transaction** 52:21 | **under** 8:15 13:10 15:7,10 39:15 42:9 51:9 54:4 | **videoconfere...** 1:19 2:2 |
| **think** 64:18 | **transactions** 49:24 52:16,20 | | **videotaped** 3:8 9:23 10:12 |
| **third** 6:9 | **transcript** 66:2 | **understand** 7:24 8:4,14 37:23 | **violations** 23:6 23:10 24:3 |
| **thousands** 23:2 | **transcription** 67:6 | **understanding** 26:19,21 28:15 55:4 58:13 59:21 63:7 | **virtually** 5:6 |
| **three** 6:11 16:4 16:14,15,17 20:24 | **true** 65:9 | | **vote** 31:8 |
| **ticker** 63:22 | **trustee** 15:24 | | **voted** 17:19,23 29:5 |
| **time** 7:18,19 34:6 45:18 55:6,9 58:14 60:24 64:18,19 | **trustees** 12:23 16:8,10 17:16 37:8 39:15,18 40:6,10,25 41:24 43:12 | **united** 1:2 | **vs** 1:10 |
| | | **use** 26:23 38:25 | **w** |
| | | **using** 35:17 | **want** 6:17 44:3 56:5 62:3 63:5 |
| **timely** 48:18 | **truthfully** 8:8 | **usually** 29:20 40:16 | **way** 42:10 65:13 |
| **times** 5:24,25 37:8 | **turn** 11:2 25:25 36:21 39:8 42:20 43:3 45:2,5 47:24 54:21 57:25 62:3 63:2,12 | **v** | **wayne** 1:7 18:15,15 |
| **title** 54:24 | | **v** 66:3 | **we've** 32:7 44:2 |
| **today** 4:12 5:9 7:13,21 8:3,7 8:10,12,17,18 9:2,6 10:24 11:13 21:12 45:14 64:17 | **two** 7:3,7 13:20 13:25 14:13,14 16:16,17 18:9 18:11,13 28:25 46:10 | **value** 38:11,12 46:11,13,18,20 47:21 51:8 54:25 55:10,24 57:15 58:4,15 60:14 62:18,19 63:9,17 64:11 | **weaver** 2:11 3:4 4:7,8 6:19 10:6 12:13 14:6,11,19 15:16 16:19 17:4,22 18:6 |
| **today's** 19:25 21:6,9 | | | |

20:10 21:24 22:8 23:21 24:7 25:18,24 28:3,14,21 30:6 31:3,18 32:9 33:11,20 33:21 34:3 35:5,22 36:4 36:20 37:19 38:4,13,19 39:7 40:4,8,24 41:13,23 42:19 43:19 44:2,8,9 44:17 45:12 46:3 47:3,9 48:13 49:6 50:5,10,14,20 51:20 52:3 53:4,8,14 54:8 54:12 55:14 56:4,18 57:2 57:24 59:7,14 60:2,12,21 61:9,22 62:2,6 62:9,25 63:4 64:16

**west** 2:6

**witness** 3:3,24 4:2 7:8,9 33:10 65:7,10

**work** 18:9,11 18:17 19:10 44:5

**worked** 31:22

**working** 12:23 18:20

**works** 9:20 21:23

**writing** 17:17 31:8

**wrong** 62:15

**x**

**x** 1:4,14 3:2

**xray** 63:24 64:2 64:5,7

**y**

**y** 5:16

**yeah** 60:22

**year** 6:16 38:14 49:19

**yearly** 13:5,7

**years** 13:8 15:19,25 16:4 17:6 37:25

**yesterday** 20:22 21:17

**york** 1:3,22 2:13,13,18,18 2:22,22 4:4 65:5

**z**

**zoom** 4:12 10:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Docusign Envelope ID: 83E8BD49-742A-4DB8-8561-D0EEB37E76E2

Page 66

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:          San Antonio Fire and Police
                    Pension Fund et al. v. Dentsply
                    Sirona Inc. et al.

Dep. Date:          December 5, 2024

Deponent:           Tyler Grossman


CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reason |
|-----|-----|-----------|-------------|--------|
| 14 | 16 | "I'll pose my" | "Interpose an" | correct transcription error |
| 31 | 20 | "Blackmar" | "Bleichmar" | correct transcription error |

DocuSigned by:

*Tyler C. Grossman*
BC6840E680ED476...

Signature of Deponent