# EXHIBIT 4

**[Redacted]**

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

SAN ANTONIO FIRE AND POLICE

PENSION FUND, CITY OF BIRMINGHAM

RETIREMENT AND RELIEF SYSTEM, EL

PASO FIREMEN & POLICEMEN'S PENSION

FUND, and WAYNE COUNTY EMPLOYEES'

RETIREMENT SYSTEM, Individually

and on Behalf of All Others

Similarly Situated,

                 Plaintiffs,

                       Case No.

                 v.    22-cv-06339-AS

DENTSPLY SIRONA INC., DONALD M.

CASEY, JR., and JORGE GOMEZ,

                 Defendants.

------------------------------------------x

                 9:30 a.m.

                 December 10, 2024

        VIRTUAL DEPOSITION of JAY TURNER,

testifying on behalf of the City of Birmingham

Retirement & Relief System, the lead Plaintiff in

the above entitled matter, pursuant to Notice,

before Stephen J. Moore, a Registered Professional

Reporter, Certified Realtime Reporter and Notary

Public of the State of New York.

Page 2

JAY TURNER

A P P E A R A N C E S :

ROBINS GELLER RUDMAN & DOWD LLP
Attorneys for Plaintiffs
655 West Broadway
San Diego, California  92101

BY:  HILARY STAKEM, ESQ.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Dentsply Sirona, Inc.
One Liberty Plaza
New York, New York  10006

BY:  ANDREW WEAVER, ESQ.
- and -
SARAH LIBOWSKY, ESQ.

LEVINE LEE, LLP
Attorneys for Jorge Gomez
1500 Broadway
New York, New York  10036

BY:  ADAM KING, ESQ.

Page 3

JAY TURNER

| EXAMINATION BY | PAGE | LINE |
|---|---|---|
| MR. WEAVER | 6 | 6 |

E X H I B I T S

| Exhibit 1 | 30(b)(6) Deposition Notice to the City of Birmingham Retirement & Relief System pursuant to Rule 30(b)(6) | 14 | 19 |
|---|---|---|---|
| Exhibit 2 | City of Birmingham Retirement & Relief System Statement of Investment Policy Objectives And Guidelines, November 14, 2018 | 28 | 10 |
| Exhibit 3 | City of Birmingham Retirement & Relief System statement of investment policy objectives and guidelines, 2022 | 41 | 16 |
| Exhibit 4 | Amended initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) | 43 | 23 |

Page 4

JAY TURNER

| Exhibit 5 | Agreement between City of Birmingham and PGIM Quantitative Solutions dated March 28, 2001 | 46 | 25 |
|---|---|---|---|
| Exhibit 6 | Cook & Bieler investment advisor agreement effective date April 14, 2014 | 56 | 8 |
| Exhibit 7 | Agreement dated the 22nd day of December with no year between City of Birmingham and Great Lakes Advisors | 60 | 7 |
| Exhibit 8 | Cook & Bieler quarterly report for the City of Birmingham Retirement & Relief System dated September 30, 2021 | 62 | 10 |
| Exhibit 9 | PGIM Quantitative Solutions City of Birmingham U.S. core equity asset and investment report as of December 31, 2021 | 65 | 22 |

Page 5

JAY TURNER

| Exhibit 10 | Account statement for January 1, 2022 through January 31, 2022 from Regions | 67 | 7 |
|---|---|---|---|
| Exhibit 11 | Certification pursuant to federal securities laws document 72 filed August 1, 2023, page 134 and 135 of 143 | 69 | 9 |
| Exhibit 12 | Declaration of Jay P. Turner in support of Plaintiff's motion for class certification | 82 | 2 |

2 (Pages 2 - 5)

Page 6

JAY TURNER

J A Y    T U R N E R,  called as a witness, having been first duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY
MR. WEAVER:

Q    Good morning, Mr. Turner.
A    Good morning.
Q    My name is Andrew Weaver, I'm a lawyer at Cleary, Gottlieb, Steen & Hamilton LLP, counsel to the Defendant Dentsply Sirona, Inc. in this matter.
       Could you please just state and spell your name for the record, please?
A    I am Jay Turner.  J-a-y, T-u-r-n-e-r.
Q    What is your business address?
A    710 20th Street North, Suite 800, Birmingham, Alabama 35203.
Q    And who is your employer?
A    The City of Birmingham.

Page 7

JAY TURNER

Q    Have you been deposed before?
A    Yes.
Q    Okay.  I want to come back to that in just a moment.
       We are doing today's deposition remotely, as you can tell.  I just want to confirm where are you physically located today?
A    I am in my office on the 8th floor of City Hall.
Q    And is there anyone else in the room with you?
A    No.
Q    Anyone off camera that we can't see?
A    No.
Q    And during the deposition today, when we are on the record, I would ask you not communicate with folks via phone, text message, instant messaging, et cetera.
       Your counsel is virtually here in the deposition with us today and here to assist you, but I would ask that you

Page 8

JAY TURNER

not communicate with folks while we are on the record.
       Is that okay?
A    Yes.
Q    How many times have you been deposed before?
A    One.
Q    One.  When was that?
A    Sometime late last year, in November of last year, I believe.
Q    And in what capacity were you deposed?
A    I was a witness.
Q    Individually or on behalf of your employer?
A    I was a witness on behalf of the City of Birmingham Retirement & Relief System.
Q    And what was the nature of the action in which you appeared for deposition?
A    It was a securities case.
Q    And was the City of Birmingham Retirement System a Plaintiff in

Page 9

JAY TURNER

that case?
       MS. STAKEM:  Objection to form.
A    Yes.
       MS. STAKEM:  Sorry about that, Mr. Turner.
       THE WITNESS:  That's quite all right.
Q    Were they a lead Plaintiff in that case?
A    Yes.
Q    What was the name of that case?
A    It was the City of Birmingham Retirement & Relief System versus Acadia Pharmaceuticals.
Q    And who was your counsel in that action?
A    Scott & Scott.
Q    Any other -- do you know whether you were deposed as a 30(b)(6) witness or an individual witness?
A    I was deposed as a 30(b)(6) witness.

3 (Pages 6 - 9)

Page 10

JAY TURNER

Q      Have you been a deponent any other time?

A      When I was I think 16 years old.

Q      You can stop right there, that's fine.

A      Yeah.

Q      Have you ever given sworn testimony before?

A      Yes.

Q      When?

A      Regularly on behalf of the City of Birmingham as a witness in unemployment compensation appeals.

Q      Any other context?

A      No.

Q      And what is the current status of the securities class action in which you testified last year?

MS. STAKEM:  Objection to form.

A      It's still in litigation.

Q      Do you know what stage of litigation?

Page 11

JAY TURNER

A      No.

Q      Are you supervising that litigation?

A      Yes.

Q      -- well --

A      Well, I'm supervising that litigation on behalf of the City of Birmingham Retirement & Relief System.

Our outside counsel is Scott & Scott.

Q      But for the City of Birmingham Retirement & Relief System, you are the individual responsible for supervising that litigation, is that correct?

A      Yes.

Q      And sitting here today you do not know what stage of litigation that case is in?

A      I mean, it's ongoing litigation.

Q      Understood, but can you tell me specifically what state, what is the current state of the litigation?

Page 12

JAY TURNER

A      No.

Q      I know you've been deposed before, but let me just go over a few ground rules for today's as a reminder.

Is there any reason today that you are not able to provide truthful testimony?

A      No.

Q      Is there anything affecting your memory today such that you would not be able to provide accurate testimony?

A      No.

Q      As you know, we have a court reporter.  Steve is here to take down everything we say.

It's important that we not speak over each other today, so I will do my best to allow you to answer my question, if you will give me the time to ask my question, so that it makes Steve's job easier today.  Is that okay?

A      Yes.

Q      If you have any problem today with the remote technology, just let us

Page 13

JAY TURNER

know, we will take a break and we will get it sorted.  Okay?

A      Yes.

Q      We will need to have you speak orally to be able to be recorded on the record.

Head nods, et cetera will not be transcribed.  Does that make sense?

A      Yes.

Q      If you don't understand a question of mine today, please let me know and I'll do my best to clarify, okay?

A      Yes.

Q      If you answer a question, I'm going to assume you understood the question, okay?

A      Yes.

Q      And understand you're testifying under oath today, is that correct?

A      I do.

Q      And we will pause for breaks today.  But if for any reason you need a break, just let me know, I'm happy to take

4 (Pages 10 - 13)

Page 14

JAY TURNER

it.

All I would ask is if a question is pending, that you answer the question before we take the break unless you need to discuss a question of privilege with your counsel, okay?

A    Yes.

Q    And just so we are on the same page today, if I use the term Dentsply, unless I say otherwise, I mean Dentsply Sirona, Inc.  Is that okay?

A    Yes.

Q    If I say the Retirement System, unless I say otherwise, I'm referring to the Birmingham Retirement & Relief System.  Is that okay?

A    Yes.

Q    And if I refer to Robins Geller, unless I say otherwise, I mean Robins Geller Rudman & Dow LLP.  Is that okay?

A    Yes.

Q    Okay.

MR. WEAVER:  Sarah, could we

Page 15

JAY TURNER

post tab 26.

Q    And Mr. Turner, hopefully in your Exhibit Share, if you refresh the browser here in a moment you will see an exhibit, number 1.

(The above described document was marked Exhibit 1 for identification as of this date.)

Q    Mr. Turner, if you refresh your browser hopefully it will be there.

A    It shows that my folder is still empty.  I'm in the Marked Exhibits folder.

Q    Okay just give it a moment.  Feel free to try it again.

A    I also have nothing.

THE CONCIERGE:  If you try clicking off the folder and click into the Marked Exhibits folder.

THE WITNESS:  I'm not sure what that means.

THE CONCIERGE:  In the little blue area off to the side where it should say Marked Exhibits.  No?

Page 16

JAY TURNER

MR. WEAVER:  Steve, let's just go off the record for a minute.

(At this point in the proceedings there was a recess, after which the deposition continued as follows:)

MR. WEAVER:  Steve, let's go back on the record.

Q    Okay, now, Mr. Turner, do you have Exhibit number 1 before you?

A    Yes.

Q    And for the record, this is Defendant's amended Notice of Videotaped Deposition to lead Plaintiff City of Birmingham Retirement & Relief System pursuant to Rule 30(b)(6).

Have you seen this document before?

A    Yes.

Q    And if you turn or maybe scroll to page 7 of the document --

A    I am on page 7.

Q    -- you see at the bottom there is a subject line "Matters on which examination is requested."

Page 17

JAY TURNER

Do you see that?

A    Yes.

Q    And what follows is a list of 19 topics.  Do you see that?

A    Yes.

Q    And are you aware that your counsel submitted responses and objections to this deposition notice?

A    Yes.

Q    And are you also aware that counsel for the Retirement System and counsel for Defendants had further negotiations on the scope of the topics pursuant to this deposition notice?

A    Yes.

Q    Subject to the responses and objections in those negotiations, are you prepared today to testify as to the topics listed in Exhibit 1?

A    Yes.

Q    And is this deposition notice the notice pursuant to which you are appearing today?

A    Yes.

5 (Pages 14 - 17)

Page 18

JAY TURNER

Q    Is there anyone else at the Retirement System more knowledgeable about these topics?

MS. STAKEM:  Objection to form.

A    No.

Q    Are there any topics in Exhibit 1 that you are not prepared to testify about today?

A    No.

Q    Mr. Turner, what is your current role within the City of Birmingham?

A    I serve as the Deputy Director of Human Resources and as general counsel to the City of Birmingham Retirement & Relief System and City of Birmingham Firemen & Policemen Supplemental Pension System.

Q    So, to make sure I'm clear, you are the Director of Human Resources for the whole City of Birmingham, is that correct?

A    No, I am the Deputy Director.

Q    I'm sorry, you are the Deputy

Page 19

JAY TURNER

Director of Human Resources for the entire City of Birmingham, is that correct?

A    Yes.

Q    And you serve at the same time as a general counsel to two retirement systems?

A    Yes.

Q    How long have you been the Deputy Director of Human Resources for the City of Birmingham?

A    Just for a few months.  I was appointed to this role in September of this year.

Q    Appointed by whom?

A    Mayor Randall Woodfin.

Q    How long have you been the general counsel for the City of Birmingham Relief & Retirement System?

MS. STAKEM:  Objection to form.

A    I've served as general counsel since March of 2020.

Q    And prior to March of 2020 did you have any role at the City of

Page 20

JAY TURNER

Birmingham Relief & Retirement System?

A    No.

Q    And what did you do prior to joining the City of Birmingham Retirement & Relief System?

A    Well, I was employed by the City of Birmingham.

Q    In what role?

A    I was in human resources.  I was the compensation and benefits administrator for the City.

Q    And you are a lawyer?

A    Yes.

Q    And where did you go to law school?

A    The University of Louisville, Brandeis School of Law.

Q    Do you have any other postgraduate degrees?

A    I have a Master's degree.

Q    What in?

A    Higher education.

Q    And where from?

A    The University of Louisville.

Page 21

JAY TURNER

Q    How did you become the general counsel of the Birmingham Retirement & Relief System?

MS. STAKEM:  Objection to form, beyond the scope.

A    I changed roles in City Hall and became assistant city attorney and was appointed by the mayor as general counsel to the city's retirement system.

Q    And what are your roles and responsibilities as the general counsel of the Birmingham Retirement & Relief System?

A    I offer general advice on compliance and transactional matters.  I prosecute any litigation on behalf of the systems, I defend the systems in any litigation brought against them, and I manage our outside counsel in any other litigation in which the systems are involved.

Q    And when you say you provide general advice on transactional matters, what do you mean?

A    Any time the system is

6 (Pages 18 - 21)

Page 22

JAY TURNER

engaging a new vendor, I will advise the Board with respect to the vendors in question, I will negotiate the terms of any agreements with the vendors or the partners and then keep those records.

Q    In your role as general counsel, do you provide any advice regarding investment transactions?

A    No.

Q    Does anyone employed by the City of Birmingham provide legal advice on investment transactions for the Retirement System?

MS. STAKEM:  Objection to form, lacks foundation.

A    Could you rephrase that question?

Q    Sure.

You said that as general counsel you do not provide legal advice on investment transactions.

I am asking whether there is anyone who is an employee of the City of Birmingham that does provide legal advice on

Page 23

JAY TURNER

investment transactions of the Retirement System?

MS. STAKEM:  Objection.

A    I do provide legal advice with respect to investment transactions.  I don't provide investment advice.

Q    So did you just not understand my question earlier when I asked?

A    I did not understand what you were asking before.

Q    Okay.  So when you provide legal advice on investment transactions, what does that mean, what is the scope of that advice?

A    If we engage a new investment manager, I'm the individual that negotiates the contract with that investment manager.

Q    Does your advice ever get to the level of individual investment transactions?

A    No.

Q    Have you ever provided legal advice to the Retirement System regarding individual investment transactions?

Page 24

JAY TURNER

A    No.

Q    And you know that you are the individual responsible for supervising this specific litigation on behalf of the Retirement System, is that correct?

A    Yes.

Q    And who do you report to?

MS. STAKEM:  Objection to form.

A    The Board of Managers of the City of Birmingham Retirement & Relief System.

I also report to the Chief Human Resources Officer and the Chief of Staff, Cedric Sparks, and the mayor, Randall Woodfin, with respect to my other duties here in City Hall.

Q    And by other duties, you mean on behalf of the Human Resources Department of the city of Birmingham?

A    Yes.

Q    How big is the Board of Managers?

A    There are nine members.

Page 25

JAY TURNER

Q    How are they appointed?

A    Some are -- well, the first place is appointed by statute, the mayor of the City of Birmingham.

The other eight positions are either appointed or elected positions.

Q    Do you meet regularly with the Board of Managers?

A    Yes.

Q    How often?

A    Monthly.

Q    Is that a formal monthly Board meeting?

MS. STAKEM:  Objection to form.

A    Yes.

Q    Are there any ad hoc meetings you have with the Board of Managers?

MS. STAKEM:  Objection to form.

A    No.

Q    Can you describe the -- I'm sorry, can you describe the purpose of the City of Birmingham Retirement & Relief

7 (Pages 22 - 25)

JAY TURNER

System?

A    The purpose of the Retirement & Relief System is to provide pensions for our employees.

Q    Is there an element of the Retirement & Relief System that invests assets?

MS. STAKEM:  Objection to form.

A    Yes.

Q    And how does the City of Birmingham Retirement & Relief System invest assets?

MS. STAKEM:  Objection to form.  Excuse me, sorry.

