UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SAN ANTONIO FIRE AND POLICE : Civil Action No. 1:22-cv-06339-AS
PENSION FUND, CITY OF BIRMINGHAM : (Consolidated)
RETIREMENT AND RELIEF SYSTEM, EL :
PASO FIREMEN & POLICEMEN'S : CLASS ACTION
PENSION FUND, and WAYNE COUNTY :
EMPLOYEES' RETIREMENT SYSTEM, : DECLARATION OF LUKE O. BROOKS IN
Individually and on Behalf of All Others : SUPPORT OF PLAINTIFFS' OPPOSITION
Similarly Situated, : TO DEFENDANTS' MOTION FOR
                                           : PARTIAL SUMMARY JUDGMENT
                        Plaintiffs,        :
                                           :
        vs.                                :
                                           :
DENTSPLY SIRONA INC., DONALD M.            :
CASEY, JR., and JORGE GOMEZ,               :
                                           :
                        Defendants.        :
                                           :
———————————————————— x

4919-8205-4019.v1

I, LUKE O. BROOKS, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit 1:     January 15, 2020 Dentsply Sirona Inc. at JPMorgan Healthcare Conference Transcript;

Exhibit 2:     Q2 2020 Dentsply Sirona Inc. Earnings Call, dated August 6, 2020;

Exhibit 3:     November 11, 2021 Credit Suisse Healthcare Conference Transcript (Deposition Exhibit 610);

Exhibit 4:     Q1 2022 Dentsply Sirona Inc. Earnings Call, dated May 10, 2022;

Exhibit 5:     October 29, 2022 Dentsply Sirona Inc. Form 8-K;

Exhibit 6:     Excerpts of Financial Accounting Standard Board's Accounting Standards Codification 606;

Exhibit 7:     Public Company Accounting Oversight Board's Auditing Standards 2401;

Exhibit 8:     Confidential Expert Report of Zal Phiroz, Ph.D., dated September 5, 2025 (**FILED UNDER SEAL**);

Exhibit 9:     May 1, 2025 Deposition Transcript of Patricio Aycinena (**FILED UNDER SEAL**);

Exhibit 10:    August 29, 2025 Deposition Transcript of Eric Bruno (**FILED UNDER SEAL**);

Exhibit 11:    August 25, 2025 Deposition Transcript of Ranjit Chadha (**FILED UNDER SEAL**);

4919-8205-4019.v1

Exhibit 12:    May 23, 2025 Deposition Transcript of Ken Ciulla (**FILED UNDER SEAL**);

Exhibit 13:    October 31, 2025 Deposition Transcript of John Lacey, Ph.D. (**FILED UNDER SEAL**);

Exhibit 14:    October 27, 2025 Deposition Transcript of Scott Moritz, CFE (**FILED UNDER SEAL**);

Exhibit 15:    June 4, 2025 Deposition Transcript of Diane Shannon (**FILED UNDER SEAL**);

Exhibit 16:    July 9, 2025 Deposition Transcript of Lisa Yankie (**FILED UNDER SEAL**);

Exhibit 17:    October 30, 2020 PricewaterhouseCoopers LLP auditing document (PwC_DSI_SDNY_00006683-PwC_DSI_SDNY_00006697) (**FILED UNDER SEAL**);

Exhibit 18:    *In the Matter of Dentsply Sirona, Inc.*, Admin. Proc. File No. 3-20170, Exchange Act Release No. 90681, Order Instituting Cease-and-Desist Proceedings (Dec. 16, 2020) (PwC_DSI_SDNY_00024920-PwC_DSI_SDNY_00024927) (**FILED UNDER SEAL**);

Exhibit 19:    January 21, 2021 email thread including Christof Bissdorf, Susan Gunnet, and others (DS_SAF_00086921-DS_SAF_00086922) (**FILED UNDER SEAL**);

Exhibit 20:    January 27, 2021 PowerPoint presentation (DS_SAF_00208385-DS_SAF_00208404) (**FILED UNDER SEAL**);

Exhibit 21:    January 12, 2021 email thread including Eric Bruno, Walter Petersohn, and others (Deposition Exhibit 448) (**FILED UNDER SEAL**);

Exhibit 22:    February 19, 2021 email thread including Donald Casey, Eric Bruno, and others (Deposition Exhibit 457) (**FILED UNDER SEAL**);

Exhibit 23:    February 19, 2021 text exchange between Donald Casey and Eric Bruno (Deposition Exhibit 458) (**FILED UNDER SEAL**);

Exhibit 24:    February 23, 2021 PowerPoint presentation (DS_SAF_00187407-DS_SAF_00187409) (**FILED UNDER SEAL**);

Exhibit 25:    February 25-26, 2021 email thread between Donald Casey, Lisa Yankie, and Jason Weeks (Deposition Exhibit 403) (**FILED UNDER SEAL**);

