# EXHIBIT 6

Revenue ⬇

# 606 Revenue from Contracts with Customers
## 10 Overall

## 00 Status

ⓘ **General Note**: The Status Section identifies changes to this Subtopic resulting from Accounting Standards Updates. The Section provides references to the affected Codification content and links to the related Accounting Standards Updates. Nonsubstantive changes for items such as editorial, link and similar corrections are included separately in Maintenance Updates.

## General

**606-10-00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| Award | Added | Accounting Standards Update No. 2019-08 | 11/11/2019 |
| Contract | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Contract Asset | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Contract Liability | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Customer | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Grant Date | Added | Accounting Standards Update No. 2019-08 | 11/11/2019 |
| Lease | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Not-for-Profit Entity | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Performance Condition | Added | Accounting Standards Update No. 2019-08 | 11/11/2019 |
| Performance Obligation | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Probable (2nd def.) | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Public Business Entity | Amended | Maintenance Update 2017-06 📄 | 04/07/2017 |
| Public Business Entity | Amended | Maintenance Update 2016-11 📄 | 06/27/2016 |
| Public Business Entity | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Revenue | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Service Condition | Added | Accounting Standards Update No. 2019-08 | 11/11/2019 |
| Standalone Selling Price | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Transaction Price | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 606-10-05-1 through 05-6 | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 606-10-10-1 through 10-4 | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 606-10-15-1 through 15-5 | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 606-10-15-2 | Amended | Maintenance Update 2021-02 📄 | 01/19/2021 |
| 606-10-15-2 | Amended | Accounting Standards Update No. 2016-20 | 12/21/2016 |
| 606-10-15-2 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 606-10-15-2 | Amended | Accounting Standards Update No. 2016-01 | 01/05/2016 |
| 606-10-15-2A | Added | Accounting Standards Update No. 2018-08 | 06/21/2018 |
| 606-10-15-3 | Amended | Accounting Standards Update No. 2018-18 | 11/05/2018 |
| 606-10-25-1 | Amended | Accounting Standards Update No. 2016-12 | 05/09/2016 |
| 606-10-25-1 through 25-37 | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 606-10-25-3 | Amended | Accounting Standards Update No. 2016-12 | 05/09/2016 |
| 606-10-25-5 | Amended | Accounting Standards Update No. 2016-12 | 05/09/2016 |
| 606-10-25-7 | Amended | Accounting Standards Update No. 2016-12 | 05/09/2016 |
| 606-10-25-16 | Amended | Accounting Standards Update No. 2016-10 | 04/14/2016 |
| 606-10-25-16A | Added | Accounting Standards Update No. 2016-10 | 04/14/2016 |
| 606-10-25-16B | Added | Accounting Standards Update No. 2016-10 | 04/14/2016 |

> Determining the Transaction Price

**606-10-32-2**  An entity shall consider the terms of the contract and its customary business practices to determine the transaction price. The transaction price is the amount of consideration to which an entity expects to be entitled in exchange for transferring promised goods or services to a customer, excluding amounts collected on behalf of third parties (for example, some sales taxes). The consideration promised in a contract with a customer may include fixed amounts, variable amounts, or both.

**606-10-32-2A**  An entity may make an accounting policy election to exclude from the measurement of the transaction price all taxes assessed by a governmental authority that are both imposed on and concurrent with a specific revenue-producing transaction and collected by the entity from a customer (for example, sales, use, value added, and some excise taxes). Taxes assessed on an entity's total gross receipts or imposed during the inventory procurement process shall be excluded from the scope of the election. An entity that makes this election shall exclude from the transaction price all taxes in the scope of the election and shall comply with the applicable accounting policy guidance, including the disclosure requirements in paragraphs 235-10-50-1 through 50-6.

**606-10-32-3**  The nature, timing, and amount of consideration promised by a customer affect the estimate of the transaction price. When determining the transaction price, an entity shall consider the effects of all of the following:

a. Variable consideration (see paragraphs 606-10-32-5 through 32-10 and 606-10-32-14)

b. Constraining estimates of variable consideration (see paragraphs 606-10-32-11 through 32-13)

c. The existence of a significant financing component in the contract (see paragraphs 606-10-32-15 through 32-20)

d. Noncash consideration (see paragraphs 606-10-32-21 through 32-24)

e. Consideration payable to a customer (see paragraphs 606-10-32-25 through 32-27).

**606-10-32-4**  For the purpose of determining the transaction price, an entity shall assume that the goods or services will be transferred to the customer as promised in accordance with the existing contract and that the contract will not be cancelled, renewed, or modified.

· > Variable Consideration

**606-10-32-5**  If the consideration promised in a contract includes a variable amount, an entity shall estimate the amount of consideration to which the entity will be entitled in exchange for transferring the promised goods or services to a customer.

