# EXHIBITS 8-210
# [Filed Under Seal]