**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 22-cv-06339-AS<br><br>CLASS ACTION<br><br>Hon. Arun Subramanian |
| Plaintiffs, | |
| v. | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, | |
| Defendants. | |

**DECLARATION OF ANDREW WEAVER IN SUPPORT OF
DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS'
OBJECTIONS TO CERTAIN EVIDENCE CITED IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Andrew Weaver, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.      I am an attorney at Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Dentsply Sirona Inc. ("Dentsply") in the above-captioned action.  I am admitted to practice in the State of New York and the Southern District of New York.[1]  I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Objections to Certain Evidence Cited in Support of Defendants' Motion for Partial Summary Judgment.

2.      **Exhibit 1** attached hereto is a true and correct copy of Lead Plaintiffs' Notice of Rule 30(b)(6) Deposition of Dentsply Sirona Inc., dated May 6, 2025, designated Confidential

---

[1] Exhibits that were designated as Confidential or Highly Confidential under the Stipulated Protective Order (Dkt. No. 120) will not be filed publicly.

pursuant to the Protective Order in this action.

3.      **Exhibit 2** attached hereto is a true and correct copy of the Declaration of Lindi Barton-Brobst, dated January 16, 2026.

4.      **Exhibit 3** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_00483619, designated Confidential pursuant to the Protective Order in this action.

5.      **Exhibit 4** attached hereto is a true and correct copy of a document produced by Dentsply, Bates stamped DS_SAF_01062392, designated Confidential pursuant to the Protective Order in this action.

6.      **Exhibit 5** attached hereto is a true and correct copy of the Declaration of Brian Gorman, dated January 15, 2026.

7.      **Exhibit 6** attached hereto is a true and correct copy of the Declaration of Kevin Czerney, dated January 15, 2026.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of January, 2026.

/s/ Andrew Weaver
Andrew Weaver

2