# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,<br><br>Defendants. | Civil Action No. 22-cv-06339-AS<br><br>Hon. Arun Subramanian |

**DECLARATION OF LINDI BARTON-BROBST**

I, Lindi Barton-Brobst, pursuant to 28 U.S.C § 1746, hereby declare and state the following:

1.     I am currently Vice President and Deputy General Counsel at Dentsply Sirona Inc. ("Dentsply" or the "Company"). I was previously Vice President, Legal – Product Groups and Commercial Organizations from August 2020 to April 2025. I am fully familiar with the facts and circumstances set forth herein, and I am duly authorized to make this declaration (the "Declaration").

2.     I respectfully submit this Declaration in support of Dentsply, Donald M. Casey, Jr. ("Casey"), and Jorge Gomez's ("Gomez") (collectively, "Defendants") Motion for Partial Summary Judgment. *See* Dkt. No. 173. I further submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Objections to Certain Evidence Cited in Support

of Defendants' Motion for Partial Summary Judgment ("Objections Response Brief"), filed concurrently herewith.

3.      In August 2021, Dentsply and Patterson Companies, Inc. ("Patterson") were negotiating and agreed to a vendor promotional agreement.  In mid-August 2021, I was involved in reviewing drafts of the agreement and providing related legal advice to the Company.

4.      A true and correct copy of the executed agreement is Exhibit F15 to the Declaration of Victoriya Levina in Support of Defendants' Motion for Partial Summary Judgment.  *See* Dkt. No. 175, Levina Decl. ¶ 93.

5.      Based on my personal involvement in working on agreements with Patterson, it was not unusual for Patterson to execute documents memorializing agreements with Dentsply after Dentsply and Patterson had already started to perform their obligations under the agreement.

6.      In stating the foregoing, I do not intend to disclose any privileged communication, and in providing this declaration, I do not intend to waive the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity.

7.      I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2026.

_____

Lindi Barton-Brobst

2