# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM
RETIREMENT AND RELIEF SYSTEM, EL
PASO FIREMEN & POLICEMEN'S
PENSION FUND, and WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

          Plaintiffs,

    v.

DENTSPLY SIRONA INC., DONALD M.
CASEY, JR., and JORGE GOMEZ,

          Defendants.

---

Civil Action No. 22-cv-06339-AS

Hon. Arun Subramanian

## DECLARATION OF BRIAN GORMAN

I, Brian Gorman, pursuant to 28 U.S.C. § 1746, hereby declare and state the following:

1. I am currently the Assistant Controller at Dentsply Sirona, Inc. ("Dentsply" or the "Company"). I was previously the Director of SEC Reporting at Dentsply from January 2021 to May 2023.

2. In my capacity as the Assistant Controller and in my previous capacity as the Director of SEC Reporting, I am fully familiar with the facts and circumstances set forth herein. The facts set forth herein are based upon my personal knowledge given my involvement with the memoranda herein described.

3. Between approximately August 2022 and November 2022, I worked with other Dentsply employees on memoranda documenting findings from the Internal Investigation and

Accounting Review.[1]  As part of that process, I drafted certain memoranda that were sent to PwC, which I understand were used as part of their audit procedures.  In addition to documenting findings from the Internal Investigation and Accounting Review, the memoranda documented analysis by the accounting, SEC reporting, and other teams at Dentsply of accounting issues and internal controls.  For instance, Exhibit F23 documented actions taken by management in response to the investigation; Exhibit F24 contains analysis of revenue recognition standards; Exhibits F25 and F27 relate to analysis of internal controls; and Exhibit F29 documents the assessment of materiality for accounting and SEC reporting purposes.

4.      The memoranda went through multiple rounds of comments and revisions before being finalized.  The final versions of the memoranda were a result of this iterative process.

5.      Ex. F23[2] is a true and correct copy of a final memorandum prepared by Dentsply employees with the involvement of Dentsply's auditor PwC, kept and maintained in the course of Dentsply's regularly conducted business activities.  It is a regular practice as part of Dentsply's business activities to prepare such memoranda to document events within the company, including investigation findings, our analysis of those findings, and our accounting and control conclusions, for the purposes of sharing with our auditor.

6.      Ex. F24 is a true and correct copy of a final memorandum prepared by Dentsply employees with the involvement of Dentsply's auditor PwC, kept and maintained in the course of Dentsply's regularly conducted business activities.  It is a regular practice as part of Dentsply's business activities to prepare such memoranda to document events within the company, including investigation findings, our analysis of those findings, and our accounting and control conclusions,

---

[1] Capitalized terms not defined in this declaration shall have the same meanings as in Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Partial Summary Judgment (Dkt. No. 174).
[2] References to "Ex. _" are to exhibits to the Declaration of Victoriya Levina in Support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 175).

2

for the purposes of sharing with our auditor.

7.      Ex. F25 is a true and correct copy of a final memorandum prepared by Dentsply employees with the involvement of Dentsply's auditor PwC, kept and maintained in the course of Dentsply's regularly conducted business activities.  It is a regular practice as part of Dentsply's business activities to prepare such memoranda to document events within the company, including investigation findings, our analysis of those findings, and our accounting and control conclusions, for the purposes of sharing with our auditor.

8.      Ex. F27 is a true and correct copy of a final memorandum prepared by Dentsply employees with the involvement of Dentsply's auditor PwC, kept and maintained in the course of Dentsply's regularly conducted business activities.  It is a regular practice as part of Dentsply's business activities to prepare such memoranda to document events within the company, including investigation findings, our analysis of those findings, and our accounting and control conclusions, for the purposes of sharing with our auditor.

9.      Ex. F29 is a true and correct copy of a final memorandum prepared by Dentsply employees with the involvement of Dentsply's auditor PwC, kept and maintained in the course of Dentsply's regularly conducted business activities.  It is a regular practice as part of Dentsply's business activities to prepare such memoranda to document events within the company, including investigation findings, our analysis of those findings, and our accounting and control conclusions, for the purposes of sharing with our auditor.

10.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2026.

_____
Brian Gorman

3