**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ<br><br><br><br>          Defendants. | Civil Action No. 22-cv-06339-AS<br><br>CLASS ACTION<br><br>Hon. Arun Subramanian |

**NOTICE OF DEFENDANTS' MOTION TO STRIKE**
**PLAINTIFFS' EVIDENCE OBJECTIONS**

PLEASE TAKE NOTICE that, pursuant to the Court's "inherent authority to manage [its] dockets and courtrooms with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 46 (2016), and upon the accompanying Memorandum of Law in Support of Their Motion to Strike Plaintiffs' Evidence Objections, dated January 29, 2026; and all prior proceedings and papers in this action, the undersigned Defendants hereby move this Court, before the Honorable Arun Subramanian at the United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, Courtroom 15A, at a date and time to be determined by the Court, for an Order striking *Plaintiffs' Objections to Certain Evidence Cited in Support of Defendants' Motion for Partial Summary Judgment* (Dkt. No. 205) and *Plaintiffs' Reply in Support of Their Objections to Certain Evidence Cited in Support of*

*Defendants' Motion for Partial Summary Judgment* (Dkt. No. 243), or, in the alternative, that the

Court disregard these filings and consider any evidentiary objections, if at all, only to the extent

contained within the parties' summary judgment briefs or at the appropriate pretrial juncture

consistent with the Court's Individual Practices in Civil Cases, and for such other relief as the

Court deems just and proper.

Dated: January 29, 2025
      New York, New York

Respectfully submitted,

*/s/ Roger A. Cooper*
Roger A. Cooper
racooper@cgsh.com
Andrew Weaver
aweaver@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2283

Angela L. Dunning
adunning@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Rd
Palo Alto, CA 94304
T: 650-815-4131

Thomas A. Bednar
tbednar@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
T: 202-974-1836

*Counsel for Defendant Dentsply Sirona Inc.*

*/s/ Meredith D. Karp*
Bryce L. Friedman
Craig S. Waldman
Meredith D. Karp
Isabel R. Mattson
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue

New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
isabel.mattson@stblaw.com

*Counsel for Defendant Donald M. Casey, Jr.*

<u>/s/ Seth L. Levine</u>
Seth L. Levine
Chad P. Albert
Adam M. King
slevine@levinelee.com
calbert@levinelee.com
aking@levinelee.com
LEVINE LEE LLP
400 Madison Avenue
New York, NY 10017
T: 212-223-4400

*Counsel for Defendant Jorge M. Gomez*

3