**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, | |
| Defendants. | |

Application GRANTED. The Clerk of Court is respectfully directed to remove Ms. Libowsky as counsel from this case, and to terminate the motion at Dkt. 249.

SO ORDERED.

Arun Subramanian. U.S.D.J.
Dated: February 11, 2026

Case No. 22-cv-06339-AS

<u>CLASS ACTION</u>

Hon. Arun Subramanian

**NOTICE OF MOTION OF SARAH LIBOWSKY TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Sarah Libowsky will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendant Dentsply Sirona Inc. ("Dentsply").

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Dentsply in this action.

Dated: February 2, 2026
New York, New York

By: */s/ Sarah Libowsky*
Sarah Libowsky
slibowsky@cgsh.com
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: (212) 225-2000