UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,<br><br>Defendants. | Civil Action No. 22-cv-06339-AS |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), notice is hereby given of the death of Donald M. Casey, Jr., who has been represented in this action by Simpson Thacher & Bartlett LLP. Mr. Casey passed away on February 19, 2026.

Dated: February 26, 2026

                                                Respectfully Submitted,

                                                SIMPSON THACHER & BARTLETT LLP

                                                By: */s/ Meredith D. Karp*

                                                      Bryce L. Friedman
                                                      Craig S. Waldman
                                                      Meredith D. Karp

Isabel R. Mattson
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
isabel.mattson@stblaw.com

*Counsel to Defendant Donald M. Casey, Jr.*

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, I caused the foregoing document to be electronically filed on the Court's CM/ECF system, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Meredith D. Karp*
Meredith D. Karp