UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

SAN ANTONIO FIRE AND POLICE : Civil Action No. 1:22-cv-06339-AS
PENSION FUND, CITY OF BIRMINGHAM : (Consolidated)
RETIREMENT AND RELIEF SYSTEM, EL :
PASO FIREMEN & POLICEMEN'S : CLASS ACTION
PENSION FUND, and WAYNE COUNTY :
EMPLOYEES' RETIREMENT SYSTEM, : MEMORANDUM OF LAW IN SUPPORT
Individually and on Behalf of All Others : OF CLASS REPRESENTATIVES' MOTION
Similarly Situated, : TO APPROVE THE FORM AND MANNER
: OF CLASS NOTICE AND NOTICE PLAN
                              Plaintiffs, :
                                          :
          vs.                             :
                                          :
DENTSPLY SIRONA INC., DONALD M. :
CASEY, JR., and JORGE GOMEZ, :
                                          :
                              Defendants. :
                                          :
——————————————————— x

4912-1185-1674.v1

Lead Plaintiffs and Class Representatives City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System ("Class Representatives") respectfully request that the Court issue an order approving the form of the Notice of Pendency of Class Action (the "Notice"), the form of the Summary Notice of Pendency of Class Action (the "Summary Notice"), and the method of notice (the "Notice Plan"), attached hereto as Exhibits A-C, respectively.  In support of their motion, Class Representatives state as follows:

1.    "For any class certified under Rule 23(b)(3) . . . the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." Fed. R. Civ. P. 23(c)(2)(B).  Further:

The notice must clearly and concisely state in plain, easily understood language:

> (i) the nature of the action;
>
> (ii) the definition of the class certified;
>
> (iii) the class claims, issues, or defenses;
>
> (iv) that a class member may enter an appearance through an attorney if the member so desires;
>
> (v) that the court will exclude from the class any member who requests exclusion;
>
> (vi) the time and manner for requesting exclusion; and
>
> (vii) the binding effect of a [later] class judgment on [class] members under Rule 23(c)(3).

*Id.*; *see also In re Agent Orange Prod. Liab. Litig. MDL No. 381*, 818 F.2d 145, 168 (2d Cir. 1987) (district courts given "considerable discretion" under Rule 23 "in fashioning notice to a class"); *In re Aggrenox Antitrust Litig.*, 812 F. App'x 26, 29 (2d Cir. 2020) (district courts' broad authority to supervise class actions includes establishing opt-out procedures, "thus preserving the rights of absent class members and protecting the Defendants from duplicative liability").  "The Court is given broad

- 1 -

power over which procedures to use for providing notice so long as those procedures are consistent with the standards of reasonableness imposed by the due process clause." *Buxbaum v. Deutsche Bank AG*, 216 F.R.D. 72, 80 (S.D.N.Y. 2003).

2.      On July 10, 2025, the Court certified this action as a class action under Rule 23(b)(3) of the Federal Rules of Civil Procedure.  ECF 153.  The Class is defined as follows:

> All persons and entities who purchased the publicly traded common stock of Dentsply Sirona Inc. ("Dentsply") between June 9, 2021 and November 13, 2022, inclusive (the "Class Period"), and were damaged thereby.  Excluded from the Class are: (i) defendants Dentsply, Donald M. Casey, Jr., and Jorge Gomez (together, "Defendants"); (ii) the officers and directors of Dentsply, at all relevant times; (iii) members of the immediate families and legal representatives, heirs, successors, or assigns of the individuals identified in (i) or (ii); and (iv) any entity in which any of the Defendants has or had a controlling interest.

*Id.* at 7.

3.      Dentsply and Mr. Gomez have reviewed the forms of the Notice, the Summary Notice, and the Notice Plan and do not oppose the motion for approval of the Notice, Summary Notice, and Notice Plan.  Counsel for Mr. Casey does not take a position on the motion for approval of the Notice, Summary Notice, and Notice Plan given Mr. Casey's recent passing.  *See* ECF 255.

4.      Class Representatives request the appointment of Verita Global to serve as Notice Administrator.

Accordingly, pursuant to Rule 23, Class Representatives request that the Notice, Summary Notice, and Notice Plan be approved by the Court.

DATED:  March 30, 2026                Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP


s/ Luke O. Brooks
LUKE O. BROOKS

- 2 -

4912-1185-1674.v1

SCOTT H. SAHAM (admitted *pro hac vice*)
LUKE O. BROOKS (admitted *pro hac vice*)
DARRYL J. ALVARADO (admitted *pro hac vice*)
CHRISTOPHER D. STEWART (admitted *pro hac vice*)
HILLARY B. STAKEM (admitted *pro hac vice*)
NICOLE Q. GILLILAND (admitted *pro hac vice*)
JESSICA E. ROBERTSON (admitted *pro hac vice*)
MEGAN M. SONNEY (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
cstewart@rgrdlaw.com
hstakem@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com
msonney@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MATHEW ANDREWS
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
mandrews@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 3 -

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiffs

- 4 -

**CERTIFICATE OF WORD COUNT**

I hereby certify that the foregoing memorandum of law complies with the formatting and word-count limitations pursuant to Rule 7.1(c) of the United States District Court for the Southern District of New York as it contains 568 words.

s/ Luke O. Brooks
LUKE O. BROOKS

4912-1185-1674.v1