# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SAN ANTONIO FIRE AND POLICE : Civil Action No. 1:22-cv-06339-AS
PENSION FUND, CITY OF BIRMINGHAM : (Consolidated)
RETIREMENT AND RELIEF SYSTEM, EL :
PASO FIREMEN & POLICEMEN'S : CLASS ACTION
PENSION FUND, and WAYNE COUNTY :
EMPLOYEES' RETIREMENT SYSTEM, : NOTICE OF PENDENCY OF CLASS
Individually and on Behalf of All Others : ACTION
Similarly Situated, :
                                        :
                    Plaintiffs,         :
                                        :
        vs.                             :
                                        :
DENTSPLY SIRONA INC., DONALD M. :
CASEY, JR., and JORGE GOMEZ, :
                                        :
                    Defendants.         :
                                        :
———————————————————— x

**If you purchased or otherwise acquired Dentsply Sirona Inc. ("Dentsply") common stock between June 9, 2021 and November 13, 2022, inclusive, a class action lawsuit may affect your rights**.

*A federal court has authorized this Notice.  It is not junk mail, an advertisement, or a solicitation from a lawyer*.

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOU MAY BE A MEMBER OF THE CLASS DESCRIBED HERE.  AS SUCH, YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.  THIS NOTICE ADVISES YOU OF YOUR OPTIONS REGARDING THE CLASS ACTION.**

**PLEASE DO NOT CALL OR WRITE THE COURT**.
**IF YOU HAVE ANY QUESTIONS AFTER READING THIS NOTICE, YOU SHOULD CONTACT CLASS COUNSEL OR THE NOTICE ADMINISTRATOR, AS DISCUSSED FURTHER BELOW**.

This Notice is being sent pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York (the "Court") to inform you (i) of a class action lawsuit that is now pending in the Court under the caption *San*

- 1 -

4917-0336-8813.v1

*Antonio Fire and Police Pension Fund, et al. v. Denstply Sirona Inc., et al.*, Civil Action No. 1:22-cv-06339-AS (S.D.N.Y.) (the "Action") against Dentsply, Donald M. Casey, Jr.,[1] and Jorge Gomez (collectively, "Defendants"), and (ii) that the Action has been certified by the Court to proceed as a class action on behalf of a class of certain purchasers of Dentsply common stock.

1.    The "Class," as certified by the Court, consists of:

> All persons and entities who purchased the publicly traded common stock of Dentsply Sirona Inc. ("Dentsply") between June 9, 2021 and November 13, 2022, inclusive (the "Class Period"), and were damaged thereby.  Excluded from the Class are: (i) defendants Dentsply, Donald M. Casey, Jr., and Jorge Gomez (together, "Defendants"); (ii) the officers and directors of Dentsply, at all relevant times; (iii) members of the immediate families and legal representatives, heirs, successors, or assigns of the individuals identified in (i) or (ii); and (iv) any entity in which any of the Defendants has or had a controlling interest.

2.    This Notice is directed to you because you may be a member of the Class ("Class Member"). If you are a Class Member, your rights will be affected by this Action.  If you do not meet the Class definition, this Notice does not apply to you.  If you are uncertain whether you are a member of the Class, contact Class Counsel listed in Paragraph 16 below or your own attorney.

3.    This Notice is ***not*** an admission by Defendants or an expression of any opinion of the Court concerning the merits of the Action or a finding by the Court that the claims asserted by Class Representatives[2] in this Action are valid.  This Notice is intended solely to advise you of the pendency of the Action and of your rights in connection with it, including the right to request exclusion from the Class.  Defendants have: (i) denied all claims and wrongdoing asserted in the Action and any liability arising out of the conduct alleged therein; and (ii) asserted various defenses.  No trial has yet occurred in this Action and no findings of fact, fault, or liability have been made as to any of the parties.

4.    The Class definition may be subject to change by the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure.

## OVERVIEW AND STATUS OF THIS ACTION

5.    This is a securities class action against Defendants for alleged violations of the federal securities laws during the Class Period.  The Class Representatives allege that during the Class Period, Defendants engaged in a scheme to defraud and made materially false and

---

[1]    Mr. Casey passed away on February 19, 2026.  Accordingly, Class Counsel intends to request that the Court substitute Mr. Casey's estate as a defendant once it is established.

[2]    The Court-appointed Lead Plaintiffs, also referred to as the Class Representatives, are City of Birmingham Retirement and Relief System, El Paso Firemen & Policemen's Pension Fund, and Wayne County Employees' Retirement System.

- 2 -

misleading statements and/or failed to disclose adverse information regarding Dentsply's business and operations. More specifically, Class Representatives allege that Defendants made materially false or misleading statements and omissions during the Class Period that concealed significant operational problems at Dentsply, including supply chain disruptions, rising dealer inventory levels, and ongoing product defects in key product categories, and that misstated Dentsply's financial performance and results. Class Representatives further allege that as a result of the alleged fraud, Dentsply common stock traded at artificially inflated prices during the Class Period. Defendants deny all allegations of wrongdoing asserted in this Action and deny any liability whatsoever to any members of the Class.

