# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:22-cv-06339-AS (Consolidated) |

SAN ANTONIO FIRE AND POLICE
PENSION FUND, CITY OF BIRMINGHAM         :     Civil Action No. 1:22-cv-06339-AS
RETIREMENT AND RELIEF SYSTEM, EL         :     (Consolidated)
PASO FIREMEN & POLICEMEN'S               :
PENSION FUND, and WAYNE COUNTY           :     CLASS ACTION
EMPLOYEES' RETIREMENT SYSTEM,            :
Individually and on Behalf of All Others :     SUMMARY NOTICE OF PENDENCY OF
Similarly Situated,                      :     CLASS ACTION
                                         :
                 Plaintiffs,             :
                                         :
       vs.                               :
                                         :
DENTSPLY SIRONA INC., DONALD M.          :
CASEY, JR., and JORGE GOMEZ,             :
                                         :
                 Defendants.             :

---

4906-9002-2766.v1

**TO:**    **ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED DENTSPLY SIRONA INC. COMMON STOCK BETWEEN JUNE 9, 2021 AND NOVEMBER 13, 2022, INCLUSIVE**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that a lawsuit that is now pending in that Court under the caption *San Antonio Fire and Police Pension Fund, et al. v. Dentsply Sirona Inc., et al.*, Civil Action No. 1:22-cv-06339-AS (S.D.N.Y.) (the "Action") against Dentsply Sirona Inc. ("Dentsply"), Donald M. Casey, Jr., and Jorge Gomez (collectively, "Defendants"), has been certified as a Class Action on behalf of the Class, except for certain persons and entities that are excluded from the Class by definition as set forth in the full printed Notice of Pendency of Class Action ("Notice").

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION.  A Notice is currently being mailed or emailed to known Class Members.  If you have not yet received the Notice, you may contact the Notice Administrator at:

**Dentsply Sirona Securities Litigation**
c/o Verita Global
P.O. Box [*to be created by the Notice Administrator*]
[*toll-free number to be created by the Notice Administrator*]
**www.DentsplySironaSecuritiesLitigation.com**
[*website to be confirmed by the Notice Administrator*]

Inquiries, other than requests for the Notice, may be made to Class Counsel:

Luke O. Brooks, Esq.
**ROBBINS GELLER RUDMAN**
 **& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

If you are a Class Member, you have the right to decide whether to remain a member of the Class.  ***If you choose to remain a member of the Class, you do not need to do anything at this time***

- 1 -

4906-9002-2766.v1

*other than to retain your documentation reflecting your transactions and holdings in Dentsply common stock*.  You will automatically be included in the Class.  If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable.  At this time, there has been no monetary recovery, and there is no guarantee that one will be obtained in the future.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court, and you will not be eligible to receive a share of any money which might be recovered in this Action.  To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than 45 days after the date of the Notice, in accordance with the instructions set forth in the full printed Notice.  *Please note*, if you decide to exclude yourself from the Class, you may be time-barred from asserting the claims covered by the Action by a statute of repose.  Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion as to whether a second opportunity to request exclusion from the Class will be allowed if there is a settlement in the Action.

Further information may be obtained by directing your inquiry in writing to the Notice Administrator or by visiting www.DentsplySironaSecuritiesLitigation.com.

**Please Do Not Call or Write the Defendants or the Court with Questions**.

BY ORDER OF THE COURT:
United States District Court
for the Southern District of New York

- 2 -