# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : | Civil Action No. 1:22-cv-06339-AS (Consolidated) |

Civil Action No. 1:22-cv-06339-AS (Consolidated)

CLASS ACTION

NOTICE PLAN

                                        Plaintiffs,

        vs.

DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ,

                                        Defendants.

Notice will issue in the following manner:

1.      The firm of Verita Global ("Notice Administrator") is appointed and authorized to supervise and administer the Notice procedure.

2.      Within 21 calendar days of the Court's entry of the Notice Order, Dentsply Sirona Inc. ("Dentsply") shall provide to the Notice Administrator a mailing list (including email addresses where available) for all registered record holders of Dentsply common stock between June 9, 2021 and November 13, 2022, both dates inclusive (the "Class Period"), as set forth in the records of Dentsply's transfer agents.

3.      No later than 30 calendar days after entry of the Notice Order, the Notice Administrator shall send via email or through the United States mail, postage pre-paid, the form of Notice of Pendency of Class Action ("Notice"), substantially in the form attached as Exhibit A to

- 1 -

4907-0532-1325.v1

Class Representatives' Motion to Approve the Form and Manner of Class Notice and Notice Plan ("Motion"), to each record holder identified on the transfer agent list provided by Dentsply or its transfer agent (the date on which this mailing is postmarked, the "Notice Date").

4.      Brokerage firms, banks, institutions, investment funds, investment companies, investment advisors, investment portfolios, mutual fund trusts, mutual investment funds, investment managers, and any other persons who are or who claim to be nominees that purchased or acquired Dentsply common stock for the benefit of another person during the Class Period, shall be requested to: (a) send the Notice to all such beneficial owners of Dentsply common stock within seven calendar days after receipt thereof; or (b) send a list of the names and addresses (and email addresses, if available) of such beneficial owners to the Notice Administrator within seven calendar days thereof, in which case the Notice Administrator shall promptly mail or email the Notice to such beneficial owners. Nominees who elect to send the Notice to their beneficial owners shall send a statement to the Notice Administrator confirming that the mailing (or emailing) was made and shall retain their mailing records for use in connection with any further notices that may be provided in the Action. Upon full compliance with the Court's Order, such nominees may seek reimbursement of their reasonable expenses actually incurred in complying with this Notice Plan (not to exceed $0.03 per name, address, and email address, plus the actual costs of postage) by providing the Notice Administrator with proper documentation supporting the expenses for which reimbursement is sought. Any disputes with respect to the reasonableness or documentation of expenses incurred shall be subject to review by the Court.

5.      Contemporaneously with the mailing of the Notice, the Notice Administrator shall establish a toll-free number dedicated to the litigation to address Class Member inquiries, establish a P.O. Box dedicated to the litigation, and cause a copy of the Notice of Pendency of Class Action to

4907-0532-1325.v1

be posted on a website to be developed (www.DentsplySironaSecuritiesLitigation.com) *[website to be confirmed by Notice Administrator]*, from which copies of the Notice and other relevant Court documents can be viewed and downloaded.

6.      The Notice Administrator shall cause to be published on one occasion in the national edition of *The Wall Street Journal* and over a national newswire service the Summary Notice of Pendency of Class Action, substantially in the form attached as Exhibit B to the Motion, not later than seven calendar days after the mailing of the Notice.

7.      Within seven calendar days of the Notice Date, the Notice Administrator will cause the Notice to be published by the DTCC on the DTCC Legal Notice System.

8.      The Notice shall provide the exclusion deadline and an address for the purpose of receiving requests for exclusion from the Class.  Within five calendar days after the period allowed for Class Members to request exclusion has expired, the Notice Administrator shall submit a declaration to the Court setting forth its notification efforts and providing a list of all persons and entities who have requested exclusion from the Class.

9.      The deadline for exclusion from the Class shall be 45 calendar days after the Notice Date.

10.      The costs of the Notice process shall be borne by Class Counsel.

4907-0532-1325.v1