**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, EL PASO FIREMEN & POLICEMEN'S PENSION FUND, and WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DENTSPLY SIRONA INC., DONALD M. CASEY, JR., and JORGE GOMEZ, <br><br> Defendants. | Case No. 22-cv-06339-AS <br><br> <u>CLASS ACTION</u> <br><br> Hon. Arun Subramanian |

## DECLARATION OF VICTORIYA LEVINA PURSUANT TO LOCAL CIVIL RULE 1.4

I, Victoriya Levina, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of New York and am admitted to practice before the United States District Court for the Southern District of New York. On June 27, 2025, I appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Defendant Dentsply Sirona Inc. ("Dentsply") in this action.

3. Following April 15, 2026, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. Roger A. Cooper, Thomas A. Bednar, Angela L. Dunning, Victor L. Hou,

Andrew W. Weaver, and Patrick C. Swiber from Cleary Gottlieb have also appeared in this action on behalf of Dentsply and will continue to be counsel of record.  Accordingly, no delay or prejudice to any party will result from my withdrawal.

5.    No retaining or charging lien is being asserted.

6.    Copies of this motion have been provided to Dentsply.

Dated: April 14, 2026
          New York, New York

By: */s/ Victoriya Levina*
      Victoriya Levina