A    The Board of Managers has chosen an investment consultant and investment managers.

The individual investment managers choose the investments held in the system.

Q    Does the Board of Managers supervise the individual investment managers?

JAY TURNER

A    Could you rephrase that question?

Q    Sure.  Does the Board of Managers supervise the activities of the individual investment managers?

MS. STAKEM:  Objection to form.

A    At a very high level, yes. We -- we have chosen the investment managers and trust that they will comply with their own individual investment strategies in order to deliver the returns expected by the system.

Q    You say at a very high level. How does the -- how does the Board of Managers supervise the investment managers at a high level?

A    We monitor their returns.

Q    Is there anything else that the Board of Managers does to supervise the investment managers?

A    We regularly invite our various investment managers to present to the Board to discuss their investment style

JAY TURNER

and their returns that they are delivering on behalf of the Board.

Q    So the Board of Managers discusses the investment styles of the investment managers?

MS. STAKEM:  Objection to form, lacks foundation.

A    Yes.

Q    How often does that happen?

A    It depends on the investment manager and the returns.

I can't give you a specific -- there isn't a schedule.

Q    Is there anyone who manages a day-to-day relationship with the investment managers?

MS. STAKEM:  Objection to form.

A    No.

Q    Sarah, could we post tab 5.

(The above described document was marked Exhibit 2 for identification as of this date.)

MR. WEAVER:  This will be

JAY TURNER

Exhibit number 2.

Q    Mr. Turner, I think you have to hit the back button, then refresh once it's in.  We will let you know once it's in.

It should be there.

A    Okay, Exhibit 2?

Q    Yes.  Do you see it there?

A    Yes.  I have clicked on the exhibit.

MR. WEAVER:  For the record, Exhibit 2 is the City of Birmingham Retirement & Relief System Statement of Investment Policy Objectives And Guidelines, November 14, 2018, bearing Bates number Birmingham 0000460 through 470.

Q    Mr. Turner, do you recognize this document?

A    Yes.

Q    And what is it?

A    It is the City of Birmingham Retirement & Relief System statement of investment policy objectives and guidelines that was continue adopted effective November

8 (Pages 26 - 29)

Page 30

JAY TURNER

of 2018.

Q  And what is the purpose of this document?

A  To --

MS. STAKEM:  Objection to form.

A  To generally state the system's investment policy objectives and guidelines.

Q  You noted that it states the investment objectives and guidelines.

Does the Retirement System itself have an investment strategy to achieve those objectives and guidelines?

MS. STAKEM:  Objection to form.

A  We really have general investment principles that inform our strategy.

Q  And what is the Retirement System's strategy?

MS. STAKEM:  Objection to form.

A  Our goal is to deliver at

Page 31

JAY TURNER

least a 7.25 annual rate of return for the investments.

Q  And I appreciate that's the goal.  I'm asking is there an actual investment or trading strategy that the Retirement System employs to achieve that goal?

MS. STAKEM:  Objection to form.

A  I think our strategy is to follow our general investment goals as set forth in this policy.

Q  And is the Retirement System making investment decisions as part of this strategy?

MS. STAKEM:  Objection to form, misstates the record.  Excuse me.

A  So, this -- this policy has informed the Retirement & Relief System with respect to which investment managers it's hired to invest the funds in the system.

Q  Is it correct that the specific investment decisions and

Page 32

JAY TURNER

strategies, though, are formed by the investment managers?

MS. STAKEM:  Objection to form.

A  The investment managers choose which investments they will make.

Q  Does the Board of Managers have the authority to choose what investments the managers will make?

MS. STAKEM:  Objection to form.

A  No.

Q  If you will look with me on Exhibit 2 on -- it's the second page, but it's page number 1, Bates number 461.

A  I am there.

Page 33

Q  Does the City of Birmingham Retirement & Relief System have an investment management consultant?

MS. STAKEM:  Objection to form.

A  Yes.

Q  Who is that?

A  Morgan Stanley.

Q  How long has Morgan Stanley been the investment management consultant?

A  Longer than I have been general counsel to the system.

Q  And what does Morgan Stanley do as the investment management consultant?

A  They regularly advise the Board with respect to its investments, it regularly monitors and reports to the Board the returns of our various investment managers and gives general advice with

9 (Pages 30 - 33)

Page 34

JAY TURNER

respect to our investment managers.

They also, when it's necessary for us to choose different investment managers, they assist us in doing the research and due diligence to choose new investment managers.

Q    Does the investment management consultant have the authority to decide which investments to purchase or sell on behalf of the Retirement & Relief System?

MS. STAKEM:  Objection to form.

A    No.

Q    If you look at the top of page 2, Bates number 462 --

A    I am there.



How broad is the discretion

Page 35

JAY TURNER

that investment managers have to purchase, sell or hold specific securities?

MS. STAKEM:  Objection to form, lacks foundation.

A    You know, they -- they have the discretion to choose whatever investments they deem fit.

Q    Do they need to seek any authority from the Board of Managers to purchase or sell a specific security?

A    No.

Q    As general counsel of the City of Birmingham Retirement & Relief System, are you aware of any situation when an investment manager has sought specific authority from the Board of Managers to purchase or sell a security?

MS. STAKEM:  Objection to form, beyond the scope.

A    No.

Q    If you will turn to page 4, Mr. Turner, ending in Bates number 464.

A    Okay, I am there.

Page 36

Is that something that the investment managers do?

MS. STAKEM:  Objection to form, calls for speculation.

A    I don't recall a circumstance where an investment manager has communicated that.

Q    And by that, you mean what's covered in subpart 3 on page 4?

A    Yes.

Q    Do the investment managers regularly communicate with the Retirement &

Page 37

JAY TURNER

Relief System?

A    No.

Q    If an investment manager needed to communicate with the Retirement & Relief System, who would they communicate with?

MS. STAKEM:  Objection.

THE WITNESS:  Go ahead.

MS. STAKEM:  Objection to form.

A    They always communicate with the investment consultant, Morgan Stanley.

Q    Does Morgan Stanley regularly communicate with the Retirement & Relief System?

A    Yes.

Q    And who does the investment consultant regularly communicate with?

A    The Board of Managers.

Q    In what form does Morgan Stanley communicate with the Board of Managers?

A    They deliver a monthly report, Greg Burchell is in attendance at

10 (Pages 34 - 37)

Page 38

JAY TURNER

the monthly meetings and will give a report to the Board orally with respect to its investments and any communications he has received from any of our investment managers.

Q    Do you recall any circumstance when Morgan Stanley has reported that an investment manager has reported on a change in investment strategy?

MS. STAKEM:  Objection to form, calls for speculation, outside the scope.

A    I don't recall a circumstance where that has occurred.

Q    If you turn to page 5, Bates number 465.

A    I am there.



Page 39

Is there any record that reflects the investment management style for which an investment manager was hired?

MS. STAKEM:  Objection to form, lacks foundation.

A    So, excuse me.

Q    No problem, take your time.

A    When the Board of Managers is looking for a new investment manager, the Board minutes for those meetings during which that choice is being vetted and discussed would record the conversation surrounding the investment manager and the particular investment style for which the investment manager is considered.

Page 40

JAY TURNER

How are the managers evaluated regularly for adherence to investment discipline?

MS. STAKEM:  Objection to form.

A    The investment consultant reviews that.

Q    Does the investment consultant then report to the Board of Managers as to the adherence to investment discipline by the investment managers?

A    Yes.

Q    In what form does the investment manager make that report?

MS. STAKEM:  Objection to form, misstates the record.

A    The investment consultant would make an oral report to the Board.

Q    Nothing in writing?

A    They do prepare at least quarterly reports and an annual report in writing.

They also prepare a monthly investment summary that is just at a very,

Page 41

JAY TURNER

very high level.  It just shows the holdings allocated to each investment manager.

And, you know, if there are any special conversations being had with respect to any one investment manager, that investment manager may provide a summary report to the Board.

Q    Do you recall any instance where the investment consultant specifically reported on the investment discipline of investment managers?

A    No, I don't think there have been any problems there.

Q    Does that mean you can't recall a situation when the investment consultant has reported on the investment discipline of investment managers?

MS. STAKEM:  Objection to form.

A    I can't recall a circumstance where Morgan Stanley has ever reported to the Board that one of our investment managers is straying from their investment discipline.

11 (Pages 38 - 41)

Page 42

JAY TURNER

MR. WEAVER:  Sarah, can we post tab 11 as Exhibit 3.

(The above described document was marked Exhibit 3 for identification as of this date.)

Q    Mr. Turner, hopefully it's there by now.

A    Yes.

MR. WEAVER:  For the record, Exhibit 3 is the City of Birmingham Retirement & Relief System statement of investment policy objectives and guidelines, 2022, bearing Bates number Birmingham 0000471 through 480.

Q    Mr. Turner, do you have Exhibit 3 in front of you?

A    Yes.

Q    And what is it?

A    It is the City of Birmingham Retirement & Relief System Statement of Investment Policy Objectives and Guidelines Effective in 2022.

Q    And we had just looked at a

Page 43

JAY TURNER

version of the same document from 2018, correct?

A    Yes.

Q    Do you know if there were any versions of this document between 2018 and 2022?

A    There were none.

Q    And why was -- is the 2022 version of Exhibit 3 an update to what we looked at in Exhibit 2?

A    Yes.

Q    Were there any other reasons for updating the policy in 2022?

MS. STAKEM:  Objection to form.

A    That was the main reason.

Q    Are you aware of any changes in 2022 to the areas of the policy that we

Page 44

JAY TURNER

were just previously discussing in Exhibit 2, anything that we were talking about, were there updates to those sections of the report or policy, I should say?

MS. STAKEM:  Objection to form.

A    No.

MR. WEAVER:  Sarah, could you post tab 23, please.

(The above described document was marked Exhibit 4 for identification as of this date.)

Q    We have this as Exhibit 4. It should be posted, Mr. Turner.

A    Yes, I have it open.

MR. WEAVER:  For the record, Exhibit 4 is lead Plaintiff's amended initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

Q    Mr. Turner, have you seen this document before?

A    Yes.

Q    If you will scroll to page 4

Page 45

JAY TURNER

of the document.

A    I am there.

Q    Do you see section C, Investment Managers and Advisors?

A    Yes.

Q    And under number 1 is for City of Birmingham Retirement & Relief System, and it lists Cook & Bieler, PGIM Qualitative Solutions, formerly known as QMA LLC and Morgan Stanley & Co. LLC

MS. STAKEM:  Objection to form.  Andrew, I think you said PGIM Qualitative, and it's Quantitative.

MR. WEAVER:  Quantitative, thank you.

MS. STAKEM:  No problem.

Q    Mr. Turner, who is Cook & Bieler?

A    It is one of the City of Birmingham's investment managers.

Q    And did Cook & Bieler transact in Dentsply securities during the class period on behalf of the Retirement & Relief System?

12 (Pages 42 - 45)



Page 46

JAY TURNER

A    Yes.

Q    And PGIM Quantitative Solutions, who is that?

A    Quantitative is one of the city's investment managers.

Q    And did Quantitative transact in Dentsply securities during the class period on behalf of the Retirement & Relief System?

A    Yes.

Q    And Morgan Stanley & Co. is who here?

A    Morgan Stanley is the city's investment consultant.

Q    Are there any other investment managers who transacted in Dentsply securities during the class period on behalf of the Retirement & Relief System not listed here on page 4?

A    No.

MS. STAKEM:  Andrew, I don't want to keep repeating the same objection.

So just for the record, when

Page 47

JAY TURNER

you are referring to Dentsply securities, we are construing that as Dentsply common stock, as consistent with the parties' negotiations?

MR. WEAVER:  That's consistent with our negotiations, that's right.

MS. STAKEM:  Okay.

MR. WEAVER:  Sarah, could you post tab 1, please as Exhibit 5.

(The above described document was marked Exhibit 5 for identification as of this date.)

Q    Should be there, Mr. Turner.

A    Yes, I have it open.

MR. WEAVER:  And for the record, Exhibit 5 is a document dated March 28, 2001 bearing Bates number Birmingham 0000431 through 445.

Q    Do you have Exhibit 5 in front of you, Mr. Turner?

A    Yes.

Page 48

JAY TURNER

Q    And what is Exhibit 5?

A    This is the investment management agreement between the system and Quantitative.

Page 49

13 (Pages 46 - 49)

Page 50



Page 51

JAY TURNER

Q    And how does that -- how do they effectuate a large growth -- sorry, large cap growth strategy?

MS. STAKEM:  Objection to form, calls for speculation.

A    I have to presume that they invest in large cap growth stocks.

Q    Do you know?

A    I do not know which individual stocks the investment manager purchases and sells.

Q    Do you know if they purchase and sell large cap securities?

A    If they don't, the investment consultants would have alerted us that they are working outside their scope.

Q    And your expectation is that the investment consultant will only report on the investment discipline of an investment manager if they stray from their investment strategy, is that correct?

MS. STAKEM:  Objection to form, misstates the record.

A    Could you rephrase that?

Page 52

JAY TURNER

Q    Sure.

Is your expectation that the investment consultant will only report on adherence to investment discipline by an investment manager if it is the case that the investment manager has strayed from their investment strategy?

MS. STAKEM:  Same objections.

A    Yes.

MR. WEAVER:  Mr. Turner, we have been going just about an hour. We usually like to take a break around this time, let folks freshen up.

Five minute break agreeable to you?

THE WITNESS:  That sounds great.

MR. WEAVER:  We can go off the record, Steve.

(At this point in the proceedings there was a recess, after which the deposition continued as follows:)

MR. WEAVER:  Going back on.

Page 53

JAY TURNER

Q    Mr. Turner, could you go back to Exhibit 4, please.

MS. STAKEM:  Actually, Andrew, I'm sorry, I meant to mention, there was just one thing that Mr. Turner wanted to clarify.

MR. WEAVER:  Before you go back to Exhibit 4.  Go ahead, Mr. Turner.

A    I had mentioned that Quantitative was our large cap growth investment manager.  It was actually just large cap.

Q    Okay.  Anything else?

A    No.

Q    Okay.

Now if you can go back to Exhibit 4, please.

A    I am there.

Q    And back to page 4?

A    I am there.

Q    Again, we had discussed Morgan Stanley & Co. LLC as the investment consultant.

14 (Pages 50 - 53)

Page 54

JAY TURNER

And you said a specific name of someone who attends the regular Board meetings. Who was that individual?

A    Greg Burchell.

Q    Greg Surchell?

A    B-u-r-c-h-e-l-l.

Q    And he's with Morgan Stanley?

A    Yes.

Q    And where is he based out of?

A    Birmingham, Alabama.

Q    Do you know if he is an employee of Morgan Stanley & Co. LLC?

A    Yes, he is.

Q    He's based in Birmingham, not New York, as listed here, correct?

A    Yes, he is in Birmingham.

Q    And, Mr. Turner, do you have any notes with you today that you are referring to to assist you as part of the deposition?

A    I have a copy of the City of Birmingham Retirement & Relief System's responses and objections to Defendants' Notice of Videotaped Deposition to Lead

Page 55

JAY TURNER

Plaintiff City of Birmingham Retirement & Relief System pursuant to Rule 30(b)(6).

That was signed November 22, 2024.

And I also have a -- just summary of the various cases that the Retirement & Relief System has been involved with.

It's not a summary, it's just a listing, by case name, but I have no other notes.

Q    And who prepared that list of case names?

A    Our counsel, Robins Geller.

Q    So the information on that chart comes from counsel, not from you?

A    Yes.

Q    Did you know the information on that chart separate and apart from what was provided to you by Robins Geller?

A    Yes.

Q    Then why did you need it written down?

A    It's a summary that was

Page 56

JAY TURNER

provided to me.

Q    Did you need the summary?

MS. STAKEM: Objection, beyond the scope.

A    It's just a summary. I don't necessarily need it.

Q    What does that mean, not necessarily?

A    I'm not sure what you were originally asking.

Q    Well, could you provide me the information that's on that chart without the chart in front of you?

A    Some of the cases listed on that chart predate my representation of the system.

Q    Okay. If we could post tab 2, Sarah as Exhibit 6.

(The above described document was marked Exhibit 6 for identification as of this date.)

Q    It should be there, Mr. Turner.

A    I have the document open.

Page 57

JAY TURNER

MR. WEAVER: For the record, Exhibit 6 is a Cook & Bieler investment advisor agreement effective date April 14, 2014 bearing Bates number Birmingham 0000455 through 459.

Q    Do you have Exhibit 6 in front of you, Mr. Turner?

A    Yes.

Q    And what is it?