Exhibit 26:    March 2, 2021 email thread including Kristin Scott, Christopher Little, and others (Deposition Exhibit 206) (**FILED UNDER SEAL**);

Exhibit 27:     March 4-5, 2021 email thread including between Christopher Little, Flannery Nangle, and others (DS_SAF_00195818-DS_SAF_00195820) (**FILED UNDER SEAL**);

Exhibit 28:     March 8, 2021 email thread between Diane Shannon, Daniel Key, and Michael Leggett (Deposition Exhibit 370) (**FILED UNDER SEAL**);

Exhibit 29:     March 15-18, 2021 email thread including Eric Bruno, Cord Staehler, and others (DS_SAF_00962030-DS_SAF_00962035) (**FILED UNDER SEAL**);

Exhibit 30:     March 17, 2021 email thread between Daniel Key, Donald Casey, and Michael Leggett (DS_SAF_00149236-DS_SAF_00149237) (**FILED UNDER SEAL**);

Exhibit 31:     March 17, 2021 email thread including Donald Casey, Cord Staehler, and others (Deposition Exhibit 75) (**FILED UNDER SEAL**);

Exhibit 32:     March 17-18, 2021 email thread including Donald Casey, Daniel Key, and others (Deposition Exhibit 371) (**FILED UNDER SEAL**);

Exhibit 33:     March 20-22, 2021 email thread including Eric Bruno, Patricia Chou, and others with PowerPoint presentation attached (Deposition Exhibit 77) (**FILED UNDER SEAL**);

Exhibit 34:     March 22, 2021 text exchange between Michael Leggett, Diane Shannon, and Daniel Key (Deposition Exhibit 233) (**FILED UNDER SEAL**);

Exhibit 35:     March 22-23, 2021 email thread including Christopher Little, Mark Trimmer, and others (Deposition Exhibit 207) (**FILED UNDER SEAL**);

Exhibit 36:     March 23, 2021 email from Justin Zegar to Mark Trimmer and others (DS_SAF_00195211-DS_SAF_00195212) (**FILED UNDER SEAL**);

Exhibit 37:     March 23, 2021 text exchange between Daniel Key and Cord Staehler (Deposition Exhibit 372) (**FILED UNDER SEAL**);

Exhibit 38:     March 31, 2021 email from Diane Shannon to Michael Leggett and Daniel Key (Deposition Exhibit 234) (**FILED UNDER SEAL**);

Exhibit 39:     April 1, 2021 email from Eric Bruno to Christopher Little and Flannery Nangle (Deposition Exhibit 205) (**FILED UNDER SEAL**);

Exhibit 40:     April 6, 2021 email exchange between Diane Shannon, Daniel Key, and Michael Leggett (DS_SAF_00200913-DS_SAF_00200914) (**FILED UNDER SEAL**);

Exhibit 41:    April 15, 2021 email thread including Diane Shannon, Alvise Andreetto, and others (Deposition Exhibit 235) (**FILED UNDER SEAL**);

Exhibit 42:    April 28, 2021 email thread including Eric Bruno, Christopher Little, and others (DS_SAF_00088345) (**FILED UNDER SEAL**);

Exhibit 43:    April 29, 2021 PowerPoint presentation (DS_SAF_00004046-DS_SAF_00004131) (**FILED UNDER SEAL**);

Exhibit 44:    April 30, 2021 letter from Eric Bruno and Jerry Asamoah to Ranjit Chadha and Jeremy Christenberry (DS_SAF_01356757) (**FILED UNDER SEAL**);

Exhibit 45:    May 2, 2021 text from Donald Casey to Jorge Gomez (CASEY_SAF_00000590) (**FILED UNDER SEAL**);

Exhibit 46:    May 3, 2021 PowerPoint presentation (DS_SAF_00187396-DS_SAF_00187406) (**FILED UNDER SEAL**);

Exhibit 47:    May 4, 2021 email thread including Donald Casey, Eric Bruno, and others (Deposition Exhibit 600) (**FILED UNDER SEAL**);

Exhibit 48:    May 4, 2021 email from Kari Dixon to Derek Leckow, Andrea Daley, and Jorge Gomez (DS_SAF_01899325-DS_SAF_01899337) (**FILED UNDER SEAL**);

Exhibit 49:    May 4, 2021 email thread between Ben Loop and Donald Casey (Deposition Exhibit 80) (**FILED UNDER SEAL**);

Exhibit 50:    May 7, 2021 text exchange between Donald Casey and Eric Bruno (Deposition Exhibit 467) (**FILED UNDER SEAL**);

Exhibit 51:    May 7, 2021 PowerPoint presentation (DS_SAF_00008592-DS_SAF_00008597) (**FILED UNDER SEAL**);