**606-10-32-6**  An amount of consideration can vary because of discounts, rebates, refunds, credits, price concessions, incentives, performance bonuses, penalties, or other similar items. The promised consideration also can vary if an entity's entitlement to the consideration is contingent on the occurrence or nonoccurrence of a future event. For example, an amount of consideration would be variable if either a product was sold with a right of return or a fixed amount is promised as a performance bonus on achievement of a specified milestone.

**606-10-32-7**  The variability relating to the consideration promised by a customer may be explicitly stated in the contract. In addition to the terms of the contract, the promised consideration is variable if either of the following circumstances exists:

a. The customer has a valid expectation arising from an entity's customary business practices, published policies, or specific statements that the entity will accept an amount of consideration that is less than the price stated in the contract. That is, it is expected that the entity will offer a price concession. Depending on the jurisdiction, industry, or customer this offer may be referred to as a discount, rebate, refund, or credit.

b. Other facts and circumstances indicate that the entity's intention, when entering into the contract with the customer, is to offer a price concession to the customer.

**606-10-32-8**  An entity shall estimate an amount of variable consideration by using either of the following methods, depending on which method the entity expects to better predict the amount of consideration to which it will be entitled:

a. The expected value—The expected value is the sum of probability-weighted amounts in a range of possible consideration amounts. An expected value may be an appropriate estimate of the amount of variable consideration if an entity has a large number of contracts with similar characteristics.

b. The most likely amount—The most likely amount is the single most likely amount in a range of possible consideration amounts (that is, the single most likely outcome of the contract). The most likely amount may be an appropriate estimate of the amount of variable consideration if the contract has only two possible outcomes (for example, an entity either achieves a performance bonus or does not).

**606-10-32-9**    An entity shall apply one method consistently throughout the contract when estimating the effect of an uncertainty on an amount of variable consideration to which the entity will be entitled. In addition, an entity shall consider all the information (historical, current, and forecast) that is reasonably available to the entity and shall identify a reasonable number of possible consideration amounts. The information that an entity uses to estimate the amount of variable consideration typically would be similar to the information that the entity's management uses during the bid-and-proposal process and in establishing prices for promised goods or services.

· · > Refund Liabilities

**606-10-32-10**    An entity shall recognize a refund liability if the entity receives consideration from a customer and expects to refund some or all of that consideration to the customer. A refund liability is measured at the amount of consideration received (or receivable) for which the entity does not expect to be entitled (that is, amounts not included in the transaction price). The refund liability (and corresponding change in the transaction price and, therefore, the contract liability) shall be updated at the end of each reporting period for changes in circumstances. To account for a refund liability relating to a sale with a right of return, an entity shall apply the guidance in paragraphs 606-10-55-22 through 55-29.

· · > Constraining Estimates of Variable Consideration

**606-10-32-11**    An entity shall include in the transaction price some or all of an amount of variable consideration estimated in accordance with paragraph 606-10-32-8 only to the extent that it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is subsequently resolved.

**606-10-32-12**    In assessing whether it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur once the uncertainty related to the variable consideration is subsequently resolved, an entity shall consider both the likelihood and the magnitude of the revenue reversal. Factors that could increase the likelihood or the magnitude of a revenue reversal include, but are not limited to, any of the following:

a. The amount of consideration is highly susceptible to factors outside the entity's influence. Those factors may include volatility in a market, the judgment or actions of third parties, weather conditions, and a high risk of obsolescence of the promised good or service.

b. The uncertainty about the amount of consideration is not expected to be resolved for a long period of time.

c. The entity's experience (or other evidence) with similar types of contracts is limited, or that experience (or other evidence) has limited predictive value.

d. The entity has a practice of either offering a broad range of price concessions or changing the payment terms and conditions of similar contracts in similar circumstances.

e. The contract has a large number and broad range of possible consideration amounts.

**606-10-32-13**    An entity shall apply paragraph 606-10-55-65 to account for consideration in the form of a sales-based or usage-based royalty that is promised in exchange for a license of intellectual property.

· · > Reassessment of Variable Consideration

**606-10-32-14**    At the end of each reporting period, an entity shall update the estimated transaction price (including updating its assessment of whether an estimate of variable consideration is constrained) to represent faithfully the circumstances present at the end of the reporting period and the changes in circumstances during the reporting period. The entity shall account for changes in the transaction price in accordance with paragraphs 606-10-32-42 through 32-45.

· > The Existence of a Significant Financing Component in the Contract

**606-10-32-15**    In determining the transaction price, an entity shall adjust the promised amount of consideration for the effects of the time value of money if the timing of payments agreed to by the parties to the contract (either explicitly or implicitly) provides the customer or the entity with a significant benefit of financing the transfer of goods or services to the customer. In those circumstances, the contract contains a significant financing component. A significant financing component may exist