6.      The Amended Complaint for Violations of the Federal Securities Laws (the "Complaint") was filed on August 1, 2023. Defendants moved to dismiss the Complaint on October 10, 2023. On May 1, 2024, the Court granted in part and denied in part Defendants' motion to dismiss. Thereafter, on May 21, 2024, Defendants filed Answers denying all material allegations in the Complaint and asserting multiple defenses. Specifically, Defendants contend that they made no materially false or misleading statements, and that they disclosed all information required to be disclosed by the federal securities laws. Defendants also contend that Dentsply's stock price declined for reasons other than the alleged corrective disclosures of the alleged false or misleading statements. Please note that this Notice does not describe all claims and defenses asserted by the parties. The section entitled "Where You Can Find Additional Information" below describes the process by which you can obtain additional information about the Action and the claims and defenses asserted.

7.      On November 15, 2024, Class Representatives filed their motion for class certification, which the Defendants opposed on December 20, 2024. On July 10, 2025, the Court issued an Opinion and Order granting the motion in its entirety and certifying the Class as defined above.

8.      On November 3, 2025, Class Representatives and Defendants respectively filed motions for partial summary judgment on certain issues in the case, as well as motions to exclude certain evidence. These motions are intended to narrow the issues for trial and even if granted, will not result in a complete judgment of the claims in favor of Class Representatives or Defendants. Oppositions to the summary judgment motions were filed on December 19, 2025, and briefing was completed on all motions on January 19, 2026. The motions remain pending before the Court.

9.      The Court has not issued a judgment in favor of Class Representatives or Defendants. The litigation is ongoing. To date, there has been no recovery of any money for the Class.

## YOUR RIGHTS AS A CLASS MEMBER

10.     A class action is a type of lawsuit in which one or several individuals or entities prosecute claims on behalf of all members of a group of similarly-situated persons and entities (*i.e.*, the Class) to obtain monetary or other relief for the benefit of the entire group. Class actions avoid the necessity of each member of a class having to file his, her, or its own separate lawsuit to obtain relief. Class actions are used to decide legal and factual issues that are common to all members of a class. Importantly, class members are ***NOT*** individually

4917-0336-8813.v1

responsible for the attorneys' fees or litigation expenses.  In a class action, attorneys' fees and litigation expenses are paid from the settlement fund (or the court judgment amount), if any, and must be approved by the Court.  If there is no recovery, the attorneys representing the Class do not get paid.

11.   If you purchased Dentsply common stock during the Class Period, and you are not excluded from the Class by definition, you are a member of the Class.  If you are a member of the Class, you have the right to decide whether to remain a member of the Class.  ***If you choose to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Dentsply common stock as discussed below in paragraph 12***.  If you are a member of the Class and wish to be excluded from the Class, you must request exclusion in accordance with the procedure set forth in paragraph 13, below.  Your decision is important for the following reasons:

a.   If you choose to remain a member of the Class, you will be bound by all past, present and future orders and judgments in the Action, whether favorable or unfavorable.  If any money is awarded to the Class, either through a settlement with Defendants or a judgment of the Court, you may be eligible to receive a share of that award.  If, however, Defendants prevail, you may not pursue a lawsuit on your own behalf with regard to any of the issues decided in this Action.

**Unless otherwise allowed by the Court, Class Members will not have another opportunity to exclude themselves or otherwise opt out of the Action.**

***Please note that if you remain a member of the Class, you will not be personally responsible for Class Counsel's attorneys' fees or costs***.  Class Counsel has agreed to represent the Class on a contingent fee basis, which means that they will be awarded fees and costs only if they succeed in obtaining a recovery from one or more Defendants.  Any attorneys' fees for Class Counsel will be awarded by the Court from the settlement or judgment, if any, obtained on behalf of the Class.  As a member of the Class you will be represented by Class Counsel.  You may remain a member of the Class and elect to be represented by counsel of your own choosing.  If you do retain separate counsel, you will be responsible for that counsel's fees and expenses and such counsel must enter an appearance on your behalf by filing a Notice of Appearance with the Court and mailing it to Class Counsel at the address set forth in paragraph 16 below on or before **[INSERT DATE]**.

b.   ***If you choose to be excluded from the Class***, you will not be bound by any judgment in this Action, nor will you be eligible to share in any recovery that might be obtained in this Action.  However, you may be able to retain the right to individually pursue any legal rights that you may have against any Defendants with respect to the claims asserted in the Action, although such claims may be time-barred.  Please refer to paragraphs 13-15 below if you would like to be excluded from the Class.