A    It is the investment management agreement between the City of Birmingham Retirement & Relief System and Cook & Bieler.

15 (Pages 54 - 57)



Page 58

Page 60

MR. WEAVER:  Sarah, could we post tab 4, please, as Exhibit 7.

(The above described document was marked Exhibit 7 for identification as of this date.)

Q     It should be there, Mr. Turner.

A     I have it open.

Q     For the record, Exhibit 7 is

Page 59

Page 61

JAY TURNER an agreement dated the 22nd day of December with no year, Bates number Birmingham 0000446 through 452.

Mr. Turner, do you have Exhibit 7 in front of you?

A     Yes.

Q     And what is it?

16 (Pages 58 - 61)

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

Page 62

Q    Did they purchase or sell Dentsply stock at any time?

MS. STAKEM:  Objection to form.

A    Yes.

Q    Do you know when?

A    I know they did have some Dentsply stock immediately after the close of the class period.

Q    Is that why this agreement was produced in discovery in this case?

A    Yes.

MR. WEAVER:  Let's go off the record just briefly, sorry.

(Discussion off the record.)

MR. WEAVER:  Ready to go back on.

Sarah, if we can post tab 8 as Exhibit 8.

(The above described document was marked Exhibit 8 for identification as of this date.)

Q    It should be posted, Mr.

Page 63

JAY TURNER

Turner.

A    I have the document open.

MR. WEAVER:  For the record, Exhibit 8 is a Cook & Bieler quarterly report for the City of Birmingham Retirement & Relief System dated September 30, 2021 bearing Bates number Birmingham 0000259 through 284.

Q    Mr. Turner, do you have Exhibit 8 in front of you?

A    Yes; I do.

Q    And what is it?

A    It is a quarterly report from Cook & Bieler dated September 30, 2021.

Q    Have you ever seen this document before?

A    Yes.

Q    Prior to preparing for this deposition have you ever seen this document before?

A    Only in document production.

Q    Meaning discovery in this case?

Page 64

JAY TURNER

A    Yes.

Q    So you've never -- you had not seen this document prior to discovery in this case?

A    Correct.

Q    Did this document come from the files of the Relief & re -- Retirement & Relief System?

A    No.

Q    Where did this document come from?

A    I believe this would have been produced from our investment advisor.

Q    Morgan Stanley?

A    Yes.

Q    Meaning the consultant that we have been talking about?

A    Yes.

Q    So, the Retirement & Relief System got this document from Morgan Stanley to produce in this litigation?

A    I don't know if it came from Cook & Bieler directly or Morgan Stanley.

Q    But it did not come from the

Page 65

JAY TURNER

files of the Retirement & Relief System?

A    Yeah, we would not have had this.

Q    Okay.

So no one at the Retirement & Relief System had reviewed this document prior to discovery in this case?

A    The Board of Managers had not.

Q    Did anyone at the Retirement & Relief System review this document prior to discovery in this case?

MS. STAKEM:  Objection to form.

A    No.

Q    You said that Morgan Stanley will provide a report to the Board of Managers on a regular basis, correct?

A    Yes.

Q    Did the Retirement & Relief System produce those reports in discovery in this case?

A    Yes.

Q    Does the -- does the Board of

17 (Pages 62 - 65)

Page 66

JAY TURNER

Managers review the reports from Morgan Stanley that it receives?

A    Yes.

Q    Does that review take place during a Board meeting?

A    Yes.

MR. WEAVER:  Sarah, can you post tab 10 as Exhibit 9.

(The above described document was marked Exhibit 9 for identification as of this date.)

Q    It should be there, Mr. Turner.

A    I have the document open.

MR. WEAVER:  For the record, Exhibit 9 is PGIM Quantitative Solutions City of Birmingham U.S. core equity asset and investment report as of December 31, 2021 bearing Bates number Birmingham 0000309 through 337.

Q    Mr. Turner, do you have Exhibit 9 in front of you?

A    Yes.

Page 67

JAY TURNER

Q    And what is it?

A    It is the Quantitative asset and investment report for December 31, 2021.

Q    And is it similar to the Cook & Bieler report we just looked at in that this document did not come from the records of the Retirement & Relief System?

A    Yes.

Q    And so prior to discovery in this case, no one at the Retirement & Relief System would have reviewed this report as what is Exhibit 9, correct?

MS. STAKEM:  Objection to form.

A    Correct.

MR. WEAVER:  Sarah, can we post tab 12 as Exhibit 10.

(The above described document was marked Exhibit 10 for identification as of this date.)

Q    It should be there, Mr. Turner.

A    I have the document open.

MR. WEAVER:  For the record,

Page 68

JAY TURNER

Exhibit 10 is an account statement January 1, 2022 through January 31, 2022 from Regions bearing Bates number Birmingham 000001 through 44.

Q    Mr. Turner, do you have Exhibit 10 in front of you?

A    Yes.

Q    And what is this?

A    It's an account statement from Regions.

Q    And who is Regions?

A    They are the custodian for the system.

MS. STAKEM:  Objection to form.

A    Yes.

Q    Did this document come from the Retirement & Relief System's files?

A    I don't know if this was

Page 69

JAY TURNER

provided by Regions or the custodian.

Q    I mean, does the Retirement System receive these hard copy statements in the ordinary course?

MS. STAKEM:  Objection to form.

A    The City of Birmingham receives these statements.  The Retirement & Relief System does not.

Q    I see.  Does anyone at the Retirement & Relief System review these reports in the ordinary course, these statements in the ordinary course?

MS. STAKEM:  Objection to form.

A    No.

MR. WEAVER:  Sarah, can we post tab 29 as Exhibit 11.

(The above described document was marked Exhibit 11 for identification as of this date.)

Q    It should be there, Mr. Turner?

18 (Pages 66 - 69)



Page 70

JAY TURNER

A    I have the document open.

MR. WEAVER:  For the record, it is a certification pursuant to federal securities laws document 72 filed August 1, 2023, page 134 and 135 of 143.

Q    Mr. Turner, do you have Exhibit 11 in front of you?

A    Yes.

Q    Do you recognize this document?

A    Yes.

Q    And in the bottom of the first page, is that your signature?

A    Yes.

Q    If you turn to the second page of the document, which is Schedule A, do you see that?

A    Yes.

Q    And what is reflected on Schedule A?

MS. STAKEM:  Objection to form.

A    This is a schedule of the

Page 71

JAY TURNER

purchases and sales of Dentsply stock held by the Retirement & Relief System.

Q    For any particular period?

A    For the class period.

Q    And are each of these transactions -- were each of these transactions made by either Cook & Bieler or Quantitative?

MS. STAKEM:  Objection to form, misstates the record.

A    Yes.

Q    And what was the source information for this Schedule A?

MS. STAKEM:  Objection to form.

A    This was prepared by Robins Geller.  It would have been from either the reports from Regions or the reports from Cook & Bieler and Quantitative.

Q    Mr. Turner, how did it come to be that the City of Birmingham Retirement & Relief System decided to seek to become lead Plaintiff in this litigation?

MS. STAKEM:  Mr. Turner, I'll

Page 72

JAY TURNER

just caution you not to reveal any substance of the conversation that you had with your counsel, but you can answer.

Page 73

19 (Pages 70 - 73)

Page 74



Q   Did you conduct any investigation into the underlying allegations of this case?

MS. STAKEM:  Objection, and Mr. Weaver, if you could please clarify at this point are you referring to Mr. Turner or are you referring to the System?

MR. WEAVER:  Well, he's a 30(b)(6), so I'm referring -- everything I ask him I'm referring to the System.

He is the individual I

Page 75

JAY TURNER understand who would be doing the work, so from a practical standpoint it's kind of the same.

Q   So, Mr. Turner, I'm asking whether you or anyone on behalf of the Retirement -- within the Retirement & Relief System I'm not talking about outside counsel, I'm talking about the Retirement & Relief System, did anyone conduct an investigation into the allegations underlying the Complaint?

A   I did not.

Q   Are you aware of anyone else within the Retirement & Relief System who conducted an investigation into the allegations of the Complaint?

A   I am not.

Page 76

Page 77

Q   Did you review the Complaint in this action?

A   Yes.

Q   Did you review any material -- putting aside information received from your outside counsel, did you independently review any materials related to the allegations in the Complaint?

MS. STAKEM:  Objection to form.

A   No.

Q   Is it your responsibility as the general counsel to the Retirement & Relief System to supervise this litigation on behalf of the Retirement & Relief System?

A   Yes.

Q   How do you do that?

A   I regularly communicate with

20 (Pages 74 - 77)

Page 78

JAY TURNER

Robins Geller. I have communicated with our co-lead Plaintiffs.

I regularly review the filings in the case. I review them before they are filed on -- from Robins Geller.

I was involved in the document production for this case, and I am sitting for deposition.

Q   Anything else?

A   I also receive regular updates with respect to the case from Robins Geller.

Q   Anything else?

A   I think that's generally everything.

Q   What is your understanding of the allegations in the Complaint in this case?

A   So, Dentsply is a very, very large manufacturer of dental supplies.

And specifically at issue here was a problem that kind of started with their digital products.

Their computer aided design,

Page 79

JAY TURNER

computer aided manufacturing products that they provided to dental practices.

There were problems with those products. There were supply chain issues that resulted in some issues with Dentsply being able to move those products.

And so Dentsply proceeded to offer tens of millions of dollars in cash incentives, rebates, direct payments in order to move their products.

Basically they engaged in channel stuffing, and they didn't properly account for any of those incentives.

And so basically they flooded the market with product, not accounting for the incentives that they had paid to get that into the marketplace.

And then the problems started to come to light, and it was revealed that both the CEO and CFO had violated the company's code of conduct, that they hadn't properly accounted for the incentives that they were paying, and that they would absolutely not be able to meet their sales

Page 80

JAY TURNER

projections.

Q   Anything else that you understand to be a part of the allegations in this case?

A   I think that's it in a nutshell.

Q   Nothing more specific?

A   No.

Q   And the basis for your understanding, did that solely come from information provided to you by outside counsel?

MS. STAKEM:  Objection to form.

A   Yes.

Q   What is the class period in this case?

A   June 2021 through November 2022.

Q   And what is the class you're seeking to have certified in this case?

A   All investors who owned Dentsply stock during that period.

Q   Prior to the outreach from

Page 81

JAY TURNER

Robins Geller, did you know that the Retirement & Relief System held Dentsply common stock in its investment funds?

A   I did not.

Q   Has the Retirement & Relief System discussed the allegations in this Complaint with any of its investment managers?

A   No.

Q   Has the Retirement & Relief System discussed the allegations in the Complaint with the investment consultant Morgan Stanley?

A   Outside of requesting documents, no.

Q   I meant the substance of the allegations.

A   No.

Q   Sitting here today, does the Retirement & Relief System know the reason why its investment managers either purchased or sold Dentsply common stock during the class period?

MS. STAKEM:  Objection to

21 (Pages 78 - 81)

Page 82

JAY TURNER

form.

A    No.

Q    Mr. Turner, can you turn back to Exhibit 11, please.

A    The certification pursuant to federal securities laws?

Q    Correct.

A    I have that open.

Q    Apologies, I think I mismarked what I wanted?

MR. WEAVER:  Sarah, could you post tab 24 as Exhibit 12, please.

(The above described document was marked Exhibit 12 for identification as of this date.)

Q    It should be posted, Mr. Turner.

A    I have the document open.

MR. WEAVER:  For the record, Exhibit 12 is Exhibit 14 to the motion for class certification specifically the declaration of Jay P. Turner in support of Plaintiff's motion for class certification.

Page 83

JAY TURNER

MS. STAKEM:  I'm sorry, that's not the document that I am seeing.

MR. WEAVER:  No, it's not, is it?  I apologize.

We can actually pull back Exhibit 12, Sarah.  Looking for tab 24.

Just give us a moment, Mr. Turner.  If we can't pull it back, Sarah, we can just leave it as Exhibit 12 and go to Exhibit 13.

(The above described document was marked Exhibit 13 for identification as of this date.)

Q    We have corrected it now, if we can go to tab 12.

A    I have the document open.

Q    And for the record, and clarity's sake, Exhibit 12 is Exhibit 14 to Plaintiff's motion for class certification specifically the declaration of Jay P. Turner in support of Plaintiff's motion for class certification.

Page 84

JAY TURNER

Mr. Turner, do you have the document in front of you?

A    Yes.

Q    Do you recognize it?

A    Yes.

Q    And at the end of page 3, is that your signature?

A    Yes.

Q    If you look back with me on page 1 of the document, paragraph number 4, are you there?

A    Yes.

Q    It states that, "BRRS purchased tens of thousands of shares of Dentsply Sirona, Inc. common stock during the period June 9, 2021 through November 13, 2022, the class period, and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action."

What was the basis for your statement that BRRS has suffered a substantial loss as a result of the alleged violations of the federal securities laws in

Page 85

JAY TURNER

this action?

MS. STAKEM:  Objection to form.

A    It was the information provided by outside counsel.

Q    Anything else?

A    No.

Q    And in paragraph 6 it states that, "As lead Plaintiff, BRRS has reviewed and monitored the progress of this litigation, and the active participation of lead counsel, Robins Geller, and will continue to do so if appointed a class representative."

And it notes regular communications with Robins Geller.

And in paragraph 7 it lists key documents that have been reviewed by BRRS in this case.

Do you see that, those two paragraphs?

A    Yes.

Q    Vis there anything else that BRRS or the Retirement & Relief System has

22 (Pages 82 - 85)

Page 86

JAY TURNER

done in this case to monitor the progress of the litigation that's not listed in paragraph 6 or 7?

A    No.

Q    Looking at paragraph 7, Mr. Turner, documents that are listed that have been reviewed in this case, specifically if you look at subsection F, the court's order denying Defendants' motion to dismiss.

Did you read the court's order denying Defendants' motion to dismiss in this case?

A    Yes.

Q    Did the court grant in part Defendants' motion to dismiss in this case?

A    Only in part.

Q    Do you know which parts?

A    It's been a while since I've read that, I don't remember specifically.

Q    But you did read it at the time?

A    Yes.

Q    It notes at the end of paragraph 7, Mr. Turner, that one of the

Page 87

JAY TURNER

things that the Retirement & Relief System has done is, "diligently participated in discovery, including searching for and producing documents to Defendants."

Do you see that?

A    Yes.

Q    What did the Relief -- Retirement & Relief System do to search for and produce documents in this case?

A    I reviewed all of the System's documents that I maintain. I requested copies of Board minutes held by the Secretary of the Board.

I obtained copies of the investment management agreements with our investment managers.

I instructed our information management systems department to search the keywords provided by outside counsel throughout all of the city's electronic systems, our e-mail systems and our document management systems.

And I served as kind of the go-between requesting documents from our

Page 88

JAY TURNER

custodian and investment consultant.

Q    You said that you reviewed all the System's documents that you maintain.

What are the System's documents that you maintain?

A    We maintain very few documents at all. We very, very rarely create paper.

I basically looked to see if we had anything relating to Cook & Bieler or Quantitative.

Q    Did you look to see if you had anything related to Dentsply Sirona?

A    Yes, I did look. I knew that we would not have anything relating to Dentsply.

Q    You said that you requested copies of the Board minutes held by the Secretary of the Board, is that right?

A    Yes.

Q    Did you produce any Board minutes in this case?

A    I delivered them to our

Page 89

JAY TURNER

outside counsel.

Q    But you don't know one way or the other whether or not any Board minutes were produced?

A    I don't believe there were any -- I don't know that there were any relevant Board minutes.

Dentsply wouldn't have come up in any of the Board minutes.

Q    Does the Retirement & Relief System have a document retention policy?

A    We do not have a document retention policy because we are a governmental entity and we are subject to Alabama state law, which basically requires that we keep everything forever.

Q    Mr. Turner, what did you do to prepare for today's deposition?

A    I reviewed documents in this case. I met yesterday with outside counsel. I think that was it.

Q    And how long was the meeting yesterday?

A    Maybe an hour and a half or

23 (Pages 86 - 89)

Page 90

JAY TURNER

two hours.

Q    And who was there?

A    Hilary.

Q    Anyone else?

A    No.

Q    Have you spoken to anyone at the Retirement & Relief System in preparation for today's deposition?

A    No.

Q    You said you reviewed documents.  Was that prior to meeting with counsel yesterday?

A    Yes.

Q    Were those documents that you chose?

A    It was documents provided in a binder by outside counsel.

Q    Did you review any documents that you selected on your own?

A    No.

Q    Mr. Turner, I would like to talk about that chart you have in front of you of litigations.