Exhibit 52:    May 10-11, 2021 email thread including Donald Casey, Jorge Gomez and others (Deposition Exhibit 605) (**FILED UNDER SEAL**);

Exhibit 53:    May 13, 2021 text exchange between Donald Casey and Jorge Gomez (Deposition Exhibit 606) (**FILED UNDER SEAL**);

Exhibit 54:    May 18-19, 2021 email thread between Christopher Little, Ken Ciulla, Christopher Little, Flannery Nangle, and Diane Shannon (Deposition Exhibit 185) (**FILED UNDER SEAL**);

Exhibit 55:    May 18-20, 2021 email thread including Christopher Little, Ken Ciulla, Flannery Nangle, Diane Shannon, Daniel Key, and others (Deposition Exhibit 237) (**FILED UNDER SEAL**);

Exhibit 56:     May 19, 2021 email thread including Alvise Andreetto, Diane Shannon, Michael Leggett, and Daniel Key (Deposition Exhibit 236) (**FILED UNDER SEAL**);

Exhibit 57:     May 20, 2021 email from Alvise Andreetto to Diane Shannon (Deposition Exhibit 238) (**FILED UNDER SEAL**);

Exhibit 58:     May 20, 2021 email thread including Diane Shannon, Michael Leggett, Daniel Key, and Alvise Andreetto (Deposition Exhibit 239) (**FILED UNDER SEAL**);

Exhibit 59:     May 20, 2021 text exchange between Diane Shannon and Daniel Key (Deposition Exhibit 353) (**FILED UNDER SEAL**);

Exhibit 60:     June 15, 2021 email from Ken Ciulla to Philip Swann (Deposition Exhibit 182) (**FILED UNDER SEAL**);

Exhibit 61:     June 15, 2021 email thread and Microsoft Teams meeting invitation including Ranjit Chadha, Christine Mullen, and others (Deposition Exhibit 374) (**FILED UNDER SEAL**);

Exhibit 62:     June 17-21, 2021 email thread including Christopher Little, Chen Li, and others (Deposition Exhibit 209) (**FILED UNDER SEAL**);

Exhibit 63:     June 18-21, 2021 email thread including Eric Bruno, Christopher Little, and others (Deposition Exhibit 157) (**FILED UNDER SEAL**);

Exhibit 64:     June 21, 2021 email thread including Eric Bruno, Donald Casey, and others (Deposition Exhibit 453) (**FILED UNDER SEAL**);

Exhibit 65:     June 30-July 1, 2021 email thread including Ken Ciulla, Christopher Little, and others (Deposition Exhibit 211) (**FILED UNDER SEAL**);

Exhibit 66:     July 2-5, 2021 email thread including Jorge Gomez, Kari Dixon, and others (DS_SAF_00045200-DS_SAF_00045200) (**FILED UNDER SEAL**);

Exhibit 67:     July 6-7, 2021 email exchange with Christine Mullen, Randy McGuire, and others (Deposition Exhibit 375) (**FILED UNDER SEAL**);

Exhibit 68:     July 19, 2021 text exchange between Donald Casey and Eric Bruno (Deposition Exhibit 459) (**FILED UNDER SEAL**);

Exhibit 69:     July 21-25, 2021 email thread including Ivan Zeljkovic, Donald Casey, and others (Deposition Exhibit 46) (**FILED UNDER SEAL**);

Exhibit 70:     July 21-25, 2021 email thread between Donald Casey and Eric Bruno (Deposition Exhibit 602) (**FILED UNDER SEAL**);

Exhibit 71:    July 21-26, 2021 email thread including Eric Bruno, Jerry Asamoah, and others (Deposition Exhibit 461) (**FILED UNDER SEAL**);

Exhibit 72:    July 25, 2021 email thread including Ivan Zeljkovic, Donald Casey, Jorge Gomez, and others (DS_SAF_00023810-DS_SAF_00023811) (**FILED UNDER SEAL**);

Exhibit 73:    July 26-27, 2021 email thread including Jerry Asamoah, Eric Bruno, and others (Deposition Exhibit 5) (**FILED UNDER SEAL**);

Exhibit 74:    July 26-27, 2021 email thread including Jerry Asamoah, Eric Bruno, and others with attachment (Deposition Exhibit 186) (**FILED UNDER SEAL**);

Exhibit 75:    July 28-29, 2021 email thread between Adam Bergan and Todd Mack (Deposition Exhibit 109) (**FILED UNDER SEAL**);

Exhibit 76:    July 29-August 2, 2021 email thread between Josh Killian, Rich Lake, and Kristin Scott (Deposition Exhibit 303) (**FILED UNDER SEAL**);

Exhibit 77:    July 29, 2021 email from Todd Mack to Jerry Asamoah, Cynthia Dew, Daniel Shoemaker, and Chen Li (Deposition Exhibit 105) (**FILED UNDER SEAL**);