- 4 -

12.     Members of the Class will be eligible to participate in any recovery that might be obtained in the Action.  While this Notice is not intended to suggest any likelihood that Class Representatives or members of the Class will recover any such damages, should there be a recovery, members of the Class will be required to support their requests to participate in the distribution of any such recovery by demonstrating their membership in the Class and documenting their purchases, sales, and/or holdings of Dentsply common stock.  ***For this reason, please be sure to keep all records of your transactions in Dentsply common stock***. No money or benefits are available now and there is no guarantee that money or benefits will be obtained.  If they are, you will be notified regarding how to obtain a share.

## HOW TO EXCLUDE YOURSELF FROM THE CLASS

13.     If you wish to be excluded from the Class, you must specifically request exclusion in accordance with the following procedures.  You must send a letter by first-class mail stating that you "request exclusion from the Class in *San Antonio Fire and Police Pension Fund, et al. v. Denstply Sirona Inc., et al.*, Civil Action No. 1:22-cv-06339-AS (S.D.N.Y.)."  Your request must: (i) state the name, address, email address, and telephone number of the person or entity requesting exclusion; (ii) identify all of your transactions in Dentsply common stock during the period June 9, 2021 up through and including November 13, 2022; and (iii) be signed by the person or entity requesting exclusion or an authorized representative, accompanied by proof of authorization.  You must mail your exclusion request, postmarked by no later than 45 days after the Notice date, to:

Dentsply Sirona Securities Litigation [*to be confirmed by the Notice Administrator*]
c/o Verita Global
P.O. Box [*to be created by the Notice Administrator*]

You cannot exclude yourself from the Class by telephone or by email, and a request for exclusion shall not be effective unless it contains all the information called for by this paragraph and is postmarked by the date stated above or is otherwise accepted by the Court.

14.     Do not request exclusion if you wish to participate in this Action as a member of the Class.

15.     If you choose to be excluded from the Class, you will not be bound by any judgment in this Action; nor will you be eligible to share in any recovery that might be obtained in this Action.  If you properly request exclusion, you may be entitled to pursue an individual lawsuit, claim, or remedy, if available, at your own expense.  Please note, if you decide to exclude yourself from the Class, you may be time-barred from asserting the claims covered by the Action by a statute of repose.

## CLASS COUNSEL

16.     As a member of the Class, you will be represented by Class Counsel, who is:

- 5 -

4917-0336-8813.v1

Luke O. Brooks, Esq.
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

17.     If you want to be represented by your own lawyer, you may hire one at your own expense. If you do retain your own lawyer, such counsel must enter an appearance on your behalf by filing a Notice of Appearance with the Court and mailing it to Class Counsel at the address set forth in paragraph 16 within 45 days of the Notice date.

## PLEASE KEEP YOUR ADDRESS CURRENT

18.     In order to make sure that you receive any further notices in this Action, you are requested to mail notice of any changes in your address to:

Dentsply Sirona Securities Litigation [*to be confirmed by the Notice Administrator*]
c/o Verita Global
P.O. Box [*to be created by the Notice Administrator*]

19.     If this Notice was forwarded to you by the postal service, or if it was otherwise sent to you at an address that is not current, you should immediately contact the Notice Administrator, Verita Global, and provide it with your correct address. If the Notice Administrator does not have your correct address, you may not receive any future notices that may be disseminated in this Action.

## WHERE YOU CAN FIND ADDITIONAL INFORMATION

20.     This Notice only provides a summary of the lawsuit and the claims asserted by Class Representatives. For more detailed information regarding the Action, you may contact Class Counsel or visit www.DentsplySironaSecuritiesLitigation.com. [*domain to be confirmed by the Notice Administrator*]. Complete copies of public pleadings, Court rulings, and other filings are available for review at http://www.pacer.gov or at the office of the Clerk of the Court, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, under Case No. 1:22-cv-06339.

PLEASE DO NOT CALL OR WRITE THE DEFENDANTS OR THE COURT.

## NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES

21.     If, for the beneficial interest of any person or entity other than yourself, you  purchased the common stock of Dentsply during the Class Period, you must either: (a) within seven calendar days of receipt of this Notice, request from the Notice Administrator sufficient copies of the Notice to forward to all such beneficial owners and within seven calendar days of receipt of those Notices forward them to all such beneficial owners; or (b) within seven

- 6 -

4917-0336-8813.v1

calendar days of receipt of this Notice, provide a list of the names and addresses (and email addresses, if available) of all such beneficial owners to the Notice Administrator at Dentsply Sirona Securities Litigation, c/o Verita Global, P.O. Box [*to be created by the Notice Administrator*].  If you choose the first option, you must send a statement to the Notice Administrator confirming that the mailing was made and ***you must retain your mailing records for use in connection with any further notices that may be provided in the Action***. If you choose the second option, the Notice Administrator will send a copy of the Notice to the beneficial owners.  Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred by providing the Notice Administrator with proper documentation supporting the expenses for which reimbursement is sought, not to exceed $0.03 per name, address or email address, plus postage costs.

BY THE ORDER OF THE COURT:
United States District Court
for the Southern District of New York

- 7 -

4917-0336-8813.v1