Can you again describe to me

Page 91

JAY TURNER

what is reflected on that chart?

A    There are the names of the cases -- well, there are three columns.

Column 1 is the case name, column 2 is titled Counsel, and it just lists the law firms the System is using as outside counsel.

And then the last column is Current Case Status.

Q    So, unfortunately I don't have that in front of me, so I'm going to have to have you go through it with me today.

So can we start on the first column or the first line?  What is the first case listed?

A    It says In re: BRFSA SEC litigation, and then there is the case number.

Q    What's the case number?

A    1:18-cv-02213 in the Southern District of New York.

Q    And then who is listed as counsel?

Page 92

JAY TURNER

A    Robins Geller.

Q    And what is listed as the case status?

A    Resolved, settled.

Q    Did you supervise that matter on behalf of the Retirement & Relief System?

A    I did not.

Q    The next item or next row, I guess, row number 2?

A    City of Birmingham Retirement & Relief System versus Netflix.

Q    Is there a case number?

A    5:18-cv-02107-BLF, Northern District of California.

Q    Is counsel listed?

A    Scott & Scott.

Q    And what is the status?

A    Resolved, settled.

Q    Did you supervise that matter on behalf of the Retirement & Relief System?

A    No.

Q    Line 3?

A    In re: Facebook, 2018-0307, Delaware Chancery Court.

Page 93

JAY TURNER

Q    Who is listed as counsel?

A    Scott & Scott.

Q    What's the status?

A    It is active, in discovery.

Q    Do you supervise that case on behalf of the Retirement & Relief System?

A    Yes.

Q    Did you know that that case was active, in discovery without seeing it written on that chart?

A    Yes.

Q    Line 4?

A    City of Birmingham Firemen's & Policemen's Pension System versus RyanAir Holdings 18-cv-10330-JPO, in the Southern District of New York.

Q    Counsel?

A    Robins Geller.

Q    Status?

A    Resolved, settled.

Q    Did you supervise that matter on behalf of the Retirement & Relief System?

A    Only near the end of the case.

24 (Pages 90 - 93)

Page 94

JAY TURNER

Q    I think we are onto line 5.

A    People versus Health Insurance Innovations, 19-cv-00421 in the Middle District of Florida.

Q    Counsel?

A    Saxena White.

Q    Status?

A    Settled.

Q    Did you supervise that matter on behalf of the Retirement & Relief System?

A    No.

Q    Line 6?

A    Koch versus Healthcare Services Group, 19-cv-01227-ER, in the Eastern District of Pennsylvania.

Q    Counsel?

A    Saxena White.

Q    Status?

A    Not active.

Q    Do you supervise that matter on behalf of the Retirement & Relief System?

A    I did not.

Q    Line 7?

A    Scheller versus Nutanix,

Page 95

JAY TURNER

3:19-CV 01651 in the Northern District of California.

Q    Counsel?

A    Scott & Scott.

Q    Status?

A    Not active.

Q    Did you supervise that matter on behalf of the Retirement & Relief System?

A    I did not.

Q    Next line, line 8, I believe?

A    Batter versus Hecla Mining Company, 19-cv-04883-ALC in the Southern District of New York.

Q    Counsel?

A    Robins Geller.

Q    Status?

A    Not active.

Q    Did you supervise that matter on behalf of the Retirement & Relief System?

A    No.

Q    Line 9?

A    City of Birmingham Retirement & Relief Fund versus AO Smith Corporation, 19-cv-01198, in the Eastern District of

Page 96

JAY TURNER

Wisconsin.

Q    Counsel?

A    Saxena White.

Q    Status?

A    Dismissed.

Q    Did you supervise that matter on behalf of the Retirement & Relief System?

A    Only at the very end of the case.

Q    And why was the case dismissed?

A    I don't recall.

Q    Line 10?

A    City of Sterling Heights General Employees' Retirement System versus Anheuser-Busch InBev, 19-cv-05854-AKH in the Southern District of New York.

Q    Counsel?

A    Robins Geller.

Q    Status?

A    Dismissed.

Q    Did you supervise that matter on behalf of the Retirement & Relief System?

A    No.

Page 97

JAY TURNER

Q    Do you know why the case was dismissed?

A    I do not.

Q    Line 11?

A    City of Sterling Heights General Employees' Retirement & Relief System versus Reckitt Benckiser Group.

Q    Counsel?

A    Seeger Weiss.

Q    Status?

A    Settled.

Q    Did you supervise that matter on behalf of the Relief & Retirement System?

A    Only at the very end.

Q    Line 12?

A    Indiana Public Retirement Systems versus Pluralsight, Inc.

Q    Is there a case number?

A    19-cv-00128 in Utah.

Q    Counsel?

A    Saxena White.

Q    Status?

A    Not active.

Q    Do you supervise that matter

25 (Pages 94 - 97)

Page 98

JAY TURNER

on behalf of the Retirement & Relief System?

A    No.

Q    Line 13.

A    City of Birmingham Retirement & Relief System versus Tillerson, 19-cv-1067 in the Northern District of Texas.

Q    Counsel?

A    Scott & Scott.

Q    Status?

A    It's active.

Q    Do you supervise that matter on behalf of the Retirement & Relief System?

A    Yes.

Q    And when it says active, what does that mean?

A    That it's in active litigation.

Q    What stage of litigation?

A    We have a motion to dismiss pending.

Q    Has there been discovery in the matter?

A    I would have to go back and look at the file to see what had been done.

Page 99

JAY TURNER

Q    So sitting here today you do not know?

A    I do not know.

Q    Line 14.

A    In re: Wells Fargo, 20-cv-04494 in the Southern District of New York.

Q    Case number?  Sorry, you provided it.

Sorry, counsel, I meant to say.

A    Scott & Scott.

Q    Status?

A    Not active.

Q    Do you supervise that matter on behalf of the Retirement & Relief System?

A    No.

Q    Line 15?

A    City of Birmingham Retirement & Relief System versus Acadia Pharmaceuticals.  21-cv-00762.  That's in the Southern District of California.

Q    And counsel?

A    Scott & Scott.

Page 100

JAY TURNER

Q    And status?

A    Active.

Q    And do you supervise that matter on behalf of the Retirement & Relief System?

A    Yes.

Q    And what does active mean for that litigation?

A    That it's in active litigation.  It's currently in discovery.

Q    Has the class been certified?

A    I would have to go back and look.

Q    Line 16?

A    Parot versus Clarivate, 1:22-cv-00394 in the Eastern District of New York.

Q    Counsel?

A    Robins Geller.

Q    And status?

A    Active.

Q    Do you supervise that matter on behalf of the Retirement & Relief System?

A    Yes.

Page 101

JAY TURNER

Q    What does it mean by active?

A    It's in active litigation.

Q    Do you know what stage of litigation?

A    It's very early.

Q    What does that mean?

A    That the case is pretty new.

Q    Has there been any discovery?

A    Not yet.

Q    Has there been a motion to dismiss?

A    Motion to dismiss is pending, yes.

Q    Line 17?

A    City of North Miami Beach Police Officers & Firefighters' Retirement Plan versus Barclays, 22-cv-08172.

Q    SDNY.  Counsel?

A    Saxena White.

Q    Status?

A    Not active.

Q    Do you supervise that matter on behalf of the Retirement & Relief System?

A    No.

26 (Pages 98 - 101)

Page 102

JAY TURNER

Q    Line 18?

A    In re: Virtu Financial, 23-cv-03770, in the Eastern District of New York.

Q    Counsel?

A    Robins Geller.

Q    And status?

A    Active.

Q    Do you supervise that matter on behalf of the Retirement & Relief System?

A    Yes.

Q    And what does active mean?

A    It's in active litigation.

Q    Do you know the state of litigation, stage, I'm sorry, of litigation?

A    No, it's a very new case.

Q    Has there been a motion to dismiss filed?

A    Yes.

Q    Has it been decided?

A    No.

Q    Line 19?

A    Embro Pines Firefighters & Police Officers' Pension Fund versus Integra

Page 103

JAY TURNER

Lifesciences Holdings, 23-cv-20321 in New Jersey.

Q    Counsel?

A    Saxena White.

Q    Status?

A    Active.

Q    And do you supervise that matter on behalf of the Retirement & Relief System?

A    Yes.

Q    And what stage of active litigation is the case in?

A    It's a brand new case, there is a motion to dismiss pending.

Q    Line 20?

A    City of Miami General Employees & Sanitation Employees' Retirement Trust versus Globe Life, 24-cv-00376 in the Eastern District of Texas.

Q    Counsel?

A    Robins Geller.

Q    Status?

A    That is an active case.  An amended Complaint has been filed.

Page 104

JAY TURNER

Q    Is there a line 21?

A    No.

Q    Okay.

Mr. Turner, for any of the cases that you just went through on lines 1 through 20, do you know whether the Retirement & Relief System ever opposed the appointment of El Paso Fireman & Policemen's Pension Unit as a lead Plaintiff or class representative?

MS. STAKEM:  Objection to form, beyond the scope.

A    I don't recall.

Q    Same question Fort Wayne County Employees' Retirement System as a lead Plaintiff or class representative.

Did the Retirement & Relief System ever oppose their appointment in any of those 20 matters that you listed?

MS. STAKEM:  Same objections.

A    I don't recall.

Q    In any of the matters that you went through on lines 1 through 20, where Robins Geller was not your counsel,

Page 105

JAY TURNER

did the Retirement & Relief System ever oppose Robins Geller as being appointed as class counsel?

MS. STAKEM:  Same objections.

A    Not that I'm aware of.

MR. WEAVER:  We have been going a little over an hour, let's go off the record and take a break.

(At this point in the proceedings there was a recess, after which the deposition continued as follows:)

MR. WEAVER:  Mr. Turner, thank you for your time today.  I think that's all the questions we have for you.

We can close the deposition.

MS. STAKEM:  Thank you.

(Time noted 11:45 a.m.)

27 (Pages 102 - 105)

## Page 106

JAY TURNER

I, the undersigned, a Certified Shorthand Reporter of the State of New York, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction;

That the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case before completion of the proceedings, review of the transcript [ ] was [x] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: December 11, 2024

Stephen J. Moore, RPR, CRR

## Page 107

JAY TURNER

DECLARATION UNDER PENALTY OF PERJURY

Case Name: SAN ANTONIO v. DENTSPLY

Date of Deposition: December 10, 2024

I, JAY TURNER, hereby certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____

JAY TURNER

Subscribed and sworn to before me this _____ day of _____, 20___.

_____

Notary Public

## Page 108

JAY TURNER

DEPOSITION ERRATA SHEET

Case Name: SAN ANTONIO v. DENTSPLY

Name of Witness: JAY TURNER

Date of Deposition: December 10, 2024

Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

## Page 109

JAY TURNER

DEPOSITION ERRATA SHEET

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

_____

JAY TURNER

Subscribed and sworn to before me this _____ day of _____, 20____.

_____

Notary Public

28 (Pages 106 - 109)

**[& - 1:22]**

**&**

**&**  1:6,20 2:4,11
3:9,13,19 4:7
4:16,18 6:13
8:18 9:16,20
11:9,11,13
14:16,21 16:15
18:17,18 19:19
20:2,5 21:4,13
24:12 25:25
26:4,7,13
29:13,23 31:21
33:8 34:11
35:14 36:12,25
37:5,15 42:12
42:22 45:8,9
45:11,18,22,24
46:9,12,19
49:25 53:24
54:13,23 55:2
55:8 57:3,14
57:15,17 58:18
59:3,14,17,19
59:22,24 60:7
60:8,13,14
61:23 63:5,7
63:16 64:8,8
64:20,24 65:2
65:6,12,21
67:6,8,11
68:16,19,24
69:10,13 71:3
71:8,20,23

72:10,15 75:7
75:9,15 76:16
77:2,20,22
81:3,6,11,21
85:25 87:2,9
88:12 89:11
90:8 92:7,12
92:17,21 93:3
93:7,15,23
94:11,22 95:5
95:9,20,24
96:8,24 97:7
97:14 98:2,6,9
98:13 99:13,17
99:21,25 100:5
100:24 101:17
101:24 102:11
102:24 103:9
103:18 104:8,9
104:18 105:2

**0**

**000001**  68:5
**0000259**  63:10
**0000309**  66:22
**0000431**  47:21
**0000446**  61:4
**0000455**  57:7
**0000460**  29:17
**0000471**  42:15
**00128**  97:20
**00376**  103:19
**00394**  100:17

**00421**  94:4
**00762**  99:22
**01198**  95:25
**01227**  94:15
**01651**  95:2
**02107**  92:14
**02213**  91:22
**03770**  102:4
**04494**  99:7
**04883**  95:13
**05854**  96:17
**06339**  1:11
**08172**  101:18

**1**

**1**  3:7,25 5:3,8
15:6,8 16:10
17:20 18:9
32:16,24 33:4
44:21 45:7
47:12 57:22
68:3 70:6
84:11 91:5
104:6,24 108:8
**1/2**  43:17
**10**  1:15 3:12
4:16 5:2 66:9
67:18,20 68:2
68:7 96:14
107:4 108:5
**10006**  2:14
**10036**  2:23
**10330**  93:16

**1067**  98:6
**11**  5:6 42:3
69:20,22 70:9
82:5 97:5
106:19
**11:45**  105:19
**12**  5:11 67:18
82:13,15,21
83:8,13,18,21
97:16
**13**  83:13,15
84:17 98:4
**134**  5:9 70:6
**135**  5:9 70:7
**14**  3:7,16 4:9
29:15 57:5
82:21 83:21
99:5
**143**  5:9 70:7
**15**  99:19
**1500**  2:22
**16**  3:18 10:4
100:15
**17**  101:15
**18**  93:16 102:2
**19**  3:7 17:5
94:4,15 95:13
95:25 96:17
97:20 98:6
102:23
**1:18**  91:22
**1:22**  100:17

**2**

**2**  3:12 5:11
28:23 29:2,7
29:12 32:15
34:16,18 43:11
44:3 48:6
56:19 59:7
91:6 92:10
108:9
**20**  99:7 103:16
104:7,20,24
107:15 109:22
**2001**  4:5 47:20
**2014**  4:9 57:5
**2018**  3:16
29:15 30:2
43:2,6
**2018-0307**
92:24
**2020**  19:23,24
**2021**  4:19,24
63:8,16 66:20
67:4 80:19
84:17
**2022**  3:21 5:3,4
42:14,24 43:7
43:9,14,20,25
68:3,4 80:20
84:18
**2023**  5:9 70:6
**2024**  1:15 55:5
106:19 107:4
108:5

**20321**  103:2
**20932**  106:22
**20th**  6:22
**21**  99:22 104:2
**22**  1:11 4:21
55:4 101:18
**22nd**  4:11 61:2
**23**  3:23 44:10
102:4 103:2
**24**  82:13 83:9
103:19
**25**  4:2
**26**  3:25 15:2
44:21
**28**  3:12 4:5
47:20
**284**  63:10
**29**  69:20

**3**

**3**  3:18 36:6,22
38:22 42:3,5
42:11,18 43:10
84:7 92:23
108:10
**30**  3:7,10 4:19
9:22,24 16:16
55:3 63:8,16
74:22
**31**  4:24 5:4
66:20 67:4
68:3
**337**  66:22

**35203**  6:23
**3:19**  95:2

**4**

**4**  3:23 35:22,25
36:22 44:12,14
44:18,25 46:20
53:3,9,19,21
60:18 84:11
93:13
**41**  3:18
**43**  3:23
**432**  48:7
**44**  68:5
**445**  47:22
**452**  61:4
**456**  59:8
**459**  57:7
**46**  4:2
**461**  32:16
**462**  34:16
**464**  35:23
**465**  38:17
**470**  29:17
**480**  42:16

**5**

**5**  4:2 28:21
38:16 47:12,14
47:19,23 48:2
50:23 59:10,18
94:2
**56**  4:7
**5:18**  92:14

**6**

**6**  3:3,3,7,10 4:7
9:22,24 16:16
55:3 56:19,21
57:3,8 74:22
85:9 86:4
94:13
**60**  4:11
**62**  4:16
**65**  4:21
**655**  2:6
**67**  5:2
**69**  5:6

**7**

**7**  4:11,11 5:2
16:21,22 43:17
60:18,20,25
61:6 85:18
86:4,6,25
94:24
**7.25**  31:2 43:17
**710**  6:22
**72**  5:8 70:5