Exhibit 78:    July 30, 2021 email thread between Walter Petersohn and Ivan Zeljkovic (Deposition Exhibit 462) (**FILED UNDER SEAL**);

Exhibit 79:    July 30, 2021 email thread including Eric Bruno, Walter Petersohn, and others (DS_SAF_00360388-DS_SAF_00360392) (**FILED UNDER SEAL**);

Exhibit 80:    April 20, 2022 text exchange between Andrew Robinson and Diane Shannon (Deposition Exhibit 265) (**FILED UNDER SEAL**);

Exhibit 81:    July 30-31, 2021 email thread including Eric Bruno, Walter Petersohn, and others (Deposition Exhibit 106) (**FILED UNDER SEAL**);

Exhibit 82:    July 30-31, 2021 email thread between Donald Casey and Jorge Gomez (Deposition Exhibit 603) (**FILED UNDER SEAL**);

Exhibit 83:    July 31, 2021 PowerPoint presentation (DS_SAF_00551735-DS_SAF_00551751) (**FILED UNDER SEAL**);

Exhibit 84:    July 31-August 1, 2021 email thread including Eric Bruno, Christopher Little, and others (DS_SAF_00965337-DS_SAF_00965347) (**FILED UNDER SEAL**);

Exhibit 85:    August 1, 2021 text exchange between Donald Casey and Eric Bruno (Deposition Exhibit 463) (**FILED UNDER SEAL**);

Exhibit 86:    August 2, 2021 text exchange between Tony Jacketti and Ken Ciulla (Deposition Exhibit 187) (**FILED UNDER SEAL**);

Exhibit 87:    August 2, 2021 text exchange between Josh Killian and Kristin Scott (Deposition Exhibit 305) (**FILED UNDER SEAL**);

Exhibit 88:    August 2-3, 2021 email thread including Ken Ciulla, Christopher Little, and others (Deposition Exhibit 304) (**FILED UNDER SEAL**);

Exhibit 89:    August 3, 2021 email thread between Walter Petersohn and Ivan Zeljkovic (Deposition Exhibit 611) (**FILED UNDER SEAL**);

Exhibit 90:    August 3-4, 2021 email thread including Eric Bruno, Ben Loop, and others (DS_SAF_01062139-DS_SAF_01062140) (**FILED UNDER SEAL**);

Exhibit 91:    August 4, 2021 text exchange between Tony Jacketti and Ken Ciulla (Deposition Exhibit 189) (**FILED UNDER SEAL**);

Exhibit 92:    August 4-24, 2021 email thread including Mark Trimmer, Christopher Little, and others (Deposition Exhibit 82) (**FILED UNDER SEAL**);

Exhibit 93:    August 6-8, 2021 email thread including Donald Casey, Jorge Gomez, and others (Deposition Exhibit 47) (**FILED UNDER SEAL**);

Exhibit 94:    August 9, 2021 text exchange between Donald Casey and Eric Bruno (Deposition Exhibit 465) (**FILED UNDER SEAL**);

Exhibit 95:    August 9, 2021 text exchange between Jorge Gomez and Eric Bruno (GOMEZ00000230) (**FILED UNDER SEAL**);

Exhibit 96:    August 9, 2021 email thread including Donald Casey, Eric Bruno, and others (Deposition Exhibit 102) (**FILED UNDER SEAL**);

Exhibit 97:    August 7-9, 2021 email thread between Daniel Key and Michael Leggett (Deposition Exhibit 354) (**FILED UNDER SEAL**);

Exhibit 98:    August 12, 2021 email thread between Diane Shannon, Daniel Key, and Michael Leggett (DS_SAF_00021545) (**FILED UNDER SEAL**);

Exhibit 99:    August 12, 2021 text exchange between Jorge Gomez and Eric Bruno (GOMEZ00000237) (**FILED UNDER SEAL**);

Exhibit 100:    August 12, 2021 email thread and Microsoft Teams meeting invitation including Donald Casey, Eric Bruno, and others (Deposition Exhibit 252) (**FILED UNDER SEAL**);

Exhibit 101:    August 12, 2021 email thread between Eric Bruno, Jorge Gomez, and Walter Petersohn (DS_SAF_0035411) (**FILED UNDER SEAL**);

Exhibit 102:    August 14-15, 2021 text exchange with Josh Killian (Deposition Exhibit 311) (**FILED UNDER SEAL**);

Exhibit 103:    August 16, 2021 email thread between Diane Shannon, Daniel Key, and Michael Leggett (Deposition Exhibit 254) (**FILED UNDER SEAL**);

Exhibit 104:    August 16-17, 2021 email thread between Josh Killian, Eric Bruno, Ken Ciulla, and Kristin Scott (Deposition Exhibit 195) (**FILED UNDER SEAL**);