**8**

**8**  4:7,16 62:20
62:21,23 63:5
63:12 95:11
**800**  6:23
**82**  5:11
**8th**  7:10

| 9 | | | |
|---|---|---|---|
| **9** 4:21 5:6 66:9 66:11,17,24 67:13 84:17 95:22 | **accounting** 79:16 | **adopted** 29:25 | **akh** 96:17 |
| **92101** 2:7 | **accurate** 12:12 | **advice** 21:14,23 22:8,12,21,25 23:5,7,13,15,19 23:24 33:25 | **alabama** 6:23 54:11 89:16 |
| **9:30** 1:15 | **achieve** 30:15 31:7 | | **alc** 95:13 |

| a | | | |
|---|---|---|---|
| **a.m.** 1:15 105:19 | **acquire** 48:16 | **advise** 22:2 33:21 | **alerted** 51:16 |
| **ability** 48:20 | **acting** 73:15 | **advisor** 4:8 48:12 49:10 57:4 58:4,8,17 59:21 60:4,6 64:14 | **allegations** 74:15 75:11,17 77:15 78:18 80:4 81:7,12 81:18 |
| **able** 12:7,12 13:6 73:4 79:7 79:25 | **action** 8:21 9:19 10:19 77:9 84:21 85:2 106:16,17 | | **alleged** 84:19 84:24 |
| **above** 1:21 15:7 28:22 42:4 44:11 47:13 56:20 60:19 62:22 66:10 67:19 69:21 82:14 83:14 | **active** 85:12 93:5,10 94:20 95:7,18 97:24 98:11,15,17 99:15 100:3,8 100:10,22 101:2,3,22 102:9,13,14 103:7,12,24 | **advisors** 4:14 45:5 61:11,12 61:15,20 | **allocated** 41:3 |
| | | **affect** 36:9 | **allow** 12:19 |
| | | **affecting** 12:10 | **amended** 3:23 16:13 44:19 103:25 |
| | | **agent** 58:8 | |
| | | **agreeable** 52:16 | **andrew** 2:16 6:12 45:13 46:22 53:5 |
| **absolutely** 79:25 | **activities** 27:5 | **agreement** 4:2 4:8,11 48:4,7 48:12,22 57:4 57:13 61:2,10 62:12 | **anheuser** 96:17 |
| **acadia** 9:16 99:21 | **actual** 31:5 60:7 | | **annual** 31:2 40:22 |
| **account** 5:2 48:16,18 58:5 58:9 68:2,10 68:18 79:14 | **actually** 53:4 53:13 83:7 | | **answer** 12:19 13:15 14:4 72:5 73:13 74:4 75:25 76:14 |
| | **ad** 25:18 | **agreements** 22:5 49:21 87:16 | |
| | **adam** 2:25 | | |
| | **address** 6:21 | | **antonio** 1:5 107:3 108:3 |
| | **adhere** 39:2 | **ahead** 37:9 53:9 | |
| | **adherence** 38:22 39:6,24 40:3,11 52:5 | **aid** 72:12 | **ao** 95:24 |
| **accounted** 79:23 | | **aided** 78:25 79:2 | **apart** 50:17 55:20 |
| | **administrator** 20:12 | | |

**apologies** 82:10

**apologize** 83:6

**appeals** 10:15

**appeared** 8:21

**appearing** 17:24

**appointed** 19:13,15 21:9 25:2,4,7 85:14 105:3

**appointment** 104:9,19

**appreciate** 31:4

**appropriate** 58:10

**april** 4:9 57:5

**area** 15:24

**areas** 43:25

**article** 48:11 49:10

**aside** 77:12

**asked** 23:9

**asking** 22:23 23:11 31:5 56:11 73:19 75:5

**asset** 4:23 66:19 67:3

**assets** 26:8,14 48:14,17 68:18

**assist** 7:25 34:5 54:20

**assistant** 21:8

**assume** 13:16

**attendance** 37:25

**attends** 54:3

**attorney** 21:8 106:16

**attorneys** 2:5 2:12,21

**august** 5:8 70:6

**authority** 32:9 32:19 33:2 34:9 35:10,17 48:13 49:3,9 49:15 57:23 58:20,25 59:4

**aware** 17:7,11 35:15 43:24 49:23 50:14 59:2 75:14 105:6

**b**

**b** 3:5,7,10 9:22 9:24 16:16 54:7 55:3 74:22

**back** 7:4 16:8 29:4 52:25 53:2,9,18,21 62:18 82:4 83:7,11 84:10 98:24 100:13

**barclays** 101:18

**based** 54:10,15

**basically** 79:12 79:15 88:11 89:16

**basis** 65:19 80:10 84:22

**bates** 29:16 32:16 34:16 35:23 38:16 42:14 47:20 48:7 57:6 59:8 61:3 63:9 66:21 68:4

**batter** 95:12

**beach** 101:16

**bearing** 29:16 42:14 47:20 57:6 63:9 66:21 68:4

**behalf** 1:8,19 8:15,17 10:13 11:8 21:16 24:5,20 28:3 34:11 45:24 46:9,19 61:22 75:6 77:22 92:7,21 93:7 93:23 94:11,22 95:9,20 96:8 96:24 97:14 98:2,13 99:17 100:5,24 101:24 102:11 103:9

**believe** 8:11 64:13 77:4 89:6 95:11

**benckiser** 97:8

**benefits** 20:11

**best** 12:19 13:13

**beyond** 21:6 35:20 56:5 104:13

**bieler** 4:7,16 45:9,19,22 57:3,15,18 58:19 59:3,14 59:17,24 60:8 60:14 63:5,16 64:24 67:6 68:16,19 71:8 71:20 88:12

**big** 24:23

**bigger** 32:20

**binder** 90:18

**birmingham** 1:5,19 3:8,12 3:18 4:3,13,18 4:22 6:23,25 8:18,25 9:15 10:14 11:9,13 14:16 16:15 18:13,16,17,22 19:3,11,18 20:2,5,8 21:3 21:13 22:12,25 24:12,21 25:5

25:25 26:13
29:12,16,22
33:7 35:14
42:11,15,21
45:8 47:21
54:11,15,17,23
55:2 57:6,14
61:3 63:7,9
66:18,21 68:5
69:8 71:22
92:11 93:14
95:23 98:5
99:20
**birmingham's**
  45:21
**blf** 92:14
**blue** 15:24
**board** 22:3
  24:11,23 25:9
  25:14,19 26:17
  26:23 27:4,16
  27:21,25 28:3
  28:4 32:8
  33:22,23 35:10
  35:17 37:20,22
  38:3 39:15,17
  40:10,19 41:8
  41:23 43:15
  50:5,8,16 54:3
  58:20 59:4
  65:9,18,25
  66:6 72:16,24
  73:2 87:13,14
  88:20,21,23

89:4,8,10
**bonds** 58:12
**bottom** 16:23
  32:18,24 70:14
**brand** 103:14
**brandeis** 20:18
**break** 13:2,25
  14:5 52:13,16
  105:9
**breaks** 13:23
**brfsa** 91:18
**briefly** 62:16
**broad** 34:25
**broadway** 2:6
  2:22
**brokers** 58:16
**brought** 21:18
**browser** 15:5
  15:11
**brrs** 84:14,23
  85:10,20,25
**burchell** 37:25
  54:5
**busch** 96:17
**business** 6:20
  73:4
**button** 29:4
**buy** 48:21 49:3
  58:11,19 59:4

**c**

**c** 2:2 45:4 54:7
**california** 2:7
  92:15 95:3

99:23
**called** 6:2
**calls** 36:17
  38:12 51:6
**camera** 7:15
**cap** 50:24 51:4
  51:8,14 53:12
  53:14 57:21
**capacity** 8:12
**careful** 73:18
  76:2
**case** 1:10 8:23
  9:2,11,14
  11:19 52:6
  55:11,14 62:13
  63:25 64:5
  65:8,13,23
  67:11 72:13,22
  72:25 73:6,10
  74:15 78:5,8
  78:12,19 80:5
  80:18,22 85:20
  86:2,8,13,16
  87:10 88:24
  89:21 91:5,10
  91:17,19,21
  92:4,13 93:6,9
  93:25 96:10,11
  97:2,19 99:9
  101:8 102:17
  103:13,14,24
  106:12 107:3
  108:3

**cases** 55:7
  56:15 91:4
  104:6
**casey** 1:12
**cash** 79:9
**caution** 72:2
**cedric** 24:16
**ceo** 79:21
**certain** 59:14
**certification**
  5:6,13 70:4
  82:6,22,25
  83:22,25
**certified** 1:23
  80:22 100:12
  106:3
**certify** 106:4,15
  107:6
**cetera** 7:22
  13:8
**cfo** 79:21
**chain** 79:5
**chancery** 92:25
**change** 38:10
**changed** 21:7
**changes** 36:8
  43:24
**channel** 79:13
**chart** 55:17,20
  56:13,14,16
  90:23 91:2
  93:11
**chief** 24:14,15

**[choice - consultants]** Page 6

| | | | |
|---|---|---|---|
| **choice**  39:18 | **city's**  21:10 | **column**  91:5,6 | **compliance** |
| **choose**  26:21 | 46:6,14 61:13 | 91:9,16 | 21:15 |
| 32:7,9 34:4,6 | 87:21 | **columns**  91:4 | **comply**  27:11 |
| 35:7 | **civil**  3:25 44:20 | **come**  7:4 64:7 | **computer** |
| **chose**  90:16 | **clarify**  13:13 | 64:11,25 67:7 | 78:25 79:2 |
| **chosen**  26:18 | 53:7 74:18 | 68:23 71:21 | **concierge** |
| 27:10 | 108:8 | 79:20 80:11 | 15:18,23 |
| **circumstance** | **clarity's**  83:21 | 89:9 | **conduct**  73:4 |
| 36:18 38:8,14 | **clarivate** | **comes**  55:17 | 74:13 75:10 |
| 41:21 | 100:16 | 73:3 | 79:22 |
| **city**  1:5,19 3:8 | **class**  5:13 | **common**  47:4 | **conducted** |
| 3:12,18 4:2,13 | 10:19 45:24 | 81:4,23 84:16 | 75:16 |
| 4:17,22 6:25 | 46:8,18 61:22 | **communicate** | **confirm**  7:8 |
| 7:11 8:18,24 | 62:2,11 71:5 | 7:20 8:2 36:25 | **conform**  108:9 |
| 9:15 10:14 | 80:17,21 81:24 | 37:5,6,12,15,19 | **consent**  49:13 |
| 11:8,12 16:14 | 82:22,25 83:22 | 37:22 77:25 | **considered** |
| 18:13,16,17,22 | 83:25 84:18 | **communicated** | 39:22 |
| 19:3,11,18,25 | 85:14 100:12 | 36:19 78:2 | **consistent** |
| 20:5,8,12 21:7 | 104:10,17 | **communicating** | 34:23 47:5,8 |
| 21:8 22:12,24 | 105:4 | 36:7 | **construing** |
| 24:12,18,21 | **clear**  18:20 | **communicati...** | 47:3 |
| 25:5,25 26:12 | **cleary**  2:11 | 38:4 76:3,23 | **consultant** |
| 29:12,22 33:7 | 6:13 | 85:17 | 26:18 33:5,9 |
| 35:14 42:11,21 | **click**  15:19 | **company**  95:13 | 33:16,20 34:9 |
| 45:8,20 54:22 | **clicked**  29:9 | **company's** | 37:13,19 40:7 |
| 55:2 57:13 | **clicking**  15:19 | 79:22 | 40:10,18 41:10 |
| 63:6 66:18 | **client**  58:6,11 | **compensation** | 41:17 46:15 |
| 69:8 71:22 | 59:15 | 10:15 20:11 | 50:10,16 51:19 |
| 92:11 93:14 | **clients**  59:11 | **complaint** | 52:4 53:25 |
| 95:23 96:15 | **close**  62:10 | 75:12,17 77:8 | 64:17 81:13 |
| 97:6 98:5 | 105:17 | 77:15 78:18 | 88:2 |
| 99:20 101:16 | **code**  79:22 | 81:8,13 103:25 | **consultants** |
| 103:17 | **codes**  108:7 | **completion** | 51:16 |
| | | 106:12 | |

**consultation** 49:12 58:10

**context** 10:16

**continue** 29:25 85:14

**continued** 16:6 52:24 105:12

**contract** 23:18

**control** 48:14

**conversation** 39:19 72:3,24

**conversations** 41:5

**convert** 58:11

**cook** 4:7,16 45:9,18,22 57:3,15,17 58:18 59:3,14 59:17,24 60:8 60:14 63:5,16 64:24 67:5 68:16,19 71:8 71:20 88:12

**copies** 87:13,15 88:20

**copy** 54:22 60:7 69:4

**core** 4:22 66:19

**corporation** 95:24

**correct** 11:16 13:21 18:23 19:3 24:6 31:24 43:3

49:4 51:22 54:16 59:15 60:15 61:18 64:6 65:19 67:13,16 82:8 107:9 108:10

**corrected** 83:17

**counsel** 6:14 7:23 9:18 11:10 14:7 17:8,12,13 18:16 19:6,18 19:23 21:3,9 21:12,19 22:8 22:21 33:18 35:13 55:15,17 72:4,7 73:5,15 74:10,12 75:9 75:21 76:4,24 77:13,20 80:13 85:6,13 87:20 89:2,21 90:13 90:18 91:6,8 91:25 92:16 93:2,18 94:6 94:17 95:4,15 96:3,19 97:9 97:21 98:8 99:11,24 100:19 101:19 102:6 103:4,21 104:25 105:4

**county** 1:7 104:16

**course** 69:5,14 69:15

**court** 1:2 12:14 86:15 92:25

**court's** 86:9,11

**covered** 36:22

**create** 88:10

**crr** 106:25

**current** 10:18 11:25 18:13 91:10

**currently** 100:11

**custodian** 68:13 69:2 88:2

**cv** 1:11 91:22 92:14 93:16 94:4,15 95:2 95:13,25 96:17 97:20 98:6 99:7,22 100:17 101:18 102:4 103:2,19

### d

**date** 4:9 15:9 28:24 42:6 44:13 47:15 56:22 57:5 60:21 62:24 66:12 67:21 69:23 82:16 83:16 106:18

107:4 108:5

**dated** 4:4,11,19 47:20 61:2 63:8,16 106:19

**day** 4:11 28:16 28:16 61:2 107:15 109:22

**dealers** 58:16

**december** 1:15 4:12,24 61:2 66:20 67:4 106:19 107:4 108:5

**decide** 34:10 48:20

**decided** 71:23 102:21

**decisions** 31:15 31:25 49:16

**declaration** 5:11 82:23 83:23 107:2

**deem** 35:8

**deems** 58:9

**defend** 21:17

**defendant** 6:14

**defendant's** 16:13

**defendants** 1:13 17:13 54:24 86:10,12 86:16 87:5

**degree** 20:21

degrees 20:20
delaware 92:25
delegation 32:19 33:2
deliver 27:13 30:25 37:24
delivered 88:25
delivering 28:2
dental 78:21 79:3
dentsply 1:12 2:12 6:15 14:10,11 45:23 46:8,18 47:2,4 61:21,25 62:4 62:10 71:2 78:20 79:7,8 80:24 81:3,23 84:16 88:15,18 89:9 107:3 108:3
denying 86:10 86:12
department 24:20 87:19
depends 28:11
deponent 10:2
deposed 7:2 8:7 8:13 9:22,24 12:3
deposition 1:18 3:7 7:7,18,24 8:22 16:6,14 17:9,15,22

52:24 54:21,25 63:21 78:9 89:19 90:9 105:12,17 106:12 107:4 108:2,5 109:2
deputy 18:14 18:24,25 19:10
describe 25:23 25:24 90:25
described 15:7 28:22 42:4 44:11 47:13 56:20 60:19 62:22 66:10 67:19 69:21 82:14 83:14
describes 59:13
describing 72:7
design 78:25
determined 43:15
diego 2:7
different 34:4
digital 78:24
diligence 34:6
diligently 87:3
direct 58:4 79:10
direction 106:9
directly 64:24
director 18:15 18:21,24 19:2 19:10

discipline 38:23 39:7,25 40:4,12 41:11 41:18,25 51:20 52:5
disclosures 3:23 44:19 61:17
discovery 62:13 63:24 64:4 65:8,13 65:22 67:10 87:4 93:5,10 98:22 100:11 101:9
discretion 34:22,25 35:7
discretionary 48:13 57:24
discuss 14:6 27:25
discussed 39:19 53:23 81:7,12
discusses 28:5
discussing 44:2
discussion 62:17
dismiss 86:10 86:12,16 98:20 101:12,13 102:19 103:15
dismissed 96:6 96:12,22 97:3

dispose 48:17
district 1:2,3 91:23 92:15 93:17 94:5,16 95:2,14,25 96:18 98:7 99:7,23 100:17 102:4 103:20
document 5:8 15:7 16:17,21 28:22 29:19 30:4 32:22 42:4 43:2,6 44:11,23 45:2 47:13,19 56:20 56:25 60:19 62:22 63:3,18 63:21,23 64:4 64:7,11,21 65:7,12 66:10 66:15 67:7,19 67:24 68:23 69:21 70:2,5 70:12,18 78:8 82:14,19 83:3 83:14,19 84:3 84:11 87:22 89:12,13
documents 81:16 85:19 86:7 87:5,10 87:12,25 88:4 88:7,9 89:20 90:12,15,17,19