Exhibit 105:    August 19, 2021 email thread between Diane Shannon, Daniel Key, and Michael Leggett (Deposition Exhibit 255) (**FILED UNDER SEAL**);

Exhibit 106:    August 16-20, 2021 email thread including Eric Bruno, Scott Shepard, and others with PowerPoint presentation attached (Deposition Exhibit 22) (**FILED UNDER SEAL**);

Exhibit 107:    August 31-September 1, 2021 email thread between Eric Bruno, Donald Casey, Walter Petersohn, Christopher Little, and Mark Trimmer (Deposition Exhibit 214) (**FILED UNDER SEAL**);

Exhibit 108:    September 2021 PowerPoint presentation (DS_SAF_00051729-DS_SAF_00051746) (**FILED UNDER SEAL**);

Exhibit 109:    September 1, 2021 email thread including Eric Bruno, Walter Petersohn, and Donald Casey (Deposition Exhibit 468) (**FILED UNDER SEAL**);

Exhibit 110:    September 1, 2021 email thread including Christof Bissdorf, Walter Petersohn, and others (DS_SAF_01751931) (**FILED UNDER SEAL**);

Exhibit 111:    August 25-27, 2022 email thread including Cheree Johnson, Leslie Varon, and Dane Baumgardner (Deposition Exhibit 495) (**FILED UNDER SEAL**);

Exhibit 112:    September 7, 2021 text exchange between Donald Casey and Eric Bruno (CASEY_SAF_00000865-CASEY_SAF_00000866) (**FILED UNDER SEAL**);

Exhibit 113:    September 7, 2021 text message from Ken Ciulla to Scott Shepard (DS_SAF_00047839) (**FILED UNDER SEAL**);

Exhibit 114:    September 13, 2021 email from Joanne Couture to Walter Petersohn, Eric Bruno, and others (DS_SAF_00351034) (**FILED UNDER SEAL**);

Exhibit 115:    September 17-21, 2021 email thread including Philip Fronia, Walter Petersohn, and others (DS_SAF_00351159-DS_SAF_00351160) (**FILED UNDER SEAL**);

Exhibit 116:   September 22-24, 2021 email thread including Scott Shepard, Justin Goodman, and others (DS_SAF_01329329-DS_SAF_01329333) (**FILED UNDER SEAL**);

Exhibit 117:   September 26, 2021 text exchange between Donald Casey and Eric Bruno (CASEY_SAF_00001018-CASEY_SAF_00001019) (**FILED UNDER SEAL**);

Exhibit 118:   September 28, 2021 email thread including Esther Njuguna, Clayton Lee, and others (Deposition Exhibit 162) (**FILED UNDER SEAL**);

Exhibit 119:   October 10, 2021 text exchange between Donald Casey and Keith Ebling (CASEY_SAF_00001079) (**FILED UNDER SEAL**);

Exhibit 120:   October 13, 2021 text exchange between Eric Bruno, Scott Shepard, and Ken Ciulla (Deposition Exhibit 26) (**FILED UNDER SEAL**);

Exhibit 121:   October 14-18, 2021 email thread between Adam Bergan and Ranjit Chadha (Deposition Exhibit 672) (**FILED UNDER SEAL**);

Exhibit 122:   October 21, 2021 text exchange between Scott Shepard and Grant Bearbower (Deposition Exhibit 28) (**FILED UNDER SEAL**);

Exhibit 123:   October 22, 2021 text exchange between Eric Bruno and Jorge Gomez (Defendants' Deposition Exhibit 80) (**FILED UNDER SEAL**);

Exhibit 124:   October 20-22, 2021 email thread between Diane Shannon, Michael Leggett, and Philip Fronia (Deposition Exhibit 257) (**FILED UNDER SEAL**);

Exhibit 125:   October 27-28, 2021 email thread including Jen Kocourek, Kristin Scott, and others (Deposition Exhibit 165) (**FILED UNDER SEAL**);

Exhibit 126:   November 4, 2021 letter from Donald Casey, Jorge Gomez, and Ranjit Chadha to PricewaterhouseCoopers LLP (Deposition Exhibit 683) (**FILED UNDER SEAL**);

Exhibit 127:   November 7, 2021 text exchange between Donald Casey and Eric Bruno (Deposition Exhibit 609) (**FILED UNDER SEAL**);

Exhibit 128:   November 7, 2021 text exchange between Donald Casey and Jorge Gomez (Deposition Exhibit 658) (**FILED UNDER SEAL**);

Exhibit 129:   November 8, 2021 email from Corporate-Equity-Administrator to Jorge Gomez and Donald Casey (Deposition Exhibit 657) (**FILED UNDER SEAL**);

4919-8205-4019.v1

Exhibit 130:    November 12-18, 2021 email thread including Lukas Spether, Diane Shannon, and others (DS_SAF_00341696-DS_SAF_00341697) (**FILED UNDER SEAL**);