**doing** 7:6 34:5 75:2
**dollars** 79:9
**donald** 1:12
**dow** 14:21
**dowd** 2:4
**due** 34:6
**duly** 6:3 106:7
**duties** 24:17,19

**e**

**e** 2:2,2 3:5 6:2 6:19 54:7 72:6 72:9 75:20,22 76:5,8,18 77:2 77:5,6 87:22
**earlier** 23:9 61:18
**early** 101:6
**easier** 12:22
**eastern** 94:16 95:25 100:17 102:4 103:20
**economic** 36:8
**education** 20:23
**effective** 4:8 29:25 42:24 57:5
**effectuate** 51:3
**eight** 25:6
**either** 25:7 71:8 71:18 81:22

**el** 1:6 104:9
**elected** 25:7
**electronic** 87:21
**element** 26:6
**embro** 102:24
**employed** 20:7 22:11
**employee** 22:24 54:13 106:16
**employees** 1:7 26:5 96:16 97:7 103:18,18 104:16
**employer** 6:24 8:16
**employs** 31:7
**empty** 15:13
**engage** 23:16
**engaged** 79:12
**engaging** 22:2
**entire** 19:2
**entitled** 1:21 32:19 57:23
**entity** 89:15
**equity** 4:23 57:21 66:19
**er** 94:15
**errata** 108:2 109:2
**errors** 108:10
**esq** 2:9,16,18 2:25

**et** 7:21 13:8
**evaluated** 39:5 39:24 40:3
**examination** 3:2 6:7 16:25
**examined** 6:4
**exchange** 58:11
**excuse** 26:16 31:18 39:13
**execution** 58:15
**executive** 72:23 73:3
**exercising** 49:9
**exhibit** 3:7,12 3:18,23 4:2,7 4:11,16,21 5:2 5:6,11 15:4,6,8 16:10 17:20 18:9 28:23 29:2,7,10,12 32:15 42:3,5 42:11,18 43:10 43:11 44:2,12 44:14,18 47:12 47:14,19,23 48:2 50:23 53:3,9,19 56:19,21 57:3 57:8 60:18,20 60:25 61:6 62:21,23 63:5 63:12 66:9,11 66:17,24 67:13

67:18,20 68:2 68:7 69:20,22 70:9 82:5,13 82:15,21,21 83:8,13,13,15 83:21,21
**exhibits** 15:13 15:20,25
**expectation** 51:18 52:3
**expected** 27:13 39:2

**f**

**f** 86:9
**facebook** 92:24
**fact** 49:8
**factors** 36:9
**facts** 108:9
**fair** 74:3
**fargo** 99:6
**federal** 3:24 5:7 44:20 70:5 82:7 84:20,25 106:12
**feel** 15:16
**file** 98:25
**filed** 5:8 70:6 78:6 102:19 103:25
**files** 64:8 65:2 68:24
**filings** 78:5

**[financial - gottlieb]**

**financial** 102:3
**financially** 106:15
**fine** 10:7
**fire** 1:5
**firefighters** 101:17 102:24
**fireman** 104:9
**firemen** 1:6 18:18
**firemen's** 93:14
**firms** 76:8,10 76:19 91:7
**first** 6:3 25:3 68:15 70:15 91:15,16,16
**fit** 35:8
**five** 52:16
**flooded** 79:15
**floor** 7:11
**florida** 94:5
**folder** 15:12,14 15:19,20
**folks** 7:20 8:2 52:14
**follow** 31:12
**follows** 6:5 16:6 17:4 52:24 105:12
**foregoing** 106:4,6,9,11 107:9
**forever** 89:17

**form** 9:4 10:22 18:6 19:21 21:6 22:16 24:10 25:16,21 26:10,16 27:8 28:8,19 30:7 30:17,24 31:10 31:18 32:5,12 33:11 34:13 35:5,20 36:17 37:11,21 38:12 39:12 40:6,14 40:17 41:20 43:22 44:7 45:13 48:24 49:6,18 50:19 51:6,24 58:23 60:2,11 62:6 65:15 67:15 68:21 69:7,17 70:24 71:11,16 72:19 76:13 77:17 80:15 82:2 85:4 104:13
**formal** 25:13
**format** 50:11
**formed** 32:2
**formerly** 45:10
**fort** 104:15
**forth** 31:13 106:5
**foundation** 22:16 28:8

35:5 39:12
**free** 15:16
**freshen** 52:14
**front** 42:18 47:24 56:14 57:9 61:6 63:12 66:24 68:7 70:9 84:3 90:23 91:12
**full** 48:10
**fund** 1:5,7 57:17,20 95:24 102:25
**funds** 31:23 50:22 81:4
**further** 17:13 49:3 106:11,15

**g**

**geller** 2:4 14:20 14:21 55:15,21 71:18 72:11 75:23 76:6,15 77:5,7 78:2,6 78:13 81:2 85:13,17 92:2 93:19 95:16 96:20 100:20 102:7 103:22 104:25 105:3
**general** 18:15 19:6,18,22 21:3,9,12,14,23 22:7,20 30:18

31:12 33:18,25 35:13 73:15 77:20 96:16 97:7 103:17
**generally** 30:8 50:3 78:15
**give** 12:20 15:15 28:13 38:2 83:10
**given** 10:9 106:10
**gives** 33:25
**glass** 32:22
**globe** 103:19
**go** 12:4 16:3,7 20:15 37:9 52:20 53:2,8,9 53:18 62:15,18 72:22 83:13,18 87:25 91:13 98:24 100:13 105:9
**goal** 30:25 31:5 31:8 43:17
**goals** 31:12
**going** 13:16 52:12,25 73:12 91:12 105:8
**gomez** 1:12 2:21
**good** 6:10,11
**gottlieb** 2:11 6:13

| | | | |
|---|---|---|---|
| **govern** 57:16 | **healthcare** 94:14 | 66:11 67:20 69:22 82:15 83:15 | **initial** 3:23 44:19 61:17 |
| **governmental** 89:15 | **hecla** 95:12 | **immediately** 62:10 | **innovations** 94:4 |
| **grant** 86:15 | **heights** 96:15 97:6 | **implementati...** 36:10 | **instance** 41:9 59:3 |
| **grants** 58:24 | **held** 26:21 71:2 81:3 87:13 88:20 | **important** 12:17 | **instant** 7:21 |
| **great** 4:14 52:19 61:11,12 61:15,20 | **high** 27:9,15,18 41:2 | **impose** 58:6 | **instruct** 73:12 |
| **greg** 37:25 54:5 54:6 | **higher** 20:23 | **inbev** 96:17 | **instructed** 87:18 |
| **ground** 12:4 | **hilary** 2:9 90:4 | **incentives** 79:10,14,17,23 | **instruments** 58:14 |
| **group** 94:15 97:8 | **hired** 31:23 39:4,10 | **including** 48:16 58:13 87:4 | **insurance** 94:4 |
| **growth** 50:24 51:3,4,8 53:12 | **hit** 29:4 | **independently** 77:14 | **integra** 102:25 |
| **guess** 92:10 | **hoc** 25:18 | **indiana** 97:17 | **interested** 106:15 |
| **guidelines** 3:15 3:21 29:15,24 30:10,12,15 42:14,23 | **hold** 34:23 35:3 | **individual** 9:23 11:14 23:17,20 23:25 24:4 26:20,24 27:6 27:12 51:11 54:4 74:25 | **invest** 26:13 31:23 51:8 |
| | **holdings** 41:2 93:16 103:2 | | **investigation** 74:14 75:11,16 |
| **h** | **hopefully** 15:3 15:11 42:7 | | **investment** 3:14,20 4:7,23 22:9,13,22 23:2,6,7,13,16 23:18,20,25 26:18,19,20,24 27:6,10,12,17 27:22,24,25 28:5,6,11,16 29:14,24 30:9 30:12,14,19 31:6,12,15,22 31:25 32:3,6 33:5,9,16,20,24 |
| **h** 3:5 54:7 | **hour** 52:12 89:25 105:8 | **individually** 1:7 8:15 | |
| **half** 89:25 | **hours** 90:2 | **inform** 30:19 | |
| **hall** 7:11 21:7 24:18 | **human** 18:15 18:21 19:2,10 20:10 24:15,20 | **information** 50:12 55:16,19 56:13 71:14 77:12 80:12 85:5 87:18 | |
| **hamilton** 2:11 6:14 | | | |
| **happen** 28:10 | **i** | | |
| **happy** 13:25 | **identification** 15:8 28:23 42:5 44:12 47:14 56:21 60:20 62:23 | **informed** 31:21 | |
| **hard** 60:7 69:4 | | | |
| **head** 13:8 | | | |
| **health** 94:3 | | | |

34:2,5,7,8,19
34:21 35:2,16
36:2,8,10,11,12
36:15,19,24
37:4,13,18
38:5,9,10,20,23
39:2,3,6,9,10
39:16,20,21,22
39:25 40:4,7,9
40:11,12,15,18
40:25 41:3,6,7
41:10,11,12,16
41:17,18,23,24
42:13,23 43:17
45:5,21 46:6
46:15,17 48:3
48:15,17 49:16
49:20 50:3,10
50:16,17,22,25
51:11,15,19,20
51:21,22 52:4
52:5,6,7,8
53:13,24 57:4
57:12,17 61:9
61:14,16 64:14
66:19 67:4
76:9,11 81:4,8
81:13,22 87:16
87:17 88:2

**investments**
26:21 31:3
32:7,10 33:22
34:10 35:8
38:4 58:5

**investors** 80:23
**invests** 26:7
**invite** 27:23
**involved** 21:21
55:8 78:7
**issue** 78:22
**issuers** 58:17
**issues** 79:6,6
**item** 92:9

**j**

**j** 1:22 6:2,18
106:25
**january** 5:3,3
68:3,3
**jay** 1:18 2:1 3:1
4:1 5:1,11 6:1
6:18 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1

57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1,23
83:1,23 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1,6
107:12 108:1,4
109:1,20
**jersey** 103:3
**job** 12:21
**joining** 20:5
**jorge** 1:12 2:21
**jpo** 93:16
**jr** 1:12
**june** 80:19
84:17

**k**

**keep** 22:6 46:23
89:17

**key** 85:19
**keywords**
87:20
**kind** 75:4 78:23
87:24
**king** 2:25
**knew** 88:16
**know** 9:21
10:24 11:19
12:3,14 13:2
13:12,25 24:3
29:5 35:6 41:4
43:5 50:11
51:9,10,13
54:12 55:19
62:8,9 64:23
68:25 73:18,20
76:5,17 77:6
81:2,21 86:18
89:3,7 93:9
97:2 99:3,4
101:4 102:15
104:7
**knowledgeable**
18:3
**known** 45:10
**koch** 94:14

**l**

**l** 54:7,7
**lacks** 22:16
28:8 35:5
39:12

| | | | |
|---|---|---|---|
| **lakes** 4:14 61:11,12,15,20 | **lifesciences** 103:2 | **litigation** 10:23 10:25 11:4,8 | **loss** 84:19,24 |
| **large** 50:24 51:3,4,8,14 53:12,14 57:21 78:21 | **light** 79:20 **limitations** 58:6 | 11:15,19,22,25 21:16,18,20 24:5 64:22 | **louisville** 20:17 20:25 **lower** 43:16 |
| **late** 8:10 | **line** 3:2 16:24 91:16 92:23 | 71:24 72:8 77:21 85:12 | **m** |
| **law** 20:15,18 34:24 76:18 89:16 91:7 | 93:13 94:2,13 94:24 95:11,11 95:22 96:14 | 86:3 91:19 98:18,19 100:9 100:11 101:3,5 | **m** 1:12 **machine** 106:8 **made** 71:8 |
| **laws** 5:7 70:5 82:7 84:20,25 107:8 | 97:5,16 98:4 99:5,19 100:15 101:15 102:2 | 102:14,16,16 103:13 **litigations** 90:24 | 72:10,14 106:7 **magnifying** 32:21 |
| **lawsuit** 76:19 | 102:23 103:16 104:2 108:12 | **little** 15:23 105:8 | **mail** 72:6,9 75:20,22 76:5 |
| **lawyer** 6:13 20:13 | 108:13,14,15 108:16,17,18 | **llc** 45:11,11 53:24 54:13 | 76:8 77:2,5,6 87:22 |
| **lead** 1:20 9:10 16:14 44:18 | 108:19,20,21 108:22,23 | **llp** 2:4,11,20 6:14 14:21 | **mails** 76:18 **main** 43:23 |
| 54:25 71:24 72:12 73:6 | 109:3,4,5,6,7,8 109:9,10,11,12 | **located** 7:9 **long** 19:9,17 | **maintain** 87:12 88:5,7,8 |
| 78:3 85:10,13 104:10,17 | 109:13,14,15 109:16 | 33:15 89:23 **longer** 33:17 | **major** 36:7 **make** 13:9 |
| **leave** 83:12 | **lines** 104:6,24 | **look** 32:14 | 18:20 32:7,10 |
| **lee** 2:20 | **list** 17:4 55:13 | 34:15 36:5 | 40:15,19 |
| **legal** 22:12,21 22:25 23:5,13 | **listed** 17:20 46:20 54:16 | 84:10 86:9 88:14,16 98:25 | **makes** 12:21 **making** 31:15 |
| 23:23 | 56:15 61:16 | 100:14 | 32:20 73:16 |
| **level** 23:20 27:9 27:15,18 41:2 | 86:3,7 91:17 91:24 92:3,16 | **looked** 42:25 43:11 61:17 | **manage** 21:19 48:13 |
| **levine** 2:20 | 93:2 104:20 | 67:6 88:11 | **managed** 50:22 57:17 68:18 |
| **liberty** 2:13 **libowsky** 2:18 | **listing** 55:11 **lists** 33:4 45:9 | **looking** 39:16 83:8 86:6 | **management** 33:5,9,16,20 |
| **life** 103:19 | 85:18 91:7 | | 34:9 36:13 |

38:20 39:3,9 48:4 57:13 61:10 87:16,19 87:23

**manager** 23:17 23:18 28:12 34:19,22 35:16 36:19 37:4 38:9 39:10,16 39:20,22 40:15 41:3,6,7 48:15 48:17 50:4,25 51:11,21 52:6 52:7 53:13 61:16

**managers** 24:11,24 25:9 25:19 26:17,19 26:21,23,25 27:5,6,10,17,17 27:21,22,24 28:4,6,17 31:22 32:3,6,8 32:10 33:25 34:2,5,7 35:2 35:10,17 36:3 36:15,24 37:20 37:23 38:6 39:2,5,15,23 40:2,11,12 41:12,18,24 45:5,21 46:6 46:17 50:5,8 50:17 58:21