Exhibit 131:    November 15-16, 2021 email thread including Philip Frania, Walter Petersohn, and others (DS_SAF_00303333-DS_SAF_00303334) (**FILED UNDER SEAL**);

Exhibit 132:    November 30, 2021 text exchange between Donald Casey and Eric Bruno (Deposition Exhibit 471) (**FILED UNDER SEAL**);

Exhibit 133:    November 30, 2021 email thread between Amanda Cargain, Jorge Gomez, Donald Casey, Eric Bruno, and Walter Petersohn (DS_SAF_00079288-DS_SAF_00079289) (**FILED UNDER SEAL**);

Exhibit 134:    December 1, 2021 email thread including Niels Plate, Ben Loop, and others (Deposition Exhibit 85) (**FILED UNDER SEAL**);

Exhibit 135:    December 9-16, 2021 email thread between Kevin Kill and Scott Shepard (PwC_DSI_SDNY_00093782-PwC_DSI_SDNY_00093784)    (**FILED UNDER SEAL**);

Exhibit 136:    December 10, 2021 email thread between Ken Ciulla and Patricio Aycinena (Deposition Exhibit 477) (**FILED UNDER SEAL**);

Exhibit 137:    December 10, 2021 email thread including Ken Ciulla, Lily Zhang, and others (Deposition Exhibit 202) (**FILED UNDER SEAL**);

Exhibit 138:    December 16, 2021 email from Shadwa Ibrahim to Ben Loop, Niels Plate, and others (Deposition Exhibit 89) (**FILED UNDER SEAL**);

Exhibit 139:    December 22, 2021 email thread including Eric Bruno, Nicholas Abruzzo, and others (Deposition Exhibit 218) (**FILED UNDER SEAL**);

Exhibit 140:    Q1'22 Sales Performance Drivers (Defendants' Deposition Exhibit 41) (**FILED UNDER SEAL**);

Exhibit 141:    January 3-4, 2022 email thread including Donald Casey, Daniel Key, and others (DS_SAF_00342421-DS_SAF_00342422) (**FILED UNDER SEAL**);

Exhibit 142:    January 6, 2022 email thread between Ajay Puri, Ranjit Chadha, and James Woodward (DS_SAF_01937166-DS_SAF_01937167) (**FILED UNDER SEAL**);

Exhibit 143:    January 9-10, 2022 email thread between Ajay Puri and Ranjit Chadha (Deposition Exhibit 417) (**FILED UNDER SEAL**);

Exhibit 144:    January 18-April 3, 2022 email thread including Jorge Gomez, Max Milz, and others (DS_SAF_01914819-DS_SAF_01914823) (**FILED UNDER SEAL**);

Exhibit 145:    January 31, 2022 email thread between Donald Casey and Jorge Gomez (Deposition Exhibit 620) (**FILED UNDER SEAL**);

Exhibit 146:    February 8-11, 2022 email thread between Randy McGuire, Brian Gorman, and Ranjit Chadha (Deposition Exhibit 392) (**FILED UNDER SEAL**);

Exhibit 147:    February 13, 2022 email thread including Jorge Gomez, Donald Casey, and others (DS_SAF_01817599-DS_SAF_01817600) (**FILED UNDER SEAL**);

Exhibit 148:    February 18, 2022 email from Brian Gorman to Taylor Cleveland with attachment (Deposition Exhibit 547) (**FILED UNDER SEAL**);

Exhibit 149:    February 24, 2022 email thread including Donald Casey, Jorge Gomez, and others (Deposition Exhibit 619) (**FILED UNDER SEAL**);

Exhibit 150:    February 24-25, 2022 email thread including Todd Mack, Cynthia Dew, and others (Deposition Exhibit 61) (**FILED UNDER SEAL**);

Exhibit 151:    March 1, 2022 letter from Donald Casey, Jorge Gomez, and Ranjit Chadha to PricewaterhouseCoopers LLP (Deposition Exhibit 621) (**FILED UNDER SEAL**);

Exhibit 152:    March 4, 2022 email thread including Donald Casey, Ben Loop, and others (Deposition Exhibit 90) (**FILED UNDER SEAL**);

Exhibit 153:    March 9, 2022 email thread including Clayton Lee, Michael Lagos, and others (Deposition Exhibit 173) (**FILED UNDER SEAL**);

Exhibit 154:    March 10, 2022 Issue Summary report (Deposition Exhibit 224) (**FILED UNDER SEAL**);

Exhibit 155:    March 29, 2022 email from Rebecca Stidl to Christopher Little (Deposition Exhibit 220) (**FILED UNDER SEAL**);

Exhibit 156:    April 1, 2022 Issue Summary report (DS_SAF_00015857-DS_SAF_00015858) (**FILED UNDER SEAL**);