59:4 61:14 65:9,19 66:2 72:17 81:9,22 87:17

**manages** 28:15

**manufacturer** 78:21

**manufacturing** 79:2

**march** 4:5 19:23,24 47:20

**marked** 15:8 15:13,20,25 28:23 42:5 44:12 47:14 56:21 60:20 62:23 66:11 67:20 69:22 82:15 83:15

**market** 58:13 79:16

**marketplace** 79:18

**master's** 20:21

**material** 77:12

**materials** 73:8 74:9 77:14

**matter** 1:21 6:15 92:6,20 93:22 94:10,21 95:8,19 96:7 96:23 97:13,25 98:12,23 99:16 100:5,23

101:23 102:10 103:9

**matters** 16:24 21:15,23 104:20,23

**mayor** 19:16 21:9 24:16 25:4

**mean** 11:21 14:11,20 21:24 23:14 24:19 36:21 41:15 48:19 56:8 58:18 60:6 68:17 69:3 72:16 98:16 100:8 101:2,7 102:13

**meaning** 63:24 64:17

**means** 15:22

**meant** 53:5 81:17 99:11

**meet** 25:8 79:25

**meeting** 25:14 66:6 72:24 89:23 90:12

**meetings** 25:18 38:2 39:17 54:4

**members** 24:25

**memo** 74:11

**memory** 12:11

**mention** 53:6

**mentioned** 53:11 75:20

**message** 7:21

**messaging** 7:21

**met** 89:21

**miami** 101:16 103:17

**middle** 94:5

**millions** 79:9

**mine** 13:12

**mining** 95:12

**minute** 16:3 52:16

**minutes** 39:17 87:13 88:20,24 89:4,8,10

**mismarked** 82:11

**misstates** 31:18 40:17 51:24 60:2 71:11

**moment** 7:5 15:5,15 83:10

**money** 58:13

**monitor** 27:19 76:10 86:2

**monitored** 85:11

**monitors** 33:23 76:9

**monthly** 25:12 25:13 37:24

38:2 40:24
**months** 19:12
**moore** 1:22
  106:25
**morgan** 33:14
  33:15,19 37:13
  37:14,21 38:8
  41:22 45:11
  46:12,14 53:24
  54:8,13 64:15
  64:21,24 65:17
  66:2 81:14
**morning** 6:10
  6:11
**motion** 5:13
  82:22,25 83:22
  83:24 86:10,12
  86:16 98:20
  101:11,13
  102:18 103:15
**move** 79:7,11

**n**

**n** 2:2 6:2,19
**name** 6:12,17
  9:13 54:2
  55:11 91:5
  106:18 107:3
  108:3,4
**names** 55:14
  91:3
**nature** 8:20
**near** 93:24

**necessarily**
  56:7,9
**necessary** 34:4
  43:16
**need** 13:5,24
  14:6 35:9
  55:23 56:3,7
**needed** 37:5
**negotiate** 22:4
**negotiates**
  23:17
**negotiations**
  17:14,18 47:6
  47:8
**neither** 106:15
**netflix** 92:12
**never** 64:3
**new** 1:3,24 2:14
  2:14,23,23
  22:2 23:16
  34:6 39:16
  54:16 91:23
  93:17 95:14
  96:18 99:7
  100:17 101:8
  102:4,17 103:2
  103:14 106:3
  107:8
**nine** 24:25
**nods** 13:8
**north** 6:22
  101:16
**northern** 92:14
  95:2 98:7

**notary** 1:23 6:3
  107:18 109:25
**noted** 30:11
  105:19
**notes** 34:21
  39:23 54:19
  55:12 58:3
  68:15 85:16
  86:24
**notice** 1:21 3:7
  16:13 17:9,15
  17:22,23 54:25
  58:6
**november** 3:16
  8:11 29:15,25
  55:4 80:19
  84:17
**number** 15:6
  16:10 29:2,16
  32:16,16 33:4
  34:16,18 35:23
  36:6 38:17
  42:15 45:7
  47:21 48:7
  57:6 59:10
  61:3 63:9
  66:21 68:5
  84:11 91:20,21
  92:10,13 97:19
  99:9
**nutanix** 94:25
**nutshell** 80:7

**o**

**oath** 13:20
**objection** 9:3
  10:21 18:5
  19:20 21:5
  22:15 23:4
  24:9 25:15,20
  26:9,15 27:7
  28:7,18 30:6
  30:16,23 31:9
  31:17 32:4,11
  33:10 34:12
  35:4,19 36:16
  37:8,10 38:11
  39:11 40:5,16
  41:19 43:21
  44:6 45:12
  46:24 48:23
  49:5,17 50:18
  51:5,23 56:4
  58:22 59:25
  60:10 62:5
  65:14 67:14
  68:20 69:6,16
  70:23 71:10,15
  73:11 74:16
  75:24 76:12
  77:16 80:14
  81:25 85:3
  104:12
**objections** 17:8
  17:18 52:9
  54:24 76:20

104:21 105:5

**objectives**  3:15
3:21 29:14,24
30:9,12,15
36:11 42:13,23

**obligation**
49:11,24

**obtain**  49:12

**obtained**  87:15

**occurred**  38:15

**offer**  21:14
79:9

**office**  7:10

**officer**  24:15

**officers**  101:17
102:25

**okay**  7:4 8:4
12:22 13:3,13
13:17 14:7,12
14:17,22,24
15:15 16:9
23:12 29:7
32:23 35:24
47:10 53:15,17
56:18 65:5
74:2 104:4

**old**  10:5

**once**  29:4,5

**ongoing**  11:21

**open**  44:16
47:17 56:25
60:24 63:3
66:15 67:24
70:2 82:9,19

83:19

**oppose**  104:19
105:3

**opposed**  104:8

**oral**  40:19

**orally**  13:6
38:3

**order**  27:13
79:11 86:9,12

**orders**  58:14

**ordinary**  69:5
69:14,15

**original**  106:11

**originally**
56:11

**outlook**  36:8

**outreach**  80:25

**outside**  11:10
21:19 38:12
51:17 72:7
73:5 74:10,12
75:8,21 76:8
76:10,13,24
77:13 80:12
81:15 85:6
87:20 89:2,21
90:18 91:8

**own**  27:12
90:20

**owned**  80:23

**p**

**p**  2:2,2 5:11
82:24 83:23

**page**  3:2 5:9
14:10 16:21,22
32:15,16,24
34:16 35:22,25
36:22 38:16
44:25 46:20
48:6,10 53:21
57:22 59:7
68:16 70:6,15
70:18 84:7,11
108:12,13,14
108:15,16,17
108:18,19,20
108:21,22,23
109:3,4,5,6,7,8
109:9,10,11,12
109:13,14,15
109:16

**paid**  79:17

**paper**  88:10

**paragraph**
48:10 49:8
57:23 59:10,13
59:18 84:11
85:9,18 86:4,6
86:25

**paragraphs**
85:22

**parot**  100:16

**part**  31:15
54:20 80:4
86:15,17

**participated**
87:3

**participation**
85:12

**particular**
39:21 57:17
71:4

**parties**  47:5

**partners**  22:5

**parts**  86:18

**party**  106:16

**paso**  1:6 104:9

**pause**  13:23

**paying**  79:24

**payments**
79:10

**penalty**  107:2,7

**pending**  14:4
98:21 101:13
103:15

**pennsylvania**
94:16

**pension**  1:5,6
18:18 93:15
102:25 104:10

**pensions**  26:4

**people**  94:3

**percent**  43:17
43:18

**performance**
50:17

**period**  45:24
46:9,18 61:22
62:2,11 71:4,5
80:17,24 81:24
84:17,18

**perjury** 107:2,7
**pertains** 106:11
**pgim** 4:3,21
 45:9,13 46:3
 66:17
**pharmaceutic...**
 9:17 99:22
**phone** 7:21
**physically** 7:9
**pines** 102:24
**place** 25:4
 58:14 66:5
 106:5
**plaintiff** 1:20
 8:25 9:10
 16:14 55:2
 71:24 72:12
 73:6 85:10
 104:10,17
**plaintiff's** 5:12
 44:18 82:24
 83:22,24
**plaintiffs** 1:9
 2:5 78:3
**plan** 101:18
**plaza** 2:13
**please** 6:16,17
 13:12 44:10
 47:12 53:3,19
 60:18 74:5,17
 75:25 76:21
 82:5,13
**pluralsight**
 97:18

**point** 16:4
 52:22 74:18
 105:10
**police** 1:5
 101:17 102:25
**policemen**
 18:18
**policemen's** 1:6
 93:15 104:9
**policy** 3:14,20
 29:14,24 30:9
 31:13,20 38:20
 42:13,23 43:13
 43:20,25 44:5
 89:12,14
**portfolio** 76:9
 76:11
**positions** 25:6
 25:7
**post** 15:2 28:21
 42:3 44:10
 47:12 56:18
 60:18 62:20
 66:9 67:18
 69:20 82:13
**posted** 44:15
 62:25 82:17
**postgraduate**
 20:20
**power** 48:16
**practical** 75:3
**practices** 79:3
**predate** 56:16

**preparation**
 90:9
**prepare** 40:21
 40:24 73:7
 74:8 89:19
**prepared** 17:19
 18:9 55:13
 60:14 71:17
 73:21 74:9,11
**preparing**
 63:20
**present** 27:24
**presume** 51:7
**pretty** 101:8
**previously** 44:2
**principles**
 30:19
**prior** 19:24
 20:4 49:11,12
 58:10 63:20
 64:4 65:8,12
 67:10 80:25
 90:12 106:6
**privilege** 14:6
**problem** 12:24
 39:14 45:17
 78:23
**problems** 41:14
 79:4,19
**procedure** 3:25
 44:20
**proceeded** 79:8
**proceedings**
 16:4 52:22

 105:10 106:5,6
 106:7,13
**process** 36:10
 73:8
**produce** 64:22
 65:22 87:10
 88:23
**produced**
 62:13 64:14
 89:5
**producing** 87:5
**product** 79:16
**production**
 63:23 78:8
**products** 78:24
 79:2,5,7,11
**professional**
 1:22
**progress** 36:11
 85:11 86:2
**projections**
 80:2
**properly** 79:13
 79:23
**prosecute**
 21:16
**provide** 12:7,12
 21:22 22:8,12
 22:21,25 23:5
 23:7,12 26:4
 41:7 49:25
 56:12 59:15,17
 65:18 72:21

**provided** 23:23 55:21 56:2 69:2 79:3 80:12 85:6 87:20 90:17 99:10
**provides** 49:9 50:12 59:20
**providing** 50:15
**public** 1:24 6:4 97:17 107:18 109:25
**pull** 83:7,11
**purchase** 34:10 34:22 35:2,11 35:18 51:13 58:25 61:21,25 62:3
**purchased** 81:22 84:15
**purchases** 51:12 71:2
**purpose** 25:24 26:3 30:3
**pursuant** 1:21 3:10,24 5:6 16:16 17:15,23 44:19 48:22 50:23 55:3 70:4 82:6
**putting** 77:12

**q**

**qma** 45:10
**qualitative** 45:10,14
**quantitative** 4:4,21 45:14 45:15 46:3,5,7 48:5,20 49:15 49:24 50:7,12 50:15 53:12 66:17 67:3 71:9,20 88:13
**quantitative's** 50:21
**quarterly** 4:16 40:22 63:6,15
**question** 12:19 12:21 13:12,15 13:16 14:4,5,6 22:4,18 23:9 27:3 73:13 74:5 104:15
**questions** 105:15
**quite** 9:8

**r**

**r** 2:2 6:2,2,19 6:19 54:7
**r&r** 68:16
**randall** 19:16 24:16
**rarely** 88:9

**rate** 31:2
**read** 86:11,20 86:21
**ready** 62:18
**really** 30:18
**realtime** 1:23
**reason** 12:6 13:24 43:23 81:21 108:7,12 108:13,14,15 108:16,17,18 108:19,20,21 108:22,23 109:3,4,5,6,7,8 109:9,10,11,12 109:13,14,15 109:16
**reasons** 43:19
**rebates** 79:10
**recall** 36:18 38:7,14 41:9 41:16,21 76:25 96:13 104:14 104:22
**receive** 59:23 60:3 69:4 76:7 78:11
**received** 38:5 72:6 75:20 76:5,18,23,25 77:4,6,13
**receives** 60:7 66:3 69:9

**recess** 16:5 52:23 105:11
**reckitt** 97:8
**recognize** 29:18 70:11 84:5
**recommendat...** 72:10,15,20
**recommendat...** 73:17
**record** 6:17 7:19 8:3 13:7 16:3,8,12 29:11 31:18 39:8,19 40:17 42:10 44:17 46:25 47:19 51:24 52:21 57:2 60:25 62:16,17 63:4 66:16 67:25 70:3 71:11 82:20 83:20 105:9 106:7,10 108:8
**recorded** 13:6
**records** 22:6 67:7
**refer** 14:19
**referring** 14:16 47:2 54:20 74:19,20,22,23
**reflected** 70:21 91:2

**[reflects - responsible]**

| | | | |
|---|---|---|---|
| **reflects** 39:9 | 21:4,13 24:12 | **remember** | **representative** |
| **refresh** 15:4,10 | 25:25 26:4,7 | 86:20 | 85:15 104:11 |
| 29:4 | 26:13 29:13,23 | **reminder** 12:5 | 104:17 |
| **regarding** 22:8 | 31:21 33:8 | **remote** 12:25 | **requested** |
| 23:24 | 34:11 35:14 | **remotely** 7:7 | 16:25 87:13 |
| **regions** 5:4 | 36:12 37:2,6 | **repeating** | 88:19 106:14 |
| 68:4,11,12 | 37:15 42:12,22 | 46:23 | **requesting** |
| 69:2 71:19 | 45:8,25 46:9 | **rephrase** 22:17 | 81:15 87:25 |
| **registered** 1:22 | 46:19 50:2 | 27:2 51:25 | **required** 49:2 |
| **regular** 54:3 | 54:23 55:3,8 | **report** 4:17,24 | **requirement** |
| 65:19 78:11 | 57:14 59:19,22 | 24:8,14 37:25 | 49:24 |
| 85:16 | 60:7,13 61:23 | 38:2 40:10,15 | **requirements** |
| **regularly** 10:13 | 63:7 64:8,9,20 | 40:19,22 41:8 | 49:21 |
| 25:8 27:23 | 65:2,7,12,21 | 44:5 50:4,7 | **requires** 89:16 |
| 33:21,23 36:25 | 67:8,11 68:24 | 51:19 52:4 | **research** 34:6 |
| 37:14,19 39:6 | 69:10,13 71:3 | 60:8 63:6,15 | **resolved** 92:5 |
| 39:24 40:3 | 71:23 72:11,15 | 65:18 66:20 | 92:19 93:21 |
| 50:4,7 77:25 | 75:7,10,15 | 67:4,6,12 | **resources** |
| 78:4 | 77:21,22 81:3 | **reported** 38:9 | 18:15,21 19:2 |
| **related** 77:14 | 81:6,11,21 | 38:10 41:11,17 | 19:10 20:10 |
| 88:15 | 85:25 87:2,8,9 | 41:22 | 24:15,20 |
| **relating** 72:25 | 89:11 90:8 | **reporter** 1:23 | **respect** 22:3 |
| 88:12,17 | 92:7,12,21 | 1:23 12:15 | 23:6 24:17 |
| **relation** 76:19 | 93:7,23 94:11 | 106:3 | 31:22 33:22 |
| **relationship** | 94:22 95:9,20 | **reports** 33:23 | 34:2 38:3 41:6 |
| 28:16 | 95:24 96:8,24 | 40:22 49:21,25 | 58:9 78:12 |
| **relative** 106:16 | 97:7,14 98:2,6 | 50:15 59:11,14 | **responses** 17:8 |
| **relevant** 89:8 | 98:13 99:17,21 | 59:18,20,23 | 17:17 54:24 |
| **relief** 1:6,20 3:9 | 100:5,24 | 60:14 65:22 | **responsibilities** |
| 3:13,19 4:18 | 101:24 102:11 | 66:2 69:14 | 21:12 36:7 |
| 8:18 9:16 11:9 | 103:9 104:8,18 | 71:19,19 | **responsibility** |
| 11:13 14:17 | 105:2 | **representation** | 36:2 77:19 |
| 16:15 18:17 | **remainder** | 56:16 | **responsible** |
| 19:19 20:2,6 | 48:11 | | 11:14 24:4 |

result 84:19,24
resulted 79:6
retain 72:11
73:5
retention 89:12
89:14
retirement 1:6
1:7,20 3:9,13
3:19 4:18 8:18
8:25 9:16 11:9
11:13 14:14,16
16:15 17:12
18:3,16 19:6
19:19 20:2,5
21:3,10,13
22:13 23:2,24
24:6,12 25:25
26:3,7,13
29:13,23 30:13
30:21 31:7,14
31:21 33:8
34:11 35:14
36:12,25 37:5
37:15 42:12,22
45:8,24 46:9
46:19 49:22,25
54:23 55:2,8
57:14 59:19,22
60:6,13 61:22
63:7 64:8,20
65:2,6,11,21
67:8,11 68:24
69:3,10,13
71:3,22 72:10

72:15 75:7,7,9
75:15 77:20,22
81:3,6,11,21
85:25 87:2,9
89:11 90:8
92:7,11,21
93:7,23 94:11
94:22 95:9,20
95:23 96:8,16
96:24 97:7,14
97:17 98:2,5
98:13 99:17,20
100:5,24
101:17,24
102:11 103:9
103:18 104:8
104:16,18
105:2
return 31:2
returns 27:13
27:19 28:2,12
33:24 50:4,8
reveal 72:2
74:6 76:2,22
revealed 79:20
review 65:12
66:2,5 69:13
77:8,11,14
78:4,5 90:19
106:13
reviewed 65:7
67:12 72:9
85:10,19 86:8
87:11 88:3