Exhibit 157:    April 1, 2022 Issue Summary report (Deposition Exhibit 412) (**FILED UNDER SEAL**);

Exhibit 158:    April 19, 2022 text exchange between Diane Shannon and Wim Appelo (Deposition Exhibit 264) (**FILED UNDER SEAL**);

Exhibit 159:    April 19, 2022 text exchange between Diane Shannon and Mark Mosby (Deposition Exhibit 267) (**FILED UNDER SEAL**);

Exhibit 160:    April 20-May 4, 2022 email thread including Eric Bruno, Michelle Roberts Gonzales, and others (Deposition Exhibit 452) (**FILED UNDER SEAL**);

Exhibit 161:    April 26, 2022 email thread including Andrew Robinson, Won-Joo Kim, and others (Deposition Exhibit 576) (**FILED UNDER SEAL**);

Exhibit 162:    May 5, 2022 email from Brian Gorman to Ranjit Chadha (Deposition Exhibit 550) (**FILED UNDER SEAL**);

Exhibit 163:    May 10-August 4, 2022 email thread including Brendan Roberts, Randy McGuire, and others (Deposition Exhibit 398) (**FILED UNDER SEAL**);

Exhibit 164:    May 26, 2022 email thread including Alyssa Lipsky, Bill Smalley, and others (Deposition Exhibit 175) (**FILED UNDER SEAL**);

Exhibit 165:    May 27, 2022 text from Andrew Robinson to Ben Loop and Shadwa Ibrahim (Deposition Exhibit 95) (**FILED UNDER SEAL**);

Exhibit 166:    June 3, 2022 memorandum (Deposition Exhibit 674) (**FILED UNDER SEAL**);

Exhibit 167:    June 15-August 18, 2022 email thread including Adam Bergman, Courtney Norton, and others (DS_SAF_01454869-DS_SAF_01454875) (**FILED UNDER SEAL**);

Exhibit 168:    July 12-18, 2022 email thread including Patricio Aycinena, Christopher Little, and others (Deposition Exhibit 228) (**FILED UNDER SEAL**);

Exhibit 169:    July 22, 2022 memorandum from Michael O'Hara and Sarah Hausmann to PwC Assurance – Dentsply Sirona 2022 Audit File (Deposition Exhibit 350) (**FILED UNDER SEAL**);

Exhibit 170:    July 25, 2022 memorandum (PwC_DSI_SDNY_00100437-PwC_DSI_SDNY_00100437_006) (**FILED UNDER SEAL**);

Exhibit 171:    August 8, 2022 text exchange between Patricio Aycinena and Cynthia Dew (Deposition Exhibit 72) (**FILED UNDER SEAL**);

Exhibit 172:    August 12, 2022 memorandum (Deposition Exhibit 588) (**FILED UNDER SEAL**);

Exhibit 173:    August 15, 2022 email thread between Lisa Yankie, Brian O'Reilly, and Stephen Wreth (Deposition Exhibit 418) (**FILED UNDER SEAL**);

Exhibit 174:    August 17, 2022 memorandum from Kevin Czerney and Brian Gorman to Technical Files (DS_SAF_01971171-DS_SAF_01971171) (**FILED UNDER SEAL**);

Exhibit 175:    August 23-26, 2022 email thread including Theresa Alexander, David Pickett, and others (Deposition Exhibit 551) (**FILED UNDER SEAL**);

Exhibit 176:    September 13-22, 2022 email thread including Theresa Alexander, David Pickett, and others (Deposition Exhibit 445) (**FILED UNDER SEAL**);

Exhibit 177:    September 13-22, 2022 email thread including Theresa Alexander, David Pickett, and others (Deposition Exhibit 549) (**FILED UNDER SEAL**);

Exhibit 178:    September 22, 2022 text exchange between Brian Gorman and Kyle Condie (Deposition Exhibit 563) (**FILED UNDER SEAL**);

Exhibit 179:    October 2022 memorandum from Brian Gorman and Kevin Czerney to Technical Files (DS_SAF_00576772-DS_SAF_00576784) (**FILED UNDER SEAL**);

Exhibit 180:    October 11, 2022 memorandum (PwC_DSI_SDNY_00003164-PwC_DSI_SDNY_00003185) (**FILED UNDER SEAL**);

Exhibit 181:    October 14-25, 2022 email thread including Brian Gorman, Theresa Alexander, and others (Deposition Exhibit 586) (**FILED UNDER SEAL**);

Exhibit 182:    October 18, 2022 memorandum (PwC_DSI_SDNY_00004818-PwC_DSI_SDNY_00004830) (**FILED UNDER SEAL**);

Exhibit 183:    October 21, 2022 handwritten notes of Leslie Varon (Deposition Exhibit 499) (**FILED UNDER SEAL**);