89:20 90:11
reviews 40:8
60:13
right 9:9 10:6
47:9 88:21
robins 2:4
14:19,21 55:15
55:21 71:17
72:11 75:19,22
76:6,15 77:5,7
78:2,6,12 81:2
85:13,17 92:2
93:19 95:16
96:20 100:20
102:7 103:22
104:25 105:3
role 18:13
19:13,25 20:9
22:7
roles 21:7,11
room 7:13
row 92:9,10
rpr 106:25
rudman 2:4
14:21
rule 3:10,24
16:16 44:20
55:3
rules 12:5
ryanair 93:15

**s**

s 2:2 3:5

sake 83:21
sales 71:2
79:25
san 1:5 2:7
107:3 108:3
sanitation
103:18
sarah 2:18
14:25 28:21
42:2 44:9
47:11 56:19
60:17 62:20
66:8 67:17
69:19 82:12
83:8,12
saxena 76:15
77:2 94:7,18
96:4 97:22
101:20 103:5
says 34:18
38:19 91:18
98:15
schedule 28:14
70:18,22,25
71:14
scheller 94:25
school 20:16,18
scope 17:14
21:6 23:14
35:20 38:13
51:17 56:5
76:13 104:13
scott 9:20,20
11:10,11 76:16

76:16 77:2,2 92:17,17 93:3 93:3 95:5,5 98:9,9 99:13 99:13,25,25

**scroll** 16:21 44:25

**sdny** 101:19

**search** 87:9,19

**searching** 87:4

**sec** 91:18

**second** 32:15 48:9 70:17

**secretary** 87:14 88:21

**section** 32:19 32:25 45:4

**sections** 44:4

**securities** 5:7 8:23 10:19 34:23 35:3 45:23 46:8,18 47:3 48:22 51:14 58:13,15 58:19,25 61:21 70:5 82:7 84:20,25

**security** 35:11 35:18 49:4 59:5

**see** 7:16 15:5 16:23 17:2,5 29:8 32:25 45:4 48:9

57:25 59:11 69:12 70:19 85:21 87:6 88:11,14 98:25

**seeger** 97:10

**seeing** 83:4 93:10

**seek** 35:9 49:3 71:23 72:12 73:6

**seeking** 80:22

**seen** 16:17 44:22 63:17,21 64:4

**segregated** 48:15

**select** 58:17

**selected** 90:20

**sell** 34:10,22 35:3,11,18 48:21 49:3 51:14 58:11,19 59:5 61:21,25 62:3

**sells** 51:12

**sense** 13:9

**separate** 55:20

**september** 4:19 19:13 63:8,16

**serve** 18:14 19:5

**served** 19:22 87:24

**services** 94:15

**session** 72:23 73:3

**set** 31:12 106:5

**settled** 92:5,19 93:21 94:9 97:12

**share** 15:4

**shares** 84:15

**sheet** 108:2 109:2

**short** 72:22

**shorthand** 106:3,8

**shows** 15:12 41:2

**side** 15:24

**signature** 70:15 84:8 106:22

**signed** 55:4

**similar** 67:5

**similarly** 1:8

**sirona** 1:12 2:12 6:15 14:12 84:16 88:15

**sitting** 11:18 78:9 81:20 99:2

**situated** 1:8

**situation** 35:15 41:16

**smith** 95:24

**sold** 81:23

**solely** 80:11

**solutions** 4:4 4:21 45:10 46:4 66:18

**sorry** 9:6 18:25 25:24 26:16 51:3 53:5 62:16 76:13 83:2 99:9,11 102:16

**sorted** 13:3

**sought** 35:16 59:3

**sounds** 52:18

**source** 71:13

**southern** 1:3 91:22 93:16 95:13 96:18 99:7,23

**sparks** 24:16

**speak** 12:18 13:6

**speaking** 50:6

**special** 41:5

**specific** 24:5 28:14 31:25 34:23 35:3,11 35:16 43:16 48:21 49:4 54:2 58:20 59:3,5 80:8

**specifically** 11:24 41:10

**[specifically - suite]**

50:6 78:22 82:23 83:23 86:8,20

**specified** 59:18

**speculation** 36:17 38:12 51:6

**spell** 6:17

**spoken** 90:7

**staff** 24:16

**stage** 10:24 11:19 98:19 101:4 102:16 103:12

**stakem** 2:9 9:3 9:6 10:21 18:5 19:20 21:5 22:15 23:4 24:9 25:15,20 26:9,15 27:7 28:7,18 30:6 30:16,23 31:9 31:17 32:4,11 33:10 34:12 35:4,19 36:16 37:8,10 38:11 39:11 40:5,16 41:19 43:21 44:6 45:12,17 46:22 47:10 48:23 49:5,17 50:18 51:5,23 52:9 53:4 56:4 58:22 59:25

60:10 62:5 65:14 67:14 68:20 69:6,16 70:23 71:10,15 71:25 73:11 74:2,16 75:24 76:12,20 77:16 80:14 81:25 83:2 85:3 104:12,21 105:5,18

**stamp** 59:8

**standpoint** 75:3

**stanley** 33:14 33:15,19 37:13 37:14,22 38:8 41:22 45:11 46:12,14 53:24 54:8,13 64:15 64:21,24 65:17 66:3 81:14

**start** 91:15

**started** 78:23 79:19

**state** 1:24 6:16 11:24,25 30:8 34:24 89:16 102:15 106:3 107:8

**statement** 3:14 3:20 5:2 29:13 29:23 42:12,22 68:2,10,18

84:23

**statements** 69:4,9,15

**states** 1:2 30:11 36:6 38:25 48:10 84:14 85:9

**status** 10:19 72:13 73:6 91:10 92:4,18 93:4,20 94:8 94:19 95:6,17 96:5,21 97:11 97:23 98:10 99:14 100:2,21 101:21 102:8 103:6,23

**statute** 25:4

**steen** 2:11 6:13

**stephen** 1:22 106:25

**sterling** 96:15 97:6

**steve** 12:15 16:2,7 52:21

**steve's** 12:21

**stock** 47:4 61:25 62:4,10 71:2 80:24 81:4,23 84:16

**stocks** 51:8,11 58:12

**stop** 10:6

**strategies** 27:12 32:2

**strategy** 30:14 30:20,22 31:6 31:11,16 36:9 38:10 50:22 51:4,22 52:8

**stray** 51:21

**strayed** 52:7

**straying** 41:24

**street** 6:22

**stuffing** 79:13

**style** 27:25 39:9 39:21

**styles** 28:5 39:3

**subject** 16:24 17:17 48:11 58:5 89:15

**submitted** 17:8

**subpart** 36:5 36:22 38:22

**subscribed** 106:18 107:14 109:21

**subsection** 86:9

**substance** 72:3 73:24 74:6 76:3,22 81:17

**substantial** 84:19,24

**suffered** 84:18 84:23

**suite** 6:22

summary 40:25 41:7 55:7,10 55:25 56:3,6 72:22

supervise 26:24 27:5,17,21 58:4 77:21 92:6,20 93:6 93:22 94:10,21 95:8,19 96:7 96:23 97:13,25 98:12 99:16 100:4,23 101:23 102:10 103:8

supervising 11:3,7,15 24:4

supplemental 18:18

supplies 78:21

supply 79:5

support 5:12 82:24 83:24

surchell 54:6

sure 15:21 18:20 22:19 27:4 52:2 56:10

surrounding 39:20

sworn 6:3 10:9 106:7 107:14 109:21

system 1:6,7,20 3:9,13,19 4:19 8:19,25 9:16 11:9,13 14:15 14:17 16:15 17:12 18:3,17 18:19 19:19 20:2,6 21:4,10 21:13,25 22:14 23:3,24 24:6 24:13 26:2,4,7 26:13,22 27:14 29:13,23 30:13 31:7,14,21,23 33:8,18 34:11 35:15 37:2,6 37:16 42:12,22 45:9,25 46:10 46:19 48:4,14 49:13,22 50:2 55:3,8 56:17 57:14 59:19,23 60:7,13 61:10 61:23 63:8 64:9,21 65:2,7 65:12,22 67:8 67:12 68:14 69:4,11,13 71:3,23 72:11 72:12,16 73:16 74:20,24 75:8 75:10,15 77:21 77:22 81:3,7 81:12,21 85:25

87:2,9 89:12 90:8 91:7 92:7 92:12,21 93:7 93:15,23 94:11 94:22 95:9,20 96:8,16,24 97:8,14 98:2,6 98:13 99:17,21 100:6,24 101:24 102:11 103:10 104:8 104:16,19 105:2

system's 30:9 30:22 36:12 54:23 68:24 87:12 88:4,6

systems 19:7 21:17,17,20 87:19,22,22,23 97:18

**t**

t 3:5 6:2,19

tab 15:2 28:21 42:3 44:10 47:12 56:18 60:18 62:20 66:9 67:18 69:20 82:13 83:8,18

take 12:15 13:2 13:25 14:5 39:14 52:13

66:5 72:20 105:9

taken 106:5

talk 90:23

talking 44:3 64:18 75:8,9

technology 12:25

tell 7:7 11:23

tens 79:9 84:15

term 14:10

terms 22:4

testified 6:4 10:20

testify 17:19 18:10

testifying 1:19 13:20 106:6

testimony 10:10 12:8,12 60:2 106:10

texas 98:7 103:20

text 7:21

thank 45:16 105:14,18

thing 53:6

things 87:2

think 10:4 29:3 31:11 32:22 41:13 45:13 78:15 80:6 82:10 89:22 94:2 105:15

**[thousands - understanding]**

**thousands**
  84:15
**three**  91:4
**tillerson**  98:6
**time**  10:3 12:20
  19:6 21:25
  39:14 52:14
  62:4 86:22
  105:14,19
  106:5
**times**  8:6
**title**  36:2
**titled**  91:6
**today**  7:9,19,24
  11:18 12:6,11
  12:18,22,24
  13:12,20,24
  14:10 17:19,24
  18:10 54:19
  61:18 81:20
  91:14 99:2
  105:14
**today's**  7:6
  12:5 89:19
  90:9
**top**  34:15,18
  35:25 38:19
**topics**  17:5,14
  17:19 18:4,8
**trade**  58:12
**trading**  31:6
**transact**  45:23
  46:7

**transacted**
  46:17
**transactional**
  21:15,23
**transactions**
  22:9,13,22
  23:2,6,13,21,25
  58:15 71:7,8
**transcribed**
  13:9 106:8
**transcript**
  106:9,12,13
**transcription**
  108:10
**true**  106:10
  107:9
**trust**  27:11
  103:19
**truthful**  12:7
**try**  15:16,18
**turn**  16:20
  35:22 38:16
  48:6 59:7
  70:17 82:4
**turner**  1:18 2:1
  3:1 4:1 5:1,11
  6:1,10,18 7:1
  8:1 9:1,7 10:1
  11:1 12:1 13:1
  14:1 15:1,3,10
  16:1,9 17:1
  18:1,12 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1

  26:1 27:1 28:1
  29:1,3,18 30:1
  31:1 32:1 33:1
  34:1 35:1,23
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1,7,17 43:1
  44:1,15,22
  45:1,18 46:1
  47:1,16,24
  48:1 49:1 50:1
  51:1 52:1,11
  53:1,2,7,10
  54:1,18 55:1
  56:1,24 57:1,9
  58:1 59:1 60:1
  60:23 61:1,5
  62:1 63:1,2,11
  64:1 65:1 66:1
  66:14,23 67:1
  67:23 68:1,6
  69:1,25 70:1,8
  71:1,21,25
  72:1 73:1,12
  73:14 74:1,4
  74:19 75:1,5
  76:1,14,21
  77:1 78:1 79:1
  80:1 81:1 82:1
  82:4,18,24
  83:1,11,24
  84:1,2 85:1
  86:1,7,25 87:1
  88:1 89:1,18

  90:1,22 91:1
  92:1 93:1 94:1
  95:1 96:1 97:1
  98:1 99:1
  100:1 101:1
  102:1 103:1
  104:1,5 105:1
  105:13 106:1
  107:1,6,12
  108:1,4 109:1
  109:20
**two**  19:6 85:21
  90:2

**u**

**u**  6:2,19 54:7
**u.s.**  4:22 66:18
**under**  13:20
  33:4 45:7
  49:10,11 57:22
  106:8 107:2,7
  107:7
**underlying**
  74:14 75:12
**undersigned**
  106:2
**understand**
  13:11,19 23:9
  23:10 75:2
  80:4
**understanding**
  49:14 61:24
  78:17 80:11

**[understood - york]**

**understood** 11:23 13:16

**unemployment** 10:15

**unfortunately** 91:11

**unit** 104:10

**united** 1:2

**university** 20:17,25

**update** 43:10

**updated** 43:14

**updates** 44:4 78:12

**updating** 43:20

**use** 14:10

**using** 91:7 106:7

**usually** 52:13 72:21 73:9 76:7

**utah** 97:20

**v**

**v** 1:11 107:3 108:3

**value** 57:21

**various** 27:24 33:24 55:7

**vendor** 22:2

**vendors** 22:3,5

**version** 43:2,10

**versions** 43:6

**versus** 9:16 92:12 93:15 94:3,14,25 95:12,24 96:16 97:8,18 98:6 99:21 100:16 101:18 102:25 103:19

**vetted** 39:18

**videotaped** 16:13 54:25

**violated** 79:21

**violations** 84:20,25

**virtu** 102:3

**virtual** 1:18

**virtually** 7:23

**vis** 85:24

**vote** 73:4

**w**

**want** 7:4,8 46:23 73:17,20

**wanted** 53:7 82:11

**way** 89:3

**wayne** 1:7 104:15

**weaver** 2:16 3:3 6:8,12 14:25 16:2,7 28:25 29:11 42:2,10 44:9 44:17 45:15

47:7,11,18 52:11,20,25 53:8 57:2 60:17 62:15,18 63:4 66:8,16 67:17,25 69:19 70:3 73:14,19 74:17,21 82:12 82:20 83:5 105:7,13

**weiss** 97:10

**wells** 99:6

**went** 104:6,24

**west** 2:6

**whereof** 106:17

**white** 76:15 77:3 94:7,18 96:4 97:22 101:20 103:5

**wisconsin** 96:2

**witness** 6:2 8:14,17 9:8,23 9:23,25 10:14 15:21 37:9 52:18 106:17 108:4

**witnesses** 106:6

**woodfin** 19:16 24:17

**work** 75:3

**working** 51:17

**writing** 40:20 40:23 58:7 73:22

**written** 55:24 73:7 93:11

**x**

**x** 1:4,14 3:5 106:13

**y**

**y** 6:2,18

**yeah** 10:8 65:3

**year** 4:12 8:10 8:11 10:20 19:14 61:3

**years** 10:4

**yesterday** 89:21,24 90:13

**york** 1:3,24 2:14,14,23,23 54:16 91:23 93:17 95:14 96:18 99:8 100:18 102:5 106:3 107:8

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Page 108

JAY TURNER
DEPOSITION ERRATA SHEET
Case Name: SAN ANTONIO v. DENTSPLY
Name of Witness: JAY TURNER
Date of Deposition: December 10, 2024

Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page 23 Line 4 Reason clarify the record
From "Objection"  to "Objection to form"

Page 69 Line 1 Reason correct transcription error
From "or the custodian"  to "or the consultant"

Page 85 Line 24 Reason correct transcription error
From "Vis"  to "Is"

Page 90 Line 4 Reason correct transcription error
From "Hilary"  to "Hillary"

Page 101 Line 19 Reason correct transcription error
From move "SDNY" to end of 101:18  to

Page 104 Line 15 Reason correct transcription error
From "Fort Wayne"  to "for Wayne"

Page ___ Line ___ Reason ___
From ___  to ___

Page ___ Line ___ Reason ___
From ___  to ___

Page ___ Line ___ Reason ___
From ___  to ___

Page ___ Line ___ Reason ___
From ___  to ___

Page ___ Line ___ Reason ___
From ___  to ___

Page ___ Line ___ Reason ___
From ___  to ___

*Global correction throughout:
From: "Robins Geller" to "Robbins Geller"

Page 109

JAY TURNER
DEPOSITION ERRATA SHEET

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____

_____
JAY TURNER
Subscribed and sworn to before me
this _21st_ day of _January_ , 20_25_.

TRUTENETTER HANNAH
My Commission Expires
NOTARY Public May 26 2026