Exhibit 184:    October 31, 2022 Interoffice Memorandum from SEC Reporting Team to Accounting Files (DS_SAF_00021444-DS_SAF_00021454) (**FILED UNDER SEAL**);

Exhibit 185:    November 7, 2022 PowerPoint presentation (Deposition Exhibit 634) (**FILED UNDER SEAL**);

Exhibit 186:    November 29, 2022 email from Lisa Yankie with attachment (Deposition Exhibit 406) (**FILED UNDER SEAL**);

Exhibit 187:    December 7, 2022 email thread including Kevin Czerney, Dane Baumgardner, and others (Deposition Exhibit 573) (**FILED UNDER SEAL**);

Exhibit 188:    January 10, 2023 Summary of Adjustments spreadsheet (DS_SAF_01458584) (**FILED UNDER SEAL**);

Exhibit 189:    September 8, 2023 Settlement and Release Agreement (Deposition Exhibit 694) (**FILED UNDER SEAL**);

Exhibit 190:    December 13, 2021 SEC Comment Letter to Jorge Gomez (DS_SAF_00240857) (**FILED UNDER SEAL**);

Exhibit 191:    January 12, 2022 Letter from Jorge Gomez to SEC (DS_SAF_00403674) (**FILED UNDER SEAL**);

Exhibit 192:    March 19, 2022 email from Cheree Johnson to Janet Vergis and others including attachments (VARON_SAF_00001145-VARON_SAF_00001220) (**FILED UNDER SEAL**);

Exhibit 193:    May 2, 2021 email thread between Eric Bruno and Don Casey (DS_SAF_00353552) (**FILED UNDER SEAL**);

Exhibit 194:    December 31, 2021 memorandum (Cain Deposition Exhibit 39) (**FILED UNDER SEAL**);

Exhibit 195:    August 16, 2021 text exchange between Todd Mack and Ivan Zeljkovic (Deposition Exhibit 113) (**FILED UNDER SEAL**);

Exhibit 196:    April 23, 2022 email thread including Patricio Aycinena, Andrew Robinson, and Christopher Little (Deposition Exhibit 227) (**FILED UNDER SEAL**);

Exhibit 197:    October 22, 2021 text exchange between Eric Bruno and Jorge Gomez (Deposition Exhibit 475) (**FILED UNDER SEAL**);

Exhibit 198:    September 14, 2022 email from Kevin Czerney to Rick Wagner and Brian Gorman (Deposition Exhibit 543) (**FILED UNDER SEAL**);

Exhibit 199:    August 9, 2021-July 5, 2021 email thread including Jorge Gomez, Ivan Zeljkovic, and others (GOMEZ00000107) (**FILED UNDER SEAL**);

Exhibit 200:    September 1-9, 2021 email thread including Eric Bruno, Cord Staehler, and others (DS_SAF_00354267) (**FILED UNDER SEAL**);

Exhibit 201:    January 10, 2022 email thread including Christine Mullen, Randy McGuire, and others (Deposition Exhibit 525) (**FILED UNDER SEAL**);

Exhibit 202:    October 14, 2021 email thread including Diane Shannon, Alvise Andreetto, and others (Deposition Exhibit 256) (**FILED UNDER SEAL**);

Exhibit 203:    March 19-March 22, 2021 email thread including Christof Bissdorf, Eric Bruno, and others (Deposition Exhibit 76) (**FILED UNDER SEAL**);

Exhibit 204:    August 12, 2021 email thread including Eric Bruno, Walter Petersohn, and Jorge Gomez (DS_SAF_00354111) (**FILED UNDER SEAL**);

Exhibit 205:    August 24, 2021 email thread including Diane Shannon, Michael Leggett, and others (DS_SAF_00914990) (**FILED UNDER SEAL**);

Exhibit 206:    September 17-September 21, 2021 email thread including Ivan Zeljkovic, Philip Fronia, and others (DS_SAF_00351159) (**FILED UNDER SEAL**);

Exhibit 207:    March 17, 2022 PowerPoint presentation (DS_SAF_00081088-DS_SAF_00081109) (**FILED UNDER SEAL**);

Exhibit 208:    August 2022 PowerPoint presentation (DS_SAF_00790527-DS_SAF_00790570) (**FILED UNDER SEAL**);

Exhibit 209:    June 2022 PowerPoint presentation (DS_SAF_00851868-DS_SAF_00851873) (**FILED UNDER SEAL**);

Exhibit 210:    January 26, 2022 email thread including Jorge Gomez, Eric Bruno, and others (GOMEZ00000126) (**FILED UNDER SEAL**); and

Exhibit 211:    Financial Accounting Standard Board's Accounting Standards Codification 250.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 19, 2025, at San Diego, California.

s/ Luke O. Brooks

LUKE O. BROOKS

4919-8205-4